**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____     Chapter     **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ARC Burger, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-3851880** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**4944 Lower Roswell Road, Suite 17**
**Marietta, GA 30068**
Number, Street, City, State & ZIP Code

**Cobb**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **http:/www.arcburger.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **ARC Burger, LLC**                                    Case number (*if known*) _____
          _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____**7255**____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

Debtor   **ARC Burger, LLC**
Name

Case number (*if known*)

List all cases. If more than 1, attach a separate list

Debtor
District _____  When _____

Relationship _____
Case number, if known _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
■ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **ARC Burger, LLC** _____     Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____**04/20/2026**_____
             MM / DD / YYYY

X _____*Ryan Pitt*_____     **Ryan Pitt**
   Signature of authorized representative of debtor     Printed name

Title    **Vice President** _____

**18. Signature of attorney**

X    /s/ Robert M. Martin _____     Date ____**04/20/2026**____
     Signature of attorney for debtor                 MM / DD / YYYY

**Robert M. Martin**
Printed name

**Dentons US LLP**
Firm name

**303 Peachtree Street, NE**
**Suite 5300**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone    **404-527-8478**     Email address    **matt.martin@dentons.com**

**473450 GA**
Bar number and State

**UNANIMOUS WRITTEN CONSENT
OF THE DIRECTORS
OF
ARC BURGER, LLC**

April 15, 2026

The undersigned, being all of the members of the board of directors (the "Board") of ARC BURGER, LLC, a Delaware limited liability company (the "Company"), hereby consent to the adoption of, and adopt, the following resolutions, in lieu of a special meeting:

**RESOLVED**, that in the judgment of the Board, it may be desirable and in the best interests of the Company, its creditors, equityholders, and other interested parties, to take certain actions to protect the assets of the Company from creditors, including, without limitation, to cause a voluntary petition to be filed by the Company seeking relief under the provisions of chapter 7, title 11, of the United States Code (the "Bankruptcy Code") and to take any related actions necessary to file for and effectuate bankruptcy protection in the United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court") and to take other actions in a bankruptcy case; and it is

**FURTHER RESOLVED**, that Michael Paine (President), Ryan Pitt (Vice President) (each an "Authorized Officer" and together the "Authorized Officers") are, and each of them hereby is, authorized, on behalf of and in the name of the Company, to take all actions deemed necessary or appropriate to protect the assets of the Company and seek protection from creditors, including without limitation, if they deem it appropriate, to execute and verify or certify a voluntary petition under chapter 7 of the Bankruptcy Code and to sign or authorize any and all other pleadings, instruments, documents or actions appropriate and desirable, as determined by them in the exercise of their discretion, prior to and throughout the course of the bankruptcy case; and it is

**FURTHER RESOLVED**, that each of the Authorized Officers of the Company be, and each of them hereby is, authorized to continue to retain on behalf of the Company the law firm of Dentons and special counsel or other professionals as determined by the Authorized Officers to render legal services to and to represent the Company in connection with any proceeding under the Bankruptcy Code, and any other related matter in connection therewith as any of the Authorized Officers of the Company; and it is

**FURTHER RESOLVED**, that each of the Authorized Officers of the Company be, and hereby is, authorized to take any and all further action, to execute and deliver any and all further agreements, instruments and documents, and to cause the Company to pay all expenses, that they may deem necessary or appropriate in order to carry out fully the intent and accomplish the transactions contemplated by the foregoing resolutions; and that any such actions previously taken by such officer or officers are hereby ratified, confirmed and approved.

[Signatures on the Following Page]

132735291\V-1

IN WITNESS WHEREOF, the undersigned members of the Board have executed this Consent as of the date first above written.

Signed by:

*Anand Gowda*

D1A82F6F4739416...

Anand Gowda

Signed by:

*Coady Smith*

44BE83D943104C7...

Coady Smith

Signed by:

*Cary Devore*

10DDA8FBBBFE42A...

Cary Devore

Signed by:

*Bill Mitchell*

BA9E93E949E94DF...

Bill Mitchell

Signed by:

*Ryan Pitt*

183FBEE7A9E346D...

Ryan Pitt

[Written Consent]

<u>CERTIFICATE OF RESOLUTION</u>

The undersigned hereby certifies that he is the Vice President of ARC Burger, LLC (the "Company"), and that annexed hereto is a true and correct copy of resolutions duly adopted by the Board of the Company at a meeting held on April 15, 2026 and that such resolutions have not been rescinded and remain in full force and effect on the date hereof.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand and affixed the seal of the Company as of April 20, 2026.

Signed by:

*Ryan Pitt*

185FBEE7A9E346D...

Vice President