**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| In re: | )     Chapter 7 |
| | ) |
| ARC BURGER, LLC, | )     Case No. 26-55202 |
| | ) |
|                Debtor. | ) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,**
**METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

ARC Burger, LLC (he "Debtor") has filed its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the Northern District of Georgia (the "Court"). The Debtor, with the assistance of its advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, Debtor's Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

Ryan Pitt has signed each set of the Schedules and Statements. Mr. Pitt serves as a Vice President for the Debtor and he is an authorized signatory for the Debtor in this Chapter 7 case. In reviewing and signing the Schedules and Statements, Mr. Pitt has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtor and its advisors as well as outside service providers. Mr. Pitt has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

---

[1] The last four digits of the Debtor's federal tax identification number are 1880. The location of the Debtor's corporate headquarters is: 4944 Lower Roswell Road, Suite 17, Marietta, GA 30068.

In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation, some of which was maintained by outside services. Although the Debtor has made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor reserves its rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtor, and its agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.

## Global Notes and Overview of Methodology

1. **Description of Case.** On April 20, 2026 (the "Petition Date"),  the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. The information provided herein, except as otherwise noted, is reported as of the Petition Date or the most recent available information, as appropriate.

2. **Global Notes Control.** These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtor's rights or an admission of any kind with respect to this chapter 7 case. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    (a) **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of the Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

    (b) **Recharacterization.** Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets,

2

executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

(c)    **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contract counterparty, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

(d)    **Claims Description.** Any failure to designate a claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by the Debtor. The Debtor reserves all rights to amend its Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e)    **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtor to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ from such estimates.

(f)    **Causes of Action.** Despite reasonable efforts, the Debtor may not have identified all current and potential causes of action the Debtor may have against third parties in its Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtor reserves all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(g)    **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to certain individuals who served as officers, managers and directors, as the case may be, during the relevant time periods. Such individuals may no longer serve in such capacities. The listing of a party as an insider for purposes of the Schedules

3

and Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for the purposes of determining control of the Debtor, the extent to which any individual exercised management responsibilities or functions, corporate decision-making authority over the Debtor, or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

4.      **Methodology.**

(a)     **Confidential Information.** There may be instances in the Schedules and Statements where the Debtor deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtor has used this approach because of a confidentiality agreement between the Debtor and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(b)     **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to the Debtor. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values. Market values may vary, at some times materially, from net book values. The Debtor believes that it would be an inefficient use of estate assets for the Debtor to obtain the current market or liquidation values of its property. Accordingly, the Debtor has indicated in the Schedules and Statements that the market values of certain assets and liabilities are undetermined or unknown. Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtor with respect to such asset.

(c)     **Undetermined Amounts.** The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(d)     **Unliquidated Amounts.** Amounts that could not be fairly quantified by the Debtor are scheduled as "unliquidated."

(e)     **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

4

(f) **Inventories; Property and Equipment.** Inventories consist of salable food, supplies and other inventory that were being used in the restaurants. These inventories were valued at the lower of cost or market. Food stuffs were generally used as of the date of the applicable restaurant's closure or disposed of for food safety reason.

Property, plant, and equipment are recorded at cost or at fair value at the date of acquisition in the case of acquired businesses, and are presented net of accumulated depreciation and amortization (to the extent known). Property, plant, and equipment are aggregated in the Debtor's books and records and cannot be segregated easily into the categories required by the Schedules and Statements.

All inventories, as well as all property and equipment, are presented without consideration of any statutory or consensual liens. United Community Bank ("UCB") has held three foreclosure sales under Article 9 of the Uniform Commercial Code on equipment and other personal property at certain of the restaurant locations and credit bid at those foreclosure sales and said it would take title to that collateral "at an appropriate time". UCB may have taken title to some or all of such equipment and other personal property as of the Petition Date.

Landlords may have also removed or disposed of certain property located at the applicable premises.

(g) **Allocation of Liabilities.** Where possible, the Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(h) **Guarantees and Other Secondary Liability Claims.** The Debtor has exercised reasonable efforts to locate and identify guarantees of its executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedule D, E/F, G and H for the Debtor. The Debtor may have inadvertently omitted guarantees embedded in its contractual agreements and may identify additional guarantees as they continue to review its books and records and contractual agreements. The Debtor reserves its rights, but is not required, to amend the Schedules and Statements if additional guarantees are identified.

(i) **Excluded Assets and Liabilities.** The Debtor has potentially excluded the following categories of assets and liabilities from the Schedules and Statements, including, without limitation, certain employee benefit accruals, tax accruals, accrued accounts payable and goodwill. Other immaterial assets and liabilities may also have been excluded.

(j)     **Liens.**  The inventories, property and equipment listed in the Schedules and Statements are presented without consideration of any liens.

5.     **Specific Schedules Disclosures.**

**Schedules Summary**.  Except as otherwise noted, the asset totals represent amounts as of the Petition Date and liability information provided herein represents the Debtor's liabilities as of the Petition Date.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of the Debtor.  Certain write-downs, impairments, and other accounting adjustments may not be reflected in the Schedules.  Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date.  Likewise, to the extent Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

(a)     **Schedule A/B, Part 2 – Deposits and Prepayments:**

Please see the attached supporting schedule summarizing deposits and prepaid expenses.

Prepaid expenses primarily relate to advertising and other operational expenditures. While these balances are presented at their book value, no current realizable value has been identified as of the filing date given the cessation of operations. Accordingly, recovery, if any, is uncertain and subject to the Chapter 7 trustee's review.

Deposits consist of security and utility deposits held by third parties. These are presented at book value; however, the ultimate recoverability is uncertain and will depend on counterparty actions, including potential offsets.

Prepaid insurance balances have been excluded from this schedule. Policies were cancelled in connection with the wind-down, and any recoverable amounts are expected to be received as return premiums, which are reflected in accounts receivable.

(b)     **Part 3 – Accounts Receivable:**

Please see the attached supporting schedule summarizing accounts receivable. The receivables consist of vendor rebate accruals and insurance-related recoveries.

Certain receivables, including Mahoney rebates, were accrued based on periodic estimates and are not tied to a defined payment schedule. As a result, collectability is uncertain.

The Coca-Cola rebate represents accrued amounts based on historical activity; while collection is expected, the final amount and timing remain uncertain.

Insurance-related receivables include return premiums. Approximately $63K is expected to be received from AFCO, while additional amounts from Starr remain subject to final audit and are currently uncertain.

All receivables are presented at their best-estimated amounts, with ultimate recoverability subject to further evaluation and Chapter 7 trustee review.

(c)     **Part 8 – Machinery, Equipment, Vehicles:**

Please see the attached supporting schedule summarizing machinery, equipment, and vehicles for locations that have not been subject to foreclosure by UCB.

The schedule is derived from the Debtor's FF&E general ledger and reflects gross costs by asset category and location. Due to the absence of detailed depreciation schedules, gross cost has been used as a proxy for net book value.

Each location's balance represents an opening balance carried forward from prior periods, combined with net activity recorded between 2023 and 2025 across multiple asset categories. The opening balance may be overstated, as it cannot be disaggregated by category based on available records.

Given the limitations of the underlying data and the lack of recent appraisals, the current market or liquidation value of these assets cannot be determined with certainty and is subject to Chapter 7 trustee evaluation.

The underlying general ledger detail has been included as a supporting exhibit.

Due to the volume, the individual fixed asset schedules have not been included in Part 7. However, those fixed asset schedules are available upon request.

(d)     **Part 11, Item #72 – All Other Assets, NOLs:**

The Company has federal net operating loss carryforwards of approximately $3.95 million, as reflected in its most recent tax return. These amounts are presented for disclosure purposes only. The current value of the NOLs is listed as unknown, as any realizable value is dependent on future taxable income or a potential transaction, neither of which is expected in a Chapter 7 liquidation. Accordingly, any potential value is uncertain and subject to trustee evaluation.

(e)  **Schedule A/B, Part 11 – All Other Assets.**  Dollar amounts are presented net of impairments and other adjustments.

*Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims.*  In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with its customers and suppliers, or potential warranty claims against its suppliers. Because such claims are not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

*Interests in Insurance Policies or Annuities.*  The Debtor believes that there is little or no cash value to the vast majority of the insurance policies.  Such policies have all been included on Schedule A/B, Part 11, with values listed as "unknown."

(f)  **Schedule D – Creditors Who Have Claims Secured by Property.**  The Debtor reserves its right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

The Debtor has not included on Schedule D parties that may believe such claims are secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F – Creditors Who Have Unsecured Claims.**

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims.*  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtor's books and records.  The Debtor made a reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtor may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities, which have been listed on a gross accounts payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

8

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtor. The amounts for these potential claims are listed as "unknown" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

Operations of the restaurants ceased by December 2025. Certain of the landlords or contract counterparties may take the position that the applicable contract or lease has been terminated prior to the Petition Date and/or possession of the restaurant premises has been taken by the landlord prior to the Petition Date. The Debtor has not had any recent walk through of its former restaurants. Further, leases to certain of the restaurant locations have been assigned prior to the Petition Date at the request of CKE/Hardees as franchisor.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtor or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtor's estates, the Debtor has not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtor has not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtor reserves its rights, but undertakes no obligations, to amend Schedules D and E/F if, or when, the Debtor receive such invoices.

**Schedule G – Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. Expired contracts and leases may have also been inadvertently included. The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Debtor may have entered into

9

various other types of agreements in the ordinary course of its business, such as supplemental agreements and letter agreement, which documents may not be set forth in Schedule G. The Debtor reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtor reserves all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

As is customary for an enterprise of the Debtor's size and scope, the Debtor may be party to various confidentiality and non-disclosure agreements in the ordinary course. By their terms, certain of these agreements may prohibit the disclosure of those agreements or the identity of the counterparty. The Debtor has therefore excluded confidentiality or non-disclosure agreements from the applicable Schedule G. The Debtor reserves all of its rights with respect to such agreements.

(g)     **Schedule H – Co-Debtors.**  The Debtor has not listed any litigation-related co-debtors on Schedule H.

6.      **<u>Specific Statements Disclosures</u>.**

(a)     **Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors within 90 Days.**  The dates set forth in the "Dates" column relate to one of the following: (a) the date of a wire transfer; (b) the date of an "ACH" payment; or (c) the check date.

The Debtor outsourced the payment of many utility related liabilities to third party administrators. Those utility related liabilities were paid by the third-party administrators by way of funding from the Debtor. Payment of the utility related liabilities are reported as payments to the third-party administrators.

Payments to the Debtor's bankruptcy professionals, insiders, intercompany transactions, wage garnishments and donations are not included the payments to creditors. Such payments are provided as follows: Insiders and Intercompany (Question 4), Donations (Question 9), Bankruptcy Professionals (Question 11), and wage garnishments (excluded).

Especially while operating in 2025, the Debtor was auto debited by credit card companies for fees related to the Debtor's customer credit charges. Those credit card fees are not report in Question 3.

(b)     **Statements, Part 2, Question 4 – Payments and Transfers to Insiders.**  To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became and insider, the Debtor has only listed those payments made while such person was defined as an insider in Statements, Part 2, Question 4.

(c)     **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.** The Debtor provides certain parties, such as banks, auditors, potential investors, vendors, landlords and advisors, with financial statements.  The Debtor does not maintain complete lists or other records tracking such disclosures. Therefore, the Debtor has not provided full lists of these parties in its Responses to Statement, Part 13, Question 26.

*      *      *      *      *

11

**Fill in this information to identify the case:**

Debtor name  **ARC Burger, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
Copy line 88 from *Schedule A/B*.......................................................................................... $      **0.00**

   1b. **Total personal property:**
Copy line 91A from *Schedule A/B*........................................................................................ $      **Unknown**

   1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.......................................................................................... $      **Unknown**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $      **12,832,128.69**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      **1,006,430.80**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$      **15,353,512.40**

4. **Total liabilities** ...................................................................................................................
Lines 2 + 3a + 3b      $      **29,192,071.89**

**Fill in this information to identify the case:**

Debtor name   **ARC Burger, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

|  | | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Wells Fargo** | **Checking** | **4018** | **$62,159.00** |

4. **Other cash equivalents** (Identify all)

| 4.1.   **N/A** | | | **$0.00** |
|---|---|---|---|

| 5. | **Total of Part 1.** | **$62,159.00** |
|---|---|---|
|  | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.   **See attached schedule** | **Unknown** |
|---|---|

Debtor     **ARC Burger, LLC**_____       Case number *(If known)* _____
              Name

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

       8.1.   **See attached schedule**_____       **Unknown**

       _____

9.     **Total of Part 2.**                                                    **$0.00**

       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:     **283,487.00**  -         **Unknown** = ....         **Unknown**
                                     face amount          doubtful or uncollectible accounts

       11a. 90 days old or less:      **63,003.00**  -         **Unknown** = ....         **Unknown**
                                     face amount          doubtful or uncollectible accounts

       11b. Over 90 days old:          **6,877.00**  -         **Unknown** =....         **Unknown**
                                     face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    **Unknown**

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

Debtor    **ARC Burger, LLC**                                    Case number *(If known)* _____
_____
          Name

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**See attached schedule** | **$2,468,453.00** | Unknown | Unknown |

51.    **Total of Part 8.**                                                                                       | **Unknown** |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets**<br>**Trade Name 'ARC Burger, LLC' (d/b/a 'ARC Burger')** | **$0.00** | | **$0.00** |
| 61.    **Internet domain names and websites**<br>**https://www.arcburger.com/** | **$0.00** | | **$0.00** |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                  page 3

Debtor **ARC Burger, LLC**_____    Case number *(If known)* _____
Name

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                                              **$0.00**

    Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☑ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **Net Operating Loss Carryforward**    Tax year **2024** | **Unknown** |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **See attached schedule** | **Unknown** |
| Nature of claim<br>Amount requested | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **See attached schedule** | **Unknown** |
| Nature of claim<br>Amount requested | |
| 76.    **Trusts, equitable or future interests in property** | |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Debtor  **ARC Burger, LLC**                                    Case number *(If known)* _____
     Name

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                    | Unknown |
                                                                | _____ |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 5

Debtor  **ARC Burger, LLC**_____  Case number *(If known)* _____
Name

---

Part 12:     **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$62,159.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **Unknown** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **Unknown** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **Unknown** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **Unknown** | |
| 91. **Total.** Add lines 80 through 90 for each column | **Unknown** | + 91b. **Unknown** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **Unknown** |

**Schedule A-B Part 2 - Deposits Summary**

| Location | Description | Balance | Potential Value | Current Value |
|---|---|---|---|---|
| **Security Deposits:** | | | | |
| Totals for ARC Burger, LLC : 244 - Washington | Bill - City Of Washington | $200 | $200 | Unknown |
| Totals for ARC Burger, LLC : 549 - Trenton | Bill - Trenton Municipal Utilities: DEPOSIT CONTRACT | $1,608 | $1,608 | Unknown |
| Totals for ARC Burger, LLC : 3883 - Billings West | Secuirty Deposit Modako | $12,400 | $12,400 | Unknown |
| ARC Burger, LLC : 3940 - Helena - Euclid | Security Deposit Lundy Center | $12,600 | $12,600 | Unknown |
| Totals for ARC Burger, LLC : 9999ARC | Bill - MyDogJack, LLC: Security Deposit | $3,200 | $3,200 | Unknown |
| **Total** | **5** | **$30,008** | **$30,008** | **--** |
| | | | | |
| **Utility Deposits:** | | | | |
| Totals for ARC Burger, LLC : 74 - Topeka 2 | Bill - Summit Restaurant Holdings: 07/31 08/31 | $1,083 | $1,083 | Unknown |
| Totals for ARC Burger, LLC : 157 - Emporia 1 | Bill - Summit Restaurant Holdings: 07/31 08/31 | $1,083 | $1,083 | Unknown |
| Totals for ARC Burger, LLC : 228 - Walterboro | Bill - City of Walterboro | $100 | $100 | Unknown |
| Totals for ARC Burger, LLC : 302 - Hawkinsville | Bill - City Of Hawkinsville: Deposit | $350 | $350 | Unknown |
| Totals for ARC Burger, LLC : 325 - Sedalia 1 | Bill - Liberty: Deposits | $2,740 | $2,740 | Unknown |
| Totals for ARC Burger, LLC : 361 - Hampton | Bill - Low Country Regional Water System | $100 | $100 | Unknown |
| Totals for ARC Burger, LLC : 365 - Moncks Corner | Utility Deposit - Elect | $6,485 | $6,485 | Unknown |
| Totals for ARC Burger, LLC : 392 - Goose Creek 1 | Utility Deposit - Elect; Bill - City of Goose Creek: Orignination Fee | $6,020 | $6,020 | Unknown |
| Totals for ARC Burger, LLC : 403 - Independence 2 | Bill - City Of Independence: deposit | $2,129 | $2,129 | Unknown |
| Totals for ARC Burger, LLC : 431 - Independence 3 | Bill - City Of Independence: deposit | $6,505 | $6,505 | Unknown |
| Totals for ARC Burger, LLC : 486 - Overland Park 3 | Bill - Summit Restaurant Holdings: 07/31 08/31 | $1,083 | $1,083 | Unknown |
| Totals for ARC Burger, LLC : 507 - Commerce | Bill - City of Commerce: Depsoit | $505 | $505 | Unknown |
| Totals for ARC Burger, LLC : 518 - Stone Mountain | Utility Deposit - Elect | $6,825 | $6,825 | Unknown |
| Totals for ARC Burger, LLC : 544 - KCK 4 | Bill - Atmos Energy | $2,060 | $2,060 | Unknown |
| Totals for ARC Burger, LLC : 549 - Trenton | Bill - Trenton Municipal Utilities: DEPOSIT | $4,130 | $4,130 | Unknown |
| Totals for ARC Burger, LLC : 560 - Buford | Bill - City of Buford: Electric  / gas / water deposit | $11,900 | $11,900 | Unknown |
| Totals for ARC Burger, LLC : 561 - Jefferson City 2 | Bill - PWSD #1 Of Cole County; Bill - Jefferson City Utilities | $125 | $125 | Unknown |
| Totals for ARC Burger, LLC : 630 - Forsythe | Bill - City of Forsyth UTL | $304 | $304 | Unknown |
| Totals for ARC Burger, LLC : 641 - St. George | Deposit Dorchester county 11/14/23 | $125 | $125 | Unknown |
| Totals for ARC Burger, LLC : 649 - Summerville 2 | Bill - Summerville CPW: Deposit | $100 | $100 | Unknown |
| Totals for ARC Burger, LLC : 659 - Newnan 3 | Bill - Newnan Utilities | $5,000 | $5,000 | Unknown |
| Totals for ARC Burger, LLC : 699 - Olathe 2 | Bill - Atmos Energy | $2,022 | $2,022 | Unknown |
| Totals for ARC Burger, LLC : 796 - Breman | Deposit City of Bremen 11/09/23 | $200 | $200 | Unknown |
| Totals for ARC Burger, LLC : 802 - Adairsville | Bill - City of Adairsville: gas / water | $2,000 | $2,000 | Unknown |
| Totals for ARC Burger, LLC : 817 - Summerville 3 | Bill - Summerville CPW: Deposit | $100 | $100 | Unknown |
| Totals for ARC Burger, LLC : 837 - Carrollton | Bill - City of Carrollton; Bill - Georgia Power: 10/17-11/08 | $6,595 | $6,595 | Unknown |
| Totals for ARC Burger, LLC : 839 - Cumming | Bill - City Of Cumming | $125 | $125 | Unknown |
| Totals for ARC Burger, LLC : 896 - Topeka 8 | Bill - Summit Restaurant Holdings: 07/31 08/31 | $1,083 | $1,083 | Unknown |
| Totals for ARC Burger, LLC : 904 - Resaca | Bill - Calhoun Utilities: 14741-06 / 14742-06 | $701 | $701 | Unknown |
| Totals for ARC Burger, LLC : 1018 - McDonough 1 | Bill - City Of McDonough: WATER / WASTE | $200 | $200 | Unknown |
| Totals for ARC Burger, LLC : 1299 - Houston | Bill - City Of Houston | $400 | $400 | Unknown |
| Totals for ARC Burger, LLC : 1300 - Buffalo | Bill - City Of Buffalo MO; Bill - Liberty: Deposits | $8,175 | $8,175 | Unknown |
| Totals for ARC Burger, LLC : 1549 - Rome-Cedartown | Bill - Floyd County Water Department | $200 | $200 | Unknown |
| Totals for ARC Burger, LLC : 1672 - Georgetown | Bill - City Of Georgetown: Deposit and aplication fee | $315 | $315 | Unknown |
| Totals for ARC Burger, LLC : 1896 - Franklin | Bill - Heard County Water Authority | $505 | $505 | Unknown |
| Totals for ARC Burger, LLC : 1913 - Cuba | Bill - City Of Cuba Utilities | $6,000 | $6,000 | Unknown |
| Totals for ARC Burger, LLC : 1969 - Danielsville | Deposit City of Danielsville 11/08/23 | $175 | $175 | Unknown |
| Totals for ARC Burger, LLC : 1985 - Warner Robbins 4 | Bill - Flint EMC: Paid with CC | $1,735 | $1,735 | Unknown |
| Totals for ARC Burger, LLC : 2608 - Chattahoochee | Bill - City Of Chattahoochee | $10,500 | $10,500 | Unknown |
| Totals for ARC Burger, LLC : 3127 - Bonifay | Bill - City of Bonifay: Water deposit; Bill - FPL Northwest FL | $538 | $538 | Unknown |
| Totals for ARC Burger, LLC : 3133 - Geneva | Bill - Alabama Power: Sept 19, 2023 - Oct 19, 2023; Bill - Geneva County | $5,875 | $5,875 | Unknown |
| Totals for ARC Burger, LLC : 3532 - Chipley | Utility deposit | $5,887 | $5,887 | Unknown |
| Totals for ARC Burger, LLC : 3959 - Graceville | Bill - FPL Northwest FL: deposit bill; Bill - FPL Northwest FL; Bill - FPL N | $13,542 | $13,542 | Unknown |
| Totals for ARC Burger, LLC : 4027 - Lebanon | Bill - Summit Natural Gas Of Missouri Inc; Bill - City Of Lebanon | $3,355 | $3,355 | Unknown |
| Totals for ARC Burger, LLC : 5722 - McDonough 3 | Utility Deposit - Elec; Bill - Henry County Water Authority: Conf number : | $8,905 | $8,905 | Unknown |
| Totals for ARC Burger, LLC : 5846 - Covington | Bill - City Of Covington UTL | $4,504 | $4,504 | Unknown |
| Totals for ARC Burger, LLC : 5895 - Fayetteville | Bill - City of Fayetteville Water and Sewer Dept.; | ($7,119) | ($7,119) | Unknown |
| Totals for ARC Burger, LLC : 5953 - Byron | Bill - City of Byron: Billed commercial deposit | $300 | $300 | Unknown |
| Totals for ARC Burger, LLC : 5983 - Oakwood | Bill - Jackson EMC: deposit; Deposit City of Gainesville 11/07/23; Bill - S | $6,541 | $6,541 | Unknown |
| Totals for ARC Burger, LLC : 6039 - Rome 3 | Bill - City of Rome: WATER | $550 | $550 | Unknown |
| Totals for ARC Burger, LLC : 6244 - Royston | Deposit city of royston 11/07/23 | $300 | $300 | Unknown |
| Totals for ARC Burger, LLC : 6246 - Bonaire | Bill - Flint EMC | $4,000 | $4,000 | Unknown |
| Totals for ARC Burger, LLC : 3907 - Buffalo | Bill - Rocky Mountain Power | $4,212 | $4,212 | Unknown |
| Totals for ARC Burger, LLC : 3214 - Gillette | Deposits 110623 city of gillette 11/09/23; Bill - Black Hills Energy: depos | $4,074 | $4,074 | Unknown |
| Totals for ARC Burger, LLC : 5995 - Tifton | Bill - City of Tifton | $3,390 | $3,390 | Unknown |
| Totals for ARC Burger, LLC : 9999ARC | Bill - Cobb EMC: Cobb EMC is the utilities company for Atlanta office | $1,453 | $1,453 | Unknown |
| **Total** | **56** | **$160,088** | **$160,088** | **--** |
| | | | | |
| **Consolidated Total** | **61** | **$190,095** | **$190,095** | **--** |

**Schedule A-B Part 2 - Prepayments Summary**

| Vendor / Description | Invoice Amount | Remaining Balance | Potential Value | Current Value |
|---|---|---|---|---|
| Bill - Lewis Advertising, Inc.: DOT - I - 35 EXIT 131 - Emporia KS | $2,186 | $1,093 | $1,093 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 285 EXIT 51, Atlanta 6 1500346 | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT GA 10 EXIT Winder, Monroe | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 70 EXIT 12, Independence | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - MO 291 EXIT Independence 24, | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - 1435 EXIT 59, KC MO 1500434 | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 435 EXIT 79 - Overland Park | $5,246 | $2,623 | $2,623 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 85 EXIT 147 - Commerce GA | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: 049970 DOT - I - 435 EXIT 13 - Kansas | $6,448 | $3,224 | $3,224 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - US 65 EXIT Trenton6, Trenton | $2,186 | $1,093 | $1,093 | Unknown |
| Bill - Lewis Advertising, Inc.: 049974 DOT - I - 985 EXIT 4 - Buford GA | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - US 50 EXIT Truman Blvd, JCMO | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 75 EXIT 187, Forsyth GA | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - US 50 EXIT 3rd St - Lees Summit | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 75 EXIT 306 - Adairsville GA | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - GA 400 EXIT 15, Cumming GA | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 470 EXIT 2 - Topeka KA 1500896 | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 75 EXIT 318 - Calhoun GA | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: 049979 DOT - I - 75 EXIT 216, | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 29 EXIT 50, St. Joseph MO | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: 049986 DOT - I - 44 EXIT 208, Cuba MO | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - US 63 EXIT Moberly, Moberly | $2,186 | $1,093 | $1,093 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 44 EXIT 129, Lebanon MO | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 75 EXIT 218, McDonough | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 20 EXIT 90, Covington GA | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 75 EXIT 149, Byron GA 1505953 | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - Lewis Advertising, Inc.: DOT - I - 435 EXIT 70, KC - Bannister, MO | $3,279 | $1,639 | $1,639 | Unknown |
| Bill - ServiceChannel.com Inc | $33,985 | $14,160 | $14,160 | Unknown |
| Bill - Lucas Systems, Inc. | $3,000 | $1,500 | $1,500 | Unknown |
| Bill - Addilan Group: FIRE PROTECTION & SAFETY ROUTINE SERVICES - WO# 321501083 | $870 | $435 | $435 | Unknown |
| Bill - Addilan Group: FIRE PROTECTION & SAFETY ROUTINE SERVICES - WO# 319292454 | $600 | $300 | $300 | Unknown |
| **Total** | **$128,838** | **$61,586** | **$61,586** | -- |

**Schedule A-B Part 3 - Accounts Receivable**

| Item | 90 Days or Less | Over 90 Days | Face $ | Doubtful / Uncollectible $ | Current Value $ |
|------|-----------------|--------------|--------|----------------------------|-----------------|
| Mahoney Rebate | No | Yes | $6,877 | Unknown | Unknown |
| Coca-Cola Rebate | Yes | No | $283,487 | -- | $283,487 |
| Insurance Premium Reimbursement | Yes | No | $63,003 | Unknown | Unknown |
| **Total** | **2** | **1** | **$353,366** | **Unknown** | **Unknown** |

Schedule A-B Part 8 - Machinery, Equipment, and Vehicles (Location Summary)

| Location / Entity | UCB Foreclosure | Summary Beg. Balance | Net Activity | Ending Balance | Consolidated Total Total Debits | Total Credits | Net | HVAC Total Debits | Total Credits | Net | Cooking Equipment Total Debits | Total Credits | Net | Refrigeration Total Debits | Total Credits | Net | Building Improvement Total Debits | Total Credits | Net | IT Equipment Total Debits | Total Credits | Net | Security equipment Total Debits | Total Credits | Net | Electrical improvements Total Debits | Total Credits | Net | Plumbing Total Debits | Total Credits | Net | Furniture Total Debits | Total Credits | Net | Signage Total Debits | Total Credits | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARC Burger, LLC - 74 - Topeka 2 | Yes | NA | NA | NA | $60,789 | $16,900 | $43,889 | $41,213 | $16,900 | $24,313 | $8,142 | – | $8,142 | $6,310 | – | $6,310 | $3,363 | – | $3,363 | $1,761 | – | $1,761 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 157 - Emporia 1 | | $22,808 | $16,743 | $39,551 | $36,596 | $19,853 | $16,743 | $24,824 | $19,853 | $4,971 | $7,329 | – | $7,329 | $2,687 | – | $2,687 | – | – | – | $1,756 | – | $1,756 | – | – | – | – | – | – | $5,000 | – | $5,000 | – | – | – | – | – | – |
| ARC Burger, LLC - 228 - Walterboro | Yes | NA | NA | NA | $70,653 | $1,581 | $69,072 | $7,440 | – | $7,440 | $11,197 | – | $11,197 | $13,435 | $1,581 | $11,854 | – | – | – | $31,364 | – | $31,364 | – | – | – | $2,218 | – | $2,218 | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 244 - Washington | Yes | NA | NA | NA | $32,584 | $3,050 | $29,534 | $11,369 | $1,950 | $9,419 | $12,532 | – | $12,532 | – | – | – | $1,084 | – | $1,084 | $1,745 | – | $1,745 | $4,698 | $1,100 | $3,598 | – | – | – | $1,157 | – | $1,157 | – | – | – | – | – | – |
| ARC Burger, LLC - 302 - Hawkinsville | Yes | NA | NA | NA | $129,777 | $37,344 | $92,432 | $7,316 | $2,545 | $4,771 | $40,488 | $17,217 | $23,271 | $32,647 | $10,658 | $21,989 | – | – | – | $43,401 | $6,924 | $36,477 | $4,484 | – | $4,484 | – | – | – | $1,440 | – | $1,440 | – | – | – | – | – | – |
| ARC Burger, LLC - 325 - Sedalia 1 | Yes | NA | NA | NA | $37,304 | $1,295 | $36,009 | $8,758 | $415 | $8,343 | $17,180 | $880 | $16,300 | $7,142 | – | $7,142 | – | – | – | $3,474 | – | $3,474 | – | – | – | – | – | – | $750 | – | $750 | – | – | – | – | – | – |
| ARC Burger, LLC - 346 - Atlanta 6 | Yes | NA | NA | NA | $85,036 | $14,092 | $70,944 | $7,736 | – | $7,736 | $30,970 | $4,136 | $26,834 | $1,998 | – | $1,998 | $2,937 | – | $2,937 | $29,346 | $2,892 | $26,454 | $1,924 | – | $1,924 | $7,065 | $7,065 | – | $2,500 | – | $2,500 | $562 | – | $562 | – | – | – |
| ARC Burger, LLC - 361 - Hampton | Yes | NA | NA | NA | $136,736 | $13,957 | $122,779 | $9,756 | – | $9,756 | $30,818 | $6,160 | $24,658 | $41,649 | $7,797 | $33,852 | $578 | – | $578 | $45,861 | – | $45,861 | $6,824 | – | $6,824 | $1,250 | – | $1,250 | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 365 - Moncks Corner | Yes | NA | NA | NA | $82,997 | $3,569 | $79,428 | $11,931 | – | $11,931 | $23,527 | $3,569 | $19,959 | $9,747 | – | $9,747 | $1,727 | – | $1,727 | $25,547 | – | $25,547 | $7,374 | – | $7,374 | – | – | – | $1,989 | – | $1,989 | $1,155 | – | $1,155 | – | – | – |
| ARC Burger, LLC - 368 - Monroe | | $16,372 | $72,991 | $89,363 | $131,038 | $58,047 | $72,991 | $27,832 | $27,832 | – | $20,755 | $4,791 | $15,964 | $13,086 | – | $13,086 | – | – | – | $46,090 | $6,160 | $39,930 | – | – | – | $19,264 | $19,264 | – | $3,450 | – | $3,450 | $562 | – | $562 | – | – | – |
| ARC Burger, LLC - 392 - Goose Creek 1 | Yes | NA | NA | NA | $143,154 | $9,320 | $133,834 | $24,649 | – | $24,649 | $40,603 | $5,333 | $35,270 | $21,483 | – | $21,483 | $8,330 | – | $8,330 | $34,176 | – | $34,176 | – | – | – | $3,987 | $3,987 | – | $9,926 | – | $9,926 | – | – | – | – | – | – |
| ARC Burger, LLC - 403 - Independence 2 | | $17,496 | $28,311 | $45,807 | $32,981 | $4,670 | $28,311 | $9,384 | – | $9,384 | $12,148 | $4,670 | $7,478 | – | – | – | – | – | – | $5,878 | – | $5,878 | $5,570 | – | $5,570 | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 431 - Independence 3 | | $16,316 | $23,706 | $40,022 | $23,706 | – | $23,706 | – | – | – | $9,490 | – | $9,490 | – | – | – | – | – | – | $7,698 | – | $7,698 | – | – | – | $1,133 | – | $1,133 | $5,385 | – | $5,385 | – | – | – | – | – | – |
| ARC Burger, LLC - 434 - KCM 4 | | $8,252 | $72,869 | $81,121 | $100,298 | $27,430 | $72,869 | $12,316 | – | $12,316 | $50,809 | $24,735 | $26,074 | $6,418 | $2,695 | $3,722 | $11,634 | – | $11,634 | $5,097 | – | $5,097 | – | – | – | – | – | – | $14,025 | – | $14,025 | – | – | – | – | – | – |
| ARC Burger, LLC - 486 - Overland Park 3 | | $35,689 | $32,852 | $68,541 | $32,852 | – | $32,852 | $9,941 | – | $9,941 | $9,945 | – | $9,945 | – | – | – | $7,267 | – | $7,267 | $5,020 | – | $5,020 | – | – | – | – | – | – | $4,679 | – | $4,679 | – | – | – | – | – | – |
| ARC Burger, LLC - 491 - Griffin | Yes | NA | NA | NA | $103,100 | $9,196 | $93,905 | $16,952 | – | $16,952 | $9,838 | – | $9,838 | $23,585 | – | $23,585 | $1,374 | – | $1,374 | $43,681 | $7,426 | $36,255 | – | – | – | – | – | – | $7,670 | $1,770 | $5,901 | – | – | – | – | – | – |
| ARC Burger, LLC - 507 - Commerce | Yes | NA | NA | NA | $88,514 | $35,538 | $52,976 | $17,715 | $17,715 | – | $10,563 | – | $10,563 | $2,738 | – | $2,738 | – | – | – | $38,085 | $3,713 | $34,372 | $5,303 | – | $5,303 | $14,110 | $14,110 | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 518 - Stone Mountain | Yes | NA | NA | NA | $101,623 | $42,983 | $58,640 | $43,423 | $34,088 | $9,336 | $11,955 | – | $11,955 | – | – | – | $5,850 | $2,925 | $2,925 | $30,708 | $1,620 | $29,088 | – | – | – | $4,350 | $4,350 | – | $4,775 | – | $4,775 | $562 | – | $562 | – | – | – |
| ARC Burger, LLC - 544 - KC4 4 | | $10,487 | $56,785 | $67,272 | $57,586 | $801 | $56,785 | $20,054 | – | $20,054 | $11,861 | $801 | $11,060 | $14,113 | – | $14,113 | – | – | – | $4,663 | – | $4,663 | $3,523 | – | $3,523 | – | – | – | $3,373 | – | $3,373 | – | – | – | – | – | – |
| ARC Burger, LLC - 549 - Trenton | | $17,650 | $21,211 | $38,861 | $40,623 | $19,412 | $21,211 | $3,776 | – | $3,776 | $15,173 | – | $15,173 | – | – | – | – | – | – | $2,263 | – | $2,263 | – | – | – | $19,412 | $19,412 | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 560 - Buford | | $10,437 | $69,241 | $79,678 | $95,740 | $26,499 | $69,241 | $5,195 | – | $5,195 | $34,213 | $16,500 | $17,713 | $1,950 | – | $1,950 | – | – | – | $40,499 | $3,713 | $36,786 | $12,573 | $6,286 | $6,286 | – | – | – | $1,310 | – | $1,310 | – | – | – | – | – | – |
| ARC Burger, LLC - 561 - Jefferson City 2 | Yes | NA | NA | NA | $70,683 | $32,417 | $38,266 | $5,182 | – | $5,182 | $19,378 | $11,481 | $7,897 | $18,054 | $1,348 | $16,706 | $4,040 | – | $4,040 | $4,440 | – | $4,440 | – | – | – | $19,589 | $19,589 | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 630 - Forsythe | Yes | NA | NA | NA | $20,153 | $4,611 | $15,542 | – | – | – | $10,800 | $2,964 | $7,836 | $1,513 | – | $1,513 | – | – | – | $5,052 | $1,648 | $3,404 | – | – | – | $2,788 | – | $2,788 | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 639 - Thomaston | Yes | NA | NA | NA | $63,796 | $6,932 | $56,864 | $10,014 | – | $10,014 | $5,905 | – | $5,905 | $920 | – | $920 | – | – | – | $40,489 | $6,932 | $33,557 | $6,467 | – | $6,467 | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 641 - St. George | Yes | NA | NA | NA | $65,144 | $3,014 | $62,130 | $898 | – | $898 | $19,613 | – | $19,613 | $16,362 | $3,014 | $13,348 | – | – | – | $29,271 | – | $29,271 | – | – | – | – | – | – | $2,333 | – | $2,333 | $3,630 | $1,815 | $1,815 | – | – | – |
| ARC Burger, LLC - 649 - Summerville 2 | Yes | NA | NA | NA | $106,400 | $6,356 | $100,043 | $28,294 | – | $28,294 | $23,764 | $4,541 | $19,223 | $17,585 | – | $17,585 | – | – | – | $30,794 | – | $30,794 | $1,496 | – | $1,496 | $6,779 | $6,779 | – | – | – | – | $562 | – | $562 | – | – | – |
| ARC Burger, LLC - 659 - Newnan 3 | Yes | NA | NA | NA | $75,199 | $12,553 | $62,645 | $2,613 | – | $2,613 | $18,088 | $5,774 | $12,314 | $8,466 | – | $8,466 | – | – | – | $37,196 | – | $37,196 | – | – | – | – | – | – | $1,049 | – | $1,049 | – | – | – | – | – | – |
| ARC Burger, LLC - 683 - Lees Summit 2 | | $29,874 | $27,958 | $57,832 | $27,958 | – | $27,958 | – | – | – | $5,043 | – | $5,043 | $15,630 | – | $15,630 | – | – | – | $6,236 | – | $6,236 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 699 - Olathe 2 | | $7,252 | $42,885 | $50,137 | $48,871 | $5,985 | $42,885 | $2,156 | – | $2,156 | $39,539 | $5,985 | $33,553 | $15,414 | – | $15,414 | – | – | – | $1,762 | – | $1,762 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 796 - Braman | Yes | NA | NA | NA | $89,633 | $3,376 | $86,257 | $5,635 | – | $5,635 | $26,453 | – | $26,453 | $1,223 | – | $1,223 | $7,248 | – | $7,248 | $49,073 | $3,376 | $45,697 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 798 - East Ellijay | Yes | NA | NA | NA | $82,562 | $25,493 | $57,068 | $4,031 | – | $4,031 | $5,093 | – | $5,093 | $10,349 | $2,011 | $8,338 | $1,409 | – | $1,409 | $40,285 | $3,713 | $36,572 | – | – | – | $19,770 | $19,770 | – | $1,625 | – | $1,625 | – | – | – | – | – | – |
| ARC Burger, LLC - 802 - Adairsville | Yes | NA | NA | NA | $69,146 | $10,815 | $58,330 | $1,947 | – | $1,947 | $13,489 | – | $13,489 | $15,888 | $2,944 | $2,944 | $3,438 | $2,357 | $1,081 | $39,182 | $3,713 | $35,469 | $2,943 | – | $2,943 | – | – | – | $2,259 | $1,801 | $458 | – | – | – | – | – | – |
| ARC Burger, LLC - 817 - Summerville 3 | Yes | NA | NA | NA | $120,280 | $17,513 | $102,767 | $4,655 | – | $4,655 | $82,324 | $16,174 | $66,150 | $5,085 | $1,339 | $3,747 | – | – | – | $22,417 | – | $22,417 | – | – | – | – | – | – | $5,799 | – | $5,799 | – | – | – | – | – | – |
| ARC Burger, LLC - 837 - Carrollton | Yes | NA | NA | NA | $63,923 | $1,276 | $62,648 | $28,450 | – | $28,450 | $13,394 | $1,276 | $12,118 | $4,121 | – | $4,121 | – | – | – | $11,752 | – | $11,752 | – | – | – | $2,707 | – | $2,707 | $3,501 | – | $3,501 | – | – | – | – | – | – |
| ARC Burger, LLC - 839 - Cumming | Yes | NA | NA | NA | $87,883 | $18,810 | $69,072 | $6,118 | – | $6,118 | $17,974 | $2,915 | $15,059 | $4,691 | $1,163 | $3,528 | – | – | – | $43,580 | $5,333 | $29,809 | $3,036 | – | $3,036 | – | – | – | $20,923 | $9,400 | $11,523 | – | – | – | – | – | – |
| ARC Burger, LLC - 896 - Topeka 8 | Yes | NA | NA | NA | $24,818 | $3,165 | $21,653 | $3,839 | – | $3,839 | $11,241 | $1,176 | $10,065 | $1,989 | $1,989 | – | $3,689 | – | $3,689 | $3,701 | – | $3,701 | – | – | – | – | – | – | $359 | – | $359 | – | – | – | – | – | – |
| ARC Burger, LLC - 904 - Resaca | Yes | NA | NA | NA | $64,796 | $3,108 | $61,687 | – | – | – | $10,883 | $560 | $10,323 | $9,278 | – | $9,278 | $1,110 | – | $1,110 | $42,050 | $1,811 | $40,239 | – | – | – | – | – | – | $1,475 | $738 | $738 | – | – | – | – | – | – |
| ARC Burger, LLC - 963 - Charleston 14 | Yes | NA | NA | NA | $192,246 | $16,622 | $175,624 | $20,852 | – | $20,852 | $68,871 | $2,964 | $65,907 | $61,925 | $7,655 | $54,270 | – | – | – | $26,653 | – | $26,653 | $12,006 | $6,003 | $6,003 | – | – | – | $1,940 | – | $1,940 | – | – | – | – | – | – |
| ARC Burger, LLC - 1018 - McDonough 1 | Yes | NA | NA | NA | $87,598 | $50,924 | $36,674 | $2,323 | – | $2,323 | $5,044 | – | $5,044 | $6,006 | – | $6,006 | $25,491 | $25,491 | – | $23,301 | – | $23,301 | – | – | – | $17,158 | $17,158 | – | $8,275 | $8,275 | – | – | – | – | – | – | – |
| ARC Burger, LLC - 1175 - St. Joseph 4 | | $12,611 | $22,799 | $35,410 | $22,799 | – | $22,799 | $10,298 | – | $10,298 | $10,733 | – | $10,733 | – | – | – | – | – | – | $1,768 | – | $1,768 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 1281 - Mexico 2 | Yes | NA | NA | NA | $18,967 | $3,725 | $15,242 | – | – | – | $16,585 | $3,725 | $12,860 | – | – | – | – | – | – | $2,382 | – | $2,382 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 1299 - Houston | | $26,327 | $37,132 | $63,459 | $37,132 | – | $37,132 | $5,007 | – | $5,007 | $15,304 | – | $15,304 | $2,565 | – | $2,565 | – | – | – | $1,763 | – | $1,763 | – | – | – | $1,602 | – | $1,602 | $12,492 | – | $12,492 | – | – | – | – | – | – |
| ARC Burger, LLC - 1300 - Buffalo | | $10,616 | $44,882 | $55,498 | $47,641 | $2,759 | $44,882 | $9,781 | – | $9,781 | $26,956 | $2,759 | $24,197 | $2,348 | – | $2,348 | – | – | – | $2,211 | – | $2,211 | $4,743 | – | $4,743 | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 1549 - Rome-Cedartown | Yes | NA | NA | NA | $73,800 | $3,713 | $70,087 | $4,823 | – | $4,823 | $11,267 | – | $11,267 | $9,095 | – | $9,095 | – | – | – | $39,671 | $3,713 | $35,958 | – | – | – | – | – | – | $8,943 | – | $8,943 | – | – | – | – | – | – |
| ARC Burger, LLC - 1672 - Georgetown | Yes | NA | NA | NA | $119,169 | $35,907 | $83,262 | $2,060 | – | $2,060 | $52,279 | $19,649 | $32,630 | $33,661 | $15,529 | $18,132 | – | – | – | $31,169 | $729 | $30,440 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 1896 - Franklin | Yes | NA | NA | NA | $77,140 | $12,751 | $64,389 | – | – | – | $10,376 | $1,065 | $9,311 | $8,256 | – | $8,256 | $3,252 | – | $3,252 | $48,152 | $10,194 | $37,958 | $3,523 | – | $3,523 | – | – | – | $3,582 | $1,492 | $2,089 | – | – | – | – | – | – |
| ARC Burger, LLC - 1913 - Cuba | Yes | NA | NA | NA | $35,596 | $9,126 | $26,470 | $10,423 | $1,859 | $8,564 | $5,981 | – | $5,981 | $1,678 | – | $1,678 | – | – | – | $4,357 | – | $4,357 | – | – | – | $7,267 | $7,267 | – | $5,890 | – | $5,890 | – | – | – | – | – | – |
| ARC Burger, LLC - 1969 - Danielsville | Yes | NA | NA | NA | $132,548 | $68,866 | $63,682 | $44,278 | $42,745 | $1,533 | $16,843 | $7,861 | $8,982 | $4,257 | – | $4,257 | – | – | – | $46,585 | $1,170 | $43,415 | – | – | – | $15,090 | $15,090 | – | $5,495 | – | $5,495 | – | – | – | – | – | – |
| ARC Burger, LLC - 1985 - Warner Robbins 4 | Yes | NA | NA | NA | $48,633 | $12,745 | $35,888 | – | – | – | $18,433 | $9,534 | $8,899 | $3,027 | – | $3,027 | – | – | – | $26,302 | $3,211 | $22,991 | – | – | – | – | – | – | $972 | – | $972 | – | – | – | – | – | – |
| ARC Burger, LLC - 2604 - Moultrie | Yes | NA | NA | NA | $44,876 | $11,273 | $33,603 | $9,205 | – | $9,205 | $22,493 | $7,862 | $14,631 | $984 | – | $984 | – | – | – | $4,868 | $1,306 | $3,562 | $4,747 | $2,106 | $2,641 | – | – | – | $2,580 | – | $2,580 | – | – | – | – | – | – |
| ARC Burger, LLC - 2608 - Chattahoochee | | $17,184 | $42,557 | $59,741 | $57,944 | $15,387 | $42,557 | – | – | – | $32,876 | $6,424 | $26,452 | $7,487 | – | $7,487 | – | – | – | $5,501 | $1,122 | $4,379 | – | – | – | $7,842 | $7,842 | – | $4,239 | – | $4,239 | – | – | – | – | – | – |
| ARC Burger, LLC - 2993 - Valdosta 4 | | $20,675 | $48,348 | $69,023 | $50,708 | $2,360 | $48,348 | – | – | – | $31,243 | $2,360 | $28,882 | $4,409 | – | $4,409 | – | – | – | $6,681 | – | $6,681 | $5,398 | – | $5,398 | – | – | – | – | – | – | $2,978 | – | $2,978 | – | – | – |
| ARC Burger, LLC - 3127 - BonFay | | $12,935 | $93,593 | $106,528 | $99,271 | $5,678 | $93,593 | $308 | – | $308 | $59,846 | $3,678 | $56,168 | $23,775 | – | $23,775 | $1,509 | – | $1,509 | $3,401 | – | $3,401 | – | – | – | $1,208 | – | $1,208 | $7,223 | – | $7,223 | – | – | – | – | – | – |
| ARC Burger, LLC - 3133 - Geneva | | $9,409 | $35,824 | $45,233 | $41,707 | $5,883 | $35,824 | – | – | – | $14,774 | $1,497 | $13,277 | $18,191 | $4,386 | $13,805 | $3,866 | – | $3,866 | $4,876 | – | $4,876 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 3278 - Moberly | Yes | NA | NA | NA | $71,093 | $8,509 | $62,583 | $33,441 | $2,149 | $31,292 | $14,317 | – | $14,317 | $4,879 | $4,879 | – | $1,445 | – | $1,445 | $9,415 | $1,481 | $7,934 | $4,987 | – | $4,987 | – | – | – | $2,609 | – | $2,609 | – | – | – | – | – | – |
| ARC Burger, LLC - 3401 - Great Falls East | | $15,884 | $47,248 | $63,132 | $96,376 | $49,129 | $47,248 | $2,842 | – | $2,842 | $43,396 | $8,695 | $34,701 | – | – | – | $2,073 | – | $2,073 | $42,136 | $40,434 | $1,703 | – | – | – | $709 | – | $709 | $5,221 | – | $5,221 | – | – | – | – | – | – |
| ARC Burger, LLC - 3532 - Chipley | | $13,633 | $88,520 | $102,153 | $110,956 | $22,435 | $88,520 | $14,737 | $14,737 | – | $66,489 | $6,896 | $59,592 | $23,440 | $802 | $22,638 | $4,232 | – | $4,232 | $2,059 | – | $2,059 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 3792 - Thomasville | Yes | NA | NA | NA | $22,861 | $2,803 | $20,058 | – | – | – | $13,662 | $2,474 | $10,988 | $4,494 | – | $4,494 | – | – | – | $2,606 | – | $2,606 | $2,298 | $329 | $1,970 | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 3883 - Billings West | | $8,918 | $69,105 | $78,023 | $90,930 | $21,826 | $69,105 | $11,467 | – | $11,467 | $12,201 | $1,880 | $10,321 | – | – | – | $2,860 | $1,430 | $1,430 | $26,919 | $18,516 | $8,403 | $9,018 | – | $9,018 | $14,706 | – | $14,706 | $1,024 | – | $1,024 | $12,735 | – | $12,735 | – | – | – |
| ARC Burger, LLC - 3900 - Valdosta 5 | | $12,232 | $50,094 | $62,326 | $50,094 | – | $50,094 | $23,492 | – | $23,492 | $7,706 | – | $7,706 | $5,152 | – | $5,152 | $11,575 | – | $11,575 | $1,757 | – | $1,757 | $3,176 | – | $3,176 | – | – | – | $1,237 | – | $1,237 | – | – | – | – | – | – |
| ARC Burger, LLC - 3934 - Billings DT | | $25,497 | $93,381 | $118,878 | $94,207 | $826 | $93,381 | $48,410 | – | $48,410 | $20,810 | $499 | $20,311 | – | – | – | $2,325 | – | $2,325 | $3,499 | $327 | $3,172 | – | – | – | – | – | – | $7,301 | – | $7,301 | $11,861 | – | $11,861 | – | – | – |
| ARC Burger, LLC - 3940 - Helena - Euclid | | $8,483 | $16,516 | $24,999 | $24,638 | $8,122 | $16,516 | – | – | – | $12,129 | – | $12,129 | $1,316 | – | $1,316 | – | – | – | $1,708 | – | $1,708 | – | – | – | – | – | – | – | – | – | $1,368 | – | $1,368 | $8,122 | $8,122 | – |
| ARC Burger, LLC - 3959 - Graceville | Yes | NA | NA | NA | $76,509 | $14,252 | $62,257 | $16,939 | – | $16,939 | $38,492 | $14,252 | $24,240 | $12,800 | – | $12,800 | – | – | – | $4,235 | – | $4,235 | – | – | – | – | – | – | $4,043 | – | $4,043 | – | – | – | – | – | – |
| ARC Burger, LLC - 4027 - Lebanon | | $15,413 | $28,345 | $43,758 | $55,707 | $27,362 | $28,345 | $19,336 | $19,336 | – | $23,177 | $7,466 | $15,711 | – | – | – | – | – | – | $6,993 | $560 | $6,433 | $6,200 | – | $6,200 | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 4365 - Lakeland | | $20,609 | $89,907 | $110,516 | $98,929 | $9,022 | $89,907 | $11,943 | – | $11,943 | $39,025 | – | $39,025 | $989 | – | $989 | $18,044 | $9,022 | $9,022 | $22,946 | – | $22,946 | $5,403 | – | $5,403 | – | – | – | $578 | – | $578 | – | – | – | – | – | – |
| ARC Burger, LLC - 5722 - McDonough 3 | | $12,296 | $46,985 | $59,281 | $99,595 | $12,610 | $46,985 | $6,294 | $2,711 | $3,584 | $16,224 | $4,076 | $12,148 | – | – | – | $2,600 | – | $2,600 | $29,481 | $1,902 | $27,579 | – | – | – | $3,921 | – | $3,921 | $1,674 | – | $1,674 | – | – | – | – | – | – |
| ARC Burger, LLC - 5846 - Covington | | $8,286 | $66,310 | $74,596 | $203,111 | $136,801 | $66,310 | $45,727 | $44,659 | $1,068 | $97,934 | $87,592 | $10,343 | $2,662 | – | $2,662 | $4,306 | $2,153 | $2,153 | $35,048 | – | $35,048 | $5,578 | – | $5,578 | $2,732 | $2,732 | – | $13,000 | $4,550 | $8,450 | $562 | – | $562 | – | – | – |
| ARC Burger, LLC - 5895 - Fayetteville | | $11,591 | $71,162 | $82,753 | $78,735 | $7,573 | $71,162 | $7,926 | – | $7,926 | $18,410 | $786 | $17,624 | $3,933 | – | $3,933 | $14,306 | $2,153 | $2,153 | $31,362 | $1,902 | $31,460 | $4,153 | – | $4,153 | $2,732 | $2,732 | – | $3,350 | – | $3,350 | $562 | – | $562 | – | – | – |
| ARC Burger, LLC - 5953 - Byron | Yes | NA | NA | NA | $64,860 | $9,481 | $55,379 | $23,948 | $1,885 | $22,063 | $20,201 | $5,886 | $14,315 | – | – | – | – | – | – | $9,610 | $1,710 | $7,300 | $10,943 | – | $10,943 | – | – | – | $7,158 | – | $7,158 | – | – | – | – | – | – |
| ARC Burger, LLC - 5983 - Oakwood | | $3,510 | $49,331 | $52,841 | $57,778 | $8,447 | $49,331 | $1,157 | – | $1,157 | $10,644 | $2,099 | $8,545 | $1,393 | – | $1,393 | – | – | – | $39,353 | $4,013 | $35,340 | $4,669 | $2,335 | $2,335 | – | – | – | – | – | – | $562 | – | $562 | – | – | – |
| ARC Burger, LLC - 6039 - Rome 3 | Yes | NA | NA | NA | $50,542 | $1,085 | $49,457 | – | – | – | $19,659 | $165 | $10,588 | $1,658 | – | $1,658 | – | – | – | $30,644 | – | $30,644 | – | – | – | – | – | – | $7,487 | $920 | $6,567 | – | – | – | – | – | – |
| ARC Burger, LLC - 6220 - Sandersville | | $33,053 | $19,850 | $52,903 | $23,587 | $3,737 | $19,850 | – | – | – | $7,132 | $683 | $6,449 | – | – | – | – | – | – | $16,455 | $3,054 | $13,400 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 6244 - Royston | Yes | NA | NA | NA | $55,003 | $2,400 | $52,603 | $2,066 | – | $2,066 | $9,246 | – | $9,246 | $8,727 | – | $8,727 | – | – | – | $28,304 | $2,400 | $25,904 | – | – | – | – | – | – | $6,660 | – | $6,660 | – | – | – | – | – | – |
| ARC Burger, LLC - 6246 - Bonaire | | $40,018 | $41,522 | $81,540 | $45,882 | $4,361 | $41,522 | – | – | – | $10,375 | $1,045 | $9,330 | $6,928 | – | $6,928 | $1,140 | – | $1,140 | $27,499 | $3,315 | $24,124 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 6255 - Blue Springs | | $23,354 | $20,185 | $43,539 | $21,946 | $1,761 | $20,185 | $3,651 | – | $3,651 | $9,352 | – | $9,352 | $1,149 | – | $1,149 | – | – | – | $7,795 | $1,761 | $6,034 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 6262 - KC-Bannister | | $11,720 | $24,549 | $36,269 | $26,375 | $1,826 | $24,549 | $3,685 | – | $3,685 | $18,614 | $1,826 | $16,798 | $1,400 | – | $1,400 | – | – | – | $7,077 | – | $7,077 | $2,845 | – | $2,845 | – | – | – | $913 | – | $913 | – | – | – | – | – | – |
| ARC Burger, LLC - 3907 - Buffalo | | $8,247 | $31,247 | $39,494 | $44,837 | $13,590 | $31,247 | $2,679 | – | $2,679 | $32,236 | $13,590 | $18,646 | – | – | – | – | – | – | $7,077 | – | $7,077 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 3214 - Gillette | | $16,993 | $18,017 | $45,010 | $31,410 | $3,393 | $28,017 | $10,639 | – | $10,639 | $17,685 | $3,393 | $14,292 | – | – | – | – | – | – | $3,085 | – | $3,085 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 5995 - Tifton | | $3,389 | $31,891 | $35,280 | $51,517 | $19,626 | $31,891 | $4,323 | – | $4,323 | $15,341 | $5,044 | $10,297 | $30,096 | $14,582 | $15,514 | – | – | – | $1,757 | – | $1,757 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| ARC Burger, LLC - 9999ARC | | | $148,088 | $148,088 | $229,037 | $80,949 | $148,088 | – | – | – | $104,739 | $77,088 | $27,651 | – | – | – | $3,175 | – | $3,175 | $111,419 | $1,904 | $109,515 | – | – | – | $7,746 | – | $7,746 | $1,958 | – | $1,958 | – | – | – | – | – | – |
| **Total** | **42** | **$615,516** | **$1,852,937** | **$2,468,453** | **$5,727,216** | **$1,228,609** | **$4,498,607** | **$841,470** | **$251,578** | **$590,092** | **$1,848,522** | **$456,450** | **$1,392,072** | **$619,234** | **$84,371** | **$534,863** | **$152,968** | **$43,378** | **$109,590** | **$1,633,343** | **$165,697** | **$1,467,646** | **$148,902** | **$18,159** | **$130,743** | **$196,656** | **$168,336** | **$28,320** | **$238,384** | **$28,946** | **$209,438** | **$15,020** | **$3,773** | **$11,247** | **$32,718** | **$8,122** | **$24,596** |

**Form 206 Schedule A/B,**

74.    Causes of action against third parties (whether or not a lawsuit has been filed).

75.    Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims.

**Causes of Action:**

1.  Various causes of action and counterclaims against United Community Bank and/or its affiliates, agents or representatives, including without limitation, conversion, usurpation of trust fund taxes, breach of the implied duty of good faith and fair dealing, improper or avoidable setoff, breach of promise, laches, failure to foreclose on collateral in a commercially reasonable manner and lender liability.

2.  Various causes of action and counterclaims against CKE/ Hardees and/or its affiliates, agents or representatives, including without limitation, breach of the implied duty of good faith and fair dealing, extortion of funds, breach of promise, laches, avoidance actions and franchisor liability.

**Fill in this information to identify the case:**

Debtor name    **ARC Burger, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Budderfly SPV I, LLC**
Creditor's Name

**2 Trap Falls Rd.**
**Suite 310**
**Shelton, CT 06484**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**12/1/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Equipment and material installed per Energy Management Outsourcing Contract**

Describe the lien
**UCC Financing Statement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**   Column B: **Unknown**

---

**2.2 United Community Bank**
Creditor's Name

**200 E. Camperdown Way**
**Greenville, SC 29601**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**08/14/2023**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
Various causes of action and counterclaims against United Community Bank and/or its affiliates, agents or representatives, including without limitation, conversion, usurpation of trust fund taxes, breach of the implied duty of good faith and fair dealing, improper or avoidable setoff, breach of promise, laches, failure to foreclose on collateral in a commercially reasonable manner and lender liability.

Describe the lien
**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$12,832,128.69**   Column B: **Unknown**

---

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 2

Debtor    **ARC Burger, LLC**                                     Case number (if known) _____
          Name

**6095**
_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☑ Disputed |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$12,832,128.69**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **John D. Elrod**<br>**Greenberg Traug, LLP**<br>**3333 Piedmont Rd NE, #2500**<br>**Atlanta, GA 30305** | Line **2.2** | |
| **United Community Bank**<br>**4290 Professional Center Dr.**<br>**Ste. 201**<br>**Palm Beach Gardens, FL 33410** | Line **2.2** | |

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 2 of 2

**Fill in this information to identify the case:**

Debtor name    **ARC Burger, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Aili Chella**<br>**2044 W 138th, #112**<br>**Kansas City, KS 66224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$211.82** | **$211.82** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**P.O. Box 327790**<br>**Montgomery, AL 36132-7790** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$15,321.08** | **$15,321.08** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.76 | $349.76 |

Priority creditor's name and mailing address

**Andrew Robinson
235 Union Hill Dr., #03A
Forsyth, GA 31029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$349.76    $349.76

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

2.4   Priority creditor's name and mailing address

**Anngel Dillard
3778 Burnt Leaf Ln
Snellville, GA 30039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$214.66    $214.66

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

2.5   Priority creditor's name and mailing address

**Anthony Seward
320 S. Van Buren St
Browning, MO 64630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$92.67    $92.67

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

2.6   Priority creditor's name and mailing address

**Anyieth Anyang
7328 Vigo Dr
Lithonia, GA 30058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$67.60    $67.60

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Debtor  **ARC Burger, LLC**                                      Case number (if known) _____
        <sub>Name</sub>

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.35 | $225.35 |

**Austin Hampton**
**2612 Southridge Dr**
**Jefferson City, MO 65109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.36 | $188.36 |

**Birgitta Barnes**
**600 Abberly Way, #27**
**Stone mountain, GA 30083**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.12 | $169.12 |

**Briandrea Walker**
**729 Mcelrath Street**
**Sandersville, GA 31082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.93 | $435.93 |

**Cameron Steinke**
**21311 Neosho Drive**
**Lebanon, MO 65536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor  **ARC Burger, LLC**          Case number (if known) _____
_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,188.04 | $5,188.04 |

**Charleston County**
**Dept of Revenue Collections**
**4045 Bridge View Dr**
**North Charleston, SC 29405-7464**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $316.91 | $316.91 |

**City of Buford**
**2300 Buford Hwy**
**Buford, GA 30518-6044**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,806.77 | $1,806.77 |

**City of Georgetown**
**PO Box 939**
**Georgetown, SC 29442**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Hospitality/Accommodation Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,439.66 | $4,439.66 |

**City of Georgetown**
**PO Box 939**
**Georgetown, SC 29442**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **ARC Burger, LLC**                                   Case number (if known) _____
         Name

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $997.06 | $997.06 |

**City of Goose Creek**
**Hospitality Tax Division**
**P.O. Drawer 1768**
**Goose Creek, SC 29445**

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,574.85 | $2,574.85 |

**City of Goose Creek**
**Hospitality Tax Division**
**P.O. Drawer 1768**
**Goose Creek, SC 29445**

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,133.80 | $4,133.80 |

**City of Kansas City**
**Revenue Division - 2nd Floor**
**414 E. 12th St.**
**Kansas City, MO 64106**

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,334.98 | $3,334.98 |

**City of Kansas City**
**Revenue Division - 2nd Floor**
**414 E. 12th St.**
**Kansas City, MO 64106**

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

Debtor   **ARC Burger, LLC**
         Name                                        Case number (if known) _____

| | | | |
|---|---|---|---|

**2.19**   Priority creditor's name and mailing address

**City of Moncks Corner**
**118 Carolina Avenue**
**Moncks Corner, SC 29461**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$3,453.12    $3,453.12

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20**   Priority creditor's name and mailing address

**City of Walterboro**
**300 Hampton Street**
**Walterboro, SC 29488**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$1,860.67    $1,860.67

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21**   Priority creditor's name and mailing address

**Claretha Wigfall**
**129 Macon Way**
**Moncks Corner, SC 29461**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$463.16    $463.16

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22**   Priority creditor's name and mailing address

**Colin Espinoza**
**325 S. Jefferson Street**
**Slater, MO 65349**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$516.24    $516.24

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **ARC Burger, LLC**
_____
Name

Case number (if known) _____

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.57 | $469.57 |

**Colin Espinoza**
**325 S. Jefferson Street**
**Slater, MO 65349**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,368.54 | $1,368.54 |

**Colleton County**
**Treasurer's Office**
**Post Office Box 8**
**Walterboro, SC 29488**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.90 | $122.90 |

**Crane Finance**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.57 | $175.57 |

**Derek Earnest**
**152 Westhills Loop**
**Gillette, WY 82718**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 7 of 1218

Debtor   **ARC Burger, LLC**
_____
Name                                    Case number (if known) _____

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,036.55 | $3,036.55 |

**Dorchester County (St. George)**
**500 N Main St, Box 3**
**Summerville, SC 29483**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.79 | $328.79 |

**Elijah Lundy**
**421 Carrington Green Pkwy**
**421**
**McDonough, GA 30252**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $953.37 | $953.37 |

**Esmeralda Alonso**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.87 | $44.87 |

**Ethan Hartzell**
**2822 Minnesota Ave**
**Billings, MT 59101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.40 | $74.40 |
|---|---|---|---|---|

**Farrah Brownlee**
**1360 Otila Dr - apt. 5A4**
**Gainesville, GA 30504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,762.73 | $48,762.73 |
|---|---|---|---|---|

**Florida Department of Revenue**
**5050 W Tennessee St.**
**Tallahassee, FL 32399-0120**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.29 | $141.29 |
|---|---|---|---|---|

**Frank Robinson**
**621 3rd Ave N**
**#A**
**Great Falls, MT 59405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $403,569.24 | $403,569.24 |
|---|---|---|---|---|

**Georgia Department of Revenue**
**P.O. Box 740398**
**Atlanta, GA 30374-0398**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor      **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$186.41** | **$186.41** |

**Hadiyyah Muse**
**221 Broad St**
**Hawkinsville, GA 31036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$296.47** | **$296.47** |

**Jace Pierre**
**1012 N 23rd St**
**Apt 1**
**Billings, MT 59101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$443.98** | **$443.98** |

**Jace Pierre**
**1012 N 23rd St**
**Apt 1**
**Billings, MT 59101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$160.53** | **$160.53** |

**Jacy Deboard**
**700 1/2 West 4th Street**
**Gillette, WY 82716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **ARC Burger, LLC**                                                Case number (if known) _____
_____
Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.36 | $210.36 |
|------|---|---|---|---|

**Jamila Thomas**
**1300 Central Ave, #126**
**Great falls, MT 59401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | | $211.67 | $211.67 |
|------|---|---|---|---|

**Jeremy Williamson**
**2611 Upper River Rd, #44**
**Great Falls, MT 59405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | | $65.03 | $65.03 |
|------|---|---|---|---|

**Joesph Shaw**
**1009 SW Southgate Dr**
**Blue Springs, MO 64015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | | $133.08 | $133.08 |
|------|---|---|---|---|

**Joseph Benjamin**
**2605 Bouldercrest**
**Atlanta, GA 30316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page  **11 of 1218**

Debtor **ARC Burger, LLC**                               Case number (if known) _____
_____
Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.75 | $44.75 |

**2.43** Priority creditor's name and mailing address

**K. Edward Safir-Trustee**
**285 Peachtree Center Ave., NE**
**Suite 1600**
**Atlanta, GA 30303**

As of the petition filing date, the claim is:   **$44.75**   **$44.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.44** Priority creditor's name and mailing address

**Kaden Williams**
**162 Sally Ave**
**Ladson, SC 29456**

As of the petition filing date, the claim is:   **$300.64**   **$300.64**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.45** Priority creditor's name and mailing address

**Kaden Williams**
**162 Sally Ave**
**Ladson, SC 29456**

As of the petition filing date, the claim is:   **$767.09**   **$767.09**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.46** Priority creditor's name and mailing address

**Kansas City**
**Revenue Division**
**P.O. Box 804107**
**Kansas City, MO 64180-4107**

As of the petition filing date, the claim is:   **$6,058.73**   **$6,058.73**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

Debtor    **ARC Burger, LLC**                                        Case number (if known)  _____
          Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87,436.59 | $87,436.59 |

**Kansas Department of Revenue
PO Box 3506
Topeka, KS 66625-3506**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Kansas Department of Revenue
Corporate Tax
PO Box 750260
Topeka, KS 66699-0260**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.02 | $140.02 |

**Kaydence Whittington
1522 Justic Rd.
Cottondale, FL 32431**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.78 | $96.78 |

**Kymberly Riley
1608 E Springfield Rd
Lot 4
Sullivan, MO 63080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor     **ARC Burger, LLC**                                          Case number (if known)
                Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.58 | $33.58 |

**LaAsia McCord**
**115 Ray St.**
**Royston, GA 30643**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $788.82 | $788.82 |

**Llunschyka Desil**
**326 Canton Rd., #1102**
**Cumming, GA 30040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.19 | $309.19 |

**Lydell Jackson**
**5151 Calvary Circle**
**Valdosta, GA 31605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.99 | $172.99 |

**Mason Martin**
**1224 County Road 2497**
**Higbee, MO 65257**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **ARC Burger, LLC**
Name

Case number (if known) _____

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.49 | $290.49 |

**Michael Kelsey**
**1019 15th Street North**
**Great Falls, MT 59401**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | | $503.48 | $503.48 |

**Michael Smith**
**107 Main St**
**Renick, MO 65278**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | | $259,164.83 | $259,164.83 |

**Missouri Dept. of Revenue**
**P.O. Box 840**
**Jefferson City, MO 65105-0840**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Sales Tax**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | | $249.00 | $249.00 |

**Myren McCrary**
**6726 Tara Blvd**
**16F**
**Jonesboro, GA 30236**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $498.02 | $498.02 |
|------|---|---|---|---|

**Nathaniel Norton Hamann**
**205 Farror St, #1011**
**Moberly, MO 65270**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $822.37 | $822.37 |

**Nicholas Berry**
**746 Sugar Hill Road**
**St George, SC 29477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,323.70 | $1,323.70 |

**Robert Smith**
**104 N. 31st Street**
**Billings, MT 59101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.44 | $190.44 |

**Roderrious Marshall**
**9 E Marion St**
**Lot 10**
**Chattahoochee, FL 32324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**2.63** | Priority creditor's name and mailing address

**Ronald Cowles**
**4340 Brockton Ave SW**
**Billings, MT 59101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$218.59    $218.59

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.64** | Priority creditor's name and mailing address

**Samara Moore**
**128 SE Chelsea Court**
**Lees Summit, MO 64063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$72.40    $72.40

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.65** | Priority creditor's name and mailing address

**Sarah Landes**
**710 N 19th St., #S205**
**Billings, MT 59101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$329.69    $329.69

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.66** | Priority creditor's name and mailing address

**SC Department of Revenue**
**300A Outlet Pointe Blvd.**
**Columbia, SC 29210**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$107,595.68    $107,595.68

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **ARC Burger, LLC**
_____
Name

Case number (if known) _____

| 2.67 | Priority creditor's name and mailing address | | $313.06 | $313.06 |
|---|---|---|---|---|

**Serena Rogers**
**5237 Oliver Road**
**Flowery Branch, GA 30542**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | | $969.05 | $969.05 |
|---|---|---|---|---|

**Serena Rogers**
**5237 Oliver Road**
**Flowery Branch, GA 30542**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | | $167.72 | $167.72 |
|---|---|---|---|---|

**Sylvia Johnson**
**2106 Duke Street**
**Georgetown, SC 29440**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | | $609.00 | $609.00 |
|---|---|---|---|---|

**Teresa Mancia**
**1929 S. Arlington Ave**
**Independence, MO 64052**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

Debtor  **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,119.92 | $1,119.92 |

**Tiffany Baldwin**
**2453 Hanna Lake Rd**
**Lot 25**
**Johnsonville, SC 29555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,061.15 | $5,061.15 |

**Town of Hampton**
**608 First St. West**
**Hampton, SC 29924**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,976.48 | $1,976.48 |

**Town of Hampton - LHT**
**608 First St. West**
**Hampton, SC 29924**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,453.12 | $3,453.12 |

**Town of Moncks Corner**
**P.O. Box 700**
**Moncks Corner, SC 29461**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor    **ARC Burger, LLC**
_____
Name                                                    Case number (if known) _____

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,657.31 | $4,657.31 |

**Town of Summerville**
**200 S Main Street**
**Summerville, SC 29483**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.01 | $24.01 |

**Tristen Smalls**
**239 Coral Sunset Way**
**Summerville, SC 29486**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $424.08 | $424.08 |

**Tyshon Richardson**
**607 Temple Rd**
**Apt. A**
**Ladson, SC 29456**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.39 | $275.39 |

**Uzziah Weems**
**602 Woods Edge Way**
**warner robins, GA 30188**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,430.57 | $1,430.57 |

**Walterboro County Treasurer's**
**118 Benson St.**
**Walterboro, SC 29488**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,220.09 | $10,220.09 |

**Wyoming Department of Revenue**
**122 West 25th Street**
**Herschler Building**
**Cheyenne, WY 82002-0110**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,205.02 | $1,205.02 |

**Zakiyyus Hamm**
**130 Jones Circle**
**Elberton, GA 30365**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,628.16 |

**1311 Church Street, LLC**
**90 Linden Road**
**Pinehurst, NC 28374**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   Rent

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page  21 of 1218

Debtor   **ARC Burger, LLC**                              Case number (if known) _____
         Name

| | |
|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$0.00**

**20-8160625**
**1645 Lake Dow Road**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$0.00**

**23rd Group LLC**
**4944 Parkway Plaza Blvd**
**Suite 400**
**Charlotte, NC 28717**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$0.00**

**360 Cleaning**
**360 Fast LLC**
**7907 Colony Lane**
**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$17,260.59**

**360 Fire Protection LLC**
**1801 East Trafficway**
**Springfield, MO 65803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: Repairs & Maintenance**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$0.00**

**3T LLC**
**1029 N Wichita**
**Suite 15**
**Wichita, KS 67203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$0.00**

**406 HVAC**
**2901 State Avenue**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$0.00**

**406 Landscapes Inc**
**327 N Ewing St #3**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **ARC Burger, LLC**                                   Case number (if known) _____
_____
Name

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**406 Landscapes, Inc**
**327 N Ewing St Apt #1**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,000.00** |

**4630 Venice BLVD., LLC**
**10945 State Bridge Road**
**Suite 401-177**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**5 Points Consulting**
**Karma Public Relations LLC**
**9818 E. Voltaire Drive**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,349.55** |

**6534-40 Miami Ave LLC**
**CamVic Corporation**
**5576 Bridgetown Road**
**Cincinnati, OH 45248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,585.08** |

**669 Bloomfield Avenue LLC**
**Michael A Iannaccone**
**74 Asbury Road**
**Hackettstown, NJ 07840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$74.98** |

**674-Consolidated**
**Communications**
**PO BOX 14828**
**ST Louis, MO 63178-4828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**A & E Kitchen Service LLC**
**1651 S Empire**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                     Case number (if known) _____
          Name

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**A 1 Sewer & Septic Inc**<br>**1891 Merriam Lane**<br>**Kansas City, KS 66106** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**A AND A PREMIER**<br>**2232 Kenny Ct**<br>**Columbia, SC 29204** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,925.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**A Bill Glass Service Co. Inc**<br>**10205 E Truman Rd**<br>**Independence, MO 64052** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**A Estes Backflow Testing, LLC**<br>**205 Blankenship Rd**<br>**Jackson, GA 30233** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,651.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**A Lot A Clean**<br>**P O Box 284**<br>**Lees Summit, MO 64063** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address**<br>**A Plus Plumbers &**<br>**Appliance Repair, LLC**<br>**1150 Broadway St**<br>**Sheridan, WY 82801** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**A to Z Construction**<br>**David Morris**<br>**971 N. Pearl St.**<br>**Jakin, GA 39861** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                                    Case number (if known) _____
_____
Name

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**A to Z Glass Home Repair**
**4223 Pinto Lane**
**Myrtle Beach, SC 29588**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,595.58** |

**A&A Refirgeration, LLC**
**103 Marilyn St**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Repairs & Maintenance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,025.00** |

**A&R Hood Cleaning**
**PO Box 8953**
**Springfield, MO 65801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Repairs & Maintenance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**A&T Contractors Group Inc**
**6815 Fairgreen Dr**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**A'mya Clifton**
**9507 Fremont Ave**
**Kansas City, MO 64134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**A-1 Lock & Key LLC**
**313 SW 5th St.**
**Topeka, KS 66603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**A.T. Klemens, Inc**
**814-12Th Street North**
**Great Falls, MT 59401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**
Name

Case number (if known) _____

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$384.20** |
|---|---|---|---|

**AAA Disposal Service, Inc**
**P.O Box 109**
**Oak Grove, MO 64075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Utilities__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AAA Glass Service**
**1908 W. 6th Ave**
**Emporia, KS 66801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AAA Refrigeration**
**1737 Sherman Ave**
**Panama City, FL 32405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aajaden Hughes**
**181 Rankin Circle**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aalicia Chase**
**1366 Sunflower Circle**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aaliyah Allen**
**503 East Rogers Street**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aaliyah Cooks**
**3063 Webb Dr**
**C**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.37** | **Nonpriority creditor's name and mailing address**

**Aaliyah Lanier**
**1894 Booster Club Rd**
**Bainbridge, GA 39819**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.38** | **Nonpriority creditor's name and mailing address**

**Aaliyah Rodriguez**
**709 Feldwood Lane**
**McDonough, GA 30253**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.39** | **Nonpriority creditor's name and mailing address**

**Aarian Council**
**509 Zion St**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.40** | **Nonpriority creditor's name and mailing address**

**Aarianna Jones**
**2352 Hwy 2**
**Campbellton, FL 32426**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.41** | **Nonpriority creditor's name and mailing address**

**Aarion Norwood**
**2417 Aylesbury Loop**
**171**
**Decatur, GA 30034**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.42** | **Nonpriority creditor's name and mailing address**

**Aaron Buckman**
**2601 4th Ave North**
**#210**
**Billings, MT 59101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.43** | **Nonpriority creditor's name and mailing address**

**Aaron Cassidy**
**70 Garner Ln**
**Ellijay, GA 30540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                   Case number (if known) _____
      Name

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aaron Davis**
**114 Jx Bar Lane**
**Sundance, WY 82729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aaron Deleon**
**2570 Horsley Mill Rd**
**Carrollton, GA 30116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aaron Hayes**
**2793 Canemill Rd**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aaron King**
**555 south arlington Ave**
**Independence, MO 64053**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aaron Lindsey**
**2246 SW Suncatcher Rd**
**Lee's Summit, MO 64082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aaron Mackey**
**416 SE Annette St.**
**Lees Summit, MO 64063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Aaron Reifel**
**222 N. Burritt Ave**
**#302**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.51** | **Nonpriority creditor's name and mailing address** | | $0.00

**Aaron Rhodes**
**103 Central Ave, #F7**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | | $0.00

**Aaron Smith**
**675 N. Adams Ave., #8**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | | $0.00

**Aaron Tweedy**
**408 W 2nd Street**
**Salisbury, MO 65281**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | | $0.00

**Aaronanna Troutman**
**10 River Run Rd., #10**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | | $0.00

**Abbie Bacon**
**156 NW Vesper Street**
**Blue Springs, MO 64014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | | $0.00

**Abby Bare**
**302 Jackson St**
**Trlr 2**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | | $0.00

**Abby Fladland**
**18 Rhea**
**Billings, MT 59102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Abby Horton**
**4696 Cliff Road**
**Gracville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Abby Turner**
**545 Miller Agan Rd**
**Temple, GA 30179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**ABC Locksmith**
**Gal Benisty**
**850 Jason Blvd Suite B**
**Myrtle Beach, SC 29577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Abdib Bell**
**1188 Farmer Rd**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Abdul Wasay Niazi**
**217 Northwest Kessler Drive**
**302**
**Lee's Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Abel Lock & Key**
**Nathan William Henson**
**805 E Hwy 72**
**Rolla, MO 65401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Aberdean Gethers**
**5545 Ritter Road**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Debtor**  **ARC Burger, LLC**
Name

**Case number** (if known)

| | |
|---|---|
| **3.65** | **Nonpriority creditor's name and mailing address** |

**Abigail Brown**
**111 W Highland Ave**
**Saint Joseph, MO 64505**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.66** | **Nonpriority creditor's name and mailing address** |

**Abigail Godwin**
**44 Sierra Cir**
**Gillette, WY 82716**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.67** | **Nonpriority creditor's name and mailing address** |

**Abigail Marler**
**130 NW 4th St**
**Blue Springs, MO 64014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.68** | **Nonpriority creditor's name and mailing address** |

**Abigail Rosas**
**1615 Shady Grove Rd**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.69** | **Nonpriority creditor's name and mailing address** |

**Abigail Smith**
**431 South Main Street**
**Milan, MO 63556**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Wages**

Is the claim subject to offset? ■ No  ☐ Yes

**$76.93**

---

| | |
|---|---|
| **3.70** | **Nonpriority creditor's name and mailing address** |

**Abigail Villarreal**
**121 Colony Dr**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.71** | **Nonpriority creditor's name and mailing address** |

**Abijeet Verma**
**9122  W 124th St**
**#231**
**Overland Park, KS 66213**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Able Plumbing Services LLC**
**1350 Radio Loop**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Abraham Brown**
**521 Landers St**
**Monore, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Abram Barnes**
**120 Barnes Rd**
**Chattahoochee, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Abreonia Mack**

**Griffin, GA 30223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Abril Aguilar**
**3274 Apache Cir**
**Oakwood, GA 30566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**AbuSeth LLC**
**478 Berckman Drive NW**
**Lilburn, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Academy Locksmith**
**4202 Beltway Drive**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ace Hardware #10259**
**385 E Hart St**
**PO Box 1038**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,878.23** |

**Ace Heating and Cooling LLC**
**Marvin Quesenberry**
**822 Starlight Circle**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Repairs & Maintenance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |

**Ace Lawn and Snow Removal LLC**
**822 Starlight Cir**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Landscape**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ace Lock & Key**
**618 N. Ashley St.**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Ace Oldham**
**6434 Love Rd**
**Bates City, MO 64011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Acme Security Inc**
**3687 Chamblee Dunwoody Road**
**Chamblee, GA 30341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Action Electric Inc**
**1010 Central Ave., Ste 4**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**                                          Case number (if known) _____
         <ins>Name</ins>

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,959.99** |
|---|---|---|---|

**Action Fire &  Safety Equipment CV, Inc.**
**969 W. James Lee Blvd.**
**Crestview, FL 32536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Repairs & Maintenance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Chapman**
**522 Hickory Street**
**Bremen, GA 30110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Couey**
**2649 Blacks Bluff Rd SW**
**Rome, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Crawford**
**1937 SW Meadow Ln**
**Topeka, KS 66604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Giglio**
**1900 Windsor Run Lane**
**T 19**
**Matthews, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Hannah**
**70 Morgan Street, #B**
**Buford, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Harrison**
**67 Pine Lane**
**Thomasvillie, GA 31757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Adam Huffman**
**7177 Highway Z**
**Houston, MO 65483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Adam Jeffery**
**2718 Northeast Shuler Street**
**Topeka, KS 66616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Adam Littrell**
**95 Royston Homes Circle**
**Royston, GA 30662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Adam Nix**
**101 Nathan Circle**
**Apt. 2**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Adam Spence**
**5328 Forest Dr**
**Graceville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Adam Streeter**
**1909 Holman**
**Saint Joseph, MO 64501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Adam Wigley**
**95 Pine Needle Rd**
**Sparks, GA 31647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adamaris Sandoval**
**712 Devin Dr**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,104.41**

**Addilan Group**
**2930 Felton Road Suite 200**
**Norristown, PA 19401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Repairs & Maintenance**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Addison Hensley**
**2716 Seneca St**
**Saint Joseph, MO 64507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Addison Lamport**
**531 South Hardy Ave**
**Independence, MO 64053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Addison Temple**
**P.O. Box 3016**
**Cumming, GA 30028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Addrigus Battle**
**8643 Woodside Ln**
**Riverdale, GA 30238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adelaida Flores**
**551 SE Burr St**
**Topeka, KS 66607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adika Komrowski**
**70 Gardner Lane**
**Unit 6076**
**Ellijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adonna Johnson**
**4279 Doerun Norman Park Rd**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adrian  Browder**
**4350 Stone Mountain Hwy**
**209**
**Lilburn, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adrian Ash**
**5344 Bonnie Hill Road**
**CHATTAHOOCHEE, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adrian Ford**
**230 Devilla Ct**
**Fayetteville, GA 30214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adrian Grier**
**191 Willis Wilder Dr**
**Forsyth, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adrian Johnson**
**2617 East 27th Street,**
**Kansas City, MO 64127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian Kelly**
**1269 Spivey Road**
**Grand Ridge, FL 32442**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian Lewis**
**4153 HICKORY LN**
**LADSON, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian Monge Uribe**
**3102 17th Ave**
**Lot 88**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian Serna**
**4441 Jenwood St**
**Ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian Stodghill**
**143 Hunter St**
**Forsyth, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian Taylor**
**553 2nd Street**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian Thompson**
**110 Georgia Ave**
**Griffin, GA 30223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adrian Williams**
**114 US 90**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adriana Allende**
**4425 SE Adams St.**
**Topeka, KS 66609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adriana Aviles**
**Aventura211**
**33**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adriana Bonilla**
**211 Kelly Mill Road**
**Cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adriana Gustin**
**2430 N 131st**
**Kansas City, KS 66109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adriana Johnson**
**3931 Willow Ave**
**Apt 101**
**Kansas City, MO 64133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adriana Lemus**
**51 North Palm St**
**Varnville, SC 29944**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**3.128**   **Nonpriority creditor's name and mailing address**

**Adriana Teran**
**1005 SW Twin Creek Dr**
**Lees Summit, MO 64081**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129**   **Nonpriority creditor's name and mailing address**

**Adrianna Roberson**
**4221 Wilshire Dr**
**Valdosta, GA 31605**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.130**   **Nonpriority creditor's name and mailing address**

**Adrieanna Ford**
**2024 Gilbert Street**
**Georgetown, SC 29440**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131**   **Nonpriority creditor's name and mailing address**

**Adriel Trevino Nava**
**9512 Drury**
**201**
**Kansas City, MO 64137**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132**   **Nonpriority creditor's name and mailing address**

**Adriena Graham**
**207 Earl Ln**
**Quincy, FL 32351**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133**   **Nonpriority creditor's name and mailing address**

**Adrienne Burke**
**1344 Armstead Circle**
**Monroe, GA 30655**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.134**   **Nonpriority creditor's name and mailing address**

**Adrienne Echols**
**1314 Clem Lowell Road**
**Carrollton, GA 30116**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.135** | **Nonpriority creditor's name and mailing address**

**Adrienne Russ**
**213 B w Roberts Road**
**Quincy, FL 32351**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.136** | **Nonpriority creditor's name and mailing address**

**Adriyonna Williams**
**618 East Church Street**
**Sandersville, GA 31082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.137** | **Nonpriority creditor's name and mailing address**

**Adtrece Johnson**
**2006 Karl Drive**
**Apt 2207**
**Warner Robins, GA 31088**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138** | **Nonpriority creditor's name and mailing address**

**Advance Bldg Specialties Inc**
**213 N. Main St.**
**Petal, MS 39465**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.139** | **Nonpriority creditor's name and mailing address**

**Advanced CO2 Systems**
**4491 N Haroldsen Dr**
**Idaho Falls, ID 83401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **CO2 Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,011.82**

---

**3.140** | **Nonpriority creditor's name and mailing address**

**Adversity Heating and Air LLC**
**800 E. Commercial St**
**Springfield, MO 65803**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$410.00**

---

**3.141** | **Nonpriority creditor's name and mailing address**

**AFCO Acceptance**
**4501 College Blvd, Suite 320**
**Leawood, KS 66211**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AFCO Acceptance**
**PO Box 360572**
**Pittsburgh, PA 15250-6572**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**Affordable Local Lawncare**
**Amy Zacher**
**540 Sunnyslope St**
**Emporia, KS 66801**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landscape__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Affordable POS Solutions Inc**
**2603 NW London Drive**
**Blue Springs, MO 64015**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Afi Shaheed**
**1351 Franklin Parkway**
**Franklin, GA 30217**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Africa Mickens**
**209 S Martin Luther**
**King Jr. Drive**
**Thomasville, GA 31792**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,445.17**

**AGI**
**2655 International Pkwy**
**Virginia Beach, VA 23452**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Repairs & Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Agnes Toe**
**487 Orchards Walk**
**Stone Mountain, GA 30087**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **ARC Burger, LLC**                                    Case number (if known) _____
            Name

| | |
|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** |
| | **Agueda Olivo** |
| | **1271 SW Polk St.** |
| | **Topeka, KS 66612** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** |
| | **Ahijah Mincey** |
| | **210 Price Quarters Rd** |
| | **McDonough, GA 30253** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** |
| | **Ahkya Hampton** |
| | **4205 SW 28th Terr** |
| | **Topeka, KS 66614** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** |
| | **Ahmad Townes** |
| | **78 Ashley Hall Plantation Rd** |
| | **A73** |
| | **Charleston, SC 29407** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** |
| | **Ahnyel Douglas** |
| | **4113 Black Birch Run** |
| | **Gainesville, GA 30504** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** |
| | **AhveiAhuniah Anderson** |
| | **1702 North Woodmere Dr** |
| | **Apt 21** |
| | **North Charleston, SC 29407** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** |
| | **Ahziyah Freeman** |
| | **209 Parsons** |
| | **Forsyth, GA 31029** |

**As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **ARC Burger, LLC**                                      Case number (if known) _____
         Name

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Aidan Cameron**
**3320 New Haven Church Road**
**Danielsville, GA 30633**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Aidan Franklin**
**406 SW Sunset Dr.**
**Lees Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**AIE Inspection Services Inc.**
**1314 Hwy DD**
**Saint Louis, MO 63341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Aila Propheter**
**1709 Clark Ave**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Aileen Cano**
**735 Riverside Walk Xing**
**Sugar Hill, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Aimee Bilyeu**
**807 Ada St**
**Princeton, MO 64673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,038.13** |

**Air Filter Plus Inc**
**1205 Cardinal Dr.**
**Eudora, KS 66025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          <sub>Name</sub>

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$158.80** |

**Aire-Master Of America, Inc**
**PO BOX 2310**
**Nixa, MO 65714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Repairs & Maintenance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Aireanna Grayson**
**11301 Colorado Ave**
**108**
**Kansas City, MO 64137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Aisha Geter**
**7135 Greenway CV SW**
**Covington, GA 30014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Aisha Ingram**
**432 Colbert Grove Church Rd**
**Colbert, GA 30628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Aitana Duran**
**801 S Harrison St., #222**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Aizhrian Byers**
**2108 Alpine Court Apt F**
**Jefferson City, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**AJ Humphrey**
**8465 Patriot Blvd**
**316**
**North Charleston, SC 29420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor      **ARC Burger, LLC**                                    Case number (if known) _____
            Name

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aja Nix**
**150 Washington St**
**St George, SC 29477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Akashya Brown**
**275 E 9th North Street**
**Apt 20E**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Akeem Bellile**
**1013 Michelle St, #5**
**Emporia, KS 66801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Akeem Person**
**112 Jackson Dr**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Akeema Alston**
**110 Edisto Lane**
**Georgetown, SC 29440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Akiyah Wilson**
**4730 Heather Mill Trace**
**Snellville, GA 30039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Al-Zahiere Lawton**
**458 Keegan Dr**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **ARC Burger, LLC**                                        Case number (if known) _____
          Name

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Alabama Department of Labor**
**649 Monroe Street**
**Montgomery, AL 36131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Alabama Department of Revenue**
**Business Privilege Tax Section**
**P.O. Box 327320**
**Montgomery, AL 36132-7320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,333.56 |
|---|---|---|---|

**Alabama Power**
**PO BOX 242**
**Birmingham, AL 35292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Alain Conesa**
**915 Perry St**
**Gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Alaina Rodriguez Erazo**
**5610 E 27th Terrace**
**Kansas City, MO 64128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Alaja Curry**
**619 Gordon Street**
**Sanderville, GA 31082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Coleman**
**65 Bouldercrest Ln**
**65 B**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known)  _____
          <sub>Name</sub>

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Alan Helm**
**331 Hope Rd**
**Helena, MT 59602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Alan Levesque**
**Wiggin and Dana**
**600 Massachusetts Ave., NW**
**Washington, DC 20001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Alan Levesque**
**310 GA Hwy 94 E**
**statenville, GA 31648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Alana Maxwell**
**328 Maddox Drive**
**Ellijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**ALancia Heard**
**130 Jones Circle**
**Royston, GA 30662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Alanna Harris**
**553 Stone St NW, #B**
**Covington, GA 30014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Alanna Holmes**
**5423 Stone Trace**
**Gainesville, GA 30504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.191** **Nonpriority creditor's name and mailing address**
Alannah Heath
415 N Grand Ave
Houston, MO 65483

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.192** **Nonpriority creditor's name and mailing address**
Alashia Green
116 E Washington Street
116
Chattahoochee, FL 32324

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.193** **Nonpriority creditor's name and mailing address**
Alayna Bennett
740 Joseph Dr
Jefferson City, MO 65109

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.194** **Nonpriority creditor's name and mailing address**
Alaysha Baker
1222 Lavitsa Dr
Monroe, GA 30655

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.195** **Nonpriority creditor's name and mailing address**
Alaysha Cooper
53 Newnan Estates Dr
48
Newnan, GA 30263

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.196** **Nonpriority creditor's name and mailing address**
Alaysia Robinson
212 South Magnolia
Bonifay, FL 32425

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.197** **Nonpriority creditor's name and mailing address**
Albany Blair
513 Birchwood Drive
Moncks Corner, SC 29461

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor      **ARC Burger, LLC**                                          Case number (if known) _____
            <sub>Name</sub>

| | |
|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Albert Glumac**
**2938 Lynn Ave**
**Billings, MT 59102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

3.199 **Nonpriority creditor's name and mailing address**
**Albert Gomez**
**11348 NW 47th LN**
**Doral, FL 33178**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

3.200 **Nonpriority creditor's name and mailing address**
**Albert Rounds Jr**
**1110 Ballpark Lane**
**#6108**
**Lawrenceville, GA 30043**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

3.201 **Nonpriority creditor's name and mailing address**
**Aldahir Maldonado**
**524 N 81st Terr**
**Kansas City, KS 66112**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

3.202 **Nonpriority creditor's name and mailing address**
**Alea Hardy**
**473 Sanford Dr**
**Nicholson, GA 30565**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

3.203 **Nonpriority creditor's name and mailing address**
**Aledia Hefflin**
**243 Old Hamilton Mills Road**
**Bremen, GA 30110**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

3.204 **Nonpriority creditor's name and mailing address**
**Alejandra Hall**
**PO Box 394**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

Debtor   **ARC Burger, LLC**
Name

Case number (if known) _____

---

3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alejandra Lopez**
**1011 E 134th St**
**Kansas City, MO 64030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alejandro Arechabala**
**1256 SW 20th Street**
**Miami, FL 33145**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Aleriel Monrrabal**
**1037 SW Garfield Ave.,  #13**
**Topeka, KS 66604**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alex Brown**
**1222 Lavista Drive**
**Monroe, GA 30655**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alex Granados**
**90 Vance Valley Rd SW**
**Rome, GA 30161**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alex Harmon**
**412 E 9th St**
**Trenton, MO 64683**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alex Hodges**
**1163 5th St SW**
**Moultrie, GA 31768**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                        Case number (if known) _____
          Name

| 3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alex Martinez**
**7108 West 89th Terrace**
**Overland Park, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alex Nast**
**2822 Minnesota Ave**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alex Ramirez**
**571 S Desmet Ave**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alex Robinson**
**10008 Farley Ln**
**Overland Park, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alexander Brown**
**570 Birchwood Drive**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alexander Cassidy**
**70 Garner Lane**
**Ellijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alexander Courtright**
**7374 Berry Hill Dr**
**Gainsville, GA 30507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **ARC Burger, LLC**
Name

Case number (if known)

---

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexander Dixon**
**35 Regeneration Way**
**Talking Rock, GA 30175**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexander Dukes Jr**
**341 Fern Street**
**Bremen, GA 30110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexander Garrison**
**141 Orchard St**
**Raymondville, MO 65555**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexander Huff**
**830 N Jackson St.**
**5**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexander Justice-ONeill**
**13002 Jefferson St**
**Russellville, AL 65074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexander Kyser**
**33 High Plains Rd**
**Belgrade, MT 59714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexander McCready**
**736 SW Jewell AVE**
**Topeka, KS 66606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**
Name

Case number (if known)

---

3.226   **Nonpriority creditor's name and mailing address**
**Alexander Pinckney**
**130 Abandon Lane**
**Summerville, SC 29486**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.227   **Nonpriority creditor's name and mailing address**
**Alexander Rathbun**
**500 S. Church Ave**
**61**
**Gillette, WY 82716**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.228   **Nonpriority creditor's name and mailing address**
**Alexander Sanchez-Morgan**
**314 Pine Grove Church Road**
**Culloden, GA 31016**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.229   **Nonpriority creditor's name and mailing address**
**Alexander Schlee**
**197 Hollowpoint Ln**
**Cottageville, SC 29435**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.230   **Nonpriority creditor's name and mailing address**
**Alexander Williams**
**22  Martin Luther**
**King Jr. Blvd., #F4**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.231   **Nonpriority creditor's name and mailing address**
**Alexander Wilson**
**19 Belmont Park Lane**
**Newnan, GA 30263**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.232   **Nonpriority creditor's name and mailing address**
**Alexandra Mitchell**
**1816 Country Club Dr**
**Chillicothe, MO 64601**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexandra Thomas**
**905 Prissy Lane**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexandria Hess**
**206 Virginia Street**
**Huntsville, MO 65259**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexandria Hill**
**119 Greenwood Drive**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexandria Kruger**
**4330 Dobrinka Dr**
**#10**
**Billings, MT 59106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexandria Seadorf**
**5107 E 12Th St**
**Kansas City, MO 64127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexdejonia Hall**
**322 Jones St, #322**
**Royston, GA 30662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexia Atkins**
**1701 Villa Point Parkway**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                  Schedule E/F: Creditors Who Have Unsecured Claims                  Page   55 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Aldaco**
**7149 West County Line Rd**
**Lula, GA 30554**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Bornman**
**529 Woody Dr.**
**Lebanon, MO 65536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Browner**
**3561 Highway 106 S**
**Hull, GA 30646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Chavez**
**2530 NW 6th St**
**Bluesprings, MO 64014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Clayton**
**2213 N Barack Obama**
**B-1**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Ferguson**
**134 Martin Mills Trl**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Glaze**
**525 South Washington Avenue**
**Lebanon, MO 65536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**
_____
Name

Case number (if known) _____

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Harrison**
**7430 Valley Landing Court**
**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Mccullough**
**502 Railroad Ave, #C**
**Adel, GA 31620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Mize**
**4216 Pointers Ct**
**Oakwood, GA 30566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Palmer**
**1504 Broadwater Cir**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Simmons**
**198 Holbrook Drive**
**Ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Smith**
**106 Club Court**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexis Smith**
**409 N. Hansell St**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alexis Villa**
**1409 Satinwood Dr**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alexis Whetstone**
**113 Carver Rd**
**Mcdonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alexiunna Boone**
**120 East 13th St., #34**
**Tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alexus Sanders**
**625 N 80 Terrace**
**Kansas City, KS 66112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alexx Simms**
**991 Adams Clarke**
**Commerce, GA 30530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alexys Napolis**
**916 West Rollins**
**Moberly, MO 65257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alexzandria Dent**
**2236 Savannah Highway**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alica Foster**
**813 Barack Obama**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alice A. Walters Trust**
**3539 Plume Way SE**
**Palm Bay, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alicia Brewer**
**146 S Neconi Ave**
**Bonner Springs, KS 66012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alicia Campbell**
**3500 SW 29th Street**
**120**
**Topeka, KS 66615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alicia Cuthbert**
**527 Banks Rd E.**
**Fayetteville, GA 30214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alicia Dowdell**
**101 Marians way**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alicia Gray**
**131 Balsam Street**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          _____
          Name

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alicia Johnson**
**7019 E 17th St**
**Kansas City, MO 64126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alicia Owens**
**512 woodland ave**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**alicia roman**
**7575 w 106 th st**
**449**
**lenexa, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alicia Thomas**
**1100 Old Statenville Road**
**K-02**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alicya Verner**
**96 Stone Loop**
**7**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Alijah Green**
**39 Cowart dr**
**Adel, GA 31620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**alisha belcher**
**271 Glen Hollow Ln, 277-6**
**6**
**Decatur, GA 30034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**_____      Case number (if known)  _____
           Name

| | | |
|---|---|---|
| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Alisha Dumas**
**464 west Main Street**
**Forsyth, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.276  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**

**Alisha Dumas**
**235 union hill dr**
**1C**
**Forsyth, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.277  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**

**Alisha Strutton**
**1412 S Windsor Street**
**Independence, MO 64055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.278  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**

**Alisha Wiegand**
**313 Route T**
**JEFFERSON CITY, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.279  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**

**Alisha Williams**
**1787 Whitehall Forest court se**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.280  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**

**Alissa Wilson**
**General Delivery**
**Helena, MT 50601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.281  **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**

**Alithia Ramsey**
**725A Brown Street**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Aliveona Trimble**
**125 Ashland Parl, Blvd NE**
**Rome, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alivia Stewart**
**406 East Skyline Ave**
**Geneva, AL 36340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alivia Wiley**
**201 SW McClendon Dr**
**Lees Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Aliyah Jones**
**101 Johns Rd**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Alkeem Boyd**
**10765 Hwy 78 E, #509**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**All About Heating & Air, Inc**
**3939 Lavista Rd., Ste E-208**
**Trucker, GA 30084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,425.00**

**All Around Landscaping, LLC**
**5705 E Emerald Oaks Drive**
**Acworth, GA 30102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Repairs & Maintenance**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**                                         Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

3.289 **Nonpriority creditor's name and mailing address**

**All Climate Refrigeration LLC**
**413 South Liberty Street**
**Independence, MO 64050**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.290 **Nonpriority creditor's name and mailing address**

**All Out Parking Lots**
**501 Abbott Drive**
**Broomall, PA 19008**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.291 **Nonpriority creditor's name and mailing address**

**All Plumbing Company LLC**
**214 Howle Avenue**
**Charleston, SC 29412-2417**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*    **$6,620.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.292 **Nonpriority creditor's name and mailing address**

**All Secure Inc**
**121 Constitution Drive**
**Suite 400**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.293 **Nonpriority creditor's name and mailing address**

**All Weather Sewer Service Inc.**
**5300 Lazy Acres**
**De Soto, MO 63020**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.294 **Nonpriority creditor's name and mailing address**

**All-Phase Electric Company Inc**
**120 Dundee Drive**
**MILLEDGEVILLE, GA 31061**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.295 **Nonpriority creditor's name and mailing address**

**Allannah Zimmerman**
**1703 Sardis Rd**
**Hartford, AL 36344**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.296** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Allen Ford**
**138 Bowers Rd**
**Beaufort, SC 29446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Allen Industries INC**
**6434 Burnt Poplar Rd.**
**Greensboro, NC 27409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Allen Mayes**
**107 North East Railroad Avenue**
**Saint George, SC 29477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Allen Warren**
**625 Fawkes St**
**Higbee, MO 65275**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Allene Coates**
**324 Pringle Ferry Rd**
**Georgetown, SC 29440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alliance Plumbing & Drain Inc**
**320 Town Center Ave.**
**Suite C-11**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alliance Sign Company**
**1302 Cherry Street**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allison Baxter**
**347 Broad Street, #17**
**Hawkinsville, GA 31036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allison Fuller**
**112 Pear Tree Lane, #A**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allison Ledford**
**128 AVALON DR**
**WARNER ROBINS, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allison Morris**
**1607 Washington Blvd**
**Maywood, IL 60153**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alliyah Martinez-Castillo**
**267 Paulownia Circle**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ally Jackson**
**4806 E. 23rd St**
**Kansas City, MO 64127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allyson Valencia**
**111 College St**
**City, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**
_____        Case number (if known) _____
        Name

---

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Alma Morfin**
**1931 N.  Kansas Ave**
**Topeka, KS 66608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Almaz Askatov**
**Astana, Kabanbay Batyr 58b**
**662 North Main St**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Almetha Johnson**
**209 Rowland Dr**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Alondra Cano**
**616 Ewing Avenue**
**Kansas City, MO 64125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Alondra Cantu**
**10905 Bennington Ave**
**Kansas City, MO 64134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Alondra Garza**
**509 Congress St**
**Emporia, KS 66801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Alonzia Butler**
**2609 Meadow Place**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                   Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

3.317 | **Nonpriority creditor's name and mailing address**

**Alonzo Harrison**
**184 Dunson Shoals Rd**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.318 | **Nonpriority creditor's name and mailing address**

**Alonzo Tabaho**
**1299 Raymond St.**
**Gillette, WY 82717**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.319 | **Nonpriority creditor's name and mailing address**

**Alonzo Tellez Arteaga**
**2043 SE 12th St**
**Topeka, KS 66607**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.320 | **Nonpriority creditor's name and mailing address**

**Alphonso  Stevens**
**4738 County Rd 2445**
**Higbee, MO 65257**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.321 | **Nonpriority creditor's name and mailing address**

**Altagracia Alonso**
**2101 SE Swygart St**
**Topeka, KS 66605**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.322 | **Nonpriority creditor's name and mailing address**

**Alton Flemming**
**103 Sidney Hicks Road**
**WARNER ROBINS, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.323 | **Nonpriority creditor's name and mailing address**

**Altrinique Gibson**
**320 Carl Vinson Pkwy, #717**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                 Case number (if known) _____
         Name

---

| 3.324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alvaro De los santos**
**1530 E Hayward Ave**
**Independence, MO 64050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alverta Williams**
**341 Grayson St., #52**
**Estill, SC 29918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alvin Caballeros**
**3310 Tuscany Ridge**
**Columbia, MO 65202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alvona Mungin**
**113 Worthington Drive**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alyane Rose**
**777 W State Route 17, #1**
**Houston, MO 65483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alyanne Blount**
**4881 Damascus Church Road**
**Graceville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alyona Washington**
**1162 Imperial Dr**
**Saint Stephen, SC 29479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alyrika McCutchin**
**67 E Davis Ave**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alysha Kaufman**
**1001 S 27th St**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alyshia Doctor**
**4337 Spur St**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alyssa Clift**
**2443 W 1st St., #A**
**Topeka, KS 66606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alyssa Cox**
**3904 Shelton Drive**
**Resaca, GA 30735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alyssa Kee**
**243 Jenny D Lane**
**Hogansville, GA 30230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alyssa McGaha**
**1724 South Ash Street**
**Buffalo, MO 65622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **ARC Burger, LLC**
        Name

Case number (if known) _____

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Alyssa Peel**
**219 Earl Hall Rd**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Alyssa Thompson**
**517 E Florence St**
**Houston, MO 65483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Alysses Williams**
**1213 East Tift Ave**
**Albany, GA 31705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**AM Richards Glass Company Inc**
**225 Howard Street**
**St Charles, MO 63301-2174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**amairany chavez**
**E17 st**
**Kansas city, MO 64126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Amanda Allison**
**34 Chastain road**
**Cherry log, GA 30522**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Amanda Angel**
**286 tickanetley rd**
**Ellijay, GA 30536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.345** | **Nonpriority creditor's name and mailing address**

**Amanda Banda**
**908 N River Blvd**
**Independence, MO 64050**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346** | **Nonpriority creditor's name and mailing address**

**Amanda Brown**
**107 Frederick Ln**
**Raymore, MO 64083**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347** | **Nonpriority creditor's name and mailing address**

**Amanda Carroll**
**108 Tortoise Street**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348** | **Nonpriority creditor's name and mailing address**

**Amanda Crossfield**
**1505 boyd st Saint Joseph mo**
**Saint Joseph, MO 64505**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.349** | **Nonpriority creditor's name and mailing address**

**Amanda Currie**
**261 E Big Indian Trl NE**
**Rome, GA 30165**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.350** | **Nonpriority creditor's name and mailing address**

**Amanda Eskew**
**277 Dewaters Road**
**Commerce, GA 30529**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351** | **Nonpriority creditor's name and mailing address**

**Amanda Ezell**
**58 South 9th Street**
**Lakeland, GA 31635**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims |

Debtor    **ARC Burger, LLC**                                        Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.352 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Amanda Fennell**
**656 Abrams rd se**
**Silver Creek, GA 30173**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.353 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Amanda Gilley**
**2895 Armstrong St**
**Vernon, FL 32462**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.354 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Amanda Havins**
**50 Sheep Dip Road**
**Columbus, MT 59019**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.355 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Amanda Huffman**
**7177 hwy Z**
**Houston, MO 65483**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.356 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Amanda Ketchem**
**107 w ELM st**
**HUNTSVILLE   65259**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.357 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Amanda Kloes**
**1892 cheekpulliam rd**
**1892**
**Royston, GA 30662**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.358 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Amanda Liggins**
**100 Yates Dr**
**Warner Robins, GA 31093**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  72 of 1218

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.359** | **Nonpriority creditor's name and mailing address** |

**3.359**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Amanda Morris**
**5026 3rd Ave**
**Malone, FL 32445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Amanda Nayback**
**125 randy ln**
**Bonneau, SC 29431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Amanda Paugh**
**309 N Cedar St**
**135**
**Savannah, MO 64485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Amanda Polk**
**319 Violet Ln**
**Ellijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Amanda Sinclair**
**16729 SUNSET DR**
**HOUSTON, MO 65483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Amanda Stuen**
**114 S 4-J Rd**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Amanda Uptegrove**
**502 east 2ed Street**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

| | |
|---|---|
| 3.366 | **Nonpriority creditor's name and mailing address** |

**Amanda Warren**
**670 Buckhead Rd**
**Smoaks, SC 29481**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.367 | **Nonpriority creditor's name and mailing address** |

**Amanda Zitterman**
**314 Woodlawn ave**
**Warner robins, GA 31093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.368 | **Nonpriority creditor's name and mailing address** |

**Amani Holmes**
**3333 clifton church rd**
**Atlanta, GA 30316**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.369 | **Nonpriority creditor's name and mailing address** |

**Amara Schoen**
**5404 Scenic Dr**
**Lees summit, MO 64064**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.370 | **Nonpriority creditor's name and mailing address** |

**Amari Fannin**
**146 emerald blvd**
**byron, GA 31008**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.371 | **Nonpriority creditor's name and mailing address** |

**Amari Holmes**
**217 sunnybrook dr**
**Moncks corner, SC 29461**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.372 | **Nonpriority creditor's name and mailing address** |

**Amarion Wilson**
**5445 Brown St**
**Apt 1004**
**Graceville, FL 32440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.373** | Nonpriority creditor's name and mailing address

**Amaris Hancock**
**371 east Harris branch rd**
**Ellijay, GA 30540**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374** | Nonpriority creditor's name and mailing address

**Amaury Castillo**
**88 S Sixth St**
**Lakeland, GA 31635**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375** | Nonpriority creditor's name and mailing address

**Amaya Colpitts**
**3375 Se Fremont St**
**Topeka, KS 66605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.376** | Nonpriority creditor's name and mailing address

**Amaya Jackson**
**184 Peartree Terrace**
**Riverdale, GA 30274**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.377** | Nonpriority creditor's name and mailing address

**Amaya Medeiros**
**437 blue ridge blvd**
**Kansas city, MO 64125**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378** | Nonpriority creditor's name and mailing address

**Amber Boone**
**89 Three Angels Rd**
**Comer, GA 30629**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.379** | Nonpriority creditor's name and mailing address

**Amber Brown**
**1707 N Ashley st**
**36**
**Valdosta, GA 31602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number *(if known)* _____
          <sub>Name</sub>

| | | |
|---|---|---|

**3.380** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Amber Bryan**
**5 bonanza drive**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Amber Carter**
**1401 Irvin Kirk rd**
**Lot 3**
**Danielsville, GA 30633**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Amber Chadwick**
**1004 Red Bank Road**
**G36**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Amber Clemens**
**5429 Adairsville rd ne**
**Lot 6**
**Adairsville, GA 30103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Amber Ellis**
**214 S. Garfield box 2**
**Enterprise, KS 67441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Amber Gollaher**
**1007 MacFarlane**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Amber Gwin**
**448 Artesian Well Rd NW**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Amber Hinckley** | ☐ Contingent | |
| | **825 n main st** | ☐ Unliquidated | |
| | **Apt c** | ☐ Disputed | |
| | **Buffalo, WY 82834** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Amber Mills** | ☐ Contingent | |
| | **18508 e 5th st n** | ☐ Unliquidated | |
| | **Independence, MO 64056** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Amber morton** | ☐ Contingent | |
| | **19 Eugene Hardman rd** | ☐ Unliquidated | |
| | **Danielsville, GA 30633** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Amber Muse** | ☐ Contingent | |
| | **17 Tyler Circle** | ☐ Unliquidated | |
| | **Jefferson, GA 30549** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Amber Percifield** | ☐ Contingent | |
| | **258 Dennis Dr** | ☐ Unliquidated | |
| | **Commerce, GA 30529** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Amber Ramey** | ☐ Contingent | |
| | **131 welcome rd** | ☐ Unliquidated | |
| | **Eastonallee, GA 30538** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Amber Ravenel** | ☐ Contingent | |
| | **4873 piedmont ave** | ☐ Unliquidated | |
| | **A** | ☐ Disputed | |
| | **North Charleston, SC 29406** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.394** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amber Raymond**
**1803 Saint Joseph Ave**
**St Joseph Missouri, MO 64505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amber Reyes lopez**
**Calhoun, Georgia, United States**
**Calhoun, GA 30735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amber Roper**
**1485 Baker Dr**
**Independence, MO 64050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.397** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ambraja cooper**
**108 mulberry st**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ambriel Tucker**
**6085 Winston Trace**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ambros Evans**
**1222 Lavista dr**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amelia Arnold**
**3823 blue ridge blvd**
**Independence, MO 64051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims |

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|

**3.401** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Amelia Harvey**
**1505 Little Ave**
**2**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.402** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Amere Alexander**
**176 parkview place drive**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Amere Brinson**
**320 Fifth Street**
**Tennille, GA 31089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,446.58**

**Ameren Missouri**
**P.O. BOX 88068**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$440.75**

**American Beverage Repair**
**5506 N Seneca**
**Wichita, KS 67204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Repairs & Maintenance**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,936.96**

**American Express**
**PO Box 5485**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.407** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$246.00**

**American Security Products Co.**
**11925 Pacific Ave**
**Fontana, CA 92337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Repairs & Maintenance**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor **ARC Burger, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.408** | **Nonpriority creditor's name and mailing address** |

**American Welding & Gas, Inc.**
**PO Box 779009**
**Chicago, IL 60677-9009**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __CO2 Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

$579.58

---

| | |
|---|---|
| **3.409** | **Nonpriority creditor's name and mailing address** |

**Ameriya Jackson**
**420 maple**
**Monroe, GA 30655**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| **3.410** | **Nonpriority creditor's name and mailing address** |

**Ameriyanna Hill**
**93 royston homes circle**
**Royston, GA 30662**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| **3.411** | **Nonpriority creditor's name and mailing address** |

**Amia Cleveland**
**2310 Mendel Rivers Road**
**Saint Stephens, SC 29479**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| **3.412** | **Nonpriority creditor's name and mailing address** |

**Amina Campbell**
**131 lotus circle**
**McDonough, GA 30252**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| **3.413** | **Nonpriority creditor's name and mailing address** |

**Amina Heddam**
**South Alta line**
**527**
**Olathe, KS 66061**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| **3.414** | **Nonpriority creditor's name and mailing address** |

**Amir Daniels**
**59 Beaufain St**
**H**
**Charleston, SC 29401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **ARC Burger, LLC**
       Name

Case number (if known) _____

---

| 3.415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amira Johnson**
**731 deer lake trail**
**Stone Mountain, GA 30087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amirrya Hardy**
**215  W. Walcott**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amiya Hooks**
**359 Betha Ln**
**Sandersville, GA 31082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amiyah Dixon**
**3333 Clifton Church Rd Se**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amiyah Holmes**
**1208 Seedling Drive**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amiyah Wright**
**2332 Jones Rd NW**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amp One Tech**
**Nick Messick**
**5620 Alabama Dr**
**Helena, MT 59602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**
          Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.422 | **Nonpriority creditor's name and mailing address** | $0.00 |

**AMW Service Solutions**
**144 S Arlington Rd #3**
**Jacksonville, FL 32216**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.423 | **Nonpriority creditor's name and mailing address** | $0.00 |

**AMWASTE OF GEORGIA LLC**
**DEPARTMENT # OMC 14**
**PO Box 830525**
**Birmingham, AL 35283-0525**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.424 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Amy Angelo**
**311 n river cir**
**Hogansville, GA 30230**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.425 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Amy Burress**
**1603 NE White Drive**
**Apt A**
**Lees summit, MO 64086**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.426 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Amy Cothran**
**36 Marion Dairy Rd Se**
**Lindale, GA 30147**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.427 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Amy Cribbs**
**505 Central Ave SE**
**Jasper, FL 32052**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.428 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Amy Davis**
**3283 hwy 90**
**Arabi, GA 31712**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.429** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Dunkin**
**17359 oakwood rd**
**Houston, MO 65483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Elam**
**99 Jones Rd**
**Chatsworth, GA 30705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Faulkner, Collector**
**P.O. Box 529**
**Buffalo, MO 65622**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Gilbert**
**47 second Street**
**Hawkinsville, GA 31036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Naylor**
**12918 Corrington Court**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Parker**
**333 Rail dr**
**Adairsville, GA 30103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Prescott**
**253 barber st**
**Commerce, GA 30529**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy Sanford**
**24046 E. 3rd Pl**
**Aurora, CO 80018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy Woodward**
**118 Brookhaven Rd**
**Summerville, SC 29486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amya Brewton**
**1403 sanders dr**
**Tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**amya Merritt**
**3117 Seneca street**
**St. joseph, MO 64507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ana Hernandez**
**904 S TROOST ST**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ana Huitron**
**206 S Brooks Ave**
**201**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ana Judge**
**PO Box 2503**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.443** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |

**Ana Martin**
**806 Oakland Ave Sw**
**ROME, GA 30165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

**Ana Martin Caracheo**
**806 Oakland Ave**
**B**
**Rome, GA 30165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.445** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

**Ana Rodriguez**
**1308 Lawndale Ave**
**kansas city, MO 64127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

**Anaiis Galvan**
**3133 Rockmart Road**
**Rome, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.447** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

**Analia Beckett**
**2420 10th Ave South**
**Great Falls, MT 59401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.448** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

**Anand Gowda**
**12760 High Bluff Dr., #310**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.449** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**

**Anarje Skinner**
**345 Clarine Drive**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.450** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anastasia Allison**
**6847 Larch Loop**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anastasia Bonney**
**21 Pear Tree Lane**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anastasia Byron**
**99 tifton Eldarodo rd**
**14 c**
**Tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anastasia Ellis**
**304 west 15th st**
**Fulton, MO 65251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anastasia Malcolm**
**516 Vallotton dr**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anastasia Ray**
**868 Joe Stephens road**
**Franklin, GA 30116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anaya Wiley**
**9291 Tee Trace**
**riverdale, GA 30274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.457** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anayeli Santiz**
**801 S Harrison st**
**#524**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ancorzella Henderson**
**2510 Newsbridge Rd**
**Harrison, GA 31035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andeidra McNeil**
**387 Broad St**
**203**
**Hawkinsville, GA 31036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anderson Electrical LLC**
**1405 Kansas Ave.**
**Kansas City, MO 64127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andre Edwards**
**1706 Wayne Drive**
**Saint Joseph, MO 64506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andre Florez**
**8709 E , E Morrell**
**Independence, MO 64053**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andre Mack**
**119 Southfork lane**
**Ridgeville, SC 29472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ARC Burger, LLC**
        Name

Case number (if known) _____

---

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andre Stokes**
**1826 Catalina Drive**
**Augusta, GA 30906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andre Underwood**
**709 sw Lakeview dr**
**Apt 1**
**Grain valley, MO 64029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrea Andrews**
**313 Felix st**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrea Bell**
**132 w chappell st**
**Griffin, GA 30223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrea Brothers**
**111 Sam Reed lane**
**Cottageville, SC 29435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrea Burke**
**300 Burnside Street**
**Washington, MO 63090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrea Christensen**
**505 Johnson Street**
**Bremen, GA 30110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ARC Burger, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.471 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**Andrea Fincher**
**700 Gene Court**
**Temple, GA 30179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**Andrea Goano**
**1138 Woodland**
**Kansas city, MO 64106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**Andrea Greer**
**633a Birch Street**
**633a**
**Monroe, GA 30656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**Andrea Martin**
**690 Blue Ash Ct**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**Andrea Ortiz**
**3302 independence ave**
**Kansas City, MO 64124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**Andrea Reed**
**294 S Broad St**
**Lenox, GA 31637**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |

**Andrea Valdez**
**320 N Summit Dr**
**93 a**
**Holts Summit, MO 65043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ARC Burger, LLC**
_____   Case number (if known) _____
Name

---

| 3.478 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andrea white**
**15159 nw sykes lane**
**Bristol, FL 32321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andreanna Ward**
**1016 McDaniel st**
**B3**
**Buffalo, MO 65622**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andreas Cook**
**1295 otter rd**
**Helena, WY 59602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andrechi Thomas**
**382 Ga Hwy 125 S Lot**
**H2**
**Tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**ANDRES CACERES RAMIREZ**
**442 N. Main Street**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andres Marquez**
**3710 SE Seward**
**Topeka, KS 66607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andrew Alexander**
**4576 west red rock road**
**Harrisburg, MO 65256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.485** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**andrew alumbaugh**
**1205 s woodland ave**
**independence, MO 64050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.486** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Armstrong**
**230 Grand Ave.**
**5**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.487** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Clinton-Baker**
**94 Floyd Ave**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Cox**
**907 s 14th**
**Saint Joseph, MO 64503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Curtis**
**387 Harmony Rd**
**Silver Creek, GA 30173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Davis**
**140 glencoe way**
**#5**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Davy**
**373 Pine Valley dr**
**Royston, GA 30662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**
Name

Case number (if known) _____

---

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andrew Elston**
**204 S Ault St.**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andrew Gazaway**
**318 S Main St**
**CHATTAHOOCHEE, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andrew Hodge**
**413 chesnutt ave**
**Tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andrew Jackson**
**5128 Ashley River Rd.**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andrew jones**
**516 south main st**
**Chattahoochee, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andrew Karvonen**
**2751 muir lane**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Andrew LeBouef**
**575 Anderson street**
**Chipley   32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **ARC Burger, LLC**                                    Case number (if known) _____
Name

| | |
|---|---|
| 3.499 | **Nonpriority creditor's name and mailing address** |

**3.499**

**Nonpriority creditor's name and mailing address**
**Andrew Leonard**
**519 N Western st**
**Mexico, MO 65265**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.500**

**Nonpriority creditor's name and mailing address**
**Andrew McQueen**
**4530 Loch Laurel Rd**
**Valdosta, GA 31601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.501**

**Nonpriority creditor's name and mailing address**
**andrew Pickens**
**175 Riverview Dr NE**
**Resaca, GA 30735**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.502**

**Nonpriority creditor's name and mailing address**
**Andrew Rehberg**
**460 pooshee plantation way**
**Bonneau, SC 29431**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.503**

**Nonpriority creditor's name and mailing address**
**Andrew Shieder**
**316 country Ln**
**Walterboro, SC 29488**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.504**

**Nonpriority creditor's name and mailing address**
**Andrew Stalinski**
**403 NW 15th St**
**Blue Springs   64015**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.505**

**Nonpriority creditor's name and mailing address**
**Andy Garcia-Carias**
**118 sw Lakeview blvd**
**Lees summit, MO 64063**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**aneah gordon**
**165 concord terrace**
**mcdonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angel Atchison**
**13 franklin street**
**Reading, KS 66868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angel Carter**
**45 hanson trl**
**whitesburg, GA 30185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angel Collier**
**1608 chestnut ave**
**tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angel Dixon**
**308 westover court**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angel Flores Mendoza**
**North ventura avenue 226 Apt C 226**
**Apt c 226**
**Jefferson city, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**angel holt**
**88 Ragweed Ln**
**ellijay, GA 30536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ARC Burger, LLC**        Case number (if known) _____
   Name

| 3.513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Angel Kimbrell**<br>**516 sw clay st**<br>**Topeka, KS 66606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Angel Ollarvez**<br>**2115 Mina Ln Dr**<br>**Buford, GA 30518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,278.13** |
|---|---|---|---|
| | **Angel Rhodes**<br>**519 Stockbridge**<br>**Stockbridge, GA 30281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **General & Administrative**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Angel Rhodes**<br>**480 Murray Road**<br>**Apt H84**<br>**Valdosta, GA 31602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Angel Walker**<br>**3212 Sw Eveningside Dr , Apt 41**<br>**41**<br>**Topeka, KS 66614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Angel Waller**<br>**112 shoreline drive**<br>**Thomasville, GA 31757** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Angel Weeks**<br>**11 east Brent st**<br>**Chattahoochee, FL 32324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.520** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angela Avila-Garcia**
**118 Southwest Boulevard**
**Lee Summit, MO 64063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**angela blechinger**
**57 decatur st**
**chattahoochee, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angela Collins**
**2973 gresham rd**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angela Coots**
**Two forty four park road**
**244 Part road**
**Rome, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angela Danford**
**171 WEST MEADOW LANE SW**
**Conyers, GA 30012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angela DePalma**
**1086 North Highway 79**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.526** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**angela edwards**
**1706 wayne dr.**
**saint joseph, MO 64506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.527** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angela Erskine**
**3811 Vigilante Dr**
**GREAT FALLS, MT 59405**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.528** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angela Finks**
**461 N. Main Street apt. A**
**A**
**Ellijay, GA 30540**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.529** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angela Flanagan**
**157 Popular Springs Road**
**Lot 21**
**Adairsville, GA 30103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.530** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angela Gault**
**210 West Avenue**
**Griffin, GA 30223**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.531** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angela Irvin**
**8800 Gilston Lane**
**North Charleston, SC 29420**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.532** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angela Kibler**
**218 B parlor Dr**
**218 B**
**Summerville, SC 29485**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.533** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**Angela Kilpatrick**
**5008 Harrison St., A9**
**Hillside, IL 60162**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.534** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Angela Lewis**
**807 s fry st**
**251**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Angela Meinberg**
**707 Taylor St**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Angela Metcalf**
**102 Timber Lane**
**A**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.537** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Angela Murphy**
**91 Adams Cir**
**Bowman, GA 30624**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Angela Norman**
**365 Capshaw Rd.**
**Hartford, AL 36344**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Angela Phillips**
**2121 Hwy 15 South**
**St George, SC 29477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Angela WHITE**
**128 Plainfield Avenue**
**GooseCreek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**
_____    Case number (if known) _____
          Name

| 3.541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Angela Winslett**
**1232 Morgan Rd**
**Temple, GA 30179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Angeleea Bonilla**
**4019 pate pound rd Vernon fl**
**Vernon fl, FL 32462**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Angelica Lopez**
**22 Wentworth Pl**
**Rome, GA 30165**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Angelica Reese**
**4615 Will Lee Place**
**Atlanta, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Angelica Sanchez**
**916 Lakeview St**
**Emporia, KS 66801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Angelina Hussey**
**1092 Brandon hill way**
**Jonesboro, GA 30238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Angenetter Reives**
**36 E Davis Ave**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.548** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angenique Johnson**
**931 Sugarberry Drive**
**Hahira, GA 31632**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.549** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angie Banks**
**109Little Big Horn Rd.**
**Griffin, GA 30224**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.550** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angie Delgado Ruiz**
**1606 Shady CT**
**Jefferson city, MO 65109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.551** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ania Huey**
**2514 N 18th St**
**Ks, KS 66104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.552** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anibal Vail**
**2134 se 12 th st**
**2134**
**Topeka, KS 66607**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.553** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anika Varma**
**7575W 106th st**
**Overland Park, KS 66212**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anisha Daniel**
**3096 SAN JUAN DRIVE**
**decatur, GA 30032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.555** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Anisleidy Delgado**
**2508 Chicopee St**
**Gainesville, GA 30504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Anita Elliott**
**206 RIDGEWOOD DR**
**CENTERVILLE, GA 31028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.557** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Anita Ford**
**2310 Prince St**
**Georgetown, SC 29440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.558** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Anita Knolton-Burner**
**125 Wingate Circle**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Anita Petersen**
**290 Monroe Street**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Anita Poe**
**1120 Messanie St**
**Saint Joseph, MO 64501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Anita Stringer**
**800 fleenor road**
**A6**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | |
|---|---|
| **3.562** | **Nonpriority creditor's name and mailing address** |

**Anix Ga LLC**
**3006 Alberta Dr**
**Marietta, GA 30062**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.563** | **Nonpriority creditor's name and mailing address** |

**Anjewel Tolbert**
**21 jelks st**
**B**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.564** | **Nonpriority creditor's name and mailing address** |

**ann bogle**
**1004 newton**
**Kansas city, MO 64126**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.565** | **Nonpriority creditor's name and mailing address** |

**Ann McDuffey**
**1300 Moody Road**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.566** | **Nonpriority creditor's name and mailing address** |

**Anna Atchison**
**1117 SW Horne St**
**Topeka, KS 66604**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.567** | **Nonpriority creditor's name and mailing address** |

**Anna Bird**
**6501 Monsees Dr**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.568** | **Nonpriority creditor's name and mailing address** |

**Anna Campney**
**4741 highway 63**
**Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor      **ARC Burger, LLC**                                           Case number (if known) _____
            Name

| | |
|---|---|
| 3.569 | **Nonpriority creditor's name and mailing address** |

**Anna Clara Passos**
**260 pidgeon bay roa**
**apt. 6201**
**summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.570 | **Nonpriority creditor's name and mailing address** |

**Anna Rhodelander**
**1340 S Ralston Ave**
**Independence, MO 64052**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.571 | **Nonpriority creditor's name and mailing address** |

**Anna Said**
**2028 Hidden meadow ln**
**Stone Mountain, GA 30088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.572 | **Nonpriority creditor's name and mailing address** |

**Anna Whitley**
**13940 s bend rd**
**Jefferson city, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.573 | **Nonpriority creditor's name and mailing address** |

**Anna Windle**
**300 Burnside Street**
**Washington, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.574 | **Nonpriority creditor's name and mailing address** |

**Annamae Valdez**
**3113 7th Avenue South**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.575 | **Nonpriority creditor's name and mailing address** |

**Annamarie Donnelson**
**1602 Broadwater Ave**
**Billings, MT 59102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**
          _Name_                                              Case number (if known) _____

---

3.576   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** _Check all that apply._                **$0.00**

**Anne Head**                                                  ☐ Contingent
**2762 Highway 402**                                           ☐ Unliquidated
**Cordesville, SC 29434**                                      ☐ Disputed

Date(s) debt was incurred __                                   **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset?  ■ No   ☐ Yes

---

3.577   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** _Check all that apply._                **$0.00**

**Annette Bodison**                                            ☐ Contingent
**PO Box 2192**                                                ☐ Unliquidated
**Walterboro, SC 29488**                                       ☐ Disputed

Date(s) debt was incurred __                                   **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset?  ■ No   ☐ Yes

---

3.578   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** _Check all that apply._                **$0.00**

**Annette Washington**                                         ☐ Contingent
**428 Greenland Ct**                                           ☐ Unliquidated
**Charleston, SC 29492**                                       ☐ Disputed

Date(s) debt was incurred __                                   **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset?  ■ No   ☐ Yes

---

3.579   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** _Check all that apply._                **$0.00**

**Annette Wilson**                                             ☐ Contingent
**1925 Bacons Bridge Road**                                    ☐ Unliquidated
**LOT 139**                                                    ☐ Disputed
**SUMMERVILLE, SC 29485**

Date(s) debt was incurred __                                   **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset?  ■ No   ☐ Yes

---

3.580   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** _Check all that apply._                **$0.00**

**Annie Sweeney**                                              ☐ Contingent
**11570 East Lovejoy Rd**                                      ☐ Unliquidated
**Hampton, GA 30228**                                          ☐ Disputed

Date(s) debt was incurred __                                   **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset?  ■ No   ☐ Yes

---

3.581   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** _Check all that apply._                **$0.00**

**Annielou Heard**                                             ☐ Contingent
**510 Willie North Street**                                    ☐ Unliquidated
**B**                                                          ☐ Disputed
**Carrollton, GA 30117**

Date(s) debt was incurred __                                   **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset?  ■ No   ☐ Yes

---

3.582   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** _Check all that apply._                **$0.00**

**Anquanasia Rauls**                                           ☐ Contingent
**206 Ruth ln**                                                ☐ Unliquidated
**Thomasville, GA 31792**                                      ☐ Disputed

Date(s) debt was incurred __                                   **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset?  ■ No   ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  104 of 1218

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
         _____
              Name

| | |
|---|---|
| 3.583 | **Nonpriority creditor's name and mailing address** |

**Anrenez Andrews**
**9855 ga hwy 34 apt b**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.584 | **Nonpriority creditor's name and mailing address** |

**ansley fuller**
**207 hensley rd**
**lot 1**
**adairsville, GA 30103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.585 | **Nonpriority creditor's name and mailing address** |

**Ansley Giddens**
**36 Forest Hill Circle**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.586 | **Nonpriority creditor's name and mailing address** |

**Antanesha Dasher**
**2407 University Dr**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.587 | **Nonpriority creditor's name and mailing address** |

**Antasia Walker**
**1351 franklin parkway**
**B4**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.588 | **Nonpriority creditor's name and mailing address** |

**Antavious Simmons**
**954 S Main St**
**St.Stephen, SC 29479**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.589 | **Nonpriority creditor's name and mailing address** |

**Anteanna Heard**
**250 Beaver Pointe Dr**
**Winterville, GA 30683**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.590** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**3.590** **Nonpriority creditor's name and mailing address**

**Antel King**
**3710 STRUEMPH COURT APT B**
**B**
**JEFFERSON CITY, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.591** **Nonpriority creditor's name and mailing address**

**Anteron Norman**
**5658 greensage dr**
**Atlanta, GA 30349**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.592** **Nonpriority creditor's name and mailing address**

**Anthea Shaw**
**1300 Central Ave**
**Apt F8**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.593** **Nonpriority creditor's name and mailing address**

**Anthony Anderson**
**401 doe run cir**
**Thomasville, GA 31757**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594** **Nonpriority creditor's name and mailing address**

**Anthony Armstrong**
**1660 Eagle Trail**
**Alford, FL 32420**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.595** **Nonpriority creditor's name and mailing address**

**Anthony Arthur**
**121 Avanti Ln**
**121**
**Moncks Corner, SC 29461**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.596** **Nonpriority creditor's name and mailing address**

**Anthony Cruz**
**403 Chisom Trail**
**Bonaire, GA 31005**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          <sub>Name</sub>

---

| 3.597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Anthony Cunningham**
**720 Timmons Drive**
**Apartment 49**
**Tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Anthony Estrada**
**504 Sally rd**
**Boston, GA 31626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Anthony Fields**
**3060 Rusticwood Drive Southwest**
**Snellville, GA 30078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Anthony Garcia**
**18 McGee Rd**
**Enigma, GA 31749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Anthony Goff**
**15728 Cleveland rd**
**Houston, MO 65483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Anthony Gonzalez**
**7505 flint**
**J**
**Shawwne, KS 66214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Anthony Greene**
**10031 w 9th st**
**Apt 3**
**Overland park, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| 3.604 | **Nonpriority creditor's name and mailing address** |

**Anthony Hollifield**
**135 Holly Hill Rd**
**Fayetteville, GA 30214**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.605 | **Nonpriority creditor's name and mailing address** |

**Anthony Johnson Sr**
**1630 Highland Oaks Way**
**Lawrenceville, GA 30043**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.606 | **Nonpriority creditor's name and mailing address** |

**Anthony Johnson Sr**
**1630 Highland Oaks Way**
**Lawrenceville, GA 30043**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.607 | **Nonpriority creditor's name and mailing address** |

**Anthony Koch**
**514 Florence st**
**A**
**Cuba, MO 65453**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.608 | **Nonpriority creditor's name and mailing address** |

**Anthony LaPan**
**634 2nd st**
**Helena, MT 59601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.609 | **Nonpriority creditor's name and mailing address** |

**Anthony Lary**
**1229 Jeanna st**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.610 | **Nonpriority creditor's name and mailing address** |

**Anthony Lewis**
**3927 Indiana avenue**
**Kansas city, MO 64130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **ARC Burger, LLC**
Name

Case number (if known)

---

| 3.611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Anthony Long**
**573 Washington Street**
**Buford, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Anthony Matthews-Atchison**
**2653 West Ridge Dr**
**Emporia, KS 66801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Anthony McGowan**
**1350 N BLUEMOUND RD #5212**
**SAGINAW, TX 76131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Anthony Mitchell**
**5409 Business 50 West**
**Lot 11**
**Jefferson, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Anthony Montoya**
**530 E Bland Rd**
**#55**
**Lebanon, MO 65536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Anthony Moyer**
**2 Cloverdale rd**
**Long lane, MO 65590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Anthony Muschany**
**4704 hwy dd**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.618 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anthony Quinton**
**600 South Garner Lake Rd**
**Lot 87**
**Gillette, WY 82718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anthony Ransaw**
**8 Ball Street**
**Apt E**
**Newnan, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anthony Richardson**
**322 Emma Meredith Circle**
**Summerville, SC 29486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anthony Robusto**
**4427 Oakwood road**
**Unit 3C**
**Oakwood, GA 30566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anthony Rollins**
**30 Owen dr**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anthony Rosser**
**11 Milton Avenue**
**Newnan, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anthony Rule**
**1105 Martha Berry Blvd**
**Rome, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
          Name

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anthony Seabrook**
**5110 Marseilles dr**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anthony Shaw**
**816 Waddell St**
**Athens, GA 30601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anthony Sherrow**
**1600 S Kier St**
**Independence, MO 64055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anthony Stiltner**
**118 Cofield rd**
**Newnan, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anthony Terrell**
**448 EJ Nix Rd**
**Nashville, GA 31639**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Antoine Brown**
**800 n Oregon rm 241**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Antoine Dixon**
**417 Christopher pl**
**B**
**Jefferson city, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.632** | Nonpriority creditor's name and mailing address
**Antoinette Denson**
**1601 amber chase drive**
**MCDONOUGH, GA 30253**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.633** | Nonpriority creditor's name and mailing address
**Anton Killings**
**602 s weeks st #14**
**14**
**Bonifay, FL 32425**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.634** | Nonpriority creditor's name and mailing address
**Antonette Morrison**
**85 US Highway 16E**
**Hampton Inn and Suites**
**Buffalo, WY 82834**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.635** | Nonpriority creditor's name and mailing address
**Antoni Jackson**
**6204 Tree Mountain Parkway**
**Stone Mountain, GA 30083**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.636** | Nonpriority creditor's name and mailing address
**antonia kelly**
**380 oak hill dr**
**Covington, GA 30014**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.637** | Nonpriority creditor's name and mailing address
**antonia kelly**
**380 oak hill dr**
**Covington, GA 30014**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.638** | Nonpriority creditor's name and mailing address
**Antonica Simmons**
**121 Foxborough Rd**
**Goose Creek, SC 29445**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.639** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antonieta Cruz ramirez**
**823 monroe st**
**2b**
**Jefferson, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antonio  Hartwell**
**330 sanders McNeil rd**
**Moncks corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.641** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antonio Cruz Espinoza**
**600 s garner lake rd**
**66**
**Gillette, WY 82718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.642** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antonio Gomez**
**255 sw eagles prkwy**
**2101**
**Grainvalley, MO 64029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.643** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antonio Graves**
**216 Tabor Dr**
**Apartment 15**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.644** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antonio Griffin**
**Apt 24 Magnolia Terrance**
**24**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.645** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antonio Hogue**
**996 ulster Ct**
**Loganville, GA 30052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.646** | **Nonpriority creditor's name and mailing address**

**Antonio Manning**
**533 4th st**
**Chipley, FL 32428**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.647** | **Nonpriority creditor's name and mailing address**

**Antonio Miller**
**38 s 9th st**
**Lakeland, GA 31635**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.648** | **Nonpriority creditor's name and mailing address**

**Antonio Moreno**
**2822 Minnesota Avenue**
**Billings, MT 59101**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.649** | **Nonpriority creditor's name and mailing address**

**Antonio Richardson**
**120 blaton ave**
**Griffin, GA 30223**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.650** | **Nonpriority creditor's name and mailing address**

**Antonio Robinson**
**180 centennial dr**
**227**
**Carrollton, GA 30116**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.651** | **Nonpriority creditor's name and mailing address**

**Antonio Shannon**
**165 cricket run**
**Forsyth, GA 31029**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.652** | **Nonpriority creditor's name and mailing address**

**Antonio Williams**
**39 east Talley Ave**
**Lakeland, GA 31635**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   **ARC Burger, LLC**                                  Case number (if known) _____
_____Name_____

---

3.653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antoria Thomas**
**250 bayberry dr**
**Byron, GA 31008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antrevis Cochran**
**700 Gene court**
**Temple, GA 30179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antuan Caffey**
**1504 arlington ave**
**valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antwan Crumbley**
**55 Bouldercrest Ln SE**
**55**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.657 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antwan Fisher**
**733 S. Shelfer Street**
**Quincy, FL 32351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.658 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antwan Hagans**
**700 Martin Luther King Jr Ave**
**Q65**
**Sandersville, GA 31082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

3.659 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Antwan Rollins**
**786 Pine Avenue**
**B**
**Chattahoochee, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**
Name
Case number (if known)

---

| 3.660 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Antwan Royster**
**6687 Skipper Rd**
**1202**
**Macon, GA 31216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Antwaun Keith**
**255 Veronica rd**
**Georgetown sc, SC 29440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Antwon Carter**
**1221 Moody Road**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anuar Blanco**
**3309 cassidy Rd**
**D**
**Jefferson city, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Anya Elliott**
**76 gopher ln**
**Yemasseee, SC 29945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Aok Hood Services LLC**
**401 N. WEST ST.**
**Wichita, KS 67203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Aon Consulting, Inc. (NJ)**
**29695 Network Place**
**Chicago, IL 60673-1296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

| | |
|---|---|
| 3.667 | **Nonpriority creditor's name and mailing address** |

**Aon Risk Services**
**PO Box 955816**
**Saint Louis, MO 63195-5816**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$868,343.61**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** |

**Apex Environmental Services**
**3905 Oakcliff Industrial Ct**
**Doraville, GA 30340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** |

**Apolonio Martinez**
**1901 SE John St**
**Topeka, KS 66605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** |

**Apples Construction LLC**
**Reynaldo Bedolla**
**3004 S Ingram Ave**
**Sedalia, MO 65301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** |

**April Adams**
**25 Cantrell Lane Northwest**
**Cartersville, GA 30120**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** |

**April Blalock**
**468 chestnut hill rd**
**FortValley, GA 31030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** |

**April Dickson**
**2308 Applebee Way**
**2308**
**Charleston, SC 29414**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.674** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**April Goodman**
**223 N 19th St**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.675** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**April Harris**
**9 V C STREET**
**Newnan, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.676** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**April Hoskins**
**923w5tstreet**
**Sedaila, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.677** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**April James**
**233 winter drive**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**April Plumley**
**108 northcutt road**
**Ellijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**April Root**
**150 Red Hills Rd**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.680** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**April Ryan**
**44 south Murray Street**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.681** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**April Smith**
**1417 Southwood Drive**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.682** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**April Stevens**
**252 Pinetree circle**
**Geneva, AL 36344**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.683** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**April Wanner**
**526 Amy Drive**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.684** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**April White**
**900 south River road**
**1025**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.685** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Araceli MENDOZA**
**6216 E 126TH ST**
**104**
**Grandview  mo, KS 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.77**

**Aramark**
**22512 Network Place**
**Chicago, IL 60673-1225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.687** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**ARC Intermediate, Inc.**
**4944 Lower Roswell Rd., #17**
**Marietta, GA 30068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ARC Burger, LLC**
_____   Case number (if known) _____
Name

---

| 3.688 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Arctic Air Inc**
**155 Varnfield Dr**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Arderrious Marshall**
**17 S 11th street**
**Quincy, FL 32351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ari Hart**
**800 Fleenor Rd**
**D2**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.691 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ariana Hill**
**39 e Talley ave**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Arianna Anton**
**2220 9th ave S**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Arianna Hernandez**
**204 Piedmont ln**
**Bonaire, GA 31005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Arianna Herrera**
**48 Progress Avenue**
**E4**
**Hawkinsville, GA 31036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arianna Hill**
**3 Village West Ct**
**302**
**Washington, MO 63090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arianna Moran**
**210 southeast macvicar**
**Topeka, KS 66606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arianna Wallace**
**659 Logan street**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariel Walker**
**138 white oak drive Apt B**
**Lagrange, GA 30241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arielle Allen**
**2094 Sugar Creek Falls Dr SE**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariesas Milan**
**4865 Jones RD**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arieyanna Hickman**
**100 Trailwood dr**
**Sumter, SC 29154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **ARC Burger, LLC** _____     Case number (if known) _____
Name

| 3.702 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arion Washington**
**104 nottingham ln**
**Yemassee, SC 29945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ariona ruiz**
**4000 mill spring circle**
**5021**
**oakwood, GA 30566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arissa Ryan**
**110 S 29th Street**
**billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ariyah Wade**
**539 Wilman Lane**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ariyanna Rochester**
**85 us hwy 16 e**
**Hampton inn and suites room 230**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**arizonia story**
**1800 e 6th**
**sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Arlette Williams**
**416 Oliver drive**
**Dothan, AL 36301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,300.00** |
|---|---|---|---|

**Armada Administratos, LLC**
**230 Schilling Circle**
**Suite 140**
**Hunt Valley, MD 21031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Insurance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Armando Luna**
**5356 Pine Station Dr**
**Lula, GA 30554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Armani Alderman**
**408 Spillers St**
**Fort Valley, GA 31030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Armani Echols**
**502 University Dr**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Armani Rodriguez**
**1900 Glenn Club Drive**
**1105**
**Stone Mountain, GA 30087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Armardia Smith**
**193 Linda way**
**Royston, GA 30662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Armod Holloway**
**14866 US-19, Thomasville, GA 31757**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.716** | **Nonpriority creditor's name and mailing address**

**Arnedria Jennings**
**202 Goose Creek**
**23-F**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717** | **Nonpriority creditor's name and mailing address**

**Arnold Davis**
**206 osley Mill Lane**
**Carlton, GA 30627**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.718** | **Nonpriority creditor's name and mailing address**

**Arnold Watts**
**1514 Duke St**
**C**
**Georgetown, SC 29440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.719** | **Nonpriority creditor's name and mailing address**

**Arnold Williams**
**67 brandon ct**
**Walterboro, SC 29488**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.720** | **Nonpriority creditor's name and mailing address**

**Arreyon Koger**
**218 S Lemacks St**
**Walterboro, SC 29488**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721** | **Nonpriority creditor's name and mailing address**

**Arrow Septic and Sewer**
**8105 Hofferber Road**
**Shepherd, MT 59079**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722** | **Nonpriority creditor's name and mailing address**

**Arterrius Pryor**
**1511 N 36TH ST APT 7**
**Saint Joseph, MO 64506**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.723** | Nonpriority creditor's name and mailing address

**Arthur Battle**
**6701 Dorchester rd apt.708**
**N. Charleston, SC 29418**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.724** | Nonpriority creditor's name and mailing address

**Arthur Reeves**
**105 Debbie Ln**
**A5**
**MONCKS CORNER, SC 29461**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.725** | Nonpriority creditor's name and mailing address

**Arthur Schad**
**527 Garfield Ave**
**Moberly, MO 65270**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.726** | Nonpriority creditor's name and mailing address

**Arthur Shellman**
**2750 leone dr n**
**macon, GA 31206**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727** | Nonpriority creditor's name and mailing address

**Artiara Rushing**
**150 Cracker Barrel Dr, Lobby**
**Calhoun, GA 30701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.728** | Nonpriority creditor's name and mailing address

**Artis Connell**
**1902 rosewood Dr**
**Griffin ga, GA 30223**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.729** | Nonpriority creditor's name and mailing address

**Asayshia Walker**
**224 Willis cir**
**Forsyth, GA 31029**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86,104.88 |
|---|---|---|---|

**Ascend Technologies, LLC**
**PO Box 844706**
**Boston, MA 02284-4706**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **IT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashadia Watkins**
**126 Strickland Loop**
**Forsyth, GA 31029**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashante Wallace**
**102 WoodCarver Trail**
**Warner Robins, GA 31093**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashante Williams**
**422 Connell rd**
**S8**
**Valdosta, GA 31601**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashanti Frazier**
**792 greentown rd**
**georgetown, SC 29440**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ashanti mccammon**
**147 blueridge trail**
**charleston, SC 29418**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashanti Snow**
**37 Brooke Crt**
**Rome, GA 30161**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                  Case number (if known)  _____
          _____
          Name

| 3.737 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashanti Spencer**
**23 E Davis Ave**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Asharyi Winborne**
**2705 Sheridan Pl**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ashaun hawkins**
**530 quail Creek Dr.**
**monroe, GA 30656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Asher Gonzales**
**620 w main st apartment 1 laurel mt**
**1**
**Laurel, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashlan Grooms**
**22 Hood Street**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashlea Pilgrim**
**1612 Gum Creek Road**
**Oxford, GA 30054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashlee Smith**
**3270 Dixie Drive**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**
Name

Case number (if known) _____

---

| 3.744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashleigh Clark**
**758 Sunday rd**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashleigh Covington**
**480 Horseshoe Rd**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashleigh Smith**
**346 Bench Boulevard**
**Apt 11**
**Billings, MT 59105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashley Aaron**
**145 Pitts Chapel East**
**Newborn, GA 30056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashley Alvarez**
**728 e wabash st**
**olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashley Baker**
**1001 E 9th St. Apt 7**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashley Baker**
**1437 us hwy 41 N**
**#106**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **ARC Burger, LLC**                                   Case number (if known) _____
           Name

---

| 3.751 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Ashley Blake**
**187 McGrady Rd NE**
**Rome, GA 30165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Ashley Blakely**
**131 Dodd Blvd SE**
**L 7**
**Rome, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Ashley Bush**
**1296 BETHEL RD**
**BONIFAY, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Ashley Carpenter**
**502 W Campbell Ave**
**Geneva, AL 36340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Ashley Castleberry**
**1040 Eley Rd**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Ashley CheeksWilliams**
**625 Barwick Rd**
**Quitman, GA 31643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Ashley Crowley**
**5790 Hamby Dr**
**Cumming, GA 30028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.758** | **Nonpriority creditor's name and mailing address**

**Ashley Edwards**
**618 East 2nd Ave**
**Emporia, KS 66801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.759** | **Nonpriority creditor's name and mailing address**

**Ashley Estala**
**6149 cleveland ave**
**Kansas city, KS 66104**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.760** | **Nonpriority creditor's name and mailing address**

**Ashley Faulkner**
**365 Athens st**
**A**
**Homer, GA 30547**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.761** | **Nonpriority creditor's name and mailing address**

**Ashley Gunter**
**1573 State Hwy 54  Kinston, AL 36453**
**Kinston, AL 36453**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.762** | **Nonpriority creditor's name and mailing address**

**Ashley Hogan**
**730 County Road 625**
**Coffee Springs, AL 36318**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.763** | **Nonpriority creditor's name and mailing address**

**Ashley Johnson**
**7717englewood ave**
**Raytown, MO 64138**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.764** | **Nonpriority creditor's name and mailing address**

**Ashley L Holtz**
**455 North Elliston Road**
**Cuba, MO 65453**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.765** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Ashley L Holtz**
**455 North Elliston Road**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.766** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Ashley Mathews**
**3539 Lakeside Dr**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.767** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Ashley Mcalister**
**1010 N Fairview Dr**
**Independence, MO 64056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.768** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Ashley McAlister**
**1010 Myra Street**
**Moberly   65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.769** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Ashley Mccormick**
**310 orchard lane**
**310**
**Warner robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

**Basis for the claim:** __

---

**3.770** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Ashley Mixon**
**180 Cherry Tree Ln**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Ashley Osburn**
**1020 S Pleasant**
**Apt C**
**Independence, MO 64050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**                                   Case number (if known) _____
         Name

---

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashley Powell**
**1095 booth road**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashley Ray**
**140 Brewer Rd**
**Kingston, GA 30145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashley Reyes**
**527 Buena Vista dr**
**Belton, MO 64012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashley Richter**
**2601 4th avenue North**
**115**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashley Rodgers**
**514 Lovell Rd**
**Temple, GA 30179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashley Russell**
**100 pine chapel Rd**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashley Saulters**
**4601 dorsey ave apt D**
**Northcharleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ARC Burger, LLC**
_____Name_____

Case number (if known) _____

---

| 3.779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashley Stapleton**
**4738 County Rd. 2445**
**Higbee, MO 65257**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashley Turbeville**
**2036 Lou Ave**
**Sneads, FL 32460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashley Velasquez**
**210 Matthews Ave**
**Apt 512**
**Carrollton, GA 30117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashley Velazquez**
**813 South Montclaire Drive**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashley Wilson**
**200 Holiday Drive**
**118**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashley Worley**
**257 VILLAGE DRIVE**
**MCDONOUGH, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ashlyn Stanley**
**255 taz lane**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.786** | **Nonpriority creditor's name and mailing address**

Ashlyn Weddle
102 Maple Dr
Lebanon, MO 65536

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.787** | **Nonpriority creditor's name and mailing address**

Ashlynn Konoval
795 Star Point
Carrollton, GA 30116

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.788** | **Nonpriority creditor's name and mailing address**

Ashlynne Dotson
1304 E 6th street
Sedalia, MO 65301

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.789** | **Nonpriority creditor's name and mailing address**

Ashtian Morgan
826 N Jefferson Street
Mexico, MO 65265

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.790** | **Nonpriority creditor's name and mailing address**

Ashtin Harris
726 Peakland Road
Decatur, TN 37322

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.791** | **Nonpriority creditor's name and mailing address**

Ashton Kidd
155 ga hwy 94 east
Statenville, GA 31648

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.792** | **Nonpriority creditor's name and mailing address**

Ashton Lane
80 new hope club ln
ellijay, GA 30540

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.793** | **Nonpriority creditor's name and mailing address**

**Ashton Miller**
**1351 hendersonville hwy**
**Walterboro, SC 29488**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.794** | **Nonpriority creditor's name and mailing address**

**Ashton Willow**
**1392 North Hobby Hut Rd**
**1392**
**Leasburg, MO 65535**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.795** | **Nonpriority creditor's name and mailing address**

**ASIA CARR**
**1327 Greenview Dr**
**Griffin, GA 30224**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.796** | **Nonpriority creditor's name and mailing address**

**Asia Gordon**
**126 Sixth Street**
**Hawkinsville, GA 31036**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.797** | **Nonpriority creditor's name and mailing address**

**Asia Kelley**
**701 east clay street**
**Thomasville, GA 31792**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.798** | **Nonpriority creditor's name and mailing address**

**Asti Lee**
**114 Devonshire Rd**
**Warner Robins, GA 31088**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.799** | **Nonpriority creditor's name and mailing address**

**Asya Owens**
**708 Peach St**
**Chipley, FL 32425**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.800** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$233.40**

**AT&T**
**PO BOX 5014**
**CAROL STREAM, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.801** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Athens-Atlanta**
**Asphalt Co., Inc.**
**1106 W Marieta St NW**
**Atlanta, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.802** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Atlantis Heating and Air**
**202 Carolina Avenue**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,608.81**

**Atmos Energy**
**PO Box 740353**
**Cincinnati, OH 45274-0353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aubreona Torres-Hill**
**2513 SW 24th St**
**Topeka, KS 66611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aubrey Brooks**
**17226 Hwy 64**
**Lebanon, MO 65536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.806** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aubreyanna German**
**4229 Big Ben Court**
**4229**
**North Charleston No I want that, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audrain County Collector**
**101 N Jefferson RM 103**
**Mexico, MO 65265**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audrain County Tax Collector**
**101 N. Jefferson St.**
**Room 103**
**Mexico, MO 65265**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audrey Hamilton**
**1116 sanders ave**
**C5**
**Graceville, FL 32440**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audriana Wood**
**10374 ga highway 34**
**franklin, GA 30217**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audrienyce Holton**
**301 Mary Ln**
**A**
**Warner Robins, GA 31088**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Augment Landscaping LLC**
**1318 N. Main St., #1431**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aumya Gathers**
**117 Bennett st**
**Thomasville, GA 31792**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.814** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**AUNAI FINLEY**
**8016 e.88th Terr Unit 1**
**1**
**Kansas city, MO 64138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.815** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Aundre Decrane**
**North 19th Street**
**223**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.816** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Aurecio Harris**
**2092 river rd**
**Ellenwood, GA 30294**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.817** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Aurey Gutierrez**
**107 Sandy Run Rd**
**Lot 38**
**Bonaire, GA 31005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.818** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**AuRiana Johnson**
**133 Buchanan cir**
**133**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.819** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Aurora Barr**
**2723 Frederick Avenue**
**St Joseph, MO 64506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.820** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Aurora Munoz-chavez**
**5944 e 136th street**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| 3.821 | **Nonpriority creditor's name and mailing address** |

**Aurora Santos**
**1926 SE Hudson Blvd**
**Topeka, KS 66607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.822 | **Nonpriority creditor's name and mailing address** |

**Austin Caldwell**
**9291 Georgia highway 34 lot#17**
**Franklin, GA 30217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.823 | **Nonpriority creditor's name and mailing address** |

**Austin Clemons**
**123 Wadsworth St. NE**
**Rome, GA 30161**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.824 | **Nonpriority creditor's name and mailing address** |

**Austin Cooper**
**400 Sewell Rd**
**Bremen, GA 30110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.825 | **Nonpriority creditor's name and mailing address** |

**Austin Cruce**
**265 i.w Davis rd**
**Jefferson, GA 30549**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.826 | **Nonpriority creditor's name and mailing address** |

**Austin Davis**
**160 centennial dr**
**139**
**CARROLLTON, GA 30116**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.827 | **Nonpriority creditor's name and mailing address** |

**Austin Gazaway**
**148 Davis Street**
**Lindale, GA 30147**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.828 | **Nonpriority creditor's name and mailing address** |

**Austin Hedrick**
**1421 South Sneed Ave**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.829 | **Nonpriority creditor's name and mailing address** |

**AUSTIN MARTIN**
**179 button wood lane**
**THOMASVILLE, GA 31757**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.830 | **Nonpriority creditor's name and mailing address** |

**Austin Mathis**
**1450 topanga**
**Billings, MT 59105**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.831 | **Nonpriority creditor's name and mailing address** |

**austin miller**
**679 bonds lake rd**
**danielsville, GA 30633**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.832 | **Nonpriority creditor's name and mailing address** |

**Austin Pattillo**
**8711 Audrain Road 395**
**Thompson, MO 65285**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.833 | **Nonpriority creditor's name and mailing address** |

**Austin Potter**
**4806 Rainbow Dr**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.834 | **Nonpriority creditor's name and mailing address** |

**Austin Raymond**
**3715 Penn Street**
**Saint Joseph, MO 64501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.835** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Austin Reed**
**1101 Heads Ferry Road**
**Cornelia, GA 30531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.836** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Austin Sanguins**
**505 N 24th St, Billings, MT 59101**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.837** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Austin Stover**
**4100 E 113th Street Terr**
**Kansas city, MO 64137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Austin Sundstrom**
**75 N Bypass Rd**
**121**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.839** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Austin Whited**
**2612 belknap ave.**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,620.00**

**Austins Pumping Service**
**PO BOX 472**
**Stafford, MO 65757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.841** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Authorized Service Center Inc**
**315 Northpoint Parkway**
**Acworth, GA 30102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.842** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Autumn Dodson**
**206 esther street**
**steelville, MO 65565**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.843** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Autumn Edwards**
**536 5th street chipley fl**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.844** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Autumn Musick**
**200 Maple Street**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.845** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Autumn Nelson**
**215 Deerfield Drive**
**Jonesboro, GA 30238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.846** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Autumn Ross**
**7705 Maysville Road**
**Maysville, GA 30558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.847** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Autumn Scott**
**1305 e boonville**
**656**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.848** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Autumn Smith**
**130 Abandon Lane**
**Summerville, SC 29486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                        Case number (if known)  _____
          Name

| 3.849 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Autymn Archambault**
**1207 e 18th st**
**sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Ava Banks**
**265 Newtown rd NE**
**33**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Avanta Evans**
**115 E Fambrough St**
**134B**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Averil Howard**
**325 Midland Parkway**
**Apt 512**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Avigail Shemesh**
**7399 roosterville rd**
**franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Avontae McQueen**
**1324 Willow way**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Axis Portable Air**
**33 South 56th Street**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**
_____
Name

Case number (if known) _____

---

| 3.856 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ayanna Harris**
**1038 Burlington Drive**
**Augusta, GA 30909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ayanna Smith-kelly**
**17 windcrest keep**
**Covington, GA 30016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ayanna Watson**
**102 Primrose Corner**
**Byron, GA 31008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ayden Lee**
**2600 Loyis road**
**Cottandale, FL 32341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ayden Rondash**
**4416 starylot road**
**FRANKLIN, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ayden Waters**
**110 E Jackson Street**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ayesha Binder**
**16905 e larkspur lane**
**Apt 2**
**Independence, MO 64055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|--------|---------------------|------------------------|--|
| | Name | | |

| 3.863 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|-----------|

**ayrrianna dubose**
**412 liberia st**
**chattahoochee, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.864 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Aysa Akthar**
**5304 cameron dr**
**Buford, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.865 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Aysia Washington**
**127 Dunbury Drive**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.866 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Ayvonne Grant**
**3362 stonehaven drive**
**North Charleston, SC 29420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.867 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Azar Bruce**
**9800 Johnson drive**
**Merriam, KS 66203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.868 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Azariah Rushing**
**131 Cleveland St**
**2**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|-------|-----------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Azerion Mcdaniel**
**813 Bunche dr**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Azhante Thomas**
**36 E Davis Ave**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Azhiriya Coates**
**3480 Highway 319 North**
**Lot 2**
**Norman Park, GA 31771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**B and P GILLETTE LLC**
**4 Trinidad Ct**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**B4 Refrigeration**
**and Restaurant Services**
**1894 A.T. Fuller Rd**
**Enigma, GA 31749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Backflow Prevention**
**Services, Inc.**
**PO Box 667**
**Mc Donough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Badger Welding, Inc.**
**387 South Creek Road**
**Rutherfordton, NC 28139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bailey Hamilton**
**126 shadow hill dr**
**Carrollton, GA 30116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| **3.877** | **Nonpriority creditor's name and mailing address** |

**Bailey Moore**
**35997 Daybreak Ln**
**Falcon, MO 65470**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.878** | **Nonpriority creditor's name and mailing address** |

**Bailey Parker**
**1196 Perkins Rd**
**Hogansville, GA 30230**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.879** | **Nonpriority creditor's name and mailing address** |

**Baird Refrigeration**
**4409 N State HWY H**
**Springfield, MO 65803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.880** | **Nonpriority creditor's name and mailing address** |

**Baker's Glass Mirror Inc**
**P.O Box 1068**
**1424 High Market St.**
**Georgetown, SC 29442**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.881** | **Nonpriority creditor's name and mailing address** |

**Bam Rogers**
**2805, Radius Circle**
**Billings, MT 59102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.882** | **Nonpriority creditor's name and mailing address** |

**Barbara Allen**
**111 Crosby st**
**Walterboro, SC 29488**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.883** | **Nonpriority creditor's name and mailing address** |

**Barbara Leheny**
**376 Townley Rd**
**Oxford, GA 30054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.884** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barbara Limb**
**924 Cherry Lane**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.885** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barbara Morris**
**16670 Oak Hill Rd**
**Houston, MO 65483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.886** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barbara Williams**
**200 Hayne St.**
**Hampton, SC 29924**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.887** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barbarah Reid**
**607 Primrose Dr.**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.888** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barnett Mcfarlin**
**328 Towler st**
**2**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.889** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barron Helfery**
**925 East Hyde Park Ave.**
**Saint Joseph, MO 64504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.890** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Barry Stroble**
**2513 dogwood avenue**
**67**
**Gillette, WY 82718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.891** | **Nonpriority creditor's name and mailing address**

**Bartow County Health Dept.**
**5355 Covenant Drive**
**Cartersville, GA 30121**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.892** | **Nonpriority creditor's name and mailing address**

**Bartow County Tax Commisioner**
**135 W Cherokee Ave.**
**Suite 217A**
**Cartersville, GA 30120-3181**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.893** | **Nonpriority creditor's name and mailing address**

**Bartow County Tax Commissioner**
**135 W. Cherokee Ave.**
**Cartersville, GA 30120**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.894** | **Nonpriority creditor's name and mailing address**

**Bearden Plumbing Solutions**
**28 Blarney Stone Way**
**Adairsville, GA 30103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.895** | **Nonpriority creditor's name and mailing address**

**Beatriz Duque**
**13609 cypress st**
**Grandview, MO 64030**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.896** | **Nonpriority creditor's name and mailing address**

**Beatriz Linares**
**8306 Travis Ln**
**Overland Park, KS 66212**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.897** | **Nonpriority creditor's name and mailing address**

**Becca Howard**
**308 Old Hamilton Mills Rd**
**Bremen, GA 30110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.898** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**becca Pardee**
**1401 east 9th street**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.899** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Becky Bragg**
**407 Birchwood Dr**
**Bonaire, GA 31005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.900** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Becky M Davis**
**1812 Atherton Dr**
**Decatur, GA 30035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.901** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Becky Oliver**
**160 pine st ne**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.902** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bell Lock & Key, LLC**
**Joseph Adcock**
**720 Strait Rd**
**Greenville, GA 03022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bell Oaks Executive Search**
**115 Perimeter Center Place**
**Suite 400**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.904** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bell Oaks Executive Search**
**115 Perimeter Center Pl., NE**
**Suite 400**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.905** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ben Rainwater**
**2525 Gould Dr**
**Gainesville, GA 30504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.906** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bendaisha Evans**
**115 E Fambrough St**
**Apt 128A**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.907** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Benitez Boles**
**927 Ridgewood Dr**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.908** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Benitz Service Company**
**2927 Clinton Rd.**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.909** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Benjamin Bell**
**93 Tregoney drive**
**93j**
**Decatur, GA 30034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.910** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Benjamin Carver**
**4219 tanners mill rd**
**Bralstion, GA 30517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.911** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Benjamin Causey**
**3950 Estates Path**
**Cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**
_____
Name

Case number (if known) _____

| 3.912 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjamin Jackson**
**106 Marilyn St**
**11**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.913 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjamin Kester**
**108 Dale Avenue**
**Ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjamin Olivas**
**340 N Lobban Ave**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.915 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjamin Patmon**
**1671 Eliza Doster Road**
**Monroe, GA 30656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.916 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjamin White**
**221 upper Riverdale Rd**
**22b**
**Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.917 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjiman Foster**
**508 Florence st**
**Houston, MO 65483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.918 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjiman Watford**
**5000 Damascus Church Road**
**Graceville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ARC Burger, LLC**

Name

Case number (if known)

**3.919** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Bennie Thomas**
**509hillcrest ave**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.920** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**benny barbon**
**909 s edge brook LN**
**AOT A**
**olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.921** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Benny Crenshaw**
**320 Barat Avenue**
**Kansas City, MO 64123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.922** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Benson Clark**
**63 East darsey ave**
**LA, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.923** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Bentley Burnette**
**26336 Highway 151 Clarence**
**Clarence, MO 63437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.924** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Bentley Payne**
**2193 Daves Creek Road**
**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.925** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$104.93**

**Berkeley Cty Water**
**& Sanitation**
**212 Oakley Plantation Dr.**
**Charlotte, NC 28258-0139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**                                      Case number (if known) _____
Name

| 3.926 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,898.30** |
|---|---|---|---|

**Berkeley Electric Cooperative**
**PO BOX 340**
**Awendaw, SC 29429**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Utilities__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Berkeley Locksmithing**
**128 Trail Pines Road**
**Ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bernabe Maldonado**
**209 Southeast Carnahan Place**
**Topeka, KS 66607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bernard Schimmels**
**320 w. Hinton ave**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bernida anglin**
**106 Ridgecrest Dr NW**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Berry Collins**
**1108 Martin Luther King Drive Lot.4**
**Andrews, SC 29510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**berry ingram**
**309 s mill st**
**Kansas City, KS 66101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
          Name

---

| 3.933 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bertha Johnson**
**1128 Calhoun Drive**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.934 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bertha Jolliff**
**1325 N 36th St**
**Kansas City, KS 66102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.935 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bessie Collins**
**101 Glenn Street**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.936 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bessie Mizell**
**103 clover street**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.937 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Best Plumbing Inc**
**105 Sidneys Rd**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.938 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
|---|---|---|---|

**Best Professional Services**
**800 Oakmont Ln.**
**Union, MO 63084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.939 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BETH WEBB**
**960 tigers way**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.940** **Nonpriority creditor's name and mailing address**

**Bethany Wooton**
**324 years Dryden**
**Odessa, MO 64076**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.941** **Nonpriority creditor's name and mailing address**

**Bethany Yocum**
**2214 Raintree way**
**Dalton, GA 30720**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.942** **Nonpriority creditor's name and mailing address**

**Bethany Young**
**8141 Old Spanish Trail**
**Lot C**
**Sneads, FL 32460**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.943** **Nonpriority creditor's name and mailing address**

**Better Buy Glass**
**Mirror & Screen Inc.**
**308 N. Main St.**
**Jonesboro, GA 30236**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.944** **Nonpriority creditor's name and mailing address**

**Bettina Gerber**
**1354 River Rd**
**Samson, AL 36477**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.945** **Nonpriority creditor's name and mailing address**

**Betty Davis**
**490 Miller St**
**Lebanon, MO 65536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.946** **Nonpriority creditor's name and mailing address**

**Betty Tapia**
**1507  w turner st**
**Kansas city, MO 64050**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.947** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Betty Troll**
**2291 Wolff Road**
**Gillette, WY 82718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.948** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Beverlly Caballeros**
**3310 Tuscany Ridge**
**Columbia, MO 65202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.949** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Beverly Hampton**
**439 Vienna Circle**
**Fort Valley, GA 31030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.950** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Beverly Lee**
**112 B Nowell Street**
**Momtoe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.951** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Beverly Peneaux**
**222 N BURRITT AVE**
**17**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.952** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Beverly Sipple**
**1330 Rush Chapel Road Northeast**
**Rome, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.953** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Beyonca Wilkerson**
**1480 bouldercrest road**
**1**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Beyonce Morris**
**118 Thompson St**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BF Construction LLC**
**29 Upper Prairie Dog Rd.**
**Banner, WY 82832**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,212.00** |
|---|---|---|---|

**BHD Properties, LLC**
**34 Bent Tree Lane**
**Hilton Head Island, SC 29926**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bianca Allen**
**2431 Magnolia Cir**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bianca Brown**
**5983 Barrett's rd**
**Valdosta, GA 31605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bianca Lewis**
**1231 D F Fuller Dr # A**
**Griffin, GA 30224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bianca Mendoza**
**3608 Lunar Ave.**
**Gillette, WY 82718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                                  Case number (if known) _____
          Name

| 3.961 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Bianca Morales**
**110 s 29th street**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.962 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Big Oak Electric Services, LLC**
**P.O. Box 2324**
**Thomasville, GA 31799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.963 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Big Sky Heating**
**and Cooling Systems**
**P.O. Box 852**
**Billings, MT 59103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.964 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Big Sky Plumbing & Heating**
**1923 Dodge Ave**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.965 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**bihanna williams**
**885 Folk St E**
**Fairfax, SC 29827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.966 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Bijuan Henderson**
**1924 Norwood St**
**Charleston Sc, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.967 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $200.00 |

**Bill Fry the Plumbing Guy**
**2321 NE Independence Ave**
**Suite B**
**Lees Summit, MO 64064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Repairs & Maintenance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

| | |
|---|---|
| **3.968** | **Nonpriority creditor's name and mailing address** |
| | **Billie Bullshields** |
| | **1001 south,27th st** |
| | **Billings, MT 59101** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.969** | **Nonpriority creditor's name and mailing address** |
| | **Billie Jones** |
| | **1430 North Sanders Street** |
| | **#3** |
| | **Helena, MT 59601** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.970** | **Nonpriority creditor's name and mailing address** |
| | **Billiejo Tatavitto** |
| | **190 r spears rd** |
| | **Samson, AL 36477** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.971** | **Nonpriority creditor's name and mailing address** |
| | **Billing Pavement Services** |
| | **P.O. Box 51417** |
| | **Billings, MT 59105** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.972** | **Nonpriority creditor's name and mailing address** |
| | **Billings Laundry Company, Inc** |
| | **715 Central Ave** |
| | **Billings, MT 59102** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.973** | **Nonpriority creditor's name and mailing address** |
| | **Billings Sign Guy** |
| | **Anthony Trombetta** |
| | **219 S 24th St.** |
| | **Billings, MT 59101** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.974** | **Nonpriority creditor's name and mailing address** |
| | **Billy Coggins** |
| | **3457 victory rd** |
| | **Franklin, GA 30217** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.975** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Billy Fielder**
**65James lane**
**Danielsville, GA 30633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.976** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Billy Manders**
**3611 COLBERT DANIELSVILLE RD**
**DANIELSVILLE, GA 30633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.977** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Billy Mooso**
**14 independent**
**14**
**Gillette, WY 82718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.978** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Billy Phillips**
**7600 roosterville road**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.979** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Billy Rhodes**
**Brookview Drive**
**43C**
**Ozark, AL 36360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.980** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Billy Sailors**
**1422 sheeep pasture rd**
**Commerce, GA 30529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.981** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**billy shepard**
**550 N. Peck Ct.**
**independence, MO 64056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**                                        Case number (if known) _____
         <sub>Name</sub>

---

| 3.982 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Billy Vanbibber**
**330 east Burkhart**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Bindee Lu Pilgrim**
**3823 Antioch Rd**
**Cedartown, GA 30125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Binswanger Holding Corporation**
**Binswanger Enterprises, LLC**
**P.O. Box 679331**
**Dallas, TX 75267-9331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**BIRD Construction - Handyman**
**200 NE Missouri Road,**
**Lees Summit, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Bishop Cornish**
**4676 Kellogg Drive SW**
**Lilburn, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Bivy Perez**
**1300 cunningham ave**
**Independence, MO 64050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$86,011.97** |

**Biz ReTek Inc**
**David A. Treger**
**1289 Church Ct.**
**Aurora, IL 60502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __IT__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.989** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bjorn Samuel**
**105 W Oglethorpe**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.990** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,091.53**

**Black Hills Energy**
**PO BOX 7966**
**Carol Stream, IL 60197-7966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.991** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Blackthorn Services LLC**
**4455 Robbins Mill Rd**
**Florissant, MO 63034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.992** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Blade Johnston**
**931 se pinecrest dr**
**Topeka, KS 66605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.993** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Blaine Halbert**
**17 woodland oaks**
**2**
**Union, MO 63084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Blaize Murray**
**173 Penny Point**
**B**
**Ozark, AL 36360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.995** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Blake Butler**
**2938 co rd 30**
**Slocomb, AL 36375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.996** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Blakely Turner**
**311 S Congdon St**
**Georgetown, SC 29440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.997** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Blanca Arango-Gomez**
**1108 E. Loula. St Olathe Ks**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.998** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Blanca Iris Luis Cosmopulos**
**7902 Sunset Circle**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.999** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Blanca Terrones**
**815 s parker st**
**olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1000** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Blayne Sollars**
**255 state route k**
**Amazonia, MO 64421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1001** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Blaysedel McGrady**
**2058 Canaan dr southeast**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1002** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Blaze Fey**
**3414 hwy O**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.100 3**

**Nonpriority creditor's name and mailing address**

**Blessed Harris**
**207 woodland ct**
**carrollton ga, GA 30117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.100 4**

**Nonpriority creditor's name and mailing address**

**Bloodgood Concrete**
**Construction LLC**
**303 Hwy BB**
**Iberia, MO 65488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.100 5**

**Nonpriority creditor's name and mailing address**

**Blossman Gas & Appliance**
**PO Box 399**
**Hollywood, SC 29449**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

**Blue Collars Plumbing**
**2157 Rich Street, Ste 203**
**Charleston, SC 29405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

**Blue Gables**
**Stewart Investments LLC**
**148 US Highway 16E**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

**Bluewater Plumbing**
**Service, LLC**
**1406 Commerce Pl., Unit L**
**Myrtle Beach, SC 29577**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

**Bobbi Hunter**
**473 Vigilante Dr**
**Unit 473**
**Helena, MT 59602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

**Bobbie Fischer**
**15501 E 40th street south**
**Independence, MO 64055**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

**Bobbie Fleetwood**
**1437 US HWY 41N**
**109**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**Bobby Doyle**
**2625 Diana circle**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

**Bobby Gamble**
**308 orchard lane**
**Warner robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 4**

**Nonpriority creditor's name and mailing address**

**Bobby Jackson**
**Magnolia Terrace**
**48**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 5**

**Nonpriority creditor's name and mailing address**

**Bobby jolly**
**4405 Polly Ave**
**Gillette, WY 82718**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 6**

**Nonpriority creditor's name and mailing address**

**Bobby Mendoza**
**57 gladys lane**
**Nashville, GA 31639**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.1017**

**Nonpriority creditor's name and mailing address**

**Bobby Reynolds**
**1206 Ave B NE**
**Rome, GA 30165**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1018**

**Nonpriority creditor's name and mailing address**

**Bobby Williams**
**60 Bryant Lane**
**60**
**Ray City, GA 31645**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1019**

**Nonpriority creditor's name and mailing address**

**Bobby Wright**
**515 Johnson**
**Naylor, GA 31641**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1020**

**Nonpriority creditor's name and mailing address**

**bocephus Sammons**
**2740 Ivy Mill Drive**
**Buford, GA 30519**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1021**

**Nonpriority creditor's name and mailing address**

**Bogan Miller**
**73 West Main St**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1022**

**Nonpriority creditor's name and mailing address**

**Bolanle Adebusuyi**
**5100 west mountain street**
**v101**
**Stone Mountain, GA 30083**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1023**

**Nonpriority creditor's name and mailing address**

**Bonita White**
**4316 Franklin Goldmine Rd**
**Cummings, GA 30028**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**
  _Name_                                    Case number (if known) _____

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

**Boss Facility Services Inc.**
**60 Adams Avenue-Suite 109**
**Hauppauge, NY 11788**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

**Boyds Safety Services Inc**
**1309 E Division St, STE 101**
**Springfield, MO 65803**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

**BPS Products INC**
**750 Beta Dr. Unit G**
**Cleveland, OH 44143**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 7**

**Nonpriority creditor's name and mailing address**

**Bracyn Maertin**
**145 Oak Forest Dr**
**Oxford, GA 30054**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

**Brad Googe**
**203 Church St**
**Trenton, SC 29847**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

**Braden Cox**
**1578 Morris rd**
**Aragon, GA 30104**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

**Braden Garner**
**479 Oak Hill Dr**
**Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page **168** of **1218**

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.103 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Braden Vieth** | ☐ Contingent | |
| **6929 South Meadowbrook Drive** | ☐ Unliquidated | |
| **Jefferson City, MO 65109** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.103 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Bradley Belevender** | ☐ Contingent | |
| **3106 Lassiter Rd** | ☐ Unliquidated | |
| **Marietta, GA 30062** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.103 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Bradley Johnston** | ☐ Contingent | |
| **7847 Deerview Dr.** | ☐ Unliquidated | |
| **Raymondville, MO 65555** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.103 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **BRADLEY MAHURIN** | ☐ Contingent | |
| **717 Clover Court** | ☐ Unliquidated | |
| **WASHINGTON, MO 63090** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.103 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Bradley McCormick** | ☐ Contingent | |
| **423 Horsley st** | ☐ Unliquidated | |
| **Moberly, MO 65270** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.103 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Bradley Rumph** | ☐ Contingent | |
| **122 East EndAve.** | ☐ Unliquidated | |
| **warner robins, GA 31088** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.103 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Bradley Ward** | ☐ Contingent | |
| **1434 Prescott road** | ☐ Unliquidated | |
| **Westville, FL 32464** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **ARC Burger, LLC**
_____   Case number (if known) _____
Name

**3.103 8**

**Nonpriority creditor's name and mailing address**
**Bradon Wilson**
**5308 4th ave S**
**Great falls, MT 59405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.103 9**

**Nonpriority creditor's name and mailing address**
**Brady Hoesch**
**920 south Williams street**
**Moberly, MO 65270**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.104 0**

**Nonpriority creditor's name and mailing address**
**Braedon Edwards**
**200 southeast Gingerbread lane**
**Blue Springs, MO 64014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.104 1**

**Nonpriority creditor's name and mailing address**
**Brand 555 LLC**
**Stephen Keim**
**5816 Ernest**
**Los Angeles, CA 90034**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.104 2**

**Nonpriority creditor's name and mailing address**
**Brandi Badger**
**714 Loudon Hill Drive**
**Warner Robins, GA 31088**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.104 3**

**Nonpriority creditor's name and mailing address**
**Brandi Brunson**
**5225 sw 12th ter**
**4**
**Topeka, KS 66604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.104 4**

**Nonpriority creditor's name and mailing address**
**Brandi Cordell**
**2493 McDaniel station rd**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

**Brandon  Thibert**
**1523 chowen springs loop**
**Great falls, MT 59405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.104 6**

**Nonpriority creditor's name and mailing address**

**Brandon Cepeda**
**5313 thompson ave**
**Kansas city, MO 64124**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.104 7**

**Nonpriority creditor's name and mailing address**

**brandon clark**
**900 south river road**
**1002**
**Franklin, GA 30217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.104 8**

**Nonpriority creditor's name and mailing address**

**Brandon Faison**
**214 Gippy Dr.**
**Summerville, SC 29486**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

**Brandon Fields**
**104 Agee Ln**
**Mcdonough, GA 30253**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

**Brandon Fisher**
**506 East 19th**
**Sedalia, MO 65301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

**Brandon Green**
**313 North Elm Street**
**Sweet Springs, MO 65351**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.105 2**

**Nonpriority creditor's name and mailing address**
**Brandon Harvey**
**1511 Mydland Road**
**205**
**Sheridan, WY 82801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.105 3**

**Nonpriority creditor's name and mailing address**
**Brandon Hatcher**
**107 Edgewood avenue**
**Lagrange, GA 30217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.105 4**

**Nonpriority creditor's name and mailing address**
**brandon hosman**
**1209 n redwood dr**
**independence, MO 64056**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.105 5**

**Nonpriority creditor's name and mailing address**
**Brandon Jones**
**126 Rolling Meadows Court**
**Hampton, GA 30228**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.105 6**

**Nonpriority creditor's name and mailing address**
**Brandon Juarez**
**4022 McClure drive**
**Oakwood, GA 30566**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.105 7**

**Nonpriority creditor's name and mailing address**
**Brandon Mick**
**319 Floweeree Street**
**Helena, MT 59601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.105 8**

**Nonpriority creditor's name and mailing address**
**Brandon Milam**
**1545 Ashley River Road**
**S**
**Charleston, SC 29407**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**                                        Case number (if known) _____
        Name

---

**3.1059**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Brandon Miller**
**1102 Northwood DR**                                         ☐ Contingent
**SAINT JOSEPH, MO 64505**                                    ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred** __
                                                             **Basis for the claim:** __
**Last 4 digits of account number** __
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1060**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Brandon Mitchell**
**1816 country club dr**                                      ☐ Contingent
**Chillicothe, MO 64601**                                     ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred** __
                                                             **Basis for the claim:** __
**Last 4 digits of account number** __
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1061**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Brandon Moenck**
**525 Chandler st.**                                          ☐ Contingent
**Moberly, MO 65270**                                         ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred** __
                                                             **Basis for the claim:** __
**Last 4 digits of account number** __
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1062**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Brandon Neal**
**4189 N Highway 27**                                         ☐ Contingent
**Carrollton, GA 30117**                                      ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred** __
                                                             **Basis for the claim:** __
**Last 4 digits of account number** __
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1063**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Brandon Palmer**
**7720 Peggy Dr**                                             ☐ Contingent
**North Charleston, SC 29418**                                ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred** __
                                                             **Basis for the claim:** __
**Last 4 digits of account number** __
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1064**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Brandon Pullin**
**113 Carver Rd**                                             ☐ Contingent
**Mcdonough, GA 30253**                                       ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred** __
                                                             **Basis for the claim:** __
**Last 4 digits of account number** __
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1065**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Brandon Reese**
**15 Vining St**                                              ☐ Contingent
**Forsyth, GA 31029**                                         ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred** __
                                                             **Basis for the claim:** __
**Last 4 digits of account number** __
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**Debtor**    **ARC Burger, LLC**            Case number *(if known)*
<br>Name

---

**3.1066**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00** |

**Brandon Shiell**
**104 n 31st**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1067**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Brandon Shores**
**123 carol lane**
**Barnesville, GA 30204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1068**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Brandon Smith**
**121 glenwood ave**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1069**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Brandon Smith**
**Homeless**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1070**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Brandon Smith-Newton**
**5495 PelhamCt**
**Graceville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1071**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Brandon Thomas**
**738 Palmer Drive**
**Caryville   32427**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1072**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Brandon Warren**
**221 Lexington Ave**
**B**
**Griffin, GA 30223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.107 3**

**Nonpriority creditor's name and mailing address**
**Brandon Wilson**
**142-sr bldg b**
**Forsyth, GA 31029**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 4**

**Nonpriority creditor's name and mailing address**
**Brandy Elliott**
**1850 E 8th St**
**Apt 7**
**Trenton, MO 64683**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 5**

**Nonpriority creditor's name and mailing address**
**Brandy Highfield**
**44 pineridge dr**
**Silvercreek, GA 30173**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 6**

**Nonpriority creditor's name and mailing address**
**Brandy Messenger**
**22 Harnage Circle**
**Lakeland, GA 31635**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**
**Brandy Rutherford**
**780 Bankhead highway 30117**
**259**
**Carrollton Georgia, GA 30117**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**
**Brandy Smith**
**25 Stewart dr**
**Covington, GA 30014**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**
**Brandy Wright**
**8755 fairwind dr**
**N14**
**North Charleston, SC 29405**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.108 0**

**Nonpriority creditor's name and mailing address**

**Brandyn Ford**
**2004 sw sandstone court**
**Blue springs, MO 64014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**Brayden Bell**
**1812 hillcrest drive**
**trenton, MO 64683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 2**

**Nonpriority creditor's name and mailing address**

**Brayden Brooks**
**27905 e lake point drive**
**Lake lotawana, MO 64086**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

**Brayden Brown**
**1199 county road**
**Thomaston, GA 30286**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

**Brayden King**
**1460 SR-100**
**Bowdon, GA 30108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

**Brayden Lanius**
**1919glendale st**
**1**
**Helena, MT 59601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

**Brayden Lewis**
**19705 E 15th st N**
**Independence, MO 64056**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known)

---

3.108
7

**Nonpriority creditor's name and mailing address**

**Brayden Sharp**
**1307 tindall**
**Trenton, MO 64683**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.108
8

**Nonpriority creditor's name and mailing address**

**Brayden Turner**
**105 kensel court**
**goose creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.108
9

**Nonpriority creditor's name and mailing address**

**Brayden Walker**
**311 28st South**
**Great Falls, MT 59405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.109
0

**Nonpriority creditor's name and mailing address**

**Braydon Branom**
**1102 Peyton st.**
**Emporia, KS 66801**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.109
1

**Nonpriority creditor's name and mailing address**

**Braylon Simon**
**140 Crescent Drive**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.109
2

**Nonpriority creditor's name and mailing address**

**Brayunna Alston**
**4295 Royal Harbor rd**
**Hollywood, SC 29449**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.109
3

**Nonpriority creditor's name and mailing address**

**Breana Breighner**
**5490 college drive**
**19**
**Graceville, FL 32440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.1094**

**Nonpriority creditor's name and mailing address**

**Breanna Armstrong**
**821 W Monroe St**
**Mexico, MO 65265**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1095**

**Nonpriority creditor's name and mailing address**

**Breanna Barcia**
**270 NE 89th ST**
**Old Town, FL 32680**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1096**

**Nonpriority creditor's name and mailing address**

**Breanna Bryant**
**312 Julia Caroline Ave unit a**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1097**

**Nonpriority creditor's name and mailing address**

**Breanna Ceasar**
**214 gribben street**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1098**

**Nonpriority creditor's name and mailing address**

**Breanna Koonce**
**Po Box 1383**
**GILLETTE, WY 82717**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1099**

**Nonpriority creditor's name and mailing address**

**Breanna Mitchell**
**247 Lucca dr**
**Summerville, SC 29486**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.11000**

**Nonpriority creditor's name and mailing address**

**Breanna Nations**
**114 shasta dr**
**thomaston, GA 30286**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                         Case number (if known) _____
          Name

---

**3.110.1**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Breanna Pugh**                                                     ☐ Contingent
**1220 West 9th Avenue**                                             ☐ Unliquidated
**Emporia, KS 66801**                                               ☐ Disputed

**Date(s) debt was incurred** __                                     **Basis for the claim:** __

**Last 4 digits of account number** __                               Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.110.2**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Breanna Simmons**                                                 ☐ Contingent
**433 Mary Scott Dr.**                                              ☐ Unliquidated
**Goose Creek, SC 29445**                                          ☐ Disputed

**Date(s) debt was incurred** __                                     **Basis for the claim:** __

**Last 4 digits of account number** __                               Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.110.3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Breanna Taylor**                                                 ☐ Contingent
**407 padlock mtn rd**                                              ☐ Unliquidated
**Cave Spring, GA 30124**                                          ☐ Disputed

**Date(s) debt was incurred** __                                     **Basis for the claim:** __

**Last 4 digits of account number** __                               Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.110.4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Breasia Mulligan**                                               ☐ Contingent
**10765 hwy 78**                                                    ☐ Unliquidated
**110**                                                            ☐ Disputed
**Summerville, SC 29483**

**Date(s) debt was incurred** __                                     **Basis for the claim:** __

**Last 4 digits of account number** __                               Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.110.5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Brenda Albright**                                                ☐ Contingent
**704 N 15th**                                                      ☐ Unliquidated
**Billings, MT 59101**                                             ☐ Disputed

**Date(s) debt was incurred** __                                     **Basis for the claim:** __

**Last 4 digits of account number** __                               Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.110.6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Brenda Armstrong**                                               ☐ Contingent
**950 S Westmont St**                                               ☐ Unliquidated
**Geneva, AL 36340**                                               ☐ Disputed

**Date(s) debt was incurred** __                                     **Basis for the claim:** __

**Last 4 digits of account number** __                               Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.110.7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Brenda Gaines**                                                  ☐ Contingent
**79 Cheves Rd**                                                    ☐ Unliquidated
**Forsyth, GA 31029**                                              ☐ Disputed

**Date(s) debt was incurred** __                                     **Basis for the claim:** __

**Last 4 digits of account number** __                               Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

**Brenda Hyatt**
**2100 North Broad St.N.E**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

**Brenda Mendoza**
**910 se pinecrest dr**
**Topeka, KS 66605**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

**Brenda Myers**
**111 Gardenia Dr**
**MONCKS CORNER, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

**Brenda Roberts**
**104 e peeler ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.111 2**

**Nonpriority creditor's name and mailing address**

**Brenda Rodas**
**66 Pasadena dr Olathe**
**66**
**Olathe, KS 66061**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

**Brenda Sims**
**1916 Mcintosh Rd**
**A**
**Albany, GA 31701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

**Brenda Smith**
**9291 Georgia highway 34**
**Lot 7**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

| 3.111 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brendan polite**
**100 Hallmark Dr,**
**121**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.111 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brendan Rust**
**836 Jackson**
**Helena, MT 59601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.111 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brennen Stewart**
**6705 Trafalger Square**
**Norcross, GA 30093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.111 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brennick Underwood**
**4515 Stonecrest Ter**
**St Joseph, MO 64506**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.111 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brent Parris**
**176 Regina Forest Rd**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.112 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brent Pearcy**
**16900 Hawk Cir**
**Lebanon, MO 65536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$555.00**

---

| 3.112 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brentley Holden**
**5134 boardtown rd**
**Ellijay, GA 30540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

| 3.112 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Breon Atwaters**
**807 S fry street**
**413**
**Valdosta, GA 31601**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.112 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Breon King**
**2202 Cruse Rd**
**Lawrenceville, GA 30044**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.112 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Breon Morgan**
**40 Bouldercrest Lane , B**
**Atlanta, GA 30316**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.112 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Bret Turnquist**
**1112 Leslie Ave.**
**Apt. 6**
**Helena, MT 59601**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.112 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Bret Wood**
**77 Lovelace st**
**Newnan, GA 30263**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.112 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Brett James**
**100 Darby rd**
**Covington, GA 30016**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.112 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Brewer-Ireland Contracting**
**Brewer-Ireland Contracting**
**301 SW 20th St**
**Trenton, MO 64683**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Landscape**

Is the claim subject to offset? ■ No ☐ Yes

**$1,175.00**

---

Debtor      **ARC Burger, LLC**                                    Case number (if known) _____
            Name

---

3.1129  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

**Breyanna Simmons**
**1815  Central Park road**
**H2**
**Charleston, SC 29412**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

3.1130  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

**Breyanna Washington**
**1110 Hargarett Avenue**
**Tifton, GA 31794**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

3.1131  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

**Brian Bridges**
**111 Grappa Ct**
**Bonaire, GA 31005**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

3.1132  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

**Brian Chatman**
**801 s Jefferies blvd**
**Walterboro, SC 29488**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

3.1133  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

**Brian Cheek**
**1711 meadowlark ct**
**102**
**Kansas City, KS 66102**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

3.1134  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

**Brian Davis**
**1206 w.pine ave**
**Geneva, AL 36340**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

3.1135  **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

**Brian Deleon**
**69 John A Gaskins Rd**
**Lakeland, GA 31635**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

Debtor    **ARC Burger, LLC**                                           Case number (if known) _____
              Name

---

**3.113 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brian Doty**
**1551 Harrison bridge road**
**Royston, GA 30662**                                        ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.113 7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brian Hensley**
**230 Newtown Creek Loop**
**Calhoun, GA 30701**                                        ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.113 8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brian Hill**
**904 Latney St**
**Mexico, MO 65265**                                         ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.113 9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brian Howell**
**2961 n hwy 81**
**8**
**Ponce de Leon, FL 32455**                                  ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.114 0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brian Lamb**
**965 w fettermen street**
**Lot 3**
**Buffalo, WY 82834**                                        ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.114 1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brian Scott**
**3105 spring ln**
**l3**
**Gainesville, GA 30507**                                    ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.114 2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brian Welch**
**907 S Oak St**
**Buffalo, MO 65622**                                        ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.114
3**

**Nonpriority creditor's name and mailing address**

**brian williams**
**1121 powell st**
**st josjoseph, MO 64501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114
4**

**Nonpriority creditor's name and mailing address**

**Briana Bray**
**2010 central avenue**
**Summerville, SC 29486**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114
5**

**Nonpriority creditor's name and mailing address**

**Briana Brooks**
**448 Keegan drive**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114
6**

**Nonpriority creditor's name and mailing address**

**Briana Bush**
**1960 Candace ln**
**Atlanta, GA 30316**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114
7**

**Nonpriority creditor's name and mailing address**

**Briana Cabrera**
**724, Fuller Ave**
**Kansas City, MO 64125**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114
8**

**Nonpriority creditor's name and mailing address**

**Briana Campbell**
**223 Woodbine Street**
**Commerce, GA 30529**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.114
9**

**Nonpriority creditor's name and mailing address**

**Briana Gibson**
**3193 West Street**
**Covington, GA 30014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

| 3.115 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Briana Gilliam**
**13630 Private Drive 8114**
**Rolla, MO 65401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**briana nixon**
**318 north houston lake blvdc**
**warner robins, GA 31028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Briana Reiding**
**3715 old maysville road**
**Commerce, GA 30529**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Briana Williams**
**1317 Ponderosa Drive**
**Apt 2**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Brianna Banda**
**1327 Monroe Ave**
**Kansas City, MO 64127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Brianna Cook**
**2719 Traverse Dr.**
**Vernon, FL 32462**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Brianna Dwyer**
**2412 SW Winterfield Ct**
**Lees Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.115 7**

**Nonpriority creditor's name and mailing address**

**Brianna GaNun**
**173 Chemistry Cir**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

**Brianna Hill**
**1319 Taylor town road NE**
**Ranger, GA 30734**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

**Brianna Howard**
**807 s fry st**
**123**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

**Brianna Jefferson**
**5461 Mill Creek Rd**
**Graceville, FL 32440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

**Brianna Jones**
**1880 Stardust Trail**
**cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 2**

**Nonpriority creditor's name and mailing address**

**Brianna Lynem-Scholtens**
**804 s coal st**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

**BriAuna Rodriguez**
**1308 W McCarty**
**206**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116 4**

**Nonpriority creditor's name and mailing address**

**brice fuller**
**2010nwloganst**
**topeka, KS 66608**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

**Brice Keith**
**429 settlers ridge lane**
**Hiram, GA 30141**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

**Bricton Watkins**
**86 Bryant Lane**
**Ray City, GA 31645**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116 7**

**Nonpriority creditor's name and mailing address**

**Bridavia Fields**
**700 Martin Luther King Ave**
**N53**
**Sandersville, GA 31082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

**Bridget Fowler**
**9128 W 127th Terr**
**Overland Park, KS 66213**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

**Bridgett L Miller**
**503 E Rogers St**
**Valdosta, GA 31601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

**Bridgett Oliver**
**515 n ault str**
**Moberly, MO 65270**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

**Bridgette Smith**
**1302 NW 6th terrace**
**Blue Springs, MO 64014**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

**Brien Jones**
**1314 Ridenbaugh Street**
**SAINT JOSEPH, MO 64501**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

**Bright Futures LLC**
**6 Pine Tree Ln**
**Rolling Hills, CA 90274**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Rent**

Is the claim subject to offset?  ■ No  ☐ Yes

**$8,776.80**

---

**3.117 4**

**Nonpriority creditor's name and mailing address**

**Brionna Jordan**
**2666 Terratim Lane**
**Decatur, GA 30034**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

**Brison Morrison**
**2578 forrestwood dr**
**Valdosta, GA 31602**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

**brit  Durazo**
**500 Church Avenue**
**Lot 27**
**Gillette, WY 82716**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.117 7**

**Nonpriority creditor's name and mailing address**

**Britanie Lindsey**
**703 short street**
**Pineville, SC 29468**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

| 3.117 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Britany Chester**
**202 angus blvd**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Britney Caswell**
**603 N Dover Drive**
**Apartment A1**
**Independence, MO 64056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brittany Atwaters**
**5983 Barretts rd**
**Valdosta, GA 31605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brittany Bentley**
**2256 sunlight rd**
**Ellijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brittany Brannon**
**628 Quail Hollow Blvd**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brittany Castro**
**3227 smart ave.**
**Kansas city, MO 64124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brittany Cloyd**
**3221 SE Girard St**
**Topeka, KS 66605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.118 5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Brittany Ethridge**                                        ☐ Contingent
**132 Haseldon road**                                       ☐ Unliquidated
**Andrews, SC 29510**                                        ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                       **Basis for the claim:** __

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.118 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Brittany Gillenkirk**                                      ☐ Contingent
**135 Gator Dr**                                            ☐ Unliquidated
**Goose Creek, SC 29445**                                    ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                       **Basis for the claim:** __

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.118 7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Brittany Harris**                                         ☐ Contingent
**440 Vienna Cir**                                          ☐ Unliquidated
**Fort Valley, GA 31030**                                    ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                       **Basis for the claim:** __

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.118 8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Brittany Harrison**                                       ☐ Contingent
**1020 e McIntosh rd**                                       ☐ Unliquidated
**Griffin, GA 30223**                                        ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                       **Basis for the claim:** __

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.118 9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Brittany Jones**                                          ☐ Contingent
**6A Ivy Street**                                           ☐ Unliquidated
**Porterdale, GA 30014**                                     ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                       **Basis for the claim:** __

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.119 0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Brittany Jones**                                          ☐ Contingent
**120 Sunstede Rd**                                         ☐ Unliquidated
**Warner Robins, GA 31093**                                  ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                       **Basis for the claim:** __

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.119 1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Brittany Mcdonald**                                       ☐ Contingent
**13130 county road 410**                                   ☐ Unliquidated
**Amazonia, MO 64421**                                       ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                       **Basis for the claim:** __

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

3.119
2

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brittany McNear**
**1064 Marion Lane**
**Sumter, SC 29153**                                         ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred __**
                                                             **Basis for the claim: __**
**Last 4 digits of account number __**
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.119
3

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brittany Nevels**
**1303 Concord Circle**
**Independence, MO 64056**                                   ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred __**
                                                             **Basis for the claim: __**
**Last 4 digits of account number __**
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.119
4

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brittany Render**
**1075 ivey lane**
**mcdonough, GA 30253**                                      ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred __**
                                                             **Basis for the claim: __**
**Last 4 digits of account number __**
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.119
5

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brittany Schwarm**
**990 franklin parkway**
**103**
**Franklin, GA 30217**                                       ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred __**
                                                             **Basis for the claim: __**
**Last 4 digits of account number __**
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.119
6

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brittany Smith**
**808 Arrowhead trail**
**Warner Robins, GA 31088**                                  ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred __**
                                                             **Basis for the claim: __**
**Last 4 digits of account number __**
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.119
7

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brittany Smith**
**47 Pear Drive**
**Lakeland, GA 31635**                                       ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred __**
                                                             **Basis for the claim: __**
**Last 4 digits of account number __**
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.119
8

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brittany Thoman**
**1001 South 27th Street**
**Billings, MT 59101**                                       ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred __**
                                                             **Basis for the claim: __**
**Last 4 digits of account number __**
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1199**

**Nonpriority creditor's name and mailing address**

**Brittany Williams**
**1659 Highway W**
**Suite 240**
**McDonough, GA 30253**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1200**

**Nonpriority creditor's name and mailing address**

**Brittany Yeager**
**116 East Main St**
**Houston, MO 65483**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1201**

**Nonpriority creditor's name and mailing address**

**Brittany Zenteno**
**918 Collins Avenue**
**Lot 26**
**Warner Robins, GA 31093**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1202**

**Nonpriority creditor's name and mailing address**

**Brittney Davis**
**8292 Cook Road**
**St. Joseph, MO 64507**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1203**

**Nonpriority creditor's name and mailing address**

**Brittney Driver**
**724 Ashland Park Blvd NE**
**Rome, GA 30161**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1204**

**Nonpriority creditor's name and mailing address**

**Brittney Gosselin**
**1056 North Highway 79**
**Bonifay, FL 32425**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1205**

**Nonpriority creditor's name and mailing address**

**Brittney Mcneal**
**1106 tallokas pointe road**
**1106**
**Moultrie, GA 31768**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.120 6**

**Nonpriority creditor's name and mailing address**

**Brittney Ravenell**
**102 Mayfair ct**
**Summerville, SC 29485**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

**Britttney Rives**
**1009 Carrico Street**
**Mexico, MO 65265**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

**Brook Grease Service Inc**
**3104 N. Erie Ave**
**Tulsa, OK 74115**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 9**

**Nonpriority creditor's name and mailing address**

**Brooke Devins**
**7776 Hwy 96**
**Fort valley, GA 31030**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 0**

**Nonpriority creditor's name and mailing address**

**Brooke Gentry**
**640 Morgan rd**
**Temple, GA 30179**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 1**

**Nonpriority creditor's name and mailing address**

**Brooke holcomb**
**40 knob circle**
**carrollton, GA 30116**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121 2**

**Nonpriority creditor's name and mailing address**

**Brooke Moore**
**2406 Road M**
**NA**
**Emporia, KS 66801**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.121 3**

**Nonpriority creditor's name and mailing address**

**Brooke Northcutt**
**1305 e Boonville**
**Trailer 656**
**Sedalia, MO 65301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

**Brooke Salinas**
**180 centennial dr**
**Carrollton, GA 30116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

**Brooklyn Messervy**
**109 Haleswood Circle**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

**Brooklyn Stubbert**
**209 Oak Street**
**Steelville, MO 65565**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

**Brooklyn Thomas**
**382 ga hwy 125 s lot h2**
**Tifton, GA 31794**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

**Brooklynn McRae**
**13113 Grey Wolf Ln**
**Covington, GA 30014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

**Bruce Bishop**
**Jennifer T. Bishop**
**8260 E. Kalil Dr.**
**Scottsdale, AZ 85260**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

**Bruce Martinez-Nava**
**600 S Garner Lake Rd**
**66**
**Gillette,Wyoming, WY 82718**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

**Bruce mckinzie**
**2701 renick st**
**St Joseph, MO 64504**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 2**

**Nonpriority creditor's name and mailing address**

**Bruce Nation**
**28 Princeton pl dr**
**28**
**Adairsville, GA 30103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

**Bryan Atkins**
**401  south elm**
**Rosendale, MO 64483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

**Bryan Bertos**
**838 Poly Dr**
**Billings, MT 59102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

**Bryan Buerkle**
**Buerkle LTD dba The Ground Guys of Monta**
**1270 Ryanns Lane Ste A**
**Helena, MT 59602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

**Bryan Creitz**
**822 Lewis Ave**
**BILLINGS, MT 59101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.122 7**

**Nonpriority creditor's name and mailing address**

**Bryan Grice**
**112 Robin street**
**Summerville, SC 29485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

**Bryan Rodriguez**
**912 Old Rockmart rd**
**Silver Creek, GA 30173**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

**Bryant Allen**
**2320 West 5th St.**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

**Bryant Wood**
**77 Lovelace St**
**Newnan, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

**Bryce Edwards**
**501 east street**
**Emporia, KS 66801**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 2**

**Nonpriority creditor's name and mailing address**

**Bryce Eickleberry Landscaping**
**901 Old Cedartown Rd SE**
**Lindale, GA 30147**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

**Bryce Goldsborough**
**4977 Union Rd**
**Lot 24**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page  197 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**3.123 4**

**Nonpriority creditor's name and mailing address**

**Brycen Goodfellow**
**1408 Broadwater Circle**
**Helena, MT 59601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

**Bryer Disher**
**387 Mission Hill Road**
**ellijay, GA 30540**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

**Brylie Dunbar**
**1210 Cottonwood**
**E8**
**Emporia, KS 66801**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 7**

**Nonpriority creditor's name and mailing address**

**Brynja Larsen**
**3321 11th Ave s b**
**Apt B**
**Greatfalls, MT 59405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 8**

**Nonpriority creditor's name and mailing address**

**Bryon Chaska**
**3314 1st ave north**
**41**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.123 9**

**Nonpriority creditor's name and mailing address**

**Bryson Cole**
**928 Winchester dr**
**928**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 0**

**Nonpriority creditor's name and mailing address**

**Bryson Reynolds**
**1083 white ave**
**apt 5**
**Graceville, FL 32440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.124 1**

**Nonpriority creditor's name and mailing address**

**Bryson Webb**
**618 Dixie Red Ave**
**Jefferson, GA 30549**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 2**

**Nonpriority creditor's name and mailing address**

**Buchanan County Tax Collector**
**411 Jules Street**
**Room 123**
**St. Joseph, MO 64501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 3**

**Nonpriority creditor's name and mailing address**

**Bud Sewer Service Inc**
**1805 S. 8th Street**
**St. Joseph, MO 64503**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

**Budderfly Inc**
**2 Trap Falls Road**
**Suite 310**
**Shelton, CT 06484**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$31,753.94**

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

**Buford Chastain**
**15 Vining St**
**Forsyth, GA 31029**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

**Bunn-O-Matic Corporation**
**PO BOX 713352**
**Chicago, IL 60677-1394**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$315.25**

---

**3.124 7**

**Nonpriority creditor's name and mailing address**

**Burdick's Integration Group**
**1316 Gallatin Ave**
**Helena, MT 59601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor     **ARC Burger, LLC**
            Name                                         Case number (if known) _____

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

**Burdick's Locksmith**
**1316 Gallatin Ave.**
**Helena, MT 59601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset?  ■ No  ☐ Yes

**$133.00**

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

**Butler Supply Inc**
**PO BOX 843020**
**Kansas City, MO 64184-3020**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

**Bynum's Heating & Cooling Inc**
**PO Box 418**
**Geneva, AL 36340**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.125 1**

**Nonpriority creditor's name and mailing address**

**BYRD PLUMBING, INC.**
**500 Little Hills Ind. Blvd.**
**St Charles, MO 63301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.125 2**

**Nonpriority creditor's name and mailing address**

**Byron Lemus**
**1008 whildin st**
**Emporia, KS 66801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.125 3**

**Nonpriority creditor's name and mailing address**

**Byron Nickerson**
**512 E Ashley**
**Jefferson city, MO 65101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

**Byron Stewart**
**1395 Warren ave**
**Chipley, FL 32428**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
_____
Name

---

3.125
5

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**C&C Sanitation Services**
**PO BOX 949**                          ☐ Contingent
**Lagrange, GA 30241**                  ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No  ☐ Yes

---

3.125
6

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**C. Allen For Your Doors**
**Marjorie Allen**                      ☐ Contingent
**622 W 6th Ave**                       ☐ Unliquidated
**Emporia, KS 66801**                   ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No  ☐ Yes

---

3.125
7

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**C. Howell**
**105 Glouchester Rd.**                  ☐ Contingent
**BONAIRE, GA 31005**                    ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No  ☐ Yes

---

3.125
8

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**CaDarius Willis**
**205 Arnold Blvd**                      ☐ Contingent
**Warner Robins, GA 31093**             ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No  ☐ Yes

---

3.125
9

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Cade Hinson**
**110 Chapleau ln**                      ☐ Contingent
**Griffin, GA 30223**                    ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No  ☐ Yes

---

3.126
0

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Caden Mclain**
**1006 Madison ave**                     ☐ Contingent
**Helena, MT 59601**                     ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No  ☐ Yes

---

3.126
1

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Cadence Hickman**
**242 NW Woods Chapel Rd.**              ☐ Contingent
**Blue Springs, MO 64015**              ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **ARC Burger, LLC** |
| | Name |

Case number (if known) _____

---

**3.126 2**

**Nonpriority creditor's name and mailing address**

**Caeden Vrana**
**Dept. Workforce Dev. Labor Standards**
**444 West Collins Drive, Suite 1500**
**Casper, WY 82601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 3**

**Nonpriority creditor's name and mailing address**

**Cailey Manion**
**8844 E 83rd St**
**Raytown, MO 64138**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 4**

**Nonpriority creditor's name and mailing address**

**Caitlin Castillo**
**13 college view drive**
**rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 5**

**Nonpriority creditor's name and mailing address**

**Caitlin Luckett**
**132 Cross Creek Rd , Cross Creek**
**Reevesville, SC 29471**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

**Caitlin Tuck**
**1412 Emory St**
**Oxford, GA 30054**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

**Caitlyn Adair**
**70. Garner Ln**
**Unit 6076**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

**Caitlyn Bates**
**821 N Jefferson St.**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1269**

**Nonpriority creditor's name and mailing address**

**Caitlyn Manion**
**5512 Oakley Ave**
**Kansas City, MO 64130**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1270**

**Nonpriority creditor's name and mailing address**

**Caitlyn Meyer**
**1708 Madison Ave**
**Washington, MO 63090**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1271**

**Nonpriority creditor's name and mailing address**

**Caitlyn Szyska**
**Attention: Catherine Bradley**
**Hardee's**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1272**

**Nonpriority creditor's name and mailing address**

**Calandria Little**
**28 Belote Blvd**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1273**

**Nonpriority creditor's name and mailing address**

**Caleb Holmes**
**22847 Richmond Dr**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1274**

**Nonpriority creditor's name and mailing address**

**Caleb Ingram**
**2005 Riggins Mill Rd**
**Dry Branch, GA 31020**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1275**

**Nonpriority creditor's name and mailing address**

**Caleb Mizenko**
**3233 8th Ave south**
**Great Falls, MT 59405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
Name

---

**3.1276**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Caleb Peavy**
**1604 brentwood dr**
**griffin, GA 30224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1277**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Caleb Richardson**
**8757 Laurel Grove Lane**
**North Charleston, SC 29420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1278**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Caleb Smith**
**3884, Dennis Creek Road**
**Talbotton, GA 31827**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1279**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Caleb Sproat**
**1304 N 13th**
**St Joseph, MO 64501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1280**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Caleb Waeckerlin**
**3932 Victory Circle, #23**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1281**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Caleigh Lewis**
**738 Nitra road**
**Bremen, GA 30110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1282**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$2,040.95**

**Calhoun Utilities**
**700 West Line Street**
**Calhoun, GA 30701-7910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:**  __Utilities__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **ARC Burger, LLC**
_____
Name

Case number (if known) _____

---

| 3.128 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Calvin Jackson**
**108 prairie Blvd**
**Centerville, GA 31028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Calvin Johnson**
**3629 Poly Drive**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Calvin Lockett**
**24 jade ln**
**Washington, MO 63090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Calvin Walters**
**1578 Patterson Rd lot 99**
**Griffin, GA 30223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Camber Mayes**
**1929 vaughn rd**
**305 Beth dr**
**Great falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Cameo Luchka**
**255 w Steele dr**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Camerin Knight**
**120 Leverett Court**
**Fayetteville, GA 30215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.1290**

**Nonpriority creditor's name and mailing address**

**Cameron Britton**
**501 SW Franklin Ave**
**Apt 309**
**Topeka, KS 66606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1291**

**Nonpriority creditor's name and mailing address**

**Cameron Cox**
**323 Loblolly Dr**
**Bonaire, GA 31005**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1292**

**Nonpriority creditor's name and mailing address**

**Cameron Crutchfield**
**1980 OHara Ave**
**Sneads, FL 32460**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1293**

**Nonpriority creditor's name and mailing address**

**Cameron Dent**
**235 Heritage Lake Drive**
**Fayetteville, GA 30214**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1294**

**Nonpriority creditor's name and mailing address**

**Cameron Merritt**
**1976 Candace In**
**Atlanta, GA 30316**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1295**

**Nonpriority creditor's name and mailing address**

**Cameron Rogers**
**8102 Old Spanish Trl**
**Sneads, FL 32460**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1296**

**Nonpriority creditor's name and mailing address**

**Cameron Thomas**
**1230 Custom Way**
**1230 B**
**Monroe, GA 30655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.129 7**

**Nonpriority creditor's name and mailing address**

**Cameron Tolen**
**500 cabinets rd**
**L3**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.129 8**

**Nonpriority creditor's name and mailing address**

**Cameron Uncapher**
**317 rand st**
**Washington Missouri, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.129 9**

**Nonpriority creditor's name and mailing address**

**Camila Hernandez**
**S Central St**
**726**
**Olathe, KS 66061**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.130 0**

**Nonpriority creditor's name and mailing address**

**Camilla Greer**
**3713 struemph ct Apt B**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.130 1**

**Nonpriority creditor's name and mailing address**

**Campbell County Treasurer**
**P.O. Box 1027**
**Gillette, WY 82717-1027**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.130 2**

**Nonpriority creditor's name and mailing address**

**Campbell County Treasurer**
**500 S. Gillette Ave.**
**Gillette, WY 82716**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.130 3**

**Nonpriority creditor's name and mailing address**

**Camren Snider**
**2431 w first ave**
**Topkea, KS 66606**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                              Case number (if known)    _____
          <u>Name</u>

---

**3.130 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Camron Wotruba**
**8605 highland ave**
**Kansas city, MO 64131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Camya Washington**
**636 Alfred C Carson Dr**
**Sandersville, GA 31082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Candace Hendry**
**40 Bended Oak Lane**
**Stockton, GA 31649**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Candace Johnson**
**1100 old statenville rd**
**F07**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Candi Waters**
**200 Hidden Lake Rd**
**Havana, FL 32333**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Candice Council**
**109 Shante Circle**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Candice Harvey**
**1939 Bonnie Ridge Dr**
**Griffin, GA 30223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.131 1**

**Nonpriority creditor's name and mailing address**

**Candice Rittman**
**780 Pine Ave**
**Unit B**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 2**

**Nonpriority creditor's name and mailing address**

**Candice Smith**
**6 Monroe Place**
**Mexico, MO 65265**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

**Candice Stamps**
**6604 E. 12th St.**
**Kansas City, MO 64126**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

**Candid Taylor**
**550e 105th at**
**108**
**Kansas city, MO 64131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

**Candie Guzman**
**6463 tauromee avenue**
**308**
**Kansas city, KS 66102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

**Candie Swanson**
**1369 John Robert dr**
**Morrow, GA 30260**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 7**

**Nonpriority creditor's name and mailing address**

**Candito Construction Corp**
**Gerald N Candito Const. Corp**
**3580 Cantrell Industrial CT NW**
**Acworth, GA 30101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.131**
**8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Candy Bailey**
**100 Akin Rd**
**Carrollton, GA 30117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.131**
**9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Caneenah Stroud**
**20 head street**
**Mcdonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.132**
**0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Capital Waste Services LLC**
**PO BOX 70922**
**Charlotte, NC 28272-0922**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.132**
**1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Captive Aire Systems Inc**
**4641 Paragon Park Rd**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.132**
**2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Care Sales and Service**
**588 Keystone Ind. Pk. Dr.**
**Camdenton, MO 65020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.132**
**3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Carin Hand**
**2901 Franklin Parkway**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.132**
**4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**CARISSA BUTLER**
**22712 E 27th Terrace CT. S.**
**Blue Springs, MO 64015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

**Carl Flickinger**
**3864 Vicki road**
**Graceville, FL 33440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

**Carl Kline**
**108 W Allen St.**
**Spring Hill, KS 66083**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 7**

**Nonpriority creditor's name and mailing address**

**Carla Bailey**
**1075 Spring Place Rd**
**White, GA 30184**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 8**

**Nonpriority creditor's name and mailing address**

**Carla Burgess**
**288 Franklin Rd SW**
**Plainville, GA 30733**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132 9**

**Nonpriority creditor's name and mailing address**

**Carla Lott**
**183 Thelma lane**
**Willacoochee, GA 31650**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 0**

**Nonpriority creditor's name and mailing address**

**Carla Tillis**
**4210 Douglas ferry Rd**
**Caryville, FL 32427**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 1**

**Nonpriority creditor's name and mailing address**

**Carlandra Harvey**
**104 Demetree Dr**
**Warner robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor     **ARC Burger, LLC**                                        Case number (if known)   _____
_____
           Name

---

3.133 2

**Nonpriority creditor's name and mailing address**

**Carliee Johnson**
**931 Sugarberry Dr**
**3203**
**Hahira, GA 31632**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.133 3

**Nonpriority creditor's name and mailing address**

**Carlos Austin**
**322 Forrest st**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.133 4

**Nonpriority creditor's name and mailing address**

**Carlos Fulmore**
**100 robins west parkway**
**501**
**Warner robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.133 5

**Nonpriority creditor's name and mailing address**

**Carlos Olivo III**
**1835 Valley Place**
**Cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.133 6

**Nonpriority creditor's name and mailing address**

**Carlos Perez**
**290 Arthur rd**
**Hull, GA 20646**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.133 7

**Nonpriority creditor's name and mailing address**

**Carlos Randall**
**2172 Lovvorn rd lot 4**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.133 8

**Nonpriority creditor's name and mailing address**

**Carlton Allen**
**100 sniders hwy**
**A2**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page  212 of 1218

Debtor **ARC Burger, LLC**           Case number (if known) _____
Name

---

**3.1339**

**Nonpriority creditor's name and mailing address**

**Carlyn Smith**
**17 Dewey Dr**
**Adairsville, GA 30189**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1340**

**Nonpriority creditor's name and mailing address**

**Carmella Espinoza**
**3300 NW Jefferson St**
**337**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1341**

**Nonpriority creditor's name and mailing address**

**Carmen Allen**
**237 Davis Terr**
**Saint George, SC 29477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1342**

**Nonpriority creditor's name and mailing address**

**Carmen Easterwood**
**101 Ave A**
**Lindale, GA 30147**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1343**

**Nonpriority creditor's name and mailing address**

**Carmen Inkman**
**580 PeaRidge Rd**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1344**

**Nonpriority creditor's name and mailing address**

**Carnellia Dimas**
**7102 waldrop place**
**decatur, GA 30034**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1345**

**Nonpriority creditor's name and mailing address**

**Carol Long jaw**
**General delivery**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1346**

**Nonpriority creditor's name and mailing address**

**Carol Love**
**109 North junction Street**
**Geneva, AL 36340**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1347**

**Nonpriority creditor's name and mailing address**

**Carol Plant**
**10282 GA HWY 88**
**Sandersville, GA 31082**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1348**

**Nonpriority creditor's name and mailing address**

**Carolina Asphalt Paving**
**431 St James Ave**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$6,200.00**

---

**3.1349**

**Nonpriority creditor's name and mailing address**

**Carolina Hotwash**
**44 Farmfield Ave**
**Charleston, SC 29407**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1350**

**Nonpriority creditor's name and mailing address**

**Caroline Kemp**
**325 WEST BROWN DR**
**Davisboro, GA 31018**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1351**

**Nonpriority creditor's name and mailing address**

**Carolyn Brown**
**1108 NW Starlight Circle**
**Topeka, KS 66608**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1352**

**Nonpriority creditor's name and mailing address**

**Carolyn Prothro**
**912 Lovvorn Road, Apt 1513 c**
**Carrollton, GA 30117**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

| 3.135 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carrie Gilyard**
**378 Hollyhock Rd**
**Branchville, SC 29432**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carrie Marrero**
**909 B North Cutt Rd**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carrie Martin**
**7933 Wildcat Bridge Rd**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carrie Reid**
**1477 S Railroad Ave**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carroll County Health Department**
**997 Newnan Road, Room 208**
**Carrollton, GA 30116**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carroll County Tax Comm'r**
**Vickie Bearden**
**P.O. Box 338**
**Carrollton, GA 30112-0053**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.135 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carroll County Tax Commissioner**
**429 Reid St.**
**Roopville, GA 30170**

**Date(s) debt was incurred** __
**Basis for the claim:** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 215 of 1218

Debtor    **ARC Burger, LLC**                                         Case number (if known) _____
          Name

| | | |
|---|---|---|
| **3.136 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**3.136 0**

**Nonpriority creditor's name and mailing address**

**Carson Chase**
**505 N 24th St**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

**Carson Odell-Cook**
**110 W 9th North St**
**Unit B**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136 2**

**Nonpriority creditor's name and mailing address**

**Carsyn Green-Sillers**
**3601 Gene Field Rd**
**Apt #G6**
**St. Joseph, MO 64501**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

**cartel cage**
**1222 N 9th street**
**saint joseph, MO 64505**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

**Carter's Food Service**
**PO Box 476**
**Commerce, GA 30529**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

**Casadi Walker**
**168 gleneagle dr**
**Byron, GA 31008**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

**Casandra Johnson**
**5656 Jonesboro Rd**
**Suite 111 # 379**
**Lake City, GA 30260**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1367**

**Nonpriority creditor's name and mailing address**

**Casandra Jones**
**801 Belmont Ave**
**Tifton, GA 31793**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1368**

**Nonpriority creditor's name and mailing address**

**Cascade City**
**County Health Dept.**
**115 4th St. South**
**Great Falls, MT 59401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1369**

**Nonpriority creditor's name and mailing address**

**Cascade County Treasurer**
**P.O. Box 2549**
**Great Falls, MT 59403**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1370**

**Nonpriority creditor's name and mailing address**

**Cascade County Treasurer**
**121 4th St N.**
**Great Falls, MT 59401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1371**

**Nonpriority creditor's name and mailing address**

**Casey Hesse**
**72 Riverview rd**
**Franklin, GA 30217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1372**

**Nonpriority creditor's name and mailing address**

**Casey Price**
**601 north Lee st**
**Valdosta, GA 31601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1373**

**Nonpriority creditor's name and mailing address**

**Casey Rushing**
**709 6st se**
**Moultrie, GA 31768**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor      **ARC Burger, LLC**                                                    Case number (if known) _____
            Name

---

**3.1374**

**Nonpriority creditor's name and mailing address**

**casey stevens**
**324 east howard**
**sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1375**

**Nonpriority creditor's name and mailing address**

**Casey Vannorman**
**815 Nothbenton ave**
**F**
**Helena, MT 59602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1376**

**Nonpriority creditor's name and mailing address**

**Casey Ward**
**375 Birds Nest Rd**
**Steelville, MO 65565**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1377**

**Nonpriority creditor's name and mailing address**

**Cash Kasinger**
**513 SE Howard Ave**
**Lee's Summit, MO 64063**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1378**

**Nonpriority creditor's name and mailing address**

**Cashawn Chambliss**
**128 Dorchester Manor Blvd**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1379**

**Nonpriority creditor's name and mailing address**

**Cassandra Black**
**77 willmays rd**
**Pineview, GA 31071**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1380**

**Nonpriority creditor's name and mailing address**

**Cassandra Brown**
**28 Peeler ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **ARC Burger, LLC**
        Name

Case number (if known) _____

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

**Cassandra Butler**
**12581 GA Hwy 57**
**Irwinton, GA 31042**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138 2**

**Nonpriority creditor's name and mailing address**

**Cassandra Edwards**
**6685 Alabama Hwy,**
**Rome, GA 30165**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138 3**

**Nonpriority creditor's name and mailing address**

**Cassandra McCartney**
**900 North Arrowhead Drive**
**Independence, MO 64056**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138 4**

**Nonpriority creditor's name and mailing address**

**Cassie Baric**
**2731 n. 67th st**
**Kansas city, KS 66104**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

**Cassie Grant**
**5519 Bradley drive**
**Jefferson city, MO 65109**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

**Cassie Killsnight**
**517 5th st west**
**Billings, MT 59101**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.138 7**

**Nonpriority creditor's name and mailing address**

**Cassie Montgomery**
**1504 Broadwater Cir**
**1504 Broadwater circle**
**Helena, MT 59601**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 219 of 1218

Debtor **ARC Burger, LLC**                                Case number (if known) _____
Name

---

3.138
8

**Nonpriority creditor's name and mailing address**

**Casuandra Watson**
**2 ridge rd**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.138
9

**Nonpriority creditor's name and mailing address**

**CAT Graphics Inc**
**1600 Stuckey Rd**
**Great Falls, MT 59404**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.139
0

**Nonpriority creditor's name and mailing address**

**Cat Wilson**
**415 miles**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.139
1

**Nonpriority creditor's name and mailing address**

**Catalina Castillo**
**13 college Veiw DR SW**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.139
2

**Nonpriority creditor's name and mailing address**

**Catavia Reviere**
**121 McFarlin Rd**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.139
3

**Nonpriority creditor's name and mailing address**

**Catherine Bradley**
**829 North Adams Ave**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.139
4

**Nonpriority creditor's name and mailing address**

**Catherine Brown**
**120 e 13th st**
**49**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1395**

**Nonpriority creditor's name and mailing address**

**Catherine Egidy**
**907 Haney lane**
**Summerville   29483**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1396**

**Nonpriority creditor's name and mailing address**

**Catherine Keith**
**401 N Bozeman**
**#2**
**Buffalo, WY 82834**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1397**

**Nonpriority creditor's name and mailing address**

**Catherine Legan**
**728 Crawford road**
**Barnesville, GA 30204**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1398**

**Nonpriority creditor's name and mailing address**

**Catherine Marshall**
**297 Robin Street**
**Thomaston, GA 30286**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1399**

**Nonpriority creditor's name and mailing address**

**Catherine Mitchell**
**439 Old Moncks Corner Road**
**Goose Creek, SC 29445**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1400**

**Nonpriority creditor's name and mailing address**

**Catherine Schirmer**
**116 E Main St**
**Houston, MO 65483**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1401**

**Nonpriority creditor's name and mailing address**

**Catherine Selby**
**545 Lakeside Cir**
**Covington, GA 30016**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

| 3.140 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Catherine Watts**
**2121 NW Lincoln St**
**Topeka, KS 66608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cathy Littleton**
**5444 U.S. Highway 78**
**Apt 1**
**Bremen, GA 30110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Catina Stuckey**
**1505 East Park Avenue**
**E-1**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Catrina Harris**
**810 Stillwater Dr**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cavon Wilkerson**
**11204 applewood dr**
**Kansas City, MO 64134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Caycee spears**
**5141 old hwy 138**
**Loganville, GA 30052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Cayden Faulkner**
**219 mayfield dr**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.1409**

**Nonpriority creditor's name and mailing address**

**Cayden Nicholson**
**316 E chestnut st**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1410**

**Nonpriority creditor's name and mailing address**

**Caydence Robinson**
**12 Anna Pl**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1411**

**Nonpriority creditor's name and mailing address**

**Cayonna Johnson**
**1830 hazel drive**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1412**

**Nonpriority creditor's name and mailing address**

**CC Steel LLC**
**929 Locust Hill Circle**
**Belton, MO 64012**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1413**

**Nonpriority creditor's name and mailing address**

**CCC Facility Solutions LLC**
**10624 S Eastern Ave.**
**Ste. A #1004**
**Henderson, NV 89052**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1414**

**Nonpriority creditor's name and mailing address**

**CD Maintenance Company**
**2170 Florida Highway 434**
**Longwood, FL 32779**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$5,597.41**

---

**3.1415**

**Nonpriority creditor's name and mailing address**

**Ceasar McMillian**
**234 Bluepool Dr**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1416**

**Nonpriority creditor's name and mailing address**

**Cecelia Clough**
**3807 Chippewa Ave**
**Gillette, WY 82718**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1417**

**Nonpriority creditor's name and mailing address**

**Cecily Hill**
**720 Timmons Drive**
**11**
**Tifton, GA 31794**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1418**

**Nonpriority creditor's name and mailing address**

**Cedeqah Cooper**
**5701 e 96th place**
**303**
**Kansas City, MO 64137**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1419**

**Nonpriority creditor's name and mailing address**

**Cedric Embry**
**1635 E Park Ave**
**24C**
**Valdosta, GA 31602**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1420**

**Nonpriority creditor's name and mailing address**

**Cedric Walker**
**104 Simmons Street**
**Byron, GA 31008**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1421**

**Nonpriority creditor's name and mailing address**

**Cedrick Smith**
**6529 Dorchester Rd**
**North Charleton**
**North Charleston, SC 29418**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1422**

**Nonpriority creditor's name and mailing address**

**Cedrick Trice**
**609Nottingham st**
**609**
**Thomaston, GA 30286**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor      **ARC Burger, LLC**                                    Case number (if known) _____
            Name

---

3.142 3

**Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Cela Tell**                                                        ☐ Contingent
**4 Summit Ave**                                                     ☐ Unliquidated
**Goose Creek, SC 29445**                                            ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __                                   **Basis for the claim:** __

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

3.142 4

**Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Celena Gonzalez**                                                  ☐ Contingent
**1018 E 5 th st**                                                   ☐ Unliquidated
**Sedalia, MO 65301**                                                ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __                                   **Basis for the claim:** __

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

3.142 5

**Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Celest Forsyth**                                                   ☐ Contingent
**42 Oak street**                                                    ☐ Unliquidated
**Lindale, GA 30147**                                                ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __                                   **Basis for the claim:** __

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

3.142 6

**Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Celester Alexander**                                               ☐ Contingent
**740 lovvorn road apt 4C**                                          ☐ Unliquidated
**Carrollton, GA 30117**                                             ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __                                   **Basis for the claim:** __

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

3.142 7

**Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Celine Barnett**                                                   ☐ Contingent
**15775 Glendale Road**                                              ☐ Unliquidated
**Lebanon, MO 65536**                                                ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __                                   **Basis for the claim:** __

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

3.142 8

**Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Cemetrius Robinson**                                               ☐ Contingent
**111 highland park Dr**                                             ☐ Unliquidated
**111**                                                              ☐ Disputed
**Athens, GA 30605**

Date(s) debt was incurred __

Last 4 digits of account number __                                   **Basis for the claim:** __

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

3.142 9

**Nonpriority creditor's name and mailing address**                  **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Cennox Commercial**                                                ☐ Contingent
**Services, LLC**                                                    ☐ Unliquidated
**Windward Ridge Parkway**                                           ☐ Disputed
**Alpharetta, GA 30005**

Date(s) debt was incurred __

Last 4 digits of account number __                                   **Basis for the claim:** __

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.1430**

**Nonpriority creditor's name and mailing address**

**Central GA Refrigeration**
**107 Waters Edge Court**
**Kathleen, GA 31047**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$7,648.13**

---

**3.1431**

**Nonpriority creditor's name and mailing address**

**Central Georgia EMC**
**SEDC**
**PO BOX 530812**
**Atlanta, GA 30353-0812**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1432**

**Nonpriority creditor's name and mailing address**

**Central Mo. Food Equipment**
**2208 Nelwood Dr.**
**Columbia, MO 65202**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1433**

**Nonpriority creditor's name and mailing address**

**Central Montana**
**Lock & Safe LLC**
**300 Central Ave. W**
**Great Falls, MT 59404**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1434**

**Nonpriority creditor's name and mailing address**

**Central Plumbing & Mech. Inc**
**122 East Ninth Street**
**PO Box 941**
**Tifton, GA 31793**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$152.00**

---

**3.1435**

**Nonpriority creditor's name and mailing address**

**Central Self**
**Storage - Knobtown**
**13824 Blue Pkwy**
**Kansas City, MO 64139**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1436**

**Nonpriority creditor's name and mailing address**

**Century Fire Protection**
**2450 Satellite Blvd NWt**
**Duluth, GA 30096**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.143 7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Cesar Galarza**                                          ☐ Contingent
**6600 W 85th Street**                                     ☐ Unliquidated
**Overland Park, KS 66212**                                ☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.143 8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Cetia Newsome**                                          ☐ Contingent
**3116**                                                   ☐ Unliquidated
**Valdosta, GA 31602**                                     ☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.143 9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Chad Brown**                                             ☐ Contingent
**209 Jim st**                                             ☐ Unliquidated
**Billings, MT 59101**                                     ☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.144 0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Chad Fletcher**                                          ☐ Contingent
**204 se Cromwell st**                                     ☐ Unliquidated
**Blue Springs, MO 64014**                                 ☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.144 1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Chad Martin**                                            ☐ Contingent
**316f west Virginia rd**                                  ☐ Unliquidated
**Georgetown, SC 29440**                                   ☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.144 2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Chad Meeks**                                             ☐ Contingent
**2601 4th Ave N**                                         ☐ Unliquidated
**Billings, MT 59101**                                     ☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.144 3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Chad Williams**                                          ☐ Contingent
**50 Kellett Road**                                        ☐ Unliquidated
**Rome, GA 30165**                                         ☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known)    _____
          Name

---

**3.1444**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Chadarius Wilson**
**1506 evergreen st**
**1**
**Charleston, SC 29407**                              ☐ Contingent
                                                      ☐ Unliquidated
                                                      ☐ Disputed

**Date(s) debt was incurred __**                       **Basis for the claim: __**

**Last 4 digits of account number __**                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1445**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Chaderica Johnson**
**407 Maple Way**
**D**
**Monroe, GA 30655**                                  ☐ Contingent
                                                      ☐ Unliquidated
                                                      ☐ Disputed

**Date(s) debt was incurred __**                       **Basis for the claim: __**

**Last 4 digits of account number __**                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1446**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Chadwick Allen**
**773 lla rd**
**14**
**Commerce, GA 30529**                                ☐ Contingent
                                                      ☐ Unliquidated
                                                      ☐ Disputed

**Date(s) debt was incurred __**                       **Basis for the claim: __**

**Last 4 digits of account number __**                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1447**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Chadwick Epley**
**Scenic Hil Circle**
**728**
**Bonifay, FL 32425**                                 ☐ Contingent
                                                      ☐ Unliquidated
                                                      ☐ Disputed

**Date(s) debt was incurred __**                       **Basis for the claim: __**

**Last 4 digits of account number __**                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1448**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Chadwick Lee**
**891 us hwy 27**
**Hogansville, GA 30230**                             ☐ Contingent
                                                      ☐ Unliquidated
                                                      ☐ Disputed

**Date(s) debt was incurred __**                       **Basis for the claim: __**

**Last 4 digits of account number __**                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1449**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Challiz Richker**
**1486 Dee Kennedy Road**
**Hoschton, GA 30548**                                ☐ Contingent
                                                      ☐ Unliquidated
                                                      ☐ Disputed

**Date(s) debt was incurred __**                       **Basis for the claim: __**

**Last 4 digits of account number __**                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1450**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Champion Landscaping LLC**
**Kyle Bruning**
**78 South Circle Drive**
**Wright City, MO 63383**                             ☐ Contingent
                                                      ☐ Unliquidated
                                                      ☐ Disputed

**Date(s) debt was incurred __**                       **Basis for the claim: __**

**Last 4 digits of account number __**                 Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            **Page  228 of 1218**

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.145
1**

**Nonpriority creditor's name and mailing address**

**Chance Anderson**
**9203 E Kentucky Road**
**Independence, MO 64053**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145
2**

**Nonpriority creditor's name and mailing address**

**Chance Coppock**
**2053 section avenue**
**Sneads, FL 32460**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145
3**

**Nonpriority creditor's name and mailing address**

**Chance Ross**
**132 mustang lane**
**Dorchester, SC 29437**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145
4**

**Nonpriority creditor's name and mailing address**

**Chance Spencer**
**5470 pearl st**
**6**
**Graceville, FL 32440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145
5**

**Nonpriority creditor's name and mailing address**

**Chance Zahn**
**224n 23rd street**
**Billings, MT 59101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145
6**

**Nonpriority creditor's name and mailing address**

**Chanda Kennedy**
**604 court street**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.145
7**

**Nonpriority creditor's name and mailing address**

**Chandler Beals**
**1017 sw Noel ct**
**Lee's summit, MO 64081**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**
_____  Case number (if known) _____
Name

---

**3.1458**

**Nonpriority creditor's name and mailing address**

**Chandler Lindsey**
**403 Camilla for**
**Warner Robins, GA 31093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.1459**

**Nonpriority creditor's name and mailing address**

**Chandra Cooper**
**2178 Sandy Lane**
**Bonifay, FL 32425**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.1460**

**Nonpriority creditor's name and mailing address**

**Chandra Sales**
**316 Columbia Drive**
**312A**
**Carrollton, GA 30117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.1461**

**Nonpriority creditor's name and mailing address**

**Chantel Robinson**
**5230 E 12TH STREET**
**Apt 5**
**Kansas City, MO 64127**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.1462**

**Nonpriority creditor's name and mailing address**

**Chantel Saul**
**135 Brinson Circle**
**Canton, GA 30114**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.1463**

**Nonpriority creditor's name and mailing address**

**Chantel Saul**
**135 Brinson Circle**
**Canton, GA 30114**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.1464**

**Nonpriority creditor's name and mailing address**

**chanterria charles**
**133 s 6th st**
**lakeland, GA 31635**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor **ARC Burger, LLC**
Name

Case number (if known)

---

**3.146 5**

**Nonpriority creditor's name and mailing address**

**Chanterrious Jones**
**126 rolling meadows ct**
**Hampton, GA 30228**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.146 6**

**Nonpriority creditor's name and mailing address**

**Charity Baker**
**1101 N 22nd St**
**C 105**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.146 7**

**Nonpriority creditor's name and mailing address**

**Charity Coffey**
**529 Wax rd SE**
**Apt 3**
**Sliver creek, GA 30173**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.146 8**

**Nonpriority creditor's name and mailing address**

**Charlene Selby**
**201 Diana Court**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.146 9**

**Nonpriority creditor's name and mailing address**

**Charlene Stovall**
**651-B Birch Street**
**Monroe, GA 30656**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 0**

**Nonpriority creditor's name and mailing address**

**Charles Austin**
**20744 main st**
**Apt 1**
**Ranburne, AL 36273**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 1**

**Nonpriority creditor's name and mailing address**

**Charles Bullman**
**1802 Pleasant Plain**
**Trenton, MO 64683**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.147 2**

**Nonpriority creditor's name and mailing address**

**Charles Daniels Jr**
**8233 Lakeview Dr SW**
**Covington, GA 30014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 3**

**Nonpriority creditor's name and mailing address**

**Charles Dorfmeister**
**382 GA Highway 125 S**
**Lot B19**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 4**

**Nonpriority creditor's name and mailing address**

**Charles Floyd**
**369 Grove Street**
**Royston, GA 30662**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 5**

**Nonpriority creditor's name and mailing address**

**Charles Frazier**
**61 Reid Street**
**Roopville, GA 30170**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

**Charles Glunt**
**804 s broad st**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 7**

**Nonpriority creditor's name and mailing address**

**Charles Hall**
**2427 Mersignton Ave**
**Kansas City, MO 64127**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

**Charles Halter**
**1033 Harwood street**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                     Case number (if known)    _____
          Name

---

**3.1479**

**Nonpriority creditor's name and mailing address**

**Charles Hollinghead**
**501 w Ridgecrest Ave lot 18**
**Geneva, AL 36340**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1480**

**Nonpriority creditor's name and mailing address**

**Charles Hood**
**506 E. Virginia Ave**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1481**

**Nonpriority creditor's name and mailing address**

**Charles Keppel**
**1203 Lake Elmo Dr**
**B208**
**Billings, MT 59105**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1482**

**Nonpriority creditor's name and mailing address**

**charles little**
**605 old statenville Rd**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1483**

**Nonpriority creditor's name and mailing address**

**Charles Mccade**
**135 monarch st**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1484**

**Nonpriority creditor's name and mailing address**

**Charles Monk jr**
**921 s 14th street**
**St. Joseph, MO 64503**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1485**

**Nonpriority creditor's name and mailing address**

**Charles Pritchett**
**15896 S.E.St.Rt.CC**
**Same**
**Faucett, MO 64448**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                         Case number (if known)    _____
_____
Name

| 3.1486 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Puckett**
**165 Crestwood Circle**
**Commerce, GA 30529**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.1487 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Randolph**
**4810 Carriage Bridge Lane**
**Cumming, GA 30040**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.1488 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Redding**
**513 s main street**
**Quincy, FL 32351**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.1489 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Sharp**
**301 n Hinkley street**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.1490 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Smith**
**1003 S Lee st**
**Quitman, GA 31643**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.1491 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Sulser**
**1 Bosquet Court**
**N7**
**Summerville, SC 29485**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.1492 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Thomas**
**2592 hwy 173 south**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                   Case number (if known)   _____
Name

| | | |
|---|---|---|
| 3.149 3 | | |

**Nonpriority creditor's name and mailing address**

**Charles Tucker**
**10202 Ga Highway 34**
**Franklin, GA 30217**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.149 4 |

**Nonpriority creditor's name and mailing address**

**Charles Welch**
**2024 Gilbert st**
**Georgetown, SC 29440**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.149 5 |

**Nonpriority creditor's name and mailing address**

**Charles Williams**
**2421 Brighton Ave**
**304**
**Kansas City, MO 64127**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.149 6 |

**Nonpriority creditor's name and mailing address**

**Charleston County Treasurer**
**P.O. Box 603517**
**Charlotte, NC 28260-3517**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.149 7 |

**Nonpriority creditor's name and mailing address**

**Charleston Electric**
**Holdings LLC**
**412 East 5th North Street**
**Summerville, SC 29483**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,249.50**

---

| 3.149 8 |

**Nonpriority creditor's name and mailing address**

**Charleston Locksmith LLC**
**1730 B Savannah Hwy**
**Charleston, SC 29407**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$950.00**

---

| 3.149 9 |

**Nonpriority creditor's name and mailing address**

**Charleston Sign LLC**
**4200 Dorchester Road**
**North Charleston, SC 29405**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.1500**

**Nonpriority creditor's name and mailing address**

**Charleston Water System**
**PO Box 568**
**Charleston, SC 29402-0568**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$404.73**

---

**3.1501**

**Nonpriority creditor's name and mailing address**

**Charli Wadford**
**1049 Heaven Dr**
**Saint Stephen, SC 29479**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1502**

**Nonpriority creditor's name and mailing address**

**Charlie Howard**
**5237 blossom brook Dr**
**Sugar hill, GA 30518**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1503**

**Nonpriority creditor's name and mailing address**

**Charlotte Tanner**
**1857 Tulip drive**
**A**
**Gainesville, GA 30501**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1504**

**Nonpriority creditor's name and mailing address**

**Charmaine Mackey**
**3979 Spencer Cir**
**Macon, GA 31206**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1505**

**Nonpriority creditor's name and mailing address**

**Charquita Puckett**
**317 West Quilly Street**
**Griffin, GA 30223**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1506**

**Nonpriority creditor's name and mailing address**

**Charter Communications**
**PO BOX 94188**
**Palantine, IL 60094-4188**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
_____    Case number (if known) _____
Name

---

3.150
7

**Nonpriority creditor's name and mailing address**

**chase burandt**
**21608 E 32nd Terrace S**
**independence, MO 64057**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.150
8

**Nonpriority creditor's name and mailing address**

**Chase Robinson**
**104 N 31st St**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.150
9

**Nonpriority creditor's name and mailing address**

**Chase Vielle**
**307 South 28th Street**
**11**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.151
0

**Nonpriority creditor's name and mailing address**

**Chasity Banks**
**804 river rd.**
**Fort valley, GA 31030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.151
1

**Nonpriority creditor's name and mailing address**

**Chasity Bishop**
**2059 Euharlee rd**
**Taylorsville, GA 30178**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.151
2

**Nonpriority creditor's name and mailing address**

**Chasity Evans**
**4385 Slab Landing Rd**
**Cope, SC 29038**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.151
3

**Nonpriority creditor's name and mailing address**

**Chastain Reece**
**48 Dogwood Village Park**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.151** **4**

**Nonpriority creditor's name and mailing address**

**Chauncey Hilliard**
**622 SW Marrone Dr.**
**Lees Summit, MO 64081**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.151** **5**

**Nonpriority creditor's name and mailing address**

**Chaz Magee**
**2211 Jenny Dr**
**Fairburn, GA 30213**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.151** **6**

**Nonpriority creditor's name and mailing address**

**Cheatara Taylor**
**725 sw 3rd street**
**Ocala, FL 34471**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.151** **7**

**Nonpriority creditor's name and mailing address**

**Chelsea Ditch**
**4912 NW Pennington LN**
**Blue springs, MO 64015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.151** **8**

**Nonpriority creditor's name and mailing address**

**Chelsea Hazzard**
**444 gaillard**
**Moncks corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.151** **9**

**Nonpriority creditor's name and mailing address**

**Chelsea Kendrick**
**1067, hwy 163**
**westville, FL 32464**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.152** **0**

**Nonpriority creditor's name and mailing address**

**Chelsea Miller**
**1748 countryplace court**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                                    Case number (if known) _____
         Name

---

**3.152
1**

**Nonpriority creditor's name and mailing address**

**Chelsey Bailey**
**2051 Wiley st**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.152
2**

**Nonpriority creditor's name and mailing address**

**Chelsey Parsons**
**77 Oswald court**
**Walterboro   29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.152
3**

**Nonpriority creditor's name and mailing address**

**Chelsie Reeves**
**4022 Camellia Dr**
**B**
**Valdosta, GA 31605**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.152
4**

**Nonpriority creditor's name and mailing address**

**Cheltsie McCoy**
**203 Woodward st**
**A**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.152
5**

**Nonpriority creditor's name and mailing address**

**Chequita Johnson**
**416 Seymour Street**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.152
6**

**Nonpriority creditor's name and mailing address**

**Cherander Collier**
**1166 Scotland Avenue**
**Macon, GA 31204**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.152
7**

**Nonpriority creditor's name and mailing address**

**Cherety Goolsby**
**581 Reavesville Rd**
**Bowdon, GA 30108**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

**Cheri Cusick**
**1781 S Ash Street**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.152 9**

**Nonpriority creditor's name and mailing address**

**Cheri Dischbein**
**205 N Springfield St Trl 3**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.153 0**

**Nonpriority creditor's name and mailing address**

**cheri johnson**
**140 andrews blvd**
**summerville, SC 29486**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.153 1**

**Nonpriority creditor's name and mailing address**

**cheri toth**
**2514 6th ave n**
**billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.153 2**

**Nonpriority creditor's name and mailing address**

**Cherish Mcfadden**
**201 satori way**
**304**
**Johns island, SC 29455**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.153 3**

**Nonpriority creditor's name and mailing address**

**Cherith Garner**
**9989 Dorchester Rd.**
**3F**
**Summerville, SC 29485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.153 4**

**Nonpriority creditor's name and mailing address**

**Cherlan Tumlin**
**200 Southland Dr**
**APT F6**
**Barnesville, GA 30204**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.153 5**

**Nonpriority creditor's name and mailing address**

**Cherokee Commercial Services Inc**
**1687 Ranchwood Trl**
**Canton, GA 30115**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

**Cherri Stokes**
**201 Andrew drive**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**Cherrie Ford**
**105 lindler Ave**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

**Cheryl Brewer**
**730 Horn St.**
**Apt.101**
**Washington, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

**Cheryl Holt**
**509 gordon road**
**509**
**Barnesville, GA 30204**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

**Cheryl R Fletcher**
**1805 Joslyn #331**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

**Cheryl Williams**
**607 NHamlin St**
**BONIFAY, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**                                   Case number (if known) _____
_____
Name

---

**3.154
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Cheryll Barnes**
**952 Westmont St**
**Geneva, AL 36340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$969.97** |

**Chesbro Electric Incorporated**
**2651 4th Avenue West**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Chester Hill Service LLC**
**20092 Grandlake Cir**
**Lebanon, MO 65536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Chey Bennett**
**159 Lakewood Cir**
**CUBA, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Cheyanne Hawk**
**1115 W Truman Road**
**#2**
**Independence, MO 64050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Cheyenna Roberts**
**1255 county road 1245**
**B**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Cheyenne Bassham**
**7654 Howell Rd**
**Sneads, FL 32460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.1549**

**Nonpriority creditor's name and mailing address**

**Cheyenne Brazil**
**188 Victory Rd**
**G1**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1550**

**Nonpriority creditor's name and mailing address**

**Cheyenne Harmon**
**1012 Helican Springs Road**
**Athens, GA 30601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1551**

**Nonpriority creditor's name and mailing address**

**Cheyenne Smith**
**909 East Steet**
**2**
**EMPORIA, KS 66801**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1552**

**Nonpriority creditor's name and mailing address**

**Cheyenne White**
**1514 chestnut st**
**2**
**Trenton, MO 64683**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1553**

**Nonpriority creditor's name and mailing address**

**Cheyenne White**
**7200 Central Avenue**
**Billings, MT 59106**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1554**

**Nonpriority creditor's name and mailing address**

**Cheyenne Winterrowd**
**1025 7th Ave NW**
**Great Falls, MT 59404**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1555**

**Nonpriority creditor's name and mailing address**

**Cheylyn Elkboy**
**2022 BURNSTEAD DR**
**1**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1556**

**Nonpriority creditor's name and mailing address**

**Chezadek Brown**
**502 Pamela Dr**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1557**

**Nonpriority creditor's name and mailing address**

**Chhathdra Ath**
**4008 Morgan ave**
**Billings, MT 59101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1558**

**Nonpriority creditor's name and mailing address**

**Chilton Oil Company Inc**
**1515 S Sam Houston**
**Houston, MO 65483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1559**

**Nonpriority creditor's name and mailing address**

**Chimere Nelson**
**4browning Ave**
**Lakeland, GA 31635**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1560**

**Nonpriority creditor's name and mailing address**

**Chinnyeer roberson**
**204 tree mountain pkwy**
**204**
**STONE MOUNTAIN, GA 30083**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1561**

**Nonpriority creditor's name and mailing address**

**Chloe Randall**
**2020 proximity Dr**
**1418**
**Charleston, SC 29414**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1562**

**Nonpriority creditor's name and mailing address**

**Chloe Rhinehart**
**2115 BROADWATER AVE**
**BILLINGS, MT 59102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
_____
Name

Case number (if known) _____

---

**3.156.3**

**Nonpriority creditor's name and mailing address**

**Chloe Warren**
**3124 N 70th Terrace**
**Kansas city, KS 66109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156.4**

**Nonpriority creditor's name and mailing address**

**Chomari Menifee**
**139 motel dr**
**Room 227**
**Saint George, SC 29477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156.5**

**Nonpriority creditor's name and mailing address**

**Chris Brucker**
**503 last chance gulch**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156.6**

**Nonpriority creditor's name and mailing address**

**Chris Williams**
**136 Bosser Ave**
**Apt. A**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156.7**

**Nonpriority creditor's name and mailing address**

**Chrischender Tillman**
**5688 Fontana Rd**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156.8**

**Nonpriority creditor's name and mailing address**

**Chrissy Donaldson**
**900 E 6th st**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156.9**

**Nonpriority creditor's name and mailing address**

**Christa Newsome**
**5318 Ellaville Road**
**Campbellton, FL 32426**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.1570**

**Nonpriority creditor's name and mailing address**
**Christa Pressley**
**33 red hill rd**
**Commerce, GA 30530**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1571**

**Nonpriority creditor's name and mailing address**
**Christain Sampson**
**119 Ruby Drive**
**Macon, GA 31211**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1572**

**Nonpriority creditor's name and mailing address**
**Christall Hughes**
**207 Enterprise St**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1573**

**Nonpriority creditor's name and mailing address**
**Christen Dempsey**
**529 Wax Rd**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1574**

**Nonpriority creditor's name and mailing address**
**christen poitevint**
**2630 Blocker church rd**
**b**
**chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1575**

**Nonpriority creditor's name and mailing address**
**Christeria Cushion**
**1512 Valley Drive**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1576**

**Nonpriority creditor's name and mailing address**
**Christia Ross**
**83 Davenport Drive**
**Roberta, GA 31078**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
                Name

---

**3.157 7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Christian Addington**
**303 Charity Dr**                ☐ Contingent
**Homer, GA 30547**              ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __        **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.157 8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Christian Amos**
**16 robin rd**                  ☐ Contingent
**Adairsville, GA 30103**        ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __        **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.157 9**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Christian Bass**
**913 tyronn lue blvd**          ☐ Contingent
**Mexico, MO 65265**             ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __        **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.158 0**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Christian binswanger**
**1013 w burkhart**              ☐ Contingent
**moberly, MO 65270**            ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __        **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.158 1**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Christian Bowser**
**153 Lindera Preserve Blvd**    ☐ Contingent
**Summerville, SC 29486**        ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __        **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.158 2**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Christian Carroll**
**3271 Neal Ln**                 ☐ Contingent
**Bonifay, FL 32425**            ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __        **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.158 3**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Christian Cumbus**
**36 West Patten Avenue**        ☐ Contingent
**Lakeland, GA 31635**           ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __        **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
          Name

---

**3.158 4**

**Nonpriority creditor's name and mailing address**                | As of the petition filing date, the claim is: Check all that apply.                    | **$0.00**

**Christian Delong**
**2115 Ridgechurch road**
**2115 Ridgechurch road**
**summerville, SC 29486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.158 5**

**Nonpriority creditor's name and mailing address**                | As of the petition filing date, the claim is: Check all that apply.                    | **$0.00**

**Christian Dowding**
**188 Eric Simpson Dr**
**43 H**
**Elijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.158 6**

**Nonpriority creditor's name and mailing address**                | As of the petition filing date, the claim is: Check all that apply.                    | **$0.00**

**Christian Edwards**
**1846 Sidneys road**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.158 7**

**Nonpriority creditor's name and mailing address**                | As of the petition filing date, the claim is: Check all that apply.                    | **$0.00**

**Christian Hay**
**4843 sw 17th st**
**8**
**Topeka, KS 66604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.158 8**

**Nonpriority creditor's name and mailing address**                | As of the petition filing date, the claim is: Check all that apply.                    | **$0.00**

**Christian Hightower**
**623 N Green St**
**Boston, GA 31626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.158 9**

**Nonpriority creditor's name and mailing address**                | As of the petition filing date, the claim is: Check all that apply.                    | **$0.00**

**Christian Hollins**
**135 N Fayette ct**
**135**
**Atlanta, GA 30214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.159 0**

**Nonpriority creditor's name and mailing address**                | As of the petition filing date, the claim is: Check all that apply.                    | **$0.00**

**Christian Irigoyen**
**4811 e 20th st.**
**Kansas City, MO 64127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.159 1**

**Nonpriority creditor's name and mailing address**

**Christian Lucia**
**143 Mount Pleasant drive**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.159 2**

**Nonpriority creditor's name and mailing address**

**Christian Mccall**
**1505 sw 20th st**
**Blue springs, MO 64015**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.159 3**

**Nonpriority creditor's name and mailing address**

**Christian McCall**
**2834 Corinth Poseyville Rd**
**Bremen, GA 30110**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.159 4**

**Nonpriority creditor's name and mailing address**

**Christian Newton**
**9706 Bennington Ave**
**Kansas City, MO 64134**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.159 5**

**Nonpriority creditor's name and mailing address**

**Christian Petty**
**209 Washington Blvd**
**Great Falls, MT 59404**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.159 6**

**Nonpriority creditor's name and mailing address**

**Christian Schiering**
**119 Thistle Rd**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.159 7**

**Nonpriority creditor's name and mailing address**

**Christian Sharpe**
**111 Meadow Street**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 249 of 1218

Debtor   **ARC Burger, LLC**                                          Case number (if known) _____
         Name

---

3.159
8
**Nonpriority creditor's name and mailing address**

**christian thurmon-henry**
**628 pelican place**
**mcdonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.159
9
**Nonpriority creditor's name and mailing address**

**Christian Williams**
**1206 Southwest Sunset Street**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.160
0
**Nonpriority creditor's name and mailing address**

**Christianna Brake**
**130 Roycrest Way**
**Resaca, GA 30735**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.160
1
**Nonpriority creditor's name and mailing address**

**Christianna Hojnowski**
**410 Song Bird Dr**
**Round O, SC 29474**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.160
2
**Nonpriority creditor's name and mailing address**

**Christie Brothers Heat and Air, LLC**
**585 Slidel Street**
**Lincolnville, SC 29485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.160
3
**Nonpriority creditor's name and mailing address**

**Christie Gray**
**102 birds nest rd**
**Steelville, MO 65565**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.160
4
**Nonpriority creditor's name and mailing address**

**Christie Haney**
**1342 Gideon cemetery Rd**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.160 5**

**Nonpriority creditor's name and mailing address**

**Christina Burge**
**235 Union hill dr**
**11a**
**Forsyth, GA 30129**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 6**

**Nonpriority creditor's name and mailing address**

**Christina Delzell**
**302 horseshoe bend**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 7**

**Nonpriority creditor's name and mailing address**

**Christina Delzell**
**305 w walker st**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 8**

**Nonpriority creditor's name and mailing address**

**Christina DeVuyst**
**1336 Roland rd**
**Chipley, FL 32428**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 9**

**Nonpriority creditor's name and mailing address**

**Christina Edwards**
**1340 blue birch circle**
**Stone mountain, GA 30083**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.161 0**

**Nonpriority creditor's name and mailing address**

**Christina Fuller**
**64 COUNTRY SIDE VILLAS**
**Royston, GA 30662**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.161 1**

**Nonpriority creditor's name and mailing address**

**Christina Gibbons**
**245 blacks bluff rd**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                                          Case number (if known) _____
       Name

| 3.161 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christina Gunn**
**1662 Orange Hill Rd # B**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.161 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**christina johnson**
**5424 browntown rd**
**graceville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.161 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christina Martin**
**978 pringleferry rd.**
**Georgetown, SC 29440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.161 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christina Millsap**
**103 A Highland Ave.**
**Buchanan, GA 30113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.161 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christina Mooney**
**78 windom dr**
**Carrollton, GA 30116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.161 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christina Parker**
**292 Almon St**
**Heflin, AL 36264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.161 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christina Preece**
**102 North Brooks Avenue**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **ARC Burger, LLC**                                         Case number (if known) _____
         Name

---

**3.1619**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Christina Price**
**215 Mlk Court**
**Byron, GA 31008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1620**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Christina Smith**
**1463 Sharon Rd**
**Graceville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1621**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Christina Smith**
**96 Sidney hicks**
**Warner robin, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1622**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Christina Tuck**
**7600 roosterville rd**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1623**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Christina Wilken**
**923 e 5th st**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1624**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Christine Douse**
**716 5th st northwest**
**B**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1625**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Christine Joyce Binaya**
**2313 Chestnut Street**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1626**

**Nonpriority creditor's name and mailing address**

**Christine Stevens**
**412 n. geronimo drive**
**independence, MO 64056**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1627**

**Nonpriority creditor's name and mailing address**

**Christonya Section**
**815 north park**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1628**

**Nonpriority creditor's name and mailing address**

**Christopher Agee**
**2720 NW Thoreau Dr**
**Lees Summit, MO 64081**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1629**

**Nonpriority creditor's name and mailing address**

**Christopher Alcaraz**
**2325 14th Ave s**
**35**
**Great Falls, MT 59401**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1630**

**Nonpriority creditor's name and mailing address**

**Christopher Bagsby**
**510 east ashley**
**Jefferson, MO 65101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1631**

**Nonpriority creditor's name and mailing address**

**Christopher Barker**
**446 north hwy 113**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1632**

**Nonpriority creditor's name and mailing address**

**Christopher Barrington**
**401 SE MOUNT VERNON DRIVE**
**Blue Springs, MO 64014**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.163 3**

**Nonpriority creditor's name and mailing address**

**Christopher Bishop**
**511 Buchanan St, South**
**Bremen, GA 30110**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 4**

**Nonpriority creditor's name and mailing address**

**Christopher Bishop**
**202 Kingsbury circle**
**Warner robins   31088**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 5**

**Nonpriority creditor's name and mailing address**

**Christopher Bolling**
**207 Moore St**
**Hughesville, MO 65334**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 6**

**Nonpriority creditor's name and mailing address**

**Christopher Camacho**
**309 Reynolds Street NE**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 7**

**Nonpriority creditor's name and mailing address**

**Christopher Campbell**
**441 Trinity Church Road**
**Saint Stephen, SC 29479**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 8**

**Nonpriority creditor's name and mailing address**

**Christopher Carmichael**
**119 Birch Road**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 9**

**Nonpriority creditor's name and mailing address**

**Christopher Chandler**
**2214**
**Dalton, GA 30720**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page  255 of 1218

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

**3.1640**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Christopher Collier**                                      ☐ Contingent
**3113 TEAMON RD**                                           ☐ Unliquidated
**GRIFFIN, GA 30223**                                        ☐ Disputed

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1641**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Christopher Davis**                                        ☐ Contingent
**213 W Southside Blvd**                                     ☐ Unliquidated
**Independence, MO 64055**                                   ☐ Disputed

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1642**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Christopher Fox**                                          ☐ Contingent
**2601 4th Avenue North #209**                              ☐ Unliquidated
**209**                                                      ☐ Disputed
**Billings, MT 59101**

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1643**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Christopher Freeman**                                      ☐ Contingent
**907 Crossing Pl**                                          ☐ Unliquidated
**907**                                                      ☐ Disputed
**Griffin, GA 30223**

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1644**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Christopher Hammond**                                      ☐ Contingent
**85 Mary Johnson dr**                                       ☐ Unliquidated
**Franklin, GA 30217**                                       ☐ Disputed

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1645**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Christopher Hargrove**                                     ☐ Contingent
**6520 Dorchester Rd**                                       ☐ Unliquidated
**Apt 300G**                                                 ☐ Disputed
**North Charleston, SC 29418**

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1646**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Christopher Head**                                         ☐ Contingent
**47 North street**                                          ☐ Unliquidated
**Hawkinsville, GA 31036**                                   ☐ Disputed

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

3.1647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Christopher Hoke**
**1109 North Indian lane**
**Independence, MO 64056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.1648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Christopher Johnson**
**601 Normal St**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.1649 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Christopher Jordan**
**2035 E Pinetree blvd**
**E 3**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.1650 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Christopher Kelley**
**701 East Clay Street**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.1651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Christopher Kleinschmidt**
**622 South California Street**
**503**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.1652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Christopher Logan**
**126 Whippoorwill Dr.**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.1653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Christopher Mathis**
**501 crayfish rd**
**Apt A1**
**Chattahoochee, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 257 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.1654**

**Nonpriority creditor's name and mailing address**

**Christopher Nguyen**
**1080 Wade Drive**
**Gainesville, GA 30501**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1655**

**Nonpriority creditor's name and mailing address**

**Christopher Padgett**
**1012 Buffalo lane**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1656**

**Nonpriority creditor's name and mailing address**

**Christopher Palmer**
**802 West Phillips St**
**cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1657**

**Nonpriority creditor's name and mailing address**

**Christopher Pugh**
**320 N Summit dr lot 26**
**Holts Summit, MO 65043**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1658**

**Nonpriority creditor's name and mailing address**

**Christopher Reed**
**8913 east 31st**
**Kansas City, MO 64129**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1659**

**Nonpriority creditor's name and mailing address**

**Christopher Rogers**
**5758 Highway 85**
**L212**
**Riverdale, GA 30274**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1660**

**Nonpriority creditor's name and mailing address**

**Christopher Saylors**
**301 N 70th Terrace**
**225**
**Kansas City, KS 66112**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 258 of 1218 |

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

| 3.166 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christopher Schaub** | ☐ Contingent | |
| **313 Indigo Rd** | ☐ Unliquidated | |
| **105** | ☐ Disputed | |
| **Goose Creek, SC 29445** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.166 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christopher Scoggins** | ☐ Contingent | |
| **18702 e 20th terrace n** | ☐ Unliquidated | |
| **Independence, MO 64058** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.166 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **christopher Shivers** | ☐ Contingent | |
| **511 w popular st** | ☐ Unliquidated | |
| **Griffin   30224** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.166 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christopher Stancil** | ☐ Contingent | |
| **188 Rambler Inn Rd** | ☐ Unliquidated | |
| **Jefferson, GA 30549** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.166 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christopher Stodghill** | ☐ Contingent | |
| **618 Walden landing dr** | ☐ Unliquidated | |
| **618** | ☐ Disputed | |
| **Hampton, GA 30228** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.166 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christopher Stricklin** | ☐ Contingent | |
| **304 S Broadway** | ☐ Unliquidated | |
| **6** | ☐ Disputed | |
| **Salisbury, MO 65281** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.166 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christopher Taylor** | ☐ Contingent | |
| **163 NE Adams Dairy PKWY** | ☐ Unliquidated | |
| **Blue Springs, MO 64014** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.1668**

**Nonpriority creditor's name and mailing address**

**Christopher Theus**
**3388 aberrone pl**
**Buford, GA 30519**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1669**

**Nonpriority creditor's name and mailing address**

**Christopher Turley**
**2605 Carmon Dr**
**Valdosta, GA 31605**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1670**

**Nonpriority creditor's name and mailing address**

**christopher Vaughan**
**265 farmer rd**
**Roopville, GA 30170**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1671**

**Nonpriority creditor's name and mailing address**

**Christopher Vicente-Vicente**
**309 Woodbine Ave Nw**
**Rome, GA 30165**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1672**

**Nonpriority creditor's name and mailing address**

**Christopher White**
**140 Trey Lane**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1673**

**Nonpriority creditor's name and mailing address**

**Christopher Wonnum**
**406 Russell Parkway**
**16**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1674**

**Nonpriority creditor's name and mailing address**

**Christy Chiguil**
**302 S Hanks Street Sw**
**Rome, GA 30165**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**3.167 5**

**Nonpriority creditor's name and mailing address**
**Christy Dodd**
**2400 Old Blacks Bluff Rd SW**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167 6**

**Nonpriority creditor's name and mailing address**
**Christy Meyer**
**304 East Lane Drive**
**Washington, MO 63090**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167 7**

**Nonpriority creditor's name and mailing address**
**Christy Pearson**
**3184 Rockmart Rd.**
**Lot 2**
**Sliver Creek, GA 30173**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167 8**

**Nonpriority creditor's name and mailing address**
**Christy Ryan**
**4926 Pine Circle**
**Valdosta, GA 31605**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167 9**

**Nonpriority creditor's name and mailing address**
**Christy Shields**
**478 Fowler St**
**Canon, GA 30520**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.168 0**

**Nonpriority creditor's name and mailing address**
**Christy Tanner**
**131 Dodd Blvd SE**
**J 5**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.168 1**

**Nonpriority creditor's name and mailing address**
**Christy Veal**
**10 lewis st**
**McDonough, GA 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                  Case number (if known) _____
         Name

---

| 3.168 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christy Watkins**
**135 Lang Street**
**Griffin, GA 30223**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.168 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christyan Mendoza-Campos**
**3430 sw Eveningside Dr**
**Topeka, KS 66614**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.168 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chrystina Rayford**
**1001 SW Lorman Dr**
**Kansas city, KS 64108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.168 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chuntaneal Moore**
**900 South Armed Forces Blvd**
**Apt 3105**
**Warner Robins, GA 31088**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.168 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cia Jones**
**2529 North Ashley Street**
**#125,**
**Valdosta, GA 31602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.168 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cianna Wilson**
**1108 doc melton sr drive**
**Tift, GA 31794**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.168 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ciara Collins**
**302 pepper**
**Varnville, SC 29944**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
_____    Case number (if known) _____
Name

---

3.1689

**Nonpriority creditor's name and mailing address**

**Ciara Michelle**
**2423 aylesbury loop**
**123**
**Decatur, GA 30034**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.1690

**Nonpriority creditor's name and mailing address**

**Ciara Smedley**
**47 Boone dr**
**Newnan, GA 30263**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.1691

**Nonpriority creditor's name and mailing address**

**Cicely Bailey**
**9506 South Cardinal Dr**
**Ladson, SC 29456**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.1692

**Nonpriority creditor's name and mailing address**

**Ciera Perine**
**10778 Hunters Ridge Rd**
**Marthasville, MO 63357**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.1693

**Nonpriority creditor's name and mailing address**

**Cigna**
**PO BOX 644546**
**Pittsburgh, PA 15264-4546**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.1694

**Nonpriority creditor's name and mailing address**

**Cimarri Dobson**
**131 Woody Lane**
**Hampton, SC 29924**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.1695

**Nonpriority creditor's name and mailing address**

**Cindie Baker**
**720  24th St West**
**Bilings, MT 59102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
              Name

| | | |
|---|---|---|
| **3.1696** | | |

**Nonpriority creditor's name and mailing address**

**Cintas Corporation No. 2**
**P.O. Box 88005**
**Chicago, IL 60680-1005**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.1697** | |

**Nonpriority creditor's name and mailing address**

**CIRE Property Management**
**P.O. Box 11248**
**Santa Rosa, CA 95406**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No  ☐ Yes

**$32,684.37**

---

| | |
|---|---|
| **3.1698** | |

**Nonpriority creditor's name and mailing address**

**City of Adairsville**
**Utility Department**
**116 Public SQ**
**Adairsville, GA 30103-2910**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$6,624.69**

---

| | |
|---|---|
| **3.1699** | |

**Nonpriority creditor's name and mailing address**

**City of Billings**
**P.O. Box 1178**
**Billings, MT 59103-1178**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.1700** | |

**Nonpriority creditor's name and mailing address**

**City Of Blue Springs**
**Utility Billing**
**Po Box 219253**
**Kansas City, MO 64121-9253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$93.42**

---

| | |
|---|---|
| **3.1701** | |

**Nonpriority creditor's name and mailing address**

**City of Bonifay**
**401 McLaughlin Avenue**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$535.47**

---

| | |
|---|---|
| **3.1702** | |

**Nonpriority creditor's name and mailing address**

**City of Bonifay**
**301 N. Etheridge St.**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                                      Case number (if known) _____
Name

| 3.170<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**City of Bremen**
**Tax Department**
**232 Main Street**
**Bremen, GA 30110-2045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**City of Bremen**
**232 Tallapoosa Street**
**Bremen, GA 30110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,140.48** |
|---|---|---|---|

**City Of Buffalo**
**46 North Main**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**City of Buffalo**
**115 S. Maple Street**
**Buffalo, MO 65622**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**City Of Buffalo MO**
**P.O. BOX 410**
**Buffalo, MO 65622**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,455.95** |
|---|---|---|---|

**City of Buford**
**2300 Buford Hwy**
**Buford, GA 30518-6144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**City of Buford**
**2300 Buford Hwy.**
**Buford, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.171 0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                 **$389.87**

**City of Byron**                                                   ☐ Contingent
**401 Main Street**                                                 ☐ Unliquidated
**Byron, GA 31008**                                                 ☐ Disputed

Date(s) debt was incurred __                                        **Basis for the claim:** __Utilities__

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171 1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                 **$1,622.68**

**City of Carrollton**                                              ☐ Contingent
**PO Box 1949**                                                     ☐ Unliquidated
**Carrollton, GA 30112**                                            ☐ Disputed

Date(s) debt was incurred __                                        **Basis for the claim:** __

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171 2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                 **$3,091.57**

**City Of Chattahoochee**                                           ☐ Contingent
**PO BOX 188**                                                      ☐ Unliquidated
**Chattahoochee, FL 32324-0188**                                    ☐ Disputed

Date(s) debt was incurred __                                        **Basis for the claim:** __Utilities__

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171 3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                 **$3,590.23**

**City of Chipley**                                                 ☐ Contingent
**PO BOX 1007**                                                     ☐ Unliquidated
**Chipley, FL 32428**                                               ☐ Disputed

Date(s) debt was incurred __                                        **Basis for the claim:** __Utilities__

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171 4**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                 **$8,198.53**

**City of Commerce**                                                ☐ Contingent
**PO BOX 499**                                                      ☐ Unliquidated
**Commerce, GA 30529-0010**                                         ☐ Disputed

Date(s) debt was incurred __                                        **Basis for the claim:** __Utilities__

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171 5**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                 **$125.00**

**City of Commerce**                                                ☐ Contingent
**PO Box 348**                                                      ☐ Unliquidated
**Commerce, GA 30529**                                              ☐ Disputed

Date(s) debt was incurred __                                        **Basis for the claim:** __

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171 6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                 **$4,382.08**

**City Of Covington**                                               ☐ Contingent
**PO BOX 1527**                                                     ☐ Unliquidated
**Covington, GA 30015**                                             ☐ Disputed

Date(s) debt was incurred __                                        **Basis for the claim:** __License & Permits__

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.171
7**

**Nonpriority creditor's name and mailing address**

**City Of Covington UTL
PO BOX 1527
Covington, GA 30015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$377.25**

---

**3.171
8**

**Nonpriority creditor's name and mailing address**

**City Of Cuba Utilities
P.O BOX K
Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,094.81**

---

**3.171
9**

**Nonpriority creditor's name and mailing address**

**City Of Cumming
PO BOX 669
Cumming, GA 30028**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$646.88**

---

**3.172
0**

**Nonpriority creditor's name and mailing address**

**City of Danielsville
PO Box 339
Danielsville, GA 30633**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$6.55**

---

**3.172
1**

**Nonpriority creditor's name and mailing address**

**City of East Ellijay
P.O. Box 1060
East Ellijay, GA 30539**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.172
2**

**Nonpriority creditor's name and mailing address**

**City Of Emporia
P.O BOX 928
Emporia, KS 66801**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,124.14**

---

**3.172
3**

**Nonpriority creditor's name and mailing address**

**City of Fayetteville
Water and Sewer Dept.
210 Stonewall Ave. W
Fayetteville, GA 30214**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$391.59**

---

Debtor    **ARC Burger, LLC**                                     Case number (if known) _____
          Name

---

| 3.1724 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **City of Fayetteville** | ☐ Contingent | |
| | **210 Stonewall Avenue West** | ☐ Unliquidated | |
| | **Fayetteville, GA 30214** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1725 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,956.95** |
| | **City of Forsyth** | ☐ Contingent | |
| | **23 E Main St** | ☐ Unliquidated | |
| | **Forsyth, GA 31029** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **License & Permits** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1726 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **City of Forsyth UTL** | ☐ Contingent | |
| | **PO BOX 1447** | ☐ Unliquidated | |
| | **Forsyth, GA 31029** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1727 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92.20** |
| | **City of Franklin** | ☐ Contingent | |
| | **P.O. Box 250** | ☐ Unliquidated | |
| | **150 Davis St.** | ☐ Disputed | |
| | **Franklin, GA 30217** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **License & Permits** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1728 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **City of Franklin Springs** | ☐ Contingent | |
| | **PO BOX 207** | ☐ Unliquidated | |
| | **Franklin Springs, GA 30639** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1729 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,584.40** |
| | **City of Gainesville** | ☐ Contingent | |
| | **Department Of Water Res** | ☐ Unliquidated | |
| | **PO BOX 779** | ☐ Disputed | |
| | **Gainesville, GA 30503-0779** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **Utilities** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.1730 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **City of Geneva** | ☐ Contingent | |
| | **P.O. Box 37** | ☐ Unliquidated | |
| | **Geneva, AL 36340** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.173
1**

**Nonpriority creditor's name and mailing address**

**City Of Georgetown
PO Drawer 939
Georgetown, SC 29442**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$2,883.97**

---

**3.173
2**

**Nonpriority creditor's name and mailing address**

**City Of Gillette
Customer Service Division
201 E 5th Street
Gillette, WY 82717-3003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,129.32**

---

**3.173
3**

**Nonpriority creditor's name and mailing address**

**City Of Graceville
PO BOX 637
Graceville, FL 32440**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$316.66**

---

**3.173
4**

**Nonpriority creditor's name and mailing address**

**City Of Great Falls
Utility Billing Department
PO BOX 5021
Great Falls, MT 59403-5021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$758.85**

---

**3.173
5**

**Nonpriority creditor's name and mailing address**

**City Of Griffin
PO BOX 117162
Atlanta, GA 30368-7162**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,695.94**

---

**3.173
6**

**Nonpriority creditor's name and mailing address**

**City of Griffin
Planning and Development
100 S Hill St
Griffin, GA 30224**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173
7**

**Nonpriority creditor's name and mailing address**

**City Of Hawkinsville
PO BOX 120
Hawkinsville, CO 31036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,061.65**

---

Debtor    **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.1738**

**Nonpriority creditor's name and mailing address**

**City of Helena**
**316 N Park Ave**
**Helena, MT 59623**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1739**

**Nonpriority creditor's name and mailing address**

**City Of Houston**
**601 S Grand**
**Houston, MO 65483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$3,171.51**

---

**3.1740**

**Nonpriority creditor's name and mailing address**

**City of Independence**
**111 E. Maple Ave.**
**Independence, MO 64050**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __License & Permits__

Is the claim subject to offset? ■ No ☐ Yes

**$2,960.45**

---

**3.1741**

**Nonpriority creditor's name and mailing address**

**City Of Independence**
**PO BOX 219362**
**Kansas City, MO 64121-9362**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$12,711.66**

---

**3.1742**

**Nonpriority creditor's name and mailing address**

**City of Lakeland**
**64 S. Valdosta Rd**
**Lakeland, GA 31635**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$386.76**

---

**3.1743**

**Nonpriority creditor's name and mailing address**

**City of Lebanon**
**P.O. Box 111**
**Lebanon, MO 65536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1744**

**Nonpriority creditor's name and mailing address**

**City of Lincoln California**
**600 Sixth St**
**Lincoln, CA 95648**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.174 5**

**Nonpriority creditor's name and mailing address**

**City Of McDonough**
**136 Keys Ferry St**
**McDonough, GA 30253-3213**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$977.25**

---

**3.174 6**

**Nonpriority creditor's name and mailing address**

**City of Mexico, Clerk's Office**
**300 N. Coal**
**Mexico, MO 65265**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __License & Permits__

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.174 7**

**Nonpriority creditor's name and mailing address**

**City of Mexico, Clerk's Office**
**300 N. Coal**
**Mexico, MO 65265**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$136.66**

---

**3.174 8**

**Nonpriority creditor's name and mailing address**

**City Of Moberly**
**101 West Reed St**
**Moberly, MO 65270-1554**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$2,160.20**

---

**3.174 9**

**Nonpriority creditor's name and mailing address**

**City Of Monroe**
**PO Box 725**
**215 N Broad St**
**Monroe, GA 30655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$4,096.34**

---

**3.175 0**

**Nonpriority creditor's name and mailing address**

**City Of Moultrie UTL**
**PO BOX 3368**
**Moultrie, GA 31776**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175 1**

**Nonpriority creditor's name and mailing address**

**City of Newnan**
**Finance Department**
**25 LaGrange Street**
**Newnan, GA 30264**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

3.175
2

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**City of North Charleston**
**Revenue Collections Dept.**                    ☐ Contingent
**2500 City Hall Lane**                          ☐ Unliquidated
**North Charleston, SC 29406**                   ☐ Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.175
3

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**City of Oakwood**                              ☐ Contingent
**4035 Walnut Circle**                           ☐ Unliquidated
**P.O. Box 99**                                  ☐ Disputed
**Oakwood, GA 30566-0002**

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.175
4

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$715.93**

**City of Olathe**                               ☐ Contingent
**PO BOX 950441**                                ☐ Unliquidated
**ST Louis, MO 63195-0441**                      ☐ Disputed

Date(s) debt was incurred __                     **Basis for the claim:**  **Utilities**

Last 4 digits of account number __               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.175
5

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$327.91**

**City of Rome**                                 ☐ Contingent
**PO BOX 1711**                                  ☐ Unliquidated
**Rome, GA 30162**                               ☐ Disputed

Date(s) debt was incurred __                     **Basis for the claim:**  **Utilities**

Last 4 digits of account number __               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.175
6

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$767.40**

**City of Rome**                                 ☐ Contingent
**Clerk's Office**                               ☐ Unliquidated
**P.O. Box 1433**                                ☐ Disputed
**Rome, GA 30162-1433**

Date(s) debt was incurred __                     **Basis for the claim:**  **License & Permits**

Last 4 digits of account number __               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.175
7

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$1,084.84**

**City of Royston**                              ☐ Contingent
**684 Franklin Springs Street**                  ☐ Unliquidated
**Royston, GA 30662**                            ☐ Disputed

Date(s) debt was incurred __                     **Basis for the claim:**  **Utilities**

Last 4 digits of account number __               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.175
8

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$334.34**

**City Of Sandersville**                         ☐ Contingent
**PO BOX 71**                                    ☐ Unliquidated
**Sandersville, GA 31082**                       ☐ Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __               Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page 272 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.1759**

**Nonpriority creditor's name and mailing address**

**City of Sedalia**
**200 South Osage**
**Sedalia, MO 65301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$280.00**

---

**3.1760**

**Nonpriority creditor's name and mailing address**

**City Of St. Joseph**
**1100 Frederick**
**Room 106**
**Joseph, MO 64501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$285.53**

---

**3.1761**

**Nonpriority creditor's name and mailing address**

**City Of Thomaston**
**106 E Lee Street**
**PO BOX 672**
**Thomaston, GA 30286**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,728.25**

---

**3.1762**

**Nonpriority creditor's name and mailing address**

**City Of Thomasville**
**PO Box 1540**
**Thomasville, GA 31799-1540**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,108.86**

---

**3.1763**

**Nonpriority creditor's name and mailing address**

**City of Tifton**
**PO Box 229**
**Tifton, GA 31793-0229**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,707.54**

---

**3.1764**

**Nonpriority creditor's name and mailing address**

**City of Tifton**
**130 East 1st Street**
**Tifton, GA 31794**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1765**

**Nonpriority creditor's name and mailing address**

**City Of Topeka**
**Utility Accounts**
**P.O. BOX 957904**
**St Louis, MO 63195-7904**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,901.67**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

**City of Trenton**
**1100 Main Street**
**Trenton, MO 64683**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176 7**

**Nonpriority creditor's name and mailing address**

**City of Valdosta**
**PO BOX 1125**
**Valdosta, GA 31603-1125**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$972.48**

---

**3.176 8**

**Nonpriority creditor's name and mailing address**

**City of Valdosta**
**Business Licensing**
**PO BOX 1125**
**Valdosta, GA 31603**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,401.17**

---

**3.176 9**

**Nonpriority creditor's name and mailing address**

**City Of Warner Robins**
**Utilities**
**PO Box 8659**
**Warner Robins, GA 31095-3659**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$3,640.61**

---

**3.177 0**

**Nonpriority creditor's name and mailing address**

**City of Warner Robins**
**700 Watson Blvd.**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 1**

**Nonpriority creditor's name and mailing address**

**City Of Washington**
**405 Jefferson St**
**Washington, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$220.65**

---

**3.177 2**

**Nonpriority creditor's name and mailing address**

**City Of Washington**
**405 Jefferson St**
**Washington, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                              Case number (if known) _____
          Name

---

**3.177 3**

**Nonpriority creditor's name and mailing address**

**City Treasurer-KCMO Health Dept.**
**Environ. Public Health Program**
**2400 Troost Ave.**
**Kansas City, MO 64108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.177 4**

**Nonpriority creditor's name and mailing address**

**CJP Lawn & Maintenance LLC**
**Paul Walls**
**4284 Beulah Road**
**Smoaks, SC 29481**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.177 5**

**Nonpriority creditor's name and mailing address**

**CKE Restaurants Holdings AP**
**PO BOX 844736**
**Los Angeles, CA 90084-4736**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **IT**

Is the claim subject to offset? ■ No  ☐ Yes

**$164,912.00**

---

**3.177 6**

**Nonpriority creditor's name and mailing address**

**CKE Restaurants Holdings, Inc.**
**P.O. Box 841237**
**Los Angeles, CA 90084-1237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,096,805.60**

---

**3.177 7**

**Nonpriority creditor's name and mailing address**

**CKI Service Group**
**224 Brown Industrial Pkwy**
**Canton, GA 30114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Accounts Payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,231.15**

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

**Clara Harrill**
**16319 Royal Drive**
**Lebanon, MO 65536**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

**Clara Obapolor**
**2462 wolf meadow lane**
**Buford, GA 30518**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              **Page 275 of 1218**

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

**Clarence Smalls**
**325 marymeade dr**
**719**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 1**

**Nonpriority creditor's name and mailing address**

**Clarissia Sanders**
**108 silver king ave**
**Cross, SC 29436**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 2**

**Nonpriority creditor's name and mailing address**

**Clark Service Group, Inc.**
**3019 Hempland Road**
**Lancaster, PA 17601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$260.00**

---

**3.178 3**

**Nonpriority creditor's name and mailing address**

**Clarressa Butler**
**7879 Morris Bing Rd**
**Hollywood, SC 29449**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 4**

**Nonpriority creditor's name and mailing address**

**Claudia Esquivel**
**810 Wildwood Dr**
**534**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 5**

**Nonpriority creditor's name and mailing address**

**Claudia Goodman**
**106 bent tree ct**
**Byron, GA 31008**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 6**

**Nonpriority creditor's name and mailing address**

**Claudia Lopez**
**2511 s lowe rd**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.1787**

**Nonpriority creditor's name and mailing address**
**Claudia Lopez Verona**
**2511 S Lowe Rd**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1788**

**Nonpriority creditor's name and mailing address**
**Claudia Perez**
**501 N 81st terr**
**Kansas City, KS 66112**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1789**

**Nonpriority creditor's name and mailing address**
**Claudia Rodriguez**
**403 ne Wilsonn**
**Topeka, KS 66616**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1790**

**Nonpriority creditor's name and mailing address**
**Claudia Sanchez**
**728 E Wabash St**
**Olathe, KS 66061**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1791**

**Nonpriority creditor's name and mailing address**
**Claudia Sanchez**
**728 E Wabash St**
**Olathe, KS 66061**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1792**

**Nonpriority creditor's name and mailing address**
**Clayton Archambault**
**24387 Stephens lane**
**Colecamp, MO 65325**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1793**

**Nonpriority creditor's name and mailing address**
**Clayton Cleland**
**1019 15th**
**Great Falls, MT 59401**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

**Clayton Collier**
**521 Holiday Road**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 5**

**Nonpriority creditor's name and mailing address**

**clayton jones**
**759 Wrights Creek Rd**
**Caryville, FL 32427**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 6**

**Nonpriority creditor's name and mailing address**

**Clayton Murch**
**3240**
**Acworth, GA 30102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 7**

**Nonpriority creditor's name and mailing address**

**Clayton Shaffer**
**4185 Cougar Drive**
**Helena, MT 59602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 8**

**Nonpriority creditor's name and mailing address**

**Clayton Signs Inc**
**5198 N Lake Dr**
**Lake City, GA 30260**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 9**

**Nonpriority creditor's name and mailing address**

**Clayton Sunderland**
**605 Lida St**
**HUNTSVILLE, MO 65259**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 0**

**Nonpriority creditor's name and mailing address**

**Clearly the Best Autoglass DBA Glass Doc**
**Juan J Flores**
**633 NE Colin Kelly Hwy Unit C**
**Madison, FL 32340-2824**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.180
1**

**Nonpriority creditor's name and mailing address**

**Cleavondre Samuels**
**1158 Nash rd**
**Ridgeville, SC 29472**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180
2**

**Nonpriority creditor's name and mailing address**

**Clifford Goodin**
**1389 E Highway 22 lot 59**
**Centralia, MO 65240**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180
3**

**Nonpriority creditor's name and mailing address**

**Clifton Robinson**
**1908 n 73 terrace**
**11**
**Kansas City, KS 66112**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180
4**

**Nonpriority creditor's name and mailing address**

**Clifton Royal**
**1336 orange hill rd**
**chipley, FL 32428**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180
5**

**Nonpriority creditor's name and mailing address**

**CM Fabricating**
**1770 N. Corrington Ave**
**KANSAS CITY, MO 64120**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180
6**

**Nonpriority creditor's name and mailing address**

**Coastline Cooling**
**8600 Commodity Circle Suite 129**
**Orlando, FL 32819**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180
7**

**Nonpriority creditor's name and mailing address**

**Cobb EMC**
**P. O. Box 745711**
**Atlanta, GA 30374-5711**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1808**

**Nonpriority creditor's name and mailing address**

**Coca Cola North America**
**PO Box 102703**
**Atlanta, GA 30368**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$71,153.40**

---

**3.1809**

**Nonpriority creditor's name and mailing address**

**Cody Collins**
**1233 west Mill street**
**Buffalo, MO 65622**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1810**

**Nonpriority creditor's name and mailing address**

**Cody Dewitt**
**143 mill street**
**Raymondville, MO 65555**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1811**

**Nonpriority creditor's name and mailing address**

**Cody Dodd**
**1805 joslyn Street #96**
**Helena, MT 59601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1812**

**Nonpriority creditor's name and mailing address**

**Cody Griffin**
**2501 Dogwood Ave**
**29**
**Gillette, WY 82718**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1813**

**Nonpriority creditor's name and mailing address**

**Cody Isbell**
**2600 Oklahoma Ave**
**4**
**Trenton, MO 64683**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1814**

**Nonpriority creditor's name and mailing address**

**Cody Lowery**
**1097 East County Road 4**
**Black, AL 36314**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                        Case number (if known) _____
         Name

---

**3.1815**

**Nonpriority creditor's name and mailing address**

**Cody Smith**
**11701 ne highway 24**
**7**
**Independence, MO 64086**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1816**

**Nonpriority creditor's name and mailing address**

**Cody Woodson**
**1312 North swope Drive**
**Independence, MO 64056**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1817**

**Nonpriority creditor's name and mailing address**

**Colbi Baggett**
**1470 Wrights Creek Rd**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1818**

**Nonpriority creditor's name and mailing address**

**Cole County Collector**
**311 E. High Street**
**Room 100**
**Jefferson City, MO 65101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1819**

**Nonpriority creditor's name and mailing address**

**Cole Horinek**
**839 4th ave**
**Havre, MT 59520**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1820**

**Nonpriority creditor's name and mailing address**

**Cole Layfulde**
**4824 hearthside drive**
**Summerville, SC 29485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1821**

**Nonpriority creditor's name and mailing address**

**Colin Smith**
**444 Riverside Rd**
**BILLINGS, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   **ARC Burger, LLC**                                     Case number (if known) _____
         Name

---

| 3.182<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colleen Crosby**
**1001 S 27th St**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Colleen Walker**
**1733 Franklin ave**
**Waycross, GA 31503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,430.57** |
|---|---|---|---|

**Colleton County, SC**
**Treasurer**
**109 Benson St., PO Box 157**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Utilities**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Collin Bluhm**
**7575 W 106 Th St**
**Apt 64**
**Overland Park, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Collin Brandt**
**400 East Rollins Street**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Collin Jacobs**
**402 South College Avenue**
**Salisbury, MO 65281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Collin Worley**
**1605 echeta rd lot 31**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1829**

**Nonpriority creditor's name and mailing address**

**Colquitt County Health Department**
**214 West Central Avenue**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1830**

**Nonpriority creditor's name and mailing address**

**Colquitt County Tax Commissioner**
**P.O. Box 99**
**Moultrie, GA 31776-0099**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1831**

**Nonpriority creditor's name and mailing address**

**Colquitt County Tax Commissioner**
**101 E. Central Ave.**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1832**

**Nonpriority creditor's name and mailing address**

**Colt Chaney**
**414 N. Craig**
**Mexico, MO 65265**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1833**

**Nonpriority creditor's name and mailing address**

**Colter Peterson**
**150 Glencoe way**
**Apt #6**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1834**

**Nonpriority creditor's name and mailing address**

**Colton Wrinkle**
**18722 e Blackhawk trail**
**Independence Missouri, MO 64056**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1835**

**Nonpriority creditor's name and mailing address**

**Comathreshia Mains**
**17 Lewis st**
**McDonough, GA 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **ARC Burger, LLC**                                     Case number (if known) _____
_____
Name

---

**3.1836**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*     **$395.32**

**Comcast**
**PO BOX 37601**                                    ☐ Contingent
**Philadelphia, PA 19101-0601**                     ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred __                         **Basis for the claim:** __Utilities__

Last 4 digits of account number __                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.1837**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Commedia Gordon**
**4644 E. 43rd Terrace**                             ☐ Contingent
**Kansas City, MO 64130**                            ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred __                         **Basis for the claim:** __

Last 4 digits of account number __                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.1838**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*     **$20,581.13**

**Commercial Appliance**
**Parts & Service Inc**                              ☐ Contingent
**8416 Laurel Fair Cir, #114**                       ☐ Unliquidated
**Tampa, FL 33610**                                  ☐ Disputed

Date(s) debt was incurred __                         **Basis for the claim:** __Repairs & Maintenance__

Last 4 digits of account number __                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.1839**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Commercial Appliance Repair INC**
**7200 W 132ND ST STE 160**                          ☐ Contingent
**Overland Park, KS 66213**                          ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred __                         **Basis for the claim:** __

Last 4 digits of account number __                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.1840**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Commercial Asset Preserv., LLC**
**SCP Facility Mgmt. Inter. Corp**                   ☐ Contingent
**220 E. Morris Avenue Suite 400**                   ☐ Unliquidated
**Salt Lake City, UT 84115**                         ☐ Disputed

Date(s) debt was incurred __                         **Basis for the claim:** __

Last 4 digits of account number __                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.1841**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Commercial Cooking Services**
**329 North Amour Street**                           ☐ Contingent
**Wichita, KS 67206**                                ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred __                         **Basis for the claim:** __

Last 4 digits of account number __                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.1842**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*     **$9,343.16**

**Commercial Electronics, Inc.**
**PO Box 200379**                                    ☐ Contingent
**Dallas, TX 75320-0379**                            ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred __                         **Basis for the claim:** __Repairs & Maintenance__

Last 4 digits of account number __                   Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page  284 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.184
3**

**Nonpriority creditor's name and mailing address**

**Commercial Equipment Repair**
**5010 NW 20th Drive**
**Jennings, FL 32053**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Repairs & Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

**$1,875.25**

---

**3.184
4**

**Nonpriority creditor's name and mailing address**

**Commercial Kitchen**
**Installers, Inc.**
**224 Brown Industrial Pkwy, 107**
**Canton, GA 30114**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Repairs & Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

**$2,630.63**

---

**3.184
5**

**Nonpriority creditor's name and mailing address**

**Commercial Kitchen**
**Services (MO)**
**808 Hanley Industrial Ct.**
**Saint Louis, MO 63144**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Repairs & Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

**$748.29**

---

**3.184
6**

**Nonpriority creditor's name and mailing address**

**Commercial Maintenance**
**and Service LLC**
**200 Wind River Ave**
**Casper, WY 82609**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.184
7**

**Nonpriority creditor's name and mailing address**

**Commercial Services Inc**
**18330 Edison Avenue**
**Chesterfield, MO 63005**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.184
8**

**Nonpriority creditor's name and mailing address**

**Complete Kitchen Services**
**1008 West Farmer Street**
**Ozark, MO 65721**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.184
9**

**Nonpriority creditor's name and mailing address**

**Complete Lawn, Landscape & Nursery LC**
**P O Box 1180**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor **ARC Burger, LLC** | Case number (if known) |
| Name | |

**3.185 0**

**Nonpriority creditor's name and mailing address**

**Conditioned Air Systems inc**
**PO Box 31171**
**BILLINGS, MT 59107**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.185 1**

**Nonpriority creditor's name and mailing address**

**Connie Crawford**
**1404 East 13th St**
**Trenton, MO 64683**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.185 2**

**Nonpriority creditor's name and mailing address**

**Connie Hall**
**2423 west main st**
**2423**
**Sadilia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.185 3**

**Nonpriority creditor's name and mailing address**

**Connie Jordan**
**9 Polhill Circle**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.185 4**

**Nonpriority creditor's name and mailing address**

**Connie Morris**
**28 Mockingbird Dr**
**Cartersville, GA 30120**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.185 5**

**Nonpriority creditor's name and mailing address**

**Connie Scott**
**9102 Maple Grove Dr**
**Summerville, SC 29485**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.185 6**

**Nonpriority creditor's name and mailing address**

**Connor Dalziel**
**736 e 12 ave**
**330**
**Emporia, KS 66801**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1857**

**Nonpriority creditor's name and mailing address**

**Connor Pierson-Brocious**
**Billings, MT, USA**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1858**

**Nonpriority creditor's name and mailing address**

**Conrad Lindsey**
**1189 Austin ct**
**Sugarhill, GA 30518**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1859**

**Nonpriority creditor's name and mailing address**

**Conrad Olsen**
**410 9 ave.**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1860**

**Nonpriority creditor's name and mailing address**

**Constance Konoval**
**795 star point rd**
**CARROLLTON, GA 30116**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1861**

**Nonpriority creditor's name and mailing address**

**Conteshae Archie**
**1810 Gilbert street**
**24**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1862**

**Nonpriority creditor's name and mailing address**

**Contessa Perry**
**576 Anderson St**
**Chipley, FL 32428**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1863**

**Nonpriority creditor's name and mailing address**

**Continental Corporate Services, Inc**
**908 Pompton Avenue, Unit A2**
**Cedar Grove, NJ 07009**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.186 4**

**Nonpriority creditor's name and mailing address**

**Cooper Jones**
**2222 Gasden Road**
**Cave Spring, GA 30124**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.186 5**

**Nonpriority creditor's name and mailing address**

**Cora Stocks**
**200 jones ave**
**Rockmart, GA 30153**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.186 6**

**Nonpriority creditor's name and mailing address**

**Coraima Gonzalez**
**1818 Overlook dr**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.186 7**

**Nonpriority creditor's name and mailing address**

**Corban Jones**
**601 ne meadow ln**
**lees summit, MO 64063**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.186 8**

**Nonpriority creditor's name and mailing address**

**Corene Joslin**
**1188 1st Ave**
**Lot#E**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.186 9**

**Nonpriority creditor's name and mailing address**

**Coretta Hon**
**1001 e 17th st**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187 0**

**Nonpriority creditor's name and mailing address**

**Corey Allen**
**189 stroud rd**
**McDonough, GA 30252**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.187
1**

**Nonpriority creditor's name and mailing address**

**Corey Bowne
1018 Cherry Street
Chillicothe, MO 64601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187
2**

**Nonpriority creditor's name and mailing address**

**Corey Capehart
958 11th Ave
Graceville, FL 32440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187
3**

**Nonpriority creditor's name and mailing address**

**corey carroll
4045 mission way
mcdonough, GA 30252**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187
4**

**Nonpriority creditor's name and mailing address**

**Corey Daniel
128 Avenue F
Thomaston, GA 30286**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187
5**

**Nonpriority creditor's name and mailing address**

**Corey Johnson
139 Prickett Lane
Trailer 2
Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187
6**

**Nonpriority creditor's name and mailing address**

**Corey Lawrence
506 circle dr
Calhoun, GA 30701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187
7**

**Nonpriority creditor's name and mailing address**

**Corey Lee
3225 estate rd
Moncks corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

| 3.187 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corey Manigault**
**170 mickler dr**
**Ladson, SC 29455**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.187 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corey Martin**
**534 9th Street SW**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.188 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corey McNeal**
**626 W. Mulvey Ave**
**Geneva, AL 36340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.188 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corey Simmons**
**3160 lotheridge rd**
**C1**
**Gainesville, GA 30501**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.188 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corey Winn**
**1000 SW 6th Street**
**Lee Sumit, MO 65340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.188 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**corianna Rose**
**322 twin oak CT**
**Leasburg, MO 65535**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.188 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Corleon Grant**
**2745 Sw Villa West Dr.Apt#815**
**Topeaka Kansas, KS 66614**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.188 5**

**Nonpriority creditor's name and mailing address**
**Cornelia Wilson**
**117 evergreen st**
**Warner Robins, GA 31093**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.188 6**

**Nonpriority creditor's name and mailing address**
**Cornelius Hayes**
**1224 e. Miller Apt A**
**Jefferson, MO 65101**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.188 7**

**Nonpriority creditor's name and mailing address**
**Cornell Pritchett**
**2102 Summerview drive**
**Stone Mountain, GA 30083**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.188 8**

**Nonpriority creditor's name and mailing address**
**Corrine Pegues**
**5550 windswept Trace**
**Sugar Hill, GA 30518**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.188 9**

**Nonpriority creditor's name and mailing address**
**Corte Lyons**
**3204 MITCHELL AVE**
**Helena, MT 59602**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189 0**

**Nonpriority creditor's name and mailing address**
**cortnea williams**
**941 chatsworth hwy. 225 northeast**
**calhoun, GA 30701**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189 1**

**Nonpriority creditor's name and mailing address**
**Cortney Wiggins**
**206 South Armstrong Drive**
**Samson, AL 36477**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.189 2**

**Nonpriority creditor's name and mailing address**

**Cory Derrick**
**133 Cherry Street**
**Raymondville, MO 65555**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189 3**

**Nonpriority creditor's name and mailing address**

**Cory Eubanks**
**422 Connell Rd**
**J7**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189 4**

**Nonpriority creditor's name and mailing address**

**Cory Griffin**
**6447 Grawood drive**
**Keithville, LA 71047**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189 5**

**Nonpriority creditor's name and mailing address**

**Cory Riley**
**32 Pear Tree Ln**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189 6**

**Nonpriority creditor's name and mailing address**

**Cory Shelton**
**99 Della Slaton Rd**
**Comer, GA 30629**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189 7**

**Nonpriority creditor's name and mailing address**

**Cory Solis**
**746 Nt. 63rd St.**
**C**
**KCK, KS 66102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.189 8**

**Nonpriority creditor's name and mailing address**

**Cory Stroud**
**148 Marble Dr**
**Oxford, GA 30054**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1899**

**Nonpriority creditor's name and mailing address**

**Cotanya Harris**
**906 Brookley ave**
**Warner robins, GA 31098**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1900**

**Nonpriority creditor's name and mailing address**

**Cotter Dean Kinghorn**
**P.O. Box 297**
**Buffalo, WY 82834**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1901**

**Nonpriority creditor's name and mailing address**

**Coty Powell**
**35 regeneration way**
**Talking Rock, GA 30175**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1902**

**Nonpriority creditor's name and mailing address**

**Coty Smith**
**514 mill st**
**Sullivan, MO 63080**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1903**

**Nonpriority creditor's name and mailing address**

**County Treasurer**
**PO Box 747**
**Emporia, KS 66801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1904**

**Nonpriority creditor's name and mailing address**

**Courtney Allmon**
**32 Grogan Hill Rd Se**
**Silver Creek, GA 30173**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1905**

**Nonpriority creditor's name and mailing address**

**Courtney Blue Arm**
**202 St James Ave**
**#20K**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1906**

**Nonpriority creditor's name and mailing address**

**Courtney Bumgarner**
**500 lullaby ct**
**Fayetteville, GA 30214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1907**

**Nonpriority creditor's name and mailing address**

**Courtney Clemens Sparks**
**1119 s Olson Ave**
**Marshall, MO 65340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1908**

**Nonpriority creditor's name and mailing address**

**Courtney Duncan**
**4810 Carriage Bridge lane**
**Cumming, GA 30040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1909**

**Nonpriority creditor's name and mailing address**

**Courtney Gaskins**
**3000 Epson Plantation Dr**
**Apt 206**
**Moncks Corner, SC 29461**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1910**

**Nonpriority creditor's name and mailing address**

**Courtney Hill**
**369 Broad Street**
**4D**
**Hawkinsville, GA 31036**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1911**

**Nonpriority creditor's name and mailing address**

**Courtney Holleman**
**500 cabiness rd**
**G3**
**Forsyth, GA 31029**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1912**

**Nonpriority creditor's name and mailing address**

**Courtney Mann**
**9513 W 118th terrace**
**Apt.2**
**Overland Park, KS 66210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          **Page  294 of 1218**

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.191** **3**

**Nonpriority creditor's name and mailing address**

**Courtney Moore**
**291 Sheep Ranch Road Southeast**
**Cleveland, TN 37323**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191** **4**

**Nonpriority creditor's name and mailing address**

**Courtney Richardson**
**945 Ogden dr**
**9634**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191** **5**

**Nonpriority creditor's name and mailing address**

**Courtney Wells**
**904 S Oak St.**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191** **6**

**Nonpriority creditor's name and mailing address**

**Covenant Plumbing LLC**
**4268 Interstate Drive**
**Macon, GA 31210**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191** **7**

**Nonpriority creditor's name and mailing address**

**Covington Air Svstem, Inc.**
**98 Oxford West Drive**
**Oxford, GA 30054**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191** **8**

**Nonpriority creditor's name and mailing address**

**Cowboy State Plumbing LLC**
**PO BOX 142**
**Story, WY 82842**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191** **9**

**Nonpriority creditor's name and mailing address**

**Coweta County Health Department**
**28 E Washington St.**
**Newnan, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.192 0**

**Nonpriority creditor's name and mailing address**
**Coweta County Tax Commissioner**
**87 Newman Station Dr., Suite 100**
**Newman, GA 30265-1195**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192 1**

**Nonpriority creditor's name and mailing address**
**Coweta County Tax Commissioner**
**37 Perry St.**
**Newnan, GA 30263**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192 2**

**Nonpriority creditor's name and mailing address**
**Coweta-Fayette EMC**
**SEDC**
**PO BOX 530812**
**Atlanta, GA 30353-0812**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$1,919.25**

---

**3.192 3**

**Nonpriority creditor's name and mailing address**
**Cox Brothers Heating and Cooling LLC**
**Cox Brothers Food Equipment Repair**
**PO Box 996**
**Rolla, MO 65402**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192 4**

**Nonpriority creditor's name and mailing address**
**Coyara Pouncey**
**104 Kenon Ln**
**Quincy, FL 32352**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192 5**

**Nonpriority creditor's name and mailing address**
**CPL, LLC**
**PO BOX 519**
**Hull, GA 30646**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$8,427.42**

---

**3.192 6**

**Nonpriority creditor's name and mailing address**
**Craig Boozer**
**4350 Franklin Goldmine Rd**
**Cumming, GA 30028**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____Name_____

| 3.1927 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Craig Lafley**
**1019 15th Street North**
**great falls, MT 59401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1928 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Craig Plumbing of Sedalia**
**203 East 32nd street**
**Sedalia, MO 65302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1929 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,355.00** |

**Craig the Handyman**
**591 Old Lindale Road SE**
**Lindale, GA 30147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Repairs & Maintenance**

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1930 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Craig White**
**440 Minim St**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1931 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Cranston Harper**
**112 evergreen st**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1932 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Crawford County Collector**
**P.O. Box 250**
**Steelville, MO 65565**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1933 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Crawford County Collector**
**101 Third St.**
**Steelville, MO 65565**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **ARC Burger, LLC**        Case number (if known) _____

Name

---

**3.193 4**

**Nonpriority creditor's name and mailing address**

**Crawford County Health Department**
**P.O. Box 367**
**Steelville, MO 65565**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 5**

**Nonpriority creditor's name and mailing address**

**Crestan Turpin**
**125 Dunwick Lane**
**McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 6**

**Nonpriority creditor's name and mailing address**

**Cricket Baker**
**720 24th St W**
**Billings, MT 59102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 7**

**Nonpriority creditor's name and mailing address**

**Crishawn Monroe**
**1510 Boone Dr**
**Apt 31**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 8**

**Nonpriority creditor's name and mailing address**

**Crissy Williams**
**1330 Ruth St**
**Apt B**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.193 9**

**Nonpriority creditor's name and mailing address**

**Crista Lewis**
**5400 College Dr**
**#55**
**Graceville, FL 32440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.194 0**

**Nonpriority creditor's name and mailing address**

**Cristian Garcez**
**1005 SW Twin Creek Dr**
**Lee's Summit, MO 64081**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.194
1**

**Nonpriority creditor's name and mailing address**

**Cristina Ramirez
1702 n Dover st
Independence, MO 64058**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.194
2**

**Nonpriority creditor's name and mailing address**

**Crosscut Lawn Service, LLC
1130 W 5th St
Washinton, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$460.00**

---

**3.194
3**

**Nonpriority creditor's name and mailing address**

**Crossfire Exhaust System Management, Inc
PO Box 1391
Ozark, MO 65721**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.194
4**

**Nonpriority creditor's name and mailing address**

**Crown Bakeries, LLC
P.O. Box 532297
Atlanta, GA 30353**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,471.76**

---

**3.194
5**

**Nonpriority creditor's name and mailing address**

**Crownover Service Company
P.O. Box 317
Ty Ty, GA 31795**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$333.40**

---

**3.194
6**

**Nonpriority creditor's name and mailing address**

**Croy Lambright
224 harpers ferry lane
Goose creek, SC 29059**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.194
7**

**Nonpriority creditor's name and mailing address**

**Crunchafi LLC
790 N Milwaukee St
Suite 302
Milwaukee, WI 53202**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$5,801.25**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.194 8**

**Nonpriority creditor's name and mailing address**

**CrunchTime Information
System Inc.**
**120 Causeway Str., Ste. 306**
**Boston, MA 02114**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$138,238.00**

---

**3.194 9**

**Nonpriority creditor's name and mailing address**

**Crystal Bagley**
**205 A folsom glade road nw**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.195 0**

**Nonpriority creditor's name and mailing address**

**Crystal Bolden**
**112 Woodbine Cir**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.195 1**

**Nonpriority creditor's name and mailing address**

**Crystal Boling**
**5691 Dovedale Ave**
**Portage, IN 46368**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.195 2**

**Nonpriority creditor's name and mailing address**

**Crystal Bric**
**1225 Boonehill Rd**
**Q6**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.195 3**

**Nonpriority creditor's name and mailing address**

**Crystal Brown**
**206 McPherson Rd**
**Leasburg   65535**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.195 4**

**Nonpriority creditor's name and mailing address**

**Crystal Clear Windows**
**PO BOX 361**
**Emporia, KS 66801**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**                                  Case number (if known) _____
        Name

---

3.195 5

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

**Crystal Dotson**
**1501 West 4th Street**          ☐ Contingent
**Sedalia, MO 65301**            ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __       **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

3.195 6

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

**Crystal Farmer**
**85 4th Street NE**             ☐ Contingent
**Rome, GA 30161**               ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __       **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

3.195 7

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

**Crystal Garrett**
**5109 Stoneridge Dr**           ☐ Contingent
**Flowery  Branch, GA 30542**    ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __       **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

3.195 8

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

**Crystal Izaguirre**
**202 Horseshoe Bend Cir**       ☐ Contingent
**Griffin, GA 30223**            ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __       **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

3.195 9

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

**Crystal Lambert**
**109 rose Ave lakeshore**       ☐ Contingent
**Walterboro, SC 29488**         ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __       **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

3.196 0

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

**Crystal Loughridge**
**304 Meramec Avenue**           ☐ Contingent
**Cuba, MO 65453**               ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __       **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

3.196 1

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*      **$0.00**

**Crystal Martinez**
**3253 Maple Grove Church Rd**   ☐ Contingent
**Resaca, GA 30735**             ☐ Unliquidated
                                 ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __       **Basis for the claim:** __

                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.196 2**

**Nonpriority creditor's name and mailing address**

**Crystal Mcgriff**
**54 E Talley Ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.196 3**

**Nonpriority creditor's name and mailing address**

**Crystal Palmer**
**406 ridge road**
**Summerville, SC 29485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.196 4**

**Nonpriority creditor's name and mailing address**

**Crystal prescott**
**1900 NW Lyman Rd Lot 266**
**266**
**Topeka, KS 66608**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.196 5**

**Nonpriority creditor's name and mailing address**

**Crystal Smith**
**45 Henry way Street**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.196 6**

**Nonpriority creditor's name and mailing address**

**Crystal Stevens**
**109 Pelican Street**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.196 7**

**Nonpriority creditor's name and mailing address**

**Crystal Stricklan**
**16861 Brushy Creek Road**
**Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.196 8**

**Nonpriority creditor's name and mailing address**

**Crystal taylor**
**405 South Smith Street**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.196 9**

**Nonpriority creditor's name and mailing address**

**Crystol Howell**
**2529 N Ashley Street**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.197 0**

**Nonpriority creditor's name and mailing address**

**CSI of the Southeast Inc**
**220 Maynardville Hwy**
**Mayndardville, TN 37807**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.197 1**

**Nonpriority creditor's name and mailing address**

**CUBA CITY COLLECTOR**
**P.O. Box 43**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __License & Permits__

Is the claim subject to offset? ■ No ☐ Yes

**$36.05**

---

**3.197 2**

**Nonpriority creditor's name and mailing address**

**Cullen Horne**
**21 Southwood Dr nw**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.197 3**

**Nonpriority creditor's name and mailing address**

**Culligan Great Falls Inc**
**401 Huffman Ave**
**Great Falls, MT 59404**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Repairs & Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

**$80.50**

---

**3.197 4**

**Nonpriority creditor's name and mailing address**

**Current Solutions Electric**
**616 E 63rd St**
**Kansas City, MO 64110**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.197 5**

**Nonpriority creditor's name and mailing address**

**Curtis Carter**
**1748 Jimmy Carter Dr**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1976**

**Nonpriority creditor's name and mailing address**

**Curtis Coody Plumbing, Inc**
**PO Box 581**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1977**

**Nonpriority creditor's name and mailing address**

**Curtis Everhart**
**1611 w Sheley Rd**
**Independence   64052**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1978**

**Nonpriority creditor's name and mailing address**

**Curtis Fripps**
**100 Venue Way**
**1311**
**Alpharetta, GA 30005**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1979**

**Nonpriority creditor's name and mailing address**

**Curtis Olson**
**205 Bedford St**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1980**

**Nonpriority creditor's name and mailing address**

**Curtis Turner**
**1019 15th Street North**
**Great Falls, MT 59401**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1981**

**Nonpriority creditor's name and mailing address**

**Curtiss Bettis JR**
**160 Sprinkles Rd**
**Nicholson, GA 30565**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1982**

**Nonpriority creditor's name and mailing address**

**Curtiss McGough**
**910 W Banfill Ave**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

3.198
3

**Nonpriority creditor's name and mailing address**

**Cusick LLC**
**409 Four Mile Rd**
**Long Lane, MO 65590**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Repairs & Maintenance__

Is the claim subject to offset? ■ No  ☐ Yes

$250.00

---

3.198
4

**Nonpriority creditor's name and mailing address**

**Cutting Edge Flooring Instalations**
**2375 Breedlove**
**Sturgeon, MO 65284**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.198
5

**Nonpriority creditor's name and mailing address**

**Cyluas Bausby**
**209 Martin Luther King Jr ave**
**Bonifay, FL 32425**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.198
6

**Nonpriority creditor's name and mailing address**

**Cymariah Smalls**
**324 Todder tel**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.198
7

**Nonpriority creditor's name and mailing address**

**Cynthia Barber**
**1106 Key Rd SE**
**Atlanta, GA 30316**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.198
8

**Nonpriority creditor's name and mailing address**

**Cynthia Clark**
**425 Chattahoochee St.**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.198
9

**Nonpriority creditor's name and mailing address**

**Cynthia Coleman**
**5490 college dr**
**7**
**Graceville, FL 32440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.199 0**

**Nonpriority creditor's name and mailing address**

**Cynthia Colquitt**
**290 Arthur Road**
**Hull, GA 30646**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 1**

**Nonpriority creditor's name and mailing address**

**Cynthia Cox**
**6850 W 108th St**
**#137**
**Overland Park, KS 66211**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 2**

**Nonpriority creditor's name and mailing address**

**Cynthia Goggins**
**2225 Oakland Park Boulevard**
**1403**
**Snellville, GA 30039**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 3**

**Nonpriority creditor's name and mailing address**

**Cynthia Reyes**
**220 N 16TH ST**
**Kansas, KS 66102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 4**

**Nonpriority creditor's name and mailing address**

**Cyrus Schwartz**
**1301 Farm Springs Rd**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.199 5**

**Nonpriority creditor's name and mailing address**

**D & N Land Company LLC**
**PO Box 8**
**Osage Beach, MO 65065**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$23,328.51**

---

**3.199 6**

**Nonpriority creditor's name and mailing address**

**D &S Plumbing LLC**
**7902 sale st**
**Sneads, FL 32460**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.199 7**

**Nonpriority creditor's name and mailing address**

**D&B Handyman DBA
DB Property Solutions
1911 Charlton Dr.
Dothan, AL 36303**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Repairs & Maintenance__

Is the claim subject to offset?  ■ No  ☐ Yes

**$8,835.57**

---

**3.199 8**

**Nonpriority creditor's name and mailing address**

**D&S Plumbing, LLC
7902 Sale St
Sneads, FL 32460**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.199 9**

**Nonpriority creditor's name and mailing address**

**Da'shaun Dawn
2705 n 51st st
Kansas City, KS 66104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.200 0**

**Nonpriority creditor's name and mailing address**

**Da'Shawn Lee
404 E Railroad AVE
Geneva, AL 36340**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.200 1**

**Nonpriority creditor's name and mailing address**

**Daboris Edwards
6868 Timbers east Dr
Lithonia, GA 30058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.200 2**

**Nonpriority creditor's name and mailing address**

**Dagoberto Contreras
2817 S 19th St
Saint Joseph, TX 64503**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.200 3**

**Nonpriority creditor's name and mailing address**

**Dahvir Wright
1900 Glenn Club Drive
1214
Stone Mountain, GA 30087**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
       Name

---

**3.200 4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Daija Simpson**
**202 Pinewood Street**                                              ☐ Contingent
**ladson, SC 29456**                                                 ☐ Unliquidated
                                                                     ☐ Disputed
**Date(s) debt was incurred** __
                                                                     **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.200 5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Daija Thornton**
**15292 hwy 27 n**                                                   ☐ Contingent
**Franklin, GA 30116**                                               ☐ Unliquidated
                                                                     ☐ Disputed
**Date(s) debt was incurred** __
                                                                     **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.200 6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Daijanae Williams**
**9351 bales ave**                                                   ☐ Contingent
**1105**                                                             ☐ Unliquidated
**Kansas City, MO 64132**                                            ☐ Disputed

**Date(s) debt was incurred** __                                     **Basis for the claim:** __

**Last 4 digits of account number** __                               Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.200 7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Daijanaye Patterson**
**174 centennial rd ext**                                            ☐ Contingent
**Thomasville, GA 31757**                                            ☐ Unliquidated
                                                                     ☐ Disputed
**Date(s) debt was incurred** __
                                                                     **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.200 8**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Daijon Greene**
**119 Belknap Rd**                                                   ☐ Contingent
**Goose Creek, SC 29445**                                            ☐ Unliquidated
                                                                     ☐ Disputed
**Date(s) debt was incurred** __
                                                                     **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.200 9**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Daisha Jones**
**201 Bullard street**                                               ☐ Contingent
**Hampton, SC 29924**                                                ☐ Unliquidated
                                                                     ☐ Disputed
**Date(s) debt was incurred** __
                                                                     **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.201 0**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Daisy Broughton**
**6348 Turner Lake Rd SW**                                           ☐ Contingent
**Apt 4**                                                            ☐ Unliquidated
**Covington, GA 30014**                                              ☐ Disputed

**Date(s) debt was incurred** __                                     **Basis for the claim:** __

**Last 4 digits of account number** __                               Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.201 1**

**Nonpriority creditor's name and mailing address**
**Daisy Johnson**
**1962 Lewis rd**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.201 2**

**Nonpriority creditor's name and mailing address**
**Daisy Rivers**
**Atlanta Georgia**
**U4**
**Atlanta ga, GA 30315**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.201 3**

**Nonpriority creditor's name and mailing address**
**Daivd Kinloch**
**1510 Pennsylvania ave**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.201 4**

**Nonpriority creditor's name and mailing address**
**Daiyunn Walker**
**209 Rowland Dr**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.201 5**

**Nonpriority creditor's name and mailing address**
**Daja Riles**
**102 E Skidaway Ln**
**Thomasville, GA 31757**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.201 6**

**Nonpriority creditor's name and mailing address**
**Daja Stephens**
**471 Bob White Rd**
**Macon, GA 31216**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.201 7**

**Nonpriority creditor's name and mailing address**
**Dakari McCutchen**
**181 antebellum way**
**summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2018**

**Nonpriority creditor's name and mailing address**

**Dakavion Sandford**
**438 Gianna Ln**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2019**

**Nonpriority creditor's name and mailing address**

**Dakota Blackwell**
**11636 lincoln r.d. w**
**canyon creek, MT 59633**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2020**

**Nonpriority creditor's name and mailing address**

**Dakota Criner**
**411 w 5th street**
**Sedalia, MO 65301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2021**

**Nonpriority creditor's name and mailing address**

**DaKota Mccord**
**628 Cedarwood Dr.**
**Bonaire, GA 31005**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2022**

**Nonpriority creditor's name and mailing address**

**Dakota Parker**
**292 almon st**
**Heflin, AL 36264**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2023**

**Nonpriority creditor's name and mailing address**

**Dakota Pruitt**
**2597 Straylott Road**
**Franklin, GA 30217**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2024**

**Nonpriority creditor's name and mailing address**

**Dakota Staley**
**428 east Broadway**
**#6**
**Helena, MT 59602**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                    Case number (if known) _____
       Name

---

**3.2025**

**Nonpriority creditor's name and mailing address**

**Dakota Woodham**
**800 ga highway 247**
**Bonaire, GA 31005**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2026**

**Nonpriority creditor's name and mailing address**

**Dale & Jax Door & Glass Inc**
**PO Box 80385**
**Billings, MT 59108**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2027**

**Nonpriority creditor's name and mailing address**

**Dalia Rodriguez**
**118 Sw Lakeview blvd**
**Lees summit, MO 64063**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2028**

**Nonpriority creditor's name and mailing address**

**Dallas Bradley**
**150 Washington heights st**
**St. George, SC 29477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2029**

**Nonpriority creditor's name and mailing address**

**Dallas County**
**102 S. Cedar Street**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2030**

**Nonpriority creditor's name and mailing address**

**Dallas County Health Department**
**1011 W Main, PO Box 199**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2031**

**Nonpriority creditor's name and mailing address**

**Dallas Hughes**
**124 Market St**
**Washington, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 311 of 1218

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
　　　　　　Name

---

| 3.203 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dallas Moon**
**77 Chestnut**
**Commerce, GA 30529**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dallas Stenswick**
**2408 8th ave n**
**Great Falls, MT 59401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dalton Dunaway**
**1006 W Myrtle St**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dalton Kaut**
**8230 emery road**
**Bucyrus, MO 65444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dalton Thompson**
**2712 NE B Street**
**Topeka, KS 66616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dalvin Mathis**
**1095 booth rd**
**Warner robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dalvis Hills Jr**
**4370 Ladson Rd**
**B 306**
**Ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.2039**

**Nonpriority creditor's name and mailing address**

**Damahria Kendrick**
**510 angus blvd**
**Warner Robins, GA 31088**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2040**

**Nonpriority creditor's name and mailing address**

**Damani Tyler**
**2404 sw Paris dr**
**Blue springs, MO 64015**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2041**

**Nonpriority creditor's name and mailing address**

**Damarion Duncan**
**950 Lake Ridge Parkway**
**5204**
**Riverdale, GA 30296**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2042**

**Nonpriority creditor's name and mailing address**

**Damarion Gathers**
**103 Dahlia pl**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2043**

**Nonpriority creditor's name and mailing address**

**Damarius Barnett**
**501 Pine Park St**
**Apt P**
**Monroe, GA 30655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2044**

**Nonpriority creditor's name and mailing address**

**Damaun Watters**
**574 Mariposa Lane**
**McDonough, GA 30253**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2045**

**Nonpriority creditor's name and mailing address**

**Damein Birch**
**520 mclernon trace**
**104**
**Johns island, SC 29455**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2046**

**Nonpriority creditor's name and mailing address**

**Dameion Brown**
**1660 old trolly rd**
**L25**
**Charleston, SC 29456**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2047**

**Nonpriority creditor's name and mailing address**

**Dameon Albright**
**501 Fulton Avenue**
**Moberly, MO 65270**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2048**

**Nonpriority creditor's name and mailing address**

**Damian Gandy**
**437 south morris rd**
**2**
**Moultrie, GA 31768**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2049**

**Nonpriority creditor's name and mailing address**

**Damian Gee**
**2625 Otranto rd**
**Apt 400D**
**NORTH CHARLESTON, SC 29406**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2050**

**Nonpriority creditor's name and mailing address**

**Damian Jones**
**109 Pate Street**
**6**
**Moncks Corner, SC 29461**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2051**

**Nonpriority creditor's name and mailing address**

**Damian Schmidt**
**3375 Se Fremont St.**
**Topeka, KS 66605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2052**

**Nonpriority creditor's name and mailing address**

**Damian Wheeler**
**1235 Harold Pritchett Rd**
**Ellijay, GA 30540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
          Name

---

| 3.205 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damien Latham**
**701 West 7th Street**
**Adel, GA 31620**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.205 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damien Worley**
**11373 hwy 34**
**Apt 10**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.205 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damion Richardson**
**107 Waterside Dr**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.205 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damion Sears**
**205 S LeFevre Ave**
**Salisbury, MO 65281**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.205 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damion Treaster**
**14590 Edison rd**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.205 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damione Thomas Jr**
**1455 Saphire Drive**
**Mcdonough, GA 30252**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.205 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Damiya Giddens**
**4058 Smithfield trail**
**Atlanta, GA 30294**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.206 0**

**Nonpriority creditor's name and mailing address**

**Damon Johnson**
**1604 SW 23rd st**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206 1**

**Nonpriority creditor's name and mailing address**

**Damonne Simmons**
**9714 hillcrest rd**
**Kansas City, MO 64137**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206 2**

**Nonpriority creditor's name and mailing address**

**Damorria Riles**
**102 E Skidaway Ln**
**Thomasville, GA 31757**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206 3**

**Nonpriority creditor's name and mailing address**

**Dana Dan Fox**
**1607 cannon st**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206 4**

**Nonpriority creditor's name and mailing address**

**Dana Fudge**
**480 Murray Rd**
**D45**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206 5**

**Nonpriority creditor's name and mailing address**

**Dana Haynes**
**2288 Freeman Fowler  Rd**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206 6**

**Nonpriority creditor's name and mailing address**

**Dana Hernandez**
**715 sw Fillmore st**
**3**
**Topeka, KS 66606**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                        Case number (if known) _____
Name

---

**3.206 7**

**Nonpriority creditor's name and mailing address**

**Dana Logan**
**201 Canady street**
**Byron, GA 31008**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206 8**

**Nonpriority creditor's name and mailing address**

**Dana Manion**
**21305 4th Street south**
**Independence, MO 64056**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.206 9**

**Nonpriority creditor's name and mailing address**

**Dana Rowe**
**1360 Otila Dr**
**4A3**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.207 0**

**Nonpriority creditor's name and mailing address**

**Dana Wilson**
**2504 Happy Hollow Road**
**Timbo, AR 72680**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.207 1**

**Nonpriority creditor's name and mailing address**

**DaNaisa Simmons**
**665 Jackson St**
**Allendale, SC 29810**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.207 2**

**Nonpriority creditor's name and mailing address**

**Danayah Davis**
**9698 Patriots Blvd**
**626**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.207 3**

**Nonpriority creditor's name and mailing address**

**Dandre Williams**
**167 Clifton Drive**
**314**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  317 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.207 4**

**Nonpriority creditor's name and mailing address**

**Dane Steele**
**3716 E 9th street**
**Kansas City, MO 64124**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.207 5**

**Nonpriority creditor's name and mailing address**

**Danell Sims**
**9425 Myrtle ave**
**131**
**Kansa city, MO 64132**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.207 6**

**Nonpriority creditor's name and mailing address**

**Danial Asghar**
**9720 donnelly ave**
**Kansas city, MO 64134**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.207 7**

**Nonpriority creditor's name and mailing address**

**Danica Varga**
**189 Durington Road**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.207 8**

**Nonpriority creditor's name and mailing address**

**Daniel Bain**
**6501 Monsees Dr**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.207 9**

**Nonpriority creditor's name and mailing address**

**Daniel Barnhart**
**3010 11th Ave S**
**14c**
**Great Falls, MT 59405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.208 0**

**Nonpriority creditor's name and mailing address**

**Daniel Bostick**
**323 briarbend road**
**goose creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Official Form 206 E/F               Schedule E/F: Creditors Who Have Unsecured Claims               Page 318 of 1218

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

**3.208 1**

**Nonpriority creditor's name and mailing address**

**Daniel Buster**
**310 Janice St**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 2**

**Nonpriority creditor's name and mailing address**

**Daniel Gantt**
**4376 tanners mill road**
**Braselton, GA 30517**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 3**

**Nonpriority creditor's name and mailing address**

**Daniel Gaxaway**
**148 Davis St S**
**Lindale, GA 30147**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 4**

**Nonpriority creditor's name and mailing address**

**Daniel Jackson V**
**17310 East Susquehanna Drive**
**29**
**INDEPENDENCE, MO 64056**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 5**

**Nonpriority creditor's name and mailing address**

**Daniel Kirkland**
**7816 Morton rd**
**Houston, MO 65483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 6**

**Nonpriority creditor's name and mailing address**

**Daniel Lightle**
**709 locust dt**
**Washington, MO 63090**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 7**

**Nonpriority creditor's name and mailing address**

**Daniel Mills**
**17310 E Susquehanna dr**
**28**
**Independence, MO 64056**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page 319 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2088**

**Nonpriority creditor's name and mailing address**

**Daniel Mitchum**
**9989 dorchester Road**
**22c**
**Summerville, SC 29485**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2089**

**Nonpriority creditor's name and mailing address**

**Daniel Morrow**
**2616 old hardin rd**
**Billings, MT 59101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2090**

**Nonpriority creditor's name and mailing address**

**Daniel Newton**
**304 East 7th Street**
**Trenton, MO 64683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2091**

**Nonpriority creditor's name and mailing address**

**Daniel Patino**
**2129 Holly Park Dr**
**2129**
**Cumming, GA 30040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2092**

**Nonpriority creditor's name and mailing address**

**Daniel Ruiz Reina**
**2719 Woodward down trial**
**Buford, GA 30519**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2093**

**Nonpriority creditor's name and mailing address**

**Daniel Schaumburg**
**1112 Leslie ave**
**Helena, MT 59601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2094**

**Nonpriority creditor's name and mailing address**

**Daniel Silverstein**
**2715 3rd ave south**
**Great Falls, MT 59405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.209 5**

**Nonpriority creditor's name and mailing address**

**Daniel Turner**
**303 Old Macon Rd Lot 5**
**Byron, GA 31008**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209 6**

**Nonpriority creditor's name and mailing address**

**Daniel Whatley**
**252 reservoir st**
**252**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209 7**

**Nonpriority creditor's name and mailing address**

**Daniel Williams**
**114 US 90**
**227**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209 8**

**Nonpriority creditor's name and mailing address**

**Daniela Cabrera**
**3020 Route Cc**
**Lot 1**
**Jefferson, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209 9**

**Nonpriority creditor's name and mailing address**

**Daniela De La Torre**
**2409 sw 25th Dr**
**Topeka, KS 66611**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 0**

**Nonpriority creditor's name and mailing address**

**Daniele Williams**
**740 e brookwood dr.**
**Valdosta   31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 1**

**Nonpriority creditor's name and mailing address**

**Danielle Fruster**
**110 Willoughby Homes**
**Commerce, GA 30529**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.210 2**

**Nonpriority creditor's name and mailing address**
**Danielle Gethers**
**5549 Ritter Road**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 3**

**Nonpriority creditor's name and mailing address**
**Danielle Guyton**
**1011 hard pinch rd**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 4**

**Nonpriority creditor's name and mailing address**
**Danielle Higgins**
**600 S. Osborne Ave**
**Gillette, WY 82716**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 5**

**Nonpriority creditor's name and mailing address**
**DANIELLE HOLMES**
**742 crabapple Dr**
**Sandersville, GA 31082**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 6**

**Nonpriority creditor's name and mailing address**
**Danielle Ramsey**
**104bellviewhomes**
**104**
**Commerce, GA 30529**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 7**

**Nonpriority creditor's name and mailing address**
**Danielle Schuman**
**68 Crow Lane**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210 8**

**Nonpriority creditor's name and mailing address**
**Danielle Todd**
**10607 audrain road 9377**
**Mexico, MO 65265**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.2109**

**Nonpriority creditor's name and mailing address**
**Danika Osman**
**2502 gabrianna ct**
**Columbia, MO 65203**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2110**

**Nonpriority creditor's name and mailing address**
**Danius Calhoun**
**6000 Mabeline rd**
**64 b**
**Hanahan, SC 29410**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2111**

**Nonpriority creditor's name and mailing address**
**Danmon Wilkerson**
**113 fern st**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2112**

**Nonpriority creditor's name and mailing address**
**Danna Hernandez**
**5705 e 96th pl**
**Kansas city, KS 64137**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2113**

**Nonpriority creditor's name and mailing address**
**Dannette Hugs**
**2013 24th St W**
**7**
**Billings, MT 59102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2114**

**Nonpriority creditor's name and mailing address**
**Danny Miller**
**833 w end place**
**moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2115**

**Nonpriority creditor's name and mailing address**
**Danny Robinson**
**1010 S Houston lake rd apt 622**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                     Case number (if known)    _____
          Name

| 3.2116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danrael Stocks**
**403 Park Ave Se**
**Lindale, GA 30147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danubia Rodriguez Lopez**
**304 Van brunt Blvd**
**Kansas City Missouri, MO 64124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danyell Chambers**
**105 eagle ln Jonesboro**
**Fayetteville, GA 30238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daphane Henton**
**1100 old statenville road**
**D6**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daquan Howell**
**205 Mattie lane**
**Moncks corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Daquan Ross**
**1211 SW Westminister Rd**
**Blue Springs, MO 64014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DARCO Properties - GEORGIA, LLC**
**3871 Crest Dr.**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  324 of 1218

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.212 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darcy Brown**
**111 w highland ave**
**St Joseph, MO 64505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darez Chatman**
**1005 airport drive**
**House**
**Gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Dariaha Riles**
**102 E Skidaway Ln**
**Thomasville, GA 31757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darian Flagg**
**210 Southland Station Dr**
**211**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darion Favors**
**1739 largo cir**
**valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darion Hughes**
**6466 Yellowstone way**
**Lizella, GA 31052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darion Wilson**
**116 Dewey Street**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 325 of 1218

Debtor **ARC Burger, LLC**                          Case number (if known) _____
Name

---

| 3.213 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darius Barrett**
**426 Georgia Ave N**
**Bremen, GA 30110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darius Brinson**
**1504 baymeadows dr**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darius Brown**
**111 S Main St**
**C3**
**Luthersville, GA 30251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darius Styles**
**1014 West Broad Street**
**Griffin, FL 30223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darius Williams**
**1387 Carmichael Drive**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darius Williams**
**95 S Houston St, Hawkinsville Apt# 2208**
**Hawkinsville, GA 31036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Darja Geddis**
**292 Pittsburg Landing**
**Summerville, SC 29486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| **3.213 7** | |

**Nonpriority creditor's name and mailing address**
**Darlington Gyamfi**
**1010 white birch way**
**Lawrencevillie, GA 30043**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.213 8** | |

**Nonpriority creditor's name and mailing address**
**Darnell Flowers**
**4150 Arkwright Rd**
**Apt 40**
**Macon, GA 31210**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.213 9** | |

**Nonpriority creditor's name and mailing address**
**Darnita Camon**
**1505 E Park  Ave**
**D2**
**Valdosta, GA 31602**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.214 0** | |

**Nonpriority creditor's name and mailing address**
**Darreion Marshall**
**15 knotty Pine Dr**
**Hawkinsville, GA 31036**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.214 1** | |

**Nonpriority creditor's name and mailing address**
**Darrell Goolsby**
**177 Adkins Road**
**Barnesville, GA 30204**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.214 2** | |

**Nonpriority creditor's name and mailing address**
**Darrell Hobbs**
**35 pinehill rd**
**Eufaula, AL 36027**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.214 3** | |

**Nonpriority creditor's name and mailing address**
**Darrell Jackson**
**9667 OUTLOOK DR**
**OVERLAND PARK, KS 66207**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**                         Case number (if known) _____
Name

**3.2144**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Darrell Smith**
**1304 sw 25th st**
**Blue springs, KS 64015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**3.2145**

**darrell williams**
**58 sliver tip court**
**mcdonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes    **$0.00**

**3.2146**

**Darrenia Brabham**
**428 Green Park Ln.**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes    **$0.00**

**3.2147**

**Darrin Turnipseed**
**820 Rome Street**
**Carrollton, GA 30117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes    **$0.00**

**3.2148**

**Darrion Stevenson**
**599 Rhodes street**
**Atlanta, GA 30314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes    **$0.00**

**3.2149**

**Darryl Kuykendall**
**2141 Poplar Falls ave**
**Lithonia, GA 30058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes    **$0.00**

**3.2150**

**Darryl Tandy Jr**
**1003 n Washington**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes    **$0.00**

| Debtor | ARC Burger, LLC | Case number (if known) | |
| | Name | | |

---

**3.215
1**

**Nonpriority creditor's name and mailing address**

**Dartanun Hammond**
**85 mary Johnson drive**
**85**
**Franklin, GA 30217**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.215
2**

**Nonpriority creditor's name and mailing address**

**Daryl Causey**
**235 Belle Lane**
**Varnville, SC 29944**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.215
3**

**Nonpriority creditor's name and mailing address**

**Daryl Ellis**
**9212 North Main**
**Summerville, SC 29483**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.215
4**

**Nonpriority creditor's name and mailing address**

**Daryl York**
**202 n Rodney st**
**2**
**Helena Montana, MT 59601**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.215
5**

**Nonpriority creditor's name and mailing address**

**Dasan Munroe**
**2795 Varlet Ct**
**Snellville, GA 30039**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.215
6**

**Nonpriority creditor's name and mailing address**

**Dashaun Hambrick**
**12561 Lakeside pkwy**
**Fayetteville, GA 30215**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.215
7**

**Nonpriority creditor's name and mailing address**

**Dashaun Milligan**
**1098 santee River rd**
**Jamestown, SC 29461**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
Name
Case number (if known) _____

---

**3.2158**

**Nonpriority creditor's name and mailing address**
**DaShaun Sloan**
**116 feinberg st**
**Thomasville, GA 31792**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2159**

**Nonpriority creditor's name and mailing address**
**Dashawn Kelly**
**177 West point dr**
**St Stephen, SC 29479**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2160**

**Nonpriority creditor's name and mailing address**
**Dashew Fountains Prop., LLC**
**c/o NAC Las Vegas, LLC**
**9079 W Post Rd #120**
**Las Vegas, NV 89148**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$6,875.00**

---

**3.2161**

**Nonpriority creditor's name and mailing address**
**Daslyn Pyatt**
**800 coopers ridge blvd**
**#104**
**ladson, SC 29456**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2162**

**Nonpriority creditor's name and mailing address**
**Data Fleet LLC**
**70 E. Sunrise Highway Suite 500**
**Valley Stream, NY 11581**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2163**

**Nonpriority creditor's name and mailing address**
**Dava Jones**
**300 Reed Street**
**Apt.6D**
**Saint George, SC 29477**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2164**

**Nonpriority creditor's name and mailing address**
**Davaco LP**
**4050 Valley View Lane, Suite 150**
**Irving, TX 75038**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.216 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Davan Matthews**
**65 Mills Landing**
**Covington, GA 30016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DaVante Owens**
**135 backhall rd**
**St stephen, SC 29479**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Davante Polk**
**2450 Spring Garden Dr SW**
**Atlanta, GA 30315**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Davarius Jackson**
**324 tracy terr**
**warner robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Davarris Curry**
**440 Clayton Lane Point**
**Tennille, GA 31089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dave Dixon**
**65 Pier Drive**
**Apt. Number 102**
**Westmont, IL 60559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dave Jacob Prince**
**2294 Post Oak Drive**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.217 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Dave Loden Construction**<br>**400 Hemlock St**<br>**Buffalo, WY 82834** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.217 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Daveon Davis**<br>**2000 Bouldercrest Rd Se**<br>**H2**<br>**Atlanta, GA 30301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.217 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Daveyon mcghee**<br>**320 carl vinson pkwy**<br>**Apt 621**<br>**warner robins, GA 31088** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.217 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Davia Seri**<br>**3375 Wylie Dr.**<br>**#42**<br>**Helena, MT 59602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.217 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **David Barnhill**<br>**2751 Grantham Dr.**<br>**Chipley, FL 32428** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.217 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **David Batchelor**<br>**4612 Barnesville highway**<br>**The rock   30285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.217 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **david bennett**<br>**821 south mo ave**<br>**sedalia, MO 65301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|

**3.2179**

**Nonpriority creditor's name and mailing address**

**David Bostick**
**323 Briarbend Rd**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2180**

**Nonpriority creditor's name and mailing address**

**David Cann**
**118 honeysuckle vine rd**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2181**

**Nonpriority creditor's name and mailing address**

**David Cann**
**118 honeysuckle vine rd**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2182**

**Nonpriority creditor's name and mailing address**

**David Casterline**
**1019 15th Street North**
**Greatfalls, MT 59401**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2183**

**Nonpriority creditor's name and mailing address**

**David Coffman**
**2236 sw 8th avenue**
**Topeka, KS 66610**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2184**

**Nonpriority creditor's name and mailing address**

**David Dang & Kyle Dang**
**126 Laura St.**
**San Francisco, CA 94112**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$31,956.44**

---

**3.2185**

**Nonpriority creditor's name and mailing address**

**David Daniel**
**310 Oak Street**
**Sandersville, GA 31082**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.218 6**

**Nonpriority creditor's name and mailing address**

**David Dixon**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 7**

**Nonpriority creditor's name and mailing address**

**David Dossett**
**13942 falkirk circle**
**Grandview, MO 64030**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 8**

**Nonpriority creditor's name and mailing address**

**David G. Lewis Jr**
**2324 FSU Lane**
**Bonifay, FL 32425**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 9**

**Nonpriority creditor's name and mailing address**

**David Hartley**
**5508 Carolina Dr**
**Helena, MT 59602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.219 0**

**Nonpriority creditor's name and mailing address**

**David Jancis**
**480 LG Griffin Road**
**Locust Grove, GA 30248**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.219 1**

**Nonpriority creditor's name and mailing address**

**David Lattibeaudiere**
**8668 Ashley Way**
**Douglasville, GA 30134**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.219 2**

**Nonpriority creditor's name and mailing address**

**David Lawson**
**4264 Melinda Lane**
**Gainsville, GA 30507**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.219 3**

**Nonpriority creditor's name and mailing address**

**David Maness**
**6171 Highway 66**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219 4**

**Nonpriority creditor's name and mailing address**

**David Mcclenahan**
**6719 highway 63**
**Houston, MO 65483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219 5**

**Nonpriority creditor's name and mailing address**

**David Mcdaniel**
**60 Suddeth rd**
**Colbert, GA 30628**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219 6**

**Nonpriority creditor's name and mailing address**

**David Milliner**
**1502 West Whitney Avenue**
**Albany, GA 31707**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219 7**

**Nonpriority creditor's name and mailing address**

**David Pineault**
**429 Tammie Ave**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219 8**

**Nonpriority creditor's name and mailing address**

**David Ragan**
**508 w hwy 168**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219 9**

**Nonpriority creditor's name and mailing address**

**David Roberts**
**807 S Independence Street Harrisonville**
**Missouri, MO 64701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.220 0**

**Nonpriority creditor's name and mailing address**

**David Ryce**
**2000 se echo ridge**
**39**
**Topeka, KS 66607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.220 1**

**Nonpriority creditor's name and mailing address**

**David Simpson**
**332 west avenue**
**2810 ridge view trail**
**Jonesboro, GA 30236**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.220 2**

**Nonpriority creditor's name and mailing address**

**David Vazquez**
**2211n 44th st**
**Kansas city, KS 66104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.220 3**

**Nonpriority creditor's name and mailing address**

**David Ward**
**1186 wee tee road**
**Andrews, SC 29510**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.220 4**

**Nonpriority creditor's name and mailing address**

**David Weaver**
**229 sw Mcclendon dr**
**Lee's summit, MO 64081**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.220 5**

**Nonpriority creditor's name and mailing address**

**Davin Dahl**
**300 41ST ST S**
**Great Falls, MT 59405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.220 6**

**Nonpriority creditor's name and mailing address**

**Davion Clay**
**256 Middlebrooks St**
**Norman Park, GA 31771**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2207**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,300.00** |
|---|---|---|
| **Davis Prof. Lawn Care LLC**<br>**Albert Davis III**<br>**690 Westbrook St SW**<br>**Cairo, GA 39828** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __Landscape__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2208**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Davis Promotionals**<br>**Po Box 999**<br>**Drayton, SC 29333** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2209**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Davon Tanner**<br>**3235 gillsville hwy**<br>**Gainesville, GA 30501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2210**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Davonta Thomas**<br>**18 E Howell Dr**<br>**Lakeland, GA 31635** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2211**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Davontae Frame**<br>**1120 North wade street**<br>**A**<br>**Mexico, MO 65265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2212**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Dawayne Bennett**<br>**1453 border street**<br>**sugar hill, GA 30518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2213**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Dawn Goesmann**<br>**2061 Vienna Rd**<br>**Rolla, MO 65401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **ARC Burger, LLC**                                      Case number (if known) _____
        Name

---

**3.221 4**

**Nonpriority creditor's name and mailing address**

**Dawn Goesmann**
**229 B Grand Cypress Dr**
**Summerville, SC 29486**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.221 5**

**Nonpriority creditor's name and mailing address**

**Dawson burns**
**642 leisure dr**
**hartford, AL 36344**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.221 6**

**Nonpriority creditor's name and mailing address**

**Dawson Morgan**
**361 Brody dr ne**
**Resaca, GA 30735**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.221 7**

**Nonpriority creditor's name and mailing address**

**Dayantrinique Harris**
**1404 Stone Ridge Court**
**N/A**
**Hampton, GA 30228**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.221 8**

**Nonpriority creditor's name and mailing address**

**Daylon Etheridge**
**110 n creek trail**
**Jonesboro, GA 30238**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.221 9**

**Nonpriority creditor's name and mailing address**

**Daymien Anzora**
**820 1st ave SW**
**#104**
**Great falls, MT 59404**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.222 0**

**Nonpriority creditor's name and mailing address**

**Dayne's Waste Disposal Inc**
**PO BOX 248**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**$381.68**

---

**Debtor**   **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

**3.222**
**1**

**Nonpriority creditor's name and mailing address**         **As of the petition filing date, the claim is:** Check all that apply.            **$0.00**

**Dayonna Henley**                              ☐ Contingent
**2718**                                        ☐ Unliquidated
**Tifton, GA 31794**                            ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __               **Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222**
**2**

**Nonpriority creditor's name and mailing address**         **As of the petition filing date, the claim is:** Check all that apply.            **$0.00**

**Dayquan Morrison**                            ☐ Contingent
**1770 Richmond circle**                        ☐ Unliquidated
**500c**                                        ☐ Disputed
**Atlanta, GA 30315**

Date(s) debt was incurred __                    **Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222**
**3**

**Nonpriority creditor's name and mailing address**         **As of the petition filing date, the claim is:** Check all that apply.            **$0.00**

**Dayshaun Spencer**                            ☐ Contingent
**2601 northwest chipman rd**                   ☐ Unliquidated
**Unit B**                                      ☐ Disputed
**Lees summit, MO 64081**

Date(s) debt was incurred __                    **Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222**
**4**

**Nonpriority creditor's name and mailing address**         **As of the petition filing date, the claim is:** Check all that apply.            **$0.00**

**Dayton Shaw**                                 ☐ Contingent
**410 sw Main**                                 ☐ Unliquidated
**None**                                        ☐ Disputed
**Cuba, MO 65453**

Date(s) debt was incurred __                    **Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222**
**5**

**Nonpriority creditor's name and mailing address**         **As of the petition filing date, the claim is:** Check all that apply.            **$0.00**

**Dayza Henderson**                             ☐ Contingent
**170 n pine street**                           ☐ Unliquidated
**Lakeland, GA 31635**                          ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __               **Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222**
**6**

**Nonpriority creditor's name and mailing address**         **As of the petition filing date, the claim is:** Check all that apply.            **$0.00**

**DBPR**                                        ☐ Contingent
**2601 Blair Stone Road**                       ☐ Unliquidated
**Tallahassee, FL 32399**                       ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __               **Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222**
**7**

**Nonpriority creditor's name and mailing address**         **As of the petition filing date, the claim is:** Check all that apply.            **$0.00**

**DC Plumbing LLC**                             ☐ Contingent
**P.O Box 278**                                 ☐ Unliquidated
**Willow Springs, MO 65793**                    ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __               **Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **ARC Burger, LLC**                                    Case number (if known) _____
           Name

| | | |
|---|---|---|
| 3.222 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.222 8**

**Nonpriority creditor's name and mailing address**

**DC Refrigeration Technologies LLC**
**4959 N College Ave**
**Kansas City, MO 64119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Repairs & Maintenance__

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,400.00**

---

**3.222 9**

**Nonpriority creditor's name and mailing address**

**Deacon Piprude**
**501 3rd Ave sw**
**Great falls, MT 59404**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.223 0**

**Nonpriority creditor's name and mailing address**

**DeAndre Ford**
**8609 e 84th ter**
**Raytown, MO 64138**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.223 1**

**Nonpriority creditor's name and mailing address**

**Deandre Powell**
**743 Cromwell LN**
**Walterboro, SC 29488**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.223 2**

**Nonpriority creditor's name and mailing address**

**Deangelo Adams**
**1106 3rd ave nw**
**Moultrie, GA 31768**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.223 3**

**Nonpriority creditor's name and mailing address**

**DeAngelo Wilson**
**13 Rock Springs Dr**
**Mexico, MO 65265**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.223 4**

**Nonpriority creditor's name and mailing address**

**Deanna Arias**
**581 Ila Road Lot 2**
**Commerce, GA 30529**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.2235**

**Nonpriority creditor's name and mailing address**

**Deanna Bennett**
**400 w poplar street**
**D1**
**Griffin, GA 30224**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2236**

**Nonpriority creditor's name and mailing address**

**Deanna Heath**
**1005 SW Kingscross Rd**
**Blue Spring's, MO 64014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2237**

**Nonpriority creditor's name and mailing address**

**Deanna Stiegelmeyer**
**522 Amy Dr**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2238**

**Nonpriority creditor's name and mailing address**

**Deanne White**
**764 Woodrow Rd**
**Estill, SC 29918**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2239**

**Nonpriority creditor's name and mailing address**

**Deans Locksmith LLC**
**405 Cottle Road**
**Ty Ty, GA 31795**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2240**

**Nonpriority creditor's name and mailing address**

**Deantavia Hudson**
**1127 Sherwood In**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2241**

**Nonpriority creditor's name and mailing address**

**Deante Banks**
**513 VineVille St**
**Fort Valley, GA 31030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **ARC Burger, LLC**
Name                                              Case number (if known)

---

**3.224
2**

**Nonpriority creditor's name and mailing address**

**Dearius Johnson**
**160 centennial dr**
**230**
**Carrollton, GA 30116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

**3.224
3**

**Nonpriority creditor's name and mailing address**

**Deasia Smith**
**800 Leisure Lake Dr**
**2G**
**Warner Robins, GA 31088**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

**3.224
4**

**Nonpriority creditor's name and mailing address**

**Deavion Elmore**
**7461 dorange rd**
**Reevesville, SC 29471**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

**3.224
5**

**Nonpriority creditor's name and mailing address**

**DeAvion Price**
**8623 E 96th pl**
**Kansas City, MO 64134**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

**3.224
6**

**Nonpriority creditor's name and mailing address**

**Debbie Tanner**
**2901 Franklin Parkway**
**Franklin, GA 30217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

**3.224
7**

**Nonpriority creditor's name and mailing address**

**Deborah MacKenzie**
**2152 Cane Gully Rd**
**Moncks Corner, SC 29461**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

**3.224
8**

**Nonpriority creditor's name and mailing address**

**Deborah Page**
**1300 Douth Live Oak DR.**
**Moncks Corner, SC 29461**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.2249**

**Nonpriority creditor's name and mailing address**

**Deborah Ratliff**
**3117 pine oak dr**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2250**

**Nonpriority creditor's name and mailing address**

**Deborah williams**
**137 sumner top lane**
**apt 12**
**ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2251**

**Nonpriority creditor's name and mailing address**

**Debra Bradshaw**
**903 Bryan St**
**Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2252**

**Nonpriority creditor's name and mailing address**

**Debra Brown**
**7731 Mendelwood Drive**
**North Charleston, SC 29418**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2253**

**Nonpriority creditor's name and mailing address**

**Debra Evans**
**111 Barclay Street**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2254**

**Nonpriority creditor's name and mailing address**

**Debra Hurlburt**
**114 South 4 J Road**
**Gillerte, WY 82716**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2255**

**Nonpriority creditor's name and mailing address**

**Debra Jiler**
**7017 Rivol Rd.**
**West Hills, CA 91307**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$5,640.00**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.2256**

**Nonpriority creditor's name and mailing address**

**Decarlo Marshall**
**15 Melinda Gibbs dr**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2257**

**Nonpriority creditor's name and mailing address**

**Decha Farmer**
**212B Rome St**
**bowdon, GA 30108**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2258**

**Nonpriority creditor's name and mailing address**

**Dee Bee Customs LLC**
**1416 W 149th ST**
**Scranton, KS 66537**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2259**

**Nonpriority creditor's name and mailing address**

**Dee H. Food System, Inc**
**5782 Long Pond Rd.**
**Lake Park, GA 31636**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$16,178.20**

---

**3.2260**

**Nonpriority creditor's name and mailing address**

**Dee Lane**
**719 N stevens St**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2261**

**Nonpriority creditor's name and mailing address**

**Deedra Johnson**
**424 Line Street**
**G8**
**chattahoochee, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2262**

**Nonpriority creditor's name and mailing address**

**Deep South Glass LLC**
**1601 Highway 90**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                          Case number (if known) _____
         Name

---

3.226
3

**Nonpriority creditor's name and mailing address**

**Deep South Sanitation LLC**
**PO BOX 5470**
**Valdosta, GA 31603**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.226
4

**Nonpriority creditor's name and mailing address**

**Deidre Walker**
**205 Lockhart St**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.226
5

**Nonpriority creditor's name and mailing address**

**Deise Neto**
**5260 Village View Lane**
**Stone Mountain, GA 30087**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.226
6

**Nonpriority creditor's name and mailing address**

**Deja Frazier Hawklns**
**4651 Ladson rd apt**
**12**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.226
7

**Nonpriority creditor's name and mailing address**

**Deja White**
**8885 Dorsey Rd**
**Riverdale, GA 30274**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.226
8

**Nonpriority creditor's name and mailing address**

**DeJanae Calhoun**
**69 East Patten Avenue**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.226
9

**Nonpriority creditor's name and mailing address**

**Dejanique Washington**
**513 Corey Blvd**
**A**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2270**

**Nonpriority creditor's name and mailing address**

**Dejohnna Mitchell**
**33 East Talley ave**
**Lakeland, GA 31635**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2271**

**Nonpriority creditor's name and mailing address**

**Dekalb County**
**Department of Planning**
**330 W. Ponce de Leon Ave**
**Decatur, GA 30030**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **License & Permits**

Is the claim subject to offset? ■ No ☐ Yes

**$1,921.45**

---

**3.2272**

**Nonpriority creditor's name and mailing address**

**DeKalb County**
**PO 71224**
**Charlotte, NC 28272-1224**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$430.00**

---

**3.2273**

**Nonpriority creditor's name and mailing address**

**Dekalb County Environmental Health**
**445 Winn Way**
**Decatur, GA 30030, GA 30030**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2274**

**Nonpriority creditor's name and mailing address**

**Dekalb County Tax Commissioner**
**Collections Division**
**P.O. Box 117545**
**Atlanta, GA 30368-7545**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2275**

**Nonpriority creditor's name and mailing address**

**DeKalb County Tax Commissioner**
**4380 Memorial Dr.**
**Decatur, GA 30032**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2276**

**Nonpriority creditor's name and mailing address**

**Dekardre Williams**
**123 Bennett St**
**Thomasville, GA 31792**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                                    Case number (if known) _____
_____Name_____

---

3.2277

**Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Dekyah Marshall**
**15 Melinda Gibbs dr**
**Tifton, GA 31794**                                           ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __

**Last 4 digits of account number** __                         Is the claim subject to offset? ■ No  ☐ Yes

---

3.2278

**Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Delaca Lampkin**
**1134 Universal Circle**
**Goose Creek, SC 29479**                                      ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __

**Last 4 digits of account number** __                         Is the claim subject to offset? ■ No  ☐ Yes

---

3.2279

**Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Delainey Burnette**
**26336 highway 151**
**Clarence, MO 63437**                                         ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __

**Last 4 digits of account number** __                         Is the claim subject to offset? ■ No  ☐ Yes

---

3.2280

**Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Delena Harris**
**432 Monroe Ave.**
**Kansas City, MO 64124**                                      ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __

**Last 4 digits of account number** __                         Is the claim subject to offset? ■ No  ☐ Yes

---

3.2281

**Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Delia Chugden**
**9406 grant dr**
**overland park, KS 66212**                                    ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __

**Last 4 digits of account number** __                         Is the claim subject to offset? ■ No  ☐ Yes

---

3.2282

**Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Delores Wheeler**
**242 Smyly Road**
**Ruffin, SC 29475**                                           ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __

**Last 4 digits of account number** __                         Is the claim subject to offset? ■ No  ☐ Yes

---

3.2283

**Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Deloris Davis**
**856 Betsy Ross trl**
**Hampton, GA 30228**                                          ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __

**Last 4 digits of account number** __                         Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 347 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.228 4**

**Nonpriority creditor's name and mailing address**
**Delrico Shelling**
**761 Stonebridge Park Cir**
**Lithonia, GA 30058**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 5**

**Nonpriority creditor's name and mailing address**
**Delron Tyree**
**1728 SW Fairmont Rd**
**Topeka, KS 66604**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 6**

**Nonpriority creditor's name and mailing address**
**Delta Carroll**
**4045 Mission Way**
**McDonough, GA 30252**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 7**

**Nonpriority creditor's name and mailing address**
**Delton Berry**
**1603 lake shore dr**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 8**

**Nonpriority creditor's name and mailing address**
**Deluxe Electric LLC**
**141 Acorn Ln**
**Santee, SC 29142**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 9**

**Nonpriority creditor's name and mailing address**
**Delveccho Waller**
**1360 otial dr**
**5a3**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.229 0**

**Nonpriority creditor's name and mailing address**
**DeMarco Walker**
**521 Emporia Loop**
**McDonough, GA 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.229
1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Demarcus Brown**
**4570 Memorial Blue Star Highway**
**Chattahoochee, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229
2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Demarcus Hall**
**178B Dorchester manor**
**B**
**North Charleston, SC 29420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229
3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Demarcus Mcintire**
**102 Chatham Drive**
**C**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229
4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Demarcus Williams**
**2141 Poplar Falls Ave Lithonia**
**Lithonia, GA 30058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229
5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Demario Caruthers**
**520 east holt**
**5**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229
6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Demario Leonard**
**2552 Boulder rd**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229
7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Demarion Dixon**
**319 East Church St**
**Apt B6**
**Sandersville, GA 31082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

| 3.2298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DeMarion Rumph**
**206 NorthLake Drive**
**105**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Demarius Brown**
**1026 Wheel House Ln**
**1026**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Demarshio Curry**
**619 Gordon Street**
**Sandersville, GA 31082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Demarya Rooks**
**13 ivy st**
**Porterdale, GA 30014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Demerieyah Blackwell**
**416 serena drive**
**Norman Park, GA 31771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Demetra Nellon**
**230 Meadowlark Court**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Demetreas Bronner**
**1943 Driskell Dr**
**Gainesville, GA 30504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.230 5**

**Nonpriority creditor's name and mailing address**
**Demetria Williams**
**205 Short E Street**
**Thomaston, GA 30286**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.230 6**

**Nonpriority creditor's name and mailing address**
**Demetric Claiborne**
**3207 Gainer Road**
**Chipley, FL 32428**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.230 7**

**Nonpriority creditor's name and mailing address**
**Demetriess Green**
**2610 cedarwood rd**
**Charleston   29406**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.230 8**

**Nonpriority creditor's name and mailing address**
**Demetrius Artis**
**75 S Zach Hinton pkwy**
**Mcdonough, GA 30253**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.230 9**

**Nonpriority creditor's name and mailing address**
**Demetrius Barnett**
**501 pine park st**
**P**
**Monroe, GA 30655**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231 0**

**Nonpriority creditor's name and mailing address**
**Demetrius Chisholm**
**4295 Royal Harbor rd**
**Hollywood, SC 29449**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231 1**

**Nonpriority creditor's name and mailing address**
**Demetrius Fisher**
**133 James P. Brawley Drive, NW**
**Atlanta, GA 30314**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.231 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Demetrius Howard** | ☐ Contingent | |
| **510 old Albany rd** | ☐ Unliquidated | |
| **B8** | ☐ Disputed | |
| **Thomasville, GA 31792** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.231 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Demetrius Hugee** | ☐ Contingent | |
| **7567 Hunters Ridge Lane** | ☐ Unliquidated | |
| **North Charleston, SC 29420** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.231 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Demetrius Kemp** | ☐ Contingent | |
| **240 DONNA LANE** | ☐ Unliquidated | |
| **Thomasville, GA 31792** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.231 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Demetrius Mcmiller** | ☐ Contingent | |
| **111 corinth street** | ☐ Unliquidated | |
| **Warner Robins, GA 31088** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.231 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Demetrius Richardson** | ☐ Contingent | |
| **606 Zion street** | ☐ Unliquidated | |
| **Chattahoochee, FL 32324** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.231 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Demetrius Warren** | ☐ Contingent | |
| **715 3rd Ave NW** | ☐ Unliquidated | |
| **103** | ☐ Disputed | |
| **Great falls, MT 59404** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.231 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Demetrius Washington** | ☐ Contingent | |
| **216 reservoir street** | ☐ Unliquidated | |
| **216** | ☐ Disputed | |
| **Rome, GA 30161** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **ARC Burger, LLC**                                    Case number (if known)  _____
          Name

---

**3.2319**

**Nonpriority creditor's name and mailing address**

**Demhya Davis**
**1330 Young St**
**13**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2320**

**Nonpriority creditor's name and mailing address**

**Demichael Gray**
**1043 wheelhouse lane**
**A**
**Monroe, GA, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2321**

**Nonpriority creditor's name and mailing address**

**DeMizio Harper**
**121 Pinson st**
**Newnan, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2322**

**Nonpriority creditor's name and mailing address**

**Demoneya Stewart**
**201 Hollywood st**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2323**

**Nonpriority creditor's name and mailing address**

**Demontez Watson**
**3989 Kings park circle**
**Macon, GA 31217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2324**

**Nonpriority creditor's name and mailing address**

**Demontre Whaley**
**2617 Ranger Drive**
**North Charleston, SC 29405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2325**

**Nonpriority creditor's name and mailing address**

**Demontrelle Towler**
**30 Herald Dr**
**Bethlehem, GA 30620**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.232 6**

**Nonpriority creditor's name and mailing address**

**DeNas Wright**
**1845 lowland lane**
**James island, SC 29412**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 7**

**Nonpriority creditor's name and mailing address**

**DeNasia Little**
**280 oak street**
**harrison, GA 31035**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 8**

**Nonpriority creditor's name and mailing address**

**Denetta Thomas**
**1101 Crossing Place**
**Griffin, GA 30223**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232 9**

**Nonpriority creditor's name and mailing address**

**Denise Reynolds**
**22946 Houston Road**
**Apt 2**
**Houstonia, MO 65333**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 0**

**Nonpriority creditor's name and mailing address**

**Denise Robinson**
**18 Jelks Street**
**Hawkinsville, GA 31036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 1**

**Nonpriority creditor's name and mailing address**

**Dennis Alexander jr**
**4023 camellia dr**
**B3**
**Valdosta, GA 31605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 2**

**Nonpriority creditor's name and mailing address**

**Dennis Buck**
**266 Bayboro circle**
**Goose creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**
_____      Case number (if known) _____
Name

| 3.233 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Dennis Franklin**
**406 SW Sunset Dr**
**Lees Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.233 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Dennis Shannon**
**PO Box 151**
**Summerville, SC 29484**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.233 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dentons US LLP**
**2398 East Camelback Road**
**Suite 850**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** **Professional Fees**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.233 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Denver Fisher**
**2601 4th Ave N**
**108**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.233 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Denzel Banks**
**4321 Sheppard dr**
**Conely, GA 30288**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.233 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Deon Gray**
**15217 deer trail**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.233 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Deon Thomas**
**1101 griffin place**
**Griffin, GA 30223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 355 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2340**

**Nonpriority creditor's name and mailing address**

**Deondre Davis**
**504 Everett street**
**Hampton, SC 29924**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2341**

**Nonpriority creditor's name and mailing address**

**Deondre Williamson**
**1502 south pecan street**
**C**
**Cordele, GA 31015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2342**

**Nonpriority creditor's name and mailing address**

**Deonte Crew**
**510 Old Albany Rd**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2343**

**Nonpriority creditor's name and mailing address**

**Deonte Seets**
**36 E Davis Ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2344**

**Nonpriority creditor's name and mailing address**

**Deontre Cedillo**
**917 s 4th**
**moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2345**

**Nonpriority creditor's name and mailing address**

**Deontre Hill**
**1213 Elliott brown St**
**Apt 1**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2346**

**Nonpriority creditor's name and mailing address**

**Department of Revenue**
**P.O. Box 8021**
**Helena, MT 59604-8021**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| **3.234 7** | **$0.00** |

**Nonpriority creditor's name and mailing address**

**Department of the Treasury Internal Reve**
**Internal Revenue Service**
**P.O. Box 931000**
**Louisville, KY 40293-1000**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.234 8** | **$0.00** |

**Nonpriority creditor's name and mailing address**

**Department of Workface Service**
**PO Box 2648**
**Casper, WY 82602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.234 9** | **$0.00** |

**Nonpriority creditor's name and mailing address**

**Dependable Service Plumbing & Air**
**PO Box 2716**
**Pawleys Island, SC 29585**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.235 0** | **$0.00** |

**Nonpriority creditor's name and mailing address**

**Dequan Smith**
**5055 County Line Rd**
**Ravenel, SC 29470**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.235 1** | **$0.00** |

**Nonpriority creditor's name and mailing address**

**Dequan Welsh**
**112 Burgundy Ct**
**Athens, GA 30601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.235 2** | **$0.00** |

**Nonpriority creditor's name and mailing address**

**Dequavious Smith**
**517 N hill street**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.235 3** | **$0.00** |

**Nonpriority creditor's name and mailing address**

**Derek Buckner**
**1638 se Boone trl**
**Lees Summit, MO 64063**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                  Case number (if known) _____
_____
Name

| 3.235 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Derek Harris** | ☐ Contingent | |
| **4031 Avalon Place** | ☐ Unliquidated | |
| **Flowery Branch, GA 30542** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Derek Morgan** | ☐ Contingent | |
| **107 south Alabama** | ☐ Unliquidated | |
| **Mexico, MO 65265** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Derek Pettus** | ☐ Contingent | |
| **430 Lincoln Dr** | ☐ Unliquidated | |
| **Chattahoochee, FL 32324** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Derek Scott** | ☐ Contingent | |
| **493 Enloe Road** | ☐ Unliquidated | |
| **Cuba, MO 65453** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Derick Montesano-Consalvo** | ☐ Contingent | |
| **7429 Blue Star Hwy** | ☐ Unliquidated | |
| **Chattahoochee, FL 32324** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Derralya McArthur** | ☐ Contingent | |
| **1505 E Park Ave** | ☐ Unliquidated | |
| **H4** | ☐ Disputed | |
| **Valdosta, GA 31602** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Derreon Underwood** | ☐ Contingent | |
| **2950 Juliette rd** | ☐ Unliquidated | |
| **Juliette, GA 31046** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 358 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.236
1**

**Nonpriority creditor's name and mailing address**

**Derrick Banks**
**118 Astor St**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236
2**

**Nonpriority creditor's name and mailing address**

**Derrick Brabham**
**319 bishopville road**
**St George, SC 29477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236
3**

**Nonpriority creditor's name and mailing address**

**Derrick Brooks**
**1122 Lemontree Ln**
**Charleston, SC 29412**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236
4**

**Nonpriority creditor's name and mailing address**

**Derrick Brown**
**3 bouldercrest Ln SE Apt 3E**
**Atlanta, GA 30316**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236
5**

**Nonpriority creditor's name and mailing address**

**Derrick Carswell**
**4183 beaver run rd**
**Valdosta Georgia, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236
6**

**Nonpriority creditor's name and mailing address**

**Derrick Carter**
**2236 Savannah Highway**
**137**
**Charleston, SC 29414**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.236
7**

**Nonpriority creditor's name and mailing address**

**Derrick Dixon**
**1111 Saint Marys Boulevard**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**
Name

Case number (if known)

---

**3.2368**

**Nonpriority creditor's name and mailing address**

**Derrick Henry jr**
**5125 sycamore ave**
**Kansas City, MO 64129**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.2369**

**Nonpriority creditor's name and mailing address**

**Derrick Hertel**
**3100 Mink Ave**
**Gillette, WY 82716**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.2370**

**Nonpriority creditor's name and mailing address**

**Derrick Jordan**
**424 Belmont ave**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.2371**

**Nonpriority creditor's name and mailing address**

**Derrick Jordan**
**3134 Lakeshore Dr**
**New Haven, MO 63068**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.2372**

**Nonpriority creditor's name and mailing address**

**derrick malbro**
**611 Cedarwood Dr**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.2373**

**Nonpriority creditor's name and mailing address**

**Derrick Snell**
**883 harden ln**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.2374**

**Nonpriority creditor's name and mailing address**

**Derrick Taylor**
**121 E MONTGOMERY ST**
**Tennille, GA 31089**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
Name

---

**3.2375**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Derrick Wright**                                                ☐ Contingent
**2412 Stewart ave**                                              ☐ Unliquidated
**Kansas City, KS 66104**                                         ☐ Disputed

**Date(s) debt was incurred** __                                  **Basis for the claim:** __

**Last 4 digits of account number** __                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2376**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Derricka Jenkins**                                              ☐ Contingent
**1116 Elysian Fields avenue**                                    ☐ Unliquidated
**Moncks Corner, SC 29461**                                       ☐ Disputed

**Date(s) debt was incurred** __                                  **Basis for the claim:** __

**Last 4 digits of account number** __                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2377**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Derwin Lucas Jr**                                               ☐ Contingent
**147 Hood Street**                                               ☐ Unliquidated
**Saint Stephen, SC 29479**                                       ☐ Disputed

**Date(s) debt was incurred** __                                  **Basis for the claim:** __

**Last 4 digits of account number** __                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2378**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Deryl Jackson**                                                 ☐ Contingent
**244 college st**                                                ☐ Unliquidated
**244 college st**                                                ☐ Disputed
**Thomasville, GA 31792**

**Date(s) debt was incurred** __                                  **Basis for the claim:** __

**Last 4 digits of account number** __                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2379**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Desa Bussey**                                                   ☐ Contingent
**112 Lincoln st**                                                ☐ Unliquidated
**Warner Robins, GA 31088**                                       ☐ Disputed

**Date(s) debt was incurred** __                                  **Basis for the claim:** __

**Last 4 digits of account number** __                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2380**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**DesaRae Azure**                                                 ☐ Contingent
**1019 15th St N**                                                ☐ Unliquidated
**Great Falls, MT 59401**                                         ☐ Disputed

**Date(s) debt was incurred** __                                  **Basis for the claim:** __

**Last 4 digits of account number** __                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2381**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Deshanaye Edelen**                                              ☐ Contingent
**348 North Coy Street**                                          ☐ Unliquidated
**Kansas City, KS 66101**                                         ☐ Disputed

**Date(s) debt was incurred** __                                  **Basis for the claim:** __

**Last 4 digits of account number** __                            Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

**3.238 2**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Deshaud Mccord**
**1203 MCREE DR**
**Valdosta, GA 31602**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                **Basis for the claim: __**

**Last 4 digits of account number __**          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238 3**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Deshawn Henderson**
**4892 Valley Dale Ct SW**
**A**
**Lilburn, GA 30047**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                **Basis for the claim: __**

**Last 4 digits of account number __**          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238 4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Deshawn Smith**
**193 Lindas way**
**Royston, GA 30662**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                **Basis for the claim: __**

**Last 4 digits of account number __**          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238 5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Desherria Beauford**
**156 Bradley Road**
**156**
**Moncks Corner, SC 29461**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                **Basis for the claim: __**

**Last 4 digits of account number __**          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238 6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Deshondre Ward**
**614 East Jane St**
**Valdosta, GA 31601**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                **Basis for the claim: __**

**Last 4 digits of account number __**          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238 7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$4,784.35**

**Design Team Sign Company LLC**
**255 Old Morris Chapel Rd**
**Adamsville, TN 38310**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                **Basis for the claim: Repairs & Maintenance**

**Last 4 digits of account number __**          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.238 8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Desirae Bennett**
**851 Maple st**
**C1**
**Chattahoochee, FL 32324**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                **Basis for the claim: __**

**Last 4 digits of account number __**          Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2389**

**Nonpriority creditor's name and mailing address**
**Desirae Biddix**
**481 buck blvd**
**Calhoun, GA 30701**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2390**

**Nonpriority creditor's name and mailing address**
**Desirae Dawson**
**9100 Cascade Palmetto Hwy**
**apt 15 H**
**Palmetto, GA 30268**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2391**

**Nonpriority creditor's name and mailing address**
**Desirai Tindle**
**204 Village Lane**
**Buckner, MO 64016**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2392**

**Nonpriority creditor's name and mailing address**
**DESIREA BURR**
**5307 SW 15th Ct Apt 1**
**Apt1**
**TOPEKA, KS 66604**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2393**

**Nonpriority creditor's name and mailing address**
**Desiree Serrano**
**416 ponderosa ct**
**Lebanon, MO 65536**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2394**

**Nonpriority creditor's name and mailing address**
**Desjon Harris**
**204 15th st se**
**Moultire, GA 31768**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2395**

**Nonpriority creditor's name and mailing address**
**Desma Brown**
**1025 North Broad**
**Thomasville, GA 31792**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.2396**

**Nonpriority creditor's name and mailing address**

**Desmond Dawson**
**507 hall street**
**Sandersville, GA 31082**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2397**

**Nonpriority creditor's name and mailing address**

**Desmond Deas jr**
**10765 hwy 78 e**
**607**
**summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2398**

**Nonpriority creditor's name and mailing address**

**Desmond Reed**
**4317 Benefield ct**
**4317**
**Braselton, GA 30517**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2399**

**Nonpriority creditor's name and mailing address**

**Desmond Slocum**
**406crosstiect adairsvillie ga**
**Adairsvillie, GA 30103**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2400**

**Nonpriority creditor's name and mailing address**

**Desmond Walton**
**100 Robins west pkwy**
**517**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2401**

**Nonpriority creditor's name and mailing address**

**Desmond Washington**
**615 Northside Dr apt 13 D**
**Griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2402**

**Nonpriority creditor's name and mailing address**

**Destany Roberts**
**2204 E Broadway Blvd**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Debtor**  **ARC Burger, LLC**
Name

Case number (if known) _____

---

3.240
3

**Nonpriority creditor's name and mailing address**

**Desteny Hutchinson**
**30 south 9th st**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.240
4

**Nonpriority creditor's name and mailing address**

**Destin Boyd**
**4371 Ed Henson Rd**
**Gainesville, GA 30506**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.240
5

**Nonpriority creditor's name and mailing address**

**Destiney Oakes**
**2003 N Grove Dr**
**Independence, MO 64058**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.240
6

**Nonpriority creditor's name and mailing address**

**Destiney Upton**
**6348 turner lake rd sw**
**Covington, GA 30014**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.240
7

**Nonpriority creditor's name and mailing address**

**Destini Farrow**
**204 Misty Valley Ln**
**Bonaire, GA 31005**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.240
8

**Nonpriority creditor's name and mailing address**

**Destini Ward**
**3441 hwy 326**
**commerce, GA 30530**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.240
9

**Nonpriority creditor's name and mailing address**

**Destinie Stokes**
**118 Cook Rd**
**Moultrie, GA 31788**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.2410**

**Nonpriority creditor's name and mailing address**
**Destiny Boyd**
**1852 ridgeway church rd**
**Ellijay, GA 30540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2411**

**Nonpriority creditor's name and mailing address**
**Destiny Boyer**
**205 West 4th St**
**B**
**Washington, MO 63090**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2412**

**Nonpriority creditor's name and mailing address**
**Destiny Brant**
**5157 Peanut Rd**
**Graceville Florida, FL 32440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2413**

**Nonpriority creditor's name and mailing address**
**Destiny Cooper-Stewart**
**3317 hidden forest dr**
**Snellville, GA 30078**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2414**

**Nonpriority creditor's name and mailing address**
**Destiny Curd**
**1017 south merriam avenue**
**Sedalia, MO 65301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2415**

**Nonpriority creditor's name and mailing address**
**Destiny Fox**
**19668 McColgin Rd.**
**Raymondville, MO 65555**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2416**

**Nonpriority creditor's name and mailing address**
**Destiny Ingram**
**1115 Calhoun Dr**
**1115**
**Warner Robins, GA 31093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

**3.2417**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Destiny Johnson**
**7019 E 17th St**
**Kansas City, MO 64126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2418**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Destiny Sansbury**
**1113 Oakland Drive**
**Cross, SC 29436**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2419**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Destiny Scott**
**1620 State farm Rd**
**Sneads, FL 32460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2420**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Destiny Shipley**
**5150 s limit**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2421**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**destiny woodfield**
**8857 renwick ave**
**north charleston, SC 29420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2422**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Destinya Odom**
**117 Barnes Ave**
**C**
**Thomaston, GA 29801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2423**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Destoni Johnson**
**1703 s Ralston Ave**
**C**
**Independence, MO 64052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page 367 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.242 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Destyni Rouse**
**102 primrose Corner**
**Byron, GA 31008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Detrick Woods**
**853 Orange Hill Rd**
**D6**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deureka George**
**1166 Folkstone Drive**
**Mcdonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Devan Spraggins**
**230 B Allman rd**
**Moultrie, GA 31788**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Devante Burks**
**6568 carriage ct**
**2**
**Union city, GA 30291**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Devante Crumitie**
**1708 Fresno street**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Devante Lincoln**
**1465 Shackleford Rd**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                        Case number (if known) _____
          Name

---

| 3.243<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Devante Poindexter**
**9347 Bales Ave, 9347 Bales Aves**
**2106**
**Kansas City, MO 64132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Devante Washington**
**1702 N Woodmere Dr**
**Apt 21**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Deven Solomon**
**243 Randy circle**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Deven Stuart**
**212 virgina st**
**Huntsville, MO 65259**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Devin Baker**
**Shanklin Street 504**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Devin Durham**
**100 Bill Green Dr**
**203**
**Byron, GA 31008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Devin Hellm**
**3812 candlelight dr Apt C**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.243 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Devin Peel**
**219 Earl Hall Rd**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Devin Pierce**
**2012 Mable street**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Devin Quient**
**1299 Raymond Rd.**
**Gillette, WY 82717**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Devinere Curry**
**230 Spencer circle**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Devon Crump**
**3755 Crestland Ln**
**Cumming, GA 30028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Devon Riley**
**101 woodcrest circle**
**13b**
**Warner robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DeVontae Woodward**
**11110 Bennington Ave**
**Kansas City, MO 64134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.2445**

**Nonpriority creditor's name and mailing address**

**Devonte Smith**
**1905**
**Conyers, GA 30094**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2446**

**Nonpriority creditor's name and mailing address**

**Devrey Howard**
**5353 Tidewater Drive**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2447**

**Nonpriority creditor's name and mailing address**

**Devyn Davis**
**300 west clay st**
**1**
**Smithton, MO 65350**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2448**

**Nonpriority creditor's name and mailing address**

**Dewayne Hall**
**1661 Lawton Avenue**
**Macon, GA 31201**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2449**

**Nonpriority creditor's name and mailing address**

**DEXTER BROWN**
**112 LAMBDIN CIRCLE**
**Barnesville, GA 30204**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2450**

**Nonpriority creditor's name and mailing address**

**Dexter Harper**
**1618 Leone ave**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2451**

**Nonpriority creditor's name and mailing address**

**Dexter Poitra Jr**
**514 North 29th St.**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.245
2**

**Nonpriority creditor's name and mailing address**

**Dexter Pringle**
**762 Pigeon Bay Rd**
**None**
**Cross, SC 29436**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.245
3**

**Nonpriority creditor's name and mailing address**

**Dezari mallette**
**120 blanton ave griffin ga**
**griffin, GA 30223**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.245
4**

**Nonpriority creditor's name and mailing address**

**Deznisha Williams**
**100 Sunnyside Way**
**Summerville, SC 29485**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.245
5**

**Nonpriority creditor's name and mailing address**

**Dezorae Wiklund**
**8907 e Lexington ave**
**Independence, MO 64053**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.245
6**

**Nonpriority creditor's name and mailing address**

**DHR Global**
**DHR International Inc**
**151 N Franklin Suite 2175**
**Chicago, IL 60606**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

**$28,000.00**

---

**3.245
7**

**Nonpriority creditor's name and mailing address**

**DHR Mechanical Services Orland**
**3939 Royal Dr NW**
**Suie 115**
**Kennesaw, GA 30144**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Repairs & Maintenance**

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,861.25**

---

**3.245
8**

**Nonpriority creditor's name and mailing address**

**Diamond Edmonds**
**1209 doc melton sr dr**
**Tifton, GA 31794**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                          Case number (if known)  _____
_____
Name

| 3.2459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Diamond Heavens**
**9254 Golf View Drive**
**Riverdale, GA 30274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Diamond Millen**
**706 greystone drive**
**706**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Diamond Robinson**
**318 Se Bent Tree Dr**
**Bluesprings, MO 64015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Diana Green**
**106 Kimeran Lane**
**C**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Diana Rojas**
**6216 East 126th street**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Diana Salas**
**7575 W 106st**
**#439**
**Overland Park, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Diane Alsen**
**11612 S. Kildare Ave.**
**Alsip, IL 60803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.2466**

**Nonpriority creditor's name and mailing address**

**Diane Alsen**
**11612 South Kildare Avenue**
**Alsip, IL 60803**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2467**

**Nonpriority creditor's name and mailing address**

**Diane Gray**
**3803 SW Kiowa**
**Topeka, KS 66610**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2468**

**Nonpriority creditor's name and mailing address**

**Diane Mathis**
**1211 bethune**
**Valdosata, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2469**

**Nonpriority creditor's name and mailing address**

**Diane Price**
**8609 East 84th Ter**
**Raytown, MO 64138**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2470**

**Nonpriority creditor's name and mailing address**

**Dianna Grantham**
**507 South Center St**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2471**

**Nonpriority creditor's name and mailing address**

**Diaria Smith**
**835 Johnson rd**
**87**
**Wanrer Robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2472**

**Nonpriority creditor's name and mailing address**

**Dick Nugent**
**Richard Nugent**
**1340 Highland St**
**Cabool, MO 65689**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
            Name

---

**3.247 3**

**Nonpriority creditor's name and mailing address**

**Diedra Johnson**
**177 Sherwoodloop**
**McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247 4**

**Nonpriority creditor's name and mailing address**

**Diego Arroyo**
**1541 minnie puckett cir**
**Buford, GA 30518**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247 5**

**Nonpriority creditor's name and mailing address**

**Diego Banda**
**1327 Monroe Ave**
**Kansas City, MO 64127**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247 6**

**Nonpriority creditor's name and mailing address**

**Diego Hernandez**
**102 Bennett Drive**
**Gainesville, GA 30501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247 7**

**Nonpriority creditor's name and mailing address**

**Diego Rivadeneira**
**2204 e broadway**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247 8**

**Nonpriority creditor's name and mailing address**

**Diego Rucker**
**225 Nancy lane**
**506**
**Cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247 9**

**Nonpriority creditor's name and mailing address**

**Dieulissa McDonald**
**10800 hemlock st**
**Apt c**
**Overland Park, KS 66210**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                     Case number (if known) _____
          Name

---

3.248
0

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Dilcia Flores**
**1619 N74th st**
**Kansas city, KS 66112**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __          **Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.248
1

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Dillion Butler**
**3495 Bevis Rd**
**Franklion, GA 30217**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __          **Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.248
2

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Dillon Carpenter**
**7868 flat creek road**
**Quincy, FL 32351**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __          **Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.248
3

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Dillon Lane**
**3010 11th ave south**
**15a**
**Great Falls, MT 59401**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __          **Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.248
4

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Dillon Regan**
**513 s hillside dr**
**independence, MO 64050**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __          **Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.248
5

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Dimitri Johnson**
**Heritage hills Dr**
**119**
**Commerce, GA 30529**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __          **Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.248
6

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Dimitrius Gillen**
**844 old Indian Springs rd**
**Forsyth, GA 31029**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __          **Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2487**

**Nonpriority creditor's name and mailing address**

**DineenE Electric Corp**
**2309 Flat Creek Road**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2488**

**Nonpriority creditor's name and mailing address**

**Dion Cullors**
**340 bales Ave**
**Kansas City, MO 64124**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2489**

**Nonpriority creditor's name and mailing address**

**Dion Gray**
**1715 10th Ave North**
**Great Falls, MT 59401**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2490**

**Nonpriority creditor's name and mailing address**

**Diondreas Bryant**
**13 Bouldercrest In**
**13a**
**Atlanta, GA 30316**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2491**

**Nonpriority creditor's name and mailing address**

**Dior White**
**118 Pinewind Way**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2492**

**Nonpriority creditor's name and mailing address**

**Diqueasha Stokley**
**5601 FOUR WINDS DR SW**
**Lilburn, GA 30047**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2493**

**Nonpriority creditor's name and mailing address**

**Dirk Gooden**
**2141 Poplar Falls ave**
**Lithonia, GA 30058**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2494**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,610.92** |
|---|---|---|
| **Disa Global Solutions, Inc.**<br>**11740 Katy Freeway**<br>**Suite 900**<br>**Houston, TX 77079** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Payroll__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2495**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Dishea Buckley**<br>**9698 patriots blvd**<br>**Apt 143**<br>**Ladson, SC 29456** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2496**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Divine Ladson**<br>**202 pickens st**<br>**Lincolnvillie, SC 29485** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2497**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Divisions Inc.**<br>**50 West Fifth Street**<br>**Cincinnat, OH 45202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2498**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Dixie Mccain**<br>**241 jenny d lane**<br>**Hogansville, GA 30230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2499**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Dixie Tanner**<br>**2901 Franklin Pkwy**<br>**Franklin, GA 30217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2500**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **DKWI, LLC**<br>**10471 E. Sunnywood Dr,**<br>**Tucson, AZ 85749** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **ARC Burger, LLC**                                          Case number (if known) _____
        Name

---

**3.250 1**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

**DKyiah Sylvan**
**2228 NE Town Centre Blvd**
**Apt 1407**
**Lees Summit, MO 64064**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                          **Basis for the claim:** __

Last 4 digits of account number __                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.250 2**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$392.78**

**DMI Manufacturing, Inc.**
**7177 Industrial Park Blvd**
**Mentor, OH 44060**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                          **Basis for the claim:** **Repairs & Maintenance**

Last 4 digits of account number __                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.250 3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

**Dmonte Nesbitt**
**5521 Mark Green Rd**
**Adams run, SC 29426**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                          **Basis for the claim:** __

Last 4 digits of account number __                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.250 4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

**Dmorion Williams**
**6 Clint Circle**
**Tifton, GA 31794**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                          **Basis for the claim:** __

Last 4 digits of account number __                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.250 5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

**Dolores Baltierra**
**761 Cedar Creek Rd**
**Newnan, GA 30263**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                          **Basis for the claim:** __

Last 4 digits of account number __                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.250 6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

**Domini Lewis**
**135 Moses Ext**
**Ladson, SC 29456**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                          **Basis for the claim:** __

Last 4 digits of account number __                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.250 7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

**Dominic ONeal**
**1516 Spindlewheel Dr**
**Thomasville, GA 31792**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                          **Basis for the claim:** __

Last 4 digits of account number __                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor      **ARC Burger, LLC**                                          Case number (if known) _____
           Name

---

3.250
8

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Dominik Usery**
**611 strothcamp rd**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.250
9

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$26,917.57**

**Dominion Energy South Carolina**
**PO BOX 100255**
**Columbia, SC 29202-3255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** **Utilities**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.251
0

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Dominique Reels**
**5805 Sugarloaf Pkwy**
**4307**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.251
1

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Dominique Stepp**
**3455 Chatsworth Hwy 225 NE**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.251
2

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Dominque Singleton**
**1412 Prince Ave**
**A**
**Tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.251
3

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Domonique Harris**
**1000 Etiwan Drive**
**2303**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.251
4

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Don Debruce**
**600 4th Street SW**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

3.251
5

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Don Debruce**
**816 5th ST SE**                                   ☐ Contingent
**Moultrie, GA 31768**                              ☐ Unliquidated
                                                    ☐ Disputed

**Date(s) debt was incurred** __                    **Basis for the claim:** __

**Last 4 digits of account number** __              Is the claim subject to offset?  ■ No   ☐ Yes

---

3.251
6

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Don Grant**
**Alabama Street**                                  ☐ Contingent
**Apartment A**                                     ☐ Unliquidated
**Hampton, SC 29924**                               ☐ Disputed

**Date(s) debt was incurred** __                    **Basis for the claim:** __

**Last 4 digits of account number** __              Is the claim subject to offset?  ■ No   ☐ Yes

---

3.251
7

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Donald Bogel**
**3441 Highway 326**                                ☐ Contingent
**Commerce, GA 30530**                              ☐ Unliquidated
                                                    ☐ Disputed

**Date(s) debt was incurred** __                    **Basis for the claim:** __

**Last 4 digits of account number** __              Is the claim subject to offset?  ■ No   ☐ Yes

---

3.251
8

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Donald Cundiff**
**502 Dawson St**                                   ☐ Contingent
**GEORGETOWN, SC 29440**                            ☐ Unliquidated
                                                    ☐ Disputed

**Date(s) debt was incurred** __                    **Basis for the claim:** __

**Last 4 digits of account number** __              Is the claim subject to offset?  ■ No   ☐ Yes

---

3.251
9

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Donald Dickerson**
**604 carr road**                                   ☐ Contingent
**Chipley, FL 32428**                               ☐ Unliquidated
                                                    ☐ Disputed

**Date(s) debt was incurred** __                    **Basis for the claim:** __

**Last 4 digits of account number** __              Is the claim subject to offset?  ■ No   ☐ Yes

---

3.252
0

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Donald Hale**
**3201 Wendy Lewis Rd**                             ☐ Contingent
**Lot 1**                                           ☐ Unliquidated
**Bonifay, FL 32425**                               ☐ Disputed

**Date(s) debt was incurred** __                    **Basis for the claim:** __

**Last 4 digits of account number** __              Is the claim subject to offset?  ■ No   ☐ Yes

---

3.252
1

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Donald Henderson**
**373 pine trail rd**                               ☐ Contingent
**Moultrie, GA 31768**                              ☐ Unliquidated
                                                    ☐ Disputed

**Date(s) debt was incurred** __                    **Basis for the claim:** __

**Last 4 digits of account number** __              Is the claim subject to offset?  ■ No   ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  381 of 1218

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.252 2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Donald Hickson**
**901 Northwest Jefferson Street**          ☐ Contingent
**136**                                     ☐ Unliquidated
**Blue Springs, MO 64015**                  ☐ Disputed

Date(s) debt was incurred __               **Basis for the claim:** __

Last 4 digits of account number __         Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252 3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Donald Miles**
**1013 Parkside Place Ave**                 ☐ Contingent
**McDonough, GA 30253**                     ☐ Unliquidated
                                            ☐ Disputed

Date(s) debt was incurred __               **Basis for the claim:** __

Last 4 digits of account number __         Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252 4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Donald Sheldon**
**501 W Ridgecrest Ave**                    ☐ Contingent
**Geneva, AL 36340**                        ☐ Unliquidated
                                            ☐ Disputed

Date(s) debt was incurred __               **Basis for the claim:** __

Last 4 digits of account number __         Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252 5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Donald Starling**
**1105 5th Ave SE**                         ☐ Contingent
**Moultrie, GA 31768**                      ☐ Unliquidated
                                            ☐ Disputed

Date(s) debt was incurred __               **Basis for the claim:** __

Last 4 digits of account number __         Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Donald Wilson**
**2819 Lister Ave**                         ☐ Contingent
**Kansas City, MO 64128**                   ☐ Unliquidated
                                            ☐ Disputed

Date(s) debt was incurred __               **Basis for the claim:** __

Last 4 digits of account number __         Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252 7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Donathan Zilm**
**326 2nd Ave**                             ☐ Contingent
**Great Falls, MT 59405**                   ☐ Unliquidated
                                            ☐ Disputed

Date(s) debt was incurred __               **Basis for the claim:** __

Last 4 digits of account number __         Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252 8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Dondre Thomas**
**319 Patton Street**                       ☐ Contingent
**Quincy, FL 32351**                        ☐ Unliquidated
                                            ☐ Disputed

Date(s) debt was incurred __               **Basis for the claim:** __

Last 4 digits of account number __         Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.2529**

**Nonpriority creditor's name and mailing address**

**Donell Strickland**
**1816 Vineyard Way**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2530**

**Nonpriority creditor's name and mailing address**

**Donellen Henry**
**1503 n. Clark**
**Mexico, MO 65265**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2531**

**Nonpriority creditor's name and mailing address**

**Donna Bryant**
**11 Susan Wayne Circle Southwest**
**Rome, GA 30165**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2532**

**Nonpriority creditor's name and mailing address**

**Donna Hobbs**
**1605 N Ponca Dr**
**Independence, MO 64058**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2533**

**Nonpriority creditor's name and mailing address**

**Donna Mckinney**
**206 Atlantic st**
**Sylvester, GA 31714**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2534**

**Nonpriority creditor's name and mailing address**

**Donna Moody**
**506 Dogwood Rd**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2535**

**Nonpriority creditor's name and mailing address**

**Donna Orange**
**2028 Hiwassee dr**
**Bomaire, GA 31005**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 383 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2536**

**Nonpriority creditor's name and mailing address**

**Donna Starnes**
**111 Maple Dr.**
**#A**
**Buchanan, GA 30113**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2537**

**Nonpriority creditor's name and mailing address**

**Donneisha Eberhart**
**131 Third St**
**Monroe, GA 30655**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2538**

**Nonpriority creditor's name and mailing address**

**Donovan Crider**
**3700 Meadow Oak Lane**
**St Joseph, MO 64503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2539**

**Nonpriority creditor's name and mailing address**

**Donovin Vaughn**
**410 W.monroe**
**Mexico, MO 65265**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2540**

**Nonpriority creditor's name and mailing address**

**Donta Williams**
**704 McMilllian rd**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2541**

**Nonpriority creditor's name and mailing address**

**Dontavia Ross**
**425 darlington ave n**
**Fairfax, SC 29827**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2542**

**Nonpriority creditor's name and mailing address**

**Dontavious Black**
**996 Powersville Rd Byron Ga 31008**
**Byron, GA 31008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.254 3**

**Nonpriority creditor's name and mailing address**

**Dontresha Thomas**
**3432 se Crestwater dr**
**Topeka, KS 66605**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 4**

**Nonpriority creditor's name and mailing address**

**Dorchester County**
**Building Services/Planning and Zoning**
**500 N. Main Street, Box 3**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 5**

**Nonpriority creditor's name and mailing address**

**Dorchester County**
**Attn: Finance Department**
**201 Johnston Street**
**Saint George, SC 29477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 6**

**Nonpriority creditor's name and mailing address**

**Dorchester County**
**201 Johnston St.**
**Saint George, SC 29477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 7**

**Nonpriority creditor's name and mailing address**

**Dorchester County Treasurer**
**Dorchester County Real Estate Tax**
**P.O. Box 834**
**St George, SC 29477-0834**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 8**

**Nonpriority creditor's name and mailing address**

**Dorchester County Water**
**& Sewer Dept.**
**235 Deming Way**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$269.35**

---

**3.254 9**

**Nonpriority creditor's name and mailing address**

**Dorenda Young**
**812 B Northside Drive**
**moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 385 of 1218

Debtor    **ARC Burger, LLC**
_____    Case number (if known) _____
Name

| 3.255 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dorian Johnson**
**1745 savannah hwy**
**Apt - 3**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dorian Moore**
**145 Redland Rd**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dorothy Appleby**
**74 North Trotters Way**
**Jefferson, GA 30549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dorothy Finley**
**107 n broadway**
**3f**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dorothy Hill**
**681 Joe Stephens Road**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dorothy Whetzler**
**612 Camellia Circle**
**Warner robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Douglas Clark**
**117 Crosby Street**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

**3.255 7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Douglas Dennis**
**32 Pear Street Lane**                                             ☐ Contingent
**Cuba, MO 65453**                                                 ☐ Unliquidated
                                                                   ☐ Disputed

**Date(s) debt was incurred** __                                   **Basis for the claim:** __

**Last 4 digits of account number** __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.255 8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Douglas Wright**
**90 bouldercrest ln**                                             ☐ Contingent
**A**                                                              ☐ Unliquidated
**Atlanta, GA 30316**                                              ☐ Disputed

**Date(s) debt was incurred** __                                   **Basis for the claim:** __

**Last 4 digits of account number** __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.255 9**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$550.00**

**DPHHS / EHFSS**
**123 South 27th St.**                                             ☐ Contingent
**Billings, MT 59101**                                             ☐ Unliquidated
                                                                   ☐ Disputed

**Date(s) debt was incurred** __                                   **Basis for the claim:** __License & Permits__

**Last 4 digits of account number** __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.256 0**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**DPHHS Great Falls**
**115 4th St. South**                                              ☐ Contingent
**Great Falls, MT 59401**                                          ☐ Unliquidated
                                                                   ☐ Disputed

**Date(s) debt was incurred** __                                   **Basis for the claim:** __

**Last 4 digits of account number** __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.256 1**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**DPHHS-EHFS**
**1930 9th Ave.**                                                  ☐ Contingent
**Helena, MT 59601**                                               ☐ Unliquidated
                                                                   ☐ Disputed

**Date(s) debt was incurred** __                                   **Basis for the claim:** __

**Last 4 digits of account number** __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.256 2**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Drain Patrol**
**PO Box 503053**                                                 ☐ Contingent
**9060 Activity Rd #E**                                            ☐ Unliquidated
**San Diego, CA 92150**                                            ☐ Disputed

**Date(s) debt was incurred** __                                   **Basis for the claim:** __

**Last 4 digits of account number** __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.256 3**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Drake Azure**
**1627 5th Ave N**                                                 ☐ Contingent
**208**                                                            ☐ Unliquidated
**Great Falls, MT 59401**                                          ☐ Disputed

**Date(s) debt was incurred** __                                   **Basis for the claim:** __

**Last 4 digits of account number** __                             Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.256 4**

**Nonpriority creditor's name and mailing address**

**Drake Copeland**
**111 Maple DR**
**#A**
**buchanan, GA 30113**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.256 5**

**Nonpriority creditor's name and mailing address**

**Drake Johnson**
**4301 SW 15th St**
**210**
**TOPEKA, KS 66604**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.256 6**

**Nonpriority creditor's name and mailing address**

**Drake Rogers**
**6241 McEver rd**
**flowery branch, GA 30542**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.256 7**

**Nonpriority creditor's name and mailing address**

**Draven Jones**
**120 brook st**
**19**
**Licking, MO 65542**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.256 8**

**Nonpriority creditor's name and mailing address**

**Draya Carroll**
**1419 craigtown rd**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.256 9**

**Nonpriority creditor's name and mailing address**

**Dreher's Lawn and Landscape**
**9843 SW HWY K4**
**Topeka, KS 66614**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257 0**

**Nonpriority creditor's name and mailing address**

**Drevion Ragland**
**210 Coleman Blvd**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.257
1**

**Nonpriority creditor's name and mailing address**

**Drew Dove**
**284 Crawford W Long Street**
**216b**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257
2**

**Nonpriority creditor's name and mailing address**

**Drew Hatch**
**3784 tillman rd**
**Graceville, FL 32440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257
3**

**Nonpriority creditor's name and mailing address**

**Drew Witcher**
**313 Indigo Road**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257
4**

**Nonpriority creditor's name and mailing address**

**Dria banks**
**2008 prince st**
**georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257
5**

**Nonpriority creditor's name and mailing address**

**Driveway Guys**
**The Asphalt Professionals**
**312 SW Greewich Dr**
**Lee Summit, MO 64082**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.257
6**

**Nonpriority creditor's name and mailing address**

**Drucilla Johnson**
**2206 Winyah st**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257
7**

**Nonpriority creditor's name and mailing address**

**DTT**
**PO BOX 269078**
**Oklahoma City, OK 73126-9078**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **IT**

Is the claim subject to offset? ■ No ☐ Yes

**$28,648.76**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
                Name

---

3.257 8

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Dugan Glass Inc.**
**2810 West Main St.**
**Sedalia, MO 65301**                ☐ Contingent
                ☐ Unliquidated
                ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                **Basis for the claim:** __

                Is the claim subject to offset? ■ No  ☐ Yes

---

3.257 9

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Dulais Rhys**
**2720 Cook Avenue**
**Billings, MT 59102**                ☐ Contingent
                ☐ Unliquidated
                ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                **Basis for the claim:** __

                Is the claim subject to offset? ■ No  ☐ Yes

---

3.258 0

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Dupree Dupree**
**356 Sherwood cir**
**Danielsville, GA 30601**                ☐ Contingent
                ☐ Unliquidated
                ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                **Basis for the claim:** __

                Is the claim subject to offset? ■ No  ☐ Yes

---

3.258 1

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Dustin Dulin**
**156 Holbrook Drive**
**Ladson, SC 29456**                ☐ Contingent
                ☐ Unliquidated
                ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                **Basis for the claim:** __

                Is the claim subject to offset? ■ No  ☐ Yes

---

3.258 2

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Dustin Hayden**
**519 Applebee way**
**G**
**Charleston, SC 29414**                ☐ Contingent
                ☐ Unliquidated
                ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                **Basis for the claim:** __

                Is the claim subject to offset? ■ No  ☐ Yes

---

3.258 3

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Dustin Jackson**
**522 McKinley**
**Moberly, MO 65279**                ☐ Contingent
                ☐ Unliquidated
                ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                **Basis for the claim:** __

                Is the claim subject to offset? ■ No  ☐ Yes

---

3.258 4

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Dustin McVicker**
**2402 e368 rd**
**Louisburg, MO 65685**                ☐ Contingent
                ☐ Unliquidated
                ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                **Basis for the claim:** __

                Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.2585**

**Nonpriority creditor's name and mailing address**

**Dustin Moore**
**100 East Main**
**Union, MO 63084**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2586**

**Nonpriority creditor's name and mailing address**

**Dustin Mullinex**
**159 Lakewood Cir**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2587**

**Nonpriority creditor's name and mailing address**

**Dustin Nalley**
**4213 Green Hunter LN**
**Gainesville, GA 30501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2588**

**Nonpriority creditor's name and mailing address**

**Dustin Priest**
**3706 bolding circle**
**Flowery branch, GA 30542**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2589**

**Nonpriority creditor's name and mailing address**

**Dustin Smithson**
**1316 State Highway 32**
**long lane, MO 65590**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2590**

**Nonpriority creditor's name and mailing address**

**Dustin Tanner**
**823 North 5th street**
**1/2**
**St.Joseph, MO 64501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2591**

**Nonpriority creditor's name and mailing address**

**Dustin Wolf**
**317 South 25th Street**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known)

---

**3.259 2**

**Nonpriority creditor's name and mailing address**

**Dusty Nelson**
**580 Brushy Top Rd**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 3**

**Nonpriority creditor's name and mailing address**

**Dusty Smith**
**1546 County road 79**
**Coffee springs, AL 36318**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 4**

**Nonpriority creditor's name and mailing address**

**Dusty Zahn**
**218 North 23rd Street**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 5**

**Nonpriority creditor's name and mailing address**

**Duttons Dirty Bins LLC**
**722 Steele rd 722 Steele Rd**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 6**

**Nonpriority creditor's name and mailing address**

**Dwayne Gary**
**7855 rock rose lane**
**Fairburn, GA 30213**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 7**

**Nonpriority creditor's name and mailing address**

**DWAYNE LEE**
**1210 Savannah Court**
**MEXICO, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 8**

**Nonpriority creditor's name and mailing address**

**Dwayne Thompson**
**238 7th ave**
**Mt pleasant, SC 29464**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2599**

**Nonpriority creditor's name and mailing address**

**Dwayneisha Mulligan**
**403 Marquette Ln**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2600**

**Nonpriority creditor's name and mailing address**

**Dwight Toves**
**73 Stratton Dr**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2601**

**Nonpriority creditor's name and mailing address**

**Dyanna Laurent**
**6054 east railroad street**
**Meigs, GA 31765**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2602**

**Nonpriority creditor's name and mailing address**

**Dylan Adams**
**100 Shadowood Lane**
**Carrollton, GA 30116**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2603**

**Nonpriority creditor's name and mailing address**

**Dylan Barber**
**337 Hearn Rd**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2604**

**Nonpriority creditor's name and mailing address**

**Dylan Brown**
**8022 SW 4th Street**
**Blue Springs, MO 64014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2605**

**Nonpriority creditor's name and mailing address**

**Dylan Daniel**
**511 South 1st Street**
**Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.260 6**

**Nonpriority creditor's name and mailing address**

**Dylan Desherlia**
**32 pear tree**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 7**

**Nonpriority creditor's name and mailing address**

**Dylan Knapp**
**195 Liberty Ln SW**
**Cahoun, GA 30701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 8**

**Nonpriority creditor's name and mailing address**

**Dylan McClure**
**964 Evangelical Church Road**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 9**

**Nonpriority creditor's name and mailing address**

**Dylan Schell**
**332 ponderosa rd**
**Ellijat, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261 0**

**Nonpriority creditor's name and mailing address**

**Dylan Tobias**
**904 East 9th street**
**37**
**Gillette, WY 82716**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261 1**

**Nonpriority creditor's name and mailing address**

**Dylan Warren**
**605 candler st**
**A3**
**Gainesville, GA 30501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261 2**

**Nonpriority creditor's name and mailing address**

**Dymichele Crosby**
**4650 Crescent Pointe Drive**
**1114**
**North Charleston, SC 29418**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.261
3**

**Nonpriority creditor's name and mailing address**

**Dymon Blewett**
**9824, Oakley Ave**
**Kansas City, MO 64137**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261
4**

**Nonpriority creditor's name and mailing address**

**Dyneashia Davis**
**6005 E 97th St**
**Kansas City, MO 64134**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261
5**

**Nonpriority creditor's name and mailing address**

**Dyone Evans**
**1322 n 74th ter**
**Kansas, KS 66112**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261
6**

**Nonpriority creditor's name and mailing address**

**Earl Benjamin Garnes**
**PO BOX 7122**
**Great Falls, MT 59406**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261
7**

**Nonpriority creditor's name and mailing address**

**Earlmyah Young**
**3762 Robinson Dr**
**Oakwood, GA 30566**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261
8**

**Nonpriority creditor's name and mailing address**

**Earlwinn Pinckney**
**179 Bryant Dr**
**Saint Stephen, SC 29479**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261
9**

**Nonpriority creditor's name and mailing address**

**Easy Ice LLC**
**PO Box 650769**
**Dallas, TX 75265-0769**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$619.28**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.262 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Eboni Cooper** | ☐ Contingent | |
| **35 pleasant hill st** | ☐ Unliquidated | |
| **Roswell, GA 30075** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.262 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Ebony Brown** | ☐ Contingent | |
| **30 osprey cove** | ☐ Unliquidated | |
| **Lakeland, GA 31635** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.262 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Ebony Diaz-Snell** | ☐ Contingent | |
| **11667 Flemming Cove Dr.** | ☐ Unliquidated | |
| **House** | ☐ Disputed | |
| **Hampton, GA 30228** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.262 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Ebony Hicks** | ☐ Contingent | |
| **5111 winner rd** | ☐ Unliquidated | |
| **1A** | ☐ Disputed | |
| **Kansas City, MO 64127** | | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.262 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Ebony Perkins** | ☐ Contingent | |
| **123 s melrose lane** | ☐ Unliquidated | |
| **Thomasville, GA 31757** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.262 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Ebony Smith** | ☐ Contingent | |
| **9315 Eastern Avenue** | ☐ Unliquidated | |
| **Kansas City, MO 64138** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.262 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Ebony Stockstill** | ☐ Contingent | |
| **176 foose rd** | ☐ Unliquidated | |
| **Buffalo, MO 65622** | ☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.2627**

**Nonpriority creditor's name and mailing address**

**Ebony Williams**
**333 foster st**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2628**

**Nonpriority creditor's name and mailing address**

**ECI**
**2209 Airport Rd**
**Helena, MT 59601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$1,229.69**

---

**3.2629**

**Nonpriority creditor's name and mailing address**

**Ecolab Inc**
**26397 Network Place**
**Chicago, IL 60673-1263**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,055.00**

---

**3.2630**

**Nonpriority creditor's name and mailing address**

**Ecolab Inc.**
**PO Box: 100512**
**PASADENA, CA 91189**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$11,715.11**

---

**3.2631**

**Nonpriority creditor's name and mailing address**

**Ecolab Pest Elimination**
**26252 Network Place**
**Chicago, IL 60673-1262**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$44,948.07**

---

**3.2632**

**Nonpriority creditor's name and mailing address**

**Eddie Glover**
**100 Bradley road**
**Moncks corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2633**

**Nonpriority creditor's name and mailing address**

**Eddie Russell**
**1301 Industrial Ave**
**26**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.263 4**

**Nonpriority creditor's name and mailing address**

**Edel Sanchez**
**728 E Wabash St.**
**Olathe, KS 66061**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 5**

**Nonpriority creditor's name and mailing address**

**Eden Goode**
**5202 Tormeall trce**
**Suwanee, GA 30024**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 6**

**Nonpriority creditor's name and mailing address**

**Edgar Turrubiartes**
**305 S 28th St**
**2**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 7**

**Nonpriority creditor's name and mailing address**

**Edison Fire Protection**
**Edison Fire Extinguisher Co**
**3368 San Fernando Road**
**Los Angeles, CA 90065**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 8**

**Nonpriority creditor's name and mailing address**

**Edith Mae Gales IRR Trust**
**22 Weathersfield Bow Dr.**
**Essex Junction, VT 05452**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$10,650.58**

---

**3.263 9**

**Nonpriority creditor's name and mailing address**

**Edleena Zwetow**
**23323 Vinyard Rd**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 0**

**Nonpriority creditor's name and mailing address**

**Edleena Zwetow**
**23323 Vinyard Rd**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.264
1**

**Nonpriority creditor's name and mailing address**

**Edmundo Meza-Barragan**
**206 S Brooks Ave**
**103**
**Gillette, WY 82716**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.264
2**

**Nonpriority creditor's name and mailing address**

**Eduardo Abonza-Hernandez**
**1165 W Virginia Lane #3**
**Olathe, KS 66061**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.264
3**

**Nonpriority creditor's name and mailing address**

**Eduardo Aguila**
**107 Hycliff Rd SW**
**Rome, GA 30165**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.264
4**

**Nonpriority creditor's name and mailing address**

**Eduardo Flores**
**2421 sw fillmore st**
**Topeka, KS 66611**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.264
5**

**Nonpriority creditor's name and mailing address**

**Edvondre Adderson**
**2800 Church St**
**C2**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.264
6**

**Nonpriority creditor's name and mailing address**

**Edward  Kassa**
**2420 10th ave s**
**112**
**Great falls, MT 59404**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.264
7**

**Nonpriority creditor's name and mailing address**

**Edward Bell**
**2842 E. 10th St.**
**Kansas City, MO 64127**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page  399 of 1218

Debtor      **ARC Burger, LLC**                                              Case number (if known) _____
            Name

| 3.2648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Edward Collins**
**340 shortleaf place**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2649 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Edward Connell**
**102 Gray Dogwood Dr**
**Moncks corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2650 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Edward Hernandez**
**204 Piedmont lane**
**Bonaire, GA 31005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Edward Jacome blanco**
**701 s central st**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Edward Kasper**
**2520 1st Ave N**
**19B**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Edwonn Mikell**
**4139 brynhill lane**
**House**
**Buford, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Eegan Lockwood**
**31 Montre Circle**
**Silver Creek, GA 30173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2655**

**Nonpriority creditor's name and mailing address**

**Ehrhardt Family, LLLP**
**2 Melgrove, Suite 200**
**Hannibal, MO 63401**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$24,722.86**

---

**3.2656**

**Nonpriority creditor's name and mailing address**

**Eike's Lawn Care LLC**
**Rome Lawncare**
**901 Old Cedartown Rd Se**
**Lindale, GA 30147**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2657**

**Nonpriority creditor's name and mailing address**

**El Camino Village, Inc.**
**c/o Portfolio Realty Mgmt.**
**4020 Moorpark Ave., Ste 218**
**San Jose, CA 95117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$20,470.56**

---

**3.2658**

**Nonpriority creditor's name and mailing address**

**Elaina Johnson**
**1132 Overbrook Dr**
**Flowery Branch, GA 30542**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2659**

**Nonpriority creditor's name and mailing address**

**Elaysia Bell**
**12191 Olmstead drive**
**Fayetteville, GA 30215**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2660**

**Nonpriority creditor's name and mailing address**

**Eldra Mann**
**772 Old Highway 41 NW**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2661**

**Nonpriority creditor's name and mailing address**

**Electric Supply Co. Inc**
**3225 Pacific Street**
**North Charleston, SC 29418**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Repairs & Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

**$4,100.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

| | |
|---|---|
| 3.266<br>2 | **Nonpriority creditor's name and mailing address** |

**Electrical Specialists**
**4015 SW 21st Street**
**Topeka, KS 66604**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.266<br>3 | **Nonpriority creditor's name and mailing address** |

**Electro Drain Services, LLC**
**PO BOX 213**
**Austell, GA 30168**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.266<br>4 | **Nonpriority creditor's name and mailing address** |

**Elias Crespin**
**1023 Lakeview st**
**Emporia, KS 66801**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.266<br>5 | **Nonpriority creditor's name and mailing address** |

**Elias Lapointe**
**9 turkey lane**
**Lot #35**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.266<br>6 | **Nonpriority creditor's name and mailing address** |

**Elieser Ladron De Guevara Guillen**
**11151 W. 76th Terrace**
**Apt 16**
**Overland Park, KS 66214**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.266<br>7 | **Nonpriority creditor's name and mailing address** |

**Eliezer Vail Ramos**
**2132 SE 12thst**
**2132**
**Topeka, KS 66607**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.266<br>8 | **Nonpriority creditor's name and mailing address** |

**Elijah Anderson**
**1530 hidden creek point**
**Cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
Name    Case number (if known)    _____

---

3.266
9

**Nonpriority creditor's name and mailing address**

**Elijah Davies-Carbin**
**217 sw Gladstone dr**
**Blue springs, MO 64014**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.267
0

**Nonpriority creditor's name and mailing address**

**Elijah Holmes**
**22847 Richmond Drive**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.267
1

**Nonpriority creditor's name and mailing address**

**Elijah McClammy**
**4139 Windrock Dr**
**Ellenwood, GA 30294**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.267
2

**Nonpriority creditor's name and mailing address**

**Elijah Paggett**
**1316 Lowerfalls Drive**
**McDonough, GA 30252**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.267
3

**Nonpriority creditor's name and mailing address**

**Elijah Parish**
**12200 Riverview Rd**
**Kearney, MO 64060**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.267
4

**Nonpriority creditor's name and mailing address**

**Elijah PIZARRO**
**325 lacebark lane**
**Hampton, GA 30228**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.267
5

**Nonpriority creditor's name and mailing address**

**Elijah Williams**
**6838 Ward Ave**
**B10**
**North Charleston, SC 29406**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **ARC Burger, LLC**                                           Case number (if known) _____
           Name

---

**3.2676**

**Nonpriority creditor's name and mailing address**
**Elijah Younger**
**107 bullrun lane**
**Bonaire, GA 31005**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2677**

**Nonpriority creditor's name and mailing address**
**Elijash Green**
**39 Cowart Drive**
**39**
**Adel, GA 31620**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2678**

**Nonpriority creditor's name and mailing address**
**Elisha Venning**
**8465 Patriot Blvd**
**Apt 623**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2679**

**Nonpriority creditor's name and mailing address**
**Elizabeth Abbott**
**292 Arborview Drive**
**Villa ridge, MO 63089**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2680**

**Nonpriority creditor's name and mailing address**
**Elizabeth Atchison**
**53 IRA Corbett Rd**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2681**

**Nonpriority creditor's name and mailing address**
**Elizabeth Blount**
**404 S Miller Ave**
**Gillette, WY 82716**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2682**

**Nonpriority creditor's name and mailing address**
**Elizabeth Boldt**
**1002 Glassey Rd.**
**Lot 2**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **ARC Burger, LLC**
Name                                           Case number (if known)

---

**3.268 3**

**Nonpriority creditor's name and mailing address**

**Elizabeth Burgess**
**26 Rose Garden Lane**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.268 4**

**Nonpriority creditor's name and mailing address**

**Elizabeth Cerda**
**1014 calvin avenue kansas City**
**8**
**1014 calvin Avenue kansas, KS 66102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.268 5**

**Nonpriority creditor's name and mailing address**

**Elizabeth Cervenka**
**2431 Park Crest**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.268 6**

**Nonpriority creditor's name and mailing address**

**Elizabeth Christopher**
**2917 Addison Lane**
**Johns Creek, GA 30005**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.268 7**

**Nonpriority creditor's name and mailing address**

**Elizabeth Fleming**
**1414 highway two**
**Graceville, FL 32440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.268 8**

**Nonpriority creditor's name and mailing address**

**Elizabeth Fowler**
**214 Lakeside Park Ct**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.268 9**

**Nonpriority creditor's name and mailing address**

**Elizabeth Hogan**
**1524 E 17th St**
**8**
**Trenton, MO 64683**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2690**

**Nonpriority creditor's name and mailing address**

**Elizabeth Jacobson**
**1201 horseshoe lake circle**
**Cottageville, SC 29435**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2691**

**Nonpriority creditor's name and mailing address**

**Elizabeth Lack**
**327 S 5th St**
**Moberly, MO 65270**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2692**

**Nonpriority creditor's name and mailing address**

**Elizabeth Martin**
**1929 Burnstead Drive**
**2**
**Billings, MT 59101**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2693**

**Nonpriority creditor's name and mailing address**

**Elizabeth McDonald**
**306 s. Dismukes st**
**Geneva, AL 36340**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2694**

**Nonpriority creditor's name and mailing address**

**Elizabeth Polito Mena**
**81 sierra circle**
**Olathe, KS 66061**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2695**

**Nonpriority creditor's name and mailing address**

**Elizabeth Ponce**
**14 Briarwood Lane**
**Apt D**
**Cartersville, GA 30120**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2696**

**Nonpriority creditor's name and mailing address**

**Elizabeth Reems**
**100 Mahaffey circle 30549**
**JEFFERSON, GA 30549**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.2697**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **Elizabeth Shelburn** | ☐ Contingent | |
| **515woodlanddrive** | ☐ Unliquidated | |
| **Buffalo, MO 65622** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2698**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **Elizabeth Smith** | ☐ Contingent | |
| **991 2nd Ave** | ☐ Unliquidated | |
| **Graceville, FL 32440** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2699**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **Elizabeth Stanfield** | ☐ Contingent | |
| **1335 sam hill rd** | ☐ Unliquidated | |
| **Ellijay, GA 30540** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2700**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **Elizabeth Starling** | ☐ Contingent | |
| **423 South Line Street** | ☐ Unliquidated | |
| **Samson, AL 36477** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2701**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **Elizabeth Sullivan** | ☐ Contingent | |
| **27 Wood St** | ☐ Unliquidated | |
| **4** | ☐ Disputed | |
| **Painesville, OH 44077** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2702**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **Elizabeth Wynn** | ☐ Contingent | |
| **1900 E 7th St** | ☐ Unliquidated | |
| **Sedalia, MO 65301** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2703**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |
| **Ella Huntley** | ☐ Contingent | |
| **10811 Flatwoods Church Rd** | ☐ Unliquidated | |
| **Lebanon, MO 65536** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.2704**

**Nonpriority creditor's name and mailing address**

**Ellijay-Giler County
Water/Sewerage Authority
1023 Progress Road
Ellijay, GA 30540-6107**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$875.54**

---

**3.2705**

**Nonpriority creditor's name and mailing address**

**Elliot Turner
35 Price Creek Rd room 207
Bremen, GA 30110**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2706**

**Nonpriority creditor's name and mailing address**

**Elven Wade
1616 e moore
20
Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2707**

**Nonpriority creditor's name and mailing address**

**Elyce Turner
647 n Dover dr
B2
Independence, MO 64056**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2708**

**Nonpriority creditor's name and mailing address**

**Eman Mubarak
236 Knightsbridge Drive
North Charleston, SC 29418**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2709**

**Nonpriority creditor's name and mailing address**

**Emani Mikell
4139 Brynhill Lane
Buford, GA 30518**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2710**

**Nonpriority creditor's name and mailing address**

**Emanuel Casey
107 East Campbell avenue
Geneva, AL 36340**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.271 1**

**Nonpriority creditor's name and mailing address**

**Emanuel McRath**
**101 College Drive**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.271 2**

**Nonpriority creditor's name and mailing address**

**Emanuel Velasquez**
**700 S harrison St**
**10**
**Olathe, KS 66061**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.271 3**

**Nonpriority creditor's name and mailing address**

**Emanuella Dixon**
**113 Highland Park Dr**
**Athens, GA 30605**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.271 4**

**Nonpriority creditor's name and mailing address**

**Emily Burnett**
**918 West Monroe**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.271 5**

**Nonpriority creditor's name and mailing address**

**Emily Byrd**
**3115 Hill Avenue Lot 24**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.271 6**

**Nonpriority creditor's name and mailing address**

**Emily Carron**
**251 Ralston RD**
**Ellijay, GA 30536**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.271 7**

**Nonpriority creditor's name and mailing address**

**Emily Fletcher**
**254 Buckles Ln**
**St.Stephen, SC 29479**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.271 8**

**Nonpriority creditor's name and mailing address**

**Emily Florence**
**6320 Browning Gate Rd**
**Estill, SC 29918**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.271 9**

**Nonpriority creditor's name and mailing address**

**Emily Flower**
**386 Evergreen Dr**
**Ellijay, GA 30540**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.272 0**

**Nonpriority creditor's name and mailing address**

**Emily Fraser**
**2601 4th Avenue N**
**Billings, MT 59101**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.272 1**

**Nonpriority creditor's name and mailing address**

**Emily Josey**
**1491 Goins Rd**
**wrightsville, GA 31089**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.272 2**

**Nonpriority creditor's name and mailing address**

**Emily Mendez**
**Lakehurst dr**
**648**
**Olathe, KS 66061**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.272 3**

**Nonpriority creditor's name and mailing address**

**Emily Nasto**
**1064 Vestry Dr**
**Murrells Inlet, SC 29576**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.272 4**

**Nonpriority creditor's name and mailing address**

**Emily Passero**
**HR Recruiter**
**4015 N. Grant Street**
**Westmont, IL 60559**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.2725**

**Nonpriority creditor's name and mailing address**

**Emily Rich**
**3969 Appletree Avenue**
**B**
**North Charleston, SC 29418**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2726**

**Nonpriority creditor's name and mailing address**

**Emily Schultz**
**1311 South Arlington Avenue**
**Sedalia, MO 65301**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2727**

**Nonpriority creditor's name and mailing address**

**Emily Sheridan**
**1725 s hardy ave**
**Independence, MO 64052**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2728**

**Nonpriority creditor's name and mailing address**

**Emily Wise**
**26350 Concord St**
**Mercer, MO 64661**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2729**

**Nonpriority creditor's name and mailing address**

**Emiyah Strange**
**399 Jordan St**
**Royston, GA 30662**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2730**

**Nonpriority creditor's name and mailing address**

**EMMA ALLEN**
**PO Box 5932**
**Forsyth, GA 31029**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2731**

**Nonpriority creditor's name and mailing address**

**Emma Ashley**
**2795 Old cedartown rd SE**
**Lindale, GA 30147**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**

Name

Case number (if known) _____

---

**3.273 2**

**Nonpriority creditor's name and mailing address**

**Emma Garrett**
**26 N Pine Road**
**Ellijay, GA 30536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.273 3**

**Nonpriority creditor's name and mailing address**

**Emma Payne**
**106 Tammy ln**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.273 4**

**Nonpriority creditor's name and mailing address**

**Emma powell**
**105 lane**
**warner robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.273 5**

**Nonpriority creditor's name and mailing address**

**Emmanuel Adebusuyi**
**5100 west mountain street**
**V101**
**Stone Mountain, GA 30083**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.273 6**

**Nonpriority creditor's name and mailing address**

**Emmanuel Deveaux**
**1335 south main street**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.273 7**

**Nonpriority creditor's name and mailing address**

**Emmanuel Moultrie**
**103 central ave**
**Apt j1**
**Goose creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.273 8**

**Nonpriority creditor's name and mailing address**

**Emperia Dantzler**
**351 Lafayette ln**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2739**

**Nonpriority creditor's name and mailing address**

**EMyah Kayhill**
**600 SW Webster Ave**
**Topeka, KS 66606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2740**

**Nonpriority creditor's name and mailing address**

**Energy Heating & Air Conditioning Inc**
**598 Briar Run Ct**
**Loganville, GA 30052**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2741**

**Nonpriority creditor's name and mailing address**

**Energy West - Montana**
**PO BOX 2229**
**Great Falls, MT 59403-2229**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2742**

**Nonpriority creditor's name and mailing address**

**Engineered Electrical Solutions LLC**
**282 Thorpe Road**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2743**

**Nonpriority creditor's name and mailing address**

**Eniya Toole**
**6028 Creekerton Blvd**
**Mcdonough, GA 30252**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2744**

**Nonpriority creditor's name and mailing address**

**Enjeh Richardson**
**144 David Thomas lane**
**Quincy, FL 32352**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2745**

**Nonpriority creditor's name and mailing address**

**Enrique Ralls**
**100 Birch Ct**
**Fayetteville, GA 30214**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.274 6**

**Nonpriority creditor's name and mailing address**

**Epiphany Mayfield**
**84 Wv hicks dr**
**Royston, GA 30662**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.274 7**

**Nonpriority creditor's name and mailing address**

**Equipment Srv. Professionals**
**320 Canal Street**
**Rapid City, SD 57701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,298.62**

---

**3.274 8**

**Nonpriority creditor's name and mailing address**

**Erian Wiggins**
**417 E 14th st**
**823**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.274 9**

**Nonpriority creditor's name and mailing address**

**Eric Coleman**
**424 Line St, #D2**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.275 0**

**Nonpriority creditor's name and mailing address**

**Eric Coley**
**605 E Water Ave.**
**Geneva, AL 36340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.275 1**

**Nonpriority creditor's name and mailing address**

**Eric Cooper**
**1204 S. Morley St. Lot 16**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.275 2**

**Nonpriority creditor's name and mailing address**

**Eric Davis**
**2714 Scott st**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                          Case number (if known)   _____
         Name

---

3.275
3

**Nonpriority creditor's name and mailing address**

**Eric Gameon**
**1400 Cole Ave**
**D**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.275
4

**Nonpriority creditor's name and mailing address**

**Eric Green**
**9934 Winged Elm Street**
**Summerville, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.275
5

**Nonpriority creditor's name and mailing address**

**Eric Hunt**
**801 21st N.**
**Great Falls, MT 59401**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.275
6

**Nonpriority creditor's name and mailing address**

**Eric Jackson**
**100 Stewart's place**
**Summerville, SC 29485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.275
7

**Nonpriority creditor's name and mailing address**

**Eric Jordan**
**41 Almadin lane**
**Billings, MT 59105**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.275
8

**Nonpriority creditor's name and mailing address**

**Eric Lujan**
**7201 Lamar Ave**
**Overland Park, KS 66204**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.275
9

**Nonpriority creditor's name and mailing address**

**Eric McClurg**
**217 veterans blvd.**
**branson, MO 65616**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 415 of 1218

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

| 3.2760 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Eric Osborn**
**9404EAST 18th Ter South**
**Independence, MO 64052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2761 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Eric Taylor**
**602 olmstead st**
**Warner Robin, GA 31098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Eric Thayer**
**1715 10th Avenue North**
**Great Falls, MT 59401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2763 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Eric Thomas**
**305 Robinson Street**
**Byron, GA 31008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Eric Winkleman**
**141 E Fairgrounds Ave**
**Jerseyville, IL 62052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Erica Austin**
**16 Sharper Circle**
**Sharper Circle**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Erica Breedlove**
**1324 Willow Way**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2767**

**Nonpriority creditor's name and mailing address**

**Erica Brown**
**1121 Forest Path**
**Stone Mountain, GA 30088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2768**

**Nonpriority creditor's name and mailing address**

**Erica Dickerson**
**9698 patriot blvd**
**143**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2769**

**Nonpriority creditor's name and mailing address**

**Erica Lamar**
**1314 10th St. SW**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2770**

**Nonpriority creditor's name and mailing address**

**Erica Prewitt**
**1845 New Orleans Way**
**Mcdonough ga, GA 30252**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2771**

**Nonpriority creditor's name and mailing address**

**ERICA SEABOLT**
**525 J S Williamson Ct**
**Nicholson, GA 30565**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2772**

**Nonpriority creditor's name and mailing address**

**Erica Tanner**
**425 Jackie Blvd.**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2773**

**Nonpriority creditor's name and mailing address**

**Erica Williamson**
**151N rangeland ln**
**Rozet, WY 82727**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor     **ARC Burger, LLC**                                     Case number (if known) _____
          Name

---

**3.277
4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Erick Brown**
**4 tilden ave**                                             ☐ Contingent
**lakeland, GA 31635**                                       ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.277
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Erick Flores**
**8405 Isabel street**                                       ☐ Contingent
**Kansas city, KS 66112**                                    ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.277
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Erick Jaramillo**
**112 Echota 6th Street**                                    ☐ Contingent
**Calhoun, GA 30701**                                        ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.277
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Erick's Fabrication**
**20575 1/2 STATE ROUTE K**                                  ☐ Contingent
**Saint Joseph, MO 64505-4226**                              ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.277
8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Ericka Osborn**
**4012 Troost Ave**                                          ☐ Contingent
**Kansas City, MO 64110**                                    ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.277
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Erik Hartwig**
**15 Vally Dr**                                              ☐ Contingent
**Bufdalo, WY 82834**                                        ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.278
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Erik-zander Westberry**
**241 Jenny D lane**                                         ☐ Contingent
**Hogansville, GA 30230**                                    ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ARC Burger, LLC**

Case number (if known)

Name

| 3.278 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Erika Cantarero**
**1010 n spring st**
**Independence, MO 64050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Erika Davenport**
**65 middle st apt a**
**65**
**Varnville, SC 29944**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Erika Gutierrez**
**3529 se 7 th**
**Topeka, KS 66607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Erika Munoz**
**1251 scott**
**Kansas city, KS 66105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Erika Nunez**
**331 Hope rd.**
**Helena, MT 59602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Erika Sanchez**
**728 East Wabash Street**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.278 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Erin Locks**
**115 E Darsey avenue**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**3.2788**

**Nonpriority creditor's name and mailing address**

**Erma Gomez**
**601 Jefferson Street**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2789**

**Nonpriority creditor's name and mailing address**

**Erneisha Coleman**
**1635 E Park avenue**
**25D**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2790**

**Nonpriority creditor's name and mailing address**

**Ernest Adams**
**820 Bowens Mill Rd SE**
**D35**
**Douglas, GA 31533**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2791**

**Nonpriority creditor's name and mailing address**

**Ernst & Young**
**55 Ivan Allen Jr. Blvd.**
**Suite 1000**
**Atlanta, GA 30308**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2792**

**Nonpriority creditor's name and mailing address**

**ERS**
**4268 Capital Drive**
**Monroe, NC 28110**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2793**

**Nonpriority creditor's name and mailing address**

**Erwin mopop**
**342 N van brunt blvd**
**kansas city, MO 64123**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2794**

**Nonpriority creditor's name and mailing address**

**Eryka Thompson**
**2615 n 12th street**
**Kansas city, KS 66106**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2795**

**Nonpriority creditor's name and mailing address**

**Essa Ahmed**
**2502 Wescott Way**
**Bethlehem, GA 30620**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2796**

**Nonpriority creditor's name and mailing address**

**Estefany Mendez**
**715 maple st**
**Jefferson City, MO 65101**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2797**

**Nonpriority creditor's name and mailing address**

**Estes Brothers LLC**
**2572 Hansard Rd.**
**Cumming, GA 30041**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rent__

Is the claim subject to offset? ■ No  ☐ Yes

**$3,832.50**

---

**3.2798**

**Nonpriority creditor's name and mailing address**

**Esther Beck**
**205 Shammrock Pl**
**Washington, MO 63090**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2799**

**Nonpriority creditor's name and mailing address**

**Esther Streng**
**251 Tolbert street**
**Cumming, GA 30040**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2800**

**Nonpriority creditor's name and mailing address**

**Eston Hogan**
**730 Co rd 625**
**Coffee springs, AL 36318**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2801**

**Nonpriority creditor's name and mailing address**

**Etai Beal**
**4654 e 37th ter**
**Kansas City, FL 64128**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

| 3.280 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| ETC | ☐ Contingent | |
| PO BOX 2149 | ☐ Unliquidated | |
| Ellijay, GA 30540 | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| Eternity Edwards | ☐ Contingent | |
| 3805 Candlelight Dr | ☐ Unliquidated | |
| C | ☐ Disputed | |
| Jefferson City, MO 65109 | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| Eterrious Stamper | ☐ Contingent | |
| 906 7th street | ☐ Unliquidated | |
| Apt b | ☐ Disputed | |
| Moultrie, GA 31768 | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| Ethan Butler | ☐ Contingent | |
| 1835 Valley Pl | ☐ Unliquidated | |
| Cumming, GA 30040 | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| Ethan Fuwell | ☐ Contingent | |
| 777 hwy 17 | ☐ Unliquidated | |
| 8 | ☐ Disputed | |
| Houston, MO 65483 | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| Ethan Gammons | ☐ Contingent | |
| 4954 piano road | ☐ Unliquidated | |
| Graceville, FL 32440 | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.280 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| Ethan Hagston | ☐ Contingent | |
| 1402 E 6Th St | ☐ Unliquidated | |
| Sedalia, MO 65301 | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2809**

**Nonpriority creditor's name and mailing address**

**Ethan Inkman**
**1351 franklin prkway**
**C1**
**Franklin ga, GA 30217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2810**

**Nonpriority creditor's name and mailing address**

**Ethan Nolasco Chun**
**698 hwy 382 W**
**Ellijay, GA 30540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2811**

**Nonpriority creditor's name and mailing address**

**Ethan Posadas**
**9106 PARLOR DR**
**LADSON, SC 29456**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2812**

**Nonpriority creditor's name and mailing address**

**Ethan Trill**
**106 Wilmer Ave**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2813**

**Nonpriority creditor's name and mailing address**

**Ethan Voltaire**
**3004 Kaley dr**
**Kennesaw, GA 30152**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2814**

**Nonpriority creditor's name and mailing address**

**Ethel Dawson**
**138 Miller Ln**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2815**

**Nonpriority creditor's name and mailing address**

**Ethel Foster**
**50 East Washington Ave**
**Lakeland, GA 31635**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.2816**

**Nonpriority creditor's name and mailing address**

**Ethen Verdict**
**7825 touromee**
**Kansas city, KS 66112**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2817**

**Nonpriority creditor's name and mailing address**

**Eucosia Richardson**
**122 Ruthie Lane**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2818**

**Nonpriority creditor's name and mailing address**

**Eugene Green**
**2014 woody dr**
**18**
**Billings, MT 59102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2819**

**Nonpriority creditor's name and mailing address**

**Eugene Hale IV**
**100robinswestparkway**
**506**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2820**

**Nonpriority creditor's name and mailing address**

**Eugenia Bolanos Rodriguez**
**246 st 256**
**Grandview, MO 64030**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2821**

**Nonpriority creditor's name and mailing address**

**Eugenia Hinze**
**517 Fremont**
**Washington, MO 63090**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2822**

**Nonpriority creditor's name and mailing address**

**Euriah Stephens**
**617 ferncrest dr**
**F5**
**sandersville, GA 31082**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
　　　　Name

Case number (if known) _____

---

**3.282 3**

**Nonpriority creditor's name and mailing address**

**Eva Criswell**
**591 Allen rd**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 4**

**Nonpriority creditor's name and mailing address**

**Eva Hughes**
**120 Brook st #19**
**19**
**Licking, MO 65542**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 5**

**Nonpriority creditor's name and mailing address**

**Evan Fanok**
**4230 morningside circle**
**Great falls, MT 59405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 6**

**Nonpriority creditor's name and mailing address**

**Evan Hayes**
**2234 sw 8th ave**
**Topeka, KS 66606**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 7**

**Nonpriority creditor's name and mailing address**

**evan holt**
**2736 pine chapel road**
**resaca, GA 30735**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 8**

**Nonpriority creditor's name and mailing address**

**Evan Maldonado**
**7120 SW 17th Terrace**
**Topeka, KS 66615**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 9**

**Nonpriority creditor's name and mailing address**

**Evan Silva-Martinez**
**420 SW Joy Court**
**420**
**Blue Springs, MO 64014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.283
0**

**Nonpriority creditor's name and mailing address**

**Evelin Lopez
416 S toomb street
Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283
1**

**Nonpriority creditor's name and mailing address**

**evelyn Gonzales
2424 sw harrison st
topeka, KS 66611**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283
2**

**Nonpriority creditor's name and mailing address**

**Evelyn Perez
1306 sw Harrison st
211
Topeka Kansas, KS 66612**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283
3**

**Nonpriority creditor's name and mailing address**

**Evelyn Upson
6 east Peeler ave
Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283
4**

**Nonpriority creditor's name and mailing address**

**Evelynn Webber
240 Palmetto Village Circle
Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283
5**

**Nonpriority creditor's name and mailing address**

**Ever Pea Valles
1702 Southwest Blvd
Jefferson city, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283
6**

**Nonpriority creditor's name and mailing address**

**Everett Mierow
622 s California St Apt#504
Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                      Case number (if known) _____
_____
Name

---

**3.2837**

**Nonpriority creditor's name and mailing address**

**Everett Mortimer**
**230 Willa St**
**Basement**
**Blue Ridge, GA 30513**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2838**

**Nonpriority creditor's name and mailing address**

**everett townley**
**641 poplar st**
**Monroe, GA 30655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2839**

**Nonpriority creditor's name and mailing address**

**Everette Rush**
**163 redfox run**
**Warner robins, GA 31088**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2840**

**Nonpriority creditor's name and mailing address**

**Evergy**
**PO BOX 219703**
**Kansas City, MO 64121-9703**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$28,778.20**

---

**3.2841**

**Nonpriority creditor's name and mailing address**

**Everling Mejia**
**4509 Independence Ave, #C**
**Kansas City, MO 64124**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2842**

**Nonpriority creditor's name and mailing address**

**EVO Door & Window, LLC**
**6250 N Military Trail**
**West Palm Beach, FL 33407**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$5,290.77**

---

**3.2843**

**Nonpriority creditor's name and mailing address**

**Evony Richardson**
**728 12th st sw**
**Moultrie, GA 31768**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
                 Name

| 3.284 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Executive Safe and Security Corporation dba Amphion**
**10722 Edison Court**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Repairs & Maintenance__

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.25**

---

| 3.284 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Extreme Clean of Georgia, Inc.**
**5900 Hawkinsville Road**
**Macon, GA 31216**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.284 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Extreme Mulching Land Clearing**
**Vince Barton**
**16476 Forrest Dr**
**Houston, MO 65483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.284 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**EZ Lawncare Limited Company**
**Zeb Davis**
**281 Coming Street Apt A**
**Charleston, SC 29403**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$588.50**

---

| 3.284 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ezekiel Sanders**
**9989 Dorchester Rd**
**APT 17G**
**Summerville, SC 29485**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.284 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fabiola Nunez**
**3347 SE Bryant St**
**Topeka, KS 66605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.285 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Fabiola Villagomez**
**3005 se Randolph ave**
**D**
**Topeka, KS 66611**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.285
1**

**Nonpriority creditor's name and mailing address**

**Faisal Hanif
2918 Sutton pl
Emporia, KS 66801**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285
2**

**Nonpriority creditor's name and mailing address**

**Faith Arbuthnot
182 Hawk Lane
Carrollton, GA 30116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285
3**

**Nonpriority creditor's name and mailing address**

**Faith Landers
1105 E pacific Ave
Independence, MO 64050**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285
4**

**Nonpriority creditor's name and mailing address**

**Falecia Mckinney
13 Azalea Street
Rome, GA 30161**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285
5**

**Nonpriority creditor's name and mailing address**

**Fall Line Gaskets Inc.
PO BOX 26965
Macon, GA 31221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,576.61**

---

**3.285
6**

**Nonpriority creditor's name and mailing address**

**Fanny Ramirez
7408wow ave
Kansas city, KS 66112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.285
7**

**Nonpriority creditor's name and mailing address**

**Far-Techs LLC
6421 Sandhurst Drive
Brookpark, OH 44142**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,250.00**

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page  429 of 1218

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.2858**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Farrah Wheeler**
**22 Winchester Ave**
**Adairsville, GA 30103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2859**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**FAS Parts & Service**
**110-B HAMILTON PARK DR**
**TALLAHASSEE, FL 32304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$8,287.58**

---

**3.2860**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Fast Az Services LLC**
**861 South Foster Street**
**Dothan, AL 36301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2861**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Fast Fix LLC**
**314 Nebraska Ave**
**Columbia, MO 65201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2862**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Fatima Calhoun**
**69 south 9th st.**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2863**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Favio Lopez**
**819 Tri County Rd**
**Graceville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2864**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Fayette 27 Holdings LLC**
**1424 Pasqualito Drive**
**San Marino, CA 91108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$36,281.25**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.286 5**

**Nonpriority creditor's name and mailing address**

**Fayette County Environmental Health**
**Georgia Department of Public Health**
**140 Stonewall Ave.**
**Fayetteville, GA 30214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.286 6**

**Nonpriority creditor's name and mailing address**

**Fayette County Tax Commissioner**
**P.O. Box 70**
**Fayetteville, GA 30214-0070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.286 7**

**Nonpriority creditor's name and mailing address**

**Fayette County Tax Commissioner**
**140 Stonewall Ave. W**
**Fayetteville, GA 30214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.286 8**

**Nonpriority creditor's name and mailing address**

**Felicia Adams**
**438 Birch Rd**
**Franklin, GA 30217**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.286 9**

**Nonpriority creditor's name and mailing address**

**Felicia Adamson**
**903 Hays Mill Rd**
**1206**
**Carrollton, GA 30117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.287 0**

**Nonpriority creditor's name and mailing address**

**Felicia Bradley**
**22 lynhaven drive**
**Newnan, GA 30263**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.287 1**

**Nonpriority creditor's name and mailing address**

**Felicia Dennis**
**518 Serena Dr**
**482**
**Norman Park, GA 31771**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **ARC Burger, LLC**                                                   Case number (if known) _____
          Name

| 3.287 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Felicia Manders**
**596 Sharon dr**
**C**
**Lawrenceville, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Felicia Ockiya**
**505 Lanier Mill Circle**
**Oakwood, GA 30566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Felicidad Balgoma**
**1486 Dee Kennedy Road**
**Hoschton, GA 30548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Felicity Burke**
**803 Lewis ave**
**5**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Felicity Clark**
**506 Moore Street**
**Oxford, GA 30054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Felicity Rutledge**
**116 east main street**
**Houston, MO 65483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Felishia Kidd**
**1301 S Ward Pkwy**
**Blue Springs, MO 64014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2879**

**Nonpriority creditor's name and mailing address**

**Felix Castro**
**118 SW Lakeview Blvd**
**Lees summit, MO 64063**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2880**

**Nonpriority creditor's name and mailing address**

**Fernanda Morales**
**1210 W Virginia lane**
**5**
**olathe, KS 66061**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2881**

**Nonpriority creditor's name and mailing address**

**Fernanda Perez**
**3347 SE Bryant St**
**Topeka, KS 66605**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2882**

**Nonpriority creditor's name and mailing address**

**Fernando Belmar**
**1028 SE Bellview ave**
**Topeka, KS 66607**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2883**

**Nonpriority creditor's name and mailing address**

**Fernando Vilchez**
**210 North Ventura apartamento**
**A**
**Jefferson, MO 65109**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2884**

**Nonpriority creditor's name and mailing address**

**Fertina Brown**
**505 spring lake circle**
**Morrow, GA 30260**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2885**

**Nonpriority creditor's name and mailing address**

**Fidel Santana**
**1210 Dunwoody drive**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.2886**

**Nonpriority creditor's name and mailing address**

**Fidelity Communications**
**PO BOX 2050**
**Omaha, NE 68103-2050**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$1,119.30

---

**3.2887**

**Nonpriority creditor's name and mailing address**

**Fire Protection Services, Llc**
**2030 Powers Ferry Road, Suite 100**
**Atlanta, GA 30339**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$22,422.81

---

**3.2888**

**Nonpriority creditor's name and mailing address**

**Firehouse Lock & Key**
**Don C Berber**
**4664 Hwy 90**
**Marianna, FL 32446**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$1,359.81

---

**3.2889**

**Nonpriority creditor's name and mailing address**

**FireMaster**
**13050 Metro Parkway Suite 1**
**Fort Myers, FL 33966**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$2,525.00

---

**3.2890**

**Nonpriority creditor's name and mailing address**

**Firenza Chatmon**
**1414 orange street**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2891**

**Nonpriority creditor's name and mailing address**

**Fish Window Cleaning**
**TTCL Services LLC**
**PO Box 22268**
**Billings, MT 59104**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2892**

**Nonpriority creditor's name and mailing address**

**Fish Window Cleaning**
**137 Main Street**
**Bogart, GA 30622**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$48.00

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
          Name

---

**3.289 3**

**Nonpriority creditor's name and mailing address**

**Flint EMC**
**SEDC**
**PO BOX 530812**
**Atlanta, GA 30353-0812**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,874.22**

---

**3.289 4**

**Nonpriority creditor's name and mailing address**

**Flint Limberg**
**326 N Abat St**
**Mexico, MO 65265**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.289 5**

**Nonpriority creditor's name and mailing address**

**Flor Moran Cal**
**1110 st Marys blvd**
**Jefferson city, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.289 6**

**Nonpriority creditor's name and mailing address**

**Flor Vargas**
**3611 Freeman Ave**
**Kansas, KS 66102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.289 7**

**Nonpriority creditor's name and mailing address**

**Florida Certified Sign Erectors LLC**
**PO Box 2222**
**Decatur, AL 35609-2222**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.289 8**

**Nonpriority creditor's name and mailing address**

**Florida Public Utiltites**
**Po Box 829981**
**Philadelphia, PA 19182-9981**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.289 9**

**Nonpriority creditor's name and mailing address**

**Floyd County Environmental Health**
**16 E. 12th St.**
**Rome, GA 30161**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

**3.2900**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Floyd County Tax Commissioner**                            ☐ Contingent
**#4 Govt. Plaza**                                           ☐ Unliquidated
**Floyd County Historic Court House**                        ☐ Disputed
**Rome, GA 30161**

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2901**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Floyd County Tax Commissioner**                            ☐ Contingent
**4 Government Plaza**                                       ☐ Unliquidated
**Rome, GA 30161**                                          ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2902**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$300.87**

**Floyd County Water Department**                            ☐ Contingent
**PO BOX 1169**                                             ☐ Unliquidated
**Rome, GA 30162-1169**                                     ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2903**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$1,353.65**

**Floyd Dave Campbell**                                      ☐ Contingent
**Floyd Campbell**                                          ☐ Unliquidated
**2033 Pittston Farm Rd**                                   ☐ Disputed
**Lithonia, GA 30058**

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2904**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**FlyLock Security Solutions South Atlanta**                 ☐ Contingent
**1000 Sany Way, STE 207**                                  ☐ Unliquidated
**Peachtree City, GA 30269**                                ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2905**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**For2Fi, Inc**                                             ☐ Contingent
**PO Box 79428**                                            ☐ Unliquidated
**N Dartmouth, MA 02747**                                   ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2906**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Forma-Kool Manufacturing, Inc.**                          ☐ Contingent
**46880 Continental Drive**                                 ☐ Unliquidated
**Chesterfield, MI 48047-5269**                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2907**

**Nonpriority creditor's name and mailing address**

**Forsyth Co. Environmental Health**
**514 West Maple St. #404**
**Cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2908**

**Nonpriority creditor's name and mailing address**

**Forsyth County Tax Commisioner**
**1092 Tribble Gap Road**
**Cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2909**

**Nonpriority creditor's name and mailing address**

**Forsyth County Tax Commissioner**
**1092 Tribble Gap Rd.**
**Cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2910**

**Nonpriority creditor's name and mailing address**

**Foster Heating & Air Conditioning Inc**
**915 S Washington St**
**Chillicothe, MO 64601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2911**

**Nonpriority creditor's name and mailing address**

**Foster Signs, Inc**
**146 N. Lincoln Ave**
**Jonesborough, TN 37659**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2912**

**Nonpriority creditor's name and mailing address**

**Fourth Enterprises LLC**
**Red Book Solutions**
**PO Box 18364**
**Palatine, IL 60055-8364**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2913**

**Nonpriority creditor's name and mailing address**

**FPL Northwest FL**
**PO BOX 29090**
**Miami, FL 33102-9090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$10,563.91**

---

Debtor   **ARC Burger, LLC**                                Case number (if known) _____
Name

---

3.291
4

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Frances Mcclary**
**415 South Park Avenue**
**Lot 25**
**Andrews, SC 29510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.291
5

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.291
6

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Francie Marion**
**1318 East 89th street**
**2e**
**Kansas City, MO 64131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.291
7

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Francinia Stokeling**
**2550 Forrestwood drive**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.291
8

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Francis Weeks**
**406 2nd Street**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.291
9

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Frank Benjamin**
**3300 Shipley Street, Apt 827**
**Ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.292
0

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$762.00**

**Frank Berry**
**9890 W. Sontag Drive**
**Rocheport, MO 65279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor      **ARC Burger, LLC**                                    Case number (if known) _____
            Name

| | |
|---|---|

**3.292 1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Frank Harris**
**803 4th ave. S.E**
**White sulphur springs, MT 59645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.292 2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Frank Miranda**
**965 West Fetterman Street**
**37**
**buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.292 3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Frank Troyan**
**107 Mikel Ct**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.292 4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Frankie Peppers**
**611 New Hope Rd**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.292 5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Franklin County Collector**
**400 E Locust, Room 103**
**Union, MO 63084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.292 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Franklin County Collector**
**400 E. Locust**
**Room 103**
**Union, MO 63084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.292 7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Franklin County Glass Inc**
**2010 highway A**
**Washington, MO 63090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known)  _____
_____
Name

---

3.292
8

**Nonpriority creditor's name and mailing address**

**Franklin County Health Department**
**6955 Ga. Hwy 145 S**
**Carnesville, GA 30521**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.292
9

**Nonpriority creditor's name and mailing address**

**Franklin County Health Department**
**414 E. Main St.**
**Union, MO 63084**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.293
0

**Nonpriority creditor's name and mailing address**

**Franklin County Tax Commissioner**
**P.O. Box 100**
**Carnersville, GA 30521-0100**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.293
1

**Nonpriority creditor's name and mailing address**

**Franklin County Tax Commissioner**
**1221 Hull Ave.**
**Carnesville, GA 30521**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.293
2

**Nonpriority creditor's name and mailing address**

**Franklin Nelson**
**209 Gravel Gulley Road**
**GEORGETOWN, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.293
3

**Nonpriority creditor's name and mailing address**

**FRANQUAN DIXON**
**8480 GA HWY 88**
**Sandersville, GA 31082**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.293
4

**Nonpriority creditor's name and mailing address**

**Franz Family Bakery**
**PO Box 742654**
**Los Angeles, CA 90074-2654**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$11.28**

---

Debtor    **ARC Burger, LLC**    Case number (if known) _____
Name

---

**3.293 5**

**Nonpriority creditor's name and mailing address**

**FRED HUNT**
**2210 Bolser Street Lot 22**
**TRENTON, MO 64683**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.293 6**

**Nonpriority creditor's name and mailing address**

**Freda Porter**
**31 Jelks Street**
**A**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.293 7**

**Nonpriority creditor's name and mailing address**

**Freddie Wilson**
**2675 Mudville rd**
**Lot 2**
**Cross, SC 29436**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.293 8**

**Nonpriority creditor's name and mailing address**

**Frederick Holmes**
**205 Shagbark Trail**
**D**
**North Charleston, SC 29418**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.293 9**

**Nonpriority creditor's name and mailing address**

**Frederick Saunderson**
**1418 booze mountain rd se**
**Rome, GA 30173**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.294 0**

**Nonpriority creditor's name and mailing address**

**Freedom ODell**
**116 westhills loop**
**Gillette, WY 82718**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.294 1**

**Nonpriority creditor's name and mailing address**

**Fritzner Deveaux**
**1335 south main street**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page  441 of 1218

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

3.294
2

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Full Nelson Services**
**1015 E 14th Ave**
**North Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.294
3

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$8,888.11**

**Fusion, LLC**
**P.O. BOX 411470**
**Boston, MA 02241-1289**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.294
4

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Gabe Degel**
**1001 Adobe Dr**
**Great Falls, MT 59404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.294
5

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Gabrial Loveday**
**2905 foothills blvd**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.294
6

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Gabriel Head**
**520 Indian Springs Dr**
**Forsyth, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.294
7

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**gabriel maxwell**
**621 n clark, 621 n clark**
**mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

3.294
8

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Gabriel Parker**
**3311 2nd Avenue North**
**219**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.2949**

**Nonpriority creditor's name and mailing address**

**Gabriel Scroggins**
**205 Boone Dr**
**Summerville, SC 29485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2950**

**Nonpriority creditor's name and mailing address**

**Gabriel Sinclair**
**16735 sunset dr**
**Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2951**

**Nonpriority creditor's name and mailing address**

**Gabriela Cruz**
**6503Hihg Grove Rd**
**Kansas, MO 64030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2952**

**Nonpriority creditor's name and mailing address**

**Gabriela Gomez**
**7575 W 106th St**
**Apt 306**
**Overland Park, KS 66212**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2953**

**Nonpriority creditor's name and mailing address**

**Gabriela Ortez**
**115 11th St W**
**Tift, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2954**

**Nonpriority creditor's name and mailing address**

**Gabriella Garms**
**2023 Birch Ln**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2955**

**Nonpriority creditor's name and mailing address**

**Gabrielle Brower**
**922 East Love Street**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
       Name

| 3.2956 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Gabrielle Jones**
**901 Arrington rd**
**Franklin, GA 30216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2957 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Gabrielle Mack**
**112 Lucy Dr**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**GaCere Williams**
**748 congo rd**
**Chattahoochee, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2959 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Gadsden Co Tax Collector**
**16 S. Calhoun St**
**Quincy, FL 32351**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2960 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Gage Duty**
**2858 Duty Dr**
**Vernon, FL 32462**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2961 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Gage Pierce**
**73220 Catalina dr**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2962 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Gail Arnold**
**960 Schmoe**
**Quitman, GA 31643**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**                          Case number (if known) _____
_____
Name

---

| 3.296 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gallagher Bassett**
**2850 Golf Road**
**Rolling Meadows, IL 60008**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$15,327.75**

---

| 3.296 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gallatin Hood Cleaning Inc**
**PO Box 282**
**Belgrade, MT 59714**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.296 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Galuntia Denson**
**1110 College Ave S**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.296 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gardner Enterprise LLC**
**DBA Gateway Gasket**
**105 Kelcross Dr.**
**Wentzville, MO 63385**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.296 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Garner Health Technology, Inc**
**64 Bleecker St, #103**
**New York, NY 10012**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.296 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Garrett Banks**
**8407 W 91st Terr**
**Overland Park, KS 66212**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.296 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Garrett Wingate**
**1020 Bevis Rd.**
**Franklin, GA 30213**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 445 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.297 0**

**Nonpriority creditor's name and mailing address**

**Gary Borne**
**341 n downey ave**
**Independence, MO 64056**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 1**

**Nonpriority creditor's name and mailing address**

**Gary Brink, Inc.**
**216 Moore Lane**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$908.46**

---

**3.297 2**

**Nonpriority creditor's name and mailing address**

**gary Harris**
**501 Pine Park St**
**Unit d**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 3**

**Nonpriority creditor's name and mailing address**

**Gary Huff**
**200 old Monroe rd**
**Athens, GA 30606**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 4**

**Nonpriority creditor's name and mailing address**

**Gary McCain**
**1101 Lanier Mill Cir**
**oakwood, GA 30566**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 5**

**Nonpriority creditor's name and mailing address**

**Gary White**
**9415 Eastern Ave**
**Kansas City, MO 64138**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 6**

**Nonpriority creditor's name and mailing address**

**Gary Woods**
**618 sw mabury**
**Lee summit, MO 64081**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.297 7**

**Nonpriority creditor's name and mailing address**

**Gas South**
**PO BOX 530552**
**Atlanta, GA 30353-0552**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$19,410.32**

---

**3.297 8**

**Nonpriority creditor's name and mailing address**

**Gasket Guy of Atlanta**
**PO BOX 20802**
**Atlanta, GA 30320**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,849.21**

---

**3.297 9**

**Nonpriority creditor's name and mailing address**

**GASKET GUY OF CENTRAL GA**
**PO BOX 26965**
**MACON, GA 31221**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,292.62**

---

**3.298 0**

**Nonpriority creditor's name and mailing address**

**GasketGuy of Greater Kansas City, LLC**
**10645 Widmer Rd**
**Lenexa, KS 66215**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$493.03**

---

**3.298 1**

**Nonpriority creditor's name and mailing address**

**Gaskets Rock International, Inc**
**409 Parkway View Drive**
**Pittsburgh, PA 15205**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,627.37**

---

**3.298 2**

**Nonpriority creditor's name and mailing address**

**Gaskets Unlimited**
**3001 Mccall Drive**
**Doraville, GA 30340**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.298 3**

**Nonpriority creditor's name and mailing address**

**gavan christianson**
**242NW woodschapel road**
**242**
**blue springs, MO 64015**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.298 4**

**Nonpriority creditor's name and mailing address**

**Gavin Dake**
**736Westbrook rd**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.298 5**

**Nonpriority creditor's name and mailing address**

**Gavin Markley**
**1905 SE Stratford street**
**Blue springs, MO 64014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.298 6**

**Nonpriority creditor's name and mailing address**

**Gavin Morris**
**801 route t lot d8**
**Lot d 8**
**St Martin, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.298 7**

**Nonpriority creditor's name and mailing address**

**Gavin Reece**
**7448 red bud rd**
**Ranger, GA 30734**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.298 8**

**Nonpriority creditor's name and mailing address**

**Gavin Sanchez**
**728 E wabash st**
**Olathe, KS 66061**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.298 9**

**Nonpriority creditor's name and mailing address**

**Gavin Steverson**
**12174 us hwy 27**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.299 0**

**Nonpriority creditor's name and mailing address**

**GaVonna Chaney**
**530 Folk St E**
**Fairfax, SC 29827**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.299 1**

**Nonpriority creditor's name and mailing address**

**Gay Mitchell**
**712 Blaine Street**
**Dublin, GA 31021**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.299 2**

**Nonpriority creditor's name and mailing address**

**Gayle Baker**
**108 watson lane**
**N/a**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.299 3**

**Nonpriority creditor's name and mailing address**

**Gaylon Coley**
**General Delivery**
**Great Falls, MT 59401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.299 4**

**Nonpriority creditor's name and mailing address**

**GB Collects LLC**
**1253 haddonfield Berlin Road**
**Voorhees, NJ 08043**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.299 5**

**Nonpriority creditor's name and mailing address**

**General Parts LLC**
**MI10**
**PO BOX 9201**
**Minneapolis, MN 55480-9201**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.299 6**

**Nonpriority creditor's name and mailing address**

**Geneva County**
**P.O. Box 430**
**Geneva, AL 36340**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.299 7**

**Nonpriority creditor's name and mailing address**

**Geneva County Gas District**
**PO BOX 280**
**Geneva, AL 36340**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,790.84**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  449 of 1218

Debtor **ARC Burger, LLC**
_____Name_____

Case number (if known) _____

---

| 3.299 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Geneva County Health Department**
**300 County Road 41**
**Hartford, AL 36344**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Geneva County Revenue Commissioner**
**200 N. Commerce St.**
**Geneva, AL 36340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Geneva Gunnells**
**112 Woodstork Dr**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Geneva Scott**
**821 Meriwether St**
**Griffin, GA 30224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,034.90** |
|---|---|---|---|

**Geneva Water Works**
**PO BOX 370**
**Geneva, AL 36340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gentuella Young**
**221 Knightsbridge Dr**
**Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Akers**
**307 NW highland lane**
**Blue Springs, MO 64014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

| 3.300 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **George Crafter** | ☐ Contingent | |
| | **21 Festiva Dr.** | ☐ Unliquidated | |
| | **Newnan, GA 30263** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **George cutter jr** | ☐ Contingent | |
| | **19 Bouldercrest lane** | ☐ Unliquidated | |
| | **apt b** | ☐ Disputed | |
| | **Atlanta, GA 30316** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **George Greer** | ☐ Contingent | |
| | **186 Georgia Ave** | ☐ Unliquidated | |
| | **B** | ☐ Disputed | |
| | **Winder, GA 30680** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **George JOHNSON** | ☐ Contingent | |
| | **138 Adthan cir** | ☐ Unliquidated | |
| | **Goose creek, SC 29445** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.300 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **George Sanders** | ☐ Contingent | |
| | **801 joe louis ave north west** | ☐ Unliquidated | |
| | **Moultrie, GA 31768** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **George Smith** | ☐ Contingent | |
| | **2312 Sterling place** | ☐ Unliquidated | |
| | **Valdosta, GA 31602** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **George Snider** | ☐ Contingent | |
| | **3323 Newtons Crest Circle** | ☐ Unliquidated | |
| | **SNELLVILLE, GA 30078** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 451 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.301 2**

**Nonpriority creditor's name and mailing address**

**George Whitlock**
**425 Riverside st**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.301 3**

**Nonpriority creditor's name and mailing address**

**Georgetown County Finance Department**
**129 Screven St.**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.301 4**

**Nonpriority creditor's name and mailing address**

**Georgetown County Finance Dept.**
**P.O. Box 421270-1270**
**Georgetown, SC 29442**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.301 5**

**Nonpriority creditor's name and mailing address**

**Georgetown County Treasurer**
**Miriam E. Mace**
**P.O. Box 1422**
**Columbia, SC 29202-1422**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.301 6**

**Nonpriority creditor's name and mailing address**

**Georgette Cooper**
**510 Albany Road**
**Apartment J4**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.301 7**

**Nonpriority creditor's name and mailing address**

**Georgia Air and Refrigeration LLC**
**PO Box 96613**
**Charlotte, NC 28296-0613**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$9,429.16**

---

**3.301 8**

**Nonpriority creditor's name and mailing address**

**Georgia Backflow Testing**
**3347 Miller Creek Ct**
**Buford, GA 30519**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  452 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3019**

**Nonpriority creditor's name and mailing address**

**Georgia Department of Revenue Processing**
**P.O. Box 740239**
**Atlanta, GA 30374-0239**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3020**

**Nonpriority creditor's name and mailing address**

**Georgia Gasket LLC**
**135 Stanley Court Suite 112**
**Lawrenceville, GA 30046**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3021**

**Nonpriority creditor's name and mailing address**

**Georgia Mechanical, Inc**
**4189 Capital View Drive**
**Suwanee, GA 30024**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$15,493.50**

---

**3.3022**

**Nonpriority creditor's name and mailing address**

**Georgia Pitts**
**230 Hwy U**
**Steelville, MO 65565**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3023**

**Nonpriority creditor's name and mailing address**

**Georgia Power**
**96 Annex**
**Atlanta, GA 30396-0001**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$83,634.87**

---

**3.3024**

**Nonpriority creditor's name and mailing address**

**GEORGIA POWER**
**96 ANNEX**
**ATLANTA, GA 30396**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3025**

**Nonpriority creditor's name and mailing address**

**Georgia Vent Works**
**1308 Olympic Ct**
**Conyers, GA 30012**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

| 3.3026 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**GEORGIA WILBANKS**
**1182 NEWTOWN LOOP RD NE**
**CALHOUN, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3027 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Georgina Tapia**
**2612Lake Valley Dr**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3028 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Gerald Grate**
**111 Manchester ln**
**Byron, GA 31008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3029 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Gerald Schumann Electric, Inc**
**601 W 6Th**
**Emporia, KS 00066-8001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3030 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Geraldine Willis**
**267 Deluxe Cir**
**Thomaston, GA 30286**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3031 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Gerard Bass**
**805 arrowhead trail**
**Warner robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3032 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Gerard Feurtado**
**103 Central Ave**
**B8**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page 454 of 1218

Debtor      **ARC Burger, LLC**                                              Case number (if known) _____
            Name

---

| 3.303 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**

**Gerardo Bellodas**
**302 Rocky Creek Rd**
**Thomaston, GA 30286**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**

**Gervae Brookes**
**131 Red Maple Way**
**Adairsville, GA 30103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**

**Getz Industrial Cleaning Inc**
**P.O. Box 419**
**Peoria, IL 61651-0419**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** Check all that apply.      **$5,488.00**

**GFL Environmental**
**PO BOX 4524**
**Houston, TX 77210-4524**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**

**GFL Environmental**
**PO BOX 791519**
**Baltimore, MD 21279-1519**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**

**Gianinna Juarez**
**1211 sw 5th street**
**Topeka, KS 66606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** Check all that apply.      **$0.00**

**Gibril Njai**
**2307 Quincy Street**
**KCMO, MO 64127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3040**

**Nonpriority creditor's name and mailing address**

**gideon meyer**
**5816 w101tar and nal**
**overland park, KS 66207**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3041**

**Nonpriority creditor's name and mailing address**

**Gilbert Brown**
**127 Virginia dare dr**
**B**
**Warner robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3042**

**Nonpriority creditor's name and mailing address**

**Gilbert Mitchell**
**9325 Bluehouse Rd**
**7307**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3043**

**Nonpriority creditor's name and mailing address**

**Gilmer County Fire Marshal?s Office**
**325 Howard Simmons Rd**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3044**

**Nonpriority creditor's name and mailing address**

**Gilmer County Health Department**
**1 Broad St.**
**Suite 003**
**Elijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3045**

**Nonpriority creditor's name and mailing address**

**Gilmer County Tax Commissioner**
**1 Broad St. Ste 105**
**Ellijay, GA 30540-9045**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3046**

**Nonpriority creditor's name and mailing address**

**Gilmer County Tax Commissioner**
**1 Broad St.**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

3.3047

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Gina Cordrey**
**504 E 6th Street**
**Adel, GA 31620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

3.3048

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Ginger Williams**
**1015 county line rd**
**Gordon, GA 31031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

3.3049

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Ginny Yarbrough**
**210 Garvin Dr**
**Centerville, GA 31028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

3.3050

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Ginori Wiley**
**720 Timmons drive**
**32**
**Tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

3.3051

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Giovanni Delorco**
**111 Chapman Rd**
**Byron, GA 31008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

3.3052

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Gisbell Duque**
**1149 S 81 St**
**Kansas, KS 66111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

3.3053

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Gisela Armenta-barraza**
**9725 Woodson Dr**
**Overland Park, KS 66207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 457 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.305
4**

**Nonpriority creditor's name and mailing address**

**Glacia Masten**
**150 Memory Springs Dr**
**# 4**
**Carrollton, GA 30117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305
5**

**Nonpriority creditor's name and mailing address**

**Gladys Mercado**
**15 S Washington Street**
**Emporia, KS 66801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305
6**

**Nonpriority creditor's name and mailing address**

**Glenda Moreno**
**1836 S Maywood Ave**
**Independence, MO 64052**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305
7**

**Nonpriority creditor's name and mailing address**

**Glenn Bauer**
**5607 Beverly Ln**
**Mission, KS 66202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,004.51**

---

**3.305
8**

**Nonpriority creditor's name and mailing address**

**Glenn Owens**
**65 wilburys way**
**Covington, GA 30016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305
9**

**Nonpriority creditor's name and mailing address**

**Glenn Schaffner**
**724 S Williams St**
**Moberly, MO 65270**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306
0**

**Nonpriority creditor's name and mailing address**

**Global HR Research, LLC**
**P.O. Box 737769**
**Dallas, TX 75373-7769**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.306 1**

**Nonpriority creditor's name and mailing address**

**Gloria L Brinson**
**2113 Westfield Dr.**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 2**

**Nonpriority creditor's name and mailing address**

**Gloria Reviere**
**705 east walker street**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 3**

**Nonpriority creditor's name and mailing address**

**Gloria Rocha**
**3012 kevin st**
**Jefferson city   65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 4**

**Nonpriority creditor's name and mailing address**

**Glory Mckee**
**125 Edmondson Rd**
**Frnt**
**Moultrie, GA 31788**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 5**

**Nonpriority creditor's name and mailing address**

**Glynda Grant**
**7631 East Oakridge Circle**
**Apt B**
**Charleston, SC 29420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 6**

**Nonpriority creditor's name and mailing address**

**Glynda Grant**
**7631 East Oakridge Circle Apt B**
**Charleston, SC 29420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 7**

**Nonpriority creditor's name and mailing address**

**Glynnis Brady**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.3068**

**Nonpriority creditor's name and mailing address**

**Gnesis Carcamo**
**839 Rosewood St., #B**
**Gardner, KS 66030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3069**

**Nonpriority creditor's name and mailing address**

**Go Green Image Inc**
**385 S Lemon Avenue Suite E229**
**Walnut, CA 91789**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3070**

**Nonpriority creditor's name and mailing address**

**Golden Garner**
**636 Old Route 66**
**Lot #2**
**Saint Robert, MO 65584**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3071**

**Nonpriority creditor's name and mailing address**

**GoRapid Inc**
**PO Box 71572**
**Newnan, GA 30271**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3072**

**Nonpriority creditor's name and mailing address**

**Gordon County**
**201 North Wall Street**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3073**

**Nonpriority creditor's name and mailing address**

**Gordon County Health Department**
**310 N. River Street**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3074**

**Nonpriority creditor's name and mailing address**

**Gordon County Tax Office**
**Scott Clements**
**P.O. Box 337**
**Calhoun, GA 30703-0337**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.307 5**

**Nonpriority creditor's name and mailing address**

**Gordon County Tax Office**
**215 N. Wall St.**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307 6**

**Nonpriority creditor's name and mailing address**

**Grace Contracting LLC**
**470 Nature Trail**
**Anniston, AL 36207**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307 7**

**Nonpriority creditor's name and mailing address**

**Grace Smith**
**714 Promenade St**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307 8**

**Nonpriority creditor's name and mailing address**

**Gracelyn Izzard**
**120 Mayfeild Dr**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307 9**

**Nonpriority creditor's name and mailing address**

**graci jones**
**628 davis st**
**monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.308 0**

**Nonpriority creditor's name and mailing address**

**Gracia Ramos Ramirez**
**84 Pasadena Dr**
**Olathe, KS 66061**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.308 1**

**Nonpriority creditor's name and mailing address**

**Gracie Plagman**
**111 Village Lane**
**Buckner, MO 64016**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                           Case number (if known) _____
             Name

| | |
|---|---|

**3.308 2**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Grady  Luke**
**59 Belk Rd**
**A**
**Newnan, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.308 3**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Grady Wilson**
**2154 Franklin Prkwy**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.308 4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Graham Doke**
**30 peachtree street**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.308 5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Graham Paving and**
**Asphalt Services LLC**
**11900 Masonic Dr**
**Dearborn, MO 64439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.308 6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Grant Marriott**
**18033 e reading place**
**Independence, MO 64057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.308 7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Grant McDuffie**
**1010 Hwy 185**
**Westville, FL 32464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.308 8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Grant Skerritt**
**3901 6th Ave South**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3089**

**Nonpriority creditor's name and mailing address**

**Graphix Boss LLC**
**Fast signs 470401**
**2701 16th St**
**Black Eagle, MT 59414**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.3090**

**Nonpriority creditor's name and mailing address**

**Gray Mcclure**
**371 east Harris branch rd**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3091**

**Nonpriority creditor's name and mailing address**

**Gray's Lawn Care LLC**
**20 Patriot Ct**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.3092**

**Nonpriority creditor's name and mailing address**

**Grayson Carter**
**1748 Olie Rd**
**Wausau, FL 32428**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3093**

**Nonpriority creditor's name and mailing address**

**Graystone Painting & Refinishing LLC**
**1733 N Kansas Ave**
**Topeka, KS 66608**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3094**

**Nonpriority creditor's name and mailing address**

**GRD Family Properties**
**4481 Firestone Blvd.**
**South Gate, CA 90280**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$15,243.99**

---

**3.3095**

**Nonpriority creditor's name and mailing address**

**Great Divide Fabrication LLC**
**PO BOX 925**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
            Name

---

| 3.309 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Great Falls Janitorial**
**3204 20Th Ave South**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Green Acres Services, Inc.**
**P.O. Box 774**
**St. George, SC 29477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Green Roots Management**
**Northern Grounds Group LLC**
**PO Box 519**
**Black Eagle, MT 59414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Green's Air Conditioning and Commercial**
**P.O Box 1759**
**Thomasville, GA 31799**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Greg Arnold**
**1053 SW 8 circle**
**Lees Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$643.49** |
|---|---|---|---|

**Greg's Lock & Key Service, Inc**
**112 S Memorial Dr**
**Independence, MO 64050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Greggory Ledet-reeves**
**925 Clark Rd.**
**F**
**Blue springs, MO 64014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ARC Burger, LLC**             Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.310 3** | |

**Nonpriority creditor's name and mailing address**

**Gregory Bell**
**132 w Chappell st**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.310 4** | |

**Nonpriority creditor's name and mailing address**

**Gregory Bell**
**61 pine st**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.310 5** | |

**Nonpriority creditor's name and mailing address**

**Gregory Bridges**
**207 Appleton drive**
**207**
**Goose creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.310 6** | |

**Nonpriority creditor's name and mailing address**

**Gregory Dupree**
**7462 Powell Road**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.310 7** | |

**Nonpriority creditor's name and mailing address**

**Gregory Epps**
**9989 Dorchester rd**
**Apt 2f**
**Summerville, SC 29485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.310 8** | |

**Nonpriority creditor's name and mailing address**

**Gregory Folk**
**4000 walterboro hwy**
**Varnville, SC 29944**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.310 9** | |

**Nonpriority creditor's name and mailing address**

**Gregory Gann**
**824 west chestnut st**
**Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**

Name

Case number (if known) _____

---

**3.311 0**

**Nonpriority creditor's name and mailing address**

**GREGORY MORRIS**
**500 Cartecay Drive**
**Calhoun, GA   30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.311 1**

**Nonpriority creditor's name and mailing address**

**Greider LLC**
**111 A Lumber Lane**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.311 2**

**Nonpriority creditor's name and mailing address**

**Greqoun Cooper**
**623 lakeview dr**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.311 3**

**Nonpriority creditor's name and mailing address**

**Gretchen Chastain**
**11416 jacktar**
**licking, MO 65542**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.311 4**

**Nonpriority creditor's name and mailing address**

**Greyden Carmody**
**1321 SW skyline drive**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.311 5**

**Nonpriority creditor's name and mailing address**

**Greydi Cax**
**11001 e 15th st s**
**Independence, MO 64052**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.311 6**

**Nonpriority creditor's name and mailing address**

**Gricelda Guzmn Mendoza**
**513 Tyler ST**
**Topeka, KS 66605**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor     **ARC Burger, LLC**                                          Case number (if known)  _____
           Name

---

**3.311 7**

**Nonpriority creditor's name and mailing address**

**Griselda Aguilar**
**7804 E 87th St,**
**Raytown, MO 64138**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.311 8**

**Nonpriority creditor's name and mailing address**

**Grundy County Collector**
**P.O. Box 178**
**Trenton, MO 64683**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.311 9**

**Nonpriority creditor's name and mailing address**

**Grundy County Collector**
**700 Main Street**
**Trenton, MO 64683**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 0**

**Nonpriority creditor's name and mailing address**

**guadalupe hernandez**
**52 sierra circle**
**olathe, KS 66061**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 1**

**Nonpriority creditor's name and mailing address**

**Guadalupe Hernandez**
**52 sierra circle**
**Olathe, KS 66061**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 2**

**Nonpriority creditor's name and mailing address**

**Guardian Storage**
**2190 Gold Avenue, Suite A**
**Helena, MT 59601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 3**

**Nonpriority creditor's name and mailing address**

**GULF COAST GASKET GUY**
**8722 Rand Ave Ste A**
**Daphne, AL 36526**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                   Schedule E/F: Creditors Who Have Unsecured Claims                   Page 467 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.312 4**

**Nonpriority creditor's name and mailing address**

**Gunnar Cook**
**11 Prospect Drive**
**Billings, MT 59102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 5**

**Nonpriority creditor's name and mailing address**

**Guy Wright**
**5025 shadow path lane sw**
**lilburn, GA 30047**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 6**

**Nonpriority creditor's name and mailing address**

**Gwendolyn Broom**
**Po.Box 1160**
**Cumming, GA 30028**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 7**

**Nonpriority creditor's name and mailing address**

**Gwendolyn Sutton**
**1450 S Broad St Lot 235**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 8**

**Nonpriority creditor's name and mailing address**

**Gwinnett Co. Water Resources**
**PO BOX 105023**
**Atlanta, GA 30348-5023**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$356.70**

---

**3.312 9**

**Nonpriority creditor's name and mailing address**

**Gwinnett County**
**446 West Crogan Street**
**Lawrenceville, GA 30046**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 0**

**Nonpriority creditor's name and mailing address**

**Gwinnett County Georgia**
**P.O. Box 1045**
**Lawrenceville, GA 30046**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | **ARC Burger, LLC** |
| | Name |

Case number (if known) _____

---

**3.313 1**

**Nonpriority creditor's name and mailing address**

**Gwinnett County Tax Commissioner**
**Department of Property Tax**
**P.O. Box 372**
**Lawrenceville, GA 30046-0372**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 2**

**Nonpriority creditor's name and mailing address**

**Gwinnett County Tax Commissioner**
**75 Langley Dr.**
**Lawrenceville, GA 30046**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 3**

**Nonpriority creditor's name and mailing address**

**Gwinnett Environmental Health**
**455 Grayson Highway, Suite 600**
**Lawrenceville, GA 30046**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 4**

**Nonpriority creditor's name and mailing address**

**Gwynndolyn Clay**
**66 troy street**
**Commerce, GA 30529**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 5**

**Nonpriority creditor's name and mailing address**

**H & H Mechanical Inc.**
**3270 Humphries Hill Rd**
**Austell, GA 30106**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 6**

**Nonpriority creditor's name and mailing address**

**Hachi Lemus**
**51 N Palm Street**
**(None)**
**Varnville, SC 29944**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 7**

**Nonpriority creditor's name and mailing address**

**Haiden Meredith**
**915 lovvorn rd**
**205**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
_____    Case number (if known) _____
Name

| 3.313 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hailee Butcher**
**7296 rancho deluxe re**
**Helena, MT 59601**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.313 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Hailey Dickens**
**702 McClain street**
**Richland, MO 65556**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.314 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Hailey Rourke**
**112 Conley dr**
**Warner robins, GA 31005**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.314 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Haillie Powers**
**207 W Love St**
**Apt W**
**Mexico, MO 65265**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.314 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Hakeem Ferguson**
**690 Byrd Street**
**Fairfax, SC 29827**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.314 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Hakeem Grant**
**3353 Evergreen Oak Dr.**
**Summerville, SC 29485**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.314 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**hal fowler**
**1300 Fortner Rd**
**Chipley, FL 32428**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | ARC Burger, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.3145**

**Nonpriority creditor's name and mailing address**

**Haleigh Williams**
**311 Alabama street**
**Hampton, SC 29924**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3146**

**Nonpriority creditor's name and mailing address**

**Haleigh Williams**
**1127 S Calhoun St**
**Mexico, MO 65265**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3147**

**Nonpriority creditor's name and mailing address**

**Haleigha Mason**
**1466 Hwy 179**
**Bonifay, FL 32425**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3148**

**Nonpriority creditor's name and mailing address**

**Hales Heating & Cooling**
**2189 Clotfelter Road**
**Bogart, GA 30622**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3149**

**Nonpriority creditor's name and mailing address**

**haley Bishop**
**327 county road 463**
**muscadine, AL 36269**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3150**

**Nonpriority creditor's name and mailing address**

**Haley Bush**
**3248 Harvey Carter road**
**Bonifay, FL 32425**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3151**

**Nonpriority creditor's name and mailing address**

**Haley Hedrick**
**313 route t**
**Jefferson city, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.315 2**

**Nonpriority creditor's name and mailing address**

**Haley Miller**
**1031 Daniel Rd**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

**3.315 3**

**Nonpriority creditor's name and mailing address**

**Haley Richardson**
**103 Ventura Ave**
**Apt L**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

**3.315 4**

**Nonpriority creditor's name and mailing address**

**haley tatver**
**636 west brown dr**
**davisboro, GA 31018**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

**3.315 5**

**Nonpriority creditor's name and mailing address**

**Hali Gingras**
**614 east Jane street**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

**3.315 6**

**Nonpriority creditor's name and mailing address**

**Halie Lamberson**
**1801 Springdale Court**
**A**
**mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

**3.315 7**

**Nonpriority creditor's name and mailing address**

**Haliegh Allen**
**2732 Highway DD**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

**3.315 8**

**Nonpriority creditor's name and mailing address**

**Hall County Enviromental Health**
**P.O. Box 5901**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**                              Case number (if known) _____
          Name

---

**3.3159**

**Nonpriority creditor's name and mailing address**

**Hall County Tax Commissioner**
**P.O Box 1579**
**Gainesville, GA 30503**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3160**

**Nonpriority creditor's name and mailing address**

**Hall County Tax Commissioner**
**2875 Browns Bridge Rd., #1**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3161**

**Nonpriority creditor's name and mailing address**

**Hallie Webb**
**214 N railroad street Norman park**
**Norman park, GA 31771**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3162**

**Nonpriority creditor's name and mailing address**

**Hallzie Binkley**
**600 Morgan Dairy Rd SW**
**Cave Spring, GA 30124**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3163**

**Nonpriority creditor's name and mailing address**

**Handyman Connection of Gladstone**
**8331 N Congress Ave.**
**Kansas City, MO 64152**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3164**

**Nonpriority creditor's name and mailing address**

**Handyman Pros**
**Allen Ocheltree**
**511 16th St. N #2**
**Great Falls, MT 59401**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3165**

**Nonpriority creditor's name and mailing address**

**Hank Noe**
**212 stoneybrooke ln**
**Blue springs, MO 64014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                                   Case number (if known) _____
           Name

---

**3.316 6**

**Nonpriority creditor's name and mailing address**

**Hanna Veal**
**311 Virginia Ave S**
**509**
**Tifton, GA 31794**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.316 7**

**Nonpriority creditor's name and mailing address**

**Hannah Bradshaw**
**615 Woodale st**
**Hull, GA 30646**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.316 8**

**Nonpriority creditor's name and mailing address**

**Hannah Burch**
**108 Chevy chase lane**
**1**
**New Bloomfield, MO 65063**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.316 9**

**Nonpriority creditor's name and mailing address**

**Hannah Exum**
**30 peachtree street**
**Lakeland, GA 31635**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.317 0**

**Nonpriority creditor's name and mailing address**

**Hannah Leftwich**
**1315 Mable St**
**52**
**Trenton, MO 64683**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.317 1**

**Nonpriority creditor's name and mailing address**

**Hannah Mercer**
**3013 Birch Lane**
**Cuba, MO 65453**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.317 2**

**Nonpriority creditor's name and mailing address**

**Hannah Morgan**
**175 holly Dr.**
**Carrollton, GA 30117**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page  474 of 1218

Debtor **ARC Burger, LLC**      Case number (if known) _____
Name

---

**3.317 3**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Hannah Pearson**
**15507 E Salisbury Rd**
**Independence, MO 64050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317 4**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Hannah Simmons**
**145 Rita way**
**Resaca, GA 30735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317 5**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Hannah Stephens**
**3120 Hwy 219 Lot 1A**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317 6**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Hannah West**
**133 Wiese Parkway**
**Bourbon, MO 65441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317 7**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Hannah Wilkerson**
**2653 Parker Rd**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317 8**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Happen Ventures LLC**
**954 Ave Ponce De Leon**
**San Juan, PR 00907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317 9**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Haralson County**
**PO Box 548**
**Buchanan, GA 30113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.318 0**

**Nonpriority creditor's name and mailing address**
**Haralson County Health Department**
**P.O. Box 40**
**Buchanan, GA 30113**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318 1**

**Nonpriority creditor's name and mailing address**
**Haralson County Tax Commissioner**
**Natasha O. Pope**
**P.O. Box 330**
**Buchanan, GA 30113-0330**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318 2**

**Nonpriority creditor's name and mailing address**
**Harcrow Electric, LLC**
**PO BOX 52**
**Calhoun, GA 30701**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318 3**

**Nonpriority creditor's name and mailing address**
**Hardee's Licensee Association of Albany**
**Jones, McKnight & Edmonson, P.C.**
**P.O. Box 81790**
**Conyers, GA 30013**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,441.57**

---

**3.318 4**

**Nonpriority creditor's name and mailing address**
**Hardee's Licensee Association of Atlanta**
**Jones, McKnight & Edmonson, P.C.**
**P.O. Box 81790**
**Conyers, GA 30013**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$57,505.66**

---

**3.318 5**

**Nonpriority creditor's name and mailing address**
**Hardee's Licensee Association of Casper**
**Jones, McKnight & Edmonson, P.C.**
**P.O. Box 81790**
**Conyers, GA 30013**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.318 6**

**Nonpriority creditor's name and mailing address**
**Hardee's Licensee Association of Charles**
**Jones, McKnight & Edmonson, P.C.**
**P.O. Box 81790**
**Conyers, GA 30013**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$18,704.19**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.3187**

**Nonpriority creditor's name and mailing address**
**Hardee's Licensee Association of Columbi**
**Jones, McKnight & Edmonson, P.C.**
**P.O. Box 81790**
**Conyers, GA 30013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$8,947.62**

---

**3.3188**

**Nonpriority creditor's name and mailing address**
**Hardee's Licensee Association of Dothan**
**Jones, McKnight & Edmonson, P.C.**
**P.O. Box 81790**
**Conyers, GA 30013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,322.61**

---

**3.3189**

**Nonpriority creditor's name and mailing address**
**Hardee's Licensee Association of Greenvi**
**Jones, McKnight & Edmonson, P.C.**
**P.O. Box 81790**
**Conyers, GA 30013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,085.93**

---

**3.3190**

**Nonpriority creditor's name and mailing address**
**Hardee's Licensee Association of Kansas**
**Jones, McKnight & Edmonson, P.C.**
**P.O. Box 81790**
**Conyers, GA 30013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$27,927.83**

---

**3.3191**

**Nonpriority creditor's name and mailing address**
**Hardee's Licensee Association of Montana**
**Jones, McKnight & Edmonson, P.C.**
**P.O. Box 81790**
**Conyers, GA 30013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3192**

**Nonpriority creditor's name and mailing address**
**Hardee's Licensee Association of Panama**
**Jones, McKnight & Edmonson, P.C.**
**P.O. Box 81790**
**Conyers, GA 30013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$7,588.01**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.319 3**

**Nonpriority creditor's name and mailing address**

**Hardee's Licensee Association of Rapid C**
Jones, McKnight & Edmonson, P.C.
P.O. Box 81790
Conyers, GA 30013

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,893.52**

---

**3.319 4**

**Nonpriority creditor's name and mailing address**

**Hardee's Licensee Association of Savanna**
Jones, McKnight & Edmonson, P.C.
P.O. Box 81790
Conyers, GA 30013

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,761.89**

---

**3.319 5**

**Nonpriority creditor's name and mailing address**

**Hardee's Licensee Association of Springf**
Jones, McKnight & Edmonson, P.C.
P.O. Box 81790
Conyers, GA 30013

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$8,005.17**

---

**3.319 6**

**Nonpriority creditor's name and mailing address**

**Hardee's Licensee Association of St. Lou**
Jones, McKnight & Edmonson, P.C.
P.O. Box 81790
Conyers, GA 30013

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,425.49**

---

**3.319 7**

**Nonpriority creditor's name and mailing address**

**Hardee's Licensee Association of Tallaha**
Jones, McKnight & Edmonson, P.C.
P.O. Box 81790
Conyers, GA 30013

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$8,614.74**

---

**3.319 8**

**Nonpriority creditor's name and mailing address**

**Hardee's Licensee Association of Topeka**
Jones, McKnight & Edmonson, P.C.
P.O. Box 81790
Conyers, GA 30013

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.319 9**

**Nonpriority creditor's name and mailing address**

**Hardee's Restaurants LLC**
P.O. Box 604020
Charlotte, NC 28260-4020

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,596,946.61**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3200**

**Nonpriority creditor's name and mailing address**

**Hardee's Restaurants LLC**
**P.O. Box 841237**
**Los Angeles, CA 90084-1237**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,147,106.59**

---

**3.3201**

**Nonpriority creditor's name and mailing address**

**Hardees2470 LLC**
**505 Applewood Road**
**Warrensburg, MO 64093**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$23,293.91**

---

**3.3202**

**Nonpriority creditor's name and mailing address**

**Hardell Hall**
**175 Lin St**
**Gifford, SC 29923**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3203**

**Nonpriority creditor's name and mailing address**

**Harding Plumbing & Supply, Inc.**
**63 Keys Ferry St.**
**McDonough, GA 30253**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$125.00**

---

**3.3204**

**Nonpriority creditor's name and mailing address**

**Haret Bermudez**
**210 north ventura ave apt A**
**210**
**Jefferson City, MO 65109**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3205**

**Nonpriority creditor's name and mailing address**

**Hargray Remittance Center**
**PO BOX 100116**
**Columbia, SC 29202-3116**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3206**

**Nonpriority creditor's name and mailing address**

**Harlei Stewart**
**1286 Spout Springs Road Southwest**
**Cave Spring, GA 30124**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

| 3.3207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harley Lloyd**
**9150 puckett st**
**covington, GA 30014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harley Miller**
**180 Dixie dr**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harley Segers**
**553 Clemmons circle**
**Hartford, AL 36344**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harmonie Draper**
**1202 Wagonhammer ln**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**harmony pugh**
**1209 martins creek blvd**
**summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harold Jenkins**
**110 south lemacks Street**
**8438085124**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harold ligon**
**1305 Roseview Drive**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.321 4**

**Nonpriority creditor's name and mailing address**

**Harold Waring**
**613 son Dr**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.321 5**

**Nonpriority creditor's name and mailing address**

**Harold White**
**301 Sunny Springs Trail**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.321 6**

**Nonpriority creditor's name and mailing address**

**HARRI LLC**
**PO BOX 24620**
**New York, NY 10087-4620**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.321 7**

**Nonpriority creditor's name and mailing address**

**Harry B. Bell III, Tax Collector**
**224 N. Waukesha Street**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.321 8**

**Nonpriority creditor's name and mailing address**

**Harry Barkley**
**500 Cabaniss Rd.**
**L6**
**forsyth, GA 31029**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.321 9**

**Nonpriority creditor's name and mailing address**

**Harry Dilworth**
**9339 bales ave**
**Kansas city, MO 64134**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.322 0**

**Nonpriority creditor's name and mailing address**

**Harry Green**
**3049 Ginny Dr**
**Valdosta Ga, GA 31602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| Debtor | **ARC Burger, LLC** |
| | Name |

Case number (if known) _____

---

**3.322 1**

**Nonpriority creditor's name and mailing address**

**Harry Keller**
**2 E pocahontas ln**
**kansas city, MO 64114**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 2**

**Nonpriority creditor's name and mailing address**

**Hasty Heating & Cooling**
**1050 Main Street**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 3**

**Nonpriority creditor's name and mailing address**

**Hayden Farr**
**1206 West Chestnut St**
**Savannah, MO 64485**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 4**

**Nonpriority creditor's name and mailing address**

**Hayden Tinsley**
**2862 sand path road**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 5**

**Nonpriority creditor's name and mailing address**

**hayle hicks**
**71 Bisson Woods Rd**
**Lexington, GA 30630**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 6**

**Nonpriority creditor's name and mailing address**

**Hayley Cooper**
**114 Shadow Lane**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 7**

**Nonpriority creditor's name and mailing address**

**Hazel Luckett**
**3541 S Lynn st**
**Apt. B**
**Independence, MO 64055**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor **ARC Burger, LLC** | Case number (if known) _____ |
| Name | |

---

**3.322 8**

**Nonpriority creditor's name and mailing address**

**HD Service Co**
**1608 NE Seward Ave**
**Topeka, KS 66616**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 9**

**Nonpriority creditor's name and mailing address**

**Healthy Climate**
**249 Philips Circle**
**Royston, GA 30662**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 0**

**Nonpriority creditor's name and mailing address**

**Heard Co Touchdown Club**
**545 Main Street**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 1**

**Nonpriority creditor's name and mailing address**

**Heard County Health Department**
**1191 Franklin Parkway**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 2**

**Nonpriority creditor's name and mailing address**

**Heard County Tax Commissioner**
**PO Box 519**
**Franklin, GA 30217-0519**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 3**

**Nonpriority creditor's name and mailing address**

**Heard County Tax Commissioner**
**201 Park Avenue**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 4**

**Nonpriority creditor's name and mailing address**

**Heard County Water Authority**
**11520 Highway 34 West**
**PO BOX 610**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,494.48**

---

Debtor     **ARC Burger, LLC**                                    Case number (if known)  _____
           Name

---

3.3235

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$3,831.63**

**Heartland Payment Systems LLC**
**Global Payments Inc.**                                       ☐ Contingent
**P.O. Box 936565**                                           ☐ Unliquidated
**Atlanta, GA 31193-6565**                                    ☐ Disputed

**Date(s) debt was incurred __**                              **Basis for the claim: __**

**Last 4 digits of account number __**                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.3236

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Heat Up St. Louis**
**Atten: Tim Gorline**                                        ☐ Contingent
**1520 Market Street**                                        ☐ Unliquidated
**Saint Louis, MO 63103**                                     ☐ Disputed

**Date(s) debt was incurred __**                              **Basis for the claim: __**

**Last 4 digits of account number __**                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.3237

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Heath Krieger**
**15 Deer Trail**                                             ☐ Contingent
**Buffalo, WY 82834**                                         ☐ Unliquidated
                                                              ☐ Disputed

**Date(s) debt was incurred __**                              **Basis for the claim: __**

**Last 4 digits of account number __**                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.3238

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Heather Allen**
**7927 st Ives rd**                                           ☐ Contingent
**117**                                                       ☐ Unliquidated
**North Charleston, SC 29406**                                ☐ Disputed

**Date(s) debt was incurred __**                              **Basis for the claim: __**

**Last 4 digits of account number __**                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.3239

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Heather Almeraz**
**2534 SW Randolph Ave**                                      ☐ Contingent
**Topeka, KS 66611**                                          ☐ Unliquidated
                                                              ☐ Disputed

**Date(s) debt was incurred __**                              **Basis for the claim: __**

**Last 4 digits of account number __**                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.3240

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Heather Barnett**
**1521 NW TYLER ST**                                          ☐ Contingent
**TOPEKA, KS 66608**                                          ☐ Unliquidated
                                                              ☐ Disputed

**Date(s) debt was incurred __**                              **Basis for the claim: __**

**Last 4 digits of account number __**                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.3241

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Heather Brehe**
**2 Julie Ridge ln**                                          ☐ Contingent
**E**                                                         ☐ Unliquidated
**Washington, MO 63090**                                      ☐ Disputed

**Date(s) debt was incurred __**                              **Basis for the claim: __**

**Last 4 digits of account number __**                        Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  484 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.324 2**

**Nonpriority creditor's name and mailing address**
**Heather Davis**
**6604 e 12 st.**
**Kansas City, MO 64126**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 3**

**Nonpriority creditor's name and mailing address**
**Heather Easterling**
**605 Dogwood Road**
**Franklin, GA 30217**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 4**

**Nonpriority creditor's name and mailing address**
**Heather Gleeson**
**202 S Market St**
**Chamois, MO 65024**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 5**

**Nonpriority creditor's name and mailing address**
**Heather Harrell**
**178 Riverside Homes**
**Geneva, AL 36340**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 6**

**Nonpriority creditor's name and mailing address**
**Heather Kidd**
**155 ga hwy 94 east**
**Statenville, GA 31648**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 7**

**Nonpriority creditor's name and mailing address**
**Heather Martinez**
**3253 Maple Grove Church Rd**
**Resaca, GA 30705**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324 8**

**Nonpriority creditor's name and mailing address**
**Heather Paton**
**13511 East 39th Street Court s**
**Independence, MO 64055**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
Name

| 3.3249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Heather roe**
**326 Old Stockton Road**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Heather Sleep**
**7007 sw Arborhaven Ln**
**Topeka, KS 66619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Heather Sorrell**
**603 West Ramsey**
**Buffalo, MO 65622**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Heather Sprague**
**600 S Gillette Ave**
**Apt 14**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Heather Warsinski**
**105 Cutler St**
**5**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Heather Yearta**
**9291Ga Hwy 34 lot#9**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Heather Young**
**229 Grand Cypress Drive**
**Unit B**
**Summerville, SC 29486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.325 6**

**Nonpriority creditor's name and mailing address**

**Heaven Alexander**
**7302 brookstone way**
**Summerville, SC 29486**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325 7**

**Nonpriority creditor's name and mailing address**

**Heaven Grissett**
**7363 highway 162**
**Hollywood, SC 29449**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325 8**

**Nonpriority creditor's name and mailing address**

**Heavenly Fetz**
**2601 North 4th Ave**
**108**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325 9**

**Nonpriority creditor's name and mailing address**

**Heidi Ertmer**
**1437 us hwy 41**
**140**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.326 0**

**Nonpriority creditor's name and mailing address**

**Heidi Hall**
**2207 central ave**
**apt 106**
**Billings, MT 59102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.326 1**

**Nonpriority creditor's name and mailing address**

**Helen Kilpatrick**
**205 North Johnson Street**
**Geneva, AL 36340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.326 2**

**Nonpriority creditor's name and mailing address**

**Helen Wright**
**16 Wrightsville Lane**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.326 3**

**Nonpriority creditor's name and mailing address**

**Helena Septic LLC**
**PO BOX 5599**
**Helena, MT 59604**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326 4**

**Nonpriority creditor's name and mailing address**

**Helena White**
**5355 Queen Ester ct**
**Ellenwood, GA 30294**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326 5**

**Nonpriority creditor's name and mailing address**

**Henderson Heating & Cooling**
**PO BOX 381**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326 6**

**Nonpriority creditor's name and mailing address**

**Henderson Structural Engineering LLC**
**Bret D. Henderson**
**1003 Wilson Ave.**
**Tirton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326 7**

**Nonpriority creditor's name and mailing address**

**Hennessy Johnson**
**2601 4th Ave N**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326 8**

**Nonpriority creditor's name and mailing address**

**Henry Braswell**
**1520 Buford Hwy**
**Buford, GA 30519**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326 9**

**Nonpriority creditor's name and mailing address**

**Henry County Fire Prevention Bureau**
**110 South Zach Hinton Parkway**
**McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.3270**

**Nonpriority creditor's name and mailing address**
**Henry County Health Department**
**137 Henry Parkway**
**McDonough, GA 30253**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3271**

**Nonpriority creditor's name and mailing address**
**Henry County Tax Commissioner**
**140 Henry Parkway**
**McDonough, GA 30253**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3272**

**Nonpriority creditor's name and mailing address**
**Henry County Tax Commissioner**
**140 Henry Parkway**
**McDonough, GA 30253**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3273**

**Nonpriority creditor's name and mailing address**
**Henry County Water Authority**
**1695 Hwy 20 West**
**Mcdonough, GA 30253**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$521.17**

---

**3.3274**

**Nonpriority creditor's name and mailing address**
**Henry handberry**
**18 e Howell dr**
**Lakeland, GA 31635**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3275**

**Nonpriority creditor's name and mailing address**
**Herbert Ford**
**1506 McLeod rd**
**Valdosta, GA 31602**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3276**

**Nonpriority creditor's name and mailing address**
**Heritage Mechanical Services**
**2521 E. McCarty St.**
**Jefferson, MO 65101**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.327 7**

**Nonpriority creditor's name and mailing address**

**Hermie Rucker**
**2748 Holly Springs Road**
**Bowman, GA 30624**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327 8**

**Nonpriority creditor's name and mailing address**

**Herring Septic Service Inc**
**3660 Johnson Rd SE**
**Valdosta, GA 31606**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327 9**

**Nonpriority creditor's name and mailing address**

**Herschel Dyson**
**16916 e 3rd ter s**
**Independence, MO 64056**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.328 0**

**Nonpriority creditor's name and mailing address**

**Hidi Palmer**
**410 Longmont St.**
**Lot 3**
**Gillette, WY 82716**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.328 1**

**Nonpriority creditor's name and mailing address**

**High Bluff Capital Partners**
**12760 High Bluff Dr. , #310**
**San Diego, CA 92130**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.328 2**

**Nonpriority creditor's name and mailing address**

**High Plumbing Inc of Washington County**
**4402 Hwy 77**
**Graceville, FL 32440**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.328 3**

**Nonpriority creditor's name and mailing address**

**Hikeria Webb**
**146 Butler Rd**
**Fayetteville, GA 30214**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page **490** of 1218

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.3284**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Hilda Freelove** | ☐ Contingent | |
| **117 Rising Fawn Trail NE** | ☐ Unliquidated | |
| **Rome, GA 30165** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3285**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,204.36** |
|---|---|---|
| **HLI Solutions, Inc** | ☐ Contingent | |
| **701 Millennium Blvd** | ☐ Unliquidated | |
| **Greenville, SC 29607** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3286**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,857.74** |
|---|---|---|
| **HM Electronics, Inc** | ☐ Contingent | |
| **PO Box 208713** | ☐ Unliquidated | |
| **Dallas, TX 75320-8713** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3287**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Hobart Corporation** | ☐ Contingent | |
| **701 South Ridge Avenue** | ☐ Unliquidated | |
| **Troy, OH 45374-0001** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3288**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Holden Roberts** | ☐ Contingent | |
| **524 sieg ln** | ☐ Unliquidated | |
| **Bonifay, FL 32425** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3289**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Holem Excavating Inc** | ☐ Contingent | |
| **Holem Bobcat and Excavating Inc** | ☐ Unliquidated | |
| **6149 Highway 50** | ☐ Disputed | |
| **Sedalia, MO 65301** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3290**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Holly Bailey** | ☐ Contingent | |
| **212 Scott Drive** | ☐ Unliquidated | |
| **B** | ☐ Disputed | |
| **Plainville, GA 30133** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **ARC Burger, LLC**        Case number (if known) _____
Name

---

| 3.329 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holly Duncan**
**4866 Simmons Dr**
**Sugar hill, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holly Helton**
**411 shankle rd**
**Commerce, GA 30529**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holly Terrell**
**304 n 8**
**Saint Joseph, MO 64501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holly Wilson**
**736 E 12th ave**
**Emporia, KS 66801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holly Wood**
**8416 hwy zz**
**Lot L12**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Holmes Co Tax Collector**
**224 N. Waukesha St.**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$230.00** |
|---|---|---|---|

**Holmes County Recycling Center**
**3165 Thomas Drive**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3298**

**Nonpriority creditor's name and mailing address**
**Holmes Property Repairs**
**1306 N.E. 62 St.**
**Gladstone, MO 64118**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3299**

**Nonpriority creditor's name and mailing address**
**Home Heating and Air Conditioning of Mis**
**1406 North Missouri Avenue**
**Sedalia, MO 65301**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$337.50**

---

**3.3300**

**Nonpriority creditor's name and mailing address**
**Honesty Stephens**
**717 burns road**
**6213**
**Carrollton, GA 30117**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3301**

**Nonpriority creditor's name and mailing address**
**HoodBusters Inc.**
**5678 Hartley Bridge Rd 5678 Hartley Brid**
**Macon, GA 31216**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3302**

**Nonpriority creditor's name and mailing address**
**Hoods Unlimited**
**125 Smokehill Lane**
**Woodstock, GA 30188**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,520.00**

---

**3.3303**

**Nonpriority creditor's name and mailing address**
**Hoodz Of Charleston, Columbia And Myrtle**
**PO Box 7075**
**Florence, SC 29502**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3304**

**Nonpriority creditor's name and mailing address**
**Hoodz of Kansas City**
**PO Box 3007**
**Kansas City, KS 66103**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$13,499.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.3305**

**Nonpriority creditor's name and mailing address**

**HOODZ of Springfield-Branson-Joplin**
**1309 East Division Street**
**Springfield, MO 65803**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3306**

**Nonpriority creditor's name and mailing address**

**hope Kent**
**124 victory drive**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3307**

**Nonpriority creditor's name and mailing address**

**Hope Mooso**
**1025 church ave**
**Apt c**
**Gillette, WY 82716**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3308**

**Nonpriority creditor's name and mailing address**

**Hope Nelson**
**2718 NE Shuler st**
**Topeka, KS 66614**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3309**

**Nonpriority creditor's name and mailing address**

**Hope Thomas**
**18 johnson circle**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3310**

**Nonpriority creditor's name and mailing address**

**Hosea Graham**
**3840 Greenland rd**
**Johns island, SC 29455**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3311**

**Nonpriority creditor's name and mailing address**

**Hospitality Ward**
**312Duke ave**
**101**
**Warner robins, WA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.331
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$253,126.08** |
|---|---|---|
| **Houlihan Lokey** | ☐ Contingent | |
| **10250 Constellation Blvd.** | ☐ Unliquidated | |
| **5th Floor** | ☐ Disputed | |
| **Los Angeles, CA 90067-6802** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.331
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Houston Asphalt Paving & Sealcoating** | ☐ Contingent | |
| **P.O. Box 27300** | ☐ Unliquidated | |
| **Macon, GA 31221** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.331
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
|---|---|---|
| **Houston County Enviromental Health** | ☐ Contingent | |
| **98 Cohen Walker Dr** | ☐ Unliquidated | |
| **Warner Robins, GA 31088** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.331
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Houston County Tax Commissioner** | ☐ Contingent | |
| **200 Carl Vinson Parkway** | ☐ Unliquidated | |
| **Warner Robins, GA 31088-5889** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.331
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Houston County Tax Commissioner** | ☐ Contingent | |
| **202 Carl Vinson Parkway** | ☐ Unliquidated | |
| **Warner Robins, GA 31088** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.331
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166.10** |
|---|---|---|
| **HR Resource Team LLC** | ☐ Contingent | |
| **Kimberly Ervin** | ☐ Unliquidated | |
| **3013 S Wolf Rd - STE 196** | ☐ Disputed | |
| **Westchester, IL 60154** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.331
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$794.29** |
|---|---|---|
| **HREP MCDONOUGH LLC** | ☐ Contingent | |
| **43 Woodstock St.** | ☐ Unliquidated | |
| **Roswell, GA 30075** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.3319**

**Nonpriority creditor's name and mailing address**

**Hughes Network Systems, LLC**
**P.O. Box 64136**
**Baltimore, MD 21264**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,290,625.03**

---

**3.3320**

**Nonpriority creditor's name and mailing address**

**Hugo Martinez**
**308 SE lake st**
**Topeka, KS 66607**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3321**

**Nonpriority creditor's name and mailing address**

**Hunt Construction & Remodeling**
**304 Cook Rd**
**Buffalo, WY 82834**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3322**

**Nonpriority creditor's name and mailing address**

**Hunt Plumbing CO INC**
**520 Spratley St**
**Birmingham, MO 64161**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3323**

**Nonpriority creditor's name and mailing address**

**Hunter Breighner**
**5490 College Drive, #19**
**Graceville, FL 32440**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3324**

**Nonpriority creditor's name and mailing address**

**Hunter Carter**
**124 Sharon Dr.**
**Great Falls, MT 59405**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3325**

**Nonpriority creditor's name and mailing address**

**Hunter Christy**
**2999 Liberty Hill Glenn Rd.**
**Frankin, GA 30217**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.3326**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,970.73 |
|---|---|---|
| **Hunter Commercial and Residential Servic**<br>**205 Herbert St**<br>**Valdosta, GA 31601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.3327**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Hunter Dailey**<br>**10008 Farley Lane**<br>**Overland Park, KS 66212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.3328**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Hunter Johnson**<br>**946 Denney Creek**<br>**Roopville, GA 30170** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.3329**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Hunter McGahee**<br>**317 Sparta st**<br>**Warner robins, GA 31088** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.3330**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **HUNTER SEDERWALL**<br>**224 MAUNE DR**<br>**WASHINGTON, MO 63090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.3331**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Hunter Taunton**<br>**2101 US Highway 90**<br>**Westville, FL 32464** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.3332**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,338.34 |
|---|---|---|
| **Hunters Lawn Care**<br>**Po Box 757**<br>**Saint Joseph, MO 64502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

| 3.333 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**HVAC Dr. LLC**
**128 Blackwater dr**
**Summerville, SC 29485**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$26,619.50**

---

| 3.333 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hykem Massey**
**504 n peck court**
**504**
**Independence, MO 64056**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.333 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ian Kowalewsky**
**5054 Hidden Valley Dr**
**Helena, MT 59601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.333 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ian Turner**
**529 W. Coates St.**
**A**
**Moberly, MO 65270**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.333 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ibrahim Bangoura**
**1001 Carriage Trace Cr**
**Stone Mountain, GA 30087**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.333 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Icelan Cunningham**
**2230 Chattooga Dr**
**Valdosta, GA 31602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.333 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Idonis King**
**7217 East 87th Terrace**
**14/302**
**Kansas City, MO 64138**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.334 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Iesha Gordon**
**608 East Jane st**
**C**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Iesha Williams**
**9267 Whaleys Lake Lane**
**Jonesboro, GA 30238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Iesha Wonnum**
**319 Iverness Avenue**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**IHFA Central Office**
**4919 Lamar Ave.**
**Mission, KS 66202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ikereia Hudson**
**1578 Morris rd**
**Aragon, GA 30104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ikeyanna Mattair**
**2407 Deborah Dr**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Illnyah Williams**
**215 Madison Grace ave.**
**House**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.334 7**

**Nonpriority creditor's name and mailing address**
**Imaging Solutions USA, LLC**
**3661 Browns Bridge Rd.**
**Gainesville, GA 30504**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.334 8**

**Nonpriority creditor's name and mailing address**
**Imani Crowe**
**1669 Iris Dr SE**
**401**
**Conyers, GA 30014**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.334 9**

**Nonpriority creditor's name and mailing address**
**Imorene Wilson**
**496 lanier mill circle**
**Oakwood, GA 30566**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.335 0**

**Nonpriority creditor's name and mailing address**
**Impact Homes Services, LLC**
**715 Bush St**
**Roswell, GA 30075**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.335 1**

**Nonpriority creditor's name and mailing address**
**India Scott**
**234 Timber Ridge Dr**
**Thomasville, GA 31757**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.335 2**

**Nonpriority creditor's name and mailing address**
**Indya Green**
**184 parkwood circle**
**Walterboro, SC 29488**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.335 3**

**Nonpriority creditor's name and mailing address**
**Inez Rodriguez**
**169 Lexington dr**
**Billings, MT 59102**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.3354**

**Nonpriority creditor's name and mailing address**

**Infinity Glass**
**9508 E Truman Road**
**Independence, MO 64052**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3355**

**Nonpriority creditor's name and mailing address**

**Infinity Signs LLC**
**4900 Lister Avenue. PO Box 300228**
**Kansas City, MO 64130**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3356**

**Nonpriority creditor's name and mailing address**

**InfoSync Services LLC**
**1938 N. Woodland Ste 110**
**Wichita, KS 67208**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3357**

**Nonpriority creditor's name and mailing address**

**Ingram Plumbing Company**
**P.O Box 1747**
**Perry, GA 31069**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3358**

**Nonpriority creditor's name and mailing address**

**Ingrid Smith**
**70 Don Rich Dr**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3359**

**Nonpriority creditor's name and mailing address**

**Insashable Kuhn**
**2366 watermelon road**
**Tennille, GA 31089**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3360**

**Nonpriority creditor's name and mailing address**

**Integrated Facility Services Inc**
**1055 Cassens Industrial Court**
**Fenton, MO 63026**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.336 1**

**Nonpriority creditor's name and mailing address**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.336 2**

**Nonpriority creditor's name and mailing address**

**Interstate Graphics Inc**
**P.O. Box 3300**
**Johnson City, TN 37602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$478.20**

---

**3.336 3**

**Nonpriority creditor's name and mailing address**

**Iredessa Jones**
**585 Fort st**
**#14**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.336 4**

**Nonpriority creditor's name and mailing address**

**Irene Cody**
**5117 Lauren Lane**
**Valdosta, GA 31636**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.336 5**

**Nonpriority creditor's name and mailing address**

**Irene Mitchell**
**315 E Main St**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.336 6**

**Nonpriority creditor's name and mailing address**

**IrisDeLores Graham**
**521Alder St**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.336 7**

**Nonpriority creditor's name and mailing address**

**Irma yolanda Huet moshan**
**4017ROUTE CC LOT 14**
**Jefferson city, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.336 8**

**Nonpriority creditor's name and mailing address**

**Isaac Armstrong**
**2415 Seth Pl,**
**A7**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.336 9**

**Nonpriority creditor's name and mailing address**

**Isaac Holland**
**904 north hobby hut road**
**Leasburg, MO 65535**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.337 0**

**Nonpriority creditor's name and mailing address**

**Isaac Monet**
**70 Natalie**
**Covington, GA 30016**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.337 1**

**Nonpriority creditor's name and mailing address**

**isaac waggoner**
**513 n ponca drive**
**independence, MO 64056**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.337 2**

**Nonpriority creditor's name and mailing address**

**Isabel Julaju**
**3618 ngela Linn**
**76**
**Jefferson, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.337 3**

**Nonpriority creditor's name and mailing address**

**Isabel Smalls**
**117 Mendelin Court**
**Santee, SC 29142**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.337 4**

**Nonpriority creditor's name and mailing address**

**Isabella Aguilar**
**732 Cheyenne ave**
**Kansas City, KS 66105**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.337 5**

**Nonpriority creditor's name and mailing address**

**Isabella Pounds**
**888 Grant RD**
**Brooks, GA 30205**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.337 6**

**Nonpriority creditor's name and mailing address**

**Isadore Hart**
**904 West 1st Street**
**Adel, GA 31620**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.337 7**

**Nonpriority creditor's name and mailing address**

**Isaiah Fitts**
**4685 Wispering Woods Dr**
**Cumming, GA 30040**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.337 8**

**Nonpriority creditor's name and mailing address**

**Isaiah Ford**
**7810 Riley St.**
**Apt. #1007**
**Overland Park, KS 66204**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.337 9**

**Nonpriority creditor's name and mailing address**

**Isaiah Fredrick**
**2118 Keheley Dr**
**Decatur, GA 30032**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338 0**

**Nonpriority creditor's name and mailing address**

**Isaiah Howell**
**185 Championship Ct**
**Fayetteville, GA 30215**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338 1**

**Nonpriority creditor's name and mailing address**

**Isaiah Jennings**
**921 SW Angelia Ct**
**Blue Springs, MO 64015**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC** _____    Case number (if known) _____
Name

---

3.338
2

**Nonpriority creditor's name and mailing address**                    $0.00

**Isaiah Paramore**
**2230 Jacob main st**
**Cottondale, FL 32431**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.338
3

**Nonpriority creditor's name and mailing address**                    $0.00

**Isaiah Sewell**
**301 East Riverside Avenue**
**Geneva, AL 36340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.338
4

**Nonpriority creditor's name and mailing address**                    $0.00

**Isaiah Strong**
**290 arthur rd**
**hull, GA 30646**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.338
5

**Nonpriority creditor's name and mailing address**                    $0.00

**Isaiah Watson**
**Ladson, United States**
**Ladson, SC 29440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.338
6

**Nonpriority creditor's name and mailing address**                    $0.00

**Isaiah Wilson**
**3320 spruce**
**Kansas City, MO 64128**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.338
7

**Nonpriority creditor's name and mailing address**                    $0.00

**Isela Chavez**
**E17 THTS Kansas city**
**6715**
**Kansas city, MO 64126**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.338
8

**Nonpriority creditor's name and mailing address**                    $0.00

**Ishmael Flounery**
**11 east Brent st**
**11 east Brent st**
**Quincy, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.3389**

**Nonpriority creditor's name and mailing address**

**Ishmail Rahmaan**
**95 Dove Point Circle**
**Covington, GA 30016**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.3390**

**Nonpriority creditor's name and mailing address**

**Ishmar Williams**
**311 s Virginia Ave**
**506**
**TIFTON, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.3391**

**Nonpriority creditor's name and mailing address**

**Isiah Turner**
**704 Belair Dr**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.3392**

**Nonpriority creditor's name and mailing address**

**Ismael Landscape**
**Ismael Garay**
**4498 Buford Hwy Lot 218**
**Norcross, GA 30071**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,577.00**

---

**3.3393**

**Nonpriority creditor's name and mailing address**

**Ismail Larche**
**15 southwinds Circle apt 6**
**6**
**Washington, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.3394**

**Nonpriority creditor's name and mailing address**

**Israel Ponce**
**1004 tribble gap rd**
**1D**
**Cummin, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.3395**

**Nonpriority creditor's name and mailing address**

**Issiah Conner**
**300 SW Jewell**
**Topeka, KS 66606**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.339 6**

**Nonpriority creditor's name and mailing address**

**Italia Bennett**
**436 Howe Hall Road**
**A**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339 7**

**Nonpriority creditor's name and mailing address**

**Itiana Williams**
**1706 Hutchinson Dr NE**
**Moultrie, GA 31768**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339 8**

**Nonpriority creditor's name and mailing address**

**Ivory Clark**
**108 Tamari Dr**
**Buffalo, WY 82834**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339 9**

**Nonpriority creditor's name and mailing address**

**Ivy Jacquin**
**793 Horn Street**
**Washington, MO 63090**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.340 0**

**Nonpriority creditor's name and mailing address**

**Ivy Morris**
**1023 7th ave N**
**1/2**
**Great falls, MT 59401**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.340 1**

**Nonpriority creditor's name and mailing address**

**Iyana Rainey**
**127 Coldwater Ln**
**Griffin, GA 30224**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.340 2**

**Nonpriority creditor's name and mailing address**

**Iyana Sanders**
**1125 Bert terry rd**
**Brunson, SC 29911**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.340 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Iyana White** | ☐ Contingent | |
| **307 OBrien dr** | ☐ Unliquidated | |
| **Kathleen, GA 31047** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.340 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Iyanna Jackson** | ☐ Contingent | |
| **608 west love st** | ☐ Unliquidated | |
| **Mexico, MO 65265** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.340 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Iyanna Slack** | ☐ Contingent | |
| **1412 Prince Ave** | ☐ Unliquidated | |
| **A** | ☐ Disputed | |
| **Tifton, GA 31794** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.340 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Iyona Riley** | ☐ Contingent | |
| **3300 Northlake Pkwy** | ☐ Unliquidated | |
| **Room 503** | ☐ Disputed | |
| **Dekalb, GA 30345** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.340 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **iyonna taylor** | ☐ Contingent | |
| **363 Chase ct** | ☐ Unliquidated | |
| **Monroe, GA 30655** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.340 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Izaak Bartley** | ☐ Contingent | |
| **1005 E 15th Street** | ☐ Unliquidated | |
| **Sedalia, MO 65301** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.340 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Izaiah Sorm** | ☐ Contingent | |
| **306 N college Ave apt 1** | ☐ Unliquidated | |
| **Moberly, MO 65270** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **ARC Burger, LLC**
_____    Case number (if known) _____
Name

---

3.341 0

**Nonpriority creditor's name and mailing address**

**IZMA Asphalt and Concrete LLC**
**7386 Penland Dr**
**Riverdale, Ga 30296**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.341 1

**Nonpriority creditor's name and mailing address**

**J & T Pressure Cleaning**
**John Phillips**
**3504 Clayton Rd**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.341 2

**Nonpriority creditor's name and mailing address**

**J & T Pressure Cleaning**
**3504 Clayton Road**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,125.00**

---

3.341 3

**Nonpriority creditor's name and mailing address**

**J & V Restaurant & Fire**
**810 1st ave north**
**Great Falls, MT 59401**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$210.68**

---

3.341 4

**Nonpriority creditor's name and mailing address**

**J&D Refrigeration Inc**
**PO BOX 361**
**Hamilton, MO 64644**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$140,221.24**

---

3.341 5

**Nonpriority creditor's name and mailing address**

**J&V Restaurant**
**Supply & Refrigeration, Inc.**
**PO Box 250**
**Bozeman, MT 59771**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.341 6

**Nonpriority creditor's name and mailing address**

**J.D. Wallace**
**1149 Old Thomasvile rd**
**Cario, GA 39827**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.3417**

**Nonpriority creditor's name and mailing address**
**Jaalyne McCain**
**754 Hagan Circle**
**Tennille GA, GA 31089**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3418**

**Nonpriority creditor's name and mailing address**
**Jabaris Howard**
**5445 brown street**
**502**
**Graceville, FL 32440**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3419**

**Nonpriority creditor's name and mailing address**
**Jabriyah Garrett**
**50 Colonial Dr**
**Carrollton, GA 30117**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3420**

**Nonpriority creditor's name and mailing address**
**Jacameron Bussey**
**1501 Green Street**
**J2**
**Warner Robins, GA 31093**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3421**

**Nonpriority creditor's name and mailing address**
**Jacarious Sullivan**
**400 Swint rd**
**Griffin, GA 30223**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3422**

**Nonpriority creditor's name and mailing address**
**Jacen Thompson**
**1310 sw Washington st**
**Topeka, KS 66606**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3423**

**Nonpriority creditor's name and mailing address**
**Jacie Hood**
**414 CR-71**
**Black, AL 36314**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.342 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Jack Del Grosso** | ☐ Contingent | |
| **311 west forest Ln** | ☐ Unliquidated | |
| **Jefferson city, MO 65109** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.342 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Jack Ferguson** | ☐ Contingent | |
| **504 23rd Ave ne** | ☐ Unliquidated | |
| **Great falls, MT 59404** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.342 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Jack Hogue** | ☐ Contingent | |
| **1344 apricot street** | ☐ Unliquidated | |
| **Chipley, FL 32428** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.342 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Jack McCloud** | ☐ Contingent | |
| **5110 highway 20 south lot 24** | ☐ Unliquidated | |
| **Covington, GA 30016** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.342 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Jack Minks** | ☐ Contingent | |
| **114 Mary Hammack St** | ☐ Unliquidated | |
| **New Haven, MO 63068** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.342 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Jack Pearl** | ☐ Contingent | |
| **7115 NW Lamar Dr** | ☐ Unliquidated | |
| **Kansas City, MO 64152** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.343 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Jackie Beasley** | ☐ Contingent | |
| **42 Haynie Street** | ☐ Unliquidated | |
| **newnan, GA 30263** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Debtor**  **ARC Burger, LLC**
_____
Name

**Case number** (if known) _____

---

**3.343 1**

**Nonpriority creditor's name and mailing address**

**Jackie Glasgow**
**503 taylor**
**Moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 2**

**Nonpriority creditor's name and mailing address**

**Jackson Co Tax Collector**
**4445 Lafayette St.**
**Marianna, FL 32446**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 3**

**Nonpriority creditor's name and mailing address**

**Jackson County**
**Jackson County Environmental Health**
**3651 NE Ralph Powell Road**
**Lees Summit, MO 64064**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,325.00**

---

**3.343 4**

**Nonpriority creditor's name and mailing address**

**Jackson County Collector**
**PO Box 219747**
**Kansas City, MO 64121-9747**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 5**

**Nonpriority creditor's name and mailing address**

**Jackson County Collector**
**4965 Jackson Parkway**
**Jefferson, GA 30549**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 6**

**Nonpriority creditor's name and mailing address**

**Jackson County Collector**
**415 E. 12th Street**
**Suite 100**
**Kansas City, MO 64106**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 7**

**Nonpriority creditor's name and mailing address**

**Jackson County Health Department**
**260 Lee St.**
**Jefferson, GA 30549**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F       Schedule E/F: Creditors Who Have Unsecured Claims       Page  512 of 1218

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
| | Name | | | |

**3.3438**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Jackson County Tax Collector**<br>**PO Box 697**<br>**Marianna, FL 32447** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3439**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Jackson County Tax Commissioner**<br>**Candace Taylor Heaton**<br>**PO Box 247**<br>**Jefferson, GA 30549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3440**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Jackson County, Missouri**<br>**Collection Department**<br>**415 E. 12th Street, Suite 100**<br>**Kansas City, MO 64106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3441**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,076.00 |
|---|---|---|
| **Jackson EMC**<br>**PO BOX 166023**<br>**Altamonte Springs, FL 32716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3442**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Jackson Harris**<br>**119B 12th Street**<br>**Cumming, GA 30041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3443**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Jackson Vaughan**<br>**1201 Triplett dr**<br>**F72**<br>**Emporia, KS 66801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3444**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Jaclyn Brock**<br>**877 Richards Rd NE**<br>**null**<br>**White, GA 30184** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.344 5**

**Nonpriority creditor's name and mailing address**

**Jacob Adams**
**619 ave b**
**Billings, MT 59102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.344 6**

**Nonpriority creditor's name and mailing address**

**Jacob Allen**
**67westhallowdrive**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.344 7**

**Nonpriority creditor's name and mailing address**

**Jacob Allen**
**424 line st**
**E6**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.344 8**

**Nonpriority creditor's name and mailing address**

**Jacob Brown**
**275 Broder Farms Drive**
**Stockbridge, GA 30281**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.344 9**

**Nonpriority creditor's name and mailing address**

**Jacob Childers**
**900 sinnock ave**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.345 0**

**Nonpriority creditor's name and mailing address**

**Jacob Coker**
**1209 SW Huntington dr**
**Blue springs, MO 64015**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.345 1**

**Nonpriority creditor's name and mailing address**

**Jacob Cooper**
**6209 grant street**
**Saint joseph, MO 64504**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
_____          Case number (if known) _____
Name

| 3.345 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacob Copling**
**245 East Street**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.345 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacob Coxen**
**910 8th st s**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.345 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacob Cullifer**
**1873 HWY 179A**
**Westville, FL 32464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.345 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacob Erickson**
**1518 5th ave south**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.345 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacob Haley**
**4222 Scarritt Avenue**
**Kansas City, MO 64123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.345 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacob Heaton**
**504 5th avenue**
**Thomaston, GA 30286**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.345 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacob Holder**
**7300 state ave**
**416**
**Kansas city ks, KS 66112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.3459**

**Nonpriority creditor's name and mailing address**

**Jacob Jackson**
**1840 Rose Garden Lane**
**Loganville, GA 30052**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3460**

**Nonpriority creditor's name and mailing address**

**Jacob Jewell**
**2911 sw scherer rd**
**Lees summit, MO 64082**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3461**

**Nonpriority creditor's name and mailing address**

**Jacob Kelley**
**98 nelson street**
**Silver Creek, GA 30173**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3462**

**Nonpriority creditor's name and mailing address**

**Jacob Looker**
**1213 sw Pacifica dr**
**Lee's summit, MO 64081**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3463**

**Nonpriority creditor's name and mailing address**

**Jacob Maley**
**313 ne orchard st**
**Leessummit, MO 64063**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3464**

**Nonpriority creditor's name and mailing address**

**Jacob Manion**
**5512 Oakley Ave**
**Kansas City, MO 64130**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3465**

**Nonpriority creditor's name and mailing address**

**jacob marlow**
**3291 old highway 5 south**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____Name

| | |
|---|---|

**3.346 6**

**Nonpriority creditor's name and mailing address**

**Jacob ODell**
**1521 North Hocker Avenue**
**Independence, MO 64050**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 7**

**Nonpriority creditor's name and mailing address**

**Jacob ODell**
**301 NE Brookwood Dr**
**Blue Springs, MO 64014**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 8**

**Nonpriority creditor's name and mailing address**

**Jacob Razo**
**2530 US 41 Hwy NW**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 9**

**Nonpriority creditor's name and mailing address**

**Jacob Sharp**
**912 NE Sunnyside Lane**
**G**
**Blue Springs, MO 64014**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 0**

**Nonpriority creditor's name and mailing address**

**Jacob Sitton**
**590 Sequoyah dr**
**Chatsworth, GA 30705**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 1**

**Nonpriority creditor's name and mailing address**

**Jacob Truluck**
**291 highland estates**
**commerce, GA 30529**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 2**

**Nonpriority creditor's name and mailing address**

**Jacob Whitener**
**15 Dewey dr**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.347 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Jacob Williams**
**805 Smith Chapel Road**
**Bowdon, GA 30108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Jacob Yocum**
**1303 Limetree Ln**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Jacobian Mcwilliams**
**1012 south Davis dr**
**1012**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Jacoby Jacobs**
**612 belleview circle**
**612**
**Tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Jacquees Jones**
**16 Killians St**
**Apr A**
**Charleston, SC 29403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Jacquelin Lane**
**404 State Road T**
**Tunas, MO 65764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Jacqueline Ausbrooks**
**1206 Shady Lane**
**Thomaston, GA 30286**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F               Schedule E/F: Creditors Who Have Unsecured Claims               Page  518 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.3480**

**Nonpriority creditor's name and mailing address**

**Jacqueline Eplin**
**220 West Chestnut Stre**
**2**
**Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3481**

**Nonpriority creditor's name and mailing address**

**Jacqueline Garcia Iyescas**
**2740 n 21 place**
**kansas city, KS 66104**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3482**

**Nonpriority creditor's name and mailing address**

**Jacqueline Hopkins**
**1603 Natcon st**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3483**

**Nonpriority creditor's name and mailing address**

**Jacqueline Jimenez**
**7180 Charlie B Johnston rd**
**Hogansville, GA 30230**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3484**

**Nonpriority creditor's name and mailing address**

**jacqueline mccant**
**2903 3rd ave**
**tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3485**

**Nonpriority creditor's name and mailing address**

**Jacqueline Reed**
**351 south bro**
**Lenox, GA 31637**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3486**

**Nonpriority creditor's name and mailing address**

**Jacquelynne Mower**
**103 Ashwood Drive**
**Summerville, SC 29486**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**                                    Case number (if known) _____
        Name

---

| 3.348 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jacquez Walker** | ☐ Contingent | |
| **5433 pearl street** | ☐ Unliquidated | |
| **Graceville, FL 32440** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.348 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jacquiese Whlechel** | ☐ Contingent | |
| **4820 Victoria court** | ☐ Unliquidated | |
| **A5** | ☐ Disputed | |
| **Flowery branch, GA 30542** | | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.348 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jaculyn VanBrackle** | ☐ Contingent | |
| **366 Alf Van Brackle Rd** | ☐ Unliquidated | |
| **Lenox, GA 31637** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.349 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jada Clark** | ☐ Contingent | |
| **1820 Macon rd** | ☐ Unliquidated | |
| **C204** | ☐ Disputed | |
| **Perry, GA 31069** | | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.349 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jada Mosley** | ☐ Contingent | |
| **227 2nd Ave SE** | ☐ Unliquidated | |
| **204** | ☐ Disputed | |
| **Moultrie, GA 31768** | | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.349 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jada Weber** | ☐ Contingent | |
| **107 crossings pl** | ☐ Unliquidated | |
| **Griffin, GA 30223** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.349 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jada Wise** | ☐ Contingent | |
| **1120 Savannah court** | ☐ Unliquidated | |
| **Mexico, MO 65265** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

3.349
4

**Nonpriority creditor's name and mailing address**

**Jadah Hunter**
**1014 McCurley Rd**
**Winterville, GA 30683**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.349
5

**Nonpriority creditor's name and mailing address**

**Jadah Knight**
**744 south lee street**
**valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.349
6

**Nonpriority creditor's name and mailing address**

**Jadah Parmley**
**3320 5th Ave**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.349
7

**Nonpriority creditor's name and mailing address**

**Jade Escalante Escalante**
**1540 Rawhide Strip**
**Billings, MT 59105**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.349
8

**Nonpriority creditor's name and mailing address**

**Jade Herman**
**103 Register Road**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.349
9

**Nonpriority creditor's name and mailing address**

**Jaden Hampton**
**137 Tanaya Ln**
**Pineville, SC 29468**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.350
0

**Nonpriority creditor's name and mailing address**

**Jaden Hickson**
**26 Bouldercrest Ln SE**
**9F**
**Atlanta, GA 30316**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.350
1**

**Nonpriority creditor's name and mailing address**

**Jaden Jones**
**516 E Golden Rd**
**Tifton, GA 31794**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.350
2**

**Nonpriority creditor's name and mailing address**

**Jaden Martin**
**116 Meadowvale Lane**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.350
3**

**Nonpriority creditor's name and mailing address**

**Jaden Mobley**
**114 Edmondson circle**
**Cochran, GA 31014**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.350
4**

**Nonpriority creditor's name and mailing address**

**Jaden Rogers**
**4385 hidden meadow circle**
**Sugar hill, GA 30518**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.350
5**

**Nonpriority creditor's name and mailing address**

**Jaden Rowe**
**1032 Upper Ty Ty rd**
**Ty Ty, GA 31795**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.350
6**

**Nonpriority creditor's name and mailing address**

**Jaden Shaw**
**632 Christina Place**
**McDonough, GA 30253**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.350
7**

**Nonpriority creditor's name and mailing address**

**Jaden Steward**
**2344 HWY 32**
**HALF WAY, MO 65663**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.350 8**

**Nonpriority creditor's name and mailing address**

**jaden strain**
**3154 state hwy jj**
**Moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.350 9**

**Nonpriority creditor's name and mailing address**

**Jaedon Davis**
**1530 Wind River LN**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351 0**

**Nonpriority creditor's name and mailing address**

**Jaelyn Espinoza Frazier**
**2117 Lincoln st**
**301**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351 1**

**Nonpriority creditor's name and mailing address**

**Jafarrius Barfield**
**406 7th St SE**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351 2**

**Nonpriority creditor's name and mailing address**

**Jahden Bryant**
**124 Growden Lane**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351 3**

**Nonpriority creditor's name and mailing address**

**Jaheim Wolfe**
**11518 Augusta Hwy**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351 4**

**Nonpriority creditor's name and mailing address**

**Jaheim Yorke**
**450 Jimmy Ann Dr**
**3-208**
**Daytona Beach, SC 32114**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**
_____
Name

Case number (if known) _____

---

**3.351 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Jahfari Shaheed**
**100 Stafford Ct**
**Fayetteville, GA 30215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.351 6**

**Nonpriority creditor's name and mailing address**

**Jahkai Washington**
**605 Northside Drive**
**Gainesville, GA 30501**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.351 7**

**Nonpriority creditor's name and mailing address**

**Jahmoni Brown**
**5941 Willard Dr**
**17**
**Hanahan, SC 29410**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.351 8**

**Nonpriority creditor's name and mailing address**

**Jahnae Robinson**
**204 villa point parkway**
**204**
**McDonough, GA 30253**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.351 9**

**Nonpriority creditor's name and mailing address**

**Jahnice Smith**
**9874 LEVENSHALL DR**
**LADSON, SC 29456**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.352 0**

**Nonpriority creditor's name and mailing address**

**Jahquez Youngblood**
**1348 Trailmore Dr**
**Trlr D**
**Charleston, SC 29407**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.352 1**

**Nonpriority creditor's name and mailing address**

**Jahsir Cobb**
**4756 feather creek ct**
**stone mountain, GA 30087**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.352
2**

**Nonpriority creditor's name and mailing address**

**jahyria ancrum**
**1100 coppers ridge blv**
**206**
**ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352
3**

**Nonpriority creditor's name and mailing address**

**Jaida Alice**
**5983 Barretts rd**
**Valdosta, GA 31605**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352
4**

**Nonpriority creditor's name and mailing address**

**Jaiden Anderson**
**9 turkey lane space 40**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352
5**

**Nonpriority creditor's name and mailing address**

**Jaiden Gorniak**
**305 S Pleasant Hill Rd**
**Apt. 10**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352
6**

**Nonpriority creditor's name and mailing address**

**Jaiquan Littleton**
**52 Charles Rogers Blvd**
**3**
**Hazlehurst, GA 31539**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352
7**

**Nonpriority creditor's name and mailing address**

**Jaiquiseca Mosley**
**204 Stony Brook Circle**
**Jackson, GA 30233**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352
8**

**Nonpriority creditor's name and mailing address**

**jair brunson**
**77south10thstreet**
**lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|--------|-----------------|------------------------|--|
| | Name | | |

**3.3529**

**Nonpriority creditor's name and mailing address**
**Jak's Heating and Air**
**3300 CB Loop 3300 CB Loop**
**Helena, MT 59602**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.3530**

**Nonpriority creditor's name and mailing address**
**Jakanye Ward**
**127 Keith drive**
**Warner Robins, GA 31093**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.3531**

**Nonpriority creditor's name and mailing address**
**Jakari Ginn**
**2121 south 11th**
**Saint Joseph, MO 64503**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.3532**

**Nonpriority creditor's name and mailing address**
**Jakavien Harris**
**104 west Edwards street**
**Calhoun, GA 30701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.3533**

**Nonpriority creditor's name and mailing address**
**Jakayla Roberts**
**507 North Forrest**
**Valdosta, GA 31601**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.3534**

**Nonpriority creditor's name and mailing address**
**Jake Mitchell**
**2461 Sanchez Dr**
**Cuba, MO 65453**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.3535**

**Nonpriority creditor's name and mailing address**
**Jakeline Gonzalez**
**647 Carnahan Ave**
**Topeka, KS 66607**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

| 3.3536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jakelynn SeesTheGround**
**2612 Phyllis Lane**
**#25**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jakeryus Freeman**
**8 Cliffview dr**
**Apt#4**
**Rome, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**JAKES Industrial, Inc.**
**1101 SW 1st Street**
**Oak Grove, MO 64075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jakhari Williams**
**317 cumberland dr**
**byron, GA 31008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jakia Mensah**
**610 E Ann st**
**16**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jakirius King**
**122 2nd ave nw**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**jakiyah hudson**
**2628 Sherlock Dr**
**Decatur, GA 30034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.354 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jakob Dunaway**
**16 Mountain Aire Ln**
**Dawsonville, GA 30534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354 4**

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Jakyhia Peterson**
**2287 happy hollow rd**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354 5**

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Jala Lewis**
**390 Woodpecker Pt**
**Danielsville, GA 30633**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354 6**

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Jalaisha Johnson**
**330 Bayboro Cir**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354 7**

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**JaLaya Martin**
**125 N Bend Ct**
**Jonesboro, GA 30238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354 8**

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Jalayah Brown**
**1311 Brick Chimney Lane**
**Yemassee, SC 29945**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354 9**

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Jaleel Oliver**
**6025 Creekerton Blvd**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.3550**

**Nonpriority creditor's name and mailing address**

**Jalen Anderson**
**101 hickory Street**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3551**

**Nonpriority creditor's name and mailing address**

**jalen brooks**
**2000 bouldercrest rd**
**c18**
**atlanta, GA 30316**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3552**

**Nonpriority creditor's name and mailing address**

**Jalen Jones**
**139 amberwood ln**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3553**

**Nonpriority creditor's name and mailing address**

**Jalen Mcgriff**
**54 E Talley Ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3554**

**Nonpriority creditor's name and mailing address**

**Jalen Walker**
**12 Risby Street**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3555**

**Nonpriority creditor's name and mailing address**

**Jalesa Saulsberry**
**2591 N Pierce Ave**
**Macon, GA 31204**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3556**

**Nonpriority creditor's name and mailing address**

**Jalexia May**
**1360 Gordon grove lane**
**Sandersville, GA 31082**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.355 7**

**Nonpriority creditor's name and mailing address**

**jaliah walton**
**1902 houston ave**
**valdosta, GA 31602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 8**

**Nonpriority creditor's name and mailing address**

**Jalicia Clure**
**5257 byers road**
**Gainesville Georgia, GA 30504**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 9**

**Nonpriority creditor's name and mailing address**

**Jalisa Smalls**
**2605 Dogwood Street**
**F18**
**North Charleston, SC 29487**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.356 0**

**Nonpriority creditor's name and mailing address**

**Jalisa Sullivan**
**300 Avenue F**
**Q4**
**Thomaston, GA 30286**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.356 1**

**Nonpriority creditor's name and mailing address**

**Jaliyah Johnson**
**305 W Bartow st**
**Quitman, GA 31643**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.356 2**

**Nonpriority creditor's name and mailing address**

**Jamaal Pascal**
**2716 dr gc hill ave**
**Tift, GA 31794**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.356 3**

**Nonpriority creditor's name and mailing address**

**Jamaica Reliford**
**36 w pattan Ave**
**Lakeland, GA 31635**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.3564**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jamainus Wade** | ☐ Contingent | |
| **318 N. Houston lake Blvd** | ☐ Unliquidated | |
| **Centerville, GA 31028** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3565**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jamaishia Roberts** | ☐ Contingent | |
| **118 Pepper Street** | ☐ Unliquidated | |
| **Hampton, SC 29924** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3566**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jamal Harris** | ☐ Contingent | |
| **151 Bradley Road** | ☐ Unliquidated | |
| **Moncks Corner, SC 29461** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3567**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jamal Hart** | ☐ Contingent | |
| **138 Adam street** | ☐ Unliquidated | |
| **138** | ☐ Disputed | |
| **Thomaston, GA 30286** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3568**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jamal Muhammad** | ☐ Contingent | |
| **20 Head street** | ☐ Unliquidated | |
| **McDonough, GA 30253** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3569**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jamal Parker** | ☐ Contingent | |
| **2841 US Hwy 84 W. Lot 29** | ☐ Unliquidated | |
| **Valdosta, GA 31601** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3570**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jamal Primer** | ☐ Contingent | |
| **5400 E 96 Pl** | ☐ Unliquidated | |
| **107** | ☐ Disputed | |
| **Kansas City, MO 64137** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.357 1**

**Nonpriority creditor's name and mailing address**

**Jamal Williams**
**30 ibis lane**
**Covington, GA 30014**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.357 2**

**Nonpriority creditor's name and mailing address**

**Jamarcus Brooks Jones**
**58 e davis st**
**Lakeland, FL 31635**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.357 3**

**Nonpriority creditor's name and mailing address**

**Jamari Richardson**
**589 Elles way**
**Griffin, GA 30223**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.357 4**

**Nonpriority creditor's name and mailing address**

**Jamaria Sims**
**15e bostick ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.357 5**

**Nonpriority creditor's name and mailing address**

**Jamarion Mcghee**
**302 Carl Vinson**
**Pkwy 621**
**Warner Robins, GA 31088**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.357 6**

**Nonpriority creditor's name and mailing address**

**Jamaris Gainer**
**5347 Parkview rd**
**Graceville, FL 32440**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.357 7**

**Nonpriority creditor's name and mailing address**

**Jamariy Lipscomb**
**11898 fairway overlook**
**Fayetteville, GA 30215**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                                Case number (if known) _____
Name

---

| 3.357 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jamarria Robinson**
**109 1/2 Jackson st**
**Barnesville, GA 30204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jamei Todd**
**605 Treecrest pkwy**
**Decatur, GA 30035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jamei Todd**
**605 Treecrest pkwy**
**Decatur, GA 30035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jameisha Batiste**
**9310 bales ave**
**301**
**Kansas City, MO 64132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jamekiya Ward**
**1501 green st**
**J2**
**Warner robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jamell Singleton**
**2004 Winyah Street**
**Georgetown, SC 29440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jameriah Stevenson**
**518 Serena Dr**
**Norman Park, GA 31771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.3585**

**Nonpriority creditor's name and mailing address**

**JaMerial Pope**
**29 east darsey ave**
**lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3586**

**Nonpriority creditor's name and mailing address**

**Jamerica Fleming**
**1120 Poplar Road**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3587**

**Nonpriority creditor's name and mailing address**

**James  LEYRER**
**403 N GRAND AVE**
**APT 1**
**HOUSTON, CT 65483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3588**

**Nonpriority creditor's name and mailing address**

**James Alexander**
**215 west 10th street**
**Apt b**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3589**

**Nonpriority creditor's name and mailing address**

**James Allen**
**2610 Old Covington Rd**
**Conyers, GA 30013**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3590**

**Nonpriority creditor's name and mailing address**

**James Baker**
**1408 woodhill dr**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3591**

**Nonpriority creditor's name and mailing address**

**James Barrett**
**990 Barnes rd**
**Bowdon, GA 30108**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

| 3.359<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Brewer**
**111 North Capistrano Drive**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Bsnks**
**145 English Lane**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Buchanan**
**18 Harvey St**
**Rome, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Campbell**
**912 s Quincy Ave**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Chamblee**
**1176 Early Lane**
**Graceville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Curry**
**411 Northside drive**
**D2**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Deavers**
**553 2nd st**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page  535 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.3599**

**Nonpriority creditor's name and mailing address**

**James Derleth**
**129 Todd ln**
**Cuba, MO 65453**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3600**

**Nonpriority creditor's name and mailing address**

**James Dulaney**
**1748 Hwy 29 N**
**Danielsville, GA 30633**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3601**

**Nonpriority creditor's name and mailing address**

**James Edwards**
**100 little Sycamore rd**
**Quincy, FL 32351**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3602**

**Nonpriority creditor's name and mailing address**

**James Engram**
**320 Veterans Dr**
**D3**
**Thomaston, GA 30286**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3603**

**Nonpriority creditor's name and mailing address**

**James Enke**
**32 Lakewood Ct**
**Cuba, MO 65453**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3604**

**Nonpriority creditor's name and mailing address**

**James Ferriss**
**1101 mary st**
**Apt1**
**Emporia, KS 66801**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3605**

**Nonpriority creditor's name and mailing address**

**James Frampton**
**1248 knight rd**
**Rockmart, GA 30153**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
          Name

---

**3.3606**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**James GreenBeck**
**1579 Hwy 79**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3607**

**Nonpriority creditor's name and mailing address**

**James Harwell**
**163 Waycaster Rd.**
**Martin, GA 30557**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3608**

**Nonpriority creditor's name and mailing address**

**James Hernandez**
**1637 bristol ave kcmo 64126**
**kansas city, MO 64126**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3609**

**Nonpriority creditor's name and mailing address**

**James Holmes**
**8830 Flora ave**
**Kansas city, MO 64131**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3610**

**Nonpriority creditor's name and mailing address**

**James Kelly**
**1105 North 22nd**
**105E**
**Billings, MT 59101**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3611**

**Nonpriority creditor's name and mailing address**

**James Lolley**
**616 N Craig st**
**Mexico, MO 65265**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3612**

**Nonpriority creditor's name and mailing address**

**James Lorenz Binaya**
**2313 chestnut street**
**Trenton, MO 64683**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.361 3**

**Nonpriority creditor's name and mailing address**

**James MacKay**
**PO box 23**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 4**

**Nonpriority creditor's name and mailing address**

**James Marrero**
**5339, Crestland Court**
**Stone Mountain, GA 30087**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 5**

**Nonpriority creditor's name and mailing address**

**James Mason**
**420 East 6 Avenue**
**#2**
**Helena, MT 59601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 6**

**Nonpriority creditor's name and mailing address**

**James Mathis**
**Panama City, Florida, United States**
**Panama City, FL**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 7**

**Nonpriority creditor's name and mailing address**

**James Mccoy**
**119 John Dye Lane**
**Ashburn, GA 31714**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 8**

**Nonpriority creditor's name and mailing address**

**James Morales**
**116 Hayden st**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 9**

**Nonpriority creditor's name and mailing address**

**James Morrison**
**3389 sherry dr**
**Aprt 55**
**Macon, GA 31206**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
Name

---

| 3.362 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Nelson**
**1013 Plantation Pine Rd**
**Ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Nobles**
**621 King George Drive**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Parker**
**3184 rockmart road**
**Lot 12**
**Silver creek, GA 30173**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Phillips**
**1008 E 10th**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Pierce**
**2200 23rd Street South**
**103**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Rinnert**
**307 s Billings Blvd**
**trailer number 66**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Samuel**
**331 Jergers Street**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**                                          Case number (if known) _____
_____
Name

| 3.362 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Scott Harwell**
**163 Waycaster Rd**
**Martin, GA 30557**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Scott Harwell**
**163 Waycaster**
**Martin, GA 30557**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Scott Lucas**
**168 Elwood Road**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Shanks**
**3208 hwy 160**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Small Boy**
**1019 15th Street North**
**Great Falls, MT 59401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Smith**
**11 Moonstone Dr**
**9280**
**Ellijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Spray**
**310 E 7th St**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.363 4**

**Nonpriority creditor's name and mailing address**

**James Standberry**
**622 Shady Willow lane**
**Loganville, GA 30052**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 5**

**Nonpriority creditor's name and mailing address**

**James Stauffacher**
**422 Taylor st**
**Moberly, MO 65270**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 6**

**Nonpriority creditor's name and mailing address**

**James Stone**
**Kansas City, United States**
**Apt 7**
**Kansas City, MO 64131**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 7**

**Nonpriority creditor's name and mailing address**

**James Summers**
**6069 Lucaya Way**
**Naples, FL 34113**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 8**

**Nonpriority creditor's name and mailing address**

**James Waldrip**
**10165 Cedar Ridge Dr**
**Rolla, MO 65401**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363 9**

**Nonpriority creditor's name and mailing address**

**James Wright**
**206 Mara St.**
**Carrollton, GA 30117**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 0**

**Nonpriority creditor's name and mailing address**

**James Young**
**3539 Lakeside drive**
**Chipley, FL 32428**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.364
1**

**Nonpriority creditor's name and mailing address**

**Jamesha Collins**
**211 Haynes st**
**Hampton, SC 29923**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364
2**

**Nonpriority creditor's name and mailing address**

**Jameshica Brown**
**235 Ashland Park Blvd**
**235**
**rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364
3**

**Nonpriority creditor's name and mailing address**

**Jamhari Chestnut**
**318 Comet Creek Ln**
**318**
**Goose Creek, SC 29486**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364
4**

**Nonpriority creditor's name and mailing address**

**Jami Campbell**
**481 Pineview Lane**
**Samson, AL 36477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364
5**

**Nonpriority creditor's name and mailing address**

**Jamia Seabrooks**
**581 Resort St**
**santee, SC 29142**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364
6**

**Nonpriority creditor's name and mailing address**

**Jamichael Simpson**
**226 7th St Nw**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364
7**

**Nonpriority creditor's name and mailing address**

**Jamie Acreman**
**404 w Montana ave**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3648**

**Nonpriority creditor's name and mailing address**

**Jamie Caldwell**
**931 McCormick st trailer 1**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3649**

**Nonpriority creditor's name and mailing address**

**Jamie Clayton-Knox**
**1100 Longstone way**
**Spartanburg, SC 29306**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3650**

**Nonpriority creditor's name and mailing address**

**Jamie Conaway**
**607 sw main street**
**2**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3651**

**Nonpriority creditor's name and mailing address**

**Jamie Ferris**
**950 CR-302**
**Linn, MO 65051**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3652**

**Nonpriority creditor's name and mailing address**

**Jamie Garnes**
**738**
**Hampton, SC 29924**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3653**

**Nonpriority creditor's name and mailing address**

**Jamie Pitre**
**914 county road 352**
**Hartshorn, MO 65479**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3654**

**Nonpriority creditor's name and mailing address**

**Jamie Reed**
**114 Shadow Lane**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.365 5**

**Nonpriority creditor's name and mailing address**

**Jamie Simon**
**7102 waldrop place**
**7102**
**decatur, GA 30034**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 6**

**Nonpriority creditor's name and mailing address**

**Jamie Smith**
**3005 1st Ave s**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 7**

**Nonpriority creditor's name and mailing address**

**Jamie Villines**
**113 asher lane**
**Thomasville, GA 31757**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 8**

**Nonpriority creditor's name and mailing address**

**Jamie wright**
**437 sarah drive**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 9**

**Nonpriority creditor's name and mailing address**

**Jamie Yelverton**
**71East Talley Ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366 0**

**Nonpriority creditor's name and mailing address**

**Jamiella Clark**
**PO Box 696**
**4089 Huntley Drive**
**VALDOSTA, GA 31603**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366 1**

**Nonpriority creditor's name and mailing address**

**JaMir Harvey**
**187 Reevestown Lane**
**Cottageville, SC 29435**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.366
2**

**Nonpriority creditor's name and mailing address**

**Jamir Wilkins**
**990 Franklin Pkwy**
**102**
**Franklin, GA 30217**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366
3**

**Nonpriority creditor's name and mailing address**

**jamira Lumpkin**
**412 barak obama blvd**
**valdosta, GA 31601**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366
4**

**Nonpriority creditor's name and mailing address**

**Jamiria Dennis**
**25 Pebble Point**
**Covington, GA 30016**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366
5**

**Nonpriority creditor's name and mailing address**

**JaMiya Smith**
**1120 Poplar Rd**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366
6**

**Nonpriority creditor's name and mailing address**

**Jammal Nelson**
**1913 Robertson Blvd, House**
**North Charleston   29406**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366
7**

**Nonpriority creditor's name and mailing address**

**Jamuntay Wilson**
**292 Ruth St**
**Moultrie, GA 31768**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366
8**

**Nonpriority creditor's name and mailing address**

**Jamy Thorn**
**612 East Missouri**
**Buffalo, MO 65622**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3669**

**Nonpriority creditor's name and mailing address**
**Jamyia Wright**
**136 west college st**
**Sycamore   31790**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3670**

**Nonpriority creditor's name and mailing address**
**janarius jackson**
**115 e fambrough**
**1119a**
**monroe, GA 30655**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3671**

**Nonpriority creditor's name and mailing address**
**Janashia Archie**
**108 railroad ave**
**Georgetown, SC 29440**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3672**

**Nonpriority creditor's name and mailing address**
**Janasia Crook**
**318 Culver avenue**
**Charleston, SC 29407**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3673**

**Nonpriority creditor's name and mailing address**
**Janasya Greer**
**140 Bellevue Loop**
**Fayetteville, GA 30215**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3674**

**Nonpriority creditor's name and mailing address**
**Jane Nnaoji**
**1705 Feast Court**
**Cumming, GA 30040**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3675**

**Nonpriority creditor's name and mailing address**
**Janeia Anderson**
**1519 N 10th Street**
**Saint Joseph, MO 64501**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.3676**

**Nonpriority creditor's name and mailing address**

**Janeil Amaro**
**2509 se 25th st**
**Topeka, KS 66605**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3677**

**Nonpriority creditor's name and mailing address**

**Janelle Brewington**
**3426 timothy lane**
**Gaineaville, GA 30504**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3678**

**Nonpriority creditor's name and mailing address**

**Janelle Bryant**
**8375 Delhi Rd**
**North Charleston, SC 29406**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3679**

**Nonpriority creditor's name and mailing address**

**Janese Jackson**
**560 Dixon Road**
**Jonesboro, GA 30238**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3680**

**Nonpriority creditor's name and mailing address**

**Janet Nessmith**
**4522 sunfflower dr**
**B**
**douglasville, GA 30135**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3681**

**Nonpriority creditor's name and mailing address**

**Janet Stubbs**
**133 Julius Mitchell Road**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3682**

**Nonpriority creditor's name and mailing address**

**Janet Taul**
**214 E 4th St**
**Laredo, MO 64652**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                            Case number (if known) _____
         Name

---

3.368 3

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                        **$0.00**

**Janiah Washington**
**807 s fry street**
**441**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.368 4

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                        **$0.00**

**Janice Bryan**
**809 E 7th Street**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.368 5

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                        **$0.00**

**Janice Daniels**
**2905 Callaway Circle**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.368 6

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                        **$0.00**

**janice fudge**
**41 east mlk ave**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.368 7

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                        **$0.00**

**Janice Pegelow**
**107 main st**
**Renick, MO 65278**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.368 8

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                        **$0.00**

**Janice Thorn**
**95hwy23NE.**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.368 9

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                        **$0.00**

**Janie Britt**
**285 Barber Road**
**Carrollton, GA 30116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3690**

**Nonpriority creditor's name and mailing address**

**Janika Facon**
**1796 Fresno street**
**Valdosta, GA 31603**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3691**

**Nonpriority creditor's name and mailing address**

**Janisha Baker**
**973 Squirrel Hollow Rd**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3692**

**Nonpriority creditor's name and mailing address**

**Janisha Smith**
**169 Hines Cir**
**Grantville, GA 30220**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3693**

**Nonpriority creditor's name and mailing address**

**Janiyah McGhee**
**1304 Park Ave**
**Kansas City, MO 64127**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3694**

**Nonpriority creditor's name and mailing address**

**Janquisha Rucker**
**308 Breland St**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3695**

**Nonpriority creditor's name and mailing address**

**JANSSEN GLASS & DOOR**
**4949 Hadley Ave**
**Overland Park, KS 66203**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.3696**

**Nonpriority creditor's name and mailing address**

**Jantavius Barron**
**318  b sr**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.369 7**

**Nonpriority creditor's name and mailing address**

**JaNya Sumter**
**167 Blanding Rd**
**Saint Stephen, SC 29479**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369 8**

**Nonpriority creditor's name and mailing address**

**Janyia Ross**
**175 s fulwood st**
**Alapaha, GA 31622**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.369 9**

**Nonpriority creditor's name and mailing address**

**JanYves DeShazier**
**2440 Churchill Downs**
**Cumming, GA 30041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 0**

**Nonpriority creditor's name and mailing address**

**Japhelino Milord**
**195 Olympic Dr**
**Fayetteville, GA 30215**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 1**

**Nonpriority creditor's name and mailing address**

**Jaquan Alleyne**
**956 jonah tillman road**
**Moultrie, GA 31788**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 2**

**Nonpriority creditor's name and mailing address**

**Jaquan Hinton**
**512 e Ashley**
**Jefferson City, MO 65101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370 3**

**Nonpriority creditor's name and mailing address**

**Jaquan Ravenel**
**217 Brookshire Rd**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Debtor**    **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.3704**

**Nonpriority creditor's name and mailing address**

**JaQuan Young**
**119 musket lane**
**Summerville, SC 29486**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3705**

**Nonpriority creditor's name and mailing address**

**Jaquavioun Hunter**
**109 B Tanglewood dr**
**109**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3706**

**Nonpriority creditor's name and mailing address**

**jaquavious Bogan**
**615 northside drive**
**615**
**Griffin GA, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3707**

**Nonpriority creditor's name and mailing address**

**Jaquavious Robinson**
**858 Spear Point Lane**
**Graceville, FL 32440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3708**

**Nonpriority creditor's name and mailing address**

**Jaquavious Stroud**
**102 key street**
**McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3709**

**Nonpriority creditor's name and mailing address**

**Jaquavious Turner**
**55 mason st**
**Royston, GA 30662**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3710**

**Nonpriority creditor's name and mailing address**

**Jaquavius Cornelius**
**302 Fairways Drive**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **ARC Burger, LLC**                                    Case number (if known) _____
Name

| 3.371 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JaQuayia Griffith**
**404 Witsell St**
**405**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jaquayvius Colston**
**4604 cypress landing way**
**Gainesville, GA 30504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jaqueennia Loyd**
**4327 Royal Harbor Rd**
**Hollywood, SC 29449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jaqueline Querevalu**
**628 Fremont Ave**
**Kansas City, MS 64125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jaquerius Holmes**
**1040 Tennille Harrison Rd**
**Harrison, GA 31035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jaquez Butts**
**67 bouldercrest rd**
**C**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jaqwon Brown**
**1019 Andover Drive**
**Hoschton, GA 30548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim:** __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**3.3718**

**Nonpriority creditor's name and mailing address**

**JAR Maintenance LLC**
**152 Rahway Road Apt N**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3719**

**Nonpriority creditor's name and mailing address**

**Jaray Ford**
**407 E Third North St**
**apt 29**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3720**

**Nonpriority creditor's name and mailing address**

**Jarea Smith**
**200 watters street**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3721**

**Nonpriority creditor's name and mailing address**

**Jared Johnson**
**925 Southwest Clark Road**
**F**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3722**

**Nonpriority creditor's name and mailing address**

**Jared Kyle**
**S Main Street**
**349**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3723**

**Nonpriority creditor's name and mailing address**

**Jarel Jackson**
**3825 ladson rd**
**Apt 4301**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3724**

**Nonpriority creditor's name and mailing address**

**Jaren Eskridge**
**1010 Myra Street**
**Moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.372 5**

**Nonpriority creditor's name and mailing address**

**Jaren Phillips**
**1412 Highway 179**
**Bonifay, FL 32425**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 6**

**Nonpriority creditor's name and mailing address**

**Jarielle Johnson**
**617 black st**
**walterboro, SC 29488**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 7**

**Nonpriority creditor's name and mailing address**

**Jarmall White**
**311 S Virginia ave**
**429**
**Tifton, FL 31794**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 8**

**Nonpriority creditor's name and mailing address**

**Jarodshanae Smith**
**1611 Euclid street**
**Valdosta, GA 31602**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 9**

**Nonpriority creditor's name and mailing address**

**Jarquarious Jordan**
**731 Williams St Apt B**
**Griffin, GA 30223**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 0**

**Nonpriority creditor's name and mailing address**

**Jarquez Roberts**
**1700 Williams Street**
**46**
**Lowndes, GA 31601**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 1**

**Nonpriority creditor's name and mailing address**

**Jarraven Mouton**
**13 Brannan St**
**Unit D-05**
**McDonough, GA 30253**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.373 2**

**Nonpriority creditor's name and mailing address**

**Jarrett Miller**
**10211 Oakridge Drive**
**Overland Park, KS 66212**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 3**

**Nonpriority creditor's name and mailing address**

**Jarrian Walters**
**2251 Moody Road**
**203C**
**Warner robins, GA 31088**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 4**

**Nonpriority creditor's name and mailing address**

**Jarvecia Parks**
**22 n cone st**
**Quincy, FL 32351**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 5**

**Nonpriority creditor's name and mailing address**

**Jarvis Darby**
**100 seaton st**
**Summerville, SC 29486**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 6**

**Nonpriority creditor's name and mailing address**

**Jarvis Edwards**
**1509 Jones ave**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 7**

**Nonpriority creditor's name and mailing address**

**Jarvis Lowe**
**635 Fern Crest Dr**
**606**
**Sandersville, GA 31082**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 8**

**Nonpriority creditor's name and mailing address**

**Jarvis Morrison**
**3722 Allen dr**
**Flowery branch, GA 30542**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.3739**

**Nonpriority creditor's name and mailing address**

**Jashan Mims**
**5501 Livonia Cove**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3740**

**Nonpriority creditor's name and mailing address**

**Jashaud Williams**
**19 Jimmy Cir**
**Ray City, GA 31645**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3741**

**Nonpriority creditor's name and mailing address**

**jasiah garcia**
**1401 e 9th st**
**sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3742**

**Nonpriority creditor's name and mailing address**

**Jasma Jacobs**
**189 Palm St**
**Reevesville, SC 29471**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3743**

**Nonpriority creditor's name and mailing address**

**Jasman Sanders**
**369 barley cr**
**Lilburn, GA 30047**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3744**

**Nonpriority creditor's name and mailing address**

**Jasmin Garca Lpez**
**1525 S Prospect**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3745**

**Nonpriority creditor's name and mailing address**

**Jasmin Garcia Lopez**
**1525 s prospect**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.3746**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jasmine Askew**
**210 Virginia Dare Dr**
**A**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3747**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jasmine Chacon**
**1991 delowe Dr sw**
**E3**
**Atlanta, GA 30311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3748**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jasmine Cocozza**
**1703 S Osage Ave**
**sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3749**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jasmine Converse**
**428 Cypress Ave**
**Kansas City, MO 64124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3750**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jasmine Cotton**
**62 sixth street**
**19**
**Hawkinsville, GA 31036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3751**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jasmine Crosby**
**128 J Goddard lane**
**Tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3752**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jasmine Dandy**
**1513 Grove St**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __          Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  557 of 1218

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

3.375
3

**Nonpriority creditor's name and mailing address**

**Jasmine Dean**
**42 East Washington Ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.375
4

**Nonpriority creditor's name and mailing address**

**Jasmine Dupree**
**218 Tyson avenue**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.375
5

**Nonpriority creditor's name and mailing address**

**Jasmine Eddington**
**8465 Patriot Blvd**
**816**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.375
6

**Nonpriority creditor's name and mailing address**

**Jasmine Gainer**
**3115 Hill Ave Lot 13**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.375
7

**Nonpriority creditor's name and mailing address**

**Jasmine Griffieth**
**402 E Washington St**
**Apt 30**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.375
8

**Nonpriority creditor's name and mailing address**

**Jasmine Harper**
**635 lakewater estates lane**
**Stone Mountain, GA 30087**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.375
9

**Nonpriority creditor's name and mailing address**

**Jasmine Manker**
**111 Crosby st**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

3.376
0

**Nonpriority creditor's name and mailing address**

**Jasmine Morrow**
**3056 Tusquittee rd**
**Hayesville, NC 28904**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.376
1

**Nonpriority creditor's name and mailing address**

**Jasmine Mumphrey**
**202 Saint James Ave**
**23G**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.376
2

**Nonpriority creditor's name and mailing address**

**Jasmine Russell**
**240 moss creek dr**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.376
3

**Nonpriority creditor's name and mailing address**

**Jasmine Samuel**
**490 1st St SE**
**Cairo, GA 39828**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.376
4

**Nonpriority creditor's name and mailing address**

**Jasmine Sims**
**328 Towler St.#1**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.376
5

**Nonpriority creditor's name and mailing address**

**Jasmine Singleton**
**416 Neighborhood Dr**
**St George, SC 29477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.376
6

**Nonpriority creditor's name and mailing address**

**Jasmine Smith**
**7484 Beasley Dr**
**Raymondville, MO 65555**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3767**

**Nonpriority creditor's name and mailing address**

**Jasmine Tate**
**175 Holly Dr**
**Carrollton, GA 30116**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3768**

**Nonpriority creditor's name and mailing address**

**Jasmine Trueblood**
**3408 Hoback Ave**
**Gillette, WY 82718**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3769**

**Nonpriority creditor's name and mailing address**

**Jasmine Walker**
**5324 sw 15th st**
**Topeka, KS 66604**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3770**

**Nonpriority creditor's name and mailing address**

**Jason Austin**
**3175 Hwy. 2**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3771**

**Nonpriority creditor's name and mailing address**

**Jason Barnes**
**1214 woodland Ave ne**
**3**
**Atlanta, GA 30324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3772**

**Nonpriority creditor's name and mailing address**

**Jason Claycomb**
**2608 Andrew ct**
**St Joseph, MO 64503**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3773**

**Nonpriority creditor's name and mailing address**

**Jason Davis**
**104 north 31st**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.377 4**

**Nonpriority creditor's name and mailing address**

**Jason Fischer**
**104 A SW 21st Street**
**522**
**Oak Grove, MO 64075**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.377 5**

**Nonpriority creditor's name and mailing address**

**Jason Grundhauser**
**533 N. Last Chance Gulch**
**Helena, MT 59601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.377 6**

**Nonpriority creditor's name and mailing address**

**Jason hall**
**106 sugar maple dr**
**houston, MO 65483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.377 7**

**Nonpriority creditor's name and mailing address**

**Jason Harmon**
**208 cottonwood ln**
**Moncks Corner, SC 29461**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.377 8**

**Nonpriority creditor's name and mailing address**

**Jason Head**
**145 Gordon Street**
**Rochelle, GA 31079**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.377 9**

**Nonpriority creditor's name and mailing address**

**Jason Hill**
**1019 Mary st**
**4**
**Emporia, KS 66801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.378 0**

**Nonpriority creditor's name and mailing address**

**Jason Hobble**
**1127 Whittier**
**5**
**Emporia, KS 66801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.378
1**

**Nonpriority creditor's name and mailing address**

**Jason Hubbard**
**977 Moran lake road**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378
2**

**Nonpriority creditor's name and mailing address**

**Jason Konoval**
**795 star point rd**
**Carrollton, GA 30116**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378
3**

**Nonpriority creditor's name and mailing address**

**Jason Krull**
**246 pearl Street Apt l**
**l**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378
4**

**Nonpriority creditor's name and mailing address**

**Jason Mcmullin**
**1428 sequoya ih rd**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378
5**

**Nonpriority creditor's name and mailing address**

**Jason Mcwhirter**
**206 McPherson Rd**
**Leasburg, MO 65535**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378
6**

**Nonpriority creditor's name and mailing address**

**Jason Moore**
**1393 S Hwy O**
**Fulton, MO 65251**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.378
7**

**Nonpriority creditor's name and mailing address**

**Jason Rausch**
**401-31st Street West**
**Billings, MT 59102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.3788**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jason Shelton** | ☐ Contingent | |
| **PO Box 1357** | ☐ Unliquidated | |
| **Rocky Mount, MO 65072** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3789**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jason Shelton** | ☐ Contingent | |
| **PO Box 1357** | ☐ Unliquidated | |
| **Rocky Mount, MO 65072** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3790**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jason Ward** | ☐ Contingent | |
| **12820 e. 47th st. S.** | ☐ Unliquidated | |
| **Independence, MO 64055** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3791**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jason Willis** | ☐ Contingent | |
| **230 Kelli Dr** | ☐ Unliquidated | |
| **Byron, GA 31008** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3792**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jason Willis** | ☐ Contingent | |
| **230 Kelli Dr** | ☐ Unliquidated | |
| **Byron, GA 31008** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3793**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jasper Buff** | ☐ Contingent | |
| **1130 Richardson Rd** | ☐ Unliquidated | |
| **Rutledge, GA 30663** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3794**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jasper Craig** | ☐ Contingent | |
| **17013 East US 24 highway** | ☐ Unliquidated | |
| **Apt 3** | ☐ Disputed | |
| **Independence, MO 64056** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **ARC Burger, LLC**
     Name

Case number (if known) _____

---

**3.3795**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jatavious Leyva**<br>**420 Birchwood Dr**<br>**420**<br>**Bonaire, GA 31005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3796**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jatreveon Reed**<br>**190 booker ave**<br>**Fayetteville, GA 30214** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3797**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Javaris Townsend**<br>**611 8th ave NW**<br>**E**<br>**Moultrie, GA 31768** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3798**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **javarr Miller**<br>**381 Toronto Cir**<br>**Hampton, GA 30228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3799**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Javen Allen**<br>**115 Eldorado Avenue**<br>**Centerville, GA 31028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3800**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Javerious Williams**<br>**113 Shadow Lawn Dr**<br>**Byron, GA 31008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.3801**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Javian Clay**<br>**51 Tc Gordon Rd**<br>**Tifton, GA 31793** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **ARC Burger, LLC**             Case number (if known) _____
Name

---

**3.380 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Javier Gonzalez**
**726 S Central ST**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Javion James**
**2310 e pine hill court**
**Florence, SC 29506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Javion Lawhorn**
**623 Fuller Ave**
**Kansas city, MO 64125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Javion Richardson**
**402 e Washington st**
**30**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Javiona Risher**
**1985 drain rd**
**smoaks, SC 29481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Javious Taylor**
**711 6th street e**
**tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Javon Bowser**
**537 Mariposa Ln**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

| 3.3809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Javon Freeman**
**160-2 MM Meadows Ln Lot 2**
**OCHLOCKNEE, GA 31773**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Javon Hall**
**13000 Brookstone Way**
**304**
**Summerville, SC 29486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Javon Nelson**
**810 Myrtle rd**
**Andrews, SC 29510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Javonne Hoskin**
**16713 E 3 Ter N Independence**
**Independence, MO 64056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Javonta Jennings**
**1412 southwood dr**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Javonte Allen**
**1616 N Expressway**
**223**
**Griffin, GA 30223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Javonte Hopkins**
**4637 Chariot Dr**
**Flowery Branch, GA 30542**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| 3.381 6 | **Nonpriority creditor's name and mailing address** **Javuntae Vaughn** **1202 Winona Ave** **Griffin, GA 30223** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 7 | **Nonpriority creditor's name and mailing address** **Jaxon Kober** **1713 4th ave north** **Great Falls, MT 59401** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 8 | **Nonpriority creditor's name and mailing address** **Jaxon Tate** **2373 Jenkins Rd** **BONIFAY, FL 32425** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 9 | **Nonpriority creditor's name and mailing address** **Jay Barras** **101 Poplar Circle** **summerville, SC 29483** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 0 | **Nonpriority creditor's name and mailing address** **Jay Colson** **642 Taylor st** **Moberly, MO 65270** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 1 | **Nonpriority creditor's name and mailing address** **Jay Gardner** **4414 Dunmore Road** **Marietta, GA 30068** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 2 | **Nonpriority creditor's name and mailing address** **Jay Mack** **160 Salvo St** **Varnville, SC 29944** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                                Case number (if known) _____
    Name

---

3.382
3

**Nonpriority creditor's name and mailing address**

**Jayce Johnson**
**1093 Culberth Rd**
**Graceville, FL 32440**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.382
4

**Nonpriority creditor's name and mailing address**

**Jayce Morgan**
**5163 peanut road**
**Graceville, FL 32440**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.382
5

**Nonpriority creditor's name and mailing address**

**Jayda McCall**
**1178 Ten Mile Rd**
**Bonifay, FL 32425**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.382
6

**Nonpriority creditor's name and mailing address**

**Jayda Wesley**
**2742 Cecil road**
**Campbellton, FL 32426**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.382
7

**Nonpriority creditor's name and mailing address**

**Jaydah Murphy**
**304 sw orchard street**
**Topeka, KS 66606**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.382
8

**Nonpriority creditor's name and mailing address**

**Jayden Alexander**
**4145 sedgwyck lane**
**Valdosta, GA 31605**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.382
9

**Nonpriority creditor's name and mailing address**

**Jayden Cornwell**
**215 glen street**
**Walterboro, SC 29488**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor      **ARC Burger, LLC**                                                    Case number (if known) _____
            Name

| 3.3830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**jayden dukes**
**po box 544**
**RED OAK, GA 30272**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3831 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jayden Hill**
**109westbrookrd**
**Bremen, GA 30110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jayden Lee**
**1381 sw heartwood dr**
**Lees summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3833 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jayden Mullinax**
**5228 rain tree trail**
**oakwood, GA 30566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3834 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jayden Offill**
**14108 German rd**
**Bucyrus, MO 65444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3835 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jayden Powell-Strever**
**709 N 23rd**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3836 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jayden Walker**
**30 pebble Brooke court**
**7723234573**
**Covington, GA 30016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page  569 of 1218

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.383 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jayden Williams**
**4831 fenbrook drive**
**Redan, GA 30088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383 8**

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Jaydin Edmondson**
**926 A old mill pt drive**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383 9**

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Jaydin Lundblade**
**89 state rd K Long lane mo**
**Long lane, MO 65590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384 0**

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Jayla Bosworth**
**23260 Audrain Rd, #834**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384 1**

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Jayla Burt**
**48 peaceful valley dr**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384 2**

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Jayla Collier**
**226 Roberts St**
**Grifin, GA 30224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384 3**

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Jaylan Rodriguez**
**422 Pine Valley Dr**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  570 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.384 4**

**Nonpriority creditor's name and mailing address**

**jaylan snipes**
**812 Mathis mill dr**
**Bonaire, GA 31005**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.384 5**

**Nonpriority creditor's name and mailing address**

**Jayleen Chambliss**
**134 Willis circle**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.384 6**

**Nonpriority creditor's name and mailing address**

**Jaylen Fambro**
**109 1/2 Jackson Street**
**Barnesville, GA 30204**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.384 7**

**Nonpriority creditor's name and mailing address**

**Jaylen Monroe**
**742 Cartwright Dr.**
**Charleston, SC 29414**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.384 8**

**Nonpriority creditor's name and mailing address**

**jaylen rouse**
**202 pickens st**
**summerville, SC 29485**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.384 9**

**Nonpriority creditor's name and mailing address**

**Jaylen Singleton**
**206 crooked creek road**
**Hampton, SC 29924**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.385 0**

**Nonpriority creditor's name and mailing address**

**Jaylen West**
**18 Fale street**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.385 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jaylien Hunt** | ☐ Contingent | |
| **1425 E Park Ave, Apt 8** | ☐ Unliquidated | |
| **Valdosta, GA 31601** | ☐ Disputed | |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jaylin Crimley** | ☐ Contingent | |
| **1046 Maria Drive** | ☐ Unliquidated | |
| **McDonough, GA 30253** | ☐ Disputed | |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jaylin Little** | ☐ Contingent | |
| **5624 rialto circle** | ☐ Unliquidated | |
| **Valdosta, GA 31601** | ☐ Disputed | |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jaylin Marks** | ☐ Contingent | |
| **9319 bales ave** | ☐ Unliquidated | |
| **Apartment 204** | ☐ Disputed | |
| **Kansas City, MO 64132** | | |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jaymez Sims** | ☐ Contingent | |
| **3768 Tanners mill rd** | ☐ Unliquidated | |
| **Gainesville, GA 30542** | ☐ Disputed | |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jaymira yarbough** | ☐ Contingent | |
| **5 brannan street** | ☐ Unliquidated | |
| **5** | ☐ Disputed | |
| **mcdonough, GA 30253** | | |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Jaymonte Teague** | ☐ Contingent | |
| **9351 bales ave** | ☐ Unliquidated | |
| **1312** | ☐ Disputed | |
| **Kansas City, MO 64132** | | |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page **572** of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3858**

**Nonpriority creditor's name and mailing address**
**Jayshaun Fuentes**
**165 valley hill road**
**Griffin, GA 30223**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3859**

**Nonpriority creditor's name and mailing address**
**Jayson Angel**
**1108 Horn Street**
**Billings, MT 59101**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3860**

**Nonpriority creditor's name and mailing address**
**Jayson McBroom-Edwards**
**1629 SW Western Ave**
**2**
**Topeka, KS 66608**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3861**

**Nonpriority creditor's name and mailing address**
**Jayvion Ott**
**1026 Wheel House Ln**
**A**
**Monroe, GA 30656**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3862**

**Nonpriority creditor's name and mailing address**
**Jazaire Burgess**
**725 W Creek Cir**
**Monroe, GA 30655**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3863**

**Nonpriority creditor's name and mailing address**
**Jaziah Dunston**
**150 Brittondale rd**
**Summerville, SC 29485**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3864**

**Nonpriority creditor's name and mailing address**
**jazlyn burstein**
**2014 trees of avalon pkwy**
**2014**
**mcdonough, GA 30253**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

3.386 5

**Nonpriority creditor's name and mailing address**
**Jazlyn Williams**
**4426 ga hwy 111 S**
**Cairo, GA 39828**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.386 6

**Nonpriority creditor's name and mailing address**
**Jazmin Gonzalez**
**602 E 10th**
**Emporia, KS 66801**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.386 7

**Nonpriority creditor's name and mailing address**
**Jazmin Turner**
**325 state road F**
**Elkland, MO 65644**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.386 8

**Nonpriority creditor's name and mailing address**
**jazmine Brock**
**2570 athens hwy lot 12**
**jefferson, GA 30549**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.386 9

**Nonpriority creditor's name and mailing address**
**Jazmine Conway**
**1406 Spring Creek St**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.387 0

**Nonpriority creditor's name and mailing address**
**Jazmine Windley**
**1913 Robertson blvd**
**North Charleston, SC 29406**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.387 1

**Nonpriority creditor's name and mailing address**
**Jazmyn Simon**
**3427 Lexington ave**
**Kansas, MO 64120**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.387 2**

**Nonpriority creditor's name and mailing address**

**Jazmyne Hill**
**5844 park ave**
**Kansas city, MO 64130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.387 3**

**Nonpriority creditor's name and mailing address**

**Jazzell Najera**
**218 lovebridge dr se**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.387 4**

**Nonpriority creditor's name and mailing address**

**Jazzelle Mitchell**
**5271 W Fayetteville Rd**
**G6**
**Atlanta, GA 30349**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.387 5**

**Nonpriority creditor's name and mailing address**

**Jazzi Robinson**
**702 west Crawford st**
**Quitman, GA 31643**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.387 6**

**Nonpriority creditor's name and mailing address**

**Jazzmine Hunt**
**10 ridge row**
**Apt 6**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.387 7**

**Nonpriority creditor's name and mailing address**

**JBR Group LLC**
**1335 Lynah Ave Suite 113**
**Garden City, GA 31408**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.387 8**

**Nonpriority creditor's name and mailing address**

**JBS Plumbing**
**PO Box 366**
**East Helena, MT 59635**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
_____    Case number (if known) _____
          Name

---

3.387 9

**Nonpriority creditor's name and mailing address**
**JD Summers Plumbing LLC**
**345 Bluejay Rd**
**Seymour, MO 65746**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.388 0

**Nonpriority creditor's name and mailing address**
**Jd Thurston**
**7014 e hwy 24**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.388 1

**Nonpriority creditor's name and mailing address**
**Jean Helmick**
**1997 n hwy 191**
**Westville, FL 32464**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.388 2

**Nonpriority creditor's name and mailing address**
**Jean Lozard**
**1407 25th Ave S.**
**Great Falls, MT 59405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.388 3

**Nonpriority creditor's name and mailing address**
**Jean Penfield**
**64 e Davis ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.388 4

**Nonpriority creditor's name and mailing address**
**Jeanaysia King**
**186 Vaughn rd**
**griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.388 5

**Nonpriority creditor's name and mailing address**
**Jeaneth Estrada**
**1300 Cunningham ave**
**Independence, MO 64050**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **ARC Burger, LLC**                                    Case number (if known) _____
        Name

---

**3.3886**

**Nonpriority creditor's name and mailing address**

**Jeanette Williford**
**522 27th SE Apt 2**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3887**

**Nonpriority creditor's name and mailing address**

**Jeannette DeFoor**
**201 Casey Street**
**A**
**Adairsville   30103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3888**

**Nonpriority creditor's name and mailing address**

**Jeff Cockriel Sr**
**2718 locust**
**St Joseph, MO 64507**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3889**

**Nonpriority creditor's name and mailing address**

**Jefferson City**
**320 E McCarty St.**
**Jefferson City, MO 65101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3890**

**Nonpriority creditor's name and mailing address**

**Jefferson City Utilities**
**P.O. BOX 1278**
**Jefferson City, MO 65102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$520.18**

---

**3.3891**

**Nonpriority creditor's name and mailing address**

**Jeffery Davis**
**308 Mimosa Avenue**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3892**

**Nonpriority creditor's name and mailing address**

**Jeffery Essett**
**669 main st sw**
**Gainesville, GA 30501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|--------|---------------------|---|------------------------|---|
| | Name | | | |

---

**3.389 3**

**Nonpriority creditor's name and mailing address**

**Jeffery Ragland**
**102 Sutton drive**
**Newnan, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.389 4**

**Nonpriority creditor's name and mailing address**

**Jeffery Zahn**
**218n 23rd Street**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.389 5**

**Nonpriority creditor's name and mailing address**

**Jeffrey Brown**
**1127 queens place**
**Kansas City, MO 64131**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.389 6**

**Nonpriority creditor's name and mailing address**

**Jeffrey Dzurick**
**515 Olive Street**
**Moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.389 7**

**Nonpriority creditor's name and mailing address**

**Jeffrey Heinaman**
**211 west simon blvd**
**apt 124**
**HOLTS SUMMIT, MO 65043**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.389 8**

**Nonpriority creditor's name and mailing address**

**jeffrey jordan**
**402 west maple ave**
**geneva, AL 36340**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.389 9**

**Nonpriority creditor's name and mailing address**

**Jeffrey Mosley**
**411 Briarwood Drive**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

**3.3900**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Jeffrey Starnes**
**3184 Rockmart Rd SE**
**Lot 25**
**Silver Creek, GA 30173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __        Is the claim subject to offset? ■ No ☐ Yes

---

**3.3901**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Jehovah Murray**
**4800 Courtyard Square**
**C**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __        Is the claim subject to offset? ■ No ☐ Yes

---

**3.3902**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Jenea Beckford**
**440 Buffington Dr**
**Union City, GA 30291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __        Is the claim subject to offset? ■ No ☐ Yes

---

**3.3903**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Jeneisi Cid**
**2044 SE 12th St**
**2044**
**Topeka, KS 66607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __        Is the claim subject to offset? ■ No ☐ Yes

---

**3.3904**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Jenifer Clark**
**2650 Owens community rd**
**Vernon, FL 32462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __        Is the claim subject to offset? ■ No ☐ Yes

---

**3.3905**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**jenira gadsden**
**995 margaret dr**
**ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __        Is the claim subject to offset? ■ No ☐ Yes

---

**3.3906**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Jenna Cloute**
**20 wilson lane**
**Ray city, GA 31645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __        Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ARC Burger, LLC**
_____
Name

Case number (if known) _____

---

**3.390**
**7**

**Nonpriority creditor's name and mailing address**

**Jenna Iliff**
**213 reed way**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.390**
**8**

**Nonpriority creditor's name and mailing address**

**Jenna Todd**
**1450 Red Alder loop**
**1450**
**Helena, MT 59601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.390**
**9**

**Nonpriority creditor's name and mailing address**

**Jenna Viehmeyer**
**616 E 2nd Ave**
**Tennille, GA 31089**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.391**
**0**

**Nonpriority creditor's name and mailing address**

**Jennifer Barrett**
**167 cottonfield rd**
**Unadilla, GA 31091**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.391**
**1**

**Nonpriority creditor's name and mailing address**

**jennifer beltran**
**3508 suggs rd**
**gainesville, GA 30507**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.391**
**2**

**Nonpriority creditor's name and mailing address**

**Jennifer Cerro**
**3445 canon creek dr**
**Cumming, GA 30041**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.391**
**3**

**Nonpriority creditor's name and mailing address**

**Jennifer Chandler**
**490 Pine Brook Dr.**
**Bremen, GA 30110**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3914**

**Nonpriority creditor's name and mailing address**

**Jennifer Chiguasuque**
**13609 Cypress St**
**Grandviuw, KS 64030**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3915**

**Nonpriority creditor's name and mailing address**

**Jennifer Crain**
**1100 main St**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3916**

**Nonpriority creditor's name and mailing address**

**Jennifer Dressler**
**2745 Campus pointe circle**
**Apt # 3231**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3917**

**Nonpriority creditor's name and mailing address**

**JENNIFER FOWLER**
**307 w water ave**
**Geneva, AL 36340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3918**

**Nonpriority creditor's name and mailing address**

**Jennifer Garland**
**138 Jean Wells Dr**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3919**

**Nonpriority creditor's name and mailing address**

**Jennifer Ginn Youmans**
**Hampton County Treasurer**
**P.O. Box 87**
**Hampton, SC 29924-0087**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3920**

**Nonpriority creditor's name and mailing address**

**Jennifer Ginnings**
**10109 e 20th street s**
**Independence, MO 64052**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.392 1**

**Nonpriority creditor's name and mailing address**

**Jennifer Griggs**
**1225 Godfrey st**
**N/a**
**Oxford, GA 30054**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.392 2**

**Nonpriority creditor's name and mailing address**

**Jennifer Hawkins**
**7940 Ansbury Parkway**
**Douglasville, GA 30135**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.392 3**

**Nonpriority creditor's name and mailing address**

**Jennifer Hess**
**511 Thompson Street**
**Apt 2**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.392 4**

**Nonpriority creditor's name and mailing address**

**Jennifer Hill**
**5600 dorchester rd**
**305**
**North charleston, SC 29418**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.392 5**

**Nonpriority creditor's name and mailing address**

**Jennifer Hill**
**102 4th Avenue**
**Thomasville ,Ga. 31792, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.392 6**

**Nonpriority creditor's name and mailing address**

**Jennifer Howerton**
**1168 Shedd Rd**
**Lot 15**
**Bremen, GA 30110**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.392 7**

**Nonpriority creditor's name and mailing address**

**Jennifer Johnson**
**27 South Sylvan St**
**Emporia, KS 66801**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  582 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.3928**

**Nonpriority creditor's name and mailing address**

**Jennifer Kelley**
**2950 Miller Bottom Rd**
**Conyers, GA 30012**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3929**

**Nonpriority creditor's name and mailing address**

**Jennifer Kleinsasser**
**802 N oregon street**
**2**
**Helena, MT 59601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3930**

**Nonpriority creditor's name and mailing address**

**Jennifer Knight**
**708 North Johnsotn Street**
**Fitzgerald, GA 31750**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3931**

**Nonpriority creditor's name and mailing address**

**Jennifer Langford**
**1656 Brickyard Rd**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3932**

**Nonpriority creditor's name and mailing address**

**Jennifer Long**
**1071 white Ave Apt 10**
**10**
**Gracreville, FL 32440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3933**

**Nonpriority creditor's name and mailing address**

**Jennifer McDaniel**
**615 Woodale st**
**Hull, GA 30646**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3934**

**Nonpriority creditor's name and mailing address**

**Jennifer Mendez**
**10 cherry st sw**
**Rome, GA 30165**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
Name

Case number (if known) _____

---

3.393 5

**Nonpriority creditor's name and mailing address**

**Jennifer Nunez**
**1530 c s powell rd**
**Omega, GA 31775**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.393 6

**Nonpriority creditor's name and mailing address**

**Jennifer Otto**
**236 Capees**
**Varnville, SC 29944**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.393 7

**Nonpriority creditor's name and mailing address**

**Jennifer Padgett**
**3613  E Hillview Cir.**
**Saint Joseph, MO 64506**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.393 8

**Nonpriority creditor's name and mailing address**

**Jennifer Patton**
**527 Dovetown Rd**
**Apt 7**
**Royston, GA 30662**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.393 9

**Nonpriority creditor's name and mailing address**

**Jennifer Powell**
**3011 Salem Church Rd**
**SNEADS, FL 32460**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.394 0

**Nonpriority creditor's name and mailing address**

**Jennifer Rutenber**
**13130 Jones Street**
**#C**
**Lavonia, GA 30553**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.394 1

**Nonpriority creditor's name and mailing address**

**Jennifer Sager**
**901 Apple Dr**
**Apt A14**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.394
2**

**Nonpriority creditor's name and mailing address**

**Jennifer Vogel**
**21305 4th Street South**
**Independence, MO 64056**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.394
3**

**Nonpriority creditor's name and mailing address**

**Jennifer Watts**
**1637 Holman Autry**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.394
4**

**Nonpriority creditor's name and mailing address**

**Jennifer Wersching**
**215 SW Pinnell Dr**
**LEES SUMMIT, MO 64081**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.394
5**

**Nonpriority creditor's name and mailing address**

**Jennifer WerthmanRodriguez**
**90 son in law rd**
**52**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.394
6**

**Nonpriority creditor's name and mailing address**

**Jennifer Whisman**
**209 W hart Ave.**
**Geneva, AL 36340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.394
7**

**Nonpriority creditor's name and mailing address**

**Jenny Gomez**
**5215 E 41st Terrace**
**Kansas City, MO 64130**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.394
8**

**Nonpriority creditor's name and mailing address**

**Jeny Gomez**
**5215 E 41st Terrace**
**Kansas**
**Kansas City, MO 64130**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**
_____
Name

Case number (if known) _____

---

3.394 9

**Nonpriority creditor's name and mailing address**

**Jeramy Schaible**
**401 Stacy Court**
**Lot2**
**Joliet, MT 59041**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.395 0

**Nonpriority creditor's name and mailing address**

**Jerel Ward**
**P.O. Box 433**
**Chipley, FL 32428**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.395 1

**Nonpriority creditor's name and mailing address**

**Jerell Clark**
**8050 Taylor Rd**
**Apt 1906**
**RIVERDALE, GA 30274**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.395 2

**Nonpriority creditor's name and mailing address**

**Jeremey King**
**115 n king street**
**Licking, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.395 3

**Nonpriority creditor's name and mailing address**

**Jeremiah Clary**
**109 pelican st**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.395 4

**Nonpriority creditor's name and mailing address**

**Jeremiah Conkey**
**10101 Venable Drive**
**Lot 22**
**Bucyrus, MO 65444**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.395 5

**Nonpriority creditor's name and mailing address**

**Jeremiah Cunningham**
**814 Apache Dr**
**Independence, MO 64056**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **ARC Burger, LLC**                                             Case number (if known)  _____
          Name

---

| 3.395 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jeremiah Holt** | ☐ Contingent | |
| **General Delivery** | ☐ Unliquidated | |
| **Billings, MT 59101** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.395 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jeremiah Nelson** | ☐ Contingent | |
| **4078 cedars parkway** | ☐ Unliquidated | |
| **A** | ☐ Disputed | |
| **North Charleston, SC 29420** | | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.395 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jeremiah Satterwhite** | ☐ Contingent | |
| **26 boldercrest Lane** | ☐ Unliquidated | |
| **11c** | ☐ Disputed | |
| **Atlanta, GA 30316** | | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.395 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jeremiah Scott** | ☐ Contingent | |
| **417 Coffey st** | ☐ Unliquidated | |
| **Chattahoochee, FL 32324** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.396 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jeremiah Seidlitz** | ☐ Contingent | |
| **1509 6th ave N** | ☐ Unliquidated | |
| **Great  Falls, MT 59401** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.396 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jeremiah Sorrells** | ☐ Contingent | |
| **100 Dan Cheri Dr** | ☐ Unliquidated | |
| **84** | ☐ Disputed | |
| **CALHOUN, GA 30701** | | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.396 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Jeremy Cutts** | ☐ Contingent | |
| **2092 river rd** | ☐ Unliquidated | |
| **Ellenwood, GA 30294** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page  587 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.396 3**

**Nonpriority creditor's name and mailing address**

**Jeremy Johnson**
**8103 Eugenia Street**
**Sneads, FL 32460**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.396 4**

**Nonpriority creditor's name and mailing address**

**Jeremy Johnston**
**208 Wilson Street**
**Barnesville, GA 30204**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.396 5**

**Nonpriority creditor's name and mailing address**

**Jeremy Langley**
**30 kehoe st**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.396 6**

**Nonpriority creditor's name and mailing address**

**Jeremy Motley**
**1521 N Hocker Ave**
**Independence, MO 64050**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.396 7**

**Nonpriority creditor's name and mailing address**

**Jeremy Nieto**
**3424 Central Ave**
**Great Falls, MT 59401**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.396 8**

**Nonpriority creditor's name and mailing address**

**Jeremy Peeler**
**197 brown circle**
**Resaca, GA 30735**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.396 9**

**Nonpriority creditor's name and mailing address**

**Jeriame Atty**
**1112 Arrowhead ridge**
**Independence, MO 64056**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.3970**

**Nonpriority creditor's name and mailing address**

**Jermaine Crawford**
**2265 US-41**
**221**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3971**

**Nonpriority creditor's name and mailing address**

**Jermicha Brown**
**401 griffin ave b4**
**Valdosta, GA 31601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3972**

**Nonpriority creditor's name and mailing address**

**JEROME BURNISH**
**1079 Friar Tuck Trail**
**Ladson, SC 29456**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3973**

**Nonpriority creditor's name and mailing address**

**Jerome McClain**
**215 SW Lily**
**Blue Springs, MO 64014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3974**

**Nonpriority creditor's name and mailing address**

**Jerome Williams**
**35 Lewis St**
**35**
**McDonough, GA 30258**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3975**

**Nonpriority creditor's name and mailing address**

**Jeromy Chason**
**400 MLK Ave**
**400**
**Bonifay, FL 32425**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3976**

**Nonpriority creditor's name and mailing address**

**Jerriah Cuyler**
**103 N. Washington trl**
**103**
**Tennille, GA 31089**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 589 of 1218 |
|---|---|---|

Debtor **ARC Burger, LLC**             Case number (if known) _____
Name

---

| 3.397 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerrica Lacole Henry**
**68 West Patten Ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.397 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry A. Bouchillon and**
**Kathryn Bouchillon**
**8424 Fairway Dr.**
**Covington, GA 30014**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$17,850.00**

---

| 3.397 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Conyers**
**3540 glory rd**
**Quincy, FL 32352**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.398 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Gaines**
**605cherokeeave**
**Sparks, GA 31647**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.398 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Rawls**
**3116 Tyndal dr**
**Valdosta, GA 31602**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.398 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Seabolt**
**525 J S Williamson Court**
**Nicholson, GA 30565**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.398 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Wayne Hurst Jr**
**JW Hurst and Sons Roofing Construction**
**203 Forest Manor Rd**
**Thomasville, GA 31792**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

| 3.398 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jerson Fitial**
**1801 N 36th St Apt 7**
**Saint Joseph, MO 64506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jerwan Jenkins**
**127a cedargrove dr**
**127 A**
**Northcharleston, SC 29420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesika Roberts**
**6414 sw 23rd street**
**Topeka, KS 66614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesse Bonner**
**811 Sommerfield Drive**
**Houston, MO 65483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesse Clark**
**1415 West 28th Terr South**
**Independence, MO 64052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesse Fox**
**6735 n holmes st pl**
**Gladstone, MO 64055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesse Franklin**
**122 Ozark Terrace**
**122**
**Houston, MO 65483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**
_____
          Name

Case number (if known) _____

---

**3.399
1**

**Nonpriority creditor's name and mailing address**

**Jesse Henderson**
**640 Honor Ln**
**Ridgeville, SC 29472**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.399
2**

**Nonpriority creditor's name and mailing address**

**Jesse Teah**
**1817 Sw 6th Street**
**Blue springe, MO 64014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.399
3**

**Nonpriority creditor's name and mailing address**

**Jesse Trehus**
**1584 Burlington rd**
**Walturburo, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.399
4**

**Nonpriority creditor's name and mailing address**

**Jesse Watts**
**2235 Bemiss Rd**
**P60**
**VALDOSTA, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.399
5**

**Nonpriority creditor's name and mailing address**

**Jesse White**
**207 Washington St**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.399
6**

**Nonpriority creditor's name and mailing address**

**Jesse Zahn**
**3318 2nd ave s**
**Apt 1**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.399
7**

**Nonpriority creditor's name and mailing address**

**Jessi Holycross**
**536 Hansford Dr**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.3998**

**Nonpriority creditor's name and mailing address**

**Jessica Alston**
**4295 Royal Harbor Rd**
**Hollywood, SC 29449**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3999**

**Nonpriority creditor's name and mailing address**

**Jessica Anderson**
**130 Saw Palm Drive**
**Ladson, SC 29456**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4000**

**Nonpriority creditor's name and mailing address**

**Jessica Blackburn**
**10221 hwy 64**
**Lot 74**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4001**

**Nonpriority creditor's name and mailing address**

**JESSICA BOYDBEY**
**7243 OLIVE ST**
**Kansas City, MO 64132**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4002**

**Nonpriority creditor's name and mailing address**

**Jessica Campbell**
**914 east 6th**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4003**

**Nonpriority creditor's name and mailing address**

**Jessica Cofield**
**3899 Star Point Rd.**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4004**

**Nonpriority creditor's name and mailing address**

**Jessica Coleman**
**2197 straylott road**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC** _____ Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.400 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jessica Cusick**
**409 Four Mile Rd**
**Long Lane, MO 65590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jessica Davidson**
**759 Wrights Creek Road**
**Caryville, FL 32427**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jessica Deluca**
**4352 sycamore rd**
**Quincy, FL 32351**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jessica Drain**
**701 Live Oak Street**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jessica Emily**
**513 MacArthur Street**
**Washington, MO 63090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jessica Enriquez**
**136 Spring Meadows Dr**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jessica Fennell**
**80 Greenview Dr**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.401**
**2**

**Nonpriority creditor's name and mailing address**

**Jessica Gaines**
**4281 Jamal Lane**
**Caryville, FL 32427**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**3**

**Nonpriority creditor's name and mailing address**

**Jessica Garcia**
**522 27 TH St SE Apt 6**
**Apt 6**
**MOULTRIE, GA 31788**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**4**

**Nonpriority creditor's name and mailing address**

**Jessica Garrett**
**209 cottonwood lane**
**Moncks corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**5**

**Nonpriority creditor's name and mailing address**

**Jessica Green**
**2290 Sand Pond RD**
**Westville, FL 32464**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**6**

**Nonpriority creditor's name and mailing address**

**Jessica Hardin**
**609 W 3rd Street**
**Washington, MO 63090**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**7**

**Nonpriority creditor's name and mailing address**

**Jessica Hargrow**
**457 Jeffery way**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**8**

**Nonpriority creditor's name and mailing address**

**jessica Jackson**
**420 maple way**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.4019**

**Nonpriority creditor's name and mailing address**
**Jessica Kilpatrick**
**302 North Johnson street**
**Geneva, AL 36340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4020**

**Nonpriority creditor's name and mailing address**
**Jessica King**
**797 Dove Tree Lane**
**Social Circle, GA 30025**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4021**

**Nonpriority creditor's name and mailing address**
**jessica lumpkin**
**2265 hwy 41 n**
**calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4022**

**Nonpriority creditor's name and mailing address**
**Jessica Mack**
**8718 chestnut circle**
**Apt 4**
**Kansas City, MO 64131**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4023**

**Nonpriority creditor's name and mailing address**
**Jessica McDowell**
**1528 LAWN AVE**
**KANSAS CITY, MO 64127**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4024**

**Nonpriority creditor's name and mailing address**
**Jessica McGuire**
**118 Thornton Drive**
**Bonaire, GA 31005**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4025**

**Nonpriority creditor's name and mailing address**
**Jessica Montenegro**
**14585 E 12th Ave**
**Unidad C**
**Aurora, CO 80011**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **ARC Burger, LLC**                              Case number (if known) _____
              Name

| | | |
|---|---|---|
| 3.402 6 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jessica Payne**
**1539 Blacks Bluff Rd Sw**
**Rome, GA 30161**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.402 7 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jessica Pearson**
**603 east Pennsylvania ave**
**Bonifay, FL 32425**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.402 8 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**jessica pruitt**
**122 Hamilton Cir Sylvester ga**
**Sylvester, GA 31791**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.402 9 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jessica Pruitt**
**49 McClure cir**
**Buchanan, GA 30113**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.403 0 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jessica Reed**
**1819 s Hedges**
**Independence, MO 64052**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.403 1 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jessica Richard**
**802 south noland rd.**
**1a**
**Independence, MO 64050**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.403 2 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jessica Robinson**
**111 Highland Park Dr.**
**Athens, GA 30605**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.403 3**

**Nonpriority creditor's name and mailing address**
**Jessica Roundtree**
**807 South Fry Street**
**apt 303**
**Valdosta, GA 31601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.403 4**

**Nonpriority creditor's name and mailing address**
**Jessica Sanders**
**1360 Otila Drive**
**4A3**
**Gainesville, GA 30504**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.403 5**

**Nonpriority creditor's name and mailing address**
**Jessica Scott**
**807 South Fry Street**
**66**
**Valdosta, GA 31601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.403 6**

**Nonpriority creditor's name and mailing address**
**Jessica Selby**
**736 East 12th Avenue**
**306**
**Emporia, KS 66801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.403 7**

**Nonpriority creditor's name and mailing address**
**Jessica Shackelford**
**381 sherwood circle**
**GA**
**Danielsville, GA 30633**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.403 8**

**Nonpriority creditor's name and mailing address**
**Jessica Shelton**
**2523 8th Ave N**
**Billings, MT 59101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.403 9**

**Nonpriority creditor's name and mailing address**
**Jessica Smith**
**47 north street**
**Hawkinsville, GA 31036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**
          Name

Case number (if known) _____

---

| 3.4040 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Jessica Smith**
**P.o Box 14**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4041 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Jessica Story**
**15713 Hwy 100**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4042 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Jessica Thompson**
**1310 N. Redwood Drive**
**Independence, MO 64056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4043 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Jessica Torres-Negron**
**23387 SellenSchutter rd**
**Marthasville, MO 63357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4044 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Jessie Bragg**
**105 cross street**
**Lot 2**
**Bremen, GA 30110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4045 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Jessie Morris**
**8935 US Highway 16 W Apt 82**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4046 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Jessy Swain**
**713 south 6th st**
**moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

3.404 7

**Nonpriority creditor's name and mailing address**

**Jesus Corona**
**560 walters st**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.404 8

**Nonpriority creditor's name and mailing address**

**Jesus Lehtinen**
**505 E. 3rd. St.**
**Gillette, WY 82718**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.404 9

**Nonpriority creditor's name and mailing address**

**Jesus Lopez**
**945 Wyoming Ave**
**102**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.405 0

**Nonpriority creditor's name and mailing address**

**Jesus Riveros**
**6350 Carriage Ct**
**Cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.405 1

**Nonpriority creditor's name and mailing address**

**Jevonte White**
**211 cone lane**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.405 2

**Nonpriority creditor's name and mailing address**

**Jewell Corbitt**
**378 Spikes Road**
**Pearson, GA 31642**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.405 3

**Nonpriority creditor's name and mailing address**

**Jeyleng Jarquin**
**Parlor dr 206**
**Apt 206B**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **ARC Burger, LLC**     Case number (if known) _____
_____
Name

---

**3.405 4**

**Nonpriority creditor's name and mailing address**

**Jezebel Vicente**
**24 e peeler**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.405 5**

**Nonpriority creditor's name and mailing address**

**Jf Maxwell Heating & Air LLC**
**1105 Talking Rock Road**
**Jasper, CA 30143**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$5,583.00**

---

**3.405 6**

**Nonpriority creditor's name and mailing address**

**jhavia johnson**
**109 williams terr**
**warner robin, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.405 7**

**Nonpriority creditor's name and mailing address**

**Jhayla Crosby**
**340 Holiday Dr**
**316**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.405 8**

**Nonpriority creditor's name and mailing address**

**Jhela Gilmore**
**141 St Charles Way**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.405 9**

**Nonpriority creditor's name and mailing address**

**Jheleen Duran**
**1211 sw 5th st**
**1**
**Topeka, KS 66606**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.406 0**

**Nonpriority creditor's name and mailing address**

**Jhenae Ricketts**
**60 Lance's Ln**
**Covington, GA 30016**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.406
1**

**Nonpriority creditor's name and mailing address**

**Jhonatan Valle**
**137 lawn ave**
**Kansas city, MO 64123**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.406
2**

**Nonpriority creditor's name and mailing address**

**Jhontae Cole**
**1376 clay ave**
**Cairo, GA 39828**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.406
3**

**Nonpriority creditor's name and mailing address**

**Jihaad Spruill**
**119 butterfly lane Moncks Corner**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.406
4**

**Nonpriority creditor's name and mailing address**

**Jillian summerville**
**51 windy lake road**
**Bremen, GA 30110**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.406
5**

**Nonpriority creditor's name and mailing address**

**jilmika Hampton**
**387 salter lane**
**sandersviile, GA 31082**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.406
6**

**Nonpriority creditor's name and mailing address**

**Jim Novy**
**533 N Last Chance Gulch**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.406
7**

**Nonpriority creditor's name and mailing address**

**Jim's Lock & Safe Service Inc**
**2005 N 77th St**
**Kansas, KS 66109-2324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
          Name

---

**3.4068**

**Nonpriority creditor's name and mailing address**

**Jimena Diaz-Lopez**
**1310 Sw , 14th Ter**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4069**

**Nonpriority creditor's name and mailing address**

**Jimmy Bray**
**125 Gentle Doe Dr**
**Fayetteville, GA 30214**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4070**

**Nonpriority creditor's name and mailing address**

**jimmy brown**
**521 e 3rd st**
**washington, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4071**

**Nonpriority creditor's name and mailing address**

**Jimmy Byron**
**211 avonshire drive**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4072**

**Nonpriority creditor's name and mailing address**

**Jimmy Edwards, jr**
**114 Dew Ave**
**Lot 1**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4073**

**Nonpriority creditor's name and mailing address**

**Jimmy june Campos**
**2126 sportsman rd**
**Trenton, MO 64683**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4074**

**Nonpriority creditor's name and mailing address**

**Jimmy Mosquera**
**1503 E Park Ave**
**Apt S2**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.407 5**

**Nonpriority creditor's name and mailing address**

**Jimmy Orange Jr**
**2028 Hiwassee Dr**
**Hiwassee Dr**
**Bonaire, GA 31005**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407 6**

**Nonpriority creditor's name and mailing address**

**Jimmy Sandifer**
**285 Emily Forest Way**
**Pendergrass, GA 30567**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407 7**

**Nonpriority creditor's name and mailing address**

**Jimmy Stevens**
**2822 Minnesota Ave**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407 8**

**Nonpriority creditor's name and mailing address**

**Jimmy Valencia**
**600 E Oliver st**
**Sedalia, MO 65018**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407 9**

**Nonpriority creditor's name and mailing address**

**Jiovanni Rodriguez**
**1210 W Virginia In**
**8**
**Olathe, KS 66061**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 0**

**Nonpriority creditor's name and mailing address**

**JKisiana Monk**
**201 redwood run**
**bonaire, GA 31005**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 1**

**Nonpriority creditor's name and mailing address**

**Jmarrcus Sullivan,jr**
**216 Couper St**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.408 2**

**Nonpriority creditor's name and mailing address**

**JMia Smith**
**115 smith place**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 3**

**Nonpriority creditor's name and mailing address**

**JMJ Plumbing**
**Arvanites Resolution Services LLC**
**212 Northridge Dr**
**Acworth, GA 30101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$7,375.41**

---

**3.408 4**

**Nonpriority creditor's name and mailing address**

**JMya Mann**
**600 Holiday Circle**
**Apt 604**
**City, GA 31029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 5**

**Nonpriority creditor's name and mailing address**

**Jnorris Gainer**
**5347 Parkview rd**
**Graceville, FL 32440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 6**

**Nonpriority creditor's name and mailing address**

**Joan Spencer**
**445 Country Lane**
**Andrews, SC 29510**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 7**

**Nonpriority creditor's name and mailing address**

**Joana McHudson**
**1851 Paseo Blvd**
**211**
**Kansas City, MO 64108**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.408 8**

**Nonpriority creditor's name and mailing address**

**Joann Killiebrew**
**1115 south Noland**
**Independence, MO 64050**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims |

**Debtor**    **ARC Burger, LLC**                                    Case number (if known) _____
Name

| 3.408 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joanna Cummings**
**213 W Southside Blvd**
**Independence, MO 64055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joanna Diaz Lopez**
**2511 S Lowe Rd**
**Blue Springs, MO 64015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joanna Keyamo**
**3005 1st Avenue South**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joanna Smith**
**311 Johns Rd**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joceline Worrell**
**3185 Sugar Creek Rd**
**Blue Ridge, GA 30513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jocelyn Kirkland**
**490 old depot street**
**Estill, SC 29918**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jocelyn Komara**
**161 Fremont drive**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.4096**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Jocorrin Dumas**<br>**464 west Main Street**<br>**Forsyth, GA 31029** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**3.4097**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Jodie Gordon**<br>**3914 dewberry drive**<br>**A**<br>**Jefferson city, MO 65109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**3.4098**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Jodie Peevy**<br>**300 Brookside Dr**<br>**Mcdonough, GA 30253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**3.4099**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Jody Folsom**<br>**18100 Hwy B**<br>**Houston   65483** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**3.4100**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Jody Myers**<br>**155 hutcheson ferry rd**<br>**whitesburg, GA 30185** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**3.4101**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Joe Johnson**<br>**103 Central Ave**<br>**E5**<br>**Goose Creek, SC 29445** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**3.4102**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Joe McFerron Plumbing LLC**<br>**Joseph D McFerron**<br>**1632 Tanner Bridge Rd**<br>**Jefferson City, MO 65101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **ARC Burger, LLC**                                         Case number (if known) _____
         Name

| 3.410 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joe Mora**
**2113 Holly Park Dr**
**Cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,812.50** |
|---|---|---|---|

**Joe Singletary**
**4003 Old US HWY 41 N**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joel Murgas**
**Eastbrook cir Moberly**
**514 w logan st**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joely Johnson**
**1812 Princeton road**
**trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joen Wallace**
**2606 Phyllis Ln**
**7**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joey Edwards**
**281 White Pine Way**
**White pine way**
**Ellijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Johana Ramirez**
**3622 Se Seventh st**
**Topeka, KS 66607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4110**

**Nonpriority creditor's name and mailing address**

**John  Price**
**455 Harrison St**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4111**

**Nonpriority creditor's name and mailing address**

**John Allen Jr**
**8136 Seward**
**Kansas City, KS 66109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4112**

**Nonpriority creditor's name and mailing address**

**John Allmon**
**30albion dr**
**Rome ga, GA 30165**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4113**

**Nonpriority creditor's name and mailing address**

**john bailey**
**99 old highway 140**
**adairsville georgia, GA 30103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4114**

**Nonpriority creditor's name and mailing address**

**John Bergeron**
**120 Cedar Crest**
**Lebanon, MO 65536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4115**

**Nonpriority creditor's name and mailing address**

**john bryan**
**3 loggins st**
**gainesviile, GA 30501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4116**

**Nonpriority creditor's name and mailing address**

**John Castro**
**2125 N 43rd st**
**Kansas, KS 66104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                     Case number (if known) _____
         Name

---

**3.411 7**

**Nonpriority creditor's name and mailing address**

**John Colquitt**
**1578 Patterson Rd Lot 70**
**Griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411 8**

**Nonpriority creditor's name and mailing address**

**John Davis**
**5079 Windsor Forrest LN**
**College Park, GA 30337**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411 9**

**Nonpriority creditor's name and mailing address**

**John Do**
**3420 Campus Pointe Cir**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412 0**

**Nonpriority creditor's name and mailing address**

**John Hawkins**
**2434 bolman rd**
**Gainesville, GA 30507**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412 1**

**Nonpriority creditor's name and mailing address**

**John Hooson**
**202 Indian dr**
**Summerville, SC 29486**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412 2**

**Nonpriority creditor's name and mailing address**

**John Hyatt**
**171 Maple St**
**Apt A**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412 3**

**Nonpriority creditor's name and mailing address**

**John Jackson**
**642 mill stone bluff**
**B**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F       Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.412 4**

**Nonpriority creditor's name and mailing address**

**John Jones**
**614 pine Park street**
**Apt B**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412 5**

**Nonpriority creditor's name and mailing address**

**John Kimball**
**2513 8th Ave s**
**Great falls, MT 59405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412 6**

**Nonpriority creditor's name and mailing address**

**John Langdale**
**Jon Landale**
**116 S Pickett St**
**Ty Ty, GA 31795**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412 7**

**Nonpriority creditor's name and mailing address**

**John Lavender**
**1014  Harwood st**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412 8**

**Nonpriority creditor's name and mailing address**

**John Lunghofer**
**1145 highway 179**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412 9**

**Nonpriority creditor's name and mailing address**

**John Mays**
**4338 Friendship Drive**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.413 0**

**Nonpriority creditor's name and mailing address**

**John Pollock**
**200 Discovery Lake Drive**
**Fayetteville, GA 30215**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **ARC Burger, LLC**                                    Case number *(if known)* _____
          _____
          Name

---

**3.413
1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**John Pollock**
**200 Discovery Lake Drive**
**Fayetteville, GA 30215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.413
2**

**Nonpriority creditor's name and mailing address**

**John Rappa**
**2301 SE Indiana ave**
**Topeka, KS 66605**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.413
3**

**Nonpriority creditor's name and mailing address**

**John Rickerson**
**715 E Broadway**
**Sedalia, MO 65301**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.413
4**

**Nonpriority creditor's name and mailing address**

**John Roberts**
**434 Bellefontaine Ave**
**Kansas City, MO 64124**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.413
5**

**Nonpriority creditor's name and mailing address**

**John Soto**
**811 N. Moneygall ave**
**Kansas city, MO 64120**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.413
6**

**Nonpriority creditor's name and mailing address**

**John Teal**
**2881 Highway 19**
**OWENSVILLE, MO 65066**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.413
7**

**Nonpriority creditor's name and mailing address**

**John Thoene Jr**
**654 Pear Tree Circle**
**Columbia, MO 65203**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Debtor**  **ARC Burger, LLC**                                     Case number (if known) _____
            Name

---

**3.413 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**John Woods**
**9703 Highway 9**
**Gresham, SC 29546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.413 9**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**John's HVAC and Maintenance LLC**
**2206 Gleaton Trace Way NE**
**Conyers, GA 30013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414 0**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Johna Mosley**
**204 Stony Brook Cir**
**Jackson, GA 30233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414 1**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Johnathan Lewis**
**1508 PeachTree Lane**
**Pacific, MO 63069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414 2**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Johnathan Weeks**
**129 Bellwood Ave**
**Bonaire, GA 31005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414 3**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Johnathan Williams**
**604 S Weeks St**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.414 4**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Johnathon Bishop**
**107 South 29 Street**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.414 5**

**Nonpriority creditor's name and mailing address**

**Johnathon Buciuman**
**2268 2nd st w**
**2**
**Ballantine, MT 59102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.414 6**

**Nonpriority creditor's name and mailing address**

**Johnathon Gray**
**100 South Gillette Avenue**
**10**
**Gillette, WY 82716**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.414 7**

**Nonpriority creditor's name and mailing address**

**Johndarious Westmoreland**
**2007 N Mapleshade rd**
**Cuba, MN 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.414 8**

**Nonpriority creditor's name and mailing address**

**Johnnie Ford Hamm Iii**
**PO BOX 277**
**Bonaire, GA 31005**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,670.00**

---

**3.414 9**

**Nonpriority creditor's name and mailing address**

**Johnnita Wickerson**
**3675 Satellite Terr**
**deklb county, GA 30294**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.415 0**

**Nonpriority creditor's name and mailing address**

**Johnny Carson**
**1753 Wheat Grass Way**
**Grayson, GA 30017**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.415 1**

**Nonpriority creditor's name and mailing address**

**Johnny Davidson jr**
**607 E 4th st**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.415 2**

**Nonpriority creditor's name and mailing address**

**johnny Griffin**
**2115 Cayon Drive**
**Billings, MT 59102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.415 3**

**Nonpriority creditor's name and mailing address**

**Johnny Steel**
**1321 Eagles Nest Cir Apt.A**
**Gillette, WY 82716**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.415 4**

**Nonpriority creditor's name and mailing address**

**Johnny Whitehead Jr**
**198 crestwood terrace**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.415 5**

**Nonpriority creditor's name and mailing address**

**Johnny Wilson**
**137 Shady Ln**
**Kingstree, SC 29556**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.415 6**

**Nonpriority creditor's name and mailing address**

**Johnson County Fire Relief Fund**
**104 E. Hart St.**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.415 7**

**Nonpriority creditor's name and mailing address**

**Johnson County Kansas**
**Wastewater Department**
**11811 S. Sunset Dr., # 2500**
**Olathe, KS 66061**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$296.53**

---

**3.415 8**

**Nonpriority creditor's name and mailing address**

**Johnson County Treasurer**
**PO Box 2902**
**Shawnee Mission, KS 66201-1302**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.4159**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Johnson County Treasurer**
**111 S. Cherry Street**
**Suite 1500**
**Olathe, KS 66061**                          ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

Date(s) debt was incurred __                  **Basis for the claim:** __

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4160**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Johnson County Treasurer**
**76 N. Main Street**
**Buffalo, WY 82834**                         ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

Date(s) debt was incurred __                  **Basis for the claim:** __

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4161**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*            **$345.08**

**Johnson County Wastewater**
**PO Box 219948**
**Kansas City, MO 64121-9948**                ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

Date(s) debt was incurred __                  **Basis for the claim:** __

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4162**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Johnson County Wyoming**
**76 N. Main St. Room 102**
**Buffalo, WY 82834**                         ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

Date(s) debt was incurred __                  **Basis for the claim:** __

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4163**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Johntavious Josey**
**60 Cheves Rd**
**Forsyth, GA 31029**                         ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

Date(s) debt was incurred __                  **Basis for the claim:** __

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4164**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Joi Sorgatz**
**General Delivery**
**Great Falls, MT 59401**                     ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

Date(s) debt was incurred __                  **Basis for the claim:** __

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4165**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Jolicia Counts-Mulay**
**2525 Se Pennsylvania Ave**
**Topeka, KS 66605**                          ☐ Contingent
                                              ☐ Unliquidated
                                              ☐ Disputed

Date(s) debt was incurred __                  **Basis for the claim:** __

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.4166**

**Nonpriority creditor's name and mailing address**

**Jon Kirby**
**1288 Raymond st.**
**Gillette, WY 82717**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4167**

**Nonpriority creditor's name and mailing address**

**Jon Liner**
**5291 old Atlanta road**
**158**
**Hampton, GA 30228**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4168**

**Nonpriority creditor's name and mailing address**

**Jona Addison**
**779 folds rd**
**carrollton, GA 30116**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4169**

**Nonpriority creditor's name and mailing address**

**Jonathan Guzman**
**100 Brittany Dr**
**Bremen, GA 30110**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4170**

**Nonpriority creditor's name and mailing address**

**Jonathan Harrell**
**720 Brentwood cir**
**Memphis, TN 38111**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4171**

**Nonpriority creditor's name and mailing address**

**Jonathan Harris**
**3223 east 9th Street**
**Kansas City, MO 64124**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4172**

**Nonpriority creditor's name and mailing address**

**Jonathan Hugley**
**980 creek run place**
**Temple, GA 30179**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.417
3**

**Nonpriority creditor's name and mailing address**

**Jonathan Jacome blanco**
**701 s Olathe st**
**Olathe, KS 66061**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417
4**

**Nonpriority creditor's name and mailing address**

**Jonathan McKoy**
**1001 Poplar Springs Rd.**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417
5**

**Nonpriority creditor's name and mailing address**

**Jonathan Mendoza**
**2208 brown Ave**
**Kansas City, KS 66104**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417
6**

**Nonpriority creditor's name and mailing address**

**Jonathan Nobles**
**316 Columbia dr.**
**419B**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417
7**

**Nonpriority creditor's name and mailing address**

**Jonathan ODoniel**
**1002 N Lyne St**
**Raymore, MO 64083**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417
8**

**Nonpriority creditor's name and mailing address**

**Jonathan Rhodes**
**1456 Chubb rd sw**
**Cavespring, GA 30124**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417
9**

**Nonpriority creditor's name and mailing address**

**Jonathan Salazar**
**7220 hunters path ln**
**cumming, GA 30028**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4180**

**Nonpriority creditor's name and mailing address**

**Jonathan Schwab**
**945 Venice Beach way**
**7**
**Billings, MT 59106**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4181**

**Nonpriority creditor's name and mailing address**

**Jonathan Simpson**
**102 North Avenue**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4182**

**Nonpriority creditor's name and mailing address**

**Jonathan Twomey**
**7120 Ridge Forest Walk**
**Cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4183**

**Nonpriority creditor's name and mailing address**

**Jonathan Twomey**
**7120 Ridge Forest Walk**
**Cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4184**

**Nonpriority creditor's name and mailing address**

**Jonathan Weathers**
**584 Birchwood Dr**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4185**

**Nonpriority creditor's name and mailing address**

**Jonathan Wright-Daniel**
**159 thistle rd**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4186**

**Nonpriority creditor's name and mailing address**

**Jonathon McDaniel**
**126 Kuglar Street**
**Bowdon, GA 30108**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**
Name

Case number (if known)

---

**3.4187**

**Nonpriority creditor's name and mailing address**

**Jonathon Winingear**
**315 N Williams St**
**4**
**Moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4188**

**Nonpriority creditor's name and mailing address**

**Jonbrennon Pardee**
**2741 McVey road**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4189**

**Nonpriority creditor's name and mailing address**

**JoNece Holds**
**932 Dixon St**
**Billings, MT 59105**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4190**

**Nonpriority creditor's name and mailing address**

**Jones Climate Control**
**3230 Hwy 42 N Suite H**
**Stockbridge, GA 30281**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4191**

**Nonpriority creditor's name and mailing address**

**Jones Polite**
**3485 Rum Gully Rd**
**Islandton, SC 29929**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4192**

**Nonpriority creditor's name and mailing address**

**Jonetta Hopkins**
**13511 e 39th street Court south**
**Independence   64055**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4193**

**Nonpriority creditor's name and mailing address**

**Joni Chaloupka**
**20 kehoe avenue**
**20**
**Moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.419
4**

**Nonpriority creditor's name and mailing address**

**Joniqua Polk
729 N Houston Rd Apt 22
Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.419
5**

**Nonpriority creditor's name and mailing address**

**Jonni Sherrow
1600 S Kier St
Independence, MO 64055**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.419
6**

**Nonpriority creditor's name and mailing address**

**Jordan Alice
5983 Barretts rd
Valdosta, GA 31605**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.419
7**

**Nonpriority creditor's name and mailing address**

**Jordan Bowen
821 N. 27th St suite C
254
Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.419
8**

**Nonpriority creditor's name and mailing address**

**Jordan Brown
108 Waverly Way
108B
Carrollton, GA 30116**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.419
9**

**Nonpriority creditor's name and mailing address**

**Jordan Crowley
136 S Airport Road
Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.420
0**

**Nonpriority creditor's name and mailing address**

**Jordan Dodd
2400 Old Blacks Bluff Rd
Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.420 1**

**Nonpriority creditor's name and mailing address**

**Jordan Green**
**1607 windy hill pointe**
**1607**
**Lawrenceville, GA 30046**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.420 2**

**Nonpriority creditor's name and mailing address**

**Jordan Hart**
**316 west 6th street**
**Washington, MO 63099**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.420 3**

**Nonpriority creditor's name and mailing address**

**Jordan Hill**
**725 E Tenth St**
**Sedalia, MO 65301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.420 4**

**Nonpriority creditor's name and mailing address**

**Jordan Holden**
**3873 Victory Road**
**Franklin, GA 30217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.420 5**

**Nonpriority creditor's name and mailing address**

**Jordan Johnson**
**502 Old Bell Road**
**Saint George, SC 29477**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.420 6**

**Nonpriority creditor's name and mailing address**

**Jordan Kyle Hardin**
**50 Diana drive**
**Hawkinsville, GA 31036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.420 7**

**Nonpriority creditor's name and mailing address**

**Jordan Martin**
**90 Whispering Winds Ln**
**Ellijay, GA 30540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                          Case number (if known)  _____
_____
Name

---

**3.420 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Jordan Nuckols**
**279 grotemac lake road**
**Leasburg, MO 65535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.420 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Jordan Price**
**1004 Haliburton**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.421 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Jordan Reid**
**1007 kluver road**
**519 unit a wall steet court**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.421 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Jordan Smith**
**10085, Lakewood Hwy**
**Mineral Bluff, GA 30559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.421 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Jordan Smith**
**2115 Saint Joseph Avenue**
**A**
**Saint Joseph, MO 64505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.421 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Jordan Soesbe**
**71317 Forrest Dr**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.421 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Jordan Spurgeon**
**2514 state highway 73**
**Tunas, MO 65764**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.421 5**

**Nonpriority creditor's name and mailing address**

**Jordan Stewart**
**333 Foster St**
**F 203A**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.421 6**

**Nonpriority creditor's name and mailing address**

**Jordan Walker**
**321 west end dr.**
**321**
**Moncks corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.421 7**

**Nonpriority creditor's name and mailing address**

**Jordan Washington**
**182 Hawk Lane**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.421 8**

**Nonpriority creditor's name and mailing address**

**Jordan Willeford**
**19684 audrain road 306**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.421 9**

**Nonpriority creditor's name and mailing address**

**Jordan Willeford**
**19684 audrain road 306**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 0**

**Nonpriority creditor's name and mailing address**

**Jordan Williams**
**209 S 31st Street**
**Saint Joseph, MO 64501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 1**

**Nonpriority creditor's name and mailing address**

**Jordon Burkhart**
**912 South Quincy Ave**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.422 2**

**Nonpriority creditor's name and mailing address**

**Jordyn Banks**
**8407 W 91st Terrace**
**Overland Park, KS 66212**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 3**

**Nonpriority creditor's name and mailing address**

**Jordyn Tate**
**1604 S County Club Dr**
**Apt A**
**Jefferson City, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 4**

**Nonpriority creditor's name and mailing address**

**Jorge Alonso**
**1803 N 77th St**
**Kansas City, KS 66112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 5**

**Nonpriority creditor's name and mailing address**

**Jorge Burgos**
**7600 Lucille st**
**Kansas city, KS 66214**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 6**

**Nonpriority creditor's name and mailing address**

**Jorge Fraire**
**828n 84th drive**
**Kansas City, KS 66112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 7**

**Nonpriority creditor's name and mailing address**

**Jorge Gomez**
**5824 leavenworth**
**Kansas, KS 66104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 8**

**Nonpriority creditor's name and mailing address**

**Jorge Martinez**
**E Sheridan St**
**1426**
**Kansas, KS 66062**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**                                              Case number (if known) _____
         Name

---

**3.4229**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jorge Popoca**
**2985 mainstreet**
**Vernon, FL 32462**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4230**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jose a Martinez Rojas**
**1963 N 28th St**
**1963 n 28tH st**
**Kansas City, KS 66204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4231**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jose Almaraz**
**1959 Sawnee Mobile home park**
**Cumming, GA 30028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4232**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jose Bardales**
**3426 Morrell Ave**
**Kansas City, MO 64123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4233**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jose Blandon Herrera**
**125 n ventura ave apt c**
**Jefferson city, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4234**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jose Briceno**
**2492 DEVOE TER 5A**
**NY**
**Paterson, NY 10468**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4235**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jose Castaneda**
**1520 1/2 N Benton Ave**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.4236**

**Nonpriority creditor's name and mailing address**

**Jose Contreras Jr**
**221 Annie Aycock Ln, Rome, GA**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4237**

**Nonpriority creditor's name and mailing address**

**Jose Ertmer**
**1437 us 41n**
**140**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4238**

**Nonpriority creditor's name and mailing address**

**Jose Garcia**
**320 N Summit Dr**
**Holts Summit, MO 65043**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4239**

**Nonpriority creditor's name and mailing address**

**Jose Miranda alvarado**
**12408 3rd st grandview Mo 64030**
**#9**
**Grandview, MO 64030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4240**

**Nonpriority creditor's name and mailing address**

**Jose Paredes juarez**
**1428 sw polk**
**Topeka, KS 66612**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4241**

**Nonpriority creditor's name and mailing address**

**Jose Perez Guerrero**
**15986 S SKYVIEW LN**
**Olathe, KS 66062**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4242**

**Nonpriority creditor's name and mailing address**

**Jose Ramirez**
**810 wildwood dr**
**Apt 74**
**Jefferson, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                     Case number (if known) _____
Name

| 3.424 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jose Villa**
**2104 Se Market St**
**Topeka, KS 66605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Josef Finch**
**400 2nd Street**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Allen**
**1719 southwest village drive**
**Topeaka, KS 66604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Baez II**
**1312 9th Street South**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Bailey**
**2527 11th Ave S**
**8**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Bentley**
**2256 sunlight rd**
**ellijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Joseph Boyer**
**800 fleenor Rd**
**Apt A6**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4250**

**Nonpriority creditor's name and mailing address**

**Joseph Browder**
**114 Kathryn drive**
**Goose creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4251**

**Nonpriority creditor's name and mailing address**

**Joseph Burns**
**1424 Red Alder loop**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4252**

**Nonpriority creditor's name and mailing address**

**Joseph Cortez**
**165 brown road**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4253**

**Nonpriority creditor's name and mailing address**

**Joseph Davis**
**3182 Ga Highway 34**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4254**

**Nonpriority creditor's name and mailing address**

**Joseph Dilworth**
**235 Pamela Court**
**Hogansville, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4255**

**Nonpriority creditor's name and mailing address**

**Joseph DiMaggio**
**301 lanier mill cr**
**301**
**Oakwood, GA 30566**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4256**

**Nonpriority creditor's name and mailing address**

**Joseph Edwards**
**115 N Kendall Dr**
**Independence, MO 64056**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor     **ARC Burger, LLC**                                    Case number (if known) _____
           Name

---

| 3.425 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Joseph Gaines**
**325 S. Point Blvd apt 320**
**McDonough, GA, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.425 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Joseph Goodman**
**100 Marians way**
**Mcdonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.425 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Joseph Headley**
**335 Murphy road**
**Coolidge, GA 31738**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.426 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Joseph Heffernan**
**3000 Epson Plantation Dr**
**208**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.426 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Joseph Johnson**
**906 Scenic Hill Circle**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.426 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Joseph Lanius**
**3566 rainbow dr**
**Helena, MT 59602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.426 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Joseph Litchfield**
**7664 hwy 41**
**Jamestown, SC 29453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor      **ARC Burger, LLC**                                    Case number (if known) _____
            Name

---

**3.426 4**

**Nonpriority creditor's name and mailing address**

**Joseph Madrigal**
**302 West Main St.**
**A1**
**Laredo, MO 64652**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.426 5**

**Nonpriority creditor's name and mailing address**

**Joseph McDaniel**
**79 crystal Gail dr**
**Commerce, GA 30530**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.426 6**

**Nonpriority creditor's name and mailing address**

**Joseph Mendenhall**
**114 A South 4j Rd**
**Gillette, WY 82716**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.426 7**

**Nonpriority creditor's name and mailing address**

**Joseph Mitchell**
**430 Dixie Ave**
**Tifton, GA 31794**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.426 8**

**Nonpriority creditor's name and mailing address**

**Joseph Mott**
**189 leachman rd**
**Commerce, GA 30530**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.426 9**

**Nonpriority creditor's name and mailing address**

**Joseph Nida**
**301 chrsitiee court**
**North Charleston, SC 29420**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.427 0**

**Nonpriority creditor's name and mailing address**

**Joseph Peterson**
**PO box 981**
**5610 browntown rd**
**Graceville, FL 32440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F               Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.427**
**1**

**Nonpriority creditor's name and mailing address**

**Joseph Radmore**
**1694 nicklesville rd**
**Resaca, GA 30735**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.427**
**2**

**Nonpriority creditor's name and mailing address**

**Joseph Stone**
**50 sheep dip road**
**Columbus, MT 59019**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.427**
**3**

**Nonpriority creditor's name and mailing address**

**Joseph Sweeden**
**907 Ute Ave**
**Independence, MO 64056**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.427**
**4**

**Nonpriority creditor's name and mailing address**

**Joseph Waibel**
**13348 Monroe Road 1035**
**Madison, MO 65263**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.427**
**5**

**Nonpriority creditor's name and mailing address**

**josephine Gronwaldt**
**345 NC 3150**
**Jasper, AR 72641**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.427**
**6**

**Nonpriority creditor's name and mailing address**

**Josephine Rodriguez**
**720 24th st west**
**billings, MT 59102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.427**
**7**

**Nonpriority creditor's name and mailing address**

**Josetta Ford**
**223 Woodland Circle NW**
**Apt 39**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor     **ARC Burger, LLC**                                    Case number (if known) _____
                  Name

---

**3.4278**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Josh Guenther**
**9291 ga hwy 34**
**Lot 7**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4279**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Josh Hardin**
**35 regeneration way**
**Talking rock, GA 30175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4280**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Josh Watford**
**1002 Prim avenue**
**Graceville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4281**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**joshepher sibley**
**100 hidden harbor drive**
**F7**
**Warner robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4282**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Joshua Benson**
**2802 N 77th St**
**Kansas City, KS 66109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4283**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**joshua bledsoe**
**13 Spruce Street**
**Porterdale, GA 30014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4284**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Joshua Bonine**
**7591 U.S. 90**
**Sneads, FL 32460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.428 5**

**Nonpriority creditor's name and mailing address**

**Joshua Brown**
**1014 Sylvan Street**
**Apt 6**
**Emporia, KS 66801**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.428 6**

**Nonpriority creditor's name and mailing address**

**Joshua Buchanan**
**30540**
**Elijay Ga, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.428 7**

**Nonpriority creditor's name and mailing address**

**Joshua Burnasconi**
**1299 Raymond St**
**Gillette, WY 82716**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.428 8**

**Nonpriority creditor's name and mailing address**

**Joshua Cross**
**1019 15th Street North**
**Great Falls, MT 59401**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.428 9**

**Nonpriority creditor's name and mailing address**

**Joshua Fladstol**
**401 division rd**
**Great falls, MT 59404**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.429 0**

**Nonpriority creditor's name and mailing address**

**Joshua Ford**
**126 blackwelder rd**
**Roopville, GA 30170**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.429 1**

**Nonpriority creditor's name and mailing address**

**Joshua Fulford**
**214 keowee ct**
**Summerville, SC 29486**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor     **ARC Burger, LLC**                                    Case number (if known) _____
           Name

---

| 3.429 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joshua Garza**
**114 s 4-j road**
**Gillette, WI 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.429 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joshua Greene**
**1709 Marylou ln**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.429 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joshua Griffin**
**3869 deaton rd**
**Flowery Branch, GA 30542**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.429 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joshua Hendricks**
**9river Run Rd**
**Apt9**
**Tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.429 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joshua Hudgins**
**342 turkey trail**
**Waco, GA 30182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.429 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joshua Jerideau**
**103 cypress CT**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.429 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joshua Jones**
**312 CORNELL DR**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  635 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.4299**

**Nonpriority creditor's name and mailing address**

**Joshua King**
**175 dean dr**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4300**

**Nonpriority creditor's name and mailing address**

**Joshua Leonard**
**348 Douglass Avenue**
**Charleston, SC 29407**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4301**

**Nonpriority creditor's name and mailing address**

**Joshua Mancill**
**2312 Hwy 179**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4302**

**Nonpriority creditor's name and mailing address**

**Joshua Maner**
**204 E 12th St SW**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4303**

**Nonpriority creditor's name and mailing address**

**Joshua McFall**
**5305 Oakbrook Landing Dr**
**Summerville, SC 29485**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4304**

**Nonpriority creditor's name and mailing address**

**joshua olds**
**1019 15th ave north**
**Great Falls, MT 59405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4305**

**Nonpriority creditor's name and mailing address**

**Joshua Penn**
**533 N. LAST CHANCE GULCH**
**Helena, MT 59601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.430 6**

**Nonpriority creditor's name and mailing address**

**Joshua Pollock**
**8 W Martin Luther King Jr BLVD**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.430 7**

**Nonpriority creditor's name and mailing address**

**Joshua Powers**
**228 Landings Pointe Lane**
**Warner  Robin's, GA 31088**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.430 8**

**Nonpriority creditor's name and mailing address**

**Joshua Robblee**
**516 S 36th St**
**Billings, MT 59101**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.430 9**

**Nonpriority creditor's name and mailing address**

**Joshua Rogers**
**9331 N US Highway 14-16**
**Gillette, WY 82716**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 0**

**Nonpriority creditor's name and mailing address**

**Joshua Rogers**
**100 Baldwin In**
**Summerville, SC 29486**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 1**

**Nonpriority creditor's name and mailing address**

**Joshua Russell**
**3575 Oakvale Rd**
**909**
**Decatur, GA 30034**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 2**

**Nonpriority creditor's name and mailing address**

**Joshua Sketo**
**317 Cascade Ct**
**Hampton, GA 30228**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.431 3**

**Nonpriority creditor's name and mailing address**

**Joshua Thompson**
**675 Gordy Lane**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 4**

**Nonpriority creditor's name and mailing address**

**Joshua Treadway**
**3124 Leamon Smith Rd**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 5**

**Nonpriority creditor's name and mailing address**

**Joshua Wilkinson**
**24833 mineral dr**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 6**

**Nonpriority creditor's name and mailing address**

**Joshuah Pryor**
**14605 east 39th terrace**
**Independence, MO 64055**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 7**

**Nonpriority creditor's name and mailing address**

**Joshusa Ellis**
**2525 12th ave south**
**30**
**Great falls, MT 59405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 8**

**Nonpriority creditor's name and mailing address**

**Josiah Ahmir**
**2000 N 51st St**
**#1**
**kansas city, KS 66102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 9**

**Nonpriority creditor's name and mailing address**

**Josiah Dingle**
**730 Holly Street West**
**Hampton, SC 29924**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

**3.432 0**

**Nonpriority creditor's name and mailing address**

**Josiah Hill**
**29 east darsey ave**
**lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.432 1**

**Nonpriority creditor's name and mailing address**

**Josiah Thompson**
**11412 E 19th St S**
**Kansas City, MO 64052**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.432 2**

**Nonpriority creditor's name and mailing address**

**Josiah Troy**
**615 vincil**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.432 3**

**Nonpriority creditor's name and mailing address**

**Josiah Walker**
**3719 Sturgeon Avenue**
**Memphis, TN 38111**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.432 4**

**Nonpriority creditor's name and mailing address**

**Josseline Ramirez**
**68 Apple Valley Circle**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.432 5**

**Nonpriority creditor's name and mailing address**

**Jossue Cervantes**
**403 neosho**
**Emporia, KS 66801**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.432 6**

**Nonpriority creditor's name and mailing address**

**josue galarza**
**7438 beverly st**
**overland park, KS 66204**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4327**

**Nonpriority creditor's name and mailing address**

**Jotham Vanbrackle**
**366 Alf Vanbrackle**
**Lenox, GA 31637**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4328**

**Nonpriority creditor's name and mailing address**

**Jourdon Angeles**
**1433 Beatty Street**
**Griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4329**

**Nonpriority creditor's name and mailing address**

**Journey Savery**
**1001 South 27th Street**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4330**

**Nonpriority creditor's name and mailing address**

**Journey Simpson**
**1400 Hwy 177**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4331**

**Nonpriority creditor's name and mailing address**

**Journey Turner**
**2834 Corinth Poseyville Rd**
**Bremen, GA 30110**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4332**

**Nonpriority creditor's name and mailing address**

**Jovain Taylor**
**685 ga highway 100**
**Lot 21 b**
**Hogansville, GA 30230**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4333**

**Nonpriority creditor's name and mailing address**

**Jovonna Lopez Metcalf**
**1110 n Noland rd**
**E**
**INDEPENDENCE, MO 64050**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

3.433
4

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joy Newton**
**4350 Stone Mountain Hwy**
**# 209**                                                          ☐ Contingent
**Lilburn, GA 30047**                                              ☐ Unliquidated
                                                                   ☐ Disputed
**Date(s) debt was incurred** __                                   **Basis for the claim:** __

**Last 4 digits of account number** __                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.433
5

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joyce Dozier**
**2016 Prince Street**                                             ☐ Contingent
**GEORGETOWN, SC 29440**                                           ☐ Unliquidated
                                                                   ☐ Disputed
**Date(s) debt was incurred** __                                   **Basis for the claim:** __

**Last 4 digits of account number** __                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.433
6

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joyce Moyers**
**3292 2nd Ave S**                                                 ☐ Contingent
**Lot#7**                                                          ☐ Unliquidated
**Esto, FL 32425**                                                 ☐ Disputed
**Date(s) debt was incurred** __                                   **Basis for the claim:** __

**Last 4 digits of account number** __                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.433
7

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joyce Starks**
**P.O. Box 381**                                                   ☐ Contingent
**Athens, GA 30605**                                               ☐ Unliquidated
                                                                   ☐ Disputed
**Date(s) debt was incurred** __                                   **Basis for the claim:** __

**Last 4 digits of account number** __                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.433
8

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jq Stevens**
**3713 Streumph ct**                                               ☐ Contingent
**Apartment B**                                                    ☐ Unliquidated
**Jefferson City, MO 65109**                                       ☐ Disputed
**Date(s) debt was incurred** __                                   **Basis for the claim:** __

**Last 4 digits of account number** __                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.433
9

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Juan Buxnay**
**118 N Ventura ave apt B**                                        ☐ Contingent
**Jefferson City, MO 65109**                                       ☐ Unliquidated
                                                                   ☐ Disputed
**Date(s) debt was incurred** __                                   **Basis for the claim:** __

**Last 4 digits of account number** __                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.434
0

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Juan Carlos Noriega Vargas**
**2003 Loblolly Street**                                           ☐ Contingent
**Georgetown, SC 29440**                                           ☐ Unliquidated
                                                                   ☐ Disputed
**Date(s) debt was incurred** __                                   **Basis for the claim:** __

**Last 4 digits of account number** __                             Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.434 1 | **Nonpriority creditor's name and mailing address** **Juan Diaz** **3418 SE Taurus Ave** **Topeka, KS 66605** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.434 2 | **Nonpriority creditor's name and mailing address** **Juan Garcia** **8833 Gleenwood st** **4** **Overland Park, KS 66212** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.434 3 | **Nonpriority creditor's name and mailing address** **Juan Loera** **3600 se Humboldt st** **Topeka, KS 66605** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.434 4 | **Nonpriority creditor's name and mailing address** **Juan Luna guarneros** **4522 NW Brencrest Dr** **#8** **Kansas city, MO 64150** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.434 5 | **Nonpriority creditor's name and mailing address** **Juan Molina** **10222 Oakmont cr** **Lenexa, KS 66215** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.434 6 | **Nonpriority creditor's name and mailing address** **Juan Putul Yon** **3808 CANDLELIGHT DR  apt E** **Jefferson City, MO 65109** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.434 7 | **Nonpriority creditor's name and mailing address** **Juana Barba martin** **3208 se irvingham** **Topeka, KS 66605** Date(s) debt was incurred __ Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor    **ARC Burger, LLC**
          _____          Case number (if known) _____
          Name

---

**3.4348**

**Nonpriority creditor's name and mailing address**

**Juanita Badger**
**1840charleston Ave south**
**none**
**Fairfax, SC 29827**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4349**

**Nonpriority creditor's name and mailing address**

**Juanita Kinlock**
**1004 Redbank Road**
**Lot 23**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4350**

**Nonpriority creditor's name and mailing address**

**Juanita Lyons**
**150 liberty hall road**
**Lot 9**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4351**

**Nonpriority creditor's name and mailing address**

**Juanita Walker**
**1148 SW Macvicar Ave**
**Topeka, KS 66604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4352**

**Nonpriority creditor's name and mailing address**

**JuCorrian Scott**
**307 Willow Way**
**Griffin, GA 30224**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4353**

**Nonpriority creditor's name and mailing address**

**Judae Daniels**
**1957 Sylvester Hwy Lot 15**
**Lot 15**
**Moultrie, GA 31768**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4354**

**Nonpriority creditor's name and mailing address**

**Judah Folz**
**611 Vine St**
**Cuba, MO 65453**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  643 of 1218

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

**3.4355**

**Nonpriority creditor's name and mailing address**

**Judson Brown**
**1423 Hilmen Rd**
**Helena, MT 59602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4356**

**Nonpriority creditor's name and mailing address**

**Juelz Bowens**
**1255 murrell block**
**Pineville, SC 29468**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4357**

**Nonpriority creditor's name and mailing address**

**Julenice Thurman**
**85 Mary Johnson drive**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4358**

**Nonpriority creditor's name and mailing address**

**Julia Holden**
**235 burgges rd**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4359**

**Nonpriority creditor's name and mailing address**

**Julia Jacobson**
**47 n frontage ave**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4360**

**Nonpriority creditor's name and mailing address**

**Julia Pearson**
**528 willow Dr lot 5**
**Moultrie, GA 31788**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4361**

**Nonpriority creditor's name and mailing address**

**Julia Potts**
**4189 N Highway 27**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
          Name

| | | |
|---|---|---|
| **3.436 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.436 2**

**Nonpriority creditor's name and mailing address**

**Julia Strehler**
**839 Johnson Bridges Rd**
**Danielsville, GA 30633**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.436 3**

**Nonpriority creditor's name and mailing address**

**Julian Ruiz**
**621 3rd Ave S**
**A**
**Great Falls, MT 59405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.436 4**

**Nonpriority creditor's name and mailing address**

**Julian Stevenson**
**133 N Brantley Street**
**Lakeland, GA 31635**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.436 5**

**Nonpriority creditor's name and mailing address**

**Juliana Lara**
**819N 81st Terrace**
**Kansas City, KS 66112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.436 6**

**Nonpriority creditor's name and mailing address**

**Julie Bruce**
**123 Pine Cove Court**
**Hoschton, GA 30548-2744**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.436 7**

**Nonpriority creditor's name and mailing address**

**Julie Moore**
**18505 E Susquehanna Rdg**
**Independence, MO 64056**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.436 8**

**Nonpriority creditor's name and mailing address**

**Julius Jones**
**3528 Dews Pond Rd SE**
**B**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**        Case number (if known) _____
_____ Name

| | |
|---|---|
| **3.4369** | |

**Nonpriority creditor's name and mailing address**
**June Affordable Lawn Service**
**104 Berkeley Square Lane PMB 62**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,350.00**

---

| | |
|---|---|
| **3.4370** | |

**Nonpriority creditor's name and mailing address**
**June Cardin**
**182 Manning Mill Rd**
**ADAIRSVILLE, GA 30103**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.4371** | |

**Nonpriority creditor's name and mailing address**
**June Render**
**521 Alder St**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.4372** | |

**Nonpriority creditor's name and mailing address**
**june Striker**
**117 demetree st**
**warner robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.4373** | |

**Nonpriority creditor's name and mailing address**
**Jungers Resources LLC**
**Big Sky Septic**
**3891 bison dr Street 2**
**Helena, MT 59602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.4374** | |

**Nonpriority creditor's name and mailing address**
**Juniah Walls**
**501 North Main Street**
**Tennille, GA 31089**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.4375** | |

**Nonpriority creditor's name and mailing address**
**Junior Edwards**
**517 apple street**
**517**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
          Name

| | |
|---|---|
| 3.437 6 | |

**Nonpriority creditor's name and mailing address**

**Just Hoods**
**8194 Nieman Rd**
**Lenexa, KS 66214**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.437 7 | |

**Nonpriority creditor's name and mailing address**

**Just Windows Window Cleaning**
**Po Box 31367**
**Des Peres, MO 63131**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| | |
|---|---|
| 3.437 8 | |

**Nonpriority creditor's name and mailing address**

**justice jackson**
**512 Kinney St**
**Sandersville, GA 31082**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.437 9 | |

**Nonpriority creditor's name and mailing address**

**Justice Steward**
**802 black street**
**None**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.438 0 | |

**Nonpriority creditor's name and mailing address**

**Justice Voss**
**3610 oakhill rd**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.438 1 | |

**Nonpriority creditor's name and mailing address**

**Justin Adkins**
**635 Winchester Rd**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.438 2 | |

**Nonpriority creditor's name and mailing address**

**Justin Alvis**
**2366 lure lane**
**Sneads, FL 32460**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.438
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Justin Bryant**
**4223 OakRidge Dr**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Justin Carlisle**
**410 Pearl St**
**Chattahoochee, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Justin Cartwright**
**2758 straylott rd**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Justin Chapman**
**323 E 14th St**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Justin Converse**
**428 Cypress Ave**
**Kansas City, MO 64124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Justin Crews**
**1251 blake rd**
**Samson, AL 36477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438
9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Justin Cumbee**
**1714 Chowen Springs Loop**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.4390**

**Nonpriority creditor's name and mailing address**

**Justin Cummings**
**327 Ivey Drive**
**Sandersville, GA 31082**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4391**

**Nonpriority creditor's name and mailing address**

**Justin Dawkins**
**527 tyus street**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4392**

**Nonpriority creditor's name and mailing address**

**Justin Evans**
**485 providence church RD**
**Waco, GA 30182**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4393**

**Nonpriority creditor's name and mailing address**

**Justin Forde**
**3777 s Humboldt street**
**Topeka, KS 66609**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4394**

**Nonpriority creditor's name and mailing address**

**Justin Griffin**
**100 Hallmark Dr**
**121**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4395**

**Nonpriority creditor's name and mailing address**

**Justin Griffitt**
**1114 NW Golfview Dr**
**Grain Valley, MO 64029**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4396**

**Nonpriority creditor's name and mailing address**

**Justin Harvey**
**1113 9th st nw**
**9**
**Great Falls, MT 59404**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.4397**

**Nonpriority creditor's name and mailing address**

**Justin Kessler**
**116 E 6th street**
**Washington, MO 63090**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4398**

**Nonpriority creditor's name and mailing address**

**Justin Lord**
**4543 Toyon Drive**
**Billings, MT 59106**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4399**

**Nonpriority creditor's name and mailing address**

**Justin Mckinney**
**21 E Patten Ave**
**Lakeland, GA 31635**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4400**

**Nonpriority creditor's name and mailing address**

**Justin Mcswain**
**224 Clark Loop NE**
**Resaca, GA 30735**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4401**

**Nonpriority creditor's name and mailing address**

**Justin Nesseltree**
**206 S Brooks Ave**
**203**
**Gillette, WY 82716**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4402**

**Nonpriority creditor's name and mailing address**

**JUSTIN PRESLEY**
**17810 HIGHWAY BB**
**LICKING, MO 65542**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4403**

**Nonpriority creditor's name and mailing address**

**Justin Rankin**
**221 Janice St**
**Goose Creek, SC 29445**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.4404**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |

**Justin Speirs**
**1026 Sinnock avenue lot# 46**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4405**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |

**Justin Thomas**
**212 holiday street**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4406**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |

**Justin Wiggins**
**267 Brittlebank Rd**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4407**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |

**Justin Williamson**
**314 Castlehill ct**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4408**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |

**JUSTINA HERRING**
**11 DOWDELL ST**
**APT 11A**
**NEWNAN, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4409**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |

**Justine Lyons**
**517 5th Street West**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4410**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- |

**Justine Ortiz**
**106 Luther court**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.441 1**

**Nonpriority creditor's name and mailing address**

**Justiss Gravitt**
**19 Kennedy Dr**
**19**
**Moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.441 2**

**Nonpriority creditor's name and mailing address**

**Juston Watkins**
**1696 Woodville hwy**
**Crawfordville, FL 32327**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.441 3**

**Nonpriority creditor's name and mailing address**

**Justus Spicher**
**55 SE 15th Ave**
**Trenton, MO 64683**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.441 4**

**Nonpriority creditor's name and mailing address**

**Jykel Prater**
**703 Church Str**
**Rockmart, GA 30153**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.441 5**

**Nonpriority creditor's name and mailing address**

**Jymirian Nixon**
**1208 12th St East**
**Tifton, GA 31749**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.441 6**

**Nonpriority creditor's name and mailing address**

**K E Greene Mechanical/Hydronics**
**201 Bell Pl**
**Woodstock, GA 30188**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.441 7**

**Nonpriority creditor's name and mailing address**

**K&M Plumbing services, LLC**
**PO Box 22**
**Braselton, GA 30517**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor      **ARC Burger, LLC**                                    Case number (if known) _____
            Name

---

| 3.4418 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**K2 Integrity Holdings, Inc.**
**K2 Intelligence, LLC**
**730 Third Avenue, FL 9**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kabreshia Dunmeyer**
**262 Bomar Pl**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kadden Clark**
**3010 Murphy**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kadeem Nixon**
**322 New York Ln**
**null**
**MONCKS CORNER, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kaden Cataldo**
**7959 Hwy 100**
**Buchanan, GA 30113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kaden Van Note**
**2975 Mayfair Dr**
**Cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Kaedan Pennington**
**209 Sw Redwood Dr**
**Blue Springs, MO 64014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F             Schedule E/F: Creditors Who Have Unsecured Claims                    Page  653 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.442 5**

**Nonpriority creditor's name and mailing address**

**Kaeleigh Nelson**
**3266 Highway 2**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.442 6**

**Nonpriority creditor's name and mailing address**

**Kahdaijah Nash**
**1321dreweryavenue**
**A**
**Griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.442 7**

**Nonpriority creditor's name and mailing address**

**Kaia Harrington**
**207 Market Hall St**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.442 8**

**Nonpriority creditor's name and mailing address**

**Kaia Jenkins**
**472 winter dr**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.442 9**

**Nonpriority creditor's name and mailing address**

**Kailey Wools**
**53 Friendship Lane**
**Apt A**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.443 0**

**Nonpriority creditor's name and mailing address**

**Kailey Yarbrough**
**2 E Patten Ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.443 1**

**Nonpriority creditor's name and mailing address**

**Kailyn Creach**
**1001 Colony Court**
**Sangaree, SC 29486**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
_____ Case number (if known) _____
Name

| 3.443 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Kais Morsette**
**840 Terry Ave**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Kaitlin Green**
**303 Old Macon Rd Lot 3**
**Byron, GA 31008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Kaitlin Maloy**
**4991 Highway 77**
**Graceville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Kaitlyn Andes**
**1501 Beattie Street**
**Saint Joseph, MO 64501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Kaiya Williams**
**310 Brandon Mill Circle**
**Fayetteville, GA 30214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Kajaylah Stephens**
**2861 1st Ave SW**
**Atlanta, GA 30315**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Kala Brown**
**540 Crawfish Road**
**Chattahoochee, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page **655** of 1218

Debtor    **ARC Burger, LLC**                                          Case number (if known)  _____
Name

---

**3.4439**

**Nonpriority creditor's name and mailing address**

**KaLeah Sanders**
**31 S wood st**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4440**

**Nonpriority creditor's name and mailing address**

**Kaleb Bass**
**23387 sellenchutter rd**
**Marthasville, MO 63357**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4441**

**Nonpriority creditor's name and mailing address**

**Kaleb Brown**
**202 galahad drive**
**Warner robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4442**

**Nonpriority creditor's name and mailing address**

**Kaleb Haynes**
**523 spruce ave**
**Kansas city, MO 64124**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4443**

**Nonpriority creditor's name and mailing address**

**Kaleb McGowan**
**8200 Elm Ave**
**Raytown, MO 64138**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4444**

**Nonpriority creditor's name and mailing address**

**Kalel Mann**
**305 McConnell Rd**
**36**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4445**

**Nonpriority creditor's name and mailing address**

**Kamal Howard**
**341 Embassy Dr**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page  656 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.4446**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kamale Morgan**<br>**136 sw oxford pl.**<br>**Kansas city, MO 64063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4447**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kamari Haley**<br>**1226 West McCarty St**<br>**A**<br>**Jefferson City, MO 65109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4448**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kamaria Brown**<br>**110 Northbridge Ct**<br>**Apt b11**<br>**Moncks Corner, SC 29461** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4449**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kamarion Shirley**<br>**9354 E 68st**<br>**Raytown, MO 64133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4450**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kamarri Hawkins**<br>**519 7TH AVE SE**<br>**MOULTRIE, GA 31768** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4451**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kamaryon Russell**<br>**5790 southwest woodbrige dr**<br>**topeka, KS 66606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4452**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kamauria Coaxum**<br>**A Allway st**<br>**10**<br>**Charleston, SC 29403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.445 3**

**Nonpriority creditor's name and mailing address**

**Kambryn Lane**
**55 sewell rd**
**4**
**Bremen, GA 30110**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.445 4**

**Nonpriority creditor's name and mailing address**

**Kamco Enterprises LLC**
**PO Box 7075**
**Florence, SC 29502**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.445 5**

**Nonpriority creditor's name and mailing address**

**Kamel Jones**
**624 preston creek drive**
**McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.445 6**

**Nonpriority creditor's name and mailing address**

**Kameron Johnson**
**177 sherwoodloop**
**McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.445 7**

**Nonpriority creditor's name and mailing address**

**kameron johnson**
**70 bouldercrest ln**
**E**
**Atlanta, GA 30316**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.445 8**

**Nonpriority creditor's name and mailing address**

**Kameron Kinard**
**260 brunson court**
**Samson, AL 36477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.445 9**

**Nonpriority creditor's name and mailing address**

**Kameron Murray**
**5111 Morrow Ln**
**Summerville, SC 29485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4460**

**Nonpriority creditor's name and mailing address**

kami reese
334 Somerset Dr
warner robins, GA 31088

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4461**

**Nonpriority creditor's name and mailing address**

Kamia Shaw
83 Anna dr
Georgetown, SC 29440

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4462**

**Nonpriority creditor's name and mailing address**

Kamiah Harmon
8104 Webb Road
Apt 1310
Riverdale, GA 30274

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4463**

**Nonpriority creditor's name and mailing address**

Kamisha Washington
118 Roland lane
Tennille, GA 31089

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4464**

**Nonpriority creditor's name and mailing address**

Kamiyah Davis
327 Ashton place
McDonough, GA 30253

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4465**

**Nonpriority creditor's name and mailing address**

Kamiyah Jackson
105 Grove Ct
Centerville, GA 31028

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4466**

**Nonpriority creditor's name and mailing address**

Kamren Jenkins
412 Brookgreen Dr
Moncks Corner, SC 29461

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor     **ARC Burger, LLC**                                    Case number (if known) _____
           Name

---

**3.4467**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Kamron scharnhorst**
**18860 E wigwam pl**
**Independence, MO 64085**
                                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

**Date(s) debt was incurred __**
                                                        **Basis for the claim:** __
**Last 4 digits of account number __**
                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4468**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Kamryn Wallace**
**415 Avenue D**
**203**
**Billings, MT 59102**
                                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

**Date(s) debt was incurred __**
                                                        **Basis for the claim:** __
**Last 4 digits of account number __**
                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4469**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**kamya Ravenell**
**107 underbrush court**
**moncks corner, SC 29461**
                                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

**Date(s) debt was incurred __**
                                                        **Basis for the claim:** __
**Last 4 digits of account number __**
                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4470**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Kanesha Greene**
**41 Dollie Circle**
**Summerville, SC 29485**
                                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

**Date(s) debt was incurred __**
                                                        **Basis for the claim:** __
**Last 4 digits of account number __**
                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4471**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Kaniesha Barron**
**99 Tifton Eldorado Rd, Apt 11E**
**11E**
**Tifton, GA 31794**
                                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

**Date(s) debt was incurred __**
                                                        **Basis for the claim:** __
**Last 4 digits of account number __**
                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4472**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**KaNisha Brown**
**5555 Ritter rd**
**Walterboro, SC 29488**
                                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

**Date(s) debt was incurred __**
                                                        **Basis for the claim:** __
**Last 4 digits of account number __**
                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4473**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Kaniya Lowe**
**Bulloch rd 31756 meigs ga**
**Meigs, GA 31756**
                                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

**Date(s) debt was incurred __**
                                                        **Basis for the claim:** __
**Last 4 digits of account number __**
                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.4474**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

**Kaniyah Downs**
**841 E Central Avenue**                                            ☐ Contingent
**B104**                                                           ☐ Unliquidated
**Moultrie, GA 31768**                                             ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __                                **Basis for the claim:** __

                                                                   Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.4475**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*                                    **$4,066.91**

**Kansas City**
**Board of Public Utilities**                                      ☐ Contingent
**P.O. Box 219661**                                                ☐ Unliquidated
**Kansas City, MO 64121-9661**                                     ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __                                **Basis for the claim:** __Utilities__

                                                                   Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.4476**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

**Kansas City Asphalt Paving LLC**
**500 Atlantic Avenue**                                            ☐ Contingent
**Kansas City, MO 64116**                                          ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __                                **Basis for the claim:** __

                                                                   Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.4477**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

**Kansas City MO**
**414 E. 12th St**                                                 ☐ Contingent
**Kansas City, MO 64106**                                          ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __                                **Basis for the claim:** __

                                                                   Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.4478**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*                                    **$3,187.47**

**Kansas City Water Services**
**PO BOX 807045**                                                  ☐ Contingent
**Kansas City, MO 64180-7045**                                     ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __                                **Basis for the claim:** __Utilities__

                                                                   Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.4479**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*                                    **$0.00**

**Kansas Department of Agriculture**
**1320 Research Park Drive**                                       ☐ Contingent
**Manhattan, KS 66502**                                            ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __                                **Basis for the claim:** __

                                                                   Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.4480**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** *Check all that apply.*                                    **$1,931.04**

**Kansas Gas Service**
**P.O. Box 219046**                                                ☐ Contingent
**Kansas City, MO 64121-9046**                                     ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __                                **Basis for the claim:** __Utilities__

                                                                   Is the claim subject to offset?   ■ No   ☐ Yes

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims                    Page  661 of 1218

Debtor **ARC Burger, LLC**
Name

Case number (if known)

---

3.448
1

**Nonpriority creditor's name and mailing address**

**Kanyah Barnes Riley**
**60 east jones st**
**60**
**Newnan, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.448
2

**Nonpriority creditor's name and mailing address**

**Kaozarat Oduola**
**399 mica trail**
**Riverdale, GA 30296**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.448
3

**Nonpriority creditor's name and mailing address**

**Kara Baker**
**37 knode rd**
**Sheridan, WY 82801**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.448
4

**Nonpriority creditor's name and mailing address**

**Kara Guyton**
**2577 Marathon Dr**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.448
5

**Nonpriority creditor's name and mailing address**

**Kara Spence**
**27 Jackson Street**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.448
6

**Nonpriority creditor's name and mailing address**

**Karan Vance**
**300 Hooker St, 2nd Fl**
**Washington, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.448
7

**Nonpriority creditor's name and mailing address**

**Karen Barger**
**529 Wax Rd**
**Apt 4**
**Silver Creek, GA 30173**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.4488**

**Nonpriority creditor's name and mailing address**

**Karen Brown**
**400 Delmont Drive**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4489**

**Nonpriority creditor's name and mailing address**

**Karen Damron**
**2216 Golden Blvd**
**Billings, MT 59102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4490**

**Nonpriority creditor's name and mailing address**

**Karen Garcia**
**118 SW Lakeview blvd**
**Lee's summit, MO 64063**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4491**

**Nonpriority creditor's name and mailing address**

**Karen Lawlor**
**3219 Leavins Rd**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4492**

**Nonpriority creditor's name and mailing address**

**Karen Meadows**
**581ILA Rd lot1**
**Commerce, GA 30529**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4493**

**Nonpriority creditor's name and mailing address**

**Karen Pickett**
**1103 E church st**
**3N**
**Fort valley, GA 31030**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4494**

**Nonpriority creditor's name and mailing address**

**Karen Wilhite**
**313 N ELM ST**
**Sweet Springs, MO 65351**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|--------|--------------------|------------------------|
| | Name | |

---

**3.4495**

**Nonpriority creditor's name and mailing address**

**Kari Brewer**
**74 Country Court**
**Carrollton, GA 30116**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4496**

**Nonpriority creditor's name and mailing address**

**Kari Marvel**
**United States**
**#J**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4497**

**Nonpriority creditor's name and mailing address**

**kari-ahna nicholas**
**17 davenport st**
**none**
**myccasville, GA 30555**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4498**

**Nonpriority creditor's name and mailing address**

**Karim Williams**
**147patterson still spur Rd w**
**8a**
**THOMASVILLE, GA 31757**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4499**

**Nonpriority creditor's name and mailing address**

**Karina Rios**
**15 south washington**
**Emporia, KS 66801**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4500**

**Nonpriority creditor's name and mailing address**

**Karisma Vasileva**
**22 crimsion hill drive**
**Rydal, GA 30171**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4501**

**Nonpriority creditor's name and mailing address**

**Karissa Aiken**
**3427 Navajo Street**
**North Charleston, SC 29405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

**3.450**
**2**

**Nonpriority creditor's name and mailing address**

**Karissa Hickey**
**901 W Myrtle St**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.450**
**3**

**Nonpriority creditor's name and mailing address**

**Kariyah Jackson**
**1967 park ave**
**Sneads, FL 32460**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.450**
**4**

**Nonpriority creditor's name and mailing address**

**Karl Thues**
**8928 Mansfield st**
**Detroit, MI 48228**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.450**
**5**

**Nonpriority creditor's name and mailing address**

**karla mojica**
**2032 spruce ave**
**Kansas, KS 64127**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.450**
**6**

**Nonpriority creditor's name and mailing address**

**Karlos Cobb**
**156 Kimbrell st**
**Apt e1**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.450**
**7**

**Nonpriority creditor's name and mailing address**

**karma clark**
**119 orchid bloom cir**
**moncks corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.450**
**8**

**Nonpriority creditor's name and mailing address**

**Karvin Konar**
**10812 Hemlock St**
**10812 HEMLOCK ST APT J**
**OVERLAND PARK, KS 66210**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4509**

**Nonpriority creditor's name and mailing address**

**Kasey Holcomb**
**771 Buttrum Rd**
**Adairsville, GA 30103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4510**

**Nonpriority creditor's name and mailing address**

**Kasheim Grant**
**140 Miley street**
**Walterboro, SC 29488**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4511**

**Nonpriority creditor's name and mailing address**

**Kashima Chappell**
**406 Covington cove**
**Byron, GA 31008**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4512**

**Nonpriority creditor's name and mailing address**

**Kason Monroe**
**603 circle drive**
**Buffalo, WY 82835**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4513**

**Nonpriority creditor's name and mailing address**

**Kason Wright**
**35 , Hinds Street**
**35**
**Georgetown, SC 29440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4514**

**Nonpriority creditor's name and mailing address**

**Katelyn Heflin**
**24 Westgate Park Lane**
**Newnan, GA 30263**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4515**

**Nonpriority creditor's name and mailing address**

**Katelyn Mapp**
**206 Summerlin street**
**A**
**Valdosta, GA 31601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.451 6**

**Nonpriority creditor's name and mailing address**

**Katelyn McIrvin**
**124 Sawmill Drive**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.451 7**

**Nonpriority creditor's name and mailing address**

**Katelyn Smith**
**4240 arbor chase road**
**Gainesville, GA 30507**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.451 8**

**Nonpriority creditor's name and mailing address**

**Katelynn Debus**
**118 s 38th st**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.451 9**

**Nonpriority creditor's name and mailing address**

**Katelynn Mobley**
**918 Collins Ave**
**Lot 26**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.452 0**

**Nonpriority creditor's name and mailing address**

**katelynn schwindt**
**1001 South 27th Street**
**BILLINGS, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.452 1**

**Nonpriority creditor's name and mailing address**

**Katelynn Stanley**
**48 Dogwood Village park**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.452 2**

**Nonpriority creditor's name and mailing address**

**Katerina Harris**
**120 Edgarton Way**
**Bonaire, GA 31005**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.452
3**

**Nonpriority creditor's name and mailing address**

**Katerra Harrison
183 Wildberry lane
Goose creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.452
4**

**Nonpriority creditor's name and mailing address**

**Katherine Conn
2236 Savanah Highway
217
Charleston, SC 29414**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.452
5**

**Nonpriority creditor's name and mailing address**

**Katherine Guillaume
1610 N Ponca Dr
Independence, MO 64058**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.452
6**

**Nonpriority creditor's name and mailing address**

**Katherine McRavion
855 industrial Blvd
McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.452
7**

**Nonpriority creditor's name and mailing address**

**Katherine Moore
91 lowe street
Apt B
McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.452
8**

**Nonpriority creditor's name and mailing address**

**Katherine Rivers
300 Burnside St
Washington, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.452
9**

**Nonpriority creditor's name and mailing address**

**Katherinne Alfaro Staggs
514 Neosho
Emporia, KS 66801**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.4530**

**Nonpriority creditor's name and mailing address**

**Kathleen Kindler**
**534 Crusade Circle**
**Conway, SC 29526**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4531**

**Nonpriority creditor's name and mailing address**

**Kathreen Dianne Malag**
**1205 Lake Trenton Drive**
**Trenton, MO 64683**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4532**

**Nonpriority creditor's name and mailing address**

**Kathryn England**
**878 fisher rd**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4533**

**Nonpriority creditor's name and mailing address**

**Kathy Watkins**
**402 w Montana Ave**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4534**

**Nonpriority creditor's name and mailing address**

**kati  Hawkins**
**12817 E 47th street lot 41**
**Independence, MO 64055**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4535**

**Nonpriority creditor's name and mailing address**

**Katie  Smith**
**501 W Ridgecrest Ave Lot 20**
**Geneva, AL 36340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4536**

**Nonpriority creditor's name and mailing address**

**Katie Bussard**
**40 Knob Circle**
**210**
**Carrollton, GA 30116**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
              Name

---

| 3.4537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Katie Chapman**
**1031 Mcpherson Street Apt 4**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Katie Colley**
**919 Homestead Drive**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Katie Combast**
**1438 US 41 N**
**234**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Katie Little**
**335 west nance springs rd sw**
**Resaca, GA 30735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Katie Pettyjohn**
**85 grady lane**
**Danielsville, GA 30633**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Katie Ray**
**218 centralhatchee parkway**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Katie Watson**
**Skyview terrace**
**317**
**Houston, MO 65483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                      Case number (if known)  _____
        _____
        Name

| 3.4544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Katina Lane**
**719 north Stevens street**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Katina Wood**
**411 Northside Dr**
**C7**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Katlyn Orman**
**3235 Atwater rd**
**Chattaheoee, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**KATOYA LOWE**
**306 ELBERTA RD**
**Apt D3**
**WARNER ROBINS, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Katrina Puckett**
**165 CRESTWOOD CIR**
**COMMERCE, GA 30529**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Katrina Sapienza**
**485 N Raburn Rd**
**Bremen, GA 30110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Katrivia Turner**
**7039 chimney ridge dr**
**Riverdale, GA 30296**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

3.455
1

**Nonpriority creditor's name and mailing address**
**Kattieleigh Williams**
**189 mason st royston**
**Lot 12**
**Royston ga, GA 30662**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.455
2

**Nonpriority creditor's name and mailing address**
**Katumbay Mpoyi**
**1142 Dantel Ct**
**Stone Mountain, GA 30083**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.455
3

**Nonpriority creditor's name and mailing address**
**Kavin Washington**
**8458 W Bluegrass Dr North Charleston**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.455
4

**Nonpriority creditor's name and mailing address**
**Kayce Cowick**
**18607 E Shoshone Dr**
**Independence, MO 64058**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.455
5

**Nonpriority creditor's name and mailing address**
**Kayden allen**
**565 Oak Terrace Dr**
**Covington, GA 30016**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.455
6

**Nonpriority creditor's name and mailing address**
**Kayden Dunihoo**
**206 S Brooks Ave**
**209**
**Gillette, WY 82718**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.455
7

**Nonpriority creditor's name and mailing address**
**Kayden Peoples**
**6089 Mincey Rd**
**Stone Mountain, GA 30087**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.455 8**

**Nonpriority creditor's name and mailing address**

**Kaydence Dustin**
**94 Morgan drive**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.455 9**

**Nonpriority creditor's name and mailing address**

**Kayina Gibson**
**1147 North Broad Street**
**B**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.456 0**

**Nonpriority creditor's name and mailing address**

**Kayla Brock**
**1155 Mill St SE**
**J1**
**Gainesville, GA 30501**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.456 1**

**Nonpriority creditor's name and mailing address**

**Kayla Brown**
**20802 hwy136**
**2102**
**Princeton, MO 64673**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.456 2**

**Nonpriority creditor's name and mailing address**

**Kayla Carpenter**
**106 Libby Lane**
**Jonesboro, GA 30238**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.456 3**

**Nonpriority creditor's name and mailing address**

**Kayla Crawford**
**2210 Ninth Ave N**
**1/2**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.456 4**

**Nonpriority creditor's name and mailing address**

**Kayla Delgado**
**2045 3rd ave**
**226**
**Sneads, FL 32460**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                                 Case number (if known) _____
Name

---

**3.4565**

**Nonpriority creditor's name and mailing address**

**Kayla Ervin**
**465 Hodges farm rd**
**Mansfield, GA 30055**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4566**

**Nonpriority creditor's name and mailing address**

**Kayla Fischer**
**731 shamrock place**
**Washington, MO 63090**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4567**

**Nonpriority creditor's name and mailing address**

**Kayla Hamilton**
**30 Owen Drive**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4568**

**Nonpriority creditor's name and mailing address**

**Kayla Hamilton**
**115 E Whitley Street**
**Mexico, MO 65265**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4569**

**Nonpriority creditor's name and mailing address**

**Kayla Koch**
**3783 Aster St**
**East Helena, MT 59635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4570**

**Nonpriority creditor's name and mailing address**

**Kayla Murray**
**3454 west white st**
**Noma, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4571**

**Nonpriority creditor's name and mailing address**

**Kayla Petty**
**549 Smith Rd**
**Byron, GA 31008**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.457 2**

**Nonpriority creditor's name and mailing address**

**Kayla Raines**
**140 Earl st**
**Plainville, GA 30733**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.457 3**

**Nonpriority creditor's name and mailing address**

**Kayla Rooks**
**184 Lee Williams road**
**Carrollton, GA 30117**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.457 4**

**Nonpriority creditor's name and mailing address**

**Kayla Sollars**
**2822 mary**
**Saint joesph, MO 64507**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.457 5**

**Nonpriority creditor's name and mailing address**

**Kayla Sturrup**
**411 northside drive**
**G6**
**Valdosta, GA 31602**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.457 6**

**Nonpriority creditor's name and mailing address**

**Kayla Wells**
**1300 whittier place**
**313**
**emporia, KS 66801**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.457 7**

**Nonpriority creditor's name and mailing address**

**Kaylani Haynes**
**350 Luden Drive**
**Apt 39**
**Summerville, SC 29485**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.457 8**

**Nonpriority creditor's name and mailing address**

**Kaylar Hawk**
**438 Dixie Ave**
**438**
**Tifton, GA 31794**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
        Name

---

| 3.4579 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kaylea Miller**
**15210 Boiling Springs Rd**
**Licking, MO 65542**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4580 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kaylee Asbury**
**333 Buckner Court**
**333**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4581 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kaylee Fain**
**284 Newnan St.**
**3**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4582 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kaylee Hampton**
**802 E Love**
**Apt A**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4583 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kaylee Hirsch**
**516 South 36th St**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4584 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kayleigh Perez**
**1214 13th street south**
**Great falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4585 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Kaylia Ellis**
**1720 Knight St**
**1**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.4586**

**Nonpriority creditor's name and mailing address**

**Kaylie Perez**
**207 enterprise st**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4587**

**Nonpriority creditor's name and mailing address**

**Kaylie Roberts**
**6800 Larson Ave 64133**
**Raytown, MO 64133**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4588**

**Nonpriority creditor's name and mailing address**

**Kaylin Asby**
**140 Blackwater Way**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4589**

**Nonpriority creditor's name and mailing address**

**Kayln Broughton**
**1931 Quitman st**
**North Charleston, SC 29405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4590**

**Nonpriority creditor's name and mailing address**

**Kaylor Johnson**
**146 S Oak St**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4591**

**Nonpriority creditor's name and mailing address**

**Kaylynn Bearfield**
**206 w Commercial st**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4592**

**Nonpriority creditor's name and mailing address**

**Kaylynn Rickerson**
**103 Villa Dr.**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

3.459.3

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Kaysinger Liquid Waste LLC**                                     ☐ Contingent
**PO Box 117**                                                    ☐ Unliquidated
**Cuba, MO 65453**                                                ☐ Disputed

**Date(s) debt was incurred __**                                  **Basis for the claim:** __

**Last 4 digits of account number __**                            Is the claim subject to offset? ■ No   ☐ Yes

---

3.459.4

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Kaytlyn Lohse**                                                 ☐ Contingent
**103 central avenue**                                            ☐ Unliquidated
**D4**                                                            ☐ Disputed
**Goose creek, SC 29445**

**Date(s) debt was incurred __**                                  **Basis for the claim:** __

**Last 4 digits of account number __**                            Is the claim subject to offset? ■ No   ☐ Yes

---

3.459.5

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Kazmiera Frazier**                                              ☐ Contingent
**200 Olympia Drive apt N8**                                      ☐ Unliquidated
**Warner Robins, GA 31093**                                      ☐ Disputed

**Date(s) debt was incurred __**                                  **Basis for the claim:** __

**Last 4 digits of account number __**                            Is the claim subject to offset? ■ No   ☐ Yes

---

3.459.6

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**KB Safe & Lock**                                               ☐ Contingent
**P.O. Box 24**                                                  ☐ Unliquidated
**Grantville, KS 66429**                                         ☐ Disputed

**Date(s) debt was incurred __**                                  **Basis for the claim:** __

**Last 4 digits of account number __**                            Is the claim subject to offset? ■ No   ☐ Yes

---

3.459.7

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**KC City Treasurer**                                            ☐ Contingent
**2400 Troost Ave. Suite 3200**                                  ☐ Unliquidated
**Kansas, MO 64108**                                             ☐ Disputed

**Date(s) debt was incurred __**                                  **Basis for the claim:** __

**Last 4 digits of account number __**                            Is the claim subject to offset? ■ No   ☐ Yes

---

3.459.8

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**KDM Mobile Welding LLC**                                        ☐ Contingent
**708 Mildenhall Road**                                          ☐ Unliquidated
**Mount Pleasant, SC 29464**                                     ☐ Disputed

**Date(s) debt was incurred __**                                  **Basis for the claim:** __

**Last 4 digits of account number __**                            Is the claim subject to offset? ■ No   ☐ Yes

---

3.459.9

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$80,480.41**

**KDM Signs**                                                    ☐ Contingent
**10450 N Medallion Drive**                                      ☐ Unliquidated
**Cincinnati, OH 45241**                                         ☐ Disputed

**Date(s) debt was incurred __**                                  **Basis for the claim:** __

**Last 4 digits of account number __**                            Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.460 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Keagan Chapman** | ☐ Contingent | |
| **1002 Glassey Avenue** | ☐ Unliquidated | |
| **Cuba, MO 63050** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.460 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Keaira Horne** | ☐ Contingent | |
| **4753 Bonniehill rd** | ☐ Unliquidated | |
| **Chattahoochee, FL 32324** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.460 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kearia Nesmith** | ☐ Contingent | |
| **22 Rainey Drive** | ☐ Unliquidated | |
| **Atp 22** | ☐ Disputed | |
| **Georgtown, SC 29440** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.460 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **KeArie Miller** | ☐ Contingent | |
| **804 morgan ave** | ☐ Unliquidated | |
| **chattahoochee, FL 32324** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.460 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Keashean Fleming** | ☐ Contingent | |
| **19705 E 15th St N** | ☐ Unliquidated | |
| **Independence, MO 64056** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.460 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kebreanna Ellison** | ☐ Contingent | |
| **206 NorthLake Dr** | ☐ Unliquidated | |
| **2008** | ☐ Disputed | |
| **Warner Robins, GA 31093** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.460 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kedarius Sirmans** | ☐ Contingent | |
| **128 South 10th street** | ☐ Unliquidated | |
| **Lakeland, GA 31635** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
              Name

| 3.4607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kedrick Gordon**
**43 Bouldercrest LN SE**
**E**
**Atlanta, GA, US, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Keegan Mcknab**
**518 w 15th ave**
**Emporia, KS 66801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Keegan Money**
**43 Reno Road**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Keegan Petershagen**
**188 N Summit Dr**
**Lot 128**
**Holts Summit, MO 65043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Keeleigh Cox**
**631, Clements rd**
**Comer, GA 30629**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**keeley clark**
**1318 south 17th**
**st joe, MO 64507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Keenila Shorter**
**685 Rountree Rd**
**B12**
**Riverdale, GA 30274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.461 4**

**Nonpriority creditor's name and mailing address**

**Kegan Lanius**
**1010redpoll loop]**
**1010**
**helena, MT 59602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461 5**

**Nonpriority creditor's name and mailing address**

**Keidasia Williams**
**1606 East Park Avenue**
**A8**
**Valdosta, GA 31602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461 6**

**Nonpriority creditor's name and mailing address**

**Keidra McGaughy**
**East 12th Terrace North**
**18226**
**Independence, MO 64056**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461 7**

**Nonpriority creditor's name and mailing address**

**Keisha Hobbs**
**7133 Turner Lake Circle SW**
**Covington, GA 30014**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461 8**

**Nonpriority creditor's name and mailing address**

**Keisha Woodley**
**211 Chestnut Rd**
**Tifton, GA 31794**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461 9**

**Nonpriority creditor's name and mailing address**

**Keith Clemons**
**6451NE.43terr**
**218**
**Kansas City, MO 64117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.462 0**

**Nonpriority creditor's name and mailing address**

**Keith Dixon**
**710 Maple St**
**Jefferson City Mo, MO 65101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  681 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.462
1**

**Nonpriority creditor's name and mailing address**

**Keith Little light**
**1048 Alderson ave**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.462
2**

**Nonpriority creditor's name and mailing address**

**Keith Spencer**
**1029 Royle Road**
**1**
**Ladson, SC 29456**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.462
3**

**Nonpriority creditor's name and mailing address**

**Keith Stocks**
**317 E 1st Avenue**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.462
4**

**Nonpriority creditor's name and mailing address**

**Keith Troll**
**2291 Wolff Rd**
**Gillette, WY 82718**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.462
5**

**Nonpriority creditor's name and mailing address**

**Keith Williams**
**1514 SW MARTIN DR**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.462
6**

**Nonpriority creditor's name and mailing address**

**Keiyana McCombs**
**509 Techwood Drive**
**Cedartown, GA 30125**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.462
7**

**Nonpriority creditor's name and mailing address**

**Kejhiya Smith**
**510 San Dra Way**
**Monroe, GA 30656**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                         Case number (if known) _____
         Name

---

**3.4628**

**Nonpriority creditor's name and mailing address**

**Kelcie Travis**
**363 Willis wilder dr.**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4629**

**Nonpriority creditor's name and mailing address**

**Keldren Pierre**
**3079 schoer dr**
**House**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4630**

**Nonpriority creditor's name and mailing address**

**keldrick sneed**
**156 hidden creek circle**
**lizella, GA 31052**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4631**

**Nonpriority creditor's name and mailing address**

**Kelesia Dowdell**
**101Marians way**
**101**
**McDonald ga, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4632**

**Nonpriority creditor's name and mailing address**

**Kelise Wyche**
**319 South College Street**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4633**

**Nonpriority creditor's name and mailing address**

**Kelli Elder**
**101 Sidney Street**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4634**

**Nonpriority creditor's name and mailing address**

**Kellie Norman**
**1514 1/2 Duke Street**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.4635**

**Nonpriority creditor's name and mailing address**

**Kellie Rucker**
**2000 Bouldercrest Rd, Apt H10**
**Atlanta, GA 30316**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4636**

**Nonpriority creditor's name and mailing address**

**Kelly Brown**
**312 DeKalb st**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4637**

**Nonpriority creditor's name and mailing address**

**Kelly Cassidy**
**70 garner ln**
**Unit 6076**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4638**

**Nonpriority creditor's name and mailing address**

**Kelly Jones**
**700 K Westbury Mews Drive**
**700 K**
**Summerville, SC 29485**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4639**

**Nonpriority creditor's name and mailing address**

**Kelly Lowich**
**3301 GA Highway 34**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4640**

**Nonpriority creditor's name and mailing address**

**Kelly Mitchell**
**4213 Douglas Ferry Rd**
**Caryville, FL 32427**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4641**

**Nonpriority creditor's name and mailing address**

**KELLY MOON**
**85 Carson Street**
**Commerce, GA 30529**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.464 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kelly Shellnut**<br>**168 Seymour av**<br>**Bowman, GA 30624** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.464 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kelly Thompson Coker**<br>**999 Simpson rd**<br>**Franklin, GA 30217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.464 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kelly Thompson Coker**<br>**2140 bob purganson rd**<br>**Hognasville, GA 30230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.464 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kelly Warren**<br>**131 Yancey Rd**<br>**Carrollton, GA 30116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.464 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kelly Williams**<br>**471 Gainesville Hwy**<br>**1**<br>**Winder, GA 30680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.464 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kelsea Hinch**<br>**6021 hwy 29 N**<br>**Danielsville, GA 30633** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.464 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Kelsey Ellis**<br>**279 Barnes Mountain Rd**<br>**Ellijay, GA 30540** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4649**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Kelsey Golson** | ☐ Contingent | |
| **249 wb parks rd** | ☐ Unliquidated | |
| **Tyty, GA 31795** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4650**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Kelsey Obryan** | ☐ Contingent | |
| **651 Gregory street** | ☐ Unliquidated | |
| **Chatahootchee, FL 32324** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4651**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Kelsey Rodriguez** | ☐ Contingent | |
| **1009 White Ave** | ☐ Unliquidated | |
| **Graceville, FL 32440** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4652**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Kelsey Saunders** | ☐ Contingent | |
| **501 Barrow St** | ☐ Unliquidated | |
| **Moberly, MO 65270** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4653**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Kelvin Clay** | ☐ Contingent | |
| **1029 2nd ave n.w** | ☐ Unliquidated | |
| **Moultrie, GA 31768** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4654**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Kelvin Hollis** | ☐ Contingent | |
| **12236 Riviera Dr.** | ☐ Unliquidated | |
| **Fayetteville, GA 30215** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4655**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Kemarion Scott** | ☐ Contingent | |
| **2015 East Pinetree Blvd** | ☐ Unliquidated | |
| **C10** | ☐ Disputed | |
| **Thomasville, GA 31792** | | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.4656**

**Nonpriority creditor's name and mailing address**

**Kemarion Washington**
**754 Hagan circle**
**Tennille, GA 31089**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4657**

**Nonpriority creditor's name and mailing address**

**Kemaya Tukes**
**632 hagan cir**
**tennille, GA 31089**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4658**

**Nonpriority creditor's name and mailing address**

**Kemco Facilities Services, LLC**
**5750 Bell Circle**
**Montgomery, AL 36116**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4659**

**Nonpriority creditor's name and mailing address**

**Kemco Mechanical LLC**
**PO Box 96613**
**Charlotte, NC 28296-0613**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4660**

**Nonpriority creditor's name and mailing address**

**Kemera Lewis**
**720 Timmons dr**
**31**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4661**

**Nonpriority creditor's name and mailing address**

**Kemondre Barnes**
**2363 cove rd**
**lithonia, GA 30058**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4662**

**Nonpriority creditor's name and mailing address**

**Kemonte Byrd**
**140 Weathers St**
**Bowman, SC 29018**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.466
3**

**Nonpriority creditor's name and mailing address**

**Kemori Deweese
108 north birch street
Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.466
4**

**Nonpriority creditor's name and mailing address**

**ken Collins
3079 Schroer Dr
Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.466
5**

**Nonpriority creditor's name and mailing address**

**Ken Naker, CFC Tax Collector
P.O. Box 1038
Chipley, FL 32428**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.466
6**

**Nonpriority creditor's name and mailing address**

**Ken's Refrigeration of Great Falls LLC
PO Box 286
Great Falls, MT 59403**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.466
7**

**Nonpriority creditor's name and mailing address**

**Kenadee Tracy
2828 Patee
St.Joseph, MO 64507**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.466
8**

**Nonpriority creditor's name and mailing address**

**kendall baldree
2050 lovvorn mill road
bowdon, GA 30108**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.466
9**

**Nonpriority creditor's name and mailing address**

**Kendall Gary
1921 B Palm place
Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

Debtor      **ARC Burger, LLC**                                    Case number (if known) _____
                 Name

---

**3.4670**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Kendall Ridgebear**                                        ☐ Contingent
**1805 Joslyn St**                                           ☐ Unliquidated
**220**                                                      ☐ Disputed
**Helena, MT 59601**

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4671**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**kendalyesha washington**                                   ☐ Contingent
**1077 columbia hwy s**                                      ☐ Unliquidated
**estill, SC 29918**                                         ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4672**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Kendarius Morgan**                                         ☐ Contingent
**117 Eagle Trace**                                          ☐ Unliquidated
**Warner Robins, GA 31093**                                  ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4673**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Kendarrius Calhoun**                                       ☐ Contingent
**90 e murrell**                                             ☐ Unliquidated
**Lakeland, GA 31635**                                       ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4674**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Kendra alston**                                            ☐ Contingent
**603 fain court**                                           ☐ Unliquidated
**moncks corner, SC 29461**                                  ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4675**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Kendra Archie**                                            ☐ Contingent
**108 railroad ave**                                         ☐ Unliquidated
**Georgetown, SC 29440**                                     ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4676**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Kendra Camp**                                              ☐ Contingent
**1011 b davist**                                            ☐ Unliquidated
**Monroe, GA 30655**                                         ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
           Name

---

3.467 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**
--- | --- | ---
| **Kendra Jiles** | ☐ Contingent |
| **3007 Will Drive** | ☐ Unliquidated |
| **Valdosta, GA 31602** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

3.467 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**
--- | --- | ---
| **Kendria Golden** | ☐ Contingent |
| **3505 Carmichael Rd** | ☐ Unliquidated |
| **Bonifay, FL 32425** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

3.467 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**
--- | --- | ---
| **Kendrick Hayes** | ☐ Contingent |
| **24 e peeler** | ☐ Unliquidated |
| **Lakeland, GA 31635** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

3.468 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**
--- | --- | ---
| **Kendrick Johnson** | ☐ Contingent |
| **471 Gainesville Hwy** | ☐ Unliquidated |
| **Apt 1** | ☐ Disputed |
| **Winder, GA 30680** | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

3.468 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**
--- | --- | ---
| **Kendrick Martin** | ☐ Contingent |
| **29 highland park drive** | ☐ Unliquidated |
| **Newnan, GA 30263** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

3.468 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**
--- | --- | ---
| **Kendrick Thomas** | ☐ Contingent |
| **119 Concord Place Rd** | ☐ Unliquidated |
| **Irmo, SC 29063** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

3.468 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**
--- | --- | ---
| **Kendrix Moore** | ☐ Contingent |
| **1000 south fry st** | ☐ Unliquidated |
| **Valdosta, GA 31601** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor **ARC Burger, LLC**     Case number (if known) _____
Name

---

**3.4684**

**Nonpriority creditor's name and mailing address**
**Kendy Rosa**
**1679 N 74th st**
**Kansas city, KS 66112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4685**

**Nonpriority creditor's name and mailing address**
**Kenia Bravo**
**9512 Drury Ave**
**201**
**Kansas City, MO 64137**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4686**

**Nonpriority creditor's name and mailing address**
**Kenijae Moody**
**4639 blueiris way**
**Oakwood, GA 30566**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4687**

**Nonpriority creditor's name and mailing address**
**Kenisha Smith**
**111 Alicia Dr.**
**A**
**Griffin, GA 30223**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4688**

**Nonpriority creditor's name and mailing address**
**KeNiya Miller**
**804 Morgan Ave**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4689**

**Nonpriority creditor's name and mailing address**
**Kennady Gaskins**
**4853 Summersun Dr**
**Morrow, GA 30260**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4690**

**Nonpriority creditor's name and mailing address**
**KenNedra Whitner**
**803 Nth 8th Street**
**M**
**Griffin, GA 30223**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.469
1**

**Nonpriority creditor's name and mailing address**

**Kennedy Hughes**
**133 Country Drive**
**Lula, GA 30554**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.469
2**

**Nonpriority creditor's name and mailing address**

**kennedy jones**
**2014 avalon parkway**
**2701**
**mcdonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.469
3**

**Nonpriority creditor's name and mailing address**

**Kennedy Montenegro**
**1726 west main street**
**1726**
**Jefferson city, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.469
4**

**Nonpriority creditor's name and mailing address**

**Kenneka Johnson**
**500 Cabaniss Rd.**
**H3**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.469
5**

**Nonpriority creditor's name and mailing address**

**Kenneth Beck**
**208 East Skyline Ave**
**Geneva, AL 36340**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.469
6**

**Nonpriority creditor's name and mailing address**

**Kenneth Dickinson**
**7040 Haskel Avenue**
**Kansas City, KS 66109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.469
7**

**Nonpriority creditor's name and mailing address**

**Kenneth Freeman**
**3330 Sw Watson Avenue**
**Topeka, KS 66614**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

| 3.4698 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kenneth Grimes** | ☐ Contingent | |
| | **3503 Carmichael Road** | ☐ Unliquidated | |
| | **Chipley, FL 32428** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kenneth Hlavaty** | ☐ Contingent | |
| | **1524 wicks lane** | ☐ Unliquidated | |
| | **Billings, MT 59105** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kenneth Hopen** | ☐ Contingent | |
| | **711 West 2nd** | ☐ Unliquidated | |
| | **Washington, MO 63090** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kenneth Howard** | ☐ Contingent | |
| | **269 Suwanee Road** | ☐ Unliquidated | |
| | **Moultrie, GA 31788** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4702 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **kenneth Kelly** | ☐ Contingent | |
| | **3383 Fairview Dr.** | ☐ Unliquidated | |
| | **Ladson, SC 29456** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kenneth Melvin** | ☐ Contingent | |
| | **876 Goodson Road** | ☐ Unliquidated | |
| | **Quincy, FL 32351** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Kenneth nixon** | ☐ Contingent | |
| | **1300 Partridge Place** | ☐ Unliquidated | |
| | **Valdosta, GA 31601** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 693 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.470 5**

**Nonpriority creditor's name and mailing address**

**Kenneth Steiner**
**1310 South Marshall**
**2**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.470 6**

**Nonpriority creditor's name and mailing address**

**Kenneth Vaughn**
**5704 Jacksonville Rd**
**Buchanan, GA, GA 30113**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.470 7**

**Nonpriority creditor's name and mailing address**

**Kenneth Whitehead**
**397 brookwood dr**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.470 8**

**Nonpriority creditor's name and mailing address**

**Kennishia Davis**
**64 cheves road**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.470 9**

**Nonpriority creditor's name and mailing address**

**Kenshad Lee**
**519 Floyd st**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.471 0**

**Nonpriority creditor's name and mailing address**

**Kenya Banks**
**8249 Tracy Ave**
**12**
**Kansas City, MO 64131**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.471 1**

**Nonpriority creditor's name and mailing address**

**Kenya Brown**
**2720 Tyndall Dr**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.471 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Kenya Jackson** | ☐ Contingent | |
| **141 yellow pine lane** | ☐ Unliquidated | |
| **Ochlocknee, GA 31792** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.471 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Kenya McCullough** | ☐ Contingent | |
| **3561 hwy 106 S** | ☐ Unliquidated | |
| **Hull, GA 30646** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.471 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Kenyae Williams** | ☐ Contingent | |
| **731 Woodlawn drive** | ☐ Unliquidated | |
| **Valdosta, GA 31601** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.471 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Kenyari Hobbs** | ☐ Contingent | |
| **1100 old Statenville Rd , Apt C4** | ☐ Unliquidated | |
| **Apt c4** | ☐ Disputed | |
| **Valdosta, GA 31601** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.471 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Kenyetta D Ellerbee** | ☐ Contingent | |
| **944 Creekview Rd** | ☐ Unliquidated | |
| **Athens, GA 30606** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.471 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Kenyetta Farley** | ☐ Contingent | |
| **915 ponderosa drive** | ☐ Unliquidated | |
| **Valdosta ga, GA 31601** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.471 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Kenyon Graham** | ☐ Contingent | |
| **9 Henry Street** | ☐ Unliquidated | |
| **Newnan, GA 30263** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **ARC Burger, LLC**
Name

Case number (if known)

---

**3.4719**

**Nonpriority creditor's name and mailing address**

**Keon Brown**
**2112 oak Avenue**
**Tifton   31794**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4720**

**Nonpriority creditor's name and mailing address**

**Keon Gibbs**
**727 DuPont rd**
**G**
**Charleston, SC 29407**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4721**

**Nonpriority creditor's name and mailing address**

**keon Heyward**
**222 daniels creek cir**
**City, SC 29445**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4722**

**Nonpriority creditor's name and mailing address**

**Keondre Roberts**
**1421 diamond ky**
**Stone Mountain, GA 30088**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4723**

**Nonpriority creditor's name and mailing address**

**Keri McCallister**
**314 Young Road**
**Franklin, GA 30217**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4724**

**Nonpriority creditor's name and mailing address**

**Kerr Roofing and Sheetmetal**
**420 Allamby Ridge rd**
**Moncks Cornet, SC 29461**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4725**

**Nonpriority creditor's name and mailing address**

**Kerri McDonald**
**2627 Roche Rd**
**Chipley, FL 32428**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                   Case number (if known) _____
Name

---

**3.472 6**

**Nonpriority creditor's name and mailing address**

**Kerri Robinson**
**116 Neyle Street**
**Apt 302**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472 7**

**Nonpriority creditor's name and mailing address**

**Kerriem Varner**
**131 Hillside Dr**
**Independence, MO 64050**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472 8**

**Nonpriority creditor's name and mailing address**

**Kerry Brown**
**3 Kensington Cir**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472 9**

**Nonpriority creditor's name and mailing address**

**Kerry Groves**
**2019 5th ave. Norrh**
**Great Falls, MT 59401**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 0**

**Nonpriority creditor's name and mailing address**

**Kerry LaRue**
**2508 11th Ave S**
**#15**
**Great Falls, MT 59405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 1**

**Nonpriority creditor's name and mailing address**

**Kerry Williams**
**22435 keepsake rd**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 2**

**Nonpriority creditor's name and mailing address**

**Keshawn Pope**
**52 S Oak Street**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.473 3**

**Nonpriority creditor's name and mailing address**

**Keshon Allen**
**823 Halliburton st**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 4**

**Nonpriority creditor's name and mailing address**

**Ketura Emery**
**822 s crane st**
**independence, MO 64050**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 5**

**Nonpriority creditor's name and mailing address**

**Ketzler Lawn Service**
**Matthew Ketzler**
**770 CR 6400**
**Salem, MO 65560**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 6**

**Nonpriority creditor's name and mailing address**

**Kevin Boxley**
**117 cove landing drive**
**117**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 7**

**Nonpriority creditor's name and mailing address**

**Kevin Brannon**
**47 Harp Rd**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 8**

**Nonpriority creditor's name and mailing address**

**Kevin Coakley Jr**
**113 Elmora Avenue**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.473 9**

**Nonpriority creditor's name and mailing address**

**kevin mccoy**
**620 5th street se**
**moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4740**

**Nonpriority creditor's name and mailing address**

**Kevin Nazario**
**2716 BUSCH Avenue**
**NORTH CHARLESTON, SC 29405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4741**

**Nonpriority creditor's name and mailing address**

**Kevin Perkins**
**1310 Carlis Lane**
**Westville, FL 32464**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4742**

**Nonpriority creditor's name and mailing address**

**Kevin Pollock**
**200 Discovery Lake Dr**
**Fayetteville, GA**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4743**

**Nonpriority creditor's name and mailing address**

**Kevin S Ireland**
**301 SW 20th St**
**Trenton, MO 64683**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4744**

**Nonpriority creditor's name and mailing address**

**Kevin Sandoval**
**2211 Columns Drive**
**Apt 2211**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4745**

**Nonpriority creditor's name and mailing address**

**Kevin Spooner**
**3971 Inner Perimeter Rd**
**D**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4746**

**Nonpriority creditor's name and mailing address**

**Kevionta Hicks**
**405 birch dr**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                  Case number (if known) _____
          Name

---

3.474 7

**Nonpriority creditor's name and mailing address**

**Kevon Wilson**
**404 Witsell St**
**Apt 801**
**Walterboro, SC 29488**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.474 8

**Nonpriority creditor's name and mailing address**

**Kevron Grant**
**south Washington Crossing**
**507**
**Tennile, GA 31089**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.474 9

**Nonpriority creditor's name and mailing address**

**Keyara Jackson**
**11 poplar street**
**11**
**Hawkinsville, GA 31036**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.475 0

**Nonpriority creditor's name and mailing address**

**Keyari Prioleau**
**1431 emma meredith circle**
**Summerville, SC 29486**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.475 1

**Nonpriority creditor's name and mailing address**

**Keydy Amador**
**1619 N 74th St**
**1619**
**Kansas City, KS 66112**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.475 2

**Nonpriority creditor's name and mailing address**

**Keyleigh McCoy-Thayer**
**226 Hensley Rd SE**
**Adairsville, GA 30103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.475 3

**Nonpriority creditor's name and mailing address**

**Keylin Norman**
**782 sunset rd**
**49**
**Canon, GA 30520**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page  700 of 1218

Debtor     **ARC Burger, LLC**                                    Case number (if known) _____
           Name

---

**3.4754**

**Nonpriority creditor's name and mailing address**

**Keyon Johnson**
**460 Hays Mill Rd**
**Carrollton, GA 30117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4755**

**Nonpriority creditor's name and mailing address**

**Keyondra Mallory**
**6431 Grey Fox Way**
**Riverdale, GA 30296**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4756**

**Nonpriority creditor's name and mailing address**

**Keyonna Johnson**
**7778 Ginger Lane**
**North Charleston, SC 29420**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4757**

**Nonpriority creditor's name and mailing address**

**Keyron Cannon**
**104 6th st**
**Monroe, GA 30655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4758**

**Nonpriority creditor's name and mailing address**

**Keyyonue Durham**
**716 North Houston Lake Blvd**
**Lot 5**
**Centerville, GA 31028**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4759**

**Nonpriority creditor's name and mailing address**

**Khaila Newman**
**9777 Doublehead Gap Road**
**Blue Ridge, GA 30513**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4760**

**Nonpriority creditor's name and mailing address**

**Khaleb Cochran**
**1324 Willow Way**
**Valdosta, GA 31602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.476
1**

**Nonpriority creditor's name and mailing address**

**Khalee Quinn**
**5445 brown st**
**Apt 403**
**Graceville, FL 32440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476
2**

**Nonpriority creditor's name and mailing address**

**Khaliq Williford**
**105 Wills way**
**Griffin, GA 30223**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476
3**

**Nonpriority creditor's name and mailing address**

**Khameron McDowell**
**517 south 15th st**
**Griffin, GA 30224**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476
4**

**Nonpriority creditor's name and mailing address**

**Khamis Said**
**2028 hidden meadow In**
**Stone Mountain, GA 30088**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476
5**

**Nonpriority creditor's name and mailing address**

**Khayliea Dudley**
**231 Yorker Ln**
**Sandersville, GA 31082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476
6**

**Nonpriority creditor's name and mailing address**

**Khiliq Floyd**
**105 farm road**
**11**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476
7**

**Nonpriority creditor's name and mailing address**

**Khiry Johnson**
**817 Armour Rd**
**Tifton, GA 31794**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.4768**

**Nonpriority creditor's name and mailing address**

**Khiry Mungin Jr**
**5672 Ritter Rd**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4769**

**Nonpriority creditor's name and mailing address**

**Khristina Williams**
**107 Dodd Blvd SE, Rome GA 30161**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4770**

**Nonpriority creditor's name and mailing address**

**Khriston Young**
**1291 scenic brook trail**
**Conyers, GA 30094**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4771**

**Nonpriority creditor's name and mailing address**

**Khronte casson**
**2914 harristown rd**
**533**
**Saint stephen, SC 29479**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4772**

**Nonpriority creditor's name and mailing address**

**Khy Cantwell**
**59 Charlene st**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4773**

**Nonpriority creditor's name and mailing address**

**khyla bell**
**17 denney rd**
**whitesburg, GA 30185**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4774**

**Nonpriority creditor's name and mailing address**

**Khyri Jackson**
**617 Ferncrest Dr**
**Apt A3**
**Sandersville, GA 31082**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.4775**

**Nonpriority creditor's name and mailing address**
**Kiana Swan**
**1034 ninth ave Se**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4776**

**Nonpriority creditor's name and mailing address**
**Kiantay Collins**
**260 ravenell drive**
**1G**
**St Stephen, SC 29479**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4777**

**Nonpriority creditor's name and mailing address**
**Kiara Johnson**
**19900 E 14th St N**
**Independence, MO 64056**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4778**

**Nonpriority creditor's name and mailing address**
**Kiara Mitchell**
**191 Frasier Hill Ln**
**Green Pond, SC 29446**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4779**

**Nonpriority creditor's name and mailing address**
**Kiara Preston**
**343 University Dr**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4780**

**Nonpriority creditor's name and mailing address**
**Kiara Wayman**
**1022 Fieldcrest Dr.**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4781**

**Nonpriority creditor's name and mailing address**
**Kiefer Sanitation**
**Waste Connections**
**3000 N HWY 14-16**
**Gillette, WY 82716-8501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$629.70**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 704 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.478 2**

**Nonpriority creditor's name and mailing address**

**Kieonia Mccalla**
**733 A lacy st**
**733 A**
**Monore, GA 30655**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 3**

**Nonpriority creditor's name and mailing address**

**Kierra Mckenzie**
**1869 Whitehall Forest Ct Se**
**Atlanta, GA 30316**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 4**

**Nonpriority creditor's name and mailing address**

**Kierra Walton**
**153 Sydney woods Dr.**
**Forsyth, GA 31029**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 5**

**Nonpriority creditor's name and mailing address**

**Kierra Woods**
**1129 cleveland ave**
**ks, KS 66104**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 6**

**Nonpriority creditor's name and mailing address**

**Kiersten Ford**
**3535 Williamson rd**
**223**
**Macon, GA 31206**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 7**

**Nonpriority creditor's name and mailing address**

**Kiersten Taylor**
**203 shellbark dr**
**McDonough, GA 30252**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 8**

**Nonpriority creditor's name and mailing address**

**Kieth Devereaux**
**502 8th st so**
**Great Falls, MT 59405**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.4789**

**Nonpriority creditor's name and mailing address**

**Kileah Johnson**
**2409 Walrond ave**
**Kansas city, MO 64127**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4790**

**Nonpriority creditor's name and mailing address**

**Kilee Richmond**
**35211 e old Lexington rd**
**Buckner, MO 64016**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4791**

**Nonpriority creditor's name and mailing address**

**Kiley Ryan**
**916 south Kentucky Ave**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4792**

**Nonpriority creditor's name and mailing address**

**Kim Strange**
**399 Jordan Street**
**Royston, GA 30662**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4793**

**Nonpriority creditor's name and mailing address**

**Kimahri Varner**
**211 Cypress Plantation Rd**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4794**

**Nonpriority creditor's name and mailing address**

**Kimberly Barrow**
**500 Cabiness Rd**
**C1**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4795**

**Nonpriority creditor's name and mailing address**

**Kimberly Bell**
**3360 valley bend rd**
**College park, GA 30349**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | **ARC Burger, LLC** |
| | Name |

Case number (if known) _____

---

**3.4796**

**Nonpriority creditor's name and mailing address**

**Kimberly Blue**
**8710 Evangeline Drive**
**1015**
**Charleston, SC 29420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4797**

**Nonpriority creditor's name and mailing address**

**Kimberly Booth**
**2911 hill avenue**
**B**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4798**

**Nonpriority creditor's name and mailing address**

**Kimberly Bozeman**
**369 Cherokee dr**
**Bowman, GA 30624**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4799**

**Nonpriority creditor's name and mailing address**

**Kimberly Harper**
**830 Ashland Park Blvd**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4800**

**Nonpriority creditor's name and mailing address**

**Kimberly Leyva**
**308 orchard lane**
**Warner robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4801**

**Nonpriority creditor's name and mailing address**

**Kimberly Patten**
**1324A Warehouse Dr**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4802**

**Nonpriority creditor's name and mailing address**

**Kimberly Reyes**
**176 Ashwood Drive**
**Bonare, GA 31005**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                            Case number (if known) _____
                    Name

---

3.480.3

**Nonpriority creditor's name and mailing address**

**Kimberly Shuler**
**201 Pamela Ann Court**
**Winterville, GA 30683**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.480.4

**Nonpriority creditor's name and mailing address**

**Kimberly Smith**
**1200 Waverly place lane**
**H2**
**North Charleston, SC 29418**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.480.5

**Nonpriority creditor's name and mailing address**

**Kimberly Stewart**
**380 Club Drive**
**Athens, GA 30607**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.480.6

**Nonpriority creditor's name and mailing address**

**Kimberly Tsosie**
**945 Wyoming ave**
**102**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.480.7

**Nonpriority creditor's name and mailing address**

**Kimberly Washington**
**809 Armour rd**
**Tifton, GA 31795**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.480.8

**Nonpriority creditor's name and mailing address**

**Kimberly Williamson**
**107 Dogwood Hill Drive**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.480.9

**Nonpriority creditor's name and mailing address**

**Kimberly Zydzik**
**1830 Royle Rd**
**Lot 36**
**Summerville, SC 29486**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.4810**

**Nonpriority creditor's name and mailing address**

**Kimbreannia Mack**
**1392 Harrison DAVISBORO rd**
**Davisboro, GA 31018**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4811**

**Nonpriority creditor's name and mailing address**

**Kimmala Huff**
**103 Jefferson street**
**Thomaston**
**Georgia, GA 30286**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4812**

**Nonpriority creditor's name and mailing address**

**Kimora Johnson**
**209 delaware ave**
**warner robins, GA 31093**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4813**

**Nonpriority creditor's name and mailing address**

**Kindra Fildes**
**700 1/2 W 4th street**
**Gillette, WY 82716**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4814**

**Nonpriority creditor's name and mailing address**

**Kingsley Gate Partners LLC**
**2711 Lyndon B Johnson Freeway Suite 850**
**Dallas, TX 75234**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4815**

**Nonpriority creditor's name and mailing address**

**Kionna Peebles**
**78 Mustang Dr.**
**Buffalo, MO 65622**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4816**

**Nonpriority creditor's name and mailing address**

**Kirk Bayne**
**2020 S Pearl**
**Independence, MO 64055**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
| | Name | | | |

---

| 3.481<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Kirrisha Bradford**<br>**7704 Midwood Dr**<br>**North Charleston, SC 29420** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **KirStan Parker**<br>**106 S Forsyth Street**<br>**Thomasville, GA 31792** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.481<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Kirsten Babbitt**<br>**1009 Buena Vista Street**<br>**Apt D**<br>**Jefferson city, MO 65109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.482<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Kirsten Lynn**<br>**3435 n ridge rd**<br>**Tallahassee, FL 32305** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.482<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Kirsten Winn**<br>**6208 Carnegie St**<br>**Saint Joseph, MO 64504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.482<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Kitana Mathis**<br>**43 Broadacres Ct**<br>**Athens, GA 30606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.482<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| | **Kitson Holcumbrink**<br>**421 W Anderson St**<br>**Mexico, MO 65265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.4824**

**Nonpriority creditor's name and mailing address**

**Kitty Barnette**
**3078 Santee River Rd**
**SAINT STEPHEN, SC 29479**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4825**

**Nonpriority creditor's name and mailing address**

**Kiwanis Club of Bonifay, Florida**
**PO Box 264**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4826**

**Nonpriority creditor's name and mailing address**

**Kiyanadra Richardson**
**720 timmons dr**
**21**
**tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4827**

**Nonpriority creditor's name and mailing address**

**Kizzie Sherman**
**636 East Gordon St**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4828**

**Nonpriority creditor's name and mailing address**

**KLee Griffin**
**290 Arthur rd**
**Hull, GA 30646**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4829**

**Nonpriority creditor's name and mailing address**

**Kloie Kirkwood**
**213 East Caldwell Street**
**Paris, MO 65275**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4830**

**Nonpriority creditor's name and mailing address**

**KNH Mechanical**
**6595 ROSWELL RD STE G 3153**
**Atlanta, GA 30328**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.483
1**

**Nonpriority creditor's name and mailing address**

**Knia Brigham**
**1162 4th avenue**
**Chipley, FL 32428**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.483
2**

**Nonpriority creditor's name and mailing address**

**Knikko James**
**2973 Horseshoe drive**
**Atlanta, GA 30316**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.483
3**

**Nonpriority creditor's name and mailing address**

**Knockout Power Washing**
**Jesse Couch**
**196 Chance Dr N.W**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.483
4**

**Nonpriority creditor's name and mailing address**

**Kobe Jones**
**137 W Thigpen Ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.483
5**

**Nonpriority creditor's name and mailing address**

**Kobe Lavar**
**128 SW 8th St**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.483
6**

**Nonpriority creditor's name and mailing address**

**Kody Hutson**
**226 south memorial drive**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.483
7**

**Nonpriority creditor's name and mailing address**

**Kohl Odom**
**108 west cedar**
**108**
**Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                            Case number (if known) _____
Name

| 3.4838 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**kolby nelson**
**2567 dock wilson rd**
**samson, AL 36477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4839 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Koleton Hampton**
**1617eagle drive**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4840 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kollin Gross**
**3705 Hilda Ln**
**Saint Joseph, MO 64503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4841 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Kolton Branch**
**18990 ostrich dr**
**Lebanon, MO 65536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Konnor Cochran**
**1314 E Tenth St**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4843 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**korey clausen**
**206 s. brooks ave**
**apt 101**
**gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4844 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Korey Johnson**
**205 Spencer Street**
**Fort valley, GA 31030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.484 5**

**Nonpriority creditor's name and mailing address**
**Koriana Walker**
**381 Bunn Rd**
**Forsyth, GA 31029**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.484 6**

**Nonpriority creditor's name and mailing address**
**Koriona Bates**
**594 folk st e**
**Fairfax, SC 29827**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.484 7**

**Nonpriority creditor's name and mailing address**
**Korrin Turner-Manz**
**1720 Euclid Ave**
**Helena, MT 59601**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.484 8**

**Nonpriority creditor's name and mailing address**
**Korsmeyer Fire Protection LLC**
**P O BOX 104746**
**Jefferson City, MO 65110**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.484 9**

**Nonpriority creditor's name and mailing address**
**Kortney Hooks**
**15713 GEORGE 100**
**Franklin, GA 30217**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.485 0**

**Nonpriority creditor's name and mailing address**
**KPC Kansas Payment Center**
**KCP Collections**
**PO Box 750380**
**Topeka, KS 66675**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.485 1**

**Nonpriority creditor's name and mailing address**
**KPMG LLP**
**Dept 0754**
**PO Box 120754**
**Dallas, TX 75312-0754**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.485 2**

**Nonpriority creditor's name and mailing address**

**Krisal Jordan**
**125 Betha Ln**
**Sandersville, GA 31082**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.485 3**

**Nonpriority creditor's name and mailing address**

**Krishna Sreeman**
**6624 W 141st St**
**Overlandpark, KS 66223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.485 4**

**Nonpriority creditor's name and mailing address**

**Krista Armstrong**
**Po Box 133**
**Melvern, KS 66510**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.485 5**

**Nonpriority creditor's name and mailing address**

**Kristal Allnutt**
**839 North 34th Street**
**E**
**Kansas City, KS 66102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.485 6**

**Nonpriority creditor's name and mailing address**

**Kristal Stephens**
**757 W College Str.**
**Bowdon, GA 30108**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.485 7**

**Nonpriority creditor's name and mailing address**

**Kristen Haslett**
**2835 SE Wear Circle**
**Topeka, KS 66607**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.485 8**

**Nonpriority creditor's name and mailing address**

**Kristen Jackson**
**363 Joyner Roaf**
**62**
**Cairo, GA 39828**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.4859**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kristen Rains**<br>**105 Vern Ct**<br>**Bonaire, GA 31005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.4860**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kristie Berryhill**<br>**2626 East Park Ave**<br>**Apt 5105**<br>**TALLAHASSEE, FL 32301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.4861**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kristie Self**<br>**409 E Pennsylvania Ave**<br>**Bonifay, FL 32425** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.4862**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kristie Wilson**<br>**2117 4Th Ave North**<br>**Great Falls, MT 59401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.4863**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.22 |
|---|---|---|
| **Kristina Allen**<br>**300 W 8th St**<br>**Trenton, MO 64683** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.4864**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kristina Christian**<br>**1077 booth rd lot 5**<br>**Warner robins, GA 31088** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.4865**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kristina King**<br>**12665 GA highway 68 S**<br>**Tennille, GA 31089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.4866**

**Nonpriority creditor's name and mailing address**

**Kristina McDaniel**
**106 Roe street**
**Sylvester, GA 31791**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4867**

**Nonpriority creditor's name and mailing address**

**Kristine Cartwright**
**2758 straylott rd**
**N/A**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4868**

**Nonpriority creditor's name and mailing address**

**Kristine Walker**
**1734 ranger dr**
**Cross, SC 29436**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4869**

**Nonpriority creditor's name and mailing address**

**Kristofor Villines**
**113 Asher Lane**
**Thomasville, GA 31757**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4870**

**Nonpriority creditor's name and mailing address**

**Kristopher Earp**
**6432, Albright Ave.**
**Flowery Branch, GA 30542**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4871**

**Nonpriority creditor's name and mailing address**

**Kristopher James**
**523 S Clark**
**#1**
**Moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4872**

**Nonpriority creditor's name and mailing address**

**Kristopher Lisbon-Gosha**
**201 Glover Street**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

| 3.487<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kristy Anderson**
**127 18 th st sw**
**Great falls, MT 59404**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kristy Hyde**
**555 lake center parkway**
**126**
**Cumming, GA 30040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kristyn Roberts**
**1204 S Morley St**
**16**
**Moberly, MO 65270**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Krysina Kimsey**
**314 Woodlawn Ave**
**Warner Robins, GA 31093**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Krystal Freeman**
**49 Royston Homes Cir**
**49**
**Royston, GA 30662**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Krystal Hendrix**
**99 Sidney Dr**
**Griffin, GA 30223**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Krystle Manuel**
**424 line st**
**E3**
**Chattahoochee, FL 32324**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

3.488 0

**Nonpriority creditor's name and mailing address**

**Kuhrean Smith**
**131 Austin Ln**
**A**
**Locust Grove, GA 30248**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.488 1

**Nonpriority creditor's name and mailing address**

**Kurie Williams**
**1521 Bouldercrest Rd**
**A3**
**Atlanta, GA 30316**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.488 2

**Nonpriority creditor's name and mailing address**

**Kurt Scott**
**204 Cardinal Dr**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.488 3

**Nonpriority creditor's name and mailing address**

**Kurtis Walter**
**507 South Morley**
**Moberly, MO 65270**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.488 4

**Nonpriority creditor's name and mailing address**

**Kutak Rock LLP**
**1650 Farnam ST**
**Omaha, NE 68102-2104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.488 5

**Nonpriority creditor's name and mailing address**

**Kuterra Braxton taylor**
**720 Timmons dr apt**
**6**
**Tifton, GA 31794**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.488 6

**Nonpriority creditor's name and mailing address**

**Kuwmaine Thomas**
**6312 Sherwood Road**
**S105**
**Philadelphia, PA 19151**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 719 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.4887**

**Nonpriority creditor's name and mailing address**

**KVionna Grant**
**7708 Haywood St**
**North Charleston, SC 29418**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4888**

**Nonpriority creditor's name and mailing address**

**Kwiah Penninger**
**1105 Second Texas Rd**
**Saint George, SC 29477**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4889**

**Nonpriority creditor's name and mailing address**

**Ky Freeman**
**273 E Shore Ln**
**Charleston, SC 29407**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4890**

**Nonpriority creditor's name and mailing address**

**Kyahnya Johnson**
**7431 Armstrong Ave**
**G**
**Kansas City, KS 66112**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4891**

**Nonpriority creditor's name and mailing address**

**kyanna rodriguez**
**18710 E 13th Terrace Ct N**
**Independence, MO 64056**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4892**

**Nonpriority creditor's name and mailing address**

**Kyara Wilder**
**2312 Kent Avenue**
**North Charleston, SC 29405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4893**

**Nonpriority creditor's name and mailing address**

**Kyasia Green**
**7910 crossroads dr**
**16n**
**North Charleston, SC 29406**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.4894**

**Nonpriority creditor's name and mailing address**

**KyErra Fisher**
**1872 E 76th st**
**Kansas City, MO 64132**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4895**

**Nonpriority creditor's name and mailing address**

**Kyia Mcneal**
**519 Sizemore Hwy**
**Geneva, AL 36340**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4896**

**Nonpriority creditor's name and mailing address**

**Kyjah Marrero**
**160 Marian's Way**
**McDonough, GA 30253**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4897**

**Nonpriority creditor's name and mailing address**

**Kylan Marrero**
**160 marians way**
**McDonough, GA 30253**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4898**

**Nonpriority creditor's name and mailing address**

**Kylan Shelby**
**2309 SW Woodhaven Ct**
**Lees summit, MO 64082**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4899**

**Nonpriority creditor's name and mailing address**

**Kyle Daniels**
**747 5th st**
**B**
**Chipley, FL 32428**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4900**

**Nonpriority creditor's name and mailing address**

**Kyle Dawkins**
**1986 oak terrance Dr SE**
**Atlanta, GA 30316**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                              Case number (if known) _____
          Name

---

| 3.490 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kyle Dunn**
**1141 28th street west #26**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kyle Knight**
**552 Merrillville Rd**
**Thomasville, GA 31757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kyle Roper**
**1485 Baker Dr**
**Independence, MO 64050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kyle Sackman**
**125 Hill Loop**
**1**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kyle Scogin**
**5701 Cambridge Ave**
**Kansas City, MO 64129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kyle Turner**
**2790 robinsonwood dr**
**Riverdale, GA 30296**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kyleigh Mitchell**
**403 E Court**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page  722 of 1218

Debtor    **ARC Burger, LLC**                                Case number (if known) _____
          Name

---

| 3.4908 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kylie Boyd**
**3812 Candlelight Drive**
**B**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4909 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kylie Martin**
**234 Ashley Nicole Ave**
**Bonaire, GA 31005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4910 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kylynn Gray**
**9989 Dorchester Rd**
**Apt #23A**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4911 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kymberly McCoy**
**232 Shoshone Cir**
**Kathleen, GA 31047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4912 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kyndel Brown**
**326 African street**
**Chattahoochee, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4913 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kyra Hultz**
**609 s Clark**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.491
4**

**Nonpriority creditor's name and mailing address**

**L Johnson Enterprises LLC
Mrhandyman of McDonough and
Stockbridge
103 Jonesboro Rd Ste F
McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.491
5**

**Nonpriority creditor's name and mailing address**

**L&G Brookhaven, LLC
232 Prospect Ave.
A
Long Beach, CA 90803**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.491
6**

**Nonpriority creditor's name and mailing address**

**L'Gina Porter
1607 Washington Blvd.
Maywood, IL 60153**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.491
7**

**Nonpriority creditor's name and mailing address**

**La Kira Coger
5577 Houston rd
2001
Macon, GA 31216**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.491
8**

**Nonpriority creditor's name and mailing address**

**La'Tia Parker
1420 beckett dr
hampton, GA 30228**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.491
9**

**Nonpriority creditor's name and mailing address**

**La'Tia Parker
1420 beckett dr
hampton, GA 30228**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.4920**

**Nonpriority creditor's name and mailing address**

**LABORLAWCENTER LLC**
**LABORLAW HOLDCO LLC**
**PO Box 103258**
**Pasadena, CA 91189-3258**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4921**

**Nonpriority creditor's name and mailing address**

**Lacey Davis**
**607 E Walcott st**
**Thomasville, GA 31792**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4922**

**Nonpriority creditor's name and mailing address**

**Lacey Hart**
**100 stonehurst dr**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4923**

**Nonpriority creditor's name and mailing address**

**Lachana Evans**
**1222 Lavista Drive**
**Monroe, GA 30655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4924**

**Nonpriority creditor's name and mailing address**

**Lachonda Miller**
**20 Head St**
**McDonough, GA 30253**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4925**

**Nonpriority creditor's name and mailing address**

**LACIE BRAY**
**3151 South Smith Road Southwest**
**Loganville, GA 30052**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4926**

**Nonpriority creditor's name and mailing address**

**Laclede County Collector**
**Laclede County Government Center**
**200 N Adams St**
**Lebanon, MO 65536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
Name                                              Case number (if known) _____

---

**3.4927**

**Nonpriority creditor's name and mailing address**

**Laclede County Health Department**
**405 Harwood Avenue**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4928**

**Nonpriority creditor's name and mailing address**

**Laclede County Tax Collector**
**200 N. Adams Ave.**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4929**

**Nonpriority creditor's name and mailing address**

**Laconia Griffin**
**203 Olivia lane**
**Barnesville, GA 30204**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4930**

**Nonpriority creditor's name and mailing address**

**Lacosha Davis**
**2064 Dickson Garden Ln**
**McDonough, GA 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4931**

**Nonpriority creditor's name and mailing address**

**Ladajah Shackleford**
**209 newnan rd**
**201A**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4932**

**Nonpriority creditor's name and mailing address**

**Ladana Waters**
**1562 pressley lane**
**McDonough, GA 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4933**

**Nonpriority creditor's name and mailing address**

**Laden Williamson**
**2869 Adamsville Lane**
**Cottondale, FL 32431**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4934**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **LaDimone Grant** | ☐ Contingent | |
| **7662 McKnight Dr** | ☐ Unliquidated | |
| **M-44** | ☐ Disputed | |
| **North Charleston, SC 29418** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4935**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **LaDonna Nease** | ☐ Contingent | |
| **4710 S. Limit Ave. #122** | ☐ Unliquidated | |
| **Sedalia, MO 65301** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4936**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Ladrica Hayes** | ☐ Contingent | |
| **423 College St** | ☐ Unliquidated | |
| **Thomasville, GA 31792** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4937**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Ladylyn Wiens** | ☐ Contingent | |
| **2313 Chestnut Street** | ☐ Unliquidated | |
| **Trenton, MO 64683** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4938**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Lagail Francis** | ☐ Contingent | |
| **206 railroad ave** | ☐ Unliquidated | |
| **Hampton, SC 29924** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4939**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Laila Moore** | ☐ Contingent | |
| **5411 union church rd** | ☐ Unliquidated | |
| **Flowery Branch, GA 30542** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4940**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Lajarvious Echoles** | ☐ Contingent | |
| **220 N Broadway St** | ☐ Unliquidated | |
| **220** | ☐ Disputed | |
| **Billings, MT 59101** | | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor      **ARC Burger, LLC**                                        Case number (if known) _____
                Name

---

**3.494
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lakeia Lewis**
**4153 hickory lane**                                    ☐ Contingent
**Ladson, SC 29456**                                     ☐ Unliquidated
                                                         ☐ Disputed

**Date(s) debt was incurred** __                          **Basis for the claim:** __

**Last 4 digits of account number** __                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.494
2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lakeisha Hussie**
**10 Walthall St**                                       ☐ Contingent
**10**                                                   ☐ Unliquidated
**Newnan, GA 30263**                                     ☐ Disputed

**Date(s) debt was incurred** __                          **Basis for the claim:** __

**Last 4 digits of account number** __                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.494
3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**lakeisha laster**
**65 Hidden cove Dr**                                     ☐ Contingent
**Valdosta, GA 31602**                                    ☐ Unliquidated
                                                         ☐ Disputed

**Date(s) debt was incurred** __                          **Basis for the claim:** __

**Last 4 digits of account number** __                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.494
4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lakeisha Touchstone**
**623 W Quilly Street**                                   ☐ Contingent
**Griffin, GA 30223**                                     ☐ Unliquidated
                                                         ☐ Disputed

**Date(s) debt was incurred** __                          **Basis for the claim:** __

**Last 4 digits of account number** __                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.494
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lakendra Allen**
**179 jones circle**                                     ☐ Contingent
**179**                                                  ☐ Unliquidated
**royston, GA 30662**                                    ☐ Disputed

**Date(s) debt was incurred** __                          **Basis for the claim:** __

**Last 4 digits of account number** __                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.494
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lakendra Carr**
**2565 Tom Odum rd**                                     ☐ Contingent
**Monroe, GA 30656**                                     ☐ Unliquidated
                                                         ☐ Disputed

**Date(s) debt was incurred** __                          **Basis for the claim:** __

**Last 4 digits of account number** __                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.494
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lakenya Scott**
**309 10th Street Southeast**                             ☐ Contingent
**Moultrie, GA 31768**                                    ☐ Unliquidated
                                                         ☐ Disputed

**Date(s) debt was incurred** __                          **Basis for the claim:** __

**Last 4 digits of account number** __                    Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  728 of 1218

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

3.494 8

**Nonpriority creditor's name and mailing address**

**Lakeria Silas**
**720 Timmons Dr**
**Tifton, GA 31794**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.494 9

**Nonpriority creditor's name and mailing address**

**lakeriya jackson**
**510 king st**
**monroe, GA 30655**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.495 0

**Nonpriority creditor's name and mailing address**

**Lakesha Henson**
**2419 11th ave n apt**
**#5**
**Billings, MT 59101**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.495 1

**Nonpriority creditor's name and mailing address**

**Lakeshia Ashley**
**1713 marion street**
**Valdosta ga, GA 31602**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.495 2

**Nonpriority creditor's name and mailing address**

**Lakeshia Caldwell**
**2112 oak Ave**
**Tifton, GA 31794**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.495 3

**Nonpriority creditor's name and mailing address**

**Lakeskia Jackson**
**834 King Richard Drive**
**Warner Robins, GA 31088**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.495 4

**Nonpriority creditor's name and mailing address**

**Lakhia Leachman**
**106 E Franklin St**
**5**
**Jefferson City, MO 65101**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **ARC Burger, LLC**                                           Case number (if known) _____
_____
Name

---

3.495
5

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Lakotah Oats**                                              ☐ Contingent
**410 9th Ave**                                               ☐ Unliquidated
**Helena, MT 59601**                                          ☐ Disputed

**Date(s) debt was incurred** __                              **Basis for the claim:** __

**Last 4 digits of account number** __                        Is the claim subject to offset? ■ No  ☐ Yes

---

3.495
6

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Lamar Crawford**                                            ☐ Contingent
**2030 yoopon Ln**                                            ☐ Unliquidated
**BONIFAY, FL 32425**                                         ☐ Disputed

**Date(s) debt was incurred** __                              **Basis for the claim:** __

**Last 4 digits of account number** __                        Is the claim subject to offset? ■ No  ☐ Yes

---

3.495
7

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Lamar Simmons**                                             ☐ Contingent
**208 Old Dominion Dr, 208 Old Dominion Dr**                 ☐ Unliquidated
**North Charleston, SC 29418**                               ☐ Disputed

**Date(s) debt was incurred** __                              **Basis for the claim:** __

**Last 4 digits of account number** __                        Is the claim subject to offset? ■ No  ☐ Yes

---

3.495
8

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Lamar Tribble**                                             ☐ Contingent
**200 branchwood dr**                                         ☐ Unliquidated
**J6**                                                        ☐ Disputed
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __                              **Basis for the claim:** __

**Last 4 digits of account number** __                        Is the claim subject to offset? ■ No  ☐ Yes

---

3.495
9

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Lamariah Key**                                              ☐ Contingent
**88 S Sixth St**                                             ☐ Unliquidated
**Lakeland, GA 31635**                                        ☐ Disputed

**Date(s) debt was incurred** __                              **Basis for the claim:** __

**Last 4 digits of account number** __                        Is the claim subject to offset? ■ No  ☐ Yes

---

3.496
0

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Lamarya Tribble**                                           ☐ Contingent
**200 Branchwood Dr**                                         ☐ Unliquidated
**J-6**                                                       ☐ Disputed
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __                              **Basis for the claim:** __

**Last 4 digits of account number** __                        Is the claim subject to offset? ■ No  ☐ Yes

---

3.496
1

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Lamondre Wright**                                           ☐ Contingent
**1139 Jerusalem Road Green pond sc 29446**                  ☐ Unliquidated
**Walterboro, SC 29446**                                     ☐ Disputed

**Date(s) debt was incurred** __                              **Basis for the claim:** __

**Last 4 digits of account number** __                        Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ARC Burger, LLC**
Name
Case number (if known) _____

---

| 3.496 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lamonica Griggs**
**1552 raines st**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.496 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lamont Hughes**
**1028 White Hawk Dr**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.496 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lamont Pelzer**
**4078 cedars Pkwy Apt A**
**A**
**N. Chas, SC 29420**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.496 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**LaMorris Govan**
**501 E George Street**
**#1A**
**Saint George, SC 29477**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.496 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lamya Bailey**
**7406 ralston ave**
**Raytown, MO 64133**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.496 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lana Little Eagle**
**1105 N 22nd St**
**205B**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.496 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Lana Riviere**
**6877 Stone Breeze Drive**
**Stone Mountain, GA 30087**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
             Name

---

**3.4969**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                                **$0.00**

**Lanaisha Smith**
**1018 gardenwood dr**               ☐ Contingent
**1018**                             ☐ Unliquidated
**Atlanta, GA 30349**                ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset?  ☑ No   ☐ Yes

---

**3.4970**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                                **$0.00**

**Lance Barnwell**
**P.O. Box 748**                     ☐ Contingent
**Varnville, SC 29944**              ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset?  ☑ No   ☐ Yes

---

**3.4971**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                                **$0.00**

**Lance Johnson**
**164 N. DeSmet Avenue**             ☐ Contingent
**Buffalo, WY 82834**                ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset?  ☑ No   ☐ Yes

---

**3.4972**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                                **$0.00**

**Lance Penn**
**205 shamrock place**               ☐ Contingent
**Washington, MO 63090**             ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset?  ☑ No   ☐ Yes

---

**3.4973**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                                **$0.00**

**Lance Topel**
**2212 6th avenue North**            ☐ Contingent
**Billings, MT 59101**               ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset?  ☑ No   ☐ Yes

---

**3.4974**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                                **$0.00**

**Landen Kemple**
**1132 Sw Conch Way**                ☐ Contingent
**Lee's Summit, MO 64064**           ☐ Unliquidated
                                     ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset?  ☑ No   ☐ Yes

---

**3.4975**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                                **$0.00**

**Landen Kirkland**
**250 Cedar Heights Road**           ☐ Contingent
**Lot 312**                          ☐ Unliquidated
**Carrollton, GA 30116**             ☐ Disputed

Date(s) debt was incurred __          **Basis for the claim:** __

Last 4 digits of account number __    Is the claim subject to offset?  ☑ No   ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **ARC Burger, LLC**
_____ Case number (if known) _____
Name

---

**3.4976**

**Nonpriority creditor's name and mailing address**

**Landon Bailey**
**608 E 7th st**
**Washington, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4977**

**Nonpriority creditor's name and mailing address**

**Landon Criswell**
**1312 N Swope Dr**
**Independence, MO 64056**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4978**

**Nonpriority creditor's name and mailing address**

**Lane Byler**
**15915 Heather In**
**Shepherd, MT 59079**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4979**

**Nonpriority creditor's name and mailing address**

**Lanesia Adams**
**424 Line St**
**F5**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4980**

**Nonpriority creditor's name and mailing address**

**Lanier County Health Department**
**Enviromental Services Section**
**53 West Murrell St**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4981**

**Nonpriority creditor's name and mailing address**

**Lanier County Tax Commissioner**
**Rebecca S. Rampey**
**56 West Main Street, Suite 1**
**Lakeland, GA 31635-6880**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4982**

**Nonpriority creditor's name and mailing address**

**Lanier County Tax Commissioner**
**56 W. Main St., Suite 2**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known)    _____
         Name

| 3.498 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Lanijah Holsey**
**506 E 2nd Ave**
**Tennille, GA 31089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.498 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Lanora Hutchison**
**36 Johnston Road**
**Griffin, GA 30224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.498 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Lapearce Carter**
**10843 starling trl**
**Hampton, GA 30228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.498 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Laporsha Simmons**
**1026 high falls rd**
**Griffin, GA 30223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.498 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Laquinta Woods**
**301 strand st**
**Rome, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.498 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Laquisha Crutchfield**
**334 Towler st**
**326-2**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.498 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Laquisha Reeves**
**710 S Ward St**
**Geneva, AL 36340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.4990**

**Nonpriority creditor's name and mailing address**

**Laquita Benjamin**
**4782 valley dale dr**
**B**
**Lilburn, GA 30047**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4991**

**Nonpriority creditor's name and mailing address**

**Laravan Green**
**608 N peck Ct**
**608**
**Independence, MO 64054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4992**

**Nonpriority creditor's name and mailing address**

**LaRonda Travis**
**147 Patterson still spur Rd West**
**8a**
**Thomasville, GA 31792**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4993**

**Nonpriority creditor's name and mailing address**

**LaRontae Scroggins**
**137 Grayside Rd.**
**Irmo, SC 29063**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4994**

**Nonpriority creditor's name and mailing address**

**Larrinda Brown**
**160 Rosedale Tower Road**
**chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4995**

**Nonpriority creditor's name and mailing address**

**Larry Austin**
**229 2nd avenue**
**Thomasville, GA 31792**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4996**

**Nonpriority creditor's name and mailing address**

**Larry Darby Jr**
**1137 Alabama St lot 30**
**Carrollton, GA 30117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                           Case number (if known) _____
          Name

---

3.499
7

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Larry law**
**237 lakeside side park ln**
**Ellijay, GA 30540**
                                                                   ☐ Contingent
                                                                   ☐ Unliquidated
                                                                   ☐ Disputed

**Date(s) debt was incurred __**
                                                                   **Basis for the claim: __**
**Last 4 digits of account number __**
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.499
8

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Larry Prioleau**
**1431 Saint James ave**
**1431**
**Goose creek, SC 29045**
                                                                   ☐ Contingent
                                                                   ☐ Unliquidated
                                                                   ☐ Disputed

**Date(s) debt was incurred __**
                                                                   **Basis for the claim: __**
**Last 4 digits of account number __**
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.499
9

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Larry Vincent, Cole County Collector**
**311 E. High St Room 100**
**Jefferson City, MO 65101**
                                                                   ☐ Contingent
                                                                   ☐ Unliquidated
                                                                   ☐ Disputed

**Date(s) debt was incurred __**
                                                                   **Basis for the claim: __**
**Last 4 digits of account number __**
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.500
0

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Lashale Davlin**
**9989 Dorchester Rd**
**6D**
**Summerville, SC 29485**
                                                                   ☐ Contingent
                                                                   ☐ Unliquidated
                                                                   ☐ Disputed

**Date(s) debt was incurred __**
                                                                   **Basis for the claim: __**
**Last 4 digits of account number __**
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.500
1

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Lashanna Harrison**
**507 S.Bay Street**
**Samson, AL 36477**
                                                                   ☐ Contingent
                                                                   ☐ Unliquidated
                                                                   ☐ Disputed

**Date(s) debt was incurred __**
                                                                   **Basis for the claim: __**
**Last 4 digits of account number __**
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.500
2

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Lashanna Jones**
**175 river view dr ne**
**Resaca, GA 30735**
                                                                   ☐ Contingent
                                                                   ☐ Unliquidated
                                                                   ☐ Disputed

**Date(s) debt was incurred __**
                                                                   **Basis for the claim: __**
**Last 4 digits of account number __**
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.500
3

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**LaShaunda Lindsey**
**156 Johnson street**
**Cochran, GA 31014**
                                                                   ☐ Contingent
                                                                   ☐ Unliquidated
                                                                   ☐ Disputed

**Date(s) debt was incurred __**
                                                                   **Basis for the claim: __**
**Last 4 digits of account number __**
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.500 4**

**Nonpriority creditor's name and mailing address**

**Lashawndawlyn Mitchell**
**756 Anderson Dr**
**Jonesboro, GA 30236**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.500 5**

**Nonpriority creditor's name and mailing address**

**Lashonda Moreland**
**156 nizzear lane**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.500 6**

**Nonpriority creditor's name and mailing address**

**Lashonna Washington**
**227 peace Ln**
**Bowman, SC 29018**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.500 7**

**Nonpriority creditor's name and mailing address**

**Lashunder Cooper**
**110 corinth st**
**Warner robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.500 8**

**Nonpriority creditor's name and mailing address**

**LaTacha Edelen**
**348 north coy**
**348 north coy**
**Kansas, KS 66101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.500 9**

**Nonpriority creditor's name and mailing address**

**Latanya Lewis**
**4656 East 37th Terrace**
**Kansas City, MO 64128**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.501 0**

**Nonpriority creditor's name and mailing address**

**Latasha Hill**
**321 Scott brown rd**
**418**
**Fairmount, GA 30139**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                  Case number (if known) _____
　　　　　　Name

| | | |
|---|---|---|
| **3.501**<br>**1** | **Nonpriority creditor's name and mailing address**<br>**Latasha Neals**<br>**300 Reed street**<br>**Apt 6A**<br>**St. George, SC 29477**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.501**<br>**2** | **Nonpriority creditor's name and mailing address**<br>**Latasha Smth**<br>**330 Vanceville County Line Rd**<br>**13**<br>**Tifton, GA 31794**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.501**<br>**3** | **Nonpriority creditor's name and mailing address**<br>**Latasha Windom**<br>**430 Bee DR**<br>**Walterboro, SC 29488**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.501**<br>**4** | **Nonpriority creditor's name and mailing address**<br>**Latashia Daniels**<br>**1211  Tracy Ln**<br>**Valdosta, GA 31601**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.501**<br>**5** | **Nonpriority creditor's name and mailing address**<br>**Lataurus Jones**<br>**929 Bill St**<br>**Adel, GA 31620**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.501**<br>**6** | **Nonpriority creditor's name and mailing address**<br>**LaTeasia Stephens**<br>**2972 Watson Blvd**<br>**4104**<br>**Centerville, GA 31028**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.501**<br>**7** | **Nonpriority creditor's name and mailing address**<br>**Lateefat Oduola**<br>**399 Mica Trail**<br>**Riverdale, GA 30296**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                    Page  738 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5018**

**Nonpriority creditor's name and mailing address**

**Lateisha Clark**
**3440 Boulder Park Dr Sw**
**101**
**Atlanta, GA 30331**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5019**

**Nonpriority creditor's name and mailing address**

**Lateria Davis**
**113 carver rd**
**mcdonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5020**

**Nonpriority creditor's name and mailing address**

**Laticha watts**
**201 valencia circle**
**Centerville, GA 31028**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5021**

**Nonpriority creditor's name and mailing address**

**Laticia Roque**
**701 S Central St**
**Apt A**
**Olathe, KS 66061**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5022**

**Nonpriority creditor's name and mailing address**

**Latisha Duncan**
**PO box 831**
**Hampton, SC 29924**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5023**

**Nonpriority creditor's name and mailing address**

**Latisha Moore**
**807 fry st**
**412**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5024**

**Nonpriority creditor's name and mailing address**

**Latisha Snelling**
**66 heery rd.**
**i**
**Newnan, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.502 5**

**Nonpriority creditor's name and mailing address**

**Iatisha southard**
**1007 Woodlawn Park Dr**
**McDonough, GA 30253**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.502 6**

**Nonpriority creditor's name and mailing address**

**Latonya Eubanks**
**25 e Jackson ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.502 7**

**Nonpriority creditor's name and mailing address**

**LaTonya Walker**
**4725 Prospect Ave**
**712**
**Kansas City, MO 64130**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.502 8**

**Nonpriority creditor's name and mailing address**

**Latonya West**
**502 martin ave**
**valdosta, GA 31601**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.502 9**

**Nonpriority creditor's name and mailing address**

**Latonya Wilson**
**217 7th Ave nw**
**Moultrie Ga, GA 31768**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.503 0**

**Nonpriority creditor's name and mailing address**

**Latoya Brady**
**605 Lime Street**
**Sandersville, GA 31082**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.503 1**

**Nonpriority creditor's name and mailing address**

**Latoya Davis**
**716 wilson ave**
**Valdosta, GA 31601**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.503
2**

**Nonpriority creditor's name and mailing address**

**Latoya Grant**
**33 church st**
**18**
**Gretna, FL 32332**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503
3**

**Nonpriority creditor's name and mailing address**

**Latoya Kinlock**
**4516 Nestwood St**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503
4**

**Nonpriority creditor's name and mailing address**

**Latoya Matthews**
**2006 Jacksonville Rd**
**n/a**
**North Charleston, SC 29405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503
5**

**Nonpriority creditor's name and mailing address**

**Latoya McKinney**
**606 Coventry Cir**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503
6**

**Nonpriority creditor's name and mailing address**

**Latoye Anderson**
**1109 Martin Luther king jr dr nw**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503
7**

**Nonpriority creditor's name and mailing address**

**Latrell Smalls**
**1334 Colonel Maham Dr**
**Pineville, SC 29468**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503
8**

**Nonpriority creditor's name and mailing address**

**Latrica Williams**
**1308 hallmark dr**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5039**

**Nonpriority creditor's name and mailing address**

**Latrica Williams**
**1308 Hallmark**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5040**

**Nonpriority creditor's name and mailing address**

**Latrice Thomas**
**5793 Bloomfield Rd.**
**Macon, GA 31206**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5041**

**Nonpriority creditor's name and mailing address**

**Latrisha Vermillion**
**19703 e 47th st**
**Lot 353**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5042**

**Nonpriority creditor's name and mailing address**

**Latroye Irvin**
**411 northside dr**
**A6**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5043**

**Nonpriority creditor's name and mailing address**

**Laura  Castro**
**825 N Main Street**
**B**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5044**

**Nonpriority creditor's name and mailing address**

**laura blount**
**377 hilton st**
**lebanon, MO 65536**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5045**

**Nonpriority creditor's name and mailing address**

**LAURA HOGAN**
**3747 YOUTH MONROE RD**
**LOT 50**
**LOGANVILLE, GA 30052**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

| | |
|---|---|

**3.5046**

**Nonpriority creditor's name and mailing address**

**Laura Johnson**
**451 vinemont ridge**
**Auburn, GA 30011**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5047**

**Nonpriority creditor's name and mailing address**

**Laura Lemons**
**5390 Webb st**
**Graceville, FL 32440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5048**

**Nonpriority creditor's name and mailing address**

**Laura Martin**
**516 West Goodrich**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5049**

**Nonpriority creditor's name and mailing address**

**Laura Mccabe**
**290 Monroe street**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5050**

**Nonpriority creditor's name and mailing address**

**Laura Moore**
**165 Crestwood Circle**
**COMMERCE, GA 30529**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5051**

**Nonpriority creditor's name and mailing address**

**Laura Payne**
**848 Lower Caldwell Rd**
**BOWDON, GA 30108**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5052**

**Nonpriority creditor's name and mailing address**

**Laura Smiddy**
**625 Pennsylvania Ave**
**Medford, OR 97501**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 743 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.505 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Laura Todd** | ☐ Contingent | |
| **15 Fite Bend Rd** | ☐ Unliquidated | |
| **Resaca, GA 30735** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.505 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Lauren Bragg** | ☐ Contingent | |
| **105 Barnes ave** | ☐ Unliquidated | |
| **Thomaston, GA 30286** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.505 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Lauren Carbone** | ☐ Contingent | |
| **23109 triple ln, unit 13** | ☐ Unliquidated | |
| **st robert, MO 65584** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.505 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Lauren Epperson** | ☐ Contingent | |
| **3617 Gene Field Rd** | ☐ Unliquidated | |
| **C29** | ☐ Disputed | |
| **Saint Joseph, MO 64506** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.505 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Lauren Henderson** | ☐ Contingent | |
| **326north 21st street** | ☐ Unliquidated | |
| **Kansas City, KS 66102** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.505 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Lauren Mason** | ☐ Contingent | |
| **105 vern ct** | ☐ Unliquidated | |
| **Bonaire, GA 31005** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.505 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **LaVae Foster** | ☐ Contingent | |
| **3437 Spring Chase Lane** | ☐ Unliquidated | |
| **Ellenwood, GA 30294** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor      **ARC Burger, LLC**                                          Case number (if known) _____
            Name

---

**3.5060**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Laveon Moore**
**2909 Seneca ave**
**B**
**Kansas City, KS 66103**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5061**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Laverta Warner**
**9600 Canvasback Ct**
**Jonesboro, GA 30238**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5062**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Lavinia Williams**
**1377 Barracada Road**
**Walterboro, SC 29488**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5063**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Lavinia Williams**
**1377 Barracada  Road**
**Walterboro, SC 29488**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5064**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Lavonnda Green**
**947 Black Drive**
**Gainesville, GA 30501**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5065**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Lavonte Echols**
**20 Calhoun Street**
**Newnan, GA 30263**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5066**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Lawanda Dubinion**
**260 Triune Ave**
**Thomaston, GA 30286**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____Name_____

---

| 3.506 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawanna Gilmore**
**3978 Nicole lane**
**Valdosta, GA 31605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Allen**
**21 jelks st**
**B**
**Hawkinsville, GA 31036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Dicks**
**421 racetrack road**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Tumolo**
**2138 North Dallerton Circle**
**Charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Williams**
**44 la vender lane**
**fort valley, GA 31030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Layla Daniel**
**433B Perry Hwy**
**Hawkinsville, GA 31036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Layla Johnson**
**516 park circle**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5074**

**Nonpriority creditor's name and mailing address**

**Lazarius White**
**2033 Parador Bend**
**McDonough, GA 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5075**

**Nonpriority creditor's name and mailing address**

**LBE Holdings, LLC**
**5305 Spine Rd., Ste. A**
**Boulder, CO 80301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5076**

**Nonpriority creditor's name and mailing address**

**LC Services**
**Lee Ellison**
**111 Jessica Dr.**
**Griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$689.50**

---

**3.5077**

**Nonpriority creditor's name and mailing address**

**Leah Anderson**
**101 Ravel Court**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5078**

**Nonpriority creditor's name and mailing address**

**Leah Farhner**
**2946 Old Springfield Rd**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5079**

**Nonpriority creditor's name and mailing address**

**Leah Shelton**
**102 Willow Oak Dr**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5080**

**Nonpriority creditor's name and mailing address**

**Leaha Terrell**
**6040 redwing rd**
**Helena, MT 59602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

3.508
1

**Nonpriority creditor's name and mailing address**

**Leamon Mealer**
**325 Ne Hiland Ln**
**BLUE SPRINGS, MO 64014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.508
2

**Nonpriority creditor's name and mailing address**

**Leandre Jenkins**
**946 Peppermill way**
**St.Stephen, SC 29479**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.508
3

**Nonpriority creditor's name and mailing address**

**Leandro Cruz**
**Leavenworth rd 5824**
**City, KS 66104**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.508
4

**Nonpriority creditor's name and mailing address**

**Leanna Ewing**
**18651 Boulder Dr**
**Milan   63556**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.508
5

**Nonpriority creditor's name and mailing address**

**Leary Moran**
**412 Branham Ave Street**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.508
6

**Nonpriority creditor's name and mailing address**

**LeaseCrunch LLC**
**790 N Milwaukee Street Suite 302**
**Milwaukee, WI 53202**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.508
7

**Nonpriority creditor's name and mailing address**

**Leatha Cook**
**8695 Peacock Lane**
**Bucyrus, MO 65444**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **ARC Burger, LLC**
Name                                          Case number (if known) _____

| 3.5088 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leaysia Gardner**
**116 koban dori rd**
**Summerville, SC 29486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5089 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LeChelle Walker**
**145 S Burritt Ave**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5090 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ledia Brown**
**PO BOX 332**
**Gifford, SC 29923**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5091 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lee Everett**
**1311 alma ave**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5092 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lee Forbush**
**28002 Maine Drive**
**Lebanon, MO 65536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5093 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lee Scott**
**20 wilson lane**
**Ray City, GA 31645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5094 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lee's Summit**
**220 SE Green St.**
**Lees Summit, MO 64063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.5095**

**Nonpriority creditor's name and mailing address**

**Lee's Summit Water Utilities**
**PO Box 219306**
**Kansas City, MO 64121**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$761.46**

---

**3.5096**

**Nonpriority creditor's name and mailing address**

**Leeland Conner**
**11 Bouldercrest Road SE**
**11B**
**Atlanta, GA 30316**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5097**

**Nonpriority creditor's name and mailing address**

**Leescie Boatner**
**1289 Doyle rd lot c**
**Cedartown, GA 30125**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5098**

**Nonpriority creditor's name and mailing address**

**Legacy Commercial Services**
**10005 S Outer belt Rd.**
**Oak Grove, MO 64075**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5099**

**Nonpriority creditor's name and mailing address**

**Legacy Electric LLC**
**12895 Josey Lane 460**
**Farmers Branch, TX 75234**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$700.33**

---

**3.5100**

**Nonpriority creditor's name and mailing address**

**Legacy Service and Supply LLC**
**757 Merus Court**
**Fenton, MO 63026**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5101**

**Nonpriority creditor's name and mailing address**

**Leidianys Cutino Fernandez**
**8448 preakness DR**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

| 3.510 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leigh Morris**
**140 wynell road**
**samson, AL 36477**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.510 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leighann Reid**
**4675 Walterboro, Hwy**
**Varnville, SC 29944**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.510 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**leighton browner**
**3561 GA Hwy 106 S**
**hull, GA 30646**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.510 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leiloni Studamire**
**1909 s 12 st**
**209**
**St joseph, MO 64503**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.510 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lekendrick Costilla**
**6801 Bonnie Hill Rd**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.510 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leland Abbe**
**3827 bemiss knights academy road**
**valdosta, GA 31605**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.510 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leland Herrera-McAlpin**
**619 W Second St**
**Washington, MO 63090**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

| 3.5109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lenee Hedgepath**
**281 N Jackson Ave**
**Apt 8**
**Lebanon, MO 65536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lenia Shirer**
**220 Glisson Ln**
**Saint Stephen, SC 29479**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lennox Edwins**
**179 High rd**
**Forsyth, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lenny Rawls**
**685 Rountree Rd**
**Riverdale, GA 30274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lenora McCray**
**343 Blue Springs Rd**
**Hawkinsville, GA 31036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leo Love Jr**
**106 ridgecrest Dr NW. Apt 2**
**2**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Leon Floyd Jr**
**214 eagle dr**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
                Name

---

**3.511 6**

**Nonpriority creditor's name and mailing address**

**Leon Moore**
**105 sora lane**
**Goose Creek, SC 29445**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.511 7**

**Nonpriority creditor's name and mailing address**

**Leon Thomas**
**716 Floyd St**
**Valdosta, GA 31601**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.511 8**

**Nonpriority creditor's name and mailing address**

**Leonard West**
**1856 Chestnut dr**
**Valdosta, GA 31635**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.511 9**

**Nonpriority creditor's name and mailing address**

**Leonardo Garcia**
**S central ST**
**726**
**Olathe, KS 66061**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.512 0**

**Nonpriority creditor's name and mailing address**

**Lephi Oldbear**
**711 North Choteau Avenue**
**Hardin, MT 59034**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.512 1**

**Nonpriority creditor's name and mailing address**

**Leroy Brown**
**5601 parana st**
**north charleston, SC 29406**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.512 2**

**Nonpriority creditor's name and mailing address**

**Leroy Cuttino**
**436a Howe hall rd**
**Goose creek, SC 29445**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.512 3**

**Nonpriority creditor's name and mailing address**

**Leroy Elliott**
**2075 Kerry Circle**
**Apt. 1126**
**Atlanta, GA 30318**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.512 4**

**Nonpriority creditor's name and mailing address**

**Leroy Smith**
**424 Line St**
**G5**
**CHATTAHOOCHEE, FL 32324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.512 5**

**Nonpriority creditor's name and mailing address**

**Leslie Ahlstrom**
**585 Fort st**
**4**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.512 6**

**Nonpriority creditor's name and mailing address**

**Leslie Amezquita figueroa**
**604 belleview cir**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.512 7**

**Nonpriority creditor's name and mailing address**

**Leslie Browning**
**18030 County Road 287**
**Savannah, MO 64485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.512 8**

**Nonpriority creditor's name and mailing address**

**Leslie Davenport**
**610 East Ann Street**
**254**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.512 9**

**Nonpriority creditor's name and mailing address**

**Leslie Goss**
**1413 13th Street South**
**14**
**Great Falls, MT 59405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                              Case number (if known) _____
          Name

---

**3.513 0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Leslie Smith**
**116 Brock st**
**A22**
**Carrollton, GA 30117**                                     ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.513 1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lesly Cornejo**
**219 Overlook Dr.**
**Calhoun, GA 30701**                                        ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.513 2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Letavia Reed**
**109 Loggins Trail**
**Commerce, GA 30529**                                       ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.513 3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Leticia Barva**
**3208 SE Irvingham St**
**Topeka, KS 66605**                                         ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.513 4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Levette Wade**
**50 E Washington Ave**
**Lakeland, GA 31635**                                       ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.513 5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Levi Brandt**
**3205 coulter ln.**
**Gillette, WY 82718**                                       ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.513 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Levi Fugate**
**205 Arretta Street**
**Bonifay, FL 32425**                                        ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          **Page 755 of 1218**

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5137**

**Nonpriority creditor's name and mailing address**
**Levi Harless**
**9621 E 25th Ter S**
**Independence, MO 64052**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5138**

**Nonpriority creditor's name and mailing address**
**Levi Letterman**
**752 S Elm St**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5139**

**Nonpriority creditor's name and mailing address**
**Levi Watkins**
**301 s ward street Geneva Al**
**Geneva, AL 36340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5140**

**Nonpriority creditor's name and mailing address**
**Lewanda Williams**
**9 Pinedale Cir**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5141**

**Nonpriority creditor's name and mailing address**
**Lewis & Clark County Treasurer**
**316 N. Park Ave. RM 113**
**Helena, MT 59623-0001**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5142**

**Nonpriority creditor's name and mailing address**
**Lewis & Clark County Treasurer**
**316 N. Park Ave.**
**Room 113**
**Helena, MT 59623**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5143**

**Nonpriority creditor's name and mailing address**
**Lewis Advertising, Inc.**
**1050 Country Club Rd**
**Rocky Mount, NC 27804**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$82,112.88**

---

**Debtor**  **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.5144**

**Nonpriority creditor's name and mailing address**

**Lewis Johnson**
**964 Adrian Lane**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5145**

**Nonpriority creditor's name and mailing address**

**Lexi Camp**
**1399 Ringer Rd**
**Carrollton, GA 30116**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5146**

**Nonpriority creditor's name and mailing address**

**Lexis Phillips Hartwell**
**2408 etiwan ave**
**Apt C6**
**Charleston, SC 29414**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5147**

**Nonpriority creditor's name and mailing address**

**Lexus Thornton**
**254 cornog rd**
**Lavonia, GA 30553**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5148**

**Nonpriority creditor's name and mailing address**

**Lexus Williams**
**1041 yaremich rd**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5149**

**Nonpriority creditor's name and mailing address**

**Lexys Wallace**
**3485 canyon ferry rd**
**East helena, MT 59635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5150**

**Nonpriority creditor's name and mailing address**

**Leyann Lewis**
**12 Bouldercrest Lane Southeast Atlanta**
**Apartment 12A**
**Atlanta, GA 30316**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.515 1**

**Nonpriority creditor's name and mailing address**

**Leyci Hernandez perez**
**211 N ventura ave**
**33**
**Jefferson city, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.515 2**

**Nonpriority creditor's name and mailing address**

**Lia Allen**
**71 Beaver Dam circle**
**Lavonia, GA 30553**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.515 3**

**Nonpriority creditor's name and mailing address**

**Liam Rawls-Keeney**
**1726 cannon street**
**Apt 2**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.515 4**

**Nonpriority creditor's name and mailing address**

**Liberty**
**P.O. BOX 75660**
**CHICAGO, IL 06067-5566**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,011.32**

---

**3.515 5**

**Nonpriority creditor's name and mailing address**

**Liberty Electric Inc**
**9660 Summit Drive**
**Missoula, MT 59808**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.515 6**

**Nonpriority creditor's name and mailing address**

**Ligaya Agot**
**5146 Union Church Road**
**Flowery Branch, GA 30566**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.515 7**

**Nonpriority creditor's name and mailing address**

**Lihtroye Mcknight**
**905 nth Ute st.**
**Independence, MO 64056**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5158**

**Nonpriority creditor's name and mailing address**
**Lilian Johnson**
**120 N 24TH ST**
**Apt 23**
**Billings, MT 59101**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5159**

**Nonpriority creditor's name and mailing address**
**Lilith Jackson**
**1723 Flowing Well rd**
**Bonifay, FL 32425**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5160**

**Nonpriority creditor's name and mailing address**
**Lilith Morgan**
**4837 Old Radar Site Rd**
**Valdosta, GA 31605**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5161**

**Nonpriority creditor's name and mailing address**
**lilljr Gray**
**9521 tyler terr**
**Riverdale, GA 30274**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5162**

**Nonpriority creditor's name and mailing address**
**Lillian Adams**
**122 Parker Rd**
**Griffin, GA 30223**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5163**

**Nonpriority creditor's name and mailing address**
**Lillian McDaniel**
**4816 Calhoun Rd**
**Rome, GA 30161**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5164**

**Nonpriority creditor's name and mailing address**
**Lillie Radmore**
**1694 Nicklesville Rd NE**
**Resaca, GA 30735**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.516 5**

**Nonpriority creditor's name and mailing address**

**Lillie90 Corley**
**127 O street**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.516 6**

**Nonpriority creditor's name and mailing address**

**Lilly Mack**
**4200 E 56 Street**
**Kansas City, MO 64130**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.516 7**

**Nonpriority creditor's name and mailing address**

**Lilly Seabrook**
**103 NE Railroad Avenue**
**Saint George, SC 29477**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.516 8**

**Nonpriority creditor's name and mailing address**

**Lilly Vasquez**
**57 gladys lane**
**Nashville, GA 31639**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.516 9**

**Nonpriority creditor's name and mailing address**

**Lily Reid**
**123 hidden branches drive**
**Carrollton, GA 30116**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.517 0**

**Nonpriority creditor's name and mailing address**

**Lilya Pratte**
**124 robin hill drive**
**steelville, MO 65565**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.517 1**

**Nonpriority creditor's name and mailing address**

**LimRic Plumbing Heating & Air**
**4546 Dorchester Road**
**North Charleston, SC 29405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
Name

Case number (if known)

---

| 3.517 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Lina Leo** | ☐ Contingent | |
| **8816 Southwest 9th Street** | ☐ Unliquidated | |
| **Blue Springs, MO 64064** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.517 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Linda Byrd-Jones** | ☐ Contingent | |
| **104 Huntington Chase Cir** | ☐ Unliquidated | |
| **Warner Robins, GA 31088** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.517 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Linda Littlewhiteman** | ☐ Contingent | |
| **1111 N.19th St** | ☐ Unliquidated | |
| **Billings, MT 59101** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.517 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Linda Mackey** | ☐ Contingent | |
| **P.O. Box 80434** | ☐ Unliquidated | |
| **Athens, GA 30608** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.517 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Linda Mulcrone** | ☐ Contingent | |
| **202 s Engineer** | ☐ Unliquidated | |
| **Sedalia, MO 65301** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.517 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Linda Proctor** | ☐ Contingent | |
| **2060 Happy Hollow Road** | ☐ Unliquidated | |
| **BONIFAY, FL 32425** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.517 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Linda Robinson** | ☐ Contingent | |
| **582 Mountain View Cir** | ☐ Unliquidated | |
| **Bremen, GA 30110** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
                Name

---

**3.5179**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Linda Taylor**
**23 Sloan Rd Hawkinsville Ga**                              ☐ Contingent
**Hawkinsville, GA 31036**                                  ☐ Unliquidated
                                                            ☐ Disputed
**Date(s) debt was incurred** __
**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5180**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lindsey Campbell**
**31 alisha circle nw**                                      ☐ Contingent
**Cartersville, GA 30121**                                   ☐ Unliquidated
                                                            ☐ Disputed
**Date(s) debt was incurred** __
**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5181**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lindsey Dennison**
**1009 A Davis st**                                          ☐ Contingent
**Monroe, GA 30655**                                         ☐ Unliquidated
                                                            ☐ Disputed
**Date(s) debt was incurred** __
**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5182**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lisa Ball**
**239 Coral Sunset Way**                                     ☐ Contingent
**Summerville, SC 29486**                                    ☐ Unliquidated
                                                            ☐ Disputed
**Date(s) debt was incurred** __
**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5183**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lisa Garcia-Ferrari**
**2615 Masters Rd**                                          ☐ Contingent
**Dacula, GA 30019**                                         ☐ Unliquidated
                                                            ☐ Disputed
**Date(s) debt was incurred** __
**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5184**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lisa Helquist**
**1001 s 27th st**                                           ☐ Contingent
**Billings, MT 59101**                                       ☐ Unliquidated
                                                            ☐ Disputed
**Date(s) debt was incurred** __
**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5185**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lisa Hockenberry**
**800 fleenor rd**                                           ☐ Contingent
**B5**                                                       ☐ Unliquidated
**Cuba, MO 65453**                                           ☐ Disputed
**Date(s) debt was incurred** __
**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.518 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lisa Jackson**
**535 Ashland Park Blvd**                                    ☐ Contingent
**Rome, GA 30161**                                           ☐ Unliquidated
                                                            ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.518 7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lisa King**
**1098 Mcpherson Road**                                     ☐ Contingent
**Leasburg, MO 65535**                                      ☐ Unliquidated
                                                            ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.518 8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lisa Morgan**
**206 Osley Mill Lane**                                     ☐ Contingent
**Carlton, GA 30627**                                       ☐ Unliquidated
                                                            ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.518 9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lisa Sloan**
**602 South Weeks Street**                                  ☐ Contingent
**10**                                                      ☐ Unliquidated
**Bonifay, FL 32425**                                       ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.519 0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lisa Wiley**
**P.o. box 5286**                                           ☐ Contingent
**Macon, GA 31208**                                         ☐ Unliquidated
                                                            ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.519 1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lisa Wilkinson**
**6933 Meadowbrook dr**                                     ☐ Contingent
**Jefferson City, MO 65109**                                ☐ Unliquidated
                                                            ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.519 2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lisseth Gonzalez**
**827 southwest blv**                                       ☐ Contingent
**apto F**                                                  ☐ Unliquidated
**Jefferson city, MO 65109**                                ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                      **Basis for the claim:** __

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  763 of 1218

| | |
|---|---|
| Debtor | **ARC Burger, LLC** |
| | Name |

Case number (if known) _____

---

**3.519 3**

**Nonpriority creditor's name and mailing address**

**Live Oak Landscape Services Inc**
**PO Box 355**
**Braselton, GA 30517**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.519 4**

**Nonpriority creditor's name and mailing address**

**lizbeth garcia**
**700 west forest drive**
**Olathe, KS 66061**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.519 5**

**Nonpriority creditor's name and mailing address**

**Lizbeth Luna-Flores**
**807 Lanier mill cir**
**807**
**Oakwood, GA 30566**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.519 6**

**Nonpriority creditor's name and mailing address**

**Lizbeth Serrano**
**3504 metropolitan ave**
**Kansas city, KS 66106**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.519 7**

**Nonpriority creditor's name and mailing address**

**Lizette Reyes**
**21 Hilley Road**
**Whitesburg, GA 30185**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.519 8**

**Nonpriority creditor's name and mailing address**

**LockNet LLC**
**800 John C Watts Drive**
**Nicholasville, KY 40356**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$14,916.06**

---

**3.519 9**

**Nonpriority creditor's name and mailing address**

**Logan Broxton**
**623 E Bryant Ave**
**139**
**Geneva, AL 36340**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5200**

**Nonpriority creditor's name and mailing address**
Logan Fales
5200 knickerbocker st
Gillette, WY 82718

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5201**

**Nonpriority creditor's name and mailing address**
Logan Francis
512 Yates Ave
Lebanon, MO 65536

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5202**

**Nonpriority creditor's name and mailing address**
Logan McCoy
123 dylan way
bremen, GA 30110

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5203**

**Nonpriority creditor's name and mailing address**
Logan Parr
511 E. Burkhart
Moberly, MO 65270

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5204**

**Nonpriority creditor's name and mailing address**
Logan Sanford
1160 Mission hill
Ellijay, GA 30540

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5205**

**Nonpriority creditor's name and mailing address**
London Gray
60 Heery Rd
56K
Newnan 30263

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5206**

**Nonpriority creditor's name and mailing address**
London President
241 POU CT
MONCKS CORNER, SC 29461

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5207**

**Nonpriority creditor's name and mailing address**

**London Quintana**
**3526 winder hwy**
**Flowery Branch, GA 30542**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5208**

**Nonpriority creditor's name and mailing address**

**Londyn Garland**
**604 w clay st**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5209**

**Nonpriority creditor's name and mailing address**

**Long's Plumbing & Heating Inc.**
**1604 East Hwy 14-16**
**Gillette, WY 82716**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5210**

**Nonpriority creditor's name and mailing address**

**Lonnie Holland III**
**935 Greenfield Church Rd**
**Moultrie, GA 31788**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5211**

**Nonpriority creditor's name and mailing address**

**Lonzo Lasley**
**522 Southeast 2nd Street**
**B**
**Lee's Summit, MO 64063**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5212**

**Nonpriority creditor's name and mailing address**

**Loraine Brown**
**1707 N Ashley St**
**54**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5213**

**Nonpriority creditor's name and mailing address**

**Loraine Lee**
**115 east Fambrough st.129**
**Hillcrest Common**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 766 of 1218

Debtor **ARC Burger, LLC**             Case number (if known) _____
Name

---

**3.521 4**

**Nonpriority creditor's name and mailing address**

**Loren Laird**
**4405 SE Oakview Lane**
**Topeka, KS 66609**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.521 5**

**Nonpriority creditor's name and mailing address**

**Lorena Ramirez**
**24600 E State Route P**
**Pleasant Hill, MO 64080**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.521 6**

**Nonpriority creditor's name and mailing address**

**Lorena Torres**
**1326 WestView Dr**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.521 7**

**Nonpriority creditor's name and mailing address**

**Lorene Berry**
**101 Bridgetown Rd**
**4F**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.521 8**

**Nonpriority creditor's name and mailing address**

**Lorenzo Soto**
**115 N King St**
**Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.521 9**

**Nonpriority creditor's name and mailing address**

**Loretta Isaac**
**278 Liberty Hall Road**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.522 0**

**Nonpriority creditor's name and mailing address**

**Loretta Perry**
**335 st johns bethel street**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | **ARC Burger, LLC** |

Name                                          Case number (if known)

---

**3.522 1**

**Nonpriority creditor's name and mailing address**

**Lori Cooper**
**#9 Lake Desmet**
**#15**
**Buffalo, WY 82834**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.522 2**

**Nonpriority creditor's name and mailing address**

**Lori Hahn**
**4308 SE Whiteoak Lane**
**Topeka, KS 66609**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.522 3**

**Nonpriority creditor's name and mailing address**

**Lorie Chamberlain**
**233 wooded lake drive**
**Homer, GA 30547**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.522 4**

**Nonpriority creditor's name and mailing address**

**Loris West**
**226 North Dooley Steet**
**Hawkinsville, GA 31036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.522 5**

**Nonpriority creditor's name and mailing address**

**Lorrainne Phillips**
**709 Locust St**
**Washington, MO 63090**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.522 6**

**Nonpriority creditor's name and mailing address**

**Lorrena Perez**
**329 nw waite street**
**Topeka, KS 66606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.522 7**

**Nonpriority creditor's name and mailing address**

**louceiferus Reed**
**623  Davis st**
**B**
**Monroe, GA 30655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.5228** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**LouDon Wright**
**615 S 34th Street**
**Billings, MT 59102**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.5229** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Louise Hammock**
**163 Redbox run**
**Warner robins, GA 31088**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.5230** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Louvenia Zeigler**
**2556 Naples Ln**
**Valdosta, GA 31601**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.5231** | **Nonpriority creditor's name and mailing address** | **$1,142.24** |

**Low Country Regional Water System**
**513 Elm Street West**
**PO BOX 647**
**Hampton, SC 29924-0647**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.5232** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Lowanda McNeely**
**897 Parkside pl ave**
**McDonough, GA 30253**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.5233** | **Nonpriority creditor's name and mailing address** | **$875.50** |

**Lowcountry Refrigeration**
**3710 Humbert Rd**
**Johns Island, SC 29455**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.5234** | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Lowell Dodson**
**3706 BOLDING CIR**
**FLOWERY BRANCH, GA 30542**

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.523 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lowndes County Collector**
**300 N. Paterson St.**                              ☐ Contingent
**Valdosta, GA 31601**                               ☐ Unliquidated
                                                      ☐ Disputed
**Date(s) debt was incurred** __
                                                      **Basis for the claim:** __
**Last 4 digits of account number** __
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.523 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lowndes County Health Department**
**206 S Patterson St**                               ☐ Contingent
**P.O. Box 5619**                                    ☐ Unliquidated
**Valdosta, GA 31601**                               ☐ Disputed

**Date(s) debt was incurred** __
                                                      **Basis for the claim:** __
**Last 4 digits of account number** __
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.523 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lowndes County Tax Commissioner**
**P.O. Box 1409**                                    ☐ Contingent
**Valdosta, GA 31603**                               ☐ Unliquidated
                                                      ☐ Disputed
**Date(s) debt was incurred** __
                                                      **Basis for the claim:** __
**Last 4 digits of account number** __
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.523 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lowndes County Tax Commssioner**
**4003 Old US HWY 41 N**                             ☐ Contingent
**Valdosta, GA 31602**                               ☐ Unliquidated
                                                      ☐ Disputed
**Date(s) debt was incurred** __
                                                      **Basis for the claim:** __
**Last 4 digits of account number** __
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.523 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lozerome Washington**
**411 Buckner Court**                                ☐ Contingent
**Sedalia, MO 65301**                                ☐ Unliquidated
                                                      ☐ Disputed
**Date(s) debt was incurred** __
                                                      **Basis for the claim:** __
**Last 4 digits of account number** __
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.524 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lucas Bjerkebeck**
**206 South Brooks St**                              ☐ Contingent
**205**                                              ☐ Unliquidated
**Gillette, WY 82716**                               ☐ Disputed

**Date(s) debt was incurred** __
                                                      **Basis for the claim:** __
**Last 4 digits of account number** __
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.524 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Lucas Gooszen**
**1520 Peyton St.**                                  ☐ Contingent
**Emporia, KS 66801**                                ☐ Unliquidated
                                                      ☐ Disputed
**Date(s) debt was incurred** __
                                                      **Basis for the claim:** __
**Last 4 digits of account number** __
                                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.524 2**

**Nonpriority creditor's name and mailing address**

**Lucas Kyser**
**1834 sw willow ave**
**Topeka, KS 66606**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.524 3**

**Nonpriority creditor's name and mailing address**

**Lucas McKinley**
**467 England rd**
**Moncks corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.524 4**

**Nonpriority creditor's name and mailing address**

**Lucas Rediske**
**121 s hedges**
**Sugar creek, MO 64054**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.524 5**

**Nonpriority creditor's name and mailing address**

**Lucas Systems, Inc.**
**123 Grace Dr**
**Easley, SC 29640**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.524 6**

**Nonpriority creditor's name and mailing address**

**Lucas Taylor**
**73 ray mountain court**
**ellijay, GA 30536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.524 7**

**Nonpriority creditor's name and mailing address**

**Lucia Gonzalez**
**Hillcret Rd E101 st**
**5807**
**Kansas City, MO 64132**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.524 8**

**Nonpriority creditor's name and mailing address**

**Lucia Rueda**
**12414 3rd Street**
**23**
**Kansas, MO 64030**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5249**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Luciana Stanley** | ☐ Contingent | |
| **1727 Lawrence Rd** | ☐ Unliquidated | |
| **Bonifay   32425** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

**3.5250**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Lucretia Davis** | ☐ Contingent | |
| **606 Fletcher Street** | ☐ Unliquidated | |
| **Thomasville, GA 31792** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

**3.5251**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Lucy Auchard** | ☐ Contingent | |
| **3367 SE GIRARD ST** | ☐ Unliquidated | |
| **Topeka, KS 66605** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

**3.5252**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Lucy Redding** | ☐ Contingent | |
| **409 Jefferson St** | ☐ Unliquidated | |
| **Apt 8** | ☐ Disputed | |
| **Griffin, GA 30223** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

**3.5253**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Luis Alvarado salas** | ☐ Contingent | |
| **APT 439 Overland Park ks** | ☐ Unliquidated | |
| **APT439** | ☐ Disputed | |
| **Overland park, KS 66212** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

**3.5254**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Luis Andrade** | ☐ Contingent | |
| **2101 SE Swygartt St** | ☐ Unliquidated | |
| **Toepka, KS 66605** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

**3.5255**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Luis Castro** | ☐ Contingent | |
| **1221 neosho st** | ☐ Unliquidated | |
| **Emporia, KS 66801** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5256**

**Nonpriority creditor's name and mailing address**
**Luis Garcia-Guevara**
**1530 E Hayward ave**
**Independence, MO 64050**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5257**

**Nonpriority creditor's name and mailing address**
**Luis Leiya**
**PO BOX 314**
**Cuba, MO 65453**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5258**

**Nonpriority creditor's name and mailing address**
**Luis Manzano**
**2408N 80th St**
**Kansas City, KS 66102**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5259**

**Nonpriority creditor's name and mailing address**
**Luis Martinez**
**5110 yecker ave**
**Kansas city, KS 66104**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5260**

**Nonpriority creditor's name and mailing address**
**Luis Muro**
**910 Se Pinecrest Drive**
**Topeka, KS 66605**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5261**

**Nonpriority creditor's name and mailing address**
**Luisa Avila**
**888 E Old Highway 56**
**305**
**Olathe, KS 66061**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5262**

**Nonpriority creditor's name and mailing address**
**Luke Rollison**
**191 boxelder lane ocilla ga**
**191**
**Ocilla, GA 31774**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.526
3**

**Nonpriority creditor's name and mailing address**

**Luke Williams**
**1110 ne 1st st terr**
**Blue springs, MO 64014**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.526
4**

**Nonpriority creditor's name and mailing address**

**Luke'S Lawn & Landscape, Llc**
**1867 Road G**
**Emporia, KS 66801**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$5.00**

---

**3.526
5**

**Nonpriority creditor's name and mailing address**

**Lula Johnson**
**3025 Corbin ave**
**Decatur, GA 30034**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.526
6**

**Nonpriority creditor's name and mailing address**

**Lulabell Whitlock**
**900 N Railroad Grayson Street**
**Brounson, SC 29911**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.526
7**

**Nonpriority creditor's name and mailing address**

**Lumen Global Inc**
**1301 N Wester Ave Ste 224**
**Lake Forest, IL 60045**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$35,732.36**

---

**3.526
8**

**Nonpriority creditor's name and mailing address**

**Lundy Center, Inc**
**1205 S Higgings**
**Missoula, MO 59801**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$14,930.80**

---

**3.526
9**

**Nonpriority creditor's name and mailing address**

**Lutz Plumbing Inc**
**21961 W. 83rd Street**
**Shawnee, KS 66227**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.527 0**

**Nonpriority creditor's name and mailing address**

**Luz Hernandez**
**431 se arter ave**
**1**
**Topeka, KS 66607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.527 1**

**Nonpriority creditor's name and mailing address**

**Luz Ramirez**
**2737 Punch Hammond Rd**
**Cumming, GA 30040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.527 2**

**Nonpriority creditor's name and mailing address**

**Lykestea Jackson**
**8**
**L1**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.527 3**

**Nonpriority creditor's name and mailing address**

**Lyllie OToole**
**39 Kehner Road**
**Steelville, MO 65565**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.527 4**

**Nonpriority creditor's name and mailing address**

**Lynae Williamson**
**151 N Rangeland Ln**
**Rozet, WY 82727**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.527 5**

**Nonpriority creditor's name and mailing address**

**Lynda Oldham**
**418 Courtland Dr**
**Summerville, SC 29486**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.527 6**

**Nonpriority creditor's name and mailing address**

**Lyndon Jackson**
**709 E Calhoun St**
**3**
**Thomasville, GA 31792**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.527 7** **Nonpriority creditor's name and mailing address**

**Lyndsay Lack**
**327 South Fifth**
**Moberly, MO 65270**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.527 8** **Nonpriority creditor's name and mailing address**

**Lyneea Owens**
**1324 W Truman Rd**
**Independence, MO 64050**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.527 9** **Nonpriority creditor's name and mailing address**

**Lynn Brady**
**101 Arrowhead Dr**
**Summerville, SC 29483**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 0** **Nonpriority creditor's name and mailing address**

**Lynn Eldridge**
**900 Southwest 39th Street**
**Suite A**
**Topeka, KS 66609**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 1** **Nonpriority creditor's name and mailing address**

**Lynn Nazelrod**
**8043 SE 5th st**
**Blue Springs, MO 64014**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 2** **Nonpriority creditor's name and mailing address**

**Lynniah Drake**
**312 Sw Sunset drive**
**N/A**
**Lee summit, MO 64081**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 3** **Nonpriority creditor's name and mailing address**

**Lynnsey Betz**
**158 e 4th st**
**Trenton, MO 64683**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.528 4**

**Nonpriority creditor's name and mailing address**

**Lyon County Treasurer**
**430 Commercial Street**
**Emporia, KS 66801**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 5**

**Nonpriority creditor's name and mailing address**

**Lyrics White**
**884 brookwood dr**
**Varnville, SC 29944**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 6**

**Nonpriority creditor's name and mailing address**

**Lytia Hopkins**
**19204 E Salisbury Rd**
**Independence, MO 64056**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 7**

**Nonpriority creditor's name and mailing address**

**M and M Select Properties LLC**
**507 Babe Ruth Drive**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 8**

**Nonpriority creditor's name and mailing address**

**M&S Services, Llc**
**16806 Ne 180Th St.**
**St. Holt, MO 64048**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 9**

**Nonpriority creditor's name and mailing address**

**Ma Grimaldo**
**400 se Michigan ave**
**Topeka, KS 66607**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.529 0**

**Nonpriority creditor's name and mailing address**

**MAA McDaniel Farm**
**3355 McDaniel Rd**
**Duluth, GA 30096**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                     Case number (if known)    _____
               Name

---

| 3.529 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Macaila Nicholas**
**70 Marshall Spur**
**Ellijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Macayla Shaffer**
**15437 Round O Road**
**Round O, SC 29474**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Macaylie Payne**
**4 N Pine St**
**Apt 162**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**mackenzie berdan**
**990 fauling road**
**saint stephen, SC 29479**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**MacKenzie Jackway**
**420 Rubyridge Lane**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mackenzie Saporito**
**2907 Marvin Moss Rd**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mackenzie Seymour**
**7660 Barclay Ave**
**North Charleston, SC 29418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  778 of 1218

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

3.5298

**Nonpriority creditor's name and mailing address**

**Madalynn Page**
**2325 Burnett Ln**
**McDonough, GA 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.5299

**Nonpriority creditor's name and mailing address**

**Maddie Schaben**
**8231 Travis Street**
**Overland Park, KS 66204**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.5300

**Nonpriority creditor's name and mailing address**

**Maddison Gann**
**604 East Missouri street**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.5301

**Nonpriority creditor's name and mailing address**

**Madison Adams**
**129 Melinda drive**
**Moncks corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.5302

**Nonpriority creditor's name and mailing address**

**Madison Conlin**
**518 Horne St**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.5303

**Nonpriority creditor's name and mailing address**

**Madison County Collector**
**91 Albany Ave., #14**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.5304

**Nonpriority creditor's name and mailing address**

**Madison County Health Department**
**P.O. Box 26**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 779 of 1218

| | | |
|---|---|---|
| Debtor | **ARC Burger, LLC** | Case number (if known) |
| | Name | |

---

**3.530 5**

**Nonpriority creditor's name and mailing address**

**Madison County Tax Commissioner**
**Lamar Dalton**
**P.O. Box 217**
**Danielsville, GA 30633-0217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.530 6**

**Nonpriority creditor's name and mailing address**

**Madison Geib**
**2893 Montpelier Station Rd**
**Musella, GA 31066**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.530 7**

**Nonpriority creditor's name and mailing address**

**Madison Harnage**
**429 N Highway 125**
**Ray city, GA 31645**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.530 8**

**Nonpriority creditor's name and mailing address**

**Madison Head**
**17 kibbee st**
**Lot 52**
**Hawkinsville, GA 31036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.530 9**

**Nonpriority creditor's name and mailing address**

**madison henry**
**7271 Brown Hill rd**
**Houston, MO 65483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.531 0**

**Nonpriority creditor's name and mailing address**

**Madison Hernandez**
**1738 W prairie st**
**Olathe, KS 66061**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.531 1**

**Nonpriority creditor's name and mailing address**

**Madison Knight**
**117 Maple Dr.**
**A**
**Buchanan, GA 30113**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

| 3.531 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Madison Larimore**
**12599 Pursifull Dr**
**licking, MO 65542**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Madison Mugerditchian**
**613 s Cambridge dr**
**Centerville, GA 31028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Madison Sumpter**
**1428 sequoya ih rd**
**cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Madison Templeton**
**112 Maupin St**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Madison Young**
**166 huggin oak plantation rd**
**Varnville, SC 29944**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Madysen Baker**
**1783 gap lane**
**Westville, FL 32464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maegan Gross**
**1541 Myra St**
**Moberly   65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  781 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5319**

**Nonpriority creditor's name and mailing address**

**Maeryn Clark**
**204 Coosawattee Avenue Southwest**
**Rome, GA 30165**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5320**

**Nonpriority creditor's name and mailing address**

**Maeson Lopez**
**1843 Cedar Lake Drive**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5321**

**Nonpriority creditor's name and mailing address**

**Maeson Lopez**
**1843 Cedar Lake Drive**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5322**

**Nonpriority creditor's name and mailing address**

**Magdiel Osorio**
**1011E 134th st**
**Grandview, MO 64030**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5323**

**Nonpriority creditor's name and mailing address**

**Magen Petty**
**1415 Missoula Avenue #59**
**Helena, MT 59601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5324**

**Nonpriority creditor's name and mailing address**

**Maggilee horton**
**225 east river rd apt.10b**
**Chatt, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5325**

**Nonpriority creditor's name and mailing address**

**Mahoganee Keller**
**602 Francis Street**
**Apt 406**
**Saint Joseph, MO 64501**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.532 6**

**Nonpriority creditor's name and mailing address**

**Mahogani Palmore**
**309 10th St SE**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.532 7**

**Nonpriority creditor's name and mailing address**

**Mahogany Davis**
**36 West Howell Dr**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.532 8**

**Nonpriority creditor's name and mailing address**

**Mahoney Environmental**
**37458 Eagle Way**
**Chicago, IL 60678-1374**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$2,147.66

---

**3.532 9**

**Nonpriority creditor's name and mailing address**

**Mahoney Environmental Solution LLC**
**35982 Eagle Way**
**Chicago, IL 60678-1359**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$1,439.93

---

**3.533 0**

**Nonpriority creditor's name and mailing address**

**Maida Eaton**
**18 Blackberry Mtn Rd**
**Ellijay, GA 30536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.533 1**

**Nonpriority creditor's name and mailing address**

**Maiten Colson**
**642 Taylor Street**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.533 2**

**Nonpriority creditor's name and mailing address**

**Majolica Johnson**
**411 Northside Drive**
**F-6**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor      **ARC Burger, LLC**                                    Case number (if known) _____
            Name

---

3.533
3

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**major mayfield**
**11818 E 62nd St**                                            ☐ Contingent
**raytown, MO 64133**                                          ☐ Unliquidated
                                                              ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __                        **Basis for the claim:** __

                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

3.533
4

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Makaila Arbuthnot**
**33 Emily lane**                                              ☐ Contingent
**Carrollton, GA 30116**                                       ☐ Unliquidated
                                                              ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __                        **Basis for the claim:** __

                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

3.533
5

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Makayha Thompson**
**182 Hawk Lane**                                              ☐ Contingent
**Carrollton, GA 30116**                                       ☐ Unliquidated
                                                              ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __                        **Basis for the claim:** __

                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

3.533
6

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Makayla Andrews**
**418 Main St**                                                ☐ Contingent
**Chattahoochee, FL 32324**                                    ☐ Unliquidated
                                                              ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __                        **Basis for the claim:** __

                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

3.533
7

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Makayla Bowman**
**2032 Felton Rockmart Road**                                  ☐ Contingent
**Buchanan, GA 30113**                                         ☐ Unliquidated
                                                              ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __                        **Basis for the claim:** __

                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

3.533
8

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Makayla Casteel**
**4577 candlestick lane**                                      ☐ Contingent
**4577 a**                                                     ☐ Unliquidated
**Oakwood, GA 30566**                                          ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __                        **Basis for the claim:** __

                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

3.533
9

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Makayla Deveaux**
**1385 Ashley River rd**                                       ☐ Contingent
**22 a**                                                       ☐ Unliquidated
**Charleston, SC 29407**                                       ☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __                        **Basis for the claim:** __

                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5340**

**Nonpriority creditor's name and mailing address**
**Makayla Ferguson**
**1807 Marion drive**
**Tifton, GA 31794**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5341**

**Nonpriority creditor's name and mailing address**
**Makayla Gregory**
**627 East Bryant ave**
**137**
**Geneva, AL 36340**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5342**

**Nonpriority creditor's name and mailing address**
**Makayla Gunn**
**1875 Rex Circle**
**Chipley, FL 32428**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5343**

**Nonpriority creditor's name and mailing address**
**Makayla Johnson**
**314 Woodlawn Avenue**
**Warner Robins, GA 31093**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5344**

**Nonpriority creditor's name and mailing address**
**Makayla Johnson**
**109 terry ave**
**Summerville, SC 29483**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5345**

**Nonpriority creditor's name and mailing address**
**Makayla Trulson**
**601 east 27 st**
**Sedalia, MO 65301**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5346**

**Nonpriority creditor's name and mailing address**
**Makell Rolley**
**114 thurman ave griffin ga**
**apt c**
**griffin, GA 30223**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 785 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.534 7**

**Nonpriority creditor's name and mailing address**

**Makenzie Johnson**
**4587 Fortune Pond Rd**
**Vernon, FL 32462**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.534 8**

**Nonpriority creditor's name and mailing address**

**Makhi Stevens**
**332 Burdett st**
**Tennille, GA 31089**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.534 9**

**Nonpriority creditor's name and mailing address**

**makiyah williams**
**7950 Crossroads Dr**
**North Charleston, SC 29406**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 0**

**Nonpriority creditor's name and mailing address**

**Mala Jackson**
**7652 Hillview Lane**
**NORTH CHARLESTON, SC 29420**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 1**

**Nonpriority creditor's name and mailing address**

**Malachi Burgess**
**201 market street**
**E417**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 2**

**Nonpriority creditor's name and mailing address**

**Malachi Geionety**
**2406 3rd ave N**
**Apt 4**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 3**

**Nonpriority creditor's name and mailing address**

**Malachi Gutierrez**
**100 Harvard dr**
**Blue springs, MO 64014**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
                Name

| | |
|---|---|
| 3.535 4 | |

**Nonpriority creditor's name and mailing address**

**Malachi Jenkins**
**8465 Patriot Blvd, 920**
**920**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.535 5 | |

**Nonpriority creditor's name and mailing address**

**Malachi Johnson**
**429 Rockville Rd**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.535 6 | |

**Nonpriority creditor's name and mailing address**

**Malachi Myers**
**5138 Scarsdale Ave**
**Apt B**
**North Charleston, SC 29418**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.535 7 | |

**Nonpriority creditor's name and mailing address**

**Malachi silvia**
**1454 south river road**
**franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.535 8 | |

**Nonpriority creditor's name and mailing address**

**Malachi Stevens**
**124 Langley Dr, Unit B**
**B**
**Summerville, SC 29485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.535 9 | |

**Nonpriority creditor's name and mailing address**

**Malachi Warren**
**65 boggy creek rd**
**Garnett, SC 29922**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.536 0 | |

**Nonpriority creditor's name and mailing address**

**Malaki Prioreschi**
**9 collage view Dr**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.536 1**

**Nonpriority creditor's name and mailing address**

**Malay Greene**
**3604 E 57th St**
**kansas city, MO 64130**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.536 2**

**Nonpriority creditor's name and mailing address**

**Malaysia Anthony**
**23 East Davis Ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.536 3**

**Nonpriority creditor's name and mailing address**

**Malaysia Baker**
**731 Woodlawn dr**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.536 4**

**Nonpriority creditor's name and mailing address**

**Malcolm Cason**
**960 Remington avenue**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.536 5**

**Nonpriority creditor's name and mailing address**

**Malcolm Drayton**
**8506 stonebridge drive**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.536 6**

**Nonpriority creditor's name and mailing address**

**Malcolm Singleton**
**707 Corral Dr**
**Charleston, SC 29414**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.536 7**

**Nonpriority creditor's name and mailing address**

**Maleah Oliver**
**4 jasmine ln**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5368**

**Nonpriority creditor's name and mailing address**

**Maleek Bolton**
**16 Samuel Ct.**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5369**

**Nonpriority creditor's name and mailing address**

**Maleigha Billups**
**2937 Tj Mitchell Rd**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5370**

**Nonpriority creditor's name and mailing address**

**Maleigha Mcdowell**
**106 Augusta Rd**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5371**

**Nonpriority creditor's name and mailing address**

**Malek sultana Hirany**
**4975 Lakebrooke Run**
**Stone Mountain, GA 30087**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5372**

**Nonpriority creditor's name and mailing address**

**Malia Longknife**
**2613 Phyllis lane**
**68**
**Billings, MT 59102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5373**

**Nonpriority creditor's name and mailing address**

**Malicea Ward**
**3409 Blue Ridge Blvd**
**Independence, MO 64052**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5374**

**Nonpriority creditor's name and mailing address**

**Malik Adem**
**3100 SW Tutbury Town RD**
**Topeka, KS 66614**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.537
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Malik Arbuthnot**                                          ☐ Contingent
**182 Hawk ln**                                             ☐ Unliquidated
**Carrollton, GA 30116**                                   ☐ Disputed

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.537
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Malik Evans**                                            ☐ Contingent
**120 family ln**                                          ☐ Unliquidated
**Moncks Corner, SC 29461**                                ☐ Disputed

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.537
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Malik Harris**                                           ☐ Contingent
**7810 Riley St**                                          ☐ Unliquidated
**Apt 1007**                                               ☐ Disputed
**Overland Park, KS 66204**

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.537
8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Malik Ponder**                                           ☐ Contingent
**240 Donna Lane**                                         ☐ Unliquidated
**Thomasville, GA 31792**                                  ☐ Disputed

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.537
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Malik Rushing**                                          ☐ Contingent
**2265-US 41**                                             ☐ Unliquidated
**Calhoun, GA 30701**                                      ☐ Disputed

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.538
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Malikke Simmons**                                        ☐ Contingent
**213 gulledge street**                                    ☐ Unliquidated
**F**                                                      ☐ Disputed
**Moncks corner, SC 29461**

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.538
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Mallory Still**                                          ☐ Contingent
**317 1/2 Walker Dr**                                      ☐ Unliquidated
**Monroe, GA 30655**                                       ☐ Disputed

**Date(s) debt was incurred** __                            **Basis for the claim:** __

**Last 4 digits of account number** __                      Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor   **ARC Burger, LLC**                                     Case number (if known) _____
         Name

---

**3.538 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,761.00** |
|---|---|---|

**Mamos Realty, LLC**
**146-57 Bayside Ave.**
**Flushing, NY 11354**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Mamouna Camara**
**11 Bouldercrest Ln Se**
**Apt C**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Mandee Schumann**
**930 graphic arts rd**
**Lot 104**
**Emporia, KS 66801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Mandy Brown**
**115 Hill St**
**Adairsville, GA 30103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Mandy Varga**
**189 Durington Rd.**
**Buffalo, MO 65622**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Manisha Shetty**
**4800 W 108th street**
**Apt 1034**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Manuel Bolaos Garcia**
**7804 e 87 st**
**Raytown, MO 64138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ARC Burger, LLC**                                          Case number (if known) _____
Name

---

**3.5389**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Manuel Borrero**
**3301**
**Franklin, GA 30217**                                          ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred __                                    **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5390**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Manuel Rojas**
**1614 N 74th st**
**Kansas city, KS 66112**                                       ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred __                                    **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5391**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Manuel Sanchez**
**800 ne Oakland ave**
**Topeka, KS 66616**                                            ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred __                                    **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5392**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Mara Brooks**
**238 SW Gage Blvd**
**1308**
**Topeka, KS 66606**                                            ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred __                                    **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5393**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Marc Bass**
**15 West Knight Dr.**
**Carrollton, GA 30116**                                        ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred __                                    **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5394**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Marc Taylor**
**485 Barbara ct**
**Forsyth, GA 31029**                                           ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred __                                    **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5395**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Marceil Strong**
**116 Neyle st**
**307**
**Walterboro, SC 29488**                                        ☐ Contingent
                                                                ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred __                                    **Basis for the claim:** __

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5396**

**Nonpriority creditor's name and mailing address**

**Marcella Mahan**
**2701 olive street**
**Saint Joseph, MO 64507**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5397**

**Nonpriority creditor's name and mailing address**

**Marchez Browning**
**535 Green st**
**Apartment B**
**monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5398**

**Nonpriority creditor's name and mailing address**

**Marcia Baker**
**3355 Sweetwater Rd.**
**3202**
**Lawrenceville, GA 30044**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5399**

**Nonpriority creditor's name and mailing address**

**Marco Barron**
**821 North 11th Street**
**Saint Joseph, MO 64501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5400**

**Nonpriority creditor's name and mailing address**

**Marco Silva Hernandez**
**5221 East 8th Street**
**Kansas City, MO 64124**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5401**

**Nonpriority creditor's name and mailing address**

**Marcus Allen**
**3201 squire lane**
**Country Club, MO 64506**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5402**

**Nonpriority creditor's name and mailing address**

**Marcus Augustine**
**1622 Highland ct**
**Auburn, GA 30011**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                                    Case number (if known) _____
    Name

---

**3.540 3**

**Nonpriority creditor's name and mailing address**

**Marcus Glover**
**6029 Southbay Drive**
**Indianapolis, IN 46250**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.540 4**

**Nonpriority creditor's name and mailing address**

**Marcus Grayer**
**211 Keith Dr**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.540 5**

**Nonpriority creditor's name and mailing address**

**Marcus Johnson**
**1040 North Davis Dr.**
**17**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.540 6**

**Nonpriority creditor's name and mailing address**

**Marcus Redmond**
**6919 W 97th Ter**
**Overland Park, KS 66212**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.540 7**

**Nonpriority creditor's name and mailing address**

**Marcus Roseborough**
**208 7th Ave NW**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.540 8**

**Nonpriority creditor's name and mailing address**

**Marcus Smith**
**2598 Hightower ct**
**Atlanta, GA 30318**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.540 9**

**Nonpriority creditor's name and mailing address**

**Marcus Williams**
**1948 Savage road**
**Charleston, SC 29407**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                Case number (if known) _____
Name

---

**3.5410**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Marcus Williams**
**95 Mount Pleasant rd**
**Yemassee, SC 29945**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5411**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Marcy Kinney**
**472 Big Bear Boulevard**
**B**
**Norman Park, GA 31771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5412**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mardecia Billups**
**160 centennial Dr**
**242**
**Carrollton, GA 30116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5413**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Marely Leiva**
**1100 West Virginia Ln**
**Apt 13**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5414**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Margaret Disher**
**387 Mission Hill**
**Ellijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5415**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Margaret Johnson**
**211 Whitesville Rd**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5416**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Margaret Parker**
**646 E. main street**
**Harleyville, SC 29448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.541 7**

**Nonpriority creditor's name and mailing address**

**Margaret Peery**
**1312 W Breckenridge**
**7**
**mexico, MO 65265**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.541 8**

**Nonpriority creditor's name and mailing address**

**Margie Woodall**
**1155 Fincherville Rd**
**Jackson, GA 30233**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.541 9**

**Nonpriority creditor's name and mailing address**

**Maria A Flores**
**2228 Pullman Ct**
**Snellville, GA 30078**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.542 0**

**Nonpriority creditor's name and mailing address**

**Maria Bravo**
**5701  E 96 th.  Place 103**
**103**
**Kansas, KS 64137**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.542 1**

**Nonpriority creditor's name and mailing address**

**Maria Cano**
**440 Donnelly Avenue KCMO 64125**
**440**
**Kansas city missouri, MO 64125**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.542 2**

**Nonpriority creditor's name and mailing address**

**Maria Chun Bail**
**698 hwy 382 west**
**Ellijay, GA 30540**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.542 3**

**Nonpriority creditor's name and mailing address**

**Maria Corona Salcido**
**830 SW Gage Blvd**
**Topeka, KS 66606**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5424**

**Nonpriority creditor's name and mailing address**

**Maria Fuentes**
**2407 N 61 Terr Kansas City Ks**
**Kansas City, KS 66104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5425**

**Nonpriority creditor's name and mailing address**

**Maria Garcia**
**6325 Roswell Avenue**
**Kansas City, KS 66104**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5426**

**Nonpriority creditor's name and mailing address**

**Maria Garcia**
**1312 , Adams St Apt B**
**Jefferson City, MO 65101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5427**

**Nonpriority creditor's name and mailing address**

**Maria Gracia**
**2108 Clara dr**
**Apart.A**
**Jefferson, MO 65101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5428**

**Nonpriority creditor's name and mailing address**

**Maria Ham**
**1432 N Hwy 81**
**Westville, FL 32464**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5429**

**Nonpriority creditor's name and mailing address**

**Maria Ham**
**1432 N Hwy 81**
**Westville, FL 32464**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5430**

**Nonpriority creditor's name and mailing address**

**Maria Hernandez**
**5303 Jacob Ln.**
**Jeferson City, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**
Name                                             Case number (if known)

| | | |
|---|---|---|
| **3.543 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.543 1**

**Nonpriority creditor's name and mailing address**

**Maria Marquez**
**517 sw western st**
**Apt B**
**Topeka, KS 66606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.543 2**

**Nonpriority creditor's name and mailing address**

**Maria Mateo**
**4017 Route cc**
**Lote #14**
**Jefferson City, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.543 3**

**Nonpriority creditor's name and mailing address**

**Maria Minjares**
**1201 Se Locust St**
**Topeka, KS 66607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.543 4**

**Nonpriority creditor's name and mailing address**

**Maria Pena-Ariet**
**2985 Main Street**
**Vernon, FL 32462**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.543 5**

**Nonpriority creditor's name and mailing address**

**Maria Quiroz**
**86 Reece Dr NE**
**Rome, GA 30165**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.543 6**

**Nonpriority creditor's name and mailing address**

**Maria Sanchez**
**5940 state ave**
**Kansas city, KS 66102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.543 7**

**Nonpriority creditor's name and mailing address**

**Maria Turrubiartes**
**1909 se Michigan ave**
**Topeka, KS 66607**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5438**

**Nonpriority creditor's name and mailing address**

**Maria Uriostegui**
**2412 N 35st**
**Kansas City, KS 66104**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5439**

**Nonpriority creditor's name and mailing address**

**Mariah Gause**
**Old plain view rd 3744**
**Flowery branch, GA 30542**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5440**

**Nonpriority creditor's name and mailing address**

**Mariah Gunderman**
**168 Brittondale Rd**
**Summerville, SC 29485**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5441**

**Nonpriority creditor's name and mailing address**

**Mariah Stockard**
**103 Cook Pl**
**Monroe, GA 30655**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5442**

**Nonpriority creditor's name and mailing address**

**Marianne Stallions**
**9618 bells hwy**
**Ruffin, SC 29475**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5443**

**Nonpriority creditor's name and mailing address**

**Maricela Llanos**
**712 Kevin Dr**
**Jefferson City, MO 65109**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5444**

**Nonpriority creditor's name and mailing address**

**Maricela Merino**
**1901 SE John St**
**Topeka, KS 66605**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims |

Debtor  **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

**3.544 5**

**Nonpriority creditor's name and mailing address**

**Marie Exum**
**161 W. Main St.**
**Lakeland, GA 31635**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.544 6**

**Nonpriority creditor's name and mailing address**

**Marie Hefner**
**455 Pooshee Plantation Way**
**Bonneau, SC 29431**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.544 7**

**Nonpriority creditor's name and mailing address**

**Marie Walker**
**20792 Imperial Street**
**Princeton, MO 64673**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.544 8**

**Nonpriority creditor's name and mailing address**

**Mariela Martinez**
**407 e hereford ave**
**Independence, MO 64055**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.544 9**

**Nonpriority creditor's name and mailing address**

**Mariesa Wilburn**
**P.o.box 43**
**Franklin, GA 30217**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.545 0**

**Nonpriority creditor's name and mailing address**

**Marilin Lopez-Rodriguez**
**10 Cherry St SW**
**Rome, GA 30165**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.545 1**

**Nonpriority creditor's name and mailing address**

**Marilyn Barton**
**12EUGENIA cri**
**Rome, GA 30165**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | **ARC Burger, LLC** |
| | Name |

Case number (if known) _____

---

**3.545
2**

**Nonpriority creditor's name and mailing address**

**Marilyn Gaynor**
**608 w 27th street**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.545
3**

**Nonpriority creditor's name and mailing address**

**Marina Georgiou**
**109 Kathryn drive**
**109**
**Goose creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.545
4**

**Nonpriority creditor's name and mailing address**

**Marine Toys for Tots Foundation**
**18251 Quantico Gateway Drive**
**Triangle, VA 22172**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.545
5**

**Nonpriority creditor's name and mailing address**

**Marine Toys for Tots Foundation**
**18251 Quantico Gateway Drive**
**Triangle, VA 22172**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.545
6**

**Nonpriority creditor's name and mailing address**

**MARINNA ULMER**
**289 Pepper St**
**Varnville, SC 29944**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.545
7**

**Nonpriority creditor's name and mailing address**

**Mario Bermadezs**
**724 E. Brookwood Pl**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.545
8**

**Nonpriority creditor's name and mailing address**

**Mario Bishop**
**105 red wing road**
**Unadilla, GA 31091**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.5459**

**Nonpriority creditor's name and mailing address**

**Mario Bradley**
**1407 N 48th Terr**
**Kansas City, KS 66103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5460**

**Nonpriority creditor's name and mailing address**

**Mario Mulligan**
**140 mickler drive**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5461**

**Nonpriority creditor's name and mailing address**

**Mario Williams**
**2524 celestial ct**
**North Charleston, SC 29406**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5462**

**Nonpriority creditor's name and mailing address**

**Marion Grinston**
**705 swanbrook drive**
**Fayetteville, GA 30215**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5463**

**Nonpriority creditor's name and mailing address**

**Marion Jones**
**5105 Crowfield Reserve Ln**
**5105**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5464**

**Nonpriority creditor's name and mailing address**

**Maris Neil**
**1114 W 7th st**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5465**

**Nonpriority creditor's name and mailing address**

**Marisa Mcguire**
**20390 Simmons rd**
**Waynesville, MO 65583**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5466**

**Nonpriority creditor's name and mailing address**

**Marisa soto**
**2505 sw Buchanan st**
**Topeka, KS 66611**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5467**

**Nonpriority creditor's name and mailing address**

**Marisol Coca**
**1632 West Spruce Street**
**Olathe, KS 66061**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5468**

**Nonpriority creditor's name and mailing address**

**Marissa Bollon**
**3497 Carmichael Rd**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5469**

**Nonpriority creditor's name and mailing address**

**Marissa Craven**
**480 Horseshoe Rd**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5470**

**Nonpriority creditor's name and mailing address**

**Marissa Villa**
**2104 Se. Market St.**
**Topeka, KS 66605**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5471**

**Nonpriority creditor's name and mailing address**

**Marissa White**
**2601 4th Ave N**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5472**

**Nonpriority creditor's name and mailing address**

**Marivel Martinez**
**4017 route cc**
**37**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  803 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.547 3**

**Nonpriority creditor's name and mailing address**

**Mariyah Andrews**
**410 coalville dr**
**Lawrenceville, GA 30046**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.547 4**

**Nonpriority creditor's name and mailing address**

**MaRiyah Lane**
**2237 E 67th St**
**Kansas City, MO 64132**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.547 5**

**Nonpriority creditor's name and mailing address**

**Mark Brugger**
**214 Gamble Road**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.547 6**

**Nonpriority creditor's name and mailing address**

**Mark Clure**
**5257 byers rd**
**gainesville, GA 30504**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.547 7**

**Nonpriority creditor's name and mailing address**

**Mark Dunning Industries, Inc**
**PO BOX 2046**
**Dothan, AL 36302**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$563.20**

---

**3.547 8**

**Nonpriority creditor's name and mailing address**

**Mark Henry**
**303 north clay st**
**A**
**Quitman, GA 31643**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.547 9**

**Nonpriority creditor's name and mailing address**

**Mark Lewis**
**709 Collier St**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5480**

**Nonpriority creditor's name and mailing address**

**Mark Pace**
**227 Brumbelow Rd**
**D4**
**Carrollton, GA 30117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5481**

**Nonpriority creditor's name and mailing address**

**Mark Stephen**
**593 N oak road**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5482**

**Nonpriority creditor's name and mailing address**

**Mark Strickland**
**513 court st**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5483**

**Nonpriority creditor's name and mailing address**

**MarkAnthony Audain**
**480 Murray road D40**
**Valdosta, GA 31602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5484**

**Nonpriority creditor's name and mailing address**

**Markayla Jones**
**214 chemistry circle**
**Ladson, SC 29456**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5485**

**Nonpriority creditor's name and mailing address**

**Markel Harris**
**7020 w 108th**
**Kansas city, MO 66211**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5486**

**Nonpriority creditor's name and mailing address**

**Markel McQueen**
**5000 Ambassador Dr**
**McDonough, GA 30253**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                         Case number (if known) _____
          Name

---

**3.5487**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Market Equipment & Refrigeration LLC**
**The Arcticom Group Refrigeration LLC**            ☐ Contingent
**P.O. Box 104243**                                ☐ Unliquidated
**Pasadena, CA 91189-4243**                        ☐ Disputed

Date(s) debt was incurred __                       **Basis for the claim:** __

Last 4 digits of account number __                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.5488**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Markia Brown**                                   ☐ Contingent
**150 Cunningham Dr**                               ☐ Unliquidated
**G-TWO**                                           ☐ Disputed
**Town, GA 30213**

Date(s) debt was incurred __                       **Basis for the claim:** __

Last 4 digits of account number __                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.5489**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Markil Kendrix**                                 ☐ Contingent
**1171 5th s.w Moultrie ga 31768**                 ☐ Unliquidated
**Moultrie, GA 31768**                             ☐ Disputed

Date(s) debt was incurred __                       **Basis for the claim:** __

Last 4 digits of account number __                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.5490**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Marla Craig**                                    ☐ Contingent
**630 South Merchant St Apt C**                    ☐ Unliquidated
**Emporia, KS 66801**                              ☐ Disputed

Date(s) debt was incurred __                       **Basis for the claim:** __

Last 4 digits of account number __                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.5491**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Marlana Gray**                                   ☐ Contingent
**4610 Pigeon oaks dr**                            ☐ Unliquidated
**Valdosta sta, GA 31601**                         ☐ Disputed

Date(s) debt was incurred __                       **Basis for the claim:** __

Last 4 digits of account number __                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.5492**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**marland patterson**                              ☐ Contingent
**519 N Lee St**                                   ☐ Unliquidated
**Valdosta, GA 31601**                             ☐ Disputed

Date(s) debt was incurred __                       **Basis for the claim:** __

Last 4 digits of account number __                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.5493**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Marlee Byrd**                                    ☐ Contingent
**143 mount pleasant dr**                          ☐ Unliquidated
**Ellijay, GA 30540**                              ☐ Disputed

Date(s) debt was incurred __                       **Basis for the claim:** __

Last 4 digits of account number __                 Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5494**

**Nonpriority creditor's name and mailing address**

**Marlene Vazquez**
**4510 prestwick dr**
**Oakwood, GA 30566**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5495**

**Nonpriority creditor's name and mailing address**

**Marliyah Scott**
**1019 elberta road**
**Warner Robins, GA 31093**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5496**

**Nonpriority creditor's name and mailing address**

**Marlo Nobriga**
**PO Box 1172**
**Buffalo, MO 65622**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5497**

**Nonpriority creditor's name and mailing address**

**Marlon Arbuthnot**
**182 Hawk Lane**
**Carrollton, GA 30116**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5498**

**Nonpriority creditor's name and mailing address**

**Marlon Simmons**
**1301 Ettiwan Dr**
**Goose Creek, SC 29445**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5499**

**Nonpriority creditor's name and mailing address**

**Marmic Fire and Safety CO Inc**
**PO BOX 1939**
**Lowell, AR 72745**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5500**

**Nonpriority creditor's name and mailing address**

**Marmic Fire and Safety CO Inc**
**PO BOX 1086**
**Joplin, MO 64802**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,574.73**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|--------|---------------------|------------------------|--|
| | Name | | |

---

**3.550
1**

**Nonpriority creditor's name and mailing address**

**Marquajah ivory**
**3812 candlelight**
**jefferson city, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.550
2**

**Nonpriority creditor's name and mailing address**

**Marquan Tyler**
**2404 SW Paris dr**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.550
3**

**Nonpriority creditor's name and mailing address**

**Marquavious Brown**
**218 Tyson avenue**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.550
4**

**Nonpriority creditor's name and mailing address**

**Marquavious Pullin**
**113 Carver Rd**
**McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.550
5**

**Nonpriority creditor's name and mailing address**

**Marquel Bright**
**211 leisure st**
**Reedsville, SC 29471**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.550
6**

**Nonpriority creditor's name and mailing address**

**Marquel Thompson**
**8619 e 84th terr**
**Raytown, MO 64138**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.550
7**

**Nonpriority creditor's name and mailing address**

**Marques Hilson**
**1211 maple street**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.5508**

**Nonpriority creditor's name and mailing address**

**Marques Richards**
**102 Orchard Dr**
**Griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5509**

**Nonpriority creditor's name and mailing address**

**Marquez Belvin Jr**
**100 redwing rd**
**Unadilla, GA 31091**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5510**

**Nonpriority creditor's name and mailing address**

**marquez bradley**
**211 decoy ln**
**moncks corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5511**

**Nonpriority creditor's name and mailing address**

**Marquez Johnson**
**431 Annette dr.**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5512**

**Nonpriority creditor's name and mailing address**

**Marquez Orr**
**2701 terratim lane**
**Dekalb, GA 30034**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5513**

**Nonpriority creditor's name and mailing address**

**Marqueze Rainey**
**117 AmberWood ln**
**Griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5514**

**Nonpriority creditor's name and mailing address**

**Marquis  Walker**
**205 Ruzelle St**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
Name

| 3.551 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marquis Hannor**
**710 Green street**
**K**
**Fort valley, GA 31030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.551 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marquis Herbert**
**901 7th ave se**
**N/a**
**Moultrie, GA 31768**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.551 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marquis Robinson**
**1250 fort Johnson**
**Charleston, SC 29412**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.551 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marquise Arbuthnot**
**182 Hawk Ln**
**Carrollton, GA 30116**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.551 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marquist Hutchinson**
**1022 old hwy**
**4**
**Moncks corner, SC 29461**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.552 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marrio Bexley**
**443 North Ga Ave**
**Bremen, GA 30110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.552 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marsha L. Boeschen**
**Pettis County Collector**
**415 S Ohio Ave., # 216**
**Sedalia, MO 65301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.552 2**

**Nonpriority creditor's name and mailing address**

**Marsha L. Boeschen**
**Pettis County Collector**
**415 S Ohio Ave., # 216**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.552 3**

**Nonpriority creditor's name and mailing address**

**Marshall Rainwater**
**3309 lake street**
**gillette, WY 82718**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.552 4**

**Nonpriority creditor's name and mailing address**

**Marshell Peppers**
**211 Jessie Court**
**McDonough, GA 30252**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.552 5**

**Nonpriority creditor's name and mailing address**

**Martez Robinson**
**104 Cole dr**
**Hawkinville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.552 6**

**Nonpriority creditor's name and mailing address**

**MARTHA BUSSIE**
**121 PLANTATION ROAD**
**MCDONOUGH, GA 30252**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.552 7**

**Nonpriority creditor's name and mailing address**

**Martha Castillo**
**2210 SE 21st**
**Topeka, KS 66607**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.552 8**

**Nonpriority creditor's name and mailing address**

**Martha Pando Franco**
**303 n. 33 St**
**kansas city, KS 66102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor      **ARC Burger, LLC**                                         Case number (if known) _____
            Name

---

**3.5529**

**Nonpriority creditor's name and mailing address**

**Martiel Kirksey**
**303 villa view way**
**Hampton, GA 30228**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5530**

**Nonpriority creditor's name and mailing address**

**Martiese Davis**
**807 gainer st**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5531**

**Nonpriority creditor's name and mailing address**

**Martin Johnson**
**176 James St**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5532**

**Nonpriority creditor's name and mailing address**

**Martin Keith**
**203, W Water Ave**
**Geneva, AL 36340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5533**

**Nonpriority creditor's name and mailing address**

**Martin Ross**
**3170 Wheeler Lane**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5534**

**Nonpriority creditor's name and mailing address**

**Martin Vieyra**
**9806 westminster ct**
**Lenexa, KS 66215**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5535**

**Nonpriority creditor's name and mailing address**

**Martina Ray**
**140 Brewer rd**
**Kingston, GA 30145**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.553 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Marty Davis**
**800 leisure lake**
**2g**
**Warner robins, GA 31088**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.553 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Marty eaton**
**100 richardson st**
**Griffin, GA 30223**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.553 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Marty Shane**
**821 N 27th St. Po box 281**
**Billings, MT 59101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.553 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Maruice Belcher**
**3002 ember drive**
**208**
**Decatur, GA 30034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.554 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Marvin Quesenberry**
**822 Starlight Circle**
**Billings, MT 59101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.554 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**marvin Senior**
**103 n.e. railroad ave**
**SAINT GEORGE, SC 29477**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.554 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Marvin Weaver**
**5530 Corabells Crossing**
**Cumming, GA 30040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ARC Burger, LLC**                                        Case number (if known) _____
            Name

---

| 3.554 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marvis Hillman**
**609 West Creek Circle**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.554 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Ann Ellison**
**Geneva County Revenue Commissioner**
**200 North Commerce St., P.O. Box 326**
**Geneva, AL 36340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.554 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Blackmon**
**2453 HANNA LAKE RD LOT 23**
**LOT 23**
**JOHNSONVILLE, SC 29555**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.554 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Cruz rosas**
**1708 W 39 Ave**
**Kansas city, KS 66103**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.554 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Emond**
**215 sw pinnell dr**
**Lees summit, MO 64081**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.554 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Gaillard**
**144 Wilder Rd st Stephens SC 29479**
**Saint Stephen, SC 29479**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.554 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mary Howell**
**105 Gloucester Road**
**Bonaire, GA 31005**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.5550**

**Nonpriority creditor's name and mailing address**

**Mary Jo Furlow**
**2679 Mountville Hogansville Rd.**
**Hogansville, GA 30230**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5551**

**Nonpriority creditor's name and mailing address**

**Mary Maines**
**923 East Broadway Street**
**Griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5552**

**Nonpriority creditor's name and mailing address**

**Mary Moore**
**PO BOX 182**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5553**

**Nonpriority creditor's name and mailing address**

**Mary Norton**
**500 4th Ave SE**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5554**

**Nonpriority creditor's name and mailing address**

**Mary Pittman**
**94 Cedar Drive Ext**
**Commerce, GA 30529**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5555**

**Nonpriority creditor's name and mailing address**

**Mary Reed**
**1109 Latney St**
**Mexico, MO 65265**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5556**

**Nonpriority creditor's name and mailing address**

**Mary Streetman**
**41 crane rd**
**Canon, GA 30520**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.555 7**

**Nonpriority creditor's name and mailing address**

**Mary Wiggins**
**215 Belfast LN**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.555 8**

**Nonpriority creditor's name and mailing address**

**Maryaleht Diaz**
**5703e 96th place**
**Kansas City, MO 64137**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.555 9**

**Nonpriority creditor's name and mailing address**

**Maryamber Funk**
**127 Sauda Drive**
**Monks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.556 0**

**Nonpriority creditor's name and mailing address**

**MaryJo Ogletree**
**5399 US Hwy 319**
**Norman Park, GA 31771**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.556 1**

**Nonpriority creditor's name and mailing address**

**Marzeyvionn Dixon**
**300 Avenue f**
**W4**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.556 2**

**Nonpriority creditor's name and mailing address**

**Masiah Davis**
**296 church road**
**Slot 3**
**St.Stephen, SC 29641**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.556 3**

**Nonpriority creditor's name and mailing address**

**Mason Henry**
**922 s spruce**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
Name

---

3.556 4

**Nonpriority creditor's name and mailing address**

**Mason Lance**
**1664 highway 98 w**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.556 5

**Nonpriority creditor's name and mailing address**

**Mason Martinez**
**4349 bevel creek dr**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.556 6

**Nonpriority creditor's name and mailing address**

**mason plemmons**
**501 nw chipman rd**
**Lees Summit, MO 64063**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.556 7

**Nonpriority creditor's name and mailing address**

**Mason Roland**
**6935 Oak St**
**Grand Ridge, FL 32442**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.556 8

**Nonpriority creditor's name and mailing address**

**Mason Tellefsen**
**900 Peurifoy Road**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.556 9

**Nonpriority creditor's name and mailing address**

**Matt  Thomas**
**2004 s Waukesha st**
**Room128**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.557 0

**Nonpriority creditor's name and mailing address**

**Matthew Bales**
**1479 Macedonia church rd**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  817 of 1218

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
        Name

---

**3.557
1**

**Nonpriority creditor's name and mailing address**

**Matthew Ballard**
**2434 Bolman Rd**
**Gainesville, GA 30507**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.557
2**

**Nonpriority creditor's name and mailing address**

**Matthew Bender**
**2194 Jubel Dr**
**B**
**Mexico, MO 65265**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.557
3**

**Nonpriority creditor's name and mailing address**

**Matthew Cabrera**
**641 Baugh Mountain Rd**
**Sugar Valley, GA 30746**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.557
4**

**Nonpriority creditor's name and mailing address**

**Matthew Dellinger**
**3336 RollingHills Cir**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.557
5**

**Nonpriority creditor's name and mailing address**

**Matthew Fennell**
**1020 S. Pleasant**
**D**
**Independence, MO 64050**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.557
6**

**Nonpriority creditor's name and mailing address**

**Matthew Figge**
**109 Oxford North Rd**
**Oxford, GA 30054**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.557
7**

**Nonpriority creditor's name and mailing address**

**Matthew Frederickson**
**620 w main  st**
**1**
**Laurel, MT 59044**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5578**

**Nonpriority creditor's name and mailing address**

**Matthew Furyk**
**10503 W 88th Terrace**
**Overland Park, KS 66211**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5579**

**Nonpriority creditor's name and mailing address**

**Matthew Greenway**
**320 Panacea Court**
**Demorest, GA 30535**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5580**

**Nonpriority creditor's name and mailing address**

**Matthew Gutierrez**
**4813 hearthside drive**
**Summerville, SC 29485**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5581**

**Nonpriority creditor's name and mailing address**

**Matthew Herring**
**739 Shamrock Place**
**Washington, MO 63090**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5582**

**Nonpriority creditor's name and mailing address**

**Matthew Jensen**
**3881 Desalvo Rd**
**Carville, FL 32427**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5583**

**Nonpriority creditor's name and mailing address**

**Matthew Key**
**11112 e 71st terr**
**Raytown, MO 64433**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5584**

**Nonpriority creditor's name and mailing address**

**Matthew Mahkuk**
**833 Lake Elmo Dr**
**Trailer 34**
**Billings, MT 59105**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                      Case number (if known) _____
_____
Name

---

**3.5585**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Matthew Minic**
**918 E st**
**3**
**Emporia, KS 66801**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __              Is the claim subject to offset? ■ No  [ ] Yes

---

**3.5586**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Matthew Mize**
**1990 Garden Dr**
**Gainesville, GA 30507**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __              Is the claim subject to offset? ■ No  [ ] Yes

---

**3.5587**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Matthew Moorer**
**139 Manchester Rd**
**Summerville, SC 29486**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __              Is the claim subject to offset? ■ No  [ ] Yes

---

**3.5588**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Matthew Pittman**
**210 tumlin creek rd**
**Roopville, GA 30170**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __              Is the claim subject to offset? ■ No  [ ] Yes

---

**3.5589**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Matthew Shaffer**
**2101 e 125th street**
**Kansas City, MO 64146**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __              Is the claim subject to offset? ■ No  [ ] Yes

---

**3.5590**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Matthew Sisemore**
**1107 s Massachusetts avenue**
**Sedalia, MO 65301**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __              Is the claim subject to offset? ■ No  [ ] Yes

---

**3.5591**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Matthew Soltani**
**2310 1st Ave N**
**6**
**Great falls, MT 59401**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __                     **Basis for the claim:** __

Last 4 digits of account number __              Is the claim subject to offset? ■ No  [ ] Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  820 of 1218

Debtor   **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.559 2**

**Nonpriority creditor's name and mailing address**

**Matthew Stapleton**
**103 Juniper Way SE**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.559 3**

**Nonpriority creditor's name and mailing address**

**Matthew Studt**
**962 Hallmark Rd**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.559 4**

**Nonpriority creditor's name and mailing address**

**Matthew Wade**
**68 Princeton Glenn Ct., #68**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.559 5**

**Nonpriority creditor's name and mailing address**

**Matthew Wagoner**
**533 N Last Chance Gulch**
**Helena, MT 59601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.559 6**

**Nonpriority creditor's name and mailing address**

**Matthew West**
**733 s hickory street**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.559 7**

**Nonpriority creditor's name and mailing address**

**Matthew Yarbrough**
**146 Briarcliff Circle**
**Sparks, GA 31647**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.559 8**

**Nonpriority creditor's name and mailing address**

**Maurice Hailey**
**236 5th Street**
**A**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**
Name                                                      Case number (if known) _____

---

**3.5599**

**Nonpriority creditor's name and mailing address**

**Maurice Young**
**305 7th st Sw**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5600**

**Nonpriority creditor's name and mailing address**

**max veal**
**10 lewis street**
**mcdonough, GA 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5601**

**Nonpriority creditor's name and mailing address**

**Maxcine Fredrick**
**2118 Keheley Drive**
**Decatur, GA 30032**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5602**

**Nonpriority creditor's name and mailing address**

**Maximiliano Serna**
**7575 W 106th St**
**242**
**Overland Park, KS 66212**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5603**

**Nonpriority creditor's name and mailing address**

**Maxwell Rillen**
**1112 Alderson ave**
**Billings, MT 59102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5604**

**Nonpriority creditor's name and mailing address**

**Maya Tanksley**
**9532 dury ave**
**301**
**Kansas City, MO 64137**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5605**

**Nonpriority creditor's name and mailing address**

**Maya Taylor**
**2700 waterside oaks dr**
**2718**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.5606**

**Nonpriority creditor's name and mailing address**

**Mayaisha Fishburne**
**204, Kelly**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5607**

**Nonpriority creditor's name and mailing address**

**Maybell Landero**
**1310, 126st**
**Grandview, MO 64030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5608**

**Nonpriority creditor's name and mailing address**

**Maykala Manning**
**2945 Alabama 85**
**Geneva, AL 36340**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5609**

**Nonpriority creditor's name and mailing address**

**Maylin Canova**
**5100 Parallel Parkway, apt 7**
**7**
**Kansas City KS, KS 66104**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5610**

**Nonpriority creditor's name and mailing address**

**Maynor Mendoza**
**1011E 134th st**
**Grandview, MO 64030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5611**

**Nonpriority creditor's name and mailing address**

**Mayra Morales**
**3765 South East Humboldt**
**Topeka, KS 66609**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5612**

**Nonpriority creditor's name and mailing address**

**McCoy's Septic Tank Service Inc**
**7336 Hwy 90**
**Grand Ridge, FL 32442**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor      **ARC Burger, LLC**                                        Case number (if known) _____
            Name

| 3.561 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.63** |

**McElroy's Inc.**
**3310 SW Topeka Blvd,**
**Topeka, KS 66611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$850.00** |

**McGarity Properties LLLP**
**P.O. Box 130**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**McKayla Daniel**
**15 Agan Rd**
**Bremen, GA 30110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Mckenzie Martin**
**2745 Muir Lane**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$971,221.74** |

**McLane**
**PO Box 847535**
**Dallas, TX 75284-7535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**McLees Incorporated**
**7310 Entry Way**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**ME-SHY Locksmith LLC**
**1215 E Mt Gilead Rd Ste A**
**Bolivar, MO 65613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page  824 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|--------|-----------------|------------------------|--|
| | Name | | |

---

**3.5620**

**Nonpriority creditor's name and mailing address**

**Meagan Cooper**
**1568 frolona Rd.**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5621**

**Nonpriority creditor's name and mailing address**

**Meah Jenkins**
**1821 Boulder Avenue**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5622**

**Nonpriority creditor's name and mailing address**

**Meaira Brown**
**2455 brooklyn ave**
**1n**
**kansas city, MO 64127**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5623**

**Nonpriority creditor's name and mailing address**

**Mech Tech**
**PO Box 456**
**SMITHVILLE, MO 64089**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5624**

**Nonpriority creditor's name and mailing address**

**Mechelle Murphy**
**1508 Chowen Springs Loop**
**Great Falls, MT 59405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5625**

**Nonpriority creditor's name and mailing address**

**Meciera Bell**
**85 Mary Johnson drive**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5626**

**Nonpriority creditor's name and mailing address**

**Meehan Electrical Services**
**P.O. Box 321**
**Bogart, GA 30622**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor     **ARC Burger, LLC**                                    Case number (if known) _____
            Name

---

**3.5627**

**Nonpriority creditor's name and mailing address**

**Megan Allen**
**2501 9th Ave S**
**Great Falls, MT 59405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.5628**

**Nonpriority creditor's name and mailing address**

**Megan Brinker**
**514 E 7th Street**
**Washington, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.5629**

**Nonpriority creditor's name and mailing address**

**Megan Eason**
**21 neighbors dr**
**Hogansville, GA 30230**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.5630**

**Nonpriority creditor's name and mailing address**

**Megan Kirschbaum**
**1105 Bennington Ave.**
**Kansas City, MO 64126**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.5631**

**Nonpriority creditor's name and mailing address**

**Megan Southers**
**3200 White Sulphur Rd**
**Gainesville, GA 30501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.5632**

**Nonpriority creditor's name and mailing address**

**Megan Thomas**
**430 N Hwy 65**
**Trenton, MO 64683**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.5633**

**Nonpriority creditor's name and mailing address**

**Megan Waldrop**
**212 Greentown Road**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **ARC Burger, LLC**
Name
Case number (if known) _____

| | | |
|---|---|---|
| 3.5634 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Megan Wood**
**6264 w state highway 52**
**Samson, AL 36477**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.5635 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Megen Harden**
**8319 grinder creek rd**
**Chattanooga, TN 37421**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.5636 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Meghan Sheets**
**9989 Dorchester road**
**18 F**
**Summerville, SC 29485**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.5637 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Meiorea Wilcox**
**141 Back Cedar Lane**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.5638 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mekalaaliyah Johnson**
**54 tency lane**
**Rome, GA 30165**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.5639 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mekelah brady**
**36 mcneil ln**
**pawleys island, SC 29585**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.5640 | **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mekelle Mungin**
**2056 robin wood blvd**
**Moncks corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.564**
**1**

**Nonpriority creditor's name and mailing address**

**Mekhi Baylock**
**8465 patriot blvd**
**623**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.564**
**2**

**Nonpriority creditor's name and mailing address**

**mel Gamble**
**39 Hodge Dr**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.564**
**3**

**Nonpriority creditor's name and mailing address**

**Melanie Belcher**
**2666 Sun Lake Road**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.564**
**4**

**Nonpriority creditor's name and mailing address**

**Melanie Edmonds**
**400 Alwyn Blvd, House**
**House**
**Summerville, SC 29485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.564**
**5**

**Nonpriority creditor's name and mailing address**

**Melanie Kline**
**6008 Barton Dr**
**Apt. A**
**Shawnee, KS 66203**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.564**
**6**

**Nonpriority creditor's name and mailing address**

**Melanie Logsdon**
**842 rattlebox rd**
**Chipley, FL 32428**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.564**
**7**

**Nonpriority creditor's name and mailing address**

**Melanie McDonnell**
**11948 us highway 27 lot 23**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
              Name

---

**3.5648**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Melanie Ruhland**
**813 48th st. N**
**Great falls, MT 59405**
                                                             ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.5649**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Melinda Brown**
**7429 blue star hwy**
**Chattahoochee, FL 32324**
                                                             ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.5650**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Melinda Edgeworth**
**3148 providence church rd**
**Tallapoosa, GA 30176**
                                                             ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.5651**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Melinda Handeland**
**2200 Princeton Rd**
**14**
**Trenton, MO 64683**
                                                             ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.5652**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Melinda Lane**
**212 green acres Lane**
**C9**
**Cartersville, GA 30121**
                                                             ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.5653**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Melinda Sellars**
**3527 south lynn street**
**Apt B**
**Independence, MO 64055**
                                                             ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.5654**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Melinda Smith**
**175 Brown Road**
**Covington, GA 30016**
                                                             ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** __                             **Basis for the claim:** __

**Last 4 digits of account number** __                       Is the claim subject to offset?  ■ No   ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Case 26-55202-bem    Doc 2    Filed 04/20/26    Entered 04/20/26 09:23:08    Desc Main
Document        Page 855 of 1287

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5655**

**Nonpriority creditor's name and mailing address**

**Melinda Taplin**
**160 Centennial Drive**
**Room 200**
**Carrollton, GA 30116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5656**

**Nonpriority creditor's name and mailing address**

**Melinda Turner**
**25703 rejoice rd**
**Richland, MO 65556**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5657**

**Nonpriority creditor's name and mailing address**

**Melinda Young**
**2515 GOLDEN EAGLE CIRCLE**
**Gainesville, GA 30507**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5658**

**Nonpriority creditor's name and mailing address**

**Melisa Bloomquist**
**3292 2nd Ave s**
**Lot2**
**Bonifay, FL 32425**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5659**

**Nonpriority creditor's name and mailing address**

**Melisa Page**
**242 Triune Avenue**
**242**
**Thomaston, GA 30286**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5660**

**Nonpriority creditor's name and mailing address**

**Melissa Barrett**
**140 E. 13th street**
**Rome, GA 30161**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5661**

**Nonpriority creditor's name and mailing address**

**Melissa Garcia**
**110 pegasus trace**
**Newnan, GA 30263**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 830 of 1218

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

3.566
2

**Nonpriority creditor's name and mailing address**

**Melissa Grizzard**
**223 Roberts Street**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.566
3

**Nonpriority creditor's name and mailing address**

**Melissa Hudson**
**206 Highland Dr**
**Hartford, AL 36344**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.566
4

**Nonpriority creditor's name and mailing address**

**Melissa Means**
**1205 Market St**
**Hermann, MO 65041**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.566
5

**Nonpriority creditor's name and mailing address**

**Melissa Nelson**
**122 Loper Lane**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.566
6

**Nonpriority creditor's name and mailing address**

**Melissa Oneal**
**210 Lanier Mill Cir**
**210**
**Oakwood, GA 30566**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.566
7

**Nonpriority creditor's name and mailing address**

**Melissa Pressley**
**29 Rose Creek Rd**
**The Rock, GA 30285**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.566
8

**Nonpriority creditor's name and mailing address**

**Melissa Pringle**
**1193 ga hwy 42 n**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.5669**

**Nonpriority creditor's name and mailing address**

**Melissa Scoggins**
**5291 old Atlanta rd**
**317**
**Hampton, GA 30228**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5670**

**Nonpriority creditor's name and mailing address**

**Melissa Wilson**
**1003 maverick dr**
**Hanahan, SC 29410**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5671**

**Nonpriority creditor's name and mailing address**

**Melodie Melahn**
**1112 NW Arlington Pl**
**apt 3**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5672**

**Nonpriority creditor's name and mailing address**

**Melody Greenlee**
**2512 state highway 73**
**Tunas, MO 65764**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5673**

**Nonpriority creditor's name and mailing address**

**Melody Pleas**
**3401 Houston Ave**
**O18**
**Macon, GA 31206**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5674**

**Nonpriority creditor's name and mailing address**

**Melonee Hockaday**
**1120 s pope avenue**
**Independence, MO 64050**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5675**

**Nonpriority creditor's name and mailing address**

**Melshawn Bennett**
**204 Beverly Dr**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5676**

**Nonpriority creditor's name and mailing address**

**Melvin Moore**
**1641 lexington circle**
**Valdosta, GA 31602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5677**

**Nonpriority creditor's name and mailing address**

**Melvin Pullin**
**113 Carver Rd**
**Mcdonough, GA 30253**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5678**

**Nonpriority creditor's name and mailing address**

**Melvin Velasquez**
**2847 Raytown Rd**
**2848**
**Kansas City, MO 64128**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5679**

**Nonpriority creditor's name and mailing address**

**Melvin Wilhelm**
**2822 Minnesota Ave**
**Billings, MT 59101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5680**

**Nonpriority creditor's name and mailing address**

**Melynda Davis**
**795 Meadowsong circle**
**Lawrenceville, GA 30043**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5681**

**Nonpriority creditor's name and mailing address**

**Mercedes Collins**
**4213 douglas ferry road**
**Carryville, FL 32427**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5682**

**Nonpriority creditor's name and mailing address**

**Mercedes Luper**
**404 high street**
**Princeton, MO 64673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.568 3**

**Nonpriority creditor's name and mailing address**

**Merceline Boyer**
**408 2nd Ave South**
**Great Falls, MT 59405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.568 4**

**Nonpriority creditor's name and mailing address**

**Meressa Hunter**
**150 G W CARVER DR**
**APT 20**
**Monroe, GA 30655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.568 5**

**Nonpriority creditor's name and mailing address**

**Meshach Boston**
**149 Magnaview Drive**
**McDonough, GA 30253**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.568 6**

**Nonpriority creditor's name and mailing address**

**Meshia Jackson**
**681 Flint river Rd Apt B33**
**33b**
**Jonesboro, GA 30238**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.568 7**

**Nonpriority creditor's name and mailing address**

**Messiah Blow**
**6246 Caprice Drive**
**Flowery branch, GA 30542**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.568 8**

**Nonpriority creditor's name and mailing address**

**MetLife**
**PO BOX 783895**
**Philadelphia, PA 19178-3895**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,274.62**

---

**3.568 9**

**Nonpriority creditor's name and mailing address**

**Metro Mechanical Services**
**14460 Bethel Road**
**Platte City, MO 64079**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____Name_____

---

3.5690

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Metro Power Electric**                                          ☐ Contingent
**PO Box 5228**                                                  ☐ Unliquidated
**Albany, GA 31706**                                             ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

3.5691

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Meylin Rodriguez**                                             ☐ Contingent
**8448preakness DR**                                            ☐ Unliquidated
**North charleston, SC 29420**                                  ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

3.5692

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Mia Covey**                                                   ☐ Contingent
**1006 Hazelwood st**                                           ☐ Unliquidated
**Princeton, MO 64673**                                         ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

3.5693

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Mia Golden**                                                  ☐ Contingent
**1386 us 41 n**                                                ☐ Unliquidated
**B4**                                                          ☐ Disputed
**Calhoun, GA 30701**

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

3.5694

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Mia Grant**                                                   ☐ Contingent
**2748 holly springs rd**                                       ☐ Unliquidated
**Bowman, GA 30624**                                            ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

3.5695

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Mia Sanders**                                                 ☐ Contingent
**9404 woodknoll way**                                          ☐ Unliquidated
**Jonesboro, GA 30238**                                         ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

3.5696

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Mia Weinstein**                                               ☐ Contingent
**518 South Clark Street**                                      ☐ Unliquidated
**A**                                                           ☐ Disputed
**Moberly, MO 65270**

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.5697**

**Nonpriority creditor's name and mailing address**

**Miah Harris**
**137 Linstead Dr**
**Macon, GA 31216**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5698**

**Nonpriority creditor's name and mailing address**

**miasia brown**
**4651 ladson road**
**25**
**ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5699**

**Nonpriority creditor's name and mailing address**

**Miayawna Murray**
**403 Marquette Ln**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5700**

**Nonpriority creditor's name and mailing address**

**Micah Anderson**
**207 Hardy ave**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5701**

**Nonpriority creditor's name and mailing address**

**Micah Connell**
**1325 Stuart Street**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5702**

**Nonpriority creditor's name and mailing address**

**Micah Fraser**
**123 SW Roosevelt St**
**Topeka, KS 66606**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5703**

**Nonpriority creditor's name and mailing address**

**Micah Matthews**
**4131 Buchanan ave**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor      **ARC Burger, LLC**                                    Case number (if known) _____
            Name

---

3.5704

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Micashia Fuller**
**910 7th ave se**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.5705

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Micayla Davis**
**630 S. MERCHANT ST.**
**APT. C**
**EMPORIA, KS 66801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.5706

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Micayla Wells**
**306 Timber Mill Cir**
**Carrollton, GA 30116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.5707

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**micha jarrett**
**1328 myrtle st se**
**221**
**gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.5708

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Michael  Kary**
**3301 bold springs road**
**Monroe, GA 30656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.5709

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Michael Allison**
**6847 LARCH LOOP**
**GREAT FALLS, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

3.5710

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Michael Anderson**
**115 N Merriman rd**
**Georgetown, SC 29440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.571**
**1**

**Nonpriority creditor's name and mailing address**

**Michael Baldwin**
**19 Radio Road**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.571**
**2**

**Nonpriority creditor's name and mailing address**

**Michael Bauer**
**1205 12st W**
**Billings, MT 59102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.571**
**3**

**Nonpriority creditor's name and mailing address**

**Michael Benford**
**6850 W 108th St, Overland Park, KS 66211**
**247**
**Overland park, KS 66211**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.571**
**4**

**Nonpriority creditor's name and mailing address**

**Michael Blanks**
**1852 Sandcroft Drive**
**Charleston, SC 29407**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.571**
**5**

**Nonpriority creditor's name and mailing address**

**Michael Chesmore**
**805 colleen st**
**Apt 2**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.571**
**6**

**Nonpriority creditor's name and mailing address**

**Michael Coleman**
**1032 Logan St**
**1**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.571**
**7**

**Nonpriority creditor's name and mailing address**

**Michael Corcoran**
**617 Virginia st**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.571 8**

**Nonpriority creditor's name and mailing address**

**Michael Cunningham**
**7704 e 108 th ter**
**Kc, MO 64134**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.571 9**

**Nonpriority creditor's name and mailing address**

**michael Dunlap**
**505 Southeast Third Street**
**Lees Summit, MO 64063**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 0**

**Nonpriority creditor's name and mailing address**

**Michael Elkins**
**618 s huttig ave**
**Independence, MO 64053**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 1**

**Nonpriority creditor's name and mailing address**

**Michael Forster**
**216 Hillcrest Dr**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 2**

**Nonpriority creditor's name and mailing address**

**Michael Frasier**
**19910 Ga hwy 100**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 3**

**Nonpriority creditor's name and mailing address**

**MICHAEL GIBBS**
**3192 Townhouse Dr**
**MARIANNA, FL 32446**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 4**

**Nonpriority creditor's name and mailing address**

**Michael Gray**
**613 N Grover**
**#1**
**Liberty, MO 64068**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                                      Case number (if known) _____
Name

---

**3.5725**

**Nonpriority creditor's name and mailing address**

**Michael Greene**
**5225 Forest Dr.**
**Graceville, FL 32440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5726**

**Nonpriority creditor's name and mailing address**

**Michael Hall**
**2000 sw 8th st**
**Apt c**
**Blue springs, MO 74015**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5727**

**Nonpriority creditor's name and mailing address**

**Michael Henderson**
**117 cotton ave**
**Gillette, WY 82718**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5728**

**Nonpriority creditor's name and mailing address**

**Michael Hilton**
**2902 N 12th street**
**trailer 214**
**saint joseph, MO 64505**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5729**

**Nonpriority creditor's name and mailing address**

**Michael Holcomb**
**1605 azelea lane**
**Gainesville, GA 30507**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5730**

**Nonpriority creditor's name and mailing address**

**MIchael Holleman**
**1009 south Monroe ave**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5731**

**Nonpriority creditor's name and mailing address**

**Michael J. Strohbush**
**515 Mackenzie Drive**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**
_____   Case number (if known) _____
Name

---

3.573
2

**Nonpriority creditor's name and mailing address**

**Michael Jimenez**
**201 Avenue E**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.573
3

**Nonpriority creditor's name and mailing address**

**Michael Kelly**
**30 BK Drive**
**Byron, GA 31008**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.573
4

**Nonpriority creditor's name and mailing address**

**Michael Knoeferl**
**500 N Quincy Ave, Sedalia, MO, USA**
**Sedalia MO, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.573
5

**Nonpriority creditor's name and mailing address**

**Michael Koch**
**5399 iron ridge loop**
**Helena, MT 59602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.573
6

**Nonpriority creditor's name and mailing address**

**MICHAEL LAMB**
**720 BREANNA DR**
**MCDONOUGH, GA 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.573
7

**Nonpriority creditor's name and mailing address**

**Michael Lewis**
**2344 Stillwater Dr**
**Billings, MT 59102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.573
8

**Nonpriority creditor's name and mailing address**

**Michael Marion**
**625 S 76 Street**
**Kansas City, KS 66111**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor      **ARC Burger, LLC**                                                    Case number (if known) _____
            Name

| | |
|---|---|
| 3.5739 | |

**Nonpriority creditor's name and mailing address**

**Michael McGregor**
**9291 Ga Hwy 34**
**Lot 10**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| |
|---|
| 3.5740 |

**Nonpriority creditor's name and mailing address**

**Michael McLendon**
**131 Loon Dr**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| |
|---|
| 3.5741 |

**Nonpriority creditor's name and mailing address**

**Michael McLendon**
**131 Loon Dr**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| |
|---|
| 3.5742 |

**Nonpriority creditor's name and mailing address**

**Michael Miller**
**323 East 14**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| |
|---|
| 3.5743 |

**Nonpriority creditor's name and mailing address**

**Michael Moody**
**1070 Bolton Rd Nw**
**3108**
**Atlanta, GA 30331**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| |
|---|
| 3.5744 |

**Nonpriority creditor's name and mailing address**

**Michael Moses**
**1344 coleman ave lot H**
**Chipley, FL 32428**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| |
|---|
| 3.5745 |

**Nonpriority creditor's name and mailing address**

**Michael Oldman**
**86088 Felmor Rd**
**Yulee, FL 32097**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.5746**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Michael Paine** | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5747**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Michael Paine** | ☐ Contingent | |
| **5 East Road** | ☐ Unliquidated | |
| **Broad Brook, CT 06016** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5748**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Michael Palmentere** | ☐ Contingent | |
| **228 sw McClendon dr** | ☐ Unliquidated | |
| **Lees summit, MO 64081** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5749**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Michael Price** | ☐ Contingent | |
| **1405 B Nelm st** | ☐ Unliquidated | |
| **1405B** | ☐ Disputed | |
| **Rome, GA 30161** | | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5750**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Michael Russell** | ☐ Contingent | |
| **519 w Kansas ave** | ☐ Unliquidated | |
| **Bonifay, FL 32425** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5751**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Michael Schalk** | ☐ Contingent | |
| **145 dogwood dr** | ☐ Unliquidated | |
| **Thomasville, GA 31757** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.5752**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Michael Schneider** | ☐ Contingent | |
| **314 East Love Street** | ☐ Unliquidated | |
| **Mexico, MO 65265** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | | |
| **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.575 3**

**Nonpriority creditor's name and mailing address**

**Michael Severa**
**9291 ga hwy 34**
**14**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575 4**

**Nonpriority creditor's name and mailing address**

**Michael Simon**
**515 elm lane.**
**Apt.C**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575 5**

**Nonpriority creditor's name and mailing address**

**Michael Tackitt**
**1304 E 4th**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575 6**

**Nonpriority creditor's name and mailing address**

**Michael Tatum**
**576 mariposa lane**
**Mcdonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575 7**

**Nonpriority creditor's name and mailing address**

**Michael Terrell**
**2222 colonial oak**
**Stone Mountain, GA 30087**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575 8**

**Nonpriority creditor's name and mailing address**

**Michael Turner**
**11604 E 38th Terr S**
**Independence, MO 64052**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575 9**

**Nonpriority creditor's name and mailing address**

**Michael Watkins**
**1902 rosewood dr**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
            Name

---

| 3.5760 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michael Weatherup jr**
**922 Potter Rd**
**St Stephen, SC 29479**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.5761 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michael White**
**126 kayorie lane**
**Saint Stephen, SC 29479**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.5762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**michael white jr**
**113 east bolivar street**
**720 east love street**
**mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.5763 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michael Wiggins**
**8248 Thurgood Marshall Hwy**
**Andrews, SC 29510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.5764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michael Woodfield**
**203 north walnut street**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.5765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michaela Jenkins**
**11014 Cambridge avenue**
**Kansas City, MO 64134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.5766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**michale tracy**
**6901 w87th st**
**2503w**
**Overland Park, KS 66212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  845 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5767**

**Nonpriority creditor's name and mailing address**

**Micheal Mendoza Garcia**
**777 RT-17 Houston, MO  65483 Us**
**9 bay 2**
**Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5768**

**Nonpriority creditor's name and mailing address**

**Michele Brabham**
**428 Green Park Lane**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5769**

**Nonpriority creditor's name and mailing address**

**Michele Hannah**
**3600 S. Adams Ave.**
**Independence, MO 64055**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5770**

**Nonpriority creditor's name and mailing address**

**Michele Henderson**
**702 1/2 3rd Ave**
**15**
**Gillette, WY 82716**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5771**

**Nonpriority creditor's name and mailing address**

**Michell Harding**
**105 S Choctaw St**
**Geneva, AL 36340**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5772**

**Nonpriority creditor's name and mailing address**

**Michelle Anderson**
**18345 hwy ee**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5773**

**Nonpriority creditor's name and mailing address**

**Michelle Freeman**
**717 E Logan St**
**Moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                      Case number (if known) _____
        Name

---

**3.5774**

**Nonpriority creditor's name and mailing address**

**Michelle Grace**
**312 Cornell Drive**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5775**

**Nonpriority creditor's name and mailing address**

**michelle Halbert**
**17 woodland oaks dr**
**apt 2**
**union, MO 63084**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5776**

**Nonpriority creditor's name and mailing address**

**Michelle Harris**
**178 Moury Avenue SW**
**3640**
**Atlanta, GA 30315**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5777**

**Nonpriority creditor's name and mailing address**

**michelle hyppolite**
**53 Bouldercrest ln SE**
**A**
**ATLANTA, GA 30316**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5778**

**Nonpriority creditor's name and mailing address**

**Michelle Lee, Collector**
**Randolph County Collector**
**372 Highway JJ, Suite 1G**
**Huntsville, MO 65259**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5779**

**Nonpriority creditor's name and mailing address**

**Michelle Middlebrooks**
**1296 magnolia ridge**
**Lot 18**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5780**

**Nonpriority creditor's name and mailing address**

**Michelle Owens**
**109B Susan Drive**
**Summerville, SC 29485**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor      **ARC Burger, LLC**                                                    Case number (if known) _____
            Name

---

**3.578
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Michelle Red Star**                                        ☐ Contingent
**821 North 27th St C 119**                                  ☐ Unliquidated
**Billings, MT 59101**                                       ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.578
2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Michelle Robinson**                                        ☐ Contingent
**759evans street**                                          ☐ Unliquidated
**Chattahoochee, FL 32324**                                  ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.578
3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Michelle Sanchez**                                         ☐ Contingent
**3600 SE Humboldt St**                                      ☐ Unliquidated
**Topeka, KS 66605**                                         ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.578
4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Michelle Smith**                                           ☐ Contingent
**2917 7Th Avenue North**                                    ☐ Unliquidated
**Billings, MT 59101**                                       ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.578
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Michelle Ward**                                            ☐ Contingent
**5 Valley Drive**                                           ☐ Unliquidated
**Union, MO 63084**                                          ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.578
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Michelle Watford**                                         ☐ Contingent
**1706 falling waters rd**                                   ☐ Unliquidated
**Chipley, FL 32428**                                        ☐ Disputed

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.578
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Michelle Williams**                                        ☐ Contingent
**328 Towler st**                                            ☐ Unliquidated
**3**                                                        ☐ Disputed
**Monroe, GA 30655**

Date(s) debt was incurred __                                 **Basis for the claim:** __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.578 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Mickie Pittman**<br>**4280 Victory Rd, Franklin, GA 30217, USA**<br>**Franklin, GA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.578 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225.00** |
|---|---|---|
| **Mid Missouri Window Cleaning Co. LLC**<br>**Rick Kadletz**<br>**1310 Quinn St.**<br>**Moberly, MO 65270** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.579 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,655.14** |
|---|---|---|
| **Mid State Energy**<br>**200 Dunbar Rd**<br>**Byron, GA 31008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.579 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,440.00** |
|---|---|---|
| **Mid-State Landscaping LLC**<br>**119 Douglas Dr**<br>**Jefferson City, MO 65109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.579 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Mid-West Interiors, Inc**<br>**711 NE Pilgrim Way**<br>**Lees Summit, MO 64086** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.579 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Middle GA Locksmith**<br>**1095 Old Roswell Road Suite A**<br>**Roswell, GA 30076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.579 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Middle GA Locksmith**<br>**AM/PM Roswell Locksmith**<br>**1095 Old Roswell Road Suite A**<br>**Roswell, GA 30076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5795**

**Nonpriority creditor's name and mailing address**

**Midmo Commercial Services LLC**
**123 Cedar Falls Ct**
**Columbia, MO 65203**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$17,176.72**

---

**3.5796**

**Nonpriority creditor's name and mailing address**

**Midrell Pittman**
**1215 Campbellton Avenue**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5797**

**Nonpriority creditor's name and mailing address**

**Midwest Hood Cleaners**
**Fernando Matinez**
**1023 N Kansas Ave**
**Kansas, MO 64120**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,200.00**

---

**3.5798**

**Nonpriority creditor's name and mailing address**

**Miesha Davis**
**1720 Brookvale dr**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5799**

**Nonpriority creditor's name and mailing address**

**Miesha Mitchell**
**7808 E 113th St**
**Kansas City, MO 64134**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5800**

**Nonpriority creditor's name and mailing address**

**Miguel Acuna**
**2529 Augusta Ln**
**Billings, MT 59102**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5801**

**Nonpriority creditor's name and mailing address**

**Miguel Rosales**
**301 foxhound court**
**Goose creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.580 2**

**Nonpriority creditor's name and mailing address**

**Mijah Queen**
**941 willow wind circle Barnesville ga 941**
**Barnesville, GA 30204**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.580 3**

**Nonpriority creditor's name and mailing address**

**Mikal Bennett**
**109 Hillsborough Ct.**
**Griffin, GA 30224**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.580 4**

**Nonpriority creditor's name and mailing address**

**Mikayla Walker**
**116 E Main St**
**Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.580 5**

**Nonpriority creditor's name and mailing address**

**Mike Cano**
**5150 Staten In**
**Cumming, GA 30028**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.580 6**

**Nonpriority creditor's name and mailing address**

**Mikeya Byrd**
**6357 Orville Avenue**
**Kansas, KS 66102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.580 7**

**Nonpriority creditor's name and mailing address**

**mikeya hutchins**
**1222 Lavista**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.580 8**

**Nonpriority creditor's name and mailing address**

**Miles Gould**
**703 East Washington Street**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                           Case number (if known)  _____
         _____
         Name

---

| 3.5809 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Millani Clark** | ☐ Contingent | |
| **13301 Waldrop Cove** | ☐ Unliquidated | |
| **Decatur, GA 30034** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5810 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Miller Glass of Rolla LLC** | ☐ Contingent | |
| **412 South Bishop Avenue** | ☐ Unliquidated | |
| **Rolla, MO 65401** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5811 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Milton Lee Youmans** | ☐ Contingent | |
| **135 Farms Quarters Rd** | ☐ Unliquidated | |
| **Goose Creek, SC 29445** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5812 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Mimi Mendoza** | ☐ Contingent | |
| **2006 Norkay Drive** | ☐ Unliquidated | |
| **emporia, KS 66801** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5813 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Mindaugas Steckis** | ☐ Contingent | |
| **934 16th St Unit 11** | ☐ Unliquidated | |
| **Miami Beach, FL 33139** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5814 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Mindaugas Steckis** | ☐ Contingent | |
| **934 16th Street** | ☐ Unliquidated | |
| **Apt. #11** | ☐ Disputed | |
| **Miami Beach, FL 33139** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5815 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Mindy Gustin** | ☐ Contingent | |
| **2430 n 131st** | ☐ Unliquidated | |
| **Na** | ☐ Disputed | |
| **Kansas city, KS 66109** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.581 6**

**Nonpriority creditor's name and mailing address**

**Mindy Lewis**
**2391 County Road 2005**
**Clifton Hill, MO 65244**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.581 7**

**Nonpriority creditor's name and mailing address**

**Miracle Paving**
**Juvell Jones**
**310 N Stark St**
**Bennington, NE 68007**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.581 8**

**Nonpriority creditor's name and mailing address**

**Miranda Brady**
**495 old Stockton rd**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.581 9**

**Nonpriority creditor's name and mailing address**

**Miranda Nixon**
**244 Park Rd SW**
**A2**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.582 0**

**Nonpriority creditor's name and mailing address**

**Miriam Gonzalez**
**3140 SW Burlingame Rd**
**Topeka, KS 66611**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.582 1**

**Nonpriority creditor's name and mailing address**

**Mirna Higuera**
**7575 w 106th**
**478**
**Overland park, KS 66212**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.582 2**

**Nonpriority creditor's name and mailing address**

**Mirus Information**
**Technology Services, Inc.**
**820 Gessner Rd., #1600**
**Houston, TX 77024**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$7,600.00**

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
          Name

---

3.582
3

**Nonpriority creditor's name and mailing address**

**Missouri American Water**
**PO BOX 6029**
**Carol Strem, IL 60197-6029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$2,167.47

---

3.582
4

**Nonpriority creditor's name and mailing address**

**Missouri Department of Revenue**
**Business Sales/Use Taxability**
**PO Box 358**
**Jefferson City, MO 65105-0840**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.582
5

**Nonpriority creditor's name and mailing address**

**Missouri Department of Revenue**
**Sales/Use Tax**
**PO Box 3390**
**Jefferson City, MO 65105-0840**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.582
6

**Nonpriority creditor's name and mailing address**

**Missouri Department of Revenue**
**Local Government**
**PO Box 3380**
**Jefferson City, MO 65105-3380**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.582
7

**Nonpriority creditor's name and mailing address**

**Missouri Department of Revenue**
**Withholding Tax**
**PO Box 3375**
**Jefferson City, MO 65105-3375**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.582
8

**Nonpriority creditor's name and mailing address**

**Missouri Drain and Sewer LLC Zoom Drain**
**1200 Swift Ave**
**North Kansas City, MO 64116-4012**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.582
9

**Nonpriority creditor's name and mailing address**

**Missouri Logos Partnership**
**4742 A Country Club Drive**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page  854 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.5830**

**Nonpriority creditor's name and mailing address**

**Missouri Septic and Drain Management**
**435 County Rd 4255**
**Salem, MO 65560**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5831**

**Nonpriority creditor's name and mailing address**

**Mistie Adams**
**122 Parker Rd**
**Griffin, GA 30223**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5832**

**Nonpriority creditor's name and mailing address**

**Misty Barnett**
**15775 Glendale Road**
**Lebanon, MO 65536**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5833**

**Nonpriority creditor's name and mailing address**

**Misty Dobbins**
**695 T Johnson Rd**
**Ranger   30734**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5834**

**Nonpriority creditor's name and mailing address**

**Misty Franklin**
**1234 Phoenix Avenue**
**APT 3**
**Helena, MT 59601**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5835**

**Nonpriority creditor's name and mailing address**

**Misty Jones**
**195 old mill trail south west**
**Conyers, GA 30094**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5836**

**Nonpriority creditor's name and mailing address**

**Misty Nowland-Strubberg**
**315 B Eden Prairie ct**
**cuba, MO 65453**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                           Case number (if known) _____
          Name

---

**3.5837**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Misty Parker**                                                    ☐ Contingent
**4235 Shiloh Dr**                                                  ☐ Unliquidated
**Cumming, GA 30040**                                               ☐ Disputed

**Date(s) debt was incurred** __                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.5838**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Misty Wise**                                                      ☐ Contingent
**25 Zorn Rd**                                                      ☐ Unliquidated
**Thomaston, GA 30286**                                             ☐ Disputed

**Date(s) debt was incurred** __                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.5839**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Mitch Sisemore**                                                  ☐ Contingent
**805 n new York ave**                                              ☐ Unliquidated
**Sedalia, MO 65301**                                               ☐ Disputed

**Date(s) debt was incurred** __                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.5840**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Mitchell Cox**                                                    ☐ Contingent
**615 woodale st**                                                  ☐ Unliquidated
**Hull, GA 30646**                                                  ☐ Disputed

**Date(s) debt was incurred** __                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.5841**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Mitchell King**                                                   ☐ Contingent
**2288 Fowler freeman rd**                                          ☐ Unliquidated
**Danielsville, GA 30633**                                          ☐ Disputed

**Date(s) debt was incurred** __                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.5842**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Mitchell Thompson**                                               ☐ Contingent
**115 Foy street**                                                  ☐ Unliquidated
**Funston, GA 31753**                                               ☐ Disputed

**Date(s) debt was incurred** __                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.5843**

**Nonpriority creditor's name and mailing address**                 **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Miya Kyle**                                                       ☐ Contingent
**165 Jimbo Ln**                                                    ☐ Unliquidated
**Adams Run, SC 29426**                                             ☐ Disputed

**Date(s) debt was incurred** __                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 856 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.584 4**

**Nonpriority creditor's name and mailing address**

**MODAKCO, LLC**
**P.O. Box 640**
**Rapid City, SD 57709**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$18,525.51**

---

**3.584 5**

**Nonpriority creditor's name and mailing address**

**Modern Air Conditioning, Inc.**
**106 Commercial**
**Emporia, KS 66801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,136.82**

---

**3.584 6**

**Nonpriority creditor's name and mailing address**

**Modesto Dicha**
**2840 Inperial Dr**
**Cumming, GA 30041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.584 7**

**Nonpriority creditor's name and mailing address**

**Molly Deal**
**20 Yukon Ln**
**Ellijay, GA 30536**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.584 8**

**Nonpriority creditor's name and mailing address**

**Molly Rollyson**
**4798 McEver view dr**
**Sugarhill, GA 30518**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.584 9**

**Nonpriority creditor's name and mailing address**

**mollysarah Andrews**
**109 plain st**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.585 0**

**Nonpriority creditor's name and mailing address**

**Monae Kitchens**
**2259 Sunhill Harrison Road**
**Tennille, GA 31089**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.585 1**

**Nonpriority creditor's name and mailing address**

**Moncks Corner Water Works**
**PO BOX 266**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.585 2**

**Nonpriority creditor's name and mailing address**

**Mondez Gay**
**41 E Patten ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.585 3**

**Nonpriority creditor's name and mailing address**

**Moneka Horne**
**9 prince cove**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.585 4**

**Nonpriority creditor's name and mailing address**

**Moneki Huckaby**
**533 27th st se**
**Apt 1**
**Moultrie, GA 31788**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.585 5**

**Nonpriority creditor's name and mailing address**

**Monica Logan**
**116 Bombadill Boulevard**
**WRIGHT CITY, MO 63390**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.585 6**

**Nonpriority creditor's name and mailing address**

**Monica Marquez**
**Grandview 7701 e134 terrace**
**Kansas city, MO 64030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.585 7**

**Nonpriority creditor's name and mailing address**

**Monica Montgomery**
**217 Meadowridge Dr apt A**
**A**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5858**

**Nonpriority creditor's name and mailing address**

**Monica Sandoval**
**10705 E 150 HWY**
**KANSAS CITY, MO 64149**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5859**

**Nonpriority creditor's name and mailing address**

**Monica Strauser**
**4526 running w. Dr**
**302**
**Gillette, WY 82718**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5860**

**Nonpriority creditor's name and mailing address**

**monique harter**
**p.o. box # 1225**
**buffalo, WY 82834**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5861**

**Nonpriority creditor's name and mailing address**

**Monique Jones**
**700 coopers Ridge**
**205**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5862**

**Nonpriority creditor's name and mailing address**

**Monique King**
**746 Garden Walk Boulevard**
**E28**
**Atlanta, GA 30349**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5863**

**Nonpriority creditor's name and mailing address**

**Monroe County Health Department**
**106 MLK Jr. Dr.**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5864**

**Nonpriority creditor's name and mailing address**

**Monroe County Tax Commissioner**
**P.O. Box 357**
**Forsyth, GA 31029-0357**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.586 5**

**Nonpriority creditor's name and mailing address**
**Monroe County Tax Commissioner**
**38 W. Main Street**
**Forsyth, GA 31029**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.586 6**

**Nonpriority creditor's name and mailing address**
**Monta Williams**
**8328 planters knoll**
**North Charleston, SC 29420**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.586 7**

**Nonpriority creditor's name and mailing address**
**Montana Department of Public Health and**
**Environmental Health and Food Safety**
**PO Box 202951**
**Helena, MT 59620-2951**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.586 8**

**Nonpriority creditor's name and mailing address**
**Montana Department of Revenue**
**PO Box 5805**
**Helena, MT 59604-5805**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.586 9**

**Nonpriority creditor's name and mailing address**
**Montana Edwards**
**1330 U.S Highway 319 N lot 38**
**Norman Park, GA 31771**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.587 0**

**Nonpriority creditor's name and mailing address**
**Montana Food Equipment**
**Ed Caissey INC dba Hobart Sales and Serv**
**2209 Airport Rd. Suite B**
**Helena, MT 59601**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.587 1**

**Nonpriority creditor's name and mailing address**
**Montana Refrigeration**
**PO BOX 615**
**Milltown, MT 59851**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.587 2**

**Nonpriority creditor's name and mailing address**

**Montana-Dakota Utilities Co.**
**PO BOX 5600**
**Bismarck, ND 58506-5600**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,381.81**

---

**3.587 3**

**Nonpriority creditor's name and mailing address**

**Montavios Glee**
**314 west 14th avenue**
**c**
**cordele, GA 31015**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.587 4**

**Nonpriority creditor's name and mailing address**

**Montavious Shaw**
**1222 universal cir**
**St Stephen, SC 29479**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.587 5**

**Nonpriority creditor's name and mailing address**

**Montayvia Lewis**
**740 2nd street NW**
**Moultrie, GA 31768**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.587 6**

**Nonpriority creditor's name and mailing address**

**Monterio Burnette**
**1415 sw 3rd st**
**B1**
**Lee's Summit, MO 64081**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.587 7**

**Nonpriority creditor's name and mailing address**

**Monterio Williams**
**232 Lincoln drive**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.587 8**

**Nonpriority creditor's name and mailing address**

**Montez Clifford**
**501 brailsford road**
**Summerville, SC 29483**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

3.5879

**Nonpriority creditor's name and mailing address**

**Montgomery & Sons, LLC**
**P.O. Box 186**
**Cornville, AZ 86325**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.5880

**Nonpriority creditor's name and mailing address**

**Monya Shelton**
**424 Pernell Dr**
**Hampton, GA 30228**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.5881

**Nonpriority creditor's name and mailing address**

**Mood Media**
**P.O.Box 71070**
**Charlotte, NC 28272-1070**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$429.72**

---

3.5882

**Nonpriority creditor's name and mailing address**

**Moore Septic Services LLC**
**10726 Hwy AH**
**Plato, MO 65552**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.5883

**Nonpriority creditor's name and mailing address**

**Morgan Adams**
**528 West 13th Street**
**C**
**Rome, GA 30165**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.5884

**Nonpriority creditor's name and mailing address**

**Morgan Blackmon**
**205 pineywood trail**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.5885

**Nonpriority creditor's name and mailing address**

**Morgan Elliott**
**2434 Bolman Rd**
**Gainesville, GA 30507**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| **3.5886** | |

**Nonpriority creditor's name and mailing address**

**Morgan Gaines**
**32 Mountainside Cir Apt 204**
**Jasper, AL 35504**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.5887** | |

**Nonpriority creditor's name and mailing address**

**Morgan Howard**
**8439 Dorchester rd**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.5888** | |

**Nonpriority creditor's name and mailing address**

**Morgan Jones**
**109 Zeta street**
**Tennille, GA 31089**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.5889** | |

**Nonpriority creditor's name and mailing address**

**Morgan Lumley**
**69 Brookwood Ave**
**Commerce, GA 30529**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.5890** | |

**Nonpriority creditor's name and mailing address**

**Morgan Rushing**
**502 W Campbell Ave**
**Geneva, AL 32340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.5891** | |

**Nonpriority creditor's name and mailing address**

**Moriah Phillips**
**109 Smalls Lane**
**Adams Run, SC 29426**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.5892** | |

**Nonpriority creditor's name and mailing address**

**Moriah Turner**
**508 Broad St**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.589 3**

**Nonpriority creditor's name and mailing address**
**Morris Zeininger jr**
**707 west altamaha st Apt 1**
**1**
**Fitzgerald, GA 31750**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.589 4**

**Nonpriority creditor's name and mailing address**
**Moses Brown**
**1319 SW 5th Street**
**Apt 1**
**Topeka, KS 66606**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.589 5**

**Nonpriority creditor's name and mailing address**
**Moses Jackson**
**7652 Hillview  LN**
**North Charleston, SC 29420**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.589 6**

**Nonpriority creditor's name and mailing address**
**Mozack Green**
**980 Sexton Dr**
**A**
**Stone Mountain, GA 30083**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.589 7**

**Nonpriority creditor's name and mailing address**
**Mr Handyman of Charleston & Summerville**
**MHSC LLC**
**10583 Highway 78 E**
**Summerville, SC 29483**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.589 8**

**Nonpriority creditor's name and mailing address**
**Mr. Handyman of NE Johnson County**
**11078 Strang Line Road**
**Lenexa, KS 66215**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.589 9**

**Nonpriority creditor's name and mailing address**
**Mr.Rooter Plumbing**
**559 Walls Ford Road**
**Saint Clair, MO 63077**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.590 0**

**Nonpriority creditor's name and mailing address**

**MRR - Maintenance Repair Renovation LLC**
**PO Box 6441**
**Great Falls, MT 59406**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.590 1**

**Nonpriority creditor's name and mailing address**

**MRS Enterprises, Inc**
**GI 138 N. Capistrano Drive**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,680.00**

---

**3.590 2**

**Nonpriority creditor's name and mailing address**

**Mundwiller Electric LLC**
**56 Berkshire Drive**
**Washington, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.590 3**

**Nonpriority creditor's name and mailing address**

**Mya McKnight**
**206 hooper Ave**
**Lindale, GA 30147**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.590 4**

**Nonpriority creditor's name and mailing address**

**Mya Richardson**
**1409 cave springs road**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.590 5**

**Nonpriority creditor's name and mailing address**

**Mycheal Brown**
**650 Sandpiper Cv**
**Stockbridge, GA 30281**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.590 6**

**Nonpriority creditor's name and mailing address**

**MyDogJack, LLC**
**4994 Lower Roswell Rd., Suite 18**
**Marietta, GA 30068**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,296.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.590 7**

**Nonpriority creditor's name and mailing address**

**Myesha Arbuthnot**
**182 Hawk Ln**
**Carrollton, GA 30116**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.590 8**

**Nonpriority creditor's name and mailing address**

**Myesha Webb**
**17 Lewis st**
**McDonough, GA 30253**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.590 9**

**Nonpriority creditor's name and mailing address**

**Myia Adams**
**12996 GA-68**
**Tennille, GA 31089**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.591 0**

**Nonpriority creditor's name and mailing address**

**Mykal Makowsky**
**Helena, United States**
**Homeless**
**Helena, MT 59601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.591 1**

**Nonpriority creditor's name and mailing address**

**MyKayla Davis**
**917 west Hightower trail**
**City, GA 30035**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.591 2**

**Nonpriority creditor's name and mailing address**

**Mykeec Wiggins**
**223 leafwood ln**
**Riverdale, GA 30274**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.591 3**

**Nonpriority creditor's name and mailing address**

**Mykerria Williams**
**610 E Ann Street**
**246**
**Valdosta, GA 31601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

3.591
4

**Nonpriority creditor's name and mailing address**

**Mylee Gann**
**1152 old Springfield rd**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.591
5

**Nonpriority creditor's name and mailing address**

**Mylijah Washington**
**1204 Etiwan Dr**
**1204**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.591
6

**Nonpriority creditor's name and mailing address**

**Mylique McCray**
**1Campbell t**
**1**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.591
7

**Nonpriority creditor's name and mailing address**

**Myra MedicineHorse**
**1048 Alderson ave**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.591
8

**Nonpriority creditor's name and mailing address**

**Myrna Arroyo**
**334 E. Rollins St.**
**Moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.591
9

**Nonpriority creditor's name and mailing address**

**Myron Harris**
**17304 E Susquehanna drive**
**1**
**independence, MO 64056**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.592
0

**Nonpriority creditor's name and mailing address**

**Myrra Phillips**
**361 Lovvorn rd**
**207**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.592 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,386.70** |
|---|---|---|
| **N Wasserstrom & Sons**<br>**2300 Lockbourne Rd**<br>**Columbus, OH 43207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.592 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **NaAsia Johnson**<br>**1590 Deliverance road**<br>**Ruffin, SC 29475** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.592 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Nabeki Aga Aga**<br>**2191 Rockbridge Rd**<br>**Stone Mountain, GA 30087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.592 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Nacosha Young**<br>**10 Middlebrook Drive**<br>**Bartow County**<br>**Cartersville, GA 30120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.592 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Nada Favors**<br>**4001 US Highway 41 N Lot 82**<br>**Byron, GA 31008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.592 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Nadiah Melton-Mitchell**<br>**109 Cole dr haw**<br>**Hawkinsville, GA 31036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.592 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Naekel Osborne**<br>**4109 east 56th street**<br>**Kansas City, MO 64130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **ARC Burger, LLC**
          Name

Case number (if known)

---

**3.5928**

**Nonpriority creditor's name and mailing address**

**Nahla Galvao**
**107 Tulip Way**
**Carrollton, GA 30116**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5929**

**Nonpriority creditor's name and mailing address**

**Najah Esquibel**
**623 SW Summit Ave**
**Apt 2**
**Topeka, KS 66606**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5930**

**Nonpriority creditor's name and mailing address**

**Nakala Garrison**
**1403 s broad st**
**monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5931**

**Nonpriority creditor's name and mailing address**

**Nakari Bell**
**412 11TYH COURT NW**
**MOULTRIE, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5932**

**Nonpriority creditor's name and mailing address**

**Nakeya Burney**
**111 Sidney Hicks Road**
**111**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5933**

**Nonpriority creditor's name and mailing address**

**Nakhia Ballard**
**3540 Morning Creek Dr**
**Atlanta, GA 30349**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5934**

**Nonpriority creditor's name and mailing address**

**NaKhia Dowdy**
**604 Hardy Ave**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.5935**

**Nonpriority creditor's name and mailing address**

**Nakia Williams**
**101 13th Ave ne**
**Apt G5**
**Cairo, GA 39828**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5936**

**Nonpriority creditor's name and mailing address**

**Nakite Weaver**
**,1 Hooten Street**
**1**
**McDonough, GA 30253**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5937**

**Nonpriority creditor's name and mailing address**

**NaKiya Usher**
**1155 cherokee ct**
**griffin, GA 30224**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5938**

**Nonpriority creditor's name and mailing address**

**Nakyiah carter**
**522 north high tower stret**
**thomaston, GA 30286**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5939**

**Nonpriority creditor's name and mailing address**

**Nalani Gainey**
**1388 Pine Acre Dr**
**Sugar Hill, GA 30518**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5940**

**Nonpriority creditor's name and mailing address**

**Nancy Dobbins**
**113 Nix way**
**Warner robins, GA 31093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5941**

**Nonpriority creditor's name and mailing address**

**Nancy Flores Llanos**
**612 Morris dr**
**Jefferson City, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.594 2**

**Nonpriority creditor's name and mailing address**

**Nancy Pace**
**1518 5TH  Ave. S.**
**Great Falls, MT 59405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594 3**

**Nonpriority creditor's name and mailing address**

**Nancy Scribner**
**422 E Walnut St**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594 4**

**Nonpriority creditor's name and mailing address**

**Naomi Grabauskas**
**3447 SW Burlingame Road**
**K**
**Topeka, KS 66611**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594 5**

**Nonpriority creditor's name and mailing address**

**Naron Wiggins**
**103 braswell st**
**A2**
**Fort valley, GA 31030**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594 6**

**Nonpriority creditor's name and mailing address**

**Narthell Golson**
**1220 Sussex DR Apt**
**F46**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594 7**

**Nonpriority creditor's name and mailing address**

**Nashona Jordan**
**1303 E 82nd terrace**
**Apt.6**
**Kansas city, MO 64131**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594 8**

**Nonpriority creditor's name and mailing address**

**Nasir Jaafar**
**15968 S Clairborne St**
**Olathe, KS 66062**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
_____
Name

---

3.5949

**Nonpriority creditor's name and mailing address**
**Nastashia Gilliard**
**10 McCaffrey Court Box 14F**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.5950

**Nonpriority creditor's name and mailing address**
**Natalee Anderson**
**2442 SE Maryland Ave**
**1712 SW Stone Crest Drive**
**Topeka, KS 66605**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.5951

**Nonpriority creditor's name and mailing address**
**natalee cooper**
**1006 n varner st.**
**bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.5952

**Nonpriority creditor's name and mailing address**
**Natalee Slater**
**1219 NE Depot Dr**
**Lees Summit, MO 64086**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.5953

**Nonpriority creditor's name and mailing address**
**Natalee Smith**
**3298 A 1st Ave N**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.5954

**Nonpriority creditor's name and mailing address**
**Nataleigh Leggett**
**2288 Freeman Fowler  Rd**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.5955

**Nonpriority creditor's name and mailing address**
**Natalia Portillo**
**605 S Edgemere Dr**
**Olathe, KS 66061**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                  Case number (if known) _____
              Name

---

3.595
6

**Nonpriority creditor's name and mailing address**

**Natalie Clinton**
**5785 Hogan rd.**
**Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.595
7

**Nonpriority creditor's name and mailing address**

**Natalie Culshaw**
**210 N 10th St**
**2**
**Spickard, MO 64679**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.595
8

**Nonpriority creditor's name and mailing address**

**Nataly Delgado**
**2508 Chicopee St**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.595
9

**Nonpriority creditor's name and mailing address**

**Nataly Teran**
**801 Sw Mill Street**
**201**
**Lee's summit, MO 64081**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.596
0

**Nonpriority creditor's name and mailing address**

**Natalya Routh**
**706 sw 18th s**
**Blue springs, MO 64051**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.596
1

**Nonpriority creditor's name and mailing address**

**Natasha Collins**
**410 Dixie Lee Lane**
**Stone Mountain, GA 30083**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.596
2

**Nonpriority creditor's name and mailing address**

**Natasha Erickson**
**4052 old cottondale road**
**Apt 1706**
**Marianna, FL 32448**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.596 3**

**Nonpriority creditor's name and mailing address**

**NATASHA HUNTER**
**1099 10th Avenue Northeast**
**CAIRO, GA 39828**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.596 4**

**Nonpriority creditor's name and mailing address**

**Natasha Johnson**
**2705 Mize circle NW**
**Dewy rose, GA 30634**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.596 5**

**Nonpriority creditor's name and mailing address**

**Natasha Paige**
**1446 Quaker Rd**
**Saint George, SC 29477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.596 6**

**Nonpriority creditor's name and mailing address**

**Natasha Simon**
**411 East Gate Drive**
**Norman Park, GA 31771**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.596 7**

**Nonpriority creditor's name and mailing address**

**Natayle Head**
**4580 Pinedale Drive**
**Macon, GA 31206**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.596 8**

**Nonpriority creditor's name and mailing address**

**Nate Holden**
**235 burgess road**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.596 9**

**Nonpriority creditor's name and mailing address**

**Nathaly Rodriguez Lainez**
**4511 independence ave**
**F**
**Kansas City, MO 64124**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.5970**

**Nonpriority creditor's name and mailing address**

**Nathan Bagambe**
**1418 N 2nd STREET**
**St Joseph, MO 64505**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5971**

**Nonpriority creditor's name and mailing address**

**Nathan Clark**
**1007 n ault**
**Moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5972**

**Nonpriority creditor's name and mailing address**

**NATHAN COOK**
**900 Warren Ave**
**Gillette, WY 82716**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5973**

**Nonpriority creditor's name and mailing address**

**nathan Leggett**
**2288 Fowler freeman rd**
**2288 fowler freeman rd**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5974**

**Nonpriority creditor's name and mailing address**

**Nathan Mayes**
**814 NW South Summit Circle**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5975**

**Nonpriority creditor's name and mailing address**

**Nathan McDaniel**
**411 Shankle Road**
**Commerce, GA 30529**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5976**

**Nonpriority creditor's name and mailing address**

**Nathan Montgomery**
**3033 Miller Ave**
**Saint Joseph, MO 64506**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.5977**

**Nonpriority creditor's name and mailing address**
**Nathan Morris**
**6006 E 97th Street**
**Kansas City, MO 64134**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5978**

**Nonpriority creditor's name and mailing address**
**Nathan Parker**
**22 Jane Ln**
**Newnan, GA 30263**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5979**

**Nonpriority creditor's name and mailing address**
**Nathan Tigner**
**252 triune Avenue**
**Thomaston, GA 30286**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5980**

**Nonpriority creditor's name and mailing address**
**Nathan Todd**
**844 E Mill Street**
**Buffalo, MO 65622**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5981**

**Nonpriority creditor's name and mailing address**
**Nathanial May**
**6831 W 88th St**
**Overland Park, KS 66212**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5982**

**Nonpriority creditor's name and mailing address**
**Nathanial Rivera**
**1328 Myrtle street se**
**221**
**Gainesville, GA 30501**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5983**

**Nonpriority creditor's name and mailing address**
**Nathaniel Adams**
**2869**
**cottondale, FL 32431**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.598
4**

**Nonpriority creditor's name and mailing address**

**Nathaniel Cox
4106 North 31st Street
Saint Joseph, MO 64506**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.598
5**

**Nonpriority creditor's name and mailing address**

**NATHANIEL Higgins
1005 ELBERTA RD
58
WARNER ROBINS, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.598
6**

**Nonpriority creditor's name and mailing address**

**Nathaniel Mcwaters
Hutchinson St
107
Enterprise, AL 36330**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.598
7**

**Nonpriority creditor's name and mailing address**

**Nathaniel Watson
5211 Mersington Ave
Kansas City, MO 64130**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.598
8**

**Nonpriority creditor's name and mailing address**

**National Corporate
Accounts Services, Inc.
6510 125th Avenue, #1001
Largo, FL 33773**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$494.40**

---

**3.598
9**

**Nonpriority creditor's name and mailing address**

**National Food Equipment Services / EEC
PO Box 26405
Raleigh, NC 27611-6405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.599
0**

**Nonpriority creditor's name and mailing address**

**National General Insurance Company
PO BOX 912063
Denver, CO 80291-2063**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.599
1**

**Nonpriority creditor's name and mailing address**

**National HVAC Products LLC**
**6510 125th Ave N Ste 1001**
**Largo, FL 33773**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$35,165.41**

---

**3.599
2**

**Nonpriority creditor's name and mailing address**

**National Laundry**
**700 Crescent Circle**
**Great Falls, MT 59404**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.599
3**

**Nonpriority creditor's name and mailing address**

**Natisha Greene**
**62 Nushell St.**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.599
4**

**Nonpriority creditor's name and mailing address**

**Natividad Harden**
**23 Sutton Trail NW**
**Cartersville, GA 30121**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.599
5**

**Nonpriority creditor's name and mailing address**

**NaToya Guilford**
**1247 Church Ave**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.599
6**

**Nonpriority creditor's name and mailing address**

**Natures Beauty USA LLC**
**1307 Eldorado Dr**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$608.00**

---

**3.599
7**

**Nonpriority creditor's name and mailing address**

**Nauhjae Williams**
**2701 Terratim lane**
**Decatur, GA 30034**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.599 8**

**Nonpriority creditor's name and mailing address**

**Navia Smith**
**148 Sinton Place**
**Warner Robins, GA 31098**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.599 9**

**Nonpriority creditor's name and mailing address**

**Nayia Dooley**
**426 N 16th Street**
**St Joseph, MO 64501**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600 0**

**Nonpriority creditor's name and mailing address**

**Nefertiti Harris**
**3794 Kings Park Circle**
**Macon, GA 31217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600 1**

**Nonpriority creditor's name and mailing address**

**Neil Freeman**
**710 SW Jewell Ave**
**Topeka, KS 66606**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600 2**

**Nonpriority creditor's name and mailing address**

**Nekia Brown**
**1325 Warner street**
**K1**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600 3**

**Nonpriority creditor's name and mailing address**

**Nekiesha Williams**
**9789 Peatwood Dr**
**Ladson, SC 29456**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600 4**

**Nonpriority creditor's name and mailing address**

**Nekita Smith**
**5159 hill st sw**
**Covington, GA 30014**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

**3.600 5**

**Nonpriority creditor's name and mailing address**

**Nekol Morgan**
**7924 elderberry circle**
**7924**
**North Charleston, SC 29418**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.600 6**

**Nonpriority creditor's name and mailing address**

**Nekysha Bradley**
**1303 Northwood Dr**
**Apt 4**
**St Joseph, MO 64505**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.600 7**

**Nonpriority creditor's name and mailing address**

**Nelitza Urdaneta**
**514 W Logan st**
**Moberly, MO 65270**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.600 8**

**Nonpriority creditor's name and mailing address**

**Nelson Morales**
**416 N Logan St**
**Olathe, KS 66061**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.600 9**

**Nonpriority creditor's name and mailing address**

**Neri Amador**
**524 North 81 Terrace**
**Kansas City, KS 66112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.601 0**

**Nonpriority creditor's name and mailing address**

**Nery Marcelino**
**7003 E terrace**
**Kansas city, MO 64134**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.601 1**

**Nonpriority creditor's name and mailing address**

**Netspend Holdings, Inc.**
**PO BOX 2506**
**Columbus, GA 31902**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$63,625.38**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

3.601
2

**Nonpriority creditor's name and mailing address**

**Nevada Graves**
**526 Mulberry St W**
**Hampton, SC 29924**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.601
3

**Nonpriority creditor's name and mailing address**

**Nevaeh Brown**
**2418 S Norwood Ave**
**Independence, MO 64052**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.601
4

**Nonpriority creditor's name and mailing address**

**Nevaeh Gates**
**705 Overby Park Drive, 705**
**Newnan, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.601
5

**Nonpriority creditor's name and mailing address**

**New York Life**
**51 Madison Avenue**
**New York, NY 10010**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$9,726.41**

---

3.601
6

**Nonpriority creditor's name and mailing address**

**Newnan Utilities**
**PO BOX 105590**
**Atlanta, GA 30348-5590**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,759.50**

---

3.601
7

**Nonpriority creditor's name and mailing address**

**Newton County Tax Commissioner**
**1113 Usher Street. Suite 101**
**Covington, GA 30014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.601
8

**Nonpriority creditor's name and mailing address**

**Newton County Tax Commissioner**
**1113 Usher St. NE, #101**
**Covington, GA 30014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 881 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.6019**

**Nonpriority creditor's name and mailing address**

**Newton Environmental Health**
**1113 Usher street, Suite 303**
**Covington, GA 30014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6020**

**Nonpriority creditor's name and mailing address**

**NICHELLE Massey**
**9 W Main St SW**
**Apt B**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6021**

**Nonpriority creditor's name and mailing address**

**Nicholas Arnold**
**214 Pearl St**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6022**

**Nonpriority creditor's name and mailing address**

**Nicholas Beck**
**709 north 13th st**
**st joesph, MO 64501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6023**

**Nonpriority creditor's name and mailing address**

**Nicholas Butler**
**3600 sw Kimstin Cir**
**3600**
**Blue springs, MO 64015**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6024**

**Nonpriority creditor's name and mailing address**

**Nicholas Grisham**
**11407 Eastern ave**
**Kansas City, MO 64134**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6025**

**Nonpriority creditor's name and mailing address**

**Nicholas Grosso**
**3004 s hall rd**
**Independence, MO 64052**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                     Case number (if known) _____
Name

---

**3.6026**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Nicholas Hall**
**404 E. 6th**
**5**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.6027**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Nicholas Jones**
**5083 Maggie Dr.**
**Stone Mountain, GA 30087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.6028**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Nicholas King**
**29 34th st**
**29 34tg st EMC 648**
**Ellijay, GA 30540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.6029**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Nicholas Pero**
**407 1st Avenue SE Apt**
**#1**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.6030**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Nicholas Reese**
**900 Ne 3rd st**
**Blue Springs, MO 64014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.6031**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Nicholas Rhodes**
**1224 Newbridge Trace NE**
**Atlanta, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.6032**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Nicholas Sears**
**205 s le fevre**
**SALISBURY   65281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 883 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.603 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Nicholas Tokarz** | ☐ Contingent | |
| **323 e 14th st.** | ☐ Unliquidated | |
| **Sedalia, MO 65301** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.603 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Nicholas Wilson** | ☐ Contingent | |
| **506 12th st s** | ☐ Unliquidated | |
| **2** | ☐ Disputed | |
| **Greatfalls, MT 59405** | | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.603 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Nichole Howell** | ☐ Contingent | |
| **68 West Patten Avenue** | ☐ Unliquidated | |
| **Lakeland, GA 31635** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.603 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Nicholie Haskell** | ☐ Contingent | |
| **707 taylor street** | ☐ Unliquidated | |
| **Moberly, MO 65270** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.603 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Nicki Hubbard** | ☐ Contingent | |
| **2250 lakeshore dr** | ☐ Unliquidated | |
| **Odessa, MO 64076** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.603 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Nickkia Norsworthy** | ☐ Contingent | |
| **4228 hwy 41 n** | ☐ Unliquidated | |
| **Resaca, GA 30735** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.603 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Nickolas Goettel** | ☐ Contingent | |
| **1310 Yellowstone ave #2** | ☐ Unliquidated | |
| **Billings, MT 59102** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6040**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nicolas Kimbrel**<br>**1221 SW Crossing Dr**<br>**Lees Summit, MO 64081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6041**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nicole Beard**<br>**193 rays mill pond rd**<br>**Ray city, GA 31645** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6042**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nicole Chambers**<br>**3121 Hogan dr**<br>**Jefferson City, MO 65109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6043**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nicole Check**<br>**1126 E Crowley st**<br>**Wichita, KS 67216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6044**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nicole Cowart**<br>**2879 County Road 34**<br>**Hartford, AL 36344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6045**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nicole Duncan**<br>**798 macarthur st**<br>**Washington, MO 63090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6046**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Nicole Filler**<br>**2218 Southern Street Northeast**<br>**Rome, GA 30161** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6047**

**Nonpriority creditor's name and mailing address**

**Nicole Foree**
**1100 Coopers Ridge Blvd**
**107**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6048**

**Nonpriority creditor's name and mailing address**

**nicole lovelace**
**po box 173**
**martinsburg, MO 65264**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6049**

**Nonpriority creditor's name and mailing address**

**Nicole Schwab**
**608 n27th St Billings**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6050**

**Nonpriority creditor's name and mailing address**

**Nicole Schwab**
**16 mountainside Dr**
**Billings, MT 59102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6051**

**Nonpriority creditor's name and mailing address**

**Nicolette Corbett**
**43 midget**
**Hampton, SC 29924**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6052**

**Nonpriority creditor's name and mailing address**

**Niem Wright**
**2319 Fredrick Pl**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6053**

**Nonpriority creditor's name and mailing address**

**nigel dinkins**
**420skyway drive**
**warner robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

3.6054

**Nonpriority creditor's name and mailing address**

**Nigeria Capers**
**117 charpia avenue**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.6055

**Nonpriority creditor's name and mailing address**

**Nijah Smith**
**615 Northside Dr**
**19B**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.6056

**Nonpriority creditor's name and mailing address**

**Nikennya Robinson**
**486 heaton rd**
**reevesville, SC 29471**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.6057

**Nonpriority creditor's name and mailing address**

**Nikeria London**
**131 Dodd Blvd SE**
**H3**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.6058

**Nonpriority creditor's name and mailing address**

**nikeya lawson**
**35 old lower river road**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.6059

**Nonpriority creditor's name and mailing address**

**Nikia Brown**
**2251 moody rd**
**203c**
**Warner robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.6060

**Nonpriority creditor's name and mailing address**

**Nikia Lawrence**
**825 john E suvllian rd**
**Bryon, GA 31008**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
          _____          Case number (if known)  _____
          Name

---

| 3.606 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nikiah Cole**
**321 S Engineer Ave**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.606 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nikita Howard**
**317 Rand St**
**Washington, MO 63090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.606 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nikki Elmore**
**1972 bells Highway**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.606 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nikki Haley**
**1111 North 19th Street**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.606 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nikolas Lappat**
**495 otter dr**
**syracuse, MO 65354**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.606 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Nikyris Rankins**
**628 school street**
**Jefferson City, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.606 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ninoska Ruiz**
**4511 independence ave**
**F**
**Kansas city, MO 64124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.6068**

**Nonpriority creditor's name and mailing address**

**Nishia Kelley**
**8609 East 84th Ter**
**Raytown, MO 64132**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6069**

**Nonpriority creditor's name and mailing address**

**NiShyah Duncan**
**341 lakeshore drive**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6070**

**Nonpriority creditor's name and mailing address**

**Niya cochran**
**373 high point dr**
**byron, GA 31008**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6071**

**Nonpriority creditor's name and mailing address**

**Niya Gathers**
**1292 St Mark Bowman Rd**
**Saint George, SC 29477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6072**

**Nonpriority creditor's name and mailing address**

**Niyrhonda Chandler**
**600 Church st**
**362**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6073**

**Nonpriority creditor's name and mailing address**

**Noah Baldwin**
**1160 Mission hill**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6074**

**Nonpriority creditor's name and mailing address**

**Noah Calton**
**1009 Buena Vista St**
**D**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6075**

**Nonpriority creditor's name and mailing address**

**Noah Jones**
**1012 N farview Dr**
**Independence Missouri, MO 64056**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6076**

**Nonpriority creditor's name and mailing address**

**Noemi Macario**
**5824 leavenworth Rd, Kansas**
**Kansas, KS 66104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6077**

**Nonpriority creditor's name and mailing address**

**Noie McCurdy**
**741 SW College Ave**
**Topeka, KS 66606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6078**

**Nonpriority creditor's name and mailing address**

**Nolan Pace**
**12465 hwy-100**
**Franlin, GA 30217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6079**

**Nonpriority creditor's name and mailing address**

**Nolvia Bardales**
**3426 Morrell ave**
**Kansas City, MO 64123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6080**

**Nonpriority creditor's name and mailing address**

**Nora Cabrera**
**5110 Yecker Ave**
**Kansas City, KS 66104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6081**

**Nonpriority creditor's name and mailing address**

**Norie Cook**
**3526 Carmicheal Rd**
**Bonifay, FL 32425**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.608 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Norma Contreras-Aldana**
**2109 S. Swope Drive**
**Independence, MO 64057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.608 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**North Charleston Business License Office**
**2500 City Hall Lane**
**One Stop Shop on the 3rd floor**
**North Charleston, SC 29406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.608 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$391.70** |
|---|---|---|---|

**North Kansas City Electric Company, Inc.**
**200 East 15th Ave**
**North Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.608 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**North Star Refrigeration, Inc.**
**1939 Wentzville Parkway #215**
**Wentzville, MO 63385**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.608 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,416.36** |
|---|---|---|---|

**North Western Energy**
**11 E Park St**
**Butte, MT 59701-9394**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.608 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Northstar Print LLC**
**4042 Enterprise Way Suite 160**
**Flower Branch, GA 30542**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.608 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Norton Concrete Construction, Inc**
**3649 Reevley Lane**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.6089**

**Nonpriority creditor's name and mailing address**

**Nubia Anariba**
**9302manchester ave kansas city**
**Kansas, MO 64138**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6090**

**Nonpriority creditor's name and mailing address**

**NuCO2**
**PO BOX 417902**
**Boston, MA 02241-7902**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$48,146.62**

---

**3.6091**

**Nonpriority creditor's name and mailing address**

**Nyasha Marengo**
**120 pine trail road**
**Fayettevile, GA 30214**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6092**

**Nonpriority creditor's name and mailing address**

**Nyasia Jackson**
**122 North Cleveland Street**
**Apt 1B**
**Quincy, FL 32351**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6093**

**Nonpriority creditor's name and mailing address**

**Nyasia Watson**
**565 Mitchell st**
**Macon, GA 31217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6094**

**Nonpriority creditor's name and mailing address**

**Nydia Backmon**
**3300 NW JEFFERSON STREET**
**635**
**Blue springs, MO 64015**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6095**

**Nonpriority creditor's name and mailing address**

**Nyiel Anyang**
**7328 Vigo Dr**
**Lithonia, GA 30058**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

| | |
|---|---|
| **3.6096** | |

**Nonpriority creditor's name and mailing address**
**Nykah Gloade**
**27 bouldercrest ln se**
**A**
**atlanta, GA 30316**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.6097** | |

**Nonpriority creditor's name and mailing address**
**Nykeiundrea Haynes**
**117 evergreen**
**Warner robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.6098** | |

**Nonpriority creditor's name and mailing address**
**Nykeyah Mitchell**
**357 jumper avenue**
**none**
**Varnville, SC 29944**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.6099** | |

**Nonpriority creditor's name and mailing address**
**Nykila Graham**
**219 Ackerman st**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.6100** | |

**Nonpriority creditor's name and mailing address**
**Nykinia Parker**
**101 Sidney St**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.6101** | |

**Nonpriority creditor's name and mailing address**
**Nyomi Daniels**
**5395 Ceiley St**
**graceville, FL 32440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.6102** | |

**Nonpriority creditor's name and mailing address**
**Nyosha Bright**
**404 witsell street**
**903**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.610
3**

**Nonpriority creditor's name and mailing address**

**Nyrasia Gillies**
**703 E 3rd North St**
**Apt 10M**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.610
4**

**Nonpriority creditor's name and mailing address**

**Nyterrian Stamper**
**906 7th Street Northwest**
**B**
**Moultrie, GA 31768**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.610
5**

**Nonpriority creditor's name and mailing address**

**Nyvia Vaughn**
**731 Marble Arch Avenue**
**Lawrenceville, GA 30046**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.610
6**

**Nonpriority creditor's name and mailing address**

**Oceana Labbee**
**719 Augusta Street**
**Houston, MO 65483**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.610
7**

**Nonpriority creditor's name and mailing address**

**Octavius Spencer**
**3212 N 44th Street #2**
**#2**
**Billings, MT 59101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.610
8**

**Nonpriority creditor's name and mailing address**

**Odalys Gonzalez**
**706 West Broadway Boulevard**
**Sedalia, MO 65301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.610
9**

**Nonpriority creditor's name and mailing address**

**Odaris Meja Valladares**
**4509 independence Ave**
**64124**
**Kansas city, MO 64124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6110**

**Nonpriority creditor's name and mailing address**
**Office of Secretary of State**
**Corporations Division**
**2 Martin Luther King Jr. Dr.**
**313 West Tower**
**Atlanta, GA 30334**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6111**

**Nonpriority creditor's name and mailing address**
**Office of Tax Commissioner**
**116 West Jefferson St.**
**PO Box 920**
**Thomasville, GA 31799**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6112**

**Nonpriority creditor's name and mailing address**
**Olbin Lara**
**12368 s Roundtree st**
**203**
**Olathe, KS 66061**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6113**

**Nonpriority creditor's name and mailing address**
**Olga Salas**
**7575 w 106st apt 439**
**Overland Park, KS 66212**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6114**

**Nonpriority creditor's name and mailing address**
**Olivia Burnett**
**2102 oscar**
**St. Joseph, MO 64505**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6115**

**Nonpriority creditor's name and mailing address**
**Olivia Ortiz**
**6149 Cleveland Ave**
**Kansas City, KS 66104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.6116**

**Nonpriority creditor's name and mailing address**
**Olivia Ortiz Perez**
**6149 cleveland ave**
**Kansas city, KS 66104**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6117**

**Nonpriority creditor's name and mailing address**
**Ollie Tarwater**
**631**
**Union mo, MO 63084**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6118**

**Nonpriority creditor's name and mailing address**
**Olo Inc**
**285 Fulton St., 82nd Floor**
**New York, NY 10007**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6119**

**Nonpriority creditor's name and mailing address**
**Oluwaseyi Ayinde**
**3333 broadway**
**C8c**
**New York, NY 10031**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6120**

**Nonpriority creditor's name and mailing address**
**Omar Horlback**
**109 Joyce Ct**
**Ladson, SC 29456**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6121**

**Nonpriority creditor's name and mailing address**
**OMAR Mubarak**
**2118 Keheley Drive**
**Decatur, GA 30032**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6122**

**Nonpriority creditor's name and mailing address**
**Omie Glasper**
**3610 Otila DRive**
**gainesville, GA 30501**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                                          Case number (if known) _____
_____
Name

---

| 3.612 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$123.87** |

**Omnitronix Corporation**
**3451 Swenson Ave**
**ST Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ondrea Cobb**
**1022 w broad st**
**GRIFFIN, GA 30223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**One Call Home Services LLC**
**PO Box 6351**
**Athens, GA 30604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Oneal Electric**
**706 E 6th St**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Onerea Champaigne**
**9989 Dorchester rd Summerville 29485**
**13D**
**Charleston, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ontario Evans**
**1222 Lavista De**
**1222**
**Monroe, GA 30656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.612 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Onterian Jenkind**
**2880 Old Summerville Road**
**Armuchee, GA 30105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6130**

**Nonpriority creditor's name and mailing address**

OPEL Jacobs
432 Clarine Dr
Goose Creek, SC 29445

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6131**

**Nonpriority creditor's name and mailing address**

Orestine Imanishimwe
Prospect Point Dr
3628
Oakwood, GA 30566

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6132**

**Nonpriority creditor's name and mailing address**

Orion Waste Solutions
PO BOX 1700
Lowell, AR 72745

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$833.45**

---

**3.6133**

**Nonpriority creditor's name and mailing address**

orlando mcconnell
106 Friar Tuck RD.Ne.
rome, GA 30161

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6134**

**Nonpriority creditor's name and mailing address**

Orlandra Abbott
29 Dodson St
Newnan, GA 30263

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6135**

**Nonpriority creditor's name and mailing address**

Oscar Ortega
501 SE Liberty St
Topeka, KS 66607

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6136**

**Nonpriority creditor's name and mailing address**

Osiris Montes de oca
701 s central ST STE B
Olathe, KS 66061

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.6137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Osvaldo Noriega**
**2339 Walnut springs Dr**
**Gainesville, GA 30507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**otavis smith**
**159 Audubon ave**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Otha Calhoun**
**46 Toomers Hill Ln**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Otis Bledsoe**
**13 Spruce Street**
**Porterdale, GA 30014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Otis Laird**
**25 Gibbons St NE**
**Rome, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Otis Stokeling**
**2550**
**Forrestwood Dr**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Outdoor Solutions INC**
**P.O. Box 519**
**Black Eagle, MT 59414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.614
4**

**Nonpriority creditor's name and mailing address**

**Owen Ott
3534 VIllage Enclave Lane
Cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.614
5**

**Nonpriority creditor's name and mailing address**

**Owen Plumbing Inc
6022 Slosheye Trail
Vienna, GA 31092**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.614
6**

**Nonpriority creditor's name and mailing address**

**Owen Shipp
631 N Last Chance Gulch
Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.614
7**

**Nonpriority creditor's name and mailing address**

**Owen Snow Removal
9692 Hwy NN
Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.614
8**

**Nonpriority creditor's name and mailing address**

**Ozriq Turner
931 SW Kings Cross Rd
931
Blue springs, MO 64014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.614
9**

**Nonpriority creditor's name and mailing address**

**Ozzy Moffett
8714 E Roberts Street
INDEPENDENCE, MO 64053**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.615
0**

**Nonpriority creditor's name and mailing address**

**P1 Service LLC
11086 Strang Line Rd
Lenexa, KS 66215**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**                          Case number (if known) _____
          Name

---

**3.615**
**1**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Pa's Electric**
**103 Murray Blvd. 103 Murray Blvd.**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.615**
**2**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Pablo Ferrucho**
**1800 SE 2nd Street**
**Blue Springs, MO 64014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.615**
**3**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Paige Fowler**
**363 cobblestone court**
**Hampton, GA 30228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.615**
**4**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Paige Grier**
**759 wrights creek rd**
**Caryville, FL 32427**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.615**
**5**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Paige Jorgensen**
**1032 Logan ST**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.615**
**6**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Paige Miller**
**908 Mcpherson St.**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.615**
**7**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Paige Parton**
**18oo James Downey rd**
**Independence, MO 64057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ARC Burger, LLC**                                        Case number (if known) _____
         Name

---

**3.6158**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Paige Roberts**
**210 E Marion St**
**Paris, MO 65275**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6159**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.

**Paige Sumner**
**16851 Ava Drive**
**Harris, MO 64645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6160**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.

**Paige Weeks**
**1734 Malcolm Taylor Rd**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6161**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.

**Paintbrush Services**
**PO Box 4368**
**Gillette, WY 82717**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6162**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.

**Paisly Bales**
**2100 mint ave**
**Gillette, WY 82718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6163**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.

**Palmetto Plumbers Inc**
**DBA Roto Rooter Plumbing and Drain Servi**
**136 Tanner Road**
**Greenville, SC 29607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6164**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.

**Palmetto State Glass**
**1501 Saint Andrews Road**
**Columbia, SC 29210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6165**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Pamala Hames**<br>**Rome, GA, USA**<br>**Rome, GA 30153** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6166**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Pamela Boykin**<br>**1126 maple ridge**<br>**22**<br>**Carrollton, GA 30117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6167**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Pamela Cooper**<br>**376 South River street**<br>**Calhoun, GA 30701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6168**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Pamela Frederick**<br>**2401 beechwood Bvld**<br>**St Joseph, MO 64503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6169**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Pamela Giddens**<br>**314 Woodlawn Ave**<br>**Warner Robins, GA 31093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6170**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Pamela Hightower**<br>**126 Spring Cir**<br>**Newnan, GA 30263** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6171**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Pamela Kelley**<br>**990 Moseley Rd**<br>**Byron, GA 31008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.617 2**

**Nonpriority creditor's name and mailing address**

**Pamela Kitchens**
**1980 o hara ave**
**sneads, FL 32460**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.617 3**

**Nonpriority creditor's name and mailing address**

**Pamela M Brown**
**112 Lambdin Cir**
**Barnesville, GA 30204**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.617 4**

**Nonpriority creditor's name and mailing address**

**Pamela M Brown**
**112 Lambdin Circle**
**Barnesville, GA 30204**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.617 5**

**Nonpriority creditor's name and mailing address**

**Pamela Meyer**
**2307slyvaine**
**Saint Joseph, MO 64501**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.617 6**

**Nonpriority creditor's name and mailing address**

**PAMELA NELSON**
**4078 Cedar Pkway**
**A**
**N.Charleston, SC 29420**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.617 7**

**Nonpriority creditor's name and mailing address**

**Pamela Peplinski**
**160 A Country Circle**
**Moultrie, GA 31788**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.617 8**

**Nonpriority creditor's name and mailing address**

**Pamela Pineda**
**917 Huntington Rd**
**Emporia, KS 66801**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6179**

**Nonpriority creditor's name and mailing address**

**Pamela Rimando**
**20 walker heights rd**
**Lindale, GA 30147**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6180**

**Nonpriority creditor's name and mailing address**

**pamela walker**
**209 cottonwood lane**
**Lot 3**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6181**

**Nonpriority creditor's name and mailing address**

**PAndrea Cochran**
**131 Rock Mills Road**
**Roanoke, AL 36274**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6182**

**Nonpriority creditor's name and mailing address**

**Pankaj Joshi**
**103 Saint Ann Cir**
**Dallas, GA 30157**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6183**

**Nonpriority creditor's name and mailing address**

**Pankaj Joshi**
**103 Saint Ann Cir**
**Dallas, GA 30157**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6184**

**Nonpriority creditor's name and mailing address**

**Paradise Pavement Maint.**
**An ASP Company**
**4600 E 142nd St**
**Grandview, MO 64030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6185**

**Nonpriority creditor's name and mailing address**

**Paris Ruiz**
**810 SW Orleans st**
**Topeka, KS 66606**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6186**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Parker Davy**<br>**373 Pine Valley Dr**<br>**Royston, GA 30662** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6187**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Parker Smith**<br>**2007 briarcliff Lane**<br>**emporia, KS 66801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6188**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Partech Inc**<br>**PO BOX 536257**<br>**Pittsburgh, PA 15253-5904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6189**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,865.36** |
|---|---|---|
| **Parts Town LLC**<br>**1200 Greenbriar dr**<br>**Addison, IL 60101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6190**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Passion Longee**<br>**2925 1st ave N**<br>**greatfalls, MT 59401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6191**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Pathway Hospitality LLC**<br>**6720 Lake Windsor Parkway**<br>**Buford, GA 30518** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6192**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Patience Burgman**<br>**3310 Barack Obama Blvd**<br>**Valdosta, GA 31602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.619 3**

**Nonpriority creditor's name and mailing address**

**Patience Taylor**
**235 torslanda ln**
**Summerville, SC 29486**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.619 4**

**Nonpriority creditor's name and mailing address**

**Patrice Leslie**
**9802 Oakley Ave**
**Kansas City, MO 64137**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.619 5**

**Nonpriority creditor's name and mailing address**

**patrice tsalichis**
**507 parkdale dr**
**#f**
**charleston, SC 29414**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.619 6**

**Nonpriority creditor's name and mailing address**

**Patricia Breon**
**233 Sandhill hickory level rd**
**Carrollton, GA 30116**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.619 7**

**Nonpriority creditor's name and mailing address**

**Patricia Bynum**
**62 sixth st**
**7**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.619 8**

**Nonpriority creditor's name and mailing address**

**Patricia Carl**
**1415 W. 22nd Street, Tower floor**
**Oak Brook, IL 60523**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.619 9**

**Nonpriority creditor's name and mailing address**

**Patricia Cruz**
**211N ventura ave Apt #33**
**Jefferson city, MO 65109**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6200**

**Nonpriority creditor's name and mailing address**

**Patricia Feinberg**
**48 Laura Lane**
**Commerce, GA 30529**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6201**

**Nonpriority creditor's name and mailing address**

**Patricia Haugabrooks**
**533 Northhill street**
**Griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6202**

**Nonpriority creditor's name and mailing address**

**Patricia Kamara**
**514 Landers Street**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6203**

**Nonpriority creditor's name and mailing address**

**patricia karim**
**1006 Oklahoma st.**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6204**

**Nonpriority creditor's name and mailing address**

**Patricia Lint**
**5239 Jenkins Street**
**Graceville, FL 32440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6205**

**Nonpriority creditor's name and mailing address**

**Patricia Rencarge**
**235 Chadwick Road**
**Ellijay, GA 30536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6206**

**Nonpriority creditor's name and mailing address**

**Patricia Rivera**
**210 n 4th st Apt 101**
**apt 101**
**St joseph, MO 64501**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page  908 of 1218

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

**3.620 7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Patricia Roberts**
**228 2nd Street**                                                   ☐ Contingent
**Estill, SC 29918**                                                 ☐ Unliquidated
                                                                     ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                               **Basis for the claim:** __

                                                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.620 8**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Patricia Siren**
**18872 E Wigwam Dr**                                                ☐ Contingent
**Independence, MO 64056**                                           ☐ Unliquidated
                                                                     ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                               **Basis for the claim:** __

                                                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.620 9**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Patrick Brown**
**577 n somerset terr**                                              ☐ Contingent
**E**                                                                ☐ Unliquidated
**Olathe, KS 66062**                                                 ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                               **Basis for the claim:** __

                                                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.621 0**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**patrick fogle**
**10825 Dorchester Rd**                                              ☐ Contingent
**Apt 1047**                                                         ☐ Unliquidated
**Summerville, SC 29485**                                            ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                               **Basis for the claim:** __

                                                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.621 1**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Patrick George**
**16247 Roberson Dr**                                                ☐ Contingent
**Lot 1**                                                            ☐ Unliquidated
**Houston, MO 65483**                                                ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                               **Basis for the claim:** __

                                                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.621 2**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Patrick Goodwin**
**2031 legion**                                                      ☐ Contingent
**Sneads, FL 32460**                                                 ☐ Unliquidated
                                                                     ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                               **Basis for the claim:** __

                                                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.621 3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Patrick Hess**
**2726 State Highway JJ**                                            ☐ Contingent
**Lot 17**                                                           ☐ Unliquidated
**Moberly, MO 65270**                                                ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                               **Basis for the claim:** __

                                                                     Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims                  Page 909 of 1218

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.621 4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Patrick Myers**
**2210 1/2 9th ave north**          ☐ Contingent
**Billings, MT 59101**          ☐ Unliquidated
                                   ☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.621 5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Patrick Pisarsky**
**3530 Wylie Dr**          ☐ Contingent
**Helena, MT 59602**          ☐ Unliquidated
                                   ☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.621 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Patrick Stackhouse**
**955 margret dr**          ☐ Contingent
**Ladson, SC 29456**          ☐ Unliquidated
                                   ☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.621 7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Patrick Sullivan**
**301 High Street**          ☐ Contingent
**B**          ☐ Unliquidated
**Washington, MO 63090**          ☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.621 8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Patrick Williams**
**310 Virginia ave s**          ☐ Contingent
**Tifton, GA 31794**          ☐ Unliquidated
                                   ☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.621 9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$475.00**

**Patriot Heating and Cooling, LLC**
**5386 S Apple Valley Rd**          ☐ Contingent
**Jefferson, GA 30549**          ☐ Unliquidated
                                   ☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.622 0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Patsy Hudson**
**1453 Beatty street**          ☐ Contingent
**griffin, GA 30223**          ☐ Unliquidated
                                   ☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __          Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
             Name

---

**3.622
1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Patsy Worley**
**1085 F Hall Memorial Rd**                    ☐ Contingent
**Resaca, GA 30735**                    ☐ Unliquidated
                    ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                    **Basis for the claim:** __

                    Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.622
2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Paul Boss**
**1921 w 3rd st**                    ☐ Contingent
**Sedalia, MO 65301**                    ☐ Unliquidated
                    ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                    **Basis for the claim:** __

                    Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.622
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Paul Laverdure**
**3802 buttercup**                    ☐ Contingent
**Helena, MT 59635**                    ☐ Unliquidated
                    ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                    **Basis for the claim:** __

                    Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.622
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Paul Legaspi**
**909 camel dr**                    ☐ Contingent
**120**                    ☐ Unliquidated
**gillette, WY 82716**                    ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                    **Basis for the claim:** __

                    Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.622
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Paul Mitchell**
**229 Gulley Branch Road**                    ☐ Contingent
**Saint Stephen, SC 29479**                    ☐ Unliquidated
                    ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                    **Basis for the claim:** __

                    Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.622
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Paul Nolen**
**314 sunburst lane**                    ☐ Contingent
**moncks corner, SC 29461**                    ☐ Unliquidated
                    ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                    **Basis for the claim:** __

                    Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.622
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Paul Taylor**
**9291 Ga Hwy 34 lot 9**                    ☐ Contingent
**Lot 9**                    ☐ Unliquidated
**Franklin, GA 30217**                    ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __                    **Basis for the claim:** __

                    Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor  **ARC Burger, LLC**
_____   Case number (if known) _____
Name

---

**3.6228**

**Nonpriority creditor's name and mailing address**
**Paul Williams**
**518 Jonesville ave**
**Yemassee, SC 29945**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6229**

**Nonpriority creditor's name and mailing address**
**Paul Williams**
**115 Savannah In**
**Bonaire, GA 31005**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6230**

**Nonpriority creditor's name and mailing address**
**Paul, Weis, Rifkind**
**Wharton & Garrison LLP**
**1285 Ave of the Americas**
**New York, NY 10019-6064**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6231**

**Nonpriority creditor's name and mailing address**
**Paula Roberts**
**143 stephen street**
**Po box 361**
**Boston, GA 31626**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6232**

**Nonpriority creditor's name and mailing address**
**Paula Schmidt**
**1626 e wilman ct**
**Emporia, KS 66801**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6233**

**Nonpriority creditor's name and mailing address**
**Pauline Mitchell**
**6153 Bears Bluff Rd**
**WADMALAW ISLAND, SC 29487**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6234**

**Nonpriority creditor's name and mailing address**
**Paulk Landscaping & Nursery,Inc.**
**1000 Coley Station Rd**
**Cochran, GA 31014**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$10,352.53**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.623 5**

**Nonpriority creditor's name and mailing address**

**paxton neace**
**460 Holliday Rd**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.623 6**

**Nonpriority creditor's name and mailing address**

**Paylocity**
**1400 American Lane**
**Schaumburg, IL 60173**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.623 7**

**Nonpriority creditor's name and mailing address**

**Payton Wetmore**
**918 E URBANDALE DR, Apt 4**
**Mobelry, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.623 8**

**Nonpriority creditor's name and mailing address**

**Payton Willett**
**1405 SE Henley Ct**
**Blue Springs, MO 64014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.623 9**

**Nonpriority creditor's name and mailing address**

**PCS Plumbing**
**P.O. Box 853**
**Warrensburg, MO 64093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.624 0**

**Nonpriority creditor's name and mailing address**

**Peach County**
**425 James E. Khoury Drive**
**Unit B**
**Fort Valley, GA 31030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.624 1**

**Nonpriority creditor's name and mailing address**

**Peach County Health Department**
**503 Bluebird Blvd**
**Fort Valley, GA 31030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
          Name

---

**3.624
2**

**Nonpriority creditor's name and mailing address**

**Peach County Tax Commissioner**
**W.L. Brown**
**P.O. Box 931**
**Fort Valley, GA 31030-0931**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.624
3**

**Nonpriority creditor's name and mailing address**

**Pearl Hernandez**
**110 Northbridge Court**
**F1**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.624
4**

**Nonpriority creditor's name and mailing address**

**Pearl Smith**
**1608 open creek road**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.624
5**

**Nonpriority creditor's name and mailing address**

**PEDRO BARATA**
**17107E. 5th. St. N.**
**17107**
**Independence, MO 64056**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.624
6**

**Nonpriority creditor's name and mailing address**

**Pedro Carrizosa**
**1907 se Maryland ave**
**1907**
**Topeka, KS 66607**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.624
7**

**Nonpriority creditor's name and mailing address**

**Peggy Campbell, Collector**
**411 Jules Street, Suite 123**
**St. Joseph, MO 64501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.624
8**

**Nonpriority creditor's name and mailing address**

**Pelican Electric Group Services LLC**
**1337 Experiment St**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  914 of 1218

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
          Name

---

**3.6249**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Penny Stroud**
**206 Hooper Ave**
**Rome, GA 30147**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.6250**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Pepe Vieyra**
**9612 Halsey St apt #104**
**Lenexa, KS 66215**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.6251**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**pepper Lumley**
**2798 Birds Nest Road**
**Steelville   65565**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.6252**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Perci Runningshield**
**524 N 23rd**
**17**
**Billings, MT 59101**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.6253**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**PerfecTemp LLC**
**PO BOX 21343**
**Billings, MT 59104**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.6254**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Perfection Painting**
**Ducoing Enterprises Inc**
**3818 E. Coronado St**
**Anaheim, CA 92807**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.6255**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$350.00**

**Perfection Plumbing**
**904 N Pershing Ave**
**Salem, MO 65560**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page  915 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6256**

**Nonpriority creditor's name and mailing address**

**Perla Costa**
**12316 3rd st**
**9**
**Grandview, MO 64030**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6257**

**Nonpriority creditor's name and mailing address**

**Perla Martinez**
**334 Cypress Ave**
**Kansas city, MO 64123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6258**

**Nonpriority creditor's name and mailing address**

**Perla Morales**
**3395 Hudson Mill Rd**
**Ruffin, SC 29475**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6259**

**Nonpriority creditor's name and mailing address**

**Pernice Williams**
**156 woodmeadow dr**
**walterboro, SC 29924**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6260**

**Nonpriority creditor's name and mailing address**

**Perry Cuda**
**235 Summer Drive**
**Summerville, SC 29485**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6261**

**Nonpriority creditor's name and mailing address**

**Pertiya Mizell**
**625 Johnson St**
**Griffin, GA 30223**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6262**

**Nonpriority creditor's name and mailing address**

**Petrona Matias**
**228 Grand Cypress Rd**
**B**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.626 3**

**Nonpriority creditor's name and mailing address**

**Pettis County MO Health Center**
**911 E 16th St.**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.626 4**

**Nonpriority creditor's name and mailing address**

**Pettis County Tax Collector**
**415 S. Ohio Ave.**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.626 5**

**Nonpriority creditor's name and mailing address**

**Peyton Gutierrez**
**711 Fulton St**
**Washington, MO 63090**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.626 6**

**Nonpriority creditor's name and mailing address**

**Peyton Kness**
**508 N Monroe St**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.626 7**

**Nonpriority creditor's name and mailing address**

**Peyton Miller**
**2217 s hall rd**
**Independence, MO 64052**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.626 8**

**Nonpriority creditor's name and mailing address**

**pheobie motelet**
**3014 s claremont ave**
**independence, MO 64052**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.626 9**

**Nonpriority creditor's name and mailing address**

**Philicia Mayo**
**113 fern st**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.627 0**

**Nonpriority creditor's name and mailing address**

**Phillenia Adams**
**725 East Calhoun street**
**Thomasville, GA 31792**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.627 1**

**Nonpriority creditor's name and mailing address**

**phillip adams**
**808 Albany Rd,Thomasville, GA 31792, USA**
**Thomasville, GA 31792**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.627 2**

**Nonpriority creditor's name and mailing address**

**Phillip M Williams**
**307 River Hill Rd**
**Pineland, SC 29934**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,775.00**

---

**3.627 3**

**Nonpriority creditor's name and mailing address**

**Phillip shropshire**
**1126 springer lane**
**Monroe, GA 30655**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.627 4**

**Nonpriority creditor's name and mailing address**

**Phyllis Traylor**
**525c little Deer road**
**Thomaston, GA 30286**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.627 5**

**Nonpriority creditor's name and mailing address**

**Picture Perfect Lawn Care**
**Dustin L Hill**
**5209 Carlisle Ct**
**Summerville, SC 29485**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.627 6**

**Nonpriority creditor's name and mailing address**

**Pierce  Screen**
**19 Franklin Avenue**
**A1**
**Lakeland, GA 31635**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6277**

**Nonpriority creditor's name and mailing address**

**Pierce Plumbing LLC**
**DBA Mr. Rooter Plumbing**
**559 Walls Ford Road**
**Saint Clair, MO 63077**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6278**

**Nonpriority creditor's name and mailing address**

**Pike Design**
**Brian Pike**
**24701 La Plaza Ste 201**
**Dana Point, CA 92629**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6279**

**Nonpriority creditor's name and mailing address**

**Pinnacle 33 DBA YESCO**
**2594 Flat Shoals Road SE Suite #3 2594 F**
**Conyers, GA 30013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6280**

**Nonpriority creditor's name and mailing address**

**Pinnacle 33 Lighting Solutions, LLC**
**2594 Flat Shoals Road, Suite #3**
**Conyers, GA 30013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6281**

**Nonpriority creditor's name and mailing address**

**PJ MYERS HAULING & EXCAVATING, LLC**
**PO BOX 527**
**CUBA, MO 65453**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6282**

**Nonpriority creditor's name and mailing address**

**PK&P Investment Co.**
**9190 W. Olympic Blvd.**
**Beverly Hills, CA 90212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$26,647.50**

---

**3.6283**

**Nonpriority creditor's name and mailing address**

**Playnetwork Inc.**
**8727 148th Ave NE**
**Redmond, WA 98052**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.628 4**

**Nonpriority creditor's name and mailing address**

**Plumbing Professionals**
**112 Traders Station Road**
**Summerville, SC 29486**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.628 5**

**Nonpriority creditor's name and mailing address**

**Plumbing Service Company**
**PSC Contracting LLC**
**PO Box 1608**
**Valdosta, GA 31603**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.628 6**

**Nonpriority creditor's name and mailing address**

**PlumbX**
**3427 W Montague Ave Ste 7**
**North Charleston, SC 29418**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$8,141.00**

---

**3.628 7**

**Nonpriority creditor's name and mailing address**

**Polk County Glass LLC**
**318 E Jackson St**
**Bolivar, MO 65613**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.628 8**

**Nonpriority creditor's name and mailing address**

**Porcha Parker**
**3720 Askew**
**0**
**Kansas City, MO 64128**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.628 9**

**Nonpriority creditor's name and mailing address**

**Porcshe Trammell**
**189 Lakecrest cr sw**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.629 0**

**Nonpriority creditor's name and mailing address**

**Porfirio Uriostegui Fuentes**
**2407 N 61st terr**
**Kansas City, KS 66104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.629 1**

**Nonpriority creditor's name and mailing address**

**Porsche Prater**
**218 Virginia Dare Dr**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.629 2**

**Nonpriority creditor's name and mailing address**

**Powder River**
**Heating & Air Conditioning Inc.**
**PO Box 245**
**Gillette, WY 82717**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,580.73**

---

**3.629 3**

**Nonpriority creditor's name and mailing address**

**Powerful Electrical LLC**
**185 Charlesfort Way**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.629 4**

**Nonpriority creditor's name and mailing address**

**Powerkiings Electrical**
**78 Ashley Hall Plantation Road**
**Charleston, SC 29407**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.629 5**

**Nonpriority creditor's name and mailing address**

**Precious Turner**
**920 S Kentucky Ave**
**920**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.629 6**

**Nonpriority creditor's name and mailing address**

**Precision Striping LLC**
**PO Box1239**
**Lawrence, KS 66044**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.629 7**

**Nonpriority creditor's name and mailing address**

**Predictive Index LLC**
**101 Station Drive Suite 210**
**Westwood, MA 02090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,065.25**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.6298**

**Nonpriority creditor's name and mailing address**

**preshai wright**
**760 cartwright drive**
**charleston, SC 29414**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6299**

**Nonpriority creditor's name and mailing address**

**Pressure Pros, LLC**
**2408 6TH ST NW**
**Great Falls, MT 59404**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6300**

**Nonpriority creditor's name and mailing address**

**Preston Jones Jr**
**734 ne kellam ave**
**Topeka, KS 66616**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6301**

**Nonpriority creditor's name and mailing address**

**Price Refrigeration & A/C Co, Inc**
**3979 Hwy 17 Bypass**
**Murrells Inlet, SC 29576**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6302**

**Nonpriority creditor's name and mailing address**

**Price Solar & Electric, LLC.**
**116 Decker road PO Box 6004**
**Sheridan, WY 82801**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6303**

**Nonpriority creditor's name and mailing address**

**Pride Plumbing LLC**
**PO Box 50808**
**Summerville, SC 29485**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6304**

**Nonpriority creditor's name and mailing address**

**Prime Comfort PHC**
**5729 NIEMAN ROAD**
**Shawnee, KS 66203**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$599.80**

---

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
         Name

---

**3.630 5**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Prince Dobson**
**1067Hadwin circle**
**Brunson, SC 29911**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.630 6**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Prince Golden**
**601 N Lee St**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.630 7**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Prince Johnson**
**486 Pond Rd**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.630 8**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Princeton Smith**
**9600 Canvasback ct**
**Jonesboro, GA 30238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.630 9**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$2,150.00**

**Priority Roofing LLC**
**4125 Broadway BLVD Suite 200**
**Kansas City, MO 64111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.631 0**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Priority U Inc**
**11551 Kaw Drive**
**Kansas City, KS 66111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.631 1**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Priscilla Barrow**
**500 Cabaniss Rd**
**C-1**
**Forsyth, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __    **Basis for the claim:** __

**Last 4 digits of account number** __    Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.631
2**

**Nonpriority creditor's name and mailing address**

**Priscilla Davis**
**203  Davis terrace**
**St,george, SC 29477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.631
3**

**Nonpriority creditor's name and mailing address**

**Priscilla Hertzler**
**2163 Milanda Lake Rd**
**A**
**New Bloomfield, MO 65063**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.631
4**

**Nonpriority creditor's name and mailing address**

**Priscilla Jenkins**
**1195 Holmes Drive**
**N/A**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.631
5**

**Nonpriority creditor's name and mailing address**

**Priscilla Morris**
**710 Bristol Avenue**
**Westchester, IL 60154**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.631
6**

**Nonpriority creditor's name and mailing address**

**Pro Air Incorporated**
**19975 Metcalf Ave.**
**Stilwell, KS 66013**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.631
7**

**Nonpriority creditor's name and mailing address**

**Pro Cut Lawn & Landscaping LLC**
**Brice Weaver**
**1400 NW High View Dr**
**Grain Valley, MO 64029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$12,030.00**

---

**3.631
8**

**Nonpriority creditor's name and mailing address**

**Pro Pumping & Hydrojetting**
**4015 1-70 Drive Nw**
**STE A**
**Columbia, MO 65202**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$840.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6319**

**Nonpriority creditor's name and mailing address**

**ProElectric, Inc**
**P.O. Box 2140**
**Gillette, WY 82717-2140**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.6320**

**Nonpriority creditor's name and mailing address**

**Professional Image Inc**
**1654 Front St, Ste 5**
**Slidell, LA 70458**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6321**

**Nonpriority creditor's name and mailing address**

**Professional Plumbing LL**
**875 County Road 2550**
**Salem, MO 65560**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6322**

**Nonpriority creditor's name and mailing address**

**Professional Plumbing Works**
**24705 N Yankee Rd**
**Sedalia, MO 65301**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.6323**

**Nonpriority creditor's name and mailing address**

**Professional Services Georgia LLC**
**6079 Wheeler Ridge Road**
**Auburn, GA 30011**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$7,227.20**

---

**3.6324**

**Nonpriority creditor's name and mailing address**

**Proforma Surf City Promo**
**15102 Bolsa Chica Street, Ste A1**
**Huntington Beach, CA 92649**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

**3.6325**

**Nonpriority creditor's name and mailing address**

**Progress Masonry LLC**
**1160 SW Lane St**
**Topeka, KS 66604**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.632 6**

**Nonpriority creditor's name and mailing address**

**Progressive Heating Air & Plumbing**
**9 Tower Place**
**Newnan, GA 30263**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 7**

**Nonpriority creditor's name and mailing address**

**Pryor Mechanical**
**221 NW 180th Street**
**Smithville, MO 64089**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 8**

**Nonpriority creditor's name and mailing address**

**Public Storage**
**6002 Cumming Hwy**
**Sugar Hill, GA 30518**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 9**

**Nonpriority creditor's name and mailing address**

**Public Works Utilities**
**2251 Belknap Ave**
**Po Box 30958**
**Billings, MT 59101-5706**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$733.37**

---

**3.633 0**

**Nonpriority creditor's name and mailing address**

**Pulaski County**
**45 S. Lumpkin**
**PO Box 29**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.633 1**

**Nonpriority creditor's name and mailing address**

**Pulaski County Health Department**
**81 N Lumpkin Street**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.633 2**

**Nonpriority creditor's name and mailing address**

**Pulaski County Tax Comm**
**P.O. Box 448**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

3.633 3

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Pure Light Electric**                                    ☐ Contingent
**9008 East 92nd Street**                                  ☐ Unliquidated
**Kansas City, MO 64138**                                  ☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

3.633 4

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**PURE Property Management**                               ☐ Contingent
**1101 College Ave. Suite 140**                            ☐ Unliquidated
**Santa Rosa, CA 95404**                                   ☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

3.633 5

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$4,214.41**

**Purified Air Service, Inc**                              ☐ Contingent
**280 Old Clay Street**                                    ☐ Unliquidated
**Marietta, GA 30060**                                     ☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

3.633 6

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Puzzle HR**                                              ☐ Contingent
**4030 West Boy Scout Boulevard Suite 325**                ☐ Unliquidated
**Tampa, FL 33607**                                        ☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

3.633 7

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$120.54**

**PWSD #1 Of Cole County**                                 ☐ Contingent
**P.O. BOX 664**                                           ☐ Unliquidated
**Jefferson City, MO 65102**                               ☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

3.633 8

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Pye-Barker Fire and Safety, LLC**                        ☐ Contingent
**1530 Samco Road**                                        ☐ Unliquidated
**Rapid City, SD 57702**                                   ☐ Disputed

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

3.633 9

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Quadasia Hartsfield**                                    ☐ Contingent
**300 avenue f**                                           ☐ Unliquidated
**Y2**                                                     ☐ Disputed
**Thomaston, GA 30286**

**Date(s) debt was incurred** __                           **Basis for the claim:** __

**Last 4 digits of account number** __                     Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.634 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Quadedra Powell**
**424 Line St**
**B8**
**CHATTAHOOCHEE, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Quaderrius High**
**156 Willis Cir**
**Forsyth, GA 31029**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Quaderrius Pullin**
**113 carver rd**
**McDonough, GA 30253**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$340.00** |
|---|---|---|

**Quality Plumbing Inc**
**1731 Howell**
**North Kansas, MO 64116**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Quamire Langron**
**441 Rubyridge Ln**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Quanesha Beckham**
**305 west walker st**
**Thomaston, GA 30286**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Quanethia Jefferies**
**1126 springer lane**
**Apt A**
**Monroe, GA 30655**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.634 7**

**Nonpriority creditor's name and mailing address**

**Quaniece Sanders**
**8205 flowertowne circle**
**Summerville, SC 29485**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.634 8**

**Nonpriority creditor's name and mailing address**

**Quantarius Kelly**
**121 Perry St**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.634 9**

**Nonpriority creditor's name and mailing address**

**Quantavious Matis**
**897 s fry st**
**432**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.635 0**

**Nonpriority creditor's name and mailing address**

**Quantisha Wynn**
**4344 Barrington Place**
**Macon, GA 31210**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.635 1**

**Nonpriority creditor's name and mailing address**

**Quantrell Stokes**
**1032 Second Ave NW**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.635 2**

**Nonpriority creditor's name and mailing address**

**Quashandra Clark**
**630 Maplewood Dr**
**Bonaire, GA 31005**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.635 3**

**Nonpriority creditor's name and mailing address**

**Quashun Gray**
**5440 pearl st**
**Graceville, FL 32440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.635 4 | **Nonpriority creditor's name and mailing address** |

**quashwon Cleveland**
**2877 Dresden dr**
**222**
**Chamblee, GA 30041**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.635 5 | **Nonpriority creditor's name and mailing address** |

**Queen Jennings**
**13217 Craig ave**
**Grandview, MO 64030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.635 6 | **Nonpriority creditor's name and mailing address** |

**Quenda Myers**
**104 Asher Lane**
**Thomasville, GA 31757**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.635 7 | **Nonpriority creditor's name and mailing address** |

**Quennel MCcree**
**416 Tall Oaks West**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.635 8 | **Nonpriority creditor's name and mailing address** |

**Quentin Smith**
**2979 Sylvania Rd**
**Vernon, FL 32462**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.635 9 | **Nonpriority creditor's name and mailing address** |

**Quest Group Search, LLC**
**3 Ravinia Drive Suite 1900**
**Atlanta, GA 30346**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.636 0 | **Nonpriority creditor's name and mailing address** |

**QuesTec Mechanical**
**13040 Middletown Industrial Blvd**
**Louisville, KY 40223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|--------|-----------------|------------------------|--|
| | Name | | |

---

**3.636 1**

**Nonpriority creditor's name and mailing address**

**Quheem Lassiter**
**663 legare dr**
**MONCKS CORNER, SC 29461**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.636 2**

**Nonpriority creditor's name and mailing address**

**Quickserv Inc**
**11441 Brittmoore Park Dr.**
**Houston, TX 77041**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.636 3**

**Nonpriority creditor's name and mailing address**

**Quiessence Simmons**
**3322 Dublin Rd**
**North Charleston, SC 29420**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.636 4**

**Nonpriority creditor's name and mailing address**

**Quincey Randall**
**6058 east railroad st**
**4**
**Meigs, GA 31765**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.636 5**

**Nonpriority creditor's name and mailing address**

**Quincy Brundidge Jr**
**193 carver ct**
**Geneva, AL 36340**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.636 6**

**Nonpriority creditor's name and mailing address**

**Quincy Driskell**
**1200 w fsmbrough**
**Monroe, GA 30655**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.636 7**

**Nonpriority creditor's name and mailing address**

**Quincy Kennedy**
**908 McPherson**
**Trenton, MO 64683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 931 of 1218

Debtor **ARC Burger, LLC**
_____
Name

Case number (if known) _____

---

| 3.636 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Quincy Lantz**
**146 monroe**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.636 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**quincy neal**
**853 hickory dr**
**monroe, GA 30656**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.637 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Quindarius Williams**
**208 Northdale Ave**
**BONIFAY, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.637 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Quinn Watkins**
**768 Fallow Lane**
**#8**
**Billings, MT 59102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.637 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Quinntecia White**
**110 Jackson Rd**
**Luthersville, GA 30252**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.637 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Quinntell Harris**
**409**
**409 Camellia Circle**
**Warner robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.637 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Quintavious Ellerbee**
**109 W county Rd Apt 6s**
**6s**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page  932 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.637 5**

**Nonpriority creditor's name and mailing address**

**Quintavis Darden**
**189 lakecrest circle sw**
**Calhoun, GA 30701**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.637 6**

**Nonpriority creditor's name and mailing address**

**quintez brady**
**605 lime street**
**Sandersville, GA 31082**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.637 7**

**Nonpriority creditor's name and mailing address**

**Quintez Mcdowell**
**304 Georgia Ave**
**Thomaston, GA 30286**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.637 8**

**Nonpriority creditor's name and mailing address**

**quinton allen**
**1429orlean**
**charleston, SC 29407**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.637 9**

**Nonpriority creditor's name and mailing address**

**Quinton Bryant**
**102 miken lane**
**Summerville, SC 29483**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.638 0**

**Nonpriority creditor's name and mailing address**

**Quinton Holiday**
**8613 Thomas Lane**
**riverdale, GA 30274**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.638 1**

**Nonpriority creditor's name and mailing address**

**Quinton Holland**
**808 Lester Street**
**Thomasville, GA 31792**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.638 2**

**Nonpriority creditor's name and mailing address**

**quintray anderson**
**992margert drive**
**ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.638 3**

**Nonpriority creditor's name and mailing address**

**quisha Towns**
**411 Northside Dr**
**G7**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.638 4**

**Nonpriority creditor's name and mailing address**

**Qunika Fields**
**1600 7th ST SE**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.638 5**

**Nonpriority creditor's name and mailing address**

**Qunnechia Pulliam**
**1360 Otila Dr**
**Apt 14A1**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.638 6**

**Nonpriority creditor's name and mailing address**

**Quryia Brown**
**4532 Garwood Drive**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.638 7**

**Nonpriority creditor's name and mailing address**

**R&A Cooling**
**922 Hwy 81E Suite 242**
**McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.638 8**

**Nonpriority creditor's name and mailing address**

**R&L Envirocare LLC**
**11767 N Farm Rd 231**
**Fair Grove, MO 65648**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6389**

**Nonpriority creditor's name and mailing address**

**R.F. TECHNOLOGIES, INC.**
**P.O.Box 142**
**Bethalto, IL 62010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$18,537.02**

---

**3.6390**

**Nonpriority creditor's name and mailing address**

**Rabecca Warner**
**1435 Hazelwood St**
**Buffalo, MO 65622**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6391**

**Nonpriority creditor's name and mailing address**

**RABIANUR AYGUN**
**662 N.Main St.**
**2**
**Buffalo, WY 82834**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6392**

**Nonpriority creditor's name and mailing address**

**Rachael Roundtree**
**7 Bearclaw Cir**
**Rozet, WY 82727**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6393**

**Nonpriority creditor's name and mailing address**

**Racheal Crutchfield**
**4196 Washington St**
**B**
**Covington, GA 30014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6394**

**Nonpriority creditor's name and mailing address**

**Rachel Boltz**
**313 Ne 4 Th Ter**
**Oak Grove, MO 64075**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6395**

**Nonpriority creditor's name and mailing address**

**Rachel Carter**
**51 Princeton Glen Court**
**51**
**Adairsville, GA 30103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

### 3.6396

**Nonpriority creditor's name and mailing address**

**Rachel Hampton**
**21823 Clinton Rd**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

### 3.6397

**Nonpriority creditor's name and mailing address**

**Rachel Luke**
**34 E Marion St**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

### 3.6398

**Nonpriority creditor's name and mailing address**

**Rachel Pergola**
**212 4th Ave SE**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

### 3.6399

**Nonpriority creditor's name and mailing address**

**Rachel Richardson**
**1303 Hwy B**
**N/A**
**Higbee, MO 65257**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

### 3.6400

**Nonpriority creditor's name and mailing address**

**Raekwon Bailey**
**26 bouldercrest ln Atlanta, Ga 30316**
**Atlanta, GA 30316**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

### 3.6401

**Nonpriority creditor's name and mailing address**

**Raekwon Lightner**
**153 Meadow Dr**
**Eufaula, AL 36027**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

### 3.6402

**Nonpriority creditor's name and mailing address**

**Rael National**
**1750 Plaza Avenue**
**New Hyde Park, NY 11040**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
Name                                                    Case number (if known) _____

---

**3.640 3**

**Nonpriority creditor's name and mailing address**

**Raena Oaks**
**506 W Washington St**
**7**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.640 4**

**Nonpriority creditor's name and mailing address**

**Raequan Jones**
**106 cook pl**
**106**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.640 5**

**Nonpriority creditor's name and mailing address**

**Rafael lucas**
**211 Ventura**
**33**
**Jefferson city, MO 65101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.640 6**

**Nonpriority creditor's name and mailing address**

**Rafael Martan**
**671 Wrights Creeck Rd.**
**Caryville, FL 32427**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.640 7**

**Nonpriority creditor's name and mailing address**

**Rafael Rojas**
**2608 saint louis road**
**Missouri**
**Jefferson City, MO 65101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.640 8**

**Nonpriority creditor's name and mailing address**

**Rahiem Kinsey**
**2405 5th Ave SE Apt a**
**A**
**Moultrie, GA 31788**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.640 9**

**Nonpriority creditor's name and mailing address**

**Rahsaan West**
**15 Kibbee St**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6410**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Raina Mccumbers** | ☐ Contingent | |
| **7572 Lerin Dr** | ☐ Unliquidated | |
| **Helena, MT 59602** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6411**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Raine Sparks** | ☐ Contingent | |
| **3126 Pate Pond Road** | ☐ Unliquidated | |
| **Caryville, FL 32427** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6412**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Raiza Garcia** | ☐ Contingent | |
| **9502 Dryer ave** | ☐ Unliquidated | |
| **307** | ☐ Disputed | |
| **Kansas City, MO 64137** | | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6413**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Rajnay Curtis** | ☐ Contingent | |
| **320 Howell Manor Ct** | ☐ Unliquidated | |
| **Mexico, MO 65265** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6414**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Rajshaunda Paige** | ☐ Contingent | |
| **9418 Bales Ave** | ☐ Unliquidated | |
| **#C** | ☐ Disputed | |
| **Kansas City, MO 64132** | | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6415**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Rakeem Holland** | ☐ Contingent | |
| **2302 Topaz** | ☐ Unliquidated | |
| **Cottondale, FL 32431** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6416**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Rakesh Williams** | ☐ Contingent | |
| **109 Virginia Drive** | ☐ Unliquidated | |
| **Warner Robins, GA 31093** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **ARC Burger, LLC**                                              Case number (if known) _____
         Name

---

| 3.641 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Rakiya Mosley**<br>**106 Branch st**<br>**Thomasville ga, GA 31792** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.641 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **rakwone Brunson**<br>**2525 highmarket st lot 6**<br>**georgetown, SC 29440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.641 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **ralph croker**<br>**1004 St Patrick's dr**<br>**perry, GA 31069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.642 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Ramon Morrow-Finley**<br>**11600 E Sixth Terr S Independence**<br>**Independence, MO 64054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.642 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$181,212.68** |
| **RAMP**<br>**28 West 23rd Street, Fl. 2**<br>**New York, NY 10010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.642 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Ranarda Frost**<br>**4420 outwood dr**<br>**Ladson, SC 29456** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.642 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Randal Teague**<br>**104 N 31st St.**<br>**Billings, MT 59101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.642 4**

**Nonpriority creditor's name and mailing address**

**Randall Ray**
**189 Callaway Drive**
**Saint George, SC 29471**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.642 5**

**Nonpriority creditor's name and mailing address**

**Randi Elmore**
**3326 1st Ave S**
**BONIFAY, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.642 6**

**Nonpriority creditor's name and mailing address**

**Randi Maples**
**319 College view st**
**Bowdon, GA 30108**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.642 7**

**Nonpriority creditor's name and mailing address**

**Randolph Co Sheltered Ind**
**1751 Robertson Rd**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$240.00**

---

**3.642 8**

**Nonpriority creditor's name and mailing address**

**Randolph County**
**Michelle Lee, Collector**
**372 Highway JJ, Suite 1G**
**Huntsville, MO 65259**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.642 9**

**Nonpriority creditor's name and mailing address**

**Randolph County Collector**
**372 Highway JJ**
**Huntsville, MO 65259**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.643 0**

**Nonpriority creditor's name and mailing address**

**Randolph County Health Department**
**1319 East Highway 24**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.643 1**

**Nonpriority creditor's name and mailing address**

**Randy Hyde**
**186 Claude Scott Rd**
**Canton, GA 30115**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.643 2**

**Nonpriority creditor's name and mailing address**

**Randyn Exum**
**30 Peachtree Street**
**Lakeland, GA 31636**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.643 3**

**Nonpriority creditor's name and mailing address**

**Ranford Beckford**
**440 Buffington Dr**
**Union city, GA 30291**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.643 4**

**Nonpriority creditor's name and mailing address**

**RaNiga Wade**
**141 9th ave nw**
**moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.643 5**

**Nonpriority creditor's name and mailing address**

**Ranika Lazard**
**102 pioneer trail dr**
**Jefferson city, MO 65109**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.643 6**

**Nonpriority creditor's name and mailing address**

**Ranyah Graham**
**143 saint James rd**
**Saint George, SC 29477**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.643 7**

**Nonpriority creditor's name and mailing address**

**Raphael Reed**
**120 springwood Dr**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6438**

**Nonpriority creditor's name and mailing address**

**Raphael Relf**
**1011 S Vermont Ave**
**Sedalia, MO 65301**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6439**

**Nonpriority creditor's name and mailing address**

**Rapid Fire Protection Inc.**
**1530 Samco Road**
**Rapid City, SD 57702**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6440**

**Nonpriority creditor's name and mailing address**

**Raquel I McClure**
**404 park ln**
**A**
**Carrollton, GA 30117**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6441**

**Nonpriority creditor's name and mailing address**

**Raquel Nava**
**1301 se madison st**
**Topeka, KS 66607**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6442**

**Nonpriority creditor's name and mailing address**

**Rashad Brooks**
**52 E Davis Ave**
**Lakeland, GA 31635**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6443**

**Nonpriority creditor's name and mailing address**

**Rashad Desota**
**325 Buckeye Ln**
**Fayetteville, GA 30214**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6444**

**Nonpriority creditor's name and mailing address**

**Rashad Obie**
**6700 E 87th Street**
**5104**
**Kansas City, MO 64138**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.644 5**

**Nonpriority creditor's name and mailing address**

**Rashard Greggs**
**2035 E Pinetree Blvd Apt F4**
**F4**
**Thomasville, GA 31792**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644 6**

**Nonpriority creditor's name and mailing address**

**Rashaun Snell**
**81 George Williams ln**
**Sheldon, SC 29941**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644 7**

**Nonpriority creditor's name and mailing address**

**Rasheed Mizell**
**1601 Hallmark dr**
**Griffin, GA 30223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644 8**

**Nonpriority creditor's name and mailing address**

**Rasheedah Sharif**
**127 Orchard Pass**
**Warner Robins, GA 31088**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644 9**

**Nonpriority creditor's name and mailing address**

**RaSheria Holmes**
**742 crabapple dr**
**sandersville, GA 31082**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.645 0**

**Nonpriority creditor's name and mailing address**

**Rashid Imes**
**5014 Sun Valley Dr**
**Apt B**
**Oakwood, GA 30566**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.645 1**

**Nonpriority creditor's name and mailing address**

**Rashod Brockington**
**104 east peeler ave**
**lakeland, GA 31635**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims |

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.645 2**

**Nonpriority creditor's name and mailing address**

**Raul Ertmer**
**41 highway**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.645 3**

**Nonpriority creditor's name and mailing address**

**Raul Rosario**
**South Brooks Dr 5611**
**Jefferson city, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.645 4**

**Nonpriority creditor's name and mailing address**

**Raune Palmer**
**1006 Dalbey Ave**
**Gillette, WY 82716**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.645 5**

**Nonpriority creditor's name and mailing address**

**Raven Alvarez**
**76 Little Thunder Ct**
**Wright, WY 82732**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.645 6**

**Nonpriority creditor's name and mailing address**

**Raven Baxter**
**200 holiday dr**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.645 7**

**Nonpriority creditor's name and mailing address**

**Raven Farage**
**931 SW Kings Cross Rd**
**Blue springs, MO 64014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.645 8**

**Nonpriority creditor's name and mailing address**

**Raven Flowers**
**44 hidden hollow CT**
**Ellijay, GA 30540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6459**

**Nonpriority creditor's name and mailing address**
**Raven Jenkins**
**517 franklin ave**
**Moberly, MO 65270**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6460**

**Nonpriority creditor's name and mailing address**
**Raven Mitchell**
**1346 mulberry rd**
**St. George, SC 29477**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6461**

**Nonpriority creditor's name and mailing address**
**Raven Vachon**
**1510 Bouldercrest Rd**
**176**
**Atlanta, GA 30316**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6462**

**Nonpriority creditor's name and mailing address**
**Raven Zimmerman**
**411 sw Roosevelt St**
**Topeka, KS 66606**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6463**

**Nonpriority creditor's name and mailing address**
**Ravon Cook**
**120 Ignico Dr Apt M8**
**Warner Robins, GA 31093**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6464**

**Nonpriority creditor's name and mailing address**
**RaVyn Finley**
**15609 E US HWY 24**
**B**
**Independence, MO 64050**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6465**

**Nonpriority creditor's name and mailing address**
**Ray & Son Heating & Air Conditioning Inc**
**PO BOX 811**
**Valdosta, GA 31603**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.6466**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ray Mays**
**499 West main Street**
**Forsyth ga, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6467**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ray Sherfield**
**3262 triple lane**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6468**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ray Solorzano**
**612 Pecos Drive**
**Temple, TX 76504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6469**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ray Solorzano**
**612 Pecos Drive**
**Temple, TX 76504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6470**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Rayla Chase**
**620 west main st**
**Apt#5**
**Laurel, MT 59044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6471**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Raylon Long**
**5550 Windswept Trace**
**8b2**
**Sugar Hill, GA 30518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6472**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Raymond Deal**
**20 Yukon lane**
**Ellijay, GA 30563**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                **Page  946 of 1218**

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.647 3**

**Nonpriority creditor's name and mailing address**

**Raymond Dockery**
**160 brown cir**
**Resaca, GA 30735**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.647 4**

**Nonpriority creditor's name and mailing address**

**Raymond Dunaway**
**16 Mountain Aire Ln**
**Dawsonville, GA 30534**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.647 5**

**Nonpriority creditor's name and mailing address**

**Raymond Gibbs Jr**
**115 East Fambrough Street**
**115A**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.647 6**

**Nonpriority creditor's name and mailing address**

**Raymond Harris**
**449 Alabama Ave**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.647 7**

**Nonpriority creditor's name and mailing address**

**raymond Lowe**
**200 Bryant Road**
**Chatsworth, GA 30705**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.647 8**

**Nonpriority creditor's name and mailing address**

**Raymond Pitts**
**402 west Wisconsin ave**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.647 9**

**Nonpriority creditor's name and mailing address**

**Raymond Simpson**
**1536 e McCarty st**
**Lot 6**
**Sanderville, GA 31082**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6480**

**Nonpriority creditor's name and mailing address**

**Raymond Valles**
**226 n Ventura**
**Jefferson city, MO 65109**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6481**

**Nonpriority creditor's name and mailing address**

**Raymond Wood**
**48 DONNA LANE**
**Thomasville, GA 31757**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6482**

**Nonpriority creditor's name and mailing address**

**Raymondre Daniels**
**205 saint Louis ave**
**205**
**Fulton, MO 65201**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6483**

**Nonpriority creditor's name and mailing address**

**Rayna Jenkins**
**1534 Jarous rd**
**Cottonadale, FL 32431**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6484**

**Nonpriority creditor's name and mailing address**

**Rayne Sosa**
**316 west 6th st**
**Washington, MO 63090**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6485**

**Nonpriority creditor's name and mailing address**

**Rayonn Jackson**
**9512 Drury Avenue**
**301**
**Kansas City, MO 64137**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6486**

**Nonpriority creditor's name and mailing address**

**Rayunna Alston**
**4295 royal harbor rd**
**Hollywood, SC 29449**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**     Case number (if known) _____

Name

---

**3.6487**

**Nonpriority creditor's name and mailing address**

**Rea Lee**
**446 piney spur Rd**
**Ellijay, GA 30536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6488**

**Nonpriority creditor's name and mailing address**

**Ready Lock, Inc**
**2090 Hebersham Marina Road**
**Cumming, GA 30041**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6489**

**Nonpriority creditor's name and mailing address**

**Real Good Ventures LLC**
**5813 Monroe Street #138**
**Sylvania, OH 43560**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6490**

**Nonpriority creditor's name and mailing address**

**Rebecca Angeletti**
**60 Hinton rd**
**Butler, GA 31006**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6491**

**Nonpriority creditor's name and mailing address**

**Rebecca BEARD**
**92 AVALON DR**
**Ruffin, SC 29475**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6492**

**Nonpriority creditor's name and mailing address**

**Rebecca Holt**
**539 Mound Road**
**Black, AL 36314**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6493**

**Nonpriority creditor's name and mailing address**

**Rebecca Jones**
**3109 goldenrod avenue**
**Gillette, WY 82717**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.649 4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*               **$0.00**

**Rebecca McCollum**                                              ☐ Contingent
**1345 Montgomery Cr**                                            ☐ Unliquidated
**Sedalia, MO 65301**                                            ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                 Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.649 5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*               **$0.00**

**Rebecca Pendergrass**                                           ☐ Contingent
**28620 Blackoak Rd Richland Mo**                                 ☐ Unliquidated
**Richland, MO 65556**                                            ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                 Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.649 6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*               **$0.00**

**Rebecca Smith**                                                 ☐ Contingent
**104 Mayfair Street**                                            ☐ Unliquidated
**Walterboro, SC 29488**                                          ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                 Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.649 7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*               **$0.00**

**Rebecca Sutton**                                                ☐ Contingent
**6987 Higway Aa**                                                ☐ Unliquidated
**Moberly, MO 65278**                                             ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                 Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.649 8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*               **$0.00**

**Rebecca Thomas**                                                ☐ Contingent
**512 Yates Ave**                                                 ☐ Unliquidated
**Lebanon, MO 65536**                                             ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                 Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.649 9**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*               **$0.00**

**Rebecca Valley**                                                ☐ Contingent
**417 E Highway 8**                                               ☐ Unliquidated
**Lot D**                                                         ☐ Disputed
**Steelville, MO 65565**

**Date(s) debt was incurred** __                                 **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                 Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.650 0**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*               **$0.00**

**Rebecca Ziegler**                                               ☐ Contingent
**3029 Ginny Drive**                                              ☐ Unliquidated
**Valdosta, GA 31602**                                            ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                 Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.650
1**

**Nonpriority creditor's name and mailing address**

**Rebekah Johnson**
**2503 5th Ave south**
**Great falls, MT 59405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.650
2**

**Nonpriority creditor's name and mailing address**

**Rebekah Warren**
**128 J.goddard ln**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.650
3**

**Nonpriority creditor's name and mailing address**

**red  Alford**
**601 3rd st nw**
**Moultire, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.650
4**

**Nonpriority creditor's name and mailing address**

**Reddi Services, Inc**
**Reddi Rootr Kc**
**4011 Bonner Industrial Dr**
**Shawnee, KS 66226**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.650
5**

**Nonpriority creditor's name and mailing address**

**Reed Sewer Service**
**Kenan D Reed**
**PO Box 2003**
**St Joseph, MO 64502**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.650
6**

**Nonpriority creditor's name and mailing address**

**Reese Colson**
**3384 GA HWY 49**
**Fort Valley, GA 31030**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.650
7**

**Nonpriority creditor's name and mailing address**

**Reese Johnson**
**4525 upland drive**
**Billings, MT 59106**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6508**

**Nonpriority creditor's name and mailing address**

**Refrigeration Gaskets of Charleston**
**Ken Weatherford LLC DBA**
**107 Carriage Court**
**Summerville, SC 29486**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6509**

**Nonpriority creditor's name and mailing address**

**Regina Alford**
**84Dyas School Rd**
**Forsyth, GA 31029**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6510**

**Nonpriority creditor's name and mailing address**

**Regina Brooks**
**38 N Oak Trail, Temple, Georgia 30179**
**Temple, GA 30179**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6511**

**Nonpriority creditor's name and mailing address**

**Regina Brown**
**813 Oakland Ave**
**Rome, GA 30165**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6512**

**Nonpriority creditor's name and mailing address**

**Regina Davis**
**1055 Winding Creek Road**
**Quincy, FL 32351**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6513**

**Nonpriority creditor's name and mailing address**

**Regina Robinson**
**1638 Balsam Street**
**A**
**Charleston, SC 29407**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6514**

**Nonpriority creditor's name and mailing address**

**Regina smith**
**2504 Drury Avenue**
**Kansas City, MO 64127**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**          Case number (if known) _____
       Name

---

**3.6515**

**Nonpriority creditor's name and mailing address**

**Regina Stripling**
**780 Bankhead Hwy APt 118**
**205**
**Carrollton, GA 30117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6516**

**Nonpriority creditor's name and mailing address**

**Regina Walker**
**150 Shadowbrook Dr**
**Covington, GA 30016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6517**

**Nonpriority creditor's name and mailing address**

**Reginald Jones**
**11609 Earnshaw St**
**Overland Park, KS 66210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6518**

**Nonpriority creditor's name and mailing address**

**Reginald Stewart**
**211 breezeview ct**
**stone mountain, GA 30087**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6519**

**Nonpriority creditor's name and mailing address**

**Reginald Stewart**
**211 Breezeview Court**
**Stone Mountain, GA 30087**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6520**

**Nonpriority creditor's name and mailing address**

**Regional Care Inc**
**905 West 27th St**
**Scottsbluff, NE 69361**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6521**

**Nonpriority creditor's name and mailing address**

**Rekneesha Harpe**
**204 Simmons st**
**Tennille, GA 31089**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

3.652
2

**Nonpriority creditor's name and mailing address**
**REMCO**
**PO BOX 7410423**
**Chicago, IL 60674-8980**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$44,414.45**

---

3.652
3

**Nonpriority creditor's name and mailing address**
**Renaldo Brown**
**2305 Grand Column Circle**
**Monroe, GA 30656**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.652
4

**Nonpriority creditor's name and mailing address**
**Renea Bentley**
**108 Kathryn Road**
**B**
**Griffin, GA 30223**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.652
5

**Nonpriority creditor's name and mailing address**
**Reneathia Carpenter**
**58 royston homes cir**
**Royston, GA 30662**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.652
6

**Nonpriority creditor's name and mailing address**
**Renee Kohler**
**138 Gator Dr**
**Goose Creek, SC 29445**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.652
7

**Nonpriority creditor's name and mailing address**
**Renee Otto**
**1291bruce st**
**Buffalo, WY 82834**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.652
8

**Nonpriority creditor's name and mailing address**
**Renee Smith**
**311 John's rd**
**Warner Robins, GA 31093**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**        Case number (if known) _____
Name

---

**3.6529**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Renotica Jackson**<br>**108 nowell st**<br>**Monroe GA, GA 30655** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6530**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,710.76 |
|---|---|---|
| **Republic Services**<br>**National Accounts LLC**<br>**18500 N Allied Way**<br>**Phoenix, AZ 85054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6531**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,116.04 |
|---|---|---|
| **Republic Services 692**<br>**For RS of South Carolina, LLC**<br>**PO Box 9001099**<br>**Louisville, KY 40290-1099** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6532**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Reshard Macon**<br>**1110 college circle south**<br>**Lot.27**<br>**Tifton, GA 31794** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6533**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Resilere Partners Inc**<br>**1717 Pennsylvania Avenue, NW,Suite 1025**<br>**Washington, DC 20006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6534**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Resource Point of Sales LLC**<br>**1765 N Elston Ave**<br>**Chicago, IL 60642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6535**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,258.06 |
|---|---|---|
| **Restaurant Appliance Repair Inc**<br>**John McDonough**<br>**118 N Conistor St, Suite B 277**<br>**Liberty, MO 64068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.6536**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Restaurant Equipment Service Group LLC**
**140 N Mitchell Ct**                                              ☐ Contingent
**Addison, IL 60101**                                              ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred __
Last 4 digits of account number __                                 **Basis for the claim:** __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6537**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Restaurant Handyman Service of Georgia**
**162 Huckleberry Hill Drive**                                     ☐ Contingent
**HELEN, GA 30545**                                                ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred __
Last 4 digits of account number __                                 **Basis for the claim:** __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6538**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Reuben hill**
**5087 tanga ct**                                                  ☐ Contingent
**stone mountain, GA 30087**                                       ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred __
Last 4 digits of account number __                                 **Basis for the claim:** __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6539**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Rex Feltrop**
**858nw1101rd**                                                    ☐ Contingent
**Odessa, MO 64076**                                               ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred __
Last 4 digits of account number __                                 **Basis for the claim:** __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6540**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Rexon Renuk**
**2808 Patee St**                                                  ☐ Contingent
**Saint Joseph, MO 64507**                                         ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred __
Last 4 digits of account number __                                 **Basis for the claim:** __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6541**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Reyes Faz**
**1117 Sw Horne St**                                               ☐ Contingent
**Topeka, KS 66604**                                               ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred __
Last 4 digits of account number __                                 **Basis for the claim:** __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6542**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Reyna Gordillo**
**2130 sw filmore st**                                             ☐ Contingent
**37**                                                             ☐ Unliquidated
**Topeka, KS 66611**                                               ☐ Disputed
Date(s) debt was incurred __
Last 4 digits of account number __                                 **Basis for the claim:** __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **ARC Burger, LLC**                                          Case number (if known)   _____
_____
Name

---

**3.654 3**

**Nonpriority creditor's name and mailing address**

**RGM Supplies Corp**
**324 S Diamond Bar Blvd. Suite 621**
**Diamond Bar, CA 91765**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.654 4**

**Nonpriority creditor's name and mailing address**

**Rhaniya Wilson**
**313 S Martin Luther King Jr Dr**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.654 5**

**Nonpriority creditor's name and mailing address**

**Rhonda Bass**
**2007 East  Broadway Blvd**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.654 6**

**Nonpriority creditor's name and mailing address**

**Rhonda Garland**
**209 Brooks Street**
**108**
**Gillette, WY 82716**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.654 7**

**Nonpriority creditor's name and mailing address**

**Rhonda Grant**
**Po Box 303**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.654 8**

**Nonpriority creditor's name and mailing address**

**Rhonda MILLER**
**105 murphy drive**
**r )**
**Tunnelhill, GA 30755**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.654 9**

**Nonpriority creditor's name and mailing address**

**Rhonda Strickland**
**1395 Wilson br road**
**Homer, GA 30547**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor **ARC Burger, LLC** | Case number (if known) _____ |
| Name | |

---

**3.6550**

**Nonpriority creditor's name and mailing address**

**Ricardo Aguilar**
**1719, Azelea Lane**
**Gainesville, GA 30507**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6551**

**Nonpriority creditor's name and mailing address**

**Ricardo Laguerre**
**1503 East Park Ave**
**D7**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6552**

**Nonpriority creditor's name and mailing address**

**Ricardo Leon**
**10 N Main Street**
**Room 2**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6553**

**Nonpriority creditor's name and mailing address**

**Rice Equipment Service Inc**
**1350 E. Chestnut Expresway**
**Springfield, MO 65802**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6554**

**Nonpriority creditor's name and mailing address**

**Richard Austin**
**302 Gaines circle**
**Cottageville, SC 29435**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6555**

**Nonpriority creditor's name and mailing address**

**Richard Bain**
**2712 Rosebud Cir**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6556**

**Nonpriority creditor's name and mailing address**

**richard dilmore**
**2308 pineview**
**bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**
Name                                          Case number (if known)

---

**3.6557**

**Nonpriority creditor's name and mailing address**
**Richard Flores**
**126 north lawn avenue**
**2s**
**Kansas city, MO 64123**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6558**

**Nonpriority creditor's name and mailing address**
**Richard Foster**
**110 cedar**
**Saint Stephen, SC 29479**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6559**

**Nonpriority creditor's name and mailing address**
**Richard Jackson**
**7309 East 109th Street**
**KCMO, MO 64134**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6560**

**Nonpriority creditor's name and mailing address**
**richard matthews**
**504 Forest Cir**
**314**
**Walterboro, SC 29488**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6561**

**Nonpriority creditor's name and mailing address**
**Richard Mayfield**
**139 Honeysuckle Lane**
**Jenkingburg, GA 30234**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6562**

**Nonpriority creditor's name and mailing address**
**Richard McLemore**
**3525 holiday lake**
**Holiday, FL 34691**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6563**

**Nonpriority creditor's name and mailing address**
**Richard Mellor**
**18904 E Arrowhead dr**
**independence, MO 64056**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page 959 of 1218

| | |
|---|---|
| Debtor | **ARC Burger, LLC** |
| | Name |
| Case number (if known) | |

**3.656 4**

**Nonpriority creditor's name and mailing address**

**Richard Nolan**
**160 pine St ne**
**Calhoun, GA 30701**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.656 5**

**Nonpriority creditor's name and mailing address**

**Richard Pinkelman**
**2305 Edgewater Dr**
**Saint Joseph, MO 64506**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.656 6**

**Nonpriority creditor's name and mailing address**

**Richard Smith III**
**502 Alabama Ave**
**Warner Robins, GA 31093**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.656 7**

**Nonpriority creditor's name and mailing address**

**Richard Thompson**
**820 West Reed Street**
**Moberly, MO 65270**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.656 8**

**Nonpriority creditor's name and mailing address**

**richard tomlin**
**4226 covey trail**
**oakwood, GA 30566**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.656 9**

**Nonpriority creditor's name and mailing address**

**Richelieu Dunbar jr**
**5100 w mountain st**
**O101**
**Stone Mountain, GA 30083**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.657 0**

**Nonpriority creditor's name and mailing address**

**Rick Avery**
**285 Emily Forest Way**
**Pendergrass, GA 30567**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor **ARC Burger, LLC**        Case number (if known) _____
Name

---

**3.657 1**

**Nonpriority creditor's name and mailing address**

**Rick M. Theriault**
**707 Westgate Dr**
**Billings, MT 59101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repairs & Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$2,567.71**

---

**3.657 2**

**Nonpriority creditor's name and mailing address**

**Rick Moore**
**135 Holly Hill Rd**
**Fayetteville, GA 30214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.657 3**

**Nonpriority creditor's name and mailing address**

**Rick Parks**
**32 Brentwood Place**
**622**
**Forsyth, GA 31029**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.657 4**

**Nonpriority creditor's name and mailing address**

**Rickelle Williams**
**1205 Leone Avenue**
**Valdosta, GA 31602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.657 5**

**Nonpriority creditor's name and mailing address**

**Ricky Hames**
**138 Pine Mountain Road**
**Rockmart, GA 30153**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.657 6**

**Nonpriority creditor's name and mailing address**

**Ricky Heath Plumbing Co**
**505 Hillcrest Industrial Boulevard**
**Macon, GA 31204**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.657 7**

**Nonpriority creditor's name and mailing address**

**Ricky Moultrie**
**106 Durham st**
**Walterboro, SC 29488**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6578**

**Nonpriority creditor's name and mailing address**

**Rico Neloms**
**1110 s college circle**
**lot 27**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6579**

**Nonpriority creditor's name and mailing address**

**RicQiena Turner**
**210 Willow ave**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6580**

**Nonpriority creditor's name and mailing address**

**Rieonna Christian**
**307 east flournoy road**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6581**

**Nonpriority creditor's name and mailing address**

**Rigoberto Lemus**
**723 Reynoso ave**
**Kansas City, KS 66101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6582**

**Nonpriority creditor's name and mailing address**

**Rigoberto Torres-Mejia**
**431 Buckner Ct.**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6583**

**Nonpriority creditor's name and mailing address**

**Rihanna Morales**
**229 SE Tefft**
**Topeka, KS 66607**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6584**

**Nonpriority creditor's name and mailing address**

**Rilee Shelton**
**8929 ne afton rd**
**Kansas city, MO 64155**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6585**

**Nonpriority creditor's name and mailing address**

**Riley Bros. Sealcoat & Striping**
**Riley Bros. Sealcoat & Striping**
**PO Box 7073**
**Doraville, GA 30340**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6586**

**Nonpriority creditor's name and mailing address**

**Riley Williams**
**775 sangaree pkwy**
**7C**
**Summerville, SC 29485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6587**

**Nonpriority creditor's name and mailing address**

**Rinnai America Corporation**
**103 International Drive**
**Peachtree City, GA 30269**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6588**

**Nonpriority creditor's name and mailing address**

**Rita M Pacheco 1992 Trust**
**2804 Vista Verde**
**Cameron Park, CA 95682**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6589**

**Nonpriority creditor's name and mailing address**

**Rita-Ann Edmondson**
**215 Sw Pinnell Dr**
**Lee's Summit, MO 64081**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6590**

**Nonpriority creditor's name and mailing address**

**River Harper**
**4772 hwy 29 n**
**Danielsville, GA 30633**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6591**

**Nonpriority creditor's name and mailing address**

**RMG Inc.**
**297 Quiet Water Ave.**
**Billings, MT 59105**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.659
2**

**Nonpriority creditor's name and mailing address**

**Robbie Freeman
115 Thurman Rd
1
Carrollton, GA 30117**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.659
3**

**Nonpriority creditor's name and mailing address**

**Robbie Norvell
106 E 3rd St
6
Salisbury   65281**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.659
4**

**Nonpriority creditor's name and mailing address**

**Robert Bain
1695A Tyus Carrollton Rd.
Carrollton, GA 30117**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.659
5**

**Nonpriority creditor's name and mailing address**

**Robert Berrey
123 36th st
St.joseph, MO 64506**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.659
6**

**Nonpriority creditor's name and mailing address**

**Robert Cohoon
1312 Nw 55th Street
Blue Springs, MO 64015**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.659
7**

**Nonpriority creditor's name and mailing address**

**Robert Collins
12818 14st apt 6
Grandview, MO 64030**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.659
8**

**Nonpriority creditor's name and mailing address**

**Robert Cox
326 sw orchard st
Topeka, KS 66606**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  964 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.6599**

**Nonpriority creditor's name and mailing address**

**Robert Davis**
**101 Willis Wilder Drive**
**Apt D**
**FORSYTH, GA 31029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6600**

**Nonpriority creditor's name and mailing address**

**Robert Desena**
**1680 Archmont Circle**
**Dacula, GA 30019**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6601**

**Nonpriority creditor's name and mailing address**

**Robert Dewolf**
**101 nw jackie ave**
**Grain valley, MO 64029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6602**

**Nonpriority creditor's name and mailing address**

**Robert Dinkins**
**110 Dempsey St**
**Byron, GA 31008**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6603**

**Nonpriority creditor's name and mailing address**

**Robert Fulford**
**309 country Meadows Dr**
**Thomasville, GA 31757**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6604**

**Nonpriority creditor's name and mailing address**

**Robert Gardner III**
**1024 king Blvd**
**1A**
**Perry, GA 31069**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6605**

**Nonpriority creditor's name and mailing address**

**Robert Hewatt**
**1659 hwy 20 W**
**Suite**
**Mcdonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor      **ARC Burger, LLC**                                    Case number (if known) _____
            Name

---

3.6606

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Robert Lewis Jr**
**1183 Co Rd 1220**                  ☐ Contingent
**Moberly, MO 65270**                ☐ Unliquidated
                                     ☐ Disputed

**Date(s) debt was incurred** __     **Basis for the claim:** __

**Last 4 digits of account number** __     Is the claim subject to offset? ■ No  ☐ Yes

---

3.6607

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Robert Macklin**
**8323 Park**                        ■ Contingent
**Kansas City, MO 64132**            ■ Unliquidated
                                     ■ Disputed

**Date(s) debt was incurred** __     **Basis for the claim:** __

**Last 4 digits of account number** __     Is the claim subject to offset? ■ No  ☐ Yes

---

3.6608

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Robert Mccurry**
**182 arnco 3rd st**                 ☐ Contingent
**Newnan, GA 30263**                 ☐ Unliquidated
                                     ☐ Disputed

**Date(s) debt was incurred** __     **Basis for the claim:** __

**Last 4 digits of account number** __     Is the claim subject to offset? ■ No  ☐ Yes

---

3.6609

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Robert Milan**
**7941 roswell ave**                 ☐ Contingent
**Kansas City, KS 66109**            ☐ Unliquidated
                                     ☐ Disputed

**Date(s) debt was incurred** __     **Basis for the claim:** __

**Last 4 digits of account number** __     Is the claim subject to offset? ■ No  ☐ Yes

---

3.6610

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Robert Morris**
**53 Maple Village Park**            ☐ Contingent
**Ellijay, GA 30536**                ☐ Unliquidated
                                     ☐ Disputed

**Date(s) debt was incurred** __     **Basis for the claim:** __

**Last 4 digits of account number** __     Is the claim subject to offset? ■ No  ☐ Yes

---

3.6611

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Robert Nixon**
**1034 Sw Lilly Cir**                ☐ Contingent
**Topeka, KS 66604**                 ☐ Unliquidated
                                     ☐ Disputed

**Date(s) debt was incurred** __     **Basis for the claim:** __

**Last 4 digits of account number** __     Is the claim subject to offset? ■ No  ☐ Yes

---

3.6612

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Robert Nye Bunton**
**20390 Simmons Rd**                 ☐ Contingent
**Waynesville, MO 65583**            ☐ Unliquidated
                                     ☐ Disputed

**Date(s) debt was incurred** __     **Basis for the claim:** __

**Last 4 digits of account number** __     Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**                                      Case number (if known) _____
Name

---

**3.661**
**3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Robert Pfund**
**3007 9th Ave S**
**Apt 8**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                          **Basis for the claim:** __

**Last 4 digits of account number __**                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.661**
**4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Robert Prentice**
**239 Rogers road**
**Saint Stephens, SC 29479**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                          **Basis for the claim:** __

**Last 4 digits of account number __**                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.661**
**5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Robert Putmon**
**26 bouldercrest In SE**
**12b**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                          **Basis for the claim:** __

**Last 4 digits of account number __**                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.661**
**6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**robert redfield**
**1019 15th st N**
**Great Falls, MT 59401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                          **Basis for the claim:** __

**Last 4 digits of account number __**                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.661**
**7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Robert Reese**
**61 Darsey st**
**Lakeland, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                          **Basis for the claim:** __

**Last 4 digits of account number __**                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.661**
**8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$88,123.07**

**Robert Russell**
**5949 Us Hwy 78**
**Bremen, GA 30110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                          **Basis for the claim:** __

**Last 4 digits of account number __**                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.661**
**9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Robert Smith**
**721 sw winterwalk In**
**Lee summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**                          **Basis for the claim:** __

**Last 4 digits of account number __**                    Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 967 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.6620**

**Nonpriority creditor's name and mailing address**

**Robert Smith**
**104 n 31st st**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6621**

**Nonpriority creditor's name and mailing address**

**Robert Taylor**
**1374 stephens pond view**
**Loganville, GA 30052**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6622**

**Nonpriority creditor's name and mailing address**

**Robert Tucker**
**Robert Tucker**
**10605 county road 321**
**Savannah, MO 64485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6623**

**Nonpriority creditor's name and mailing address**

**Robert Wetmore**
**1403 spring st #1**
**Helena, MT 59602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6624**

**Nonpriority creditor's name and mailing address**

**Robert Whitlow**
**746 Cleveland st**
**9**
**Gainesville, GA 30501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6625**

**Nonpriority creditor's name and mailing address**

**Robert Wilhite**
**313 N Elm**
**Sweet Springs, MO 65351**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6626**

**Nonpriority creditor's name and mailing address**

**Roberta Derboven**
**629 fawkes st**
**Higbee, MO 65257**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.6627**

**Nonpriority creditor's name and mailing address**

**Roberta Hernandez**
**518 SW 7thSt topeka ks**
**518**
**Topeka, KS 66603**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6628**

**Nonpriority creditor's name and mailing address**

**Roberta Staas**
**222 Challedon drive**
**SUMMERVILLE, SC 29485**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6629**

**Nonpriority creditor's name and mailing address**

**Robertina Jones**
**101 brandon ct**
**Thomasville, GA 31792**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6630**

**Nonpriority creditor's name and mailing address**

**Roberto Colon Gonzalez**
**2325 14th Avenue South**
**33**
**Great Falls, MT 59405**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6631**

**Nonpriority creditor's name and mailing address**

**Robin Barley**
**P.O. Box127**
**EUTAWVILLE, SC 29048**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6632**

**Nonpriority creditor's name and mailing address**

**Robin Mullins**
**109 green loop nw**
**Adairsville, GA 30103**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6633**

**Nonpriority creditor's name and mailing address**

**Robin Spence**
**5328 forest dr**
**Graceville, FL 32440**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|--------|-----------------|------------------------|--|
| | Name | | |

---

**3.6634**

**Nonpriority creditor's name and mailing address**

**Robyn Portenier**
**320 SW Tyler St**
**Topeka, KS 66603**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6635**

**Nonpriority creditor's name and mailing address**

**Robyn Roberts**
**15116 E 42nd Terr S**
**Independence, MO 64055**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6636**

**Nonpriority creditor's name and mailing address**

**Rochelle Roth**
**505 3rd ave north**
**Apt 9**
**Great falls, MT 59401**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6637**

**Nonpriority creditor's name and mailing address**

**Rocky Mountain Power**
**PO BOX 26000**
**Portland, OR 97256-0001**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,310.86**

---

**3.6638**

**Nonpriority creditor's name and mailing address**

**Rodarius Ivey**
**323 Forsyth Lane**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6639**

**Nonpriority creditor's name and mailing address**

**Roderick Curry**
**323 Forsyth Lane**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6640**

**Nonpriority creditor's name and mailing address**

**Roderick Davis jr**
**2242 bass dr**
**Santee, SC 29142**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.664 1**

**Nonpriority creditor's name and mailing address**

**Rodina Company Inc.**
**1204 N 59Th St**
**Kansas City, KS 66102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,474.00**

---

**3.664 2**

**Nonpriority creditor's name and mailing address**

**Rodney Ben**
**9506 South Cardinal Drive**
**Charleston, SC 29456**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.664 3**

**Nonpriority creditor's name and mailing address**

**Rodney Butler**
**1630 Highway 173 graceville fl 32440**
**newton, FL 32440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.664 4**

**Nonpriority creditor's name and mailing address**

**Rodney Calloway**
**2076 Watson Blvd**
**206**
**Warner Robins, GA 31093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.664 5**

**Nonpriority creditor's name and mailing address**

**Rodney Henderson**
**910 South Walnut Avenue**
**Salisbury, MO 65281**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.664 6**

**Nonpriority creditor's name and mailing address**

**Rodney Jackson**
**510 e. 10th**
**SEDALIA, MO 65301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.664 7**

**Nonpriority creditor's name and mailing address**

**Rodolfo Gaona**
**2412 n 35th st**
**kansas city, KS 66104**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6648**

**Nonpriority creditor's name and mailing address**

**Rodolfo Gomez mendez**
**211 n ventura ave**
**33**
**Jefferson city, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6649**

**Nonpriority creditor's name and mailing address**

**Rodolfo Vera**
**1812 Calle De Loma**
**Emporia, KS 66801**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6650**

**Nonpriority creditor's name and mailing address**

**Rodricia Smith**
**518 dove dr**
**McDonough, GA 30253**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6651**

**Nonpriority creditor's name and mailing address**

**Rodrigo Ramirez**
**7575w 106th st**
**327**
**Overland park, KS 66061**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6652**

**Nonpriority creditor's name and mailing address**

**Rodriguez Hussey**
**7550 easton valley lane**
**Cumming, GA 30028**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6653**

**Nonpriority creditor's name and mailing address**

**Rodriquez Addison**
**411 Gator Loop**
**Saint George, SC 29477**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6654**

**Nonpriority creditor's name and mailing address**

**Roger Carr**
**323 Hopkins St**
**Thomasville, GA 31792**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.6655**

**Nonpriority creditor's name and mailing address**

**Roger Hackney**
**301 Canal St.**
**Bonneau, SC 29431**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6656**

**Nonpriority creditor's name and mailing address**

**Roger Lane**
**486 Highland ave**
**Kansas city, MO 64106**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6657**

**Nonpriority creditor's name and mailing address**

**Roger McMichael**
**199 N Henderson Bend Rd**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6658**

**Nonpriority creditor's name and mailing address**

**Roger Motley**
**310 N Prospect**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6659**

**Nonpriority creditor's name and mailing address**

**Rolando Amit**
**3017 Baymount Way**
**Lawrenceville, GA 30043**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6660**

**Nonpriority creditor's name and mailing address**

**Rolando Sanchez**
**120 South Chestnut street**
**#2112**
**Olathe, KS 66061**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6661**

**Nonpriority creditor's name and mailing address**

**Rolindo Navarro**
**111 Grant St**
**Jefferson City, MO 65101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.666 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Romario Monuma** | ☐ Contingent | |
| **633 Old Camp Church Road** | ☐ Unliquidated | |
| **Carrollton, GA 30117** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.666 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Romeo Navarrete** | ☐ Contingent | |
| **1022 Ventura Drive** | ☐ Unliquidated | |
| **Gainesville, GA 30504** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.666 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Ronald Gore** | ☐ Contingent | |
| **2200 23rd Street South** | ☐ Unliquidated | |
| **103** | ☐ Disputed | |
| **Great Falls, MT 59405** | | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.666 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Ronald Hughes** | ☐ Contingent | |
| **5705 nelson street** | ☐ Unliquidated | |
| **701** | ☐ Disputed | |
| **North Charleston, SC 29418** | | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.666 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Ronald Tisdale** | ☐ Contingent | |
| **8728 Plantation Court Drive** | ☐ Unliquidated | |
| **North Charleston, SC 29406** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.666 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Ronald Towle** | ☐ Contingent | |
| **1062 Livingston Rd** | ☐ Unliquidated | |
| **Rome, GA 30161** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.666 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Ronald Wiggins** | ☐ Contingent | |
| **9632 Roseberry St** | ☐ Unliquidated | |
| **Ladson, SC 29456** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.6669**

**Nonpriority creditor's name and mailing address**

**Ronaldo Saint joie**
**9314 Cleveland ave**
**20**
**Kansas, MO 64132**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6670**

**Nonpriority creditor's name and mailing address**

**Roneshia Green**
**103 Michael Mitchum Way**
**Apt A**
**Moncks Corner, SC 29461**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6671**

**Nonpriority creditor's name and mailing address**

**Ronni Kime**
**233 NW Roosevelt**
**Topeka, KS 66608**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6672**

**Nonpriority creditor's name and mailing address**

**Ronnie Bell**
**205 Perkins Lane**
**Valdosta, GA 31601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6673**

**Nonpriority creditor's name and mailing address**

**Ronnie Holliman**
**1299 Raymond St**
**Gillette, WY 82717**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6674**

**Nonpriority creditor's name and mailing address**

**Ronnie Moody**
**105 college court**
**Fort Valley, GA 31030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6675**

**Nonpriority creditor's name and mailing address**

**Ronnie Poss**
**209 Whitecliff Dr**
**Ellijay, GA 30540**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC** _____  Case number (if known) _____
　　　Name

---

**3.6676**

**Nonpriority creditor's name and mailing address**

**Ronnie Wimpey**
**415mccamy sumach rd**
**Chathworth, GA 30705**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6677**

**Nonpriority creditor's name and mailing address**

**Ronterrious Smith Jr**
**1120 Poplar Road**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6678**

**Nonpriority creditor's name and mailing address**

**Roofing Plus Inc**
**1525 University Drive**
**Auburn, GA 30011**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

**3.6679**

**Nonpriority creditor's name and mailing address**

**Roofing Source**
**Eagle Trading International Corp.**
**6255 W Howard Street**
**Niles, IL 60174**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6680**

**Nonpriority creditor's name and mailing address**

**Roosevelt Jennings**
**1117 Concord cir**
**Independence, MO 64056**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6681**

**Nonpriority creditor's name and mailing address**

**Rooter-Man Plumbing**
**PO Box 30098**
**Charleston, SC 29417**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$440.00**

---

**3.6682**

**Nonpriority creditor's name and mailing address**

**Rosa Garcia**
**9504 druwy ave 307**
**KC mo, MO 64137**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**                                          Case number (if known) _____
        Name

---

3.668 3

**Nonpriority creditor's name and mailing address**

**Rosa Rodriguez**
**1030 sw Buchanan st**
**Topeka, KS 66604**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.668 4

**Nonpriority creditor's name and mailing address**

**Rosalind Smith**
**4160 Logan Drive Box 1374**
**Loganville, GA 30052**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.668 5

**Nonpriority creditor's name and mailing address**

**Rosalyn Wilkinson**
**130 Jones Circle**
**Royston, GA 30662**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.668 6

**Nonpriority creditor's name and mailing address**

**Rosanne Kidd**
**125 Effigee Lane**
**GooseCreek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.668 7

**Nonpriority creditor's name and mailing address**

**Rosby Clark**
**60 East Talley Ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.668 8

**Nonpriority creditor's name and mailing address**

**Rose Hare**
**140 Brewer rd**
**Kingston, GA 30145**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.668 9

**Nonpriority creditor's name and mailing address**

**Rose Import Equipments Incs**
**1057 E Imperial Hwy Suite 228**
**Placentia, CA 92870**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$275.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6690**

**Nonpriority creditor's name and mailing address**

**Rosemary Newson**
**44 Stella Wynn rd**
**Newnan, GA 30263**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6691**

**Nonpriority creditor's name and mailing address**

**Rosemary Rouse**
**3545 Admiral Dr Apt.1**
**CHARLESTON, SC 29407**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6692**

**Nonpriority creditor's name and mailing address**

**Rosezine Mcclay**
**167 Liberty Street**
**Estil, SC 29918**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6693**

**Nonpriority creditor's name and mailing address**

**Rosie Salazar**
**10N MAIN STREET**
**BUFFALO, WY 82834**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6694**

**Nonpriority creditor's name and mailing address**

**Ross Hobbs**
**740 Wrights Creek Rd**
**Caryville, FL 32427**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6695**

**Nonpriority creditor's name and mailing address**

**Rosyln Burgmon**
**502 E Mary St**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6696**

**Nonpriority creditor's name and mailing address**

**ROTO ROOTER SERVICES COMPANY**
**255 E.Fifth Street - Suite 2500**
**Cincinnati, OH 45202**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page  978 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.6697**

**Nonpriority creditor's name and mailing address**

**Roto Rooter Services Company**
**5672 Collection Center Drive**
**Chicago, IL 60693**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6698**

**Nonpriority creditor's name and mailing address**

**Roto Rooter Valdosta**
**Ebert Corporation**
**P.O Box 1403**
**Valdosta, GA 31603**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6699**

**Nonpriority creditor's name and mailing address**

**ROTO-ROOTER PLUMBERS**
**136 Tanner Rd**
**Greenville, SC 29607**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6700**

**Nonpriority creditor's name and mailing address**

**Roto-Rooter Plumbing**
**and Drain Service**
**PO Box 20295**
**Billings, MT 59104**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6701**

**Nonpriority creditor's name and mailing address**

**Roto-Rooter Plumbing**
**PO Box 20295**
**Billings, MT 59104**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$461.90**

---

**3.6702**

**Nonpriority creditor's name and mailing address**

**Rowan Fox**
**4319 Fenton ave sw**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6703**

**Nonpriority creditor's name and mailing address**

**Rowdie Epps**
**90 River Run Drive**
**Hogansville, GA 30230**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.670 4**

**Nonpriority creditor's name and mailing address**

**Roxana Guzman**
**7105 E 107th pl**
**Kansas City, MO 64030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.670 5**

**Nonpriority creditor's name and mailing address**

**Roxanne Thompson**
**309 monroe st**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.670 6**

**Nonpriority creditor's name and mailing address**

**Roxie DeRosa**
**5417 College Dr**
**Graceville, FL 32440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.670 7**

**Nonpriority creditor's name and mailing address**

**Roy Shirley III**
**214 Hamilton ave**
**B**
**Bremen, GA 30110**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.670 8**

**Nonpriority creditor's name and mailing address**

**Roy Smith**
**1002 Farm Springs Road**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.670 9**

**Nonpriority creditor's name and mailing address**

**Royal Brothers Remodeling LLC**
**21 royals Rd**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.671 0**

**Nonpriority creditor's name and mailing address**

**Royal Flush Plumbing**
**2330 Hewatt Rd**
**Snellville, GA 30039**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$27,792.99**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.671**
**1**

**Nonpriority creditor's name and mailing address**

**Royal Landscaping & Lawn Care, Inc**
**2621 Ga. Hwy 20 Ne**
**Conyers, GA 30012**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$10,785.00**

---

**3.671**
**2**

**Nonpriority creditor's name and mailing address**

**Royalty Roofing USA, LLC**
**2099 E. Tipton St.**
**Seymour, IN 47274**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$7,150.00**

---

**3.671**
**3**

**Nonpriority creditor's name and mailing address**

**Royce Allen**
**2813 E 62nd St**
**Kansas City, MO 64130**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671**
**4**

**Nonpriority creditor's name and mailing address**

**Royquavious Wilson**
**477 Martin Luther king junior drive**
**Ashburn, GA 31714**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671**
**5**

**Nonpriority creditor's name and mailing address**

**Ruben Barbon**
**1008 west dennis ct**
**apt g**
**olathe, KS 66061**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671**
**6**

**Nonpriority creditor's name and mailing address**

**Ruben Cardenas**
**9192 Fieldstone Trce**
**Summerville, SC 29485**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671**
**7**

**Nonpriority creditor's name and mailing address**

**Ruben Pineda rivera**
**2032 SW lane st**
**Topeka, KS 66604**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6718**

**Nonpriority creditor's name and mailing address**

**Ruby Knupp**
**216 BIRD POND ROAD**
**REEVESVILLE, SC 29471**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6719**

**Nonpriority creditor's name and mailing address**

**Ruby Panuco**
**4728 Sw 18th Ter**
**Topeka, KS 66604**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6720**

**Nonpriority creditor's name and mailing address**

**Rupert Morgan**
**1611 Callaway Loop**
**Conyers, GA 30012**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6721**

**Nonpriority creditor's name and mailing address**

**Russell Mills**
**109 Lincoln ln**
**Urbana, MO 65767**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6722**

**Nonpriority creditor's name and mailing address**

**Russell Reeves**
**188 North Summit Dr.**
**Lot 128**
**Holt Summit, MO 65043**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6723**

**Nonpriority creditor's name and mailing address**

**Russell's Service Company**
**1275 US Hwy 82 West**
**LEESBURG, GA 31673**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,248.77**

---

**3.6724**

**Nonpriority creditor's name and mailing address**

**Russle Brown**
**8141 campbell st**
**105**
**Kansas city, MO 64131**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.672
5**

**Nonpriority creditor's name and mailing address**
**Ruth Alvarado**
**11931 E 44th Terrace**
**Kansas City, MO 64133**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672
6**

**Nonpriority creditor's name and mailing address**
**Rvinyl.com Inc**
**140 58th St Suite 7H2**
**Brooklyn, NY 11220**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672
7**

**Nonpriority creditor's name and mailing address**
**Ryan Adams**
**135 Harris Cir**
**Lawrenceville, GA 30046**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672
8**

**Nonpriority creditor's name and mailing address**
**Ryan Berger**
**200 NE Hidden Meadow Lane**
**Lee S Summit, MO 64064**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672
9**

**Nonpriority creditor's name and mailing address**
**Ryan Berger**
**200 NE Hidden Meadow Lane**
**Lee S Summit, MO 64064**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.673
0**

**Nonpriority creditor's name and mailing address**
**ryan Combs**
**3619 lakeside drive**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.673
1**

**Nonpriority creditor's name and mailing address**
**Ryan DeElena**
**12425 E 43rd St S**
**4**
**Independence, MO 64055**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                             Case number (if known) _____
          Name

---

| 3.673 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Ryan Donnelly**
**82 Mary Johnson dr**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Ryan Foster**
**890 Layton Rd**
**Graceville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Ryan Grant**
**150 helm dr**
**Covington, GA 30014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Ryan Hengy**
**6501 Craig Street**
**Mission, KS 66202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Ryan LLC**
**P;.O. Box 848351**
**Dallas, TX 75284-8351**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Ryan Newhauser**
**210 E Marion St**
**Apt A**
**Paris, MO 65275**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **Unknown**

**Ryan Pitt**
**12760 High Bluff Dr., #310**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6739**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Ryan Rooter Inc**
**Roto Rooter**
**5905 W Hwy 60**
**Brookline, MO 65619** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6740**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Ryan Shute**
**3313 Sunnyside dr**
**St. Joseph, MO 64503** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6741**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Ryan Williams**
**18987 HWY 22**
**Mexico, MO 65265** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6742**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Ryan Wilson**
**205 chuck circle**
**warner robins, GA 31093** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6743**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Ryanne Taylor**
**234 wild strawberry ln**
**Moncks corner, SC 29461** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6744**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Rylan Curtis**
**308 skyview terrace**
**308**
**Houston, MO 65483** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6745**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$581.96** |
|---|---|---|
| **Ryland Environmental, Inc.**
**PO BOX 250**
**Dublin, GA 31040** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6746**

**Nonpriority creditor's name and mailing address**
**Ryland Murray**
**395 Trimble Hollow Road**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6747**

**Nonpriority creditor's name and mailing address**
**Rylee nimmo**
**25 rolling hill ln**
**Elkland, MO 65664**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6748**

**Nonpriority creditor's name and mailing address**
**Rylee Rollins**
**1726 gainer rd**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6749**

**Nonpriority creditor's name and mailing address**
**Ryse Electric LLC**
**211 Beverly Street 211 Beverly Street**
**Eureka, MO 63025**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6750**

**Nonpriority creditor's name and mailing address**
**S.C. Department of Revenue**
**Office of General Counsel**
**300A Outlet Pointe Blvd.**
**Columbia, SC 29210**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6751**

**Nonpriority creditor's name and mailing address**
**Sabastion Starling**
**986 Holden Rd**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6752**

**Nonpriority creditor's name and mailing address**
**Sabin Chowdhury**
**5015 Lakebrooke Run**
**Stone Mountain, GA 30087**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.675 3**

**Nonpriority creditor's name and mailing address**

**Sabree VanHoy**
**3405 one horse lane**
**Gainesville, GA 30507**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.675 4**

**Nonpriority creditor's name and mailing address**

**SabreTooth Technologies, LLC**
**7031 Albert Pick Rd., Ste 100**
**Greensboro, NC 27409**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,097.75**

---

**3.675 5**

**Nonpriority creditor's name and mailing address**

**Sabrina Ballard**
**101 A Oak Hill Drive**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.675 6**

**Nonpriority creditor's name and mailing address**

**Sabrina Grace**
**308 North Maple shade St**
**cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.675 7**

**Nonpriority creditor's name and mailing address**

**Sabrina Kines**
**53 maple village park**
**Ellijay, GA 30536**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.675 8**

**Nonpriority creditor's name and mailing address**

**Sabrina Lochamy**
**689 Chatsworth Hwy NE 225**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.675 9**

**Nonpriority creditor's name and mailing address**

**Sabrina Louard**
**26 Bouldercrest LN SE**
**40E**
**Atlanta, GA 30316**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

3.676
0

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Sabrina Oliver**                                            ☐ Contingent
**424 Lines St**                                              ☐ Unliquidated
**C1**                                                        ☐ Disputed
**Chattahoochee, FL 32324**
                                                             **Basis for the claim:** _
Date(s) debt was incurred _
                                                             Is the claim subject to offset? ■ No ☐ Yes
Last 4 digits of account number _

---

3.676
1

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Sabrina Whetstone**                                         ☐ Contingent
**104 Interstate Dr**                                         ☐ Unliquidated
**162**                                                       ☐ Disputed
**St George, SC 29477**
                                                             **Basis for the claim:** _
Date(s) debt was incurred _
                                                             Is the claim subject to offset? ■ No ☐ Yes
Last 4 digits of account number _

---

3.676
2

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Sabrina Williams**                                          ☐ Contingent
**99 Chris Dr Apt 2**                                         ☐ Unliquidated
**Warner Robins, GA 31093**                                   ☐ Disputed

                                                             **Basis for the claim:** _
Date(s) debt was incurred _
                                                             Is the claim subject to offset? ■ No ☐ Yes
Last 4 digits of account number _

---

3.676
3

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Sacara Clary**                                              ☐ Contingent
**218 Orion Way**                                             ☐ Unliquidated
**Moncks Corner, SC 29461**                                   ☐ Disputed

                                                             **Basis for the claim:** _
Date(s) debt was incurred _
                                                             Is the claim subject to offset? ■ No ☐ Yes
Last 4 digits of account number _

---

3.676
4

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**sacoya scott**                                              ☐ Contingent
**720 Timmons Drive**                                         ☐ Unliquidated
**Apartment 49**                                              ☐ Disputed
**Tifton, GA 31794**
                                                             **Basis for the claim:** _
Date(s) debt was incurred _
                                                             Is the claim subject to offset? ■ No ☐ Yes
Last 4 digits of account number _

---

3.676
5

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Sade Brown**                                                ☐ Contingent
**206 North lake drive**                                      ☐ Unliquidated
**2307**                                                      ☐ Disputed
**Warner robins, GA 31093**
                                                             **Basis for the claim:** _
Date(s) debt was incurred _
                                                             Is the claim subject to offset? ■ No ☐ Yes
Last 4 digits of account number _

---

3.676
6

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Sade Reed**                                                 ☐ Contingent
**211 Bowling Drive**                                         ☐ Unliquidated
**Lot 1**                                                     ☐ Disputed
**Warner Robins, GA 31088**
                                                             **Basis for the claim:** _
Date(s) debt was incurred _
                                                             Is the claim subject to offset? ■ No ☐ Yes
Last 4 digits of account number _

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  988 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6767**

**Nonpriority creditor's name and mailing address**

**Safara Shortman**
**1709 Wicks Lane**
**Billings, MT 59105**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6768**

**Nonpriority creditor's name and mailing address**

**SafetyCulture Pty Ltd**
**72-84 Foveaux St**
**Surry Hills, NSW 02010-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,896.00**

---

**3.6769**

**Nonpriority creditor's name and mailing address**

**Safetytec Hood Cleaning**
**840 Commercial Way**
**Clearwater, KS 67026**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6770**

**Nonpriority creditor's name and mailing address**

**Safiquah Simmons**
**212 Mercer**
**Georgetown, SC 29440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6771**

**Nonpriority creditor's name and mailing address**

**Sage Jackson**
**818 spair Street**
**Thomasville, GA 31792**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6772**

**Nonpriority creditor's name and mailing address**

**Saige Bridges**
**606 Farm Springs Rd**
**Summeville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6773**

**Nonpriority creditor's name and mailing address**

**Saiji Morales**
**274 Craigtown Rd**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                          Case number (if known) _____
          Name

| 3.677 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Sakeithia Foster**
**88 S 6th St**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Sakiya Howard**
**10th, East**
**Independence   64054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Salina Najjar**
**450 Stephanie Dr**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Salita Presley**
**501 Pine Park Street**
**J**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**SAM Service Inc**
**1021 Worth Street**
**Albany, GA 31705-3233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Samantha Adams**
**2869 Adamsville lane**
**Cottondale, FL 32431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Samantha Benton**
**6764 Green Rd**
**Sneads, FL 32460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.678 1**

**Nonpriority creditor's name and mailing address**

**Samantha Harrell**
**911 w meadow ave**
**101**
**Geneva, AL 36340**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.678 2**

**Nonpriority creditor's name and mailing address**

**Samantha Hopkins**
**807 east 9th st**
**Sedalia, MO 65301**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.678 3**

**Nonpriority creditor's name and mailing address**

**Samantha Lusso**
**1005 Sw Kingscross Rd**
**Blue Springs, MO 64014**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.678 4**

**Nonpriority creditor's name and mailing address**

**Samantha Maddox**
**100 Judy Lucas Dr**
**C4**
**Bonifay, FL 32425**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.678 5**

**Nonpriority creditor's name and mailing address**

**Samantha Mapp**
**PO Box 1983**
**Gillette, WY 82717**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.678 6**

**Nonpriority creditor's name and mailing address**

**Samantha Mcceary**
**110 Apple Rd NE**
**Ranger, GA 30734**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.678 7**

**Nonpriority creditor's name and mailing address**

**Samantha Moon**
**1489 Main Street**
**Comer, GA 30629**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6788**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Samantha Munzo** | ☐ Contingent | |
| **342 mcanally st** | ☐ Unliquidated | |
| **Sedalia, MO 65301** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6789**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Samantha Orr** | ☐ Contingent | |
| **1272 beaver dam rd** | ☐ Unliquidated | |
| **Bonifay, FL 32425** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6790**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Samantha Peacock** | ☐ Contingent | |
| **2341 Sod Road** | ☐ Unliquidated | |
| **Bonifay, FL 32425** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6791**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Samantha Rentsch** | ☐ Contingent | |
| **480 Holiday Circle, 152** | ☐ Unliquidated | |
| **Forsyth, GA 31029** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6792**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Samantha Wint** | ☐ Contingent | |
| **105 Maid Marion CT** | ☐ Unliquidated | |
| **Warner Robins, GA 31088** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6793**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Samara Bonner** | ☐ Contingent | |
| **1750 Fourth St SE** | ☐ Unliquidated | |
| **Moultrie, GA 31768** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6794**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Samara Shively** | ☐ Contingent | |
| **1229 Underwood Rd** | ☐ Unliquidated | |
| **Graceville, FL 32440** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.679 5**

**Nonpriority creditor's name and mailing address**

**Sambrina Brown**
**304 hudson street**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.679 6**

**Nonpriority creditor's name and mailing address**

**Samekia Dumas**
**235 union hill drive**
**Apt 8d**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.679 7**

**Nonpriority creditor's name and mailing address**

**Samia Hood**
**216 White Oak Way**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.679 8**

**Nonpriority creditor's name and mailing address**

**Samon Johnson**
**5 azalea street**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.679 9**

**Nonpriority creditor's name and mailing address**

**Samone Sarvis**
**1900 Hazelwood dr**
**N3**
**Charleston, SC 29407**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.680 0**

**Nonpriority creditor's name and mailing address**

**Samore Smoak**
**362 Butler St**
**Allendale, SC 29810**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.680 1**

**Nonpriority creditor's name and mailing address**

**Samson Owens**
**52 piney Wood Dr**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.680 2**

**Nonpriority creditor's name and mailing address**

**Samuel Bartley**
**5519 Stone Trace**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.680 3**

**Nonpriority creditor's name and mailing address**

**samuel Delliskave**
**1819 south osage st**
**independence, MO 64055**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.680 4**

**Nonpriority creditor's name and mailing address**

**Samuel Flores**
**4686 Crawford Oaks Dr**
**Oakwood, GA 30566**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.680 5**

**Nonpriority creditor's name and mailing address**

**Samuel Lloyd Jr**
**11504 E 20TH ST S**
**Independence, MO 64052**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.680 6**

**Nonpriority creditor's name and mailing address**

**Samuel murry**
**5466 Martin Street**
**Graceville, FL 32440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.680 7**

**Nonpriority creditor's name and mailing address**

**Samuel Tuck**
**92 Bethel Rd**
**Long Lane, MO 65590**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.680 8**

**Nonpriority creditor's name and mailing address**

**Samura Little Light**
**1048 Alderson Avenue**
**Billings, MT 59034**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor     **ARC Burger, LLC**                                    Case number (if known) _____
           Name

| 3.6809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Samyell Hunter**
**101 Fleming Drive**
**Apt 4**
**Bonaire, GA 31005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sana Shaik**
**5504w 133rd st**
**Overland Park, KS 66209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sanai Sanders**
**534 greenleaf rd**
**covington, GA 30016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**sanaiah smoot**
**101 west haven drive**
**kathleen, GA 31047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sandra  A Scott**
**903 E Highland Ave**
**Geneva, AL 36340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sandra Barnes**
**262 Albacore Rd**
**Bonneau, SC 29431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sandra Brooks**
**903 south hill street**
**A-3**
**Griffin, GA 30224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

**3.6816**

**Nonpriority creditor's name and mailing address**

**Sandra Clark**
**1220 W Ruby Ave**
**Independence, MO 64052**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6817**

**Nonpriority creditor's name and mailing address**

**Sandra Clark**
**1105 East Pacific Ave**
**Independence, MO 64050**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6818**

**Nonpriority creditor's name and mailing address**

**Sandra Edwards**
**226 sapp way**
**Dalton, GA 30721**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6819**

**Nonpriority creditor's name and mailing address**

**Sandra Miller**
**405 s plum s**
**unit A**
**durham, NC 27703**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6820**

**Nonpriority creditor's name and mailing address**

**Sandra Nieves**
**809 west broad st**
**Griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6821**

**Nonpriority creditor's name and mailing address**

**Sandra Robbins**
**2225 Franklin St**
**Kansas City, KS 66104**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6822**

**Nonpriority creditor's name and mailing address**

**Sandra Sanchez**
**1909 SE Michigan**
**Topeka, KS 66607**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.682 3**

**Nonpriority creditor's name and mailing address**

**sandrarose hernandez**
**204 piedmont lane**
**Bonaire, GA 31005**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.682 4**

**Nonpriority creditor's name and mailing address**

**Sandy Garfield**
**519 W Whitley St**
**Mexico, MO 65265**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.682 5**

**Nonpriority creditor's name and mailing address**

**Sandy Judith Hernandez Morales**
**1410 NE Quincy St**
**Topeka, KS 66608**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.682 6**

**Nonpriority creditor's name and mailing address**

**Sandy Lightell**
**2929 Lafayette St**
**203**
**Saint Joseph, MO 64507**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.682 7**

**Nonpriority creditor's name and mailing address**

**Saniah Collins**
**185 west village court**
**Riverdale, GA 30296**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.682 8**

**Nonpriority creditor's name and mailing address**

**Saniyah Mcgougan**
**353 Flyway Rd**
**Goose Creek, SC 29445**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.682 9**

**Nonpriority creditor's name and mailing address**

**Santo Bowles**
**12898 hwy 34**
**Franklin, GA 30217**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6830**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Santos Portillo<br>1601 W South Ave<br>Lot 81<br>Emporia, KS 66801 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6831**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Santresa Brooks<br>805 Chadwyck Cir<br>Bonaire, GA 31005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6832**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Saphira Collins<br>101 Stockton Pass<br>Bonaire, GA 31005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6833**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Saphira Webster<br>307 Stoneboro Dr<br>Goose Creek, SC 29445 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6834**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Sapphire Bridgford<br>1003 S Trinity St<br>Mexico, MO 65265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6835**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Sapphire Johnson<br>800 esco rd<br>Comer, GA 30629 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6836**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Saquan Cheeves<br>119 Alabama st.<br>Griffin, GA 30223 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
      Name

| | | |
|---|---|---|
| **3.6837** | **Nonpriority creditor's name and mailing address**<br>**Sara Garrett**<br>**416 Poplar Ct**<br>**Monroe, GA 30655** | **$0.00** |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.6838** | **Nonpriority creditor's name and mailing address**<br>**Sara Jones**<br>**811 cedar st**<br>**Georgetown, SC 29440** | **$0.00** |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.6839** | **Nonpriority creditor's name and mailing address**<br>**Sara Kinsey**<br>**4003 pebble creek dr**<br>**14D**<br>**Oakwood, GA 30566** | **$0.00** |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.6840** | **Nonpriority creditor's name and mailing address**<br>**Sara Kitchen**<br>**1204 S. Morley St. LOT. 13**<br>**Moberly, MO 65270** | **$0.00** |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.6841** | **Nonpriority creditor's name and mailing address**<br>**Sara Sparks**<br>**1001 e 9th st**<br>**7**<br>**Trenton, MO 64683** | **$0.00** |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.6842** | **Nonpriority creditor's name and mailing address**<br>**Sara Varga**<br>**189 Durington Rd**<br>**Buffalo, MO 65622** | **$0.00** |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.6843** | **Nonpriority creditor's name and mailing address**<br>**Sarah Almanzar**<br>**3815 ga highway 34 west**<br>**Franklin, GA 30217** | **$0.00** |

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **ARC Burger, LLC**        Case number (if known) _____
Name

---

**3.6844**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18.19** |

**Sarah Barton**
**3815 ga highway 34 west**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6845**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sarah Chieves**
**231 SMITHERMAN RD**
**BREMEN, GA 30110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6846**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sarah Coleman**
**188 w oak Grove rd**
**Adairsville, GA 30103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6847**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sarah Corral Lopez**
**1512 North 82nd Terrace**
**Kansas City, KS 66112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6848**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sarah Cox**
**15 Locust Street**
**Hampton, SC 29924**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6849**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sarah Duffey**
**1617 E Lyndale**
**2**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6850**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sarah Haney**
**1221 millcreek road**
**11**
**Lebanon, MO 65536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                                Case number (if known) _____
          Name

---

| 3.685 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sarah Johnson**
**2503 5th Ave S**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.685 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sarah Jones**
**160 Lawrence Ct**
**16**
**Adairsville, GA 30103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.685 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sarah Link**
**126 Avenue C Se**
**Lindale, GA 30147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.685 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sarah McCormack**
**341 Pan Will Rd**
**Mineral Bluff, GA 30559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.685 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sarah Monat**
**15959 Moberly Drive Solo mo 65564**
**Solo, MO 65564**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.685 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sarah Nicholson**
**32 Brentwood Pl**
**617**
**Forsyth, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.685 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sarah Perkins**
**903 W Banfill Avenue**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 1001 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.6858**

**Nonpriority creditor's name and mailing address**

**Sarah Shortman**
**5000 HARBOUR LAKE DR**
**27A**
**GOOSE CREEK, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6859**

**Nonpriority creditor's name and mailing address**

**Sarah Smith**
**7881 roosterville rd**
**Franklin, GA 30217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6860**

**Nonpriority creditor's name and mailing address**

**Sarah turbeville**
**2036 Lou Avenue**
**Sneads, FL 32460**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6861**

**Nonpriority creditor's name and mailing address**

**SARAH WHITAKER**
**3109 veterans Parkway South Apt C12**
**MOULTRIE, GA 31788**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6862**

**Nonpriority creditor's name and mailing address**

**Sarah Wiseman**
**2855 Witherbee Rd**
**Cordesville, SC 29434**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6863**

**Nonpriority creditor's name and mailing address**

**sarahanne wilson**
**905 blvd veiw drive**
**saint  Joseph, MO 64506**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6864**

**Nonpriority creditor's name and mailing address**

**Sariya Neal**
**209 liberty trace**
**Milner, GA 30257**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.686 5**

**Nonpriority creditor's name and mailing address**

**Sarja Hutchinson**
**600 liberty avenue north**
**Estill, SC 29918**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 6**

**Nonpriority creditor's name and mailing address**

**Saryia HERROD**
**9617 e 65th st.**
**raytown, MO 64133**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 7**

**Nonpriority creditor's name and mailing address**

**Sasha Byrd**
**4247 Shoreside cir**
**Snellville, GA 30039**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 8**

**Nonpriority creditor's name and mailing address**

**Sasha Whitaker**
**145 Redland Road**
**145 Redland Road**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 9**

**Nonpriority creditor's name and mailing address**

**Satin Mcarthur**
**1213 Elliott Brown Street**
**1**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.687 0**

**Nonpriority creditor's name and mailing address**

**Satorie Wallace**
**978 asborough ct**
**Lithonia, GA 30058**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.687 1**

**Nonpriority creditor's name and mailing address**

**Saudiah Muhammad**
**5531 strathmoor manor circle**
**Lithonia, GA 30058**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

| 3.687 2 | **Nonpriority creditor's name and mailing address**<br>**Saul Morales**<br>**834 N walker Ln**<br>**Olathe, KS 66061**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.687 3 | **Nonpriority creditor's name and mailing address**<br>**Savahna Lawrence**<br>**423 Horsley Street**<br>**Moberly, MO 65270**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.687 4 | **Nonpriority creditor's name and mailing address**<br>**Savannah Kelley**<br>**211 Martin Luther king Jr st**<br>**Geneva, AL 36340**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.687 5 | **Nonpriority creditor's name and mailing address**<br>**Savannah Martin**<br>**251 Arbacoochee Road**<br>**Tallapoosa, GA 30176**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.687 6 | **Nonpriority creditor's name and mailing address**<br>**Savannah Webb**<br>**695 Rollins rd**<br>**Roopville, GA 30170**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.687 7 | **Nonpriority creditor's name and mailing address**<br>**Savian Scott**<br>**132Dashst**<br>**Harleyville, SC 29448**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.687 8 | **Nonpriority creditor's name and mailing address**<br>**Sawtooth Center LLC**<br>**P.O. Box 1570**<br>**Ketchum, ID 83340**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$34,500.00** |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.6879**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Saylor Warren**<br>**109 E Register Ave**<br>**Geneva, AL 36340** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6880**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **SC Department of Revenue**<br>**Corporate Voucher**<br>**PO Box 100153**<br>**Columbia, SC 29202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6881**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **SC DEW**<br>**PO Box 995**<br>**Columbia, SC 29210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6882**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **SC DHEC**<br>**1407 King Street**<br>**Beaufort, SC 29902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6883**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,595.67 |
|---|---|---|
| **SCDOR**<br>**P.O. Box 100193**<br>**Columbia, SC 29202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6884**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.00 |
|---|---|---|
| **Schneider Electric of Jefferson City LLC**<br>**414 West Dunklin St**<br>**Jefferson City, MO 65101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6885**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Scott Blanton**<br>**1 North 33rd Street Apt.# 201**<br>**Billings, MT 59101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **ARC Burger, LLC**
_____   Case number (if known) _____
Name

---

3.6886

**Nonpriority creditor's name and mailing address**

**Scott Brunsma**
**1325 6th Ave N**
**Great Falls, MT 59401**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.6887

**Nonpriority creditor's name and mailing address**

**Scott Commercial Services Inc.**
**26 Andrew St.**
**Newnan, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.6888

**Nonpriority creditor's name and mailing address**

**Scott Jordan**
**70 Happy Valley Estates Drive**
**Newnan, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.6889

**Nonpriority creditor's name and mailing address**

**Scott Jordan**
**70 Happy Valley Estates Drive**
**Newnan, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.6890

**Nonpriority creditor's name and mailing address**

**Scott Locke**
**Mill street Apt 6**
**0**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.6891

**Nonpriority creditor's name and mailing address**

**Scott Martin**
**1022 fieldcrest**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.6892

**Nonpriority creditor's name and mailing address**

**Scott Moody**
**4308 Whippoorwill Circle**
**Valdosta, GA 31605**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.689 3**

**Nonpriority creditor's name and mailing address**

**Scott Musselman**
**6 Sunlight Drive**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.689 4**

**Nonpriority creditor's name and mailing address**

**Scott Purscell**
**2420 Princeton Rd**
**Trenton, MO 64683**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.689 5**

**Nonpriority creditor's name and mailing address**

**Scott Widgeon**
**2836 jr dr**
**Cottondale, FL 32431**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.689 6**

**Nonpriority creditor's name and mailing address**

**Scott williams**
**410 W Indiana Ave**
**3**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.689 7**

**Nonpriority creditor's name and mailing address**

**Scotty Hambrick**
**1012 Helican Springs Rd**
**Athens, GA 30601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.689 8**

**Nonpriority creditor's name and mailing address**

**Seals Guy LLC**
**PO Box 14097**
**Parkville, MO 64152**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$243.63**

---

**3.689 9**

**Nonpriority creditor's name and mailing address**

**Sean Artis**
**191 Engle Rd.**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6900**

**Nonpriority creditor's name and mailing address**

**Sean Burnette**
**201 Sherwood Dr**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6901**

**Nonpriority creditor's name and mailing address**

**Sean Cannon**
**108 Brookfield dr**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6902**

**Nonpriority creditor's name and mailing address**

**Sean Cobb**
**8201 Spring Valley Rd**
**Apartment 9D**
**Belton, MO 64012**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6903**

**Nonpriority creditor's name and mailing address**

**Sean Curtis**
**1646 towne drive**
**1b**
**Columbia, MO 65202**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6904**

**Nonpriority creditor's name and mailing address**

**Sean Fulwood**
**302 stoneboro dr**
**Goose creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6905**

**Nonpriority creditor's name and mailing address**

**Sean Hinchy**
**24 Glen Pascal Rd**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6906**

**Nonpriority creditor's name and mailing address**

**Sean Pruitt**
**908 McPherson St**
**Trenton, MO 64683**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.6907**

**Nonpriority creditor's name and mailing address**

**Sean Ruff**
**629 Bryan Dr**
**Monks Corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6908**

**Nonpriority creditor's name and mailing address**

**Seandra Hollis**
**738 Tom Mckinley**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6909**

**Nonpriority creditor's name and mailing address**

**Season Brazil**
**188 Victory Road**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6910**

**Nonpriority creditor's name and mailing address**

**Season eagleman**
**1001 South 27th Street**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6911**

**Nonpriority creditor's name and mailing address**

**Sebastian Dilsaver**
**675 Gordy Lane**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6912**

**Nonpriority creditor's name and mailing address**

**Sebrina Fain**
**235 burgess road**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6913**

**Nonpriority creditor's name and mailing address**

**Sebyria White**
**105 Debby lane**
**Apt c3**
**Moncks corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

**3.691 4**

**Nonpriority creditor's name and mailing address**

**Security Metrics Inc**
**1275 West 1600 North**
**Orem, UT 84057**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

**$17,370.00**

---

**3.691 5**

**Nonpriority creditor's name and mailing address**

**Sedaquon Gant**
**323 sandy run rd**
**Warner Robins, GA 31005**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.691 6**

**Nonpriority creditor's name and mailing address**

**Seiara Washington**
**264 southland station drive**
**Warner Robins, GA 31088**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.691 7**

**Nonpriority creditor's name and mailing address**

**Selectric, LLC**
**1211 Boundary St, Ste B**
**Beaufort, SC 29902**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.691 8**

**Nonpriority creditor's name and mailing address**

**Selena Bledsoe**
**12145 Highway 36 Lot 20**
**Lot 20**
**COVINGTON, GA 30014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.691 9**

**Nonpriority creditor's name and mailing address**

**Selena Harper**
**48 progress avenue**
**B2**
**Hawkinsville, GA 31036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.692 0**

**Nonpriority creditor's name and mailing address**

**Selena Lawrence**
**24 s Ewing st**
**A32**
**Helena, MT 59601**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.692 1**

**Nonpriority creditor's name and mailing address**

**Selena Miller**
**20 head st**
**McDonough, GA 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.692 2**

**Nonpriority creditor's name and mailing address**

**Self Plumbing**
**100 Fulton Ave**
**Moberly, MO 65270**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$225.00**

---

**3.692 3**

**Nonpriority creditor's name and mailing address**

**Semyra Lopez**
**110 Mountain View Dr**
**Cumming, GA 30040**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.692 4**

**Nonpriority creditor's name and mailing address**

**Senseer Mosley**
**420 Connell rd Apt 10B**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.692 5**

**Nonpriority creditor's name and mailing address**

**Septagon Construction Company**
**113 E 3RD ST**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.692 6**

**Nonpriority creditor's name and mailing address**

**Sequoah Packer**
**33 goodhope hollow rd**
**Naylor, GA 31641**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.692 7**

**Nonpriority creditor's name and mailing address**

**Sequoia Roper**
**9989 dorchester td**
**5d**
**Summerville, SC 29485**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6928**

**Nonpriority creditor's name and mailing address**

**Sequoyah Whitey**
**28 orchard road**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6929**

**Nonpriority creditor's name and mailing address**

**serenity Clay**
**3385  Hollow Tree dr**
**Decatur, GA 30034**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6930**

**Nonpriority creditor's name and mailing address**

**Serenity Emerson**
**2710 Flat Shoals Rd**
**Decatur, GA 30034**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6931**

**Nonpriority creditor's name and mailing address**

**Serenity Price**
**225 dunmurry place**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6932**

**Nonpriority creditor's name and mailing address**

**Serenity Vinzant**
**19104 E 37th Terr South**
**8**
**Independence, MO 64057**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6933**

**Nonpriority creditor's name and mailing address**

**Serenity Wright**
**162 Martin**
**Allendale, SC 29819**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6934**

**Nonpriority creditor's name and mailing address**

**Sergio Serna**
**4441 Jenwood st.**
**Ladson, SC 29456**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6935**

**Nonpriority creditor's name and mailing address**

**Serina Drayton**
**220 Gruber St**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6936**

**Nonpriority creditor's name and mailing address**

**Serina Warren**
**506 South Elm Street**
**Auxvasse, MO 65231**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6937**

**Nonpriority creditor's name and mailing address**

**Sermeka Simpson**
**216 Tabor Drive**
**5**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6938**

**Nonpriority creditor's name and mailing address**

**Service 1**
**Ritchie Stewart**
**P.O. Box 23336**
**Billings, MT 59104**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6939**

**Nonpriority creditor's name and mailing address**

**Service Pro We Get It Done**
**6142 South HWY87**
**Samson, Al 36477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6940**

**Nonpriority creditor's name and mailing address**

**ServiceChannel.com Inc**
**30 Patewood Drive**
**Building 2**
**Greenville, SC 29615**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6941**

**Nonpriority creditor's name and mailing address**

**Seth King**
**509 SE Canterbury Ln**
**Lees Summit, MO 64063**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                                      Case number (if known) _____
_____Name_____

---

| 3.694 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Seth Olivo**
**1835 valley place**
**Cumming, GA 30040**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.694 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Seth Rayburn**
**2235 1st st**
**Seldia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.694 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Seth Williams**
**555 lake center pkwy**
**Cumming, GA 30040**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.694 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sewer Daddy LLC**
**201 S. Parler Avenue Suite A**
**St. George, SC 29477**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.694 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sha-Da Linnen**
**95 Cephuslane**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.694 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shaconnya Smith**
**225 dunmurry place**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.694 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shadazia Hansell**
**105 cherokee st**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6949**

**Nonpriority creditor's name and mailing address**

**Shadeikquia Hair**
**108 colonial ct**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6950**

**Nonpriority creditor's name and mailing address**

**Shaekiya Shields**
**110 b Wilson td**
**A3**
**Commerce, GA 30529**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6951**

**Nonpriority creditor's name and mailing address**

**Shahana Kuykendall**
**2141 Poplar Falls ave**
**Lithonia, GA 30058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6952**

**Nonpriority creditor's name and mailing address**

**Shajuannicka Williams**
**460 Highway 142**
**Lot 70**
**Covington, GA 30014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6953**

**Nonpriority creditor's name and mailing address**

**Shakawanna Hadley**
**1104 crossings place**
**Griffin, GA 30223**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6954**

**Nonpriority creditor's name and mailing address**

**ShaKayvia Roberts**
**800C 3rd Ave Se**
**Moultrie, GA 31768**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6955**

**Nonpriority creditor's name and mailing address**

**Shakeema Owens**
**720 Sumter Ave**
**Fairfax, SC 29827**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.6956**

**Nonpriority creditor's name and mailing address**

**Shakeitha Harris**
**608 Sixth E. ST**
**6D**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6957**

**Nonpriority creditor's name and mailing address**

**Shakeriah McGraw**
**26 lovejoy**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6958**

**Nonpriority creditor's name and mailing address**

**shakerria Jones**
**203 fieldstone road**
**Warner robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6959**

**Nonpriority creditor's name and mailing address**

**Shakeya Wade**
**382 ga hwy 125 s**
**Lot a11**
**Tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6960**

**Nonpriority creditor's name and mailing address**

**Shakiem Maxwell**
**3290 Meeting Street Rd**
**Ste A**
**North Charleston, SC 29405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6961**

**Nonpriority creditor's name and mailing address**

**Shakilia Hill**
**69 Kemp St**
**Fort Valley, GA 31030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6962**

**Nonpriority creditor's name and mailing address**

**Shakina Gaines**
**4351 Camilla circle**
**Caryville, FL 32427**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.696 3**

**Nonpriority creditor's name and mailing address**

**Shakira Cook**
**205 North Ventura Ave**
**#8**
**Jefferson City, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 4**

**Nonpriority creditor's name and mailing address**

**Shakira Johnson**
**900 Clairmont Ave**
**Comer, GA 30629**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 5**

**Nonpriority creditor's name and mailing address**

**Shakyrahna Vaughn**
**215 New River Blvd**
**Tifton, GA 31794**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 6**

**Nonpriority creditor's name and mailing address**

**Shalah Allen**
**404 Catawba Dr**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 7**

**Nonpriority creditor's name and mailing address**

**Shalandra Askew**
**211 Rose Hill Drive**
**Warner Robins, GA 31088**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 8**

**Nonpriority creditor's name and mailing address**

**Shamar Joseph**
**203 fox hall Blvd**
**Bonaire, GA 31005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 9**

**Nonpriority creditor's name and mailing address**

**Shamar Mabry**
**180 regency park dr**
**mcdonough, GA 30253**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

| | |
|---|---|
| 3.6970 | |

**Nonpriority creditor's name and mailing address**
**shamauri Walker**
**258 parkview place dr**
**Mcdonough, NY 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.6971 | |

**Nonpriority creditor's name and mailing address**
**Shambrea McLaughlin-Wicks**
**101 Sherry lane**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.6972 | |

**Nonpriority creditor's name and mailing address**
**Shameca Davis**
**1602 Amber Chase Drive**
**1602 Amber chase dr**
**McDonough, GA 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.6973 | |

**Nonpriority creditor's name and mailing address**
**Shamecka Goolsby**
**177 Adkins Road**
**Barnesville, GA 30204**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.6974 | |

**Nonpriority creditor's name and mailing address**
**Shami Rozar**
**205 Chadwyck Cr**
**Boanire, GA 31005**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.6975 | |

**Nonpriority creditor's name and mailing address**
**Shamia Calhoun**
**232 West Main Street**
**B14**
**lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.6976 | |

**Nonpriority creditor's name and mailing address**
**Shamicka Gordon**
**1220 Sussex dr**
**E37**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6977**

**Nonpriority creditor's name and mailing address**

**Shamika Bethel**
**106 s hubbard st**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6978**

**Nonpriority creditor's name and mailing address**

**Shamiyah Howard**
**411 Riley st**
**Perry, GA 31069**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6979**

**Nonpriority creditor's name and mailing address**

**Shamona Mcbride**
**722B 2nd Ave S.E**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6980**

**Nonpriority creditor's name and mailing address**

**Shamrock Sewer and Drain**
**2084 McNamee Rd**
**Pacific, MO 63069**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6981**

**Nonpriority creditor's name and mailing address**

**Shana Battle**
**711 Floyd St, House**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6982**

**Nonpriority creditor's name and mailing address**

**Shanavia Dozier**
**2404 Duke st**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6983**

**Nonpriority creditor's name and mailing address**

**Shanda Hollis**
**28 Pine Street**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

**3.6984**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Shandi Bagby**
**251 Katie Lane**                                      ☐ Contingent
**Carrollton, GA 30117**                                ☐ Unliquidated
                                                        ☐ Disputed

**Date(s) debt was incurred** __                        **Basis for the claim:** __

**Last 4 digits of account number** __                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6985**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Shandora Archie**
**108 railroad ave**                                    ☐ Contingent
**Georgetown, SC 29440**                                ☐ Unliquidated
                                                        ☐ Disputed

**Date(s) debt was incurred** __                        **Basis for the claim:** __

**Last 4 digits of account number** __                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6986**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Shandrea Merritt**
**257 Two Hitch RD**                                    ☐ Contingent
**Goose creek, SC 29445**                               ☐ Unliquidated
                                                        ☐ Disputed

**Date(s) debt was incurred** __                        **Basis for the claim:** __

**Last 4 digits of account number** __                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6987**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Shandrina Murphy**
**101 Livingston  st apt 405**                          ☐ Contingent
**Apt 405**                                             ☐ Unliquidated
**Daleville, AL 36322**                                 ☐ Disputed

**Date(s) debt was incurred** __                        **Basis for the claim:** __

**Last 4 digits of account number** __                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6988**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Shandy Hope**
**1342 Dublin Ave # 1342**                              ☐ Contingent
**Macon, GA 31217**                                     ☐ Unliquidated
                                                        ☐ Disputed

**Date(s) debt was incurred** __                        **Basis for the claim:** __

**Last 4 digits of account number** __                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6989**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Shane Adams**
**9020 greystone rd**                                   ☐ Contingent
**Jonesboro, GA 30238**                                 ☐ Unliquidated
                                                        ☐ Disputed

**Date(s) debt was incurred** __                        **Basis for the claim:** __

**Last 4 digits of account number** __                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6990**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**shane akin**
**14758 ametyst rd**                                    ☐ Contingent
**conway, MO 65632**                                    ☐ Unliquidated
                                                        ☐ Disputed

**Date(s) debt was incurred** __                        **Basis for the claim:** __

**Last 4 digits of account number** __                  Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 1020 of 1218

Debtor    **ARC Burger, LLC**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.699 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Shane Andrews**
**6380 Winchester Ct**
**cumming, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699 2**   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Shane Black**
**506 Pine St.**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699 3**   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Shane Hood**
**218 W Monroe Street**
**Apt C**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699 4**   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Shane McLaughlin**
**718 N Osage Trl**
**Independence, MO 64056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699 5**   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Shane Miller**
**2026 Hastings Rd**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699 6**   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Shane Thomas**
**2017 Thornhill Drive**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699 7**   **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Shaneaque Jenkins**
**4370 Ladson rd**
**A-208**
**Ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6998**

**Nonpriority creditor's name and mailing address**

**Shanekqua Jackson**
**611 S Washington Xing**
**Tennille, GA 31089**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6999**

**Nonpriority creditor's name and mailing address**

**Shanese Walker**
**Rome, GA, USA**
**Rome, GA 30747**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7000**

**Nonpriority creditor's name and mailing address**

**Shania Allen**
**404 Catawba Drive**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7001**

**Nonpriority creditor's name and mailing address**

**Shania Kennedy**
**912 Bethel Street**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7002**

**Nonpriority creditor's name and mailing address**

**Shaniah Nelson**
**113 sharon dr**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7003**

**Nonpriority creditor's name and mailing address**

**Shanice Brooks**
**2336 news Bridge rd**
**Harrison, GA 31035**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7004**

**Nonpriority creditor's name and mailing address**

**Shanice Clements**
**8328 Dunellen**
**Jonesboro, GA 30238**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                      Case number (if known) _____
Name

---

**3.700 5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Shanika Gasque**
**104 Yates Drive**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                 Basis for the claim: __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.700 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Shaniya Alexander**
**24 anna pl**
**Adairsville, GA 30103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                 Basis for the claim: __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.700 7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Shaniya Foster**
**24 E Peeler Str**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                 Basis for the claim: __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.700 8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Shaniya Manuel**
**185 Saint James Rd**
**Fairfax, SC 29827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                 Basis for the claim: __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.700 9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Shaniyah Parker**
**117 Brittany Lane**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                 Basis for the claim: __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.701 0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Shankeria Bishop**
**806 , Elliott Brown St**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                 Basis for the claim: __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.701 1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Shanley Doherty**
**215 n rodney**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __                                 Basis for the claim: __

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.7012**

**Nonpriority creditor's name and mailing address**

**Shanna Elam**
**4882 ELAM RD**
**STONE MOUNTAIN   30083**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7013**

**Nonpriority creditor's name and mailing address**

**Shannelle Wells**
**343 Westhills Loop**
**Gillette, WY 82718**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7014**

**Nonpriority creditor's name and mailing address**

**shannon bray**
**239 coral sunset way**
**summerville, SC 29486**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7015**

**Nonpriority creditor's name and mailing address**

**Shannon Burke**
**833 lake elmo dr**
**34**
**Billings, MT 59105**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7016**

**Nonpriority creditor's name and mailing address**

**Shannon Byars**
**28 circle Dr**
**Lindale, GA 30147**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7017**

**Nonpriority creditor's name and mailing address**

**Shannon Glover**
**115 Appian way**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7018**

**Nonpriority creditor's name and mailing address**

**Shannon Johnson**
**838 churchill ct**
**Stone Mountain, GA 30083**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
_____ Case number (if known) _____
Name

---

**3.7019**

**Nonpriority creditor's name and mailing address**

**Shannon Justice**
**1297 co hwy179-a**
**Westville, FL 32464**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7020**

**Nonpriority creditor's name and mailing address**

**Shannon Reed**
**6445 hwy 140 nw**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7021**

**Nonpriority creditor's name and mailing address**

**Shannon Shoemake**
**171 Armstrong Mill Rd**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7022**

**Nonpriority creditor's name and mailing address**

**shannon Taylor**
**2105 23rd st south**
**106**
**great falls, MT 59405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7023**

**Nonpriority creditor's name and mailing address**

**Shannon Thomas**
**1113 Dennis Blvd.**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7024**

**Nonpriority creditor's name and mailing address**

**Shanon Jesse**
**648 taylor**
**Moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7025**

**Nonpriority creditor's name and mailing address**

**Shanon Johnson**
**1206 avenue B**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7026**

**Nonpriority creditor's name and mailing address**

**Shanquon Leonard**
**300 ave f**
**W2**
**Thomaston, GA 30286**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7027**

**Nonpriority creditor's name and mailing address**

**Shantae Evans**
**1222 lavista drive**
**Monroe, GA 30655**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7028**

**Nonpriority creditor's name and mailing address**

**Shantashia Eummer**
**620 south Atlanta street**
**N228**
**Quincy, FL 32351**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7029**

**Nonpriority creditor's name and mailing address**

**Shantasia Samuel**
**530 folk st e**
**Fairfax, SC 29827**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7030**

**Nonpriority creditor's name and mailing address**

**Shantey Martin**
**131 Sandford Dr**
**St.George, SC 29477**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7031**

**Nonpriority creditor's name and mailing address**

**Shanya Wilcox**
**3 James Street**
**Hawkinsville, GA 31036**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7032**

**Nonpriority creditor's name and mailing address**

**Shanyiah Paulhill**
**2909 4th ave**
**Tifton, GA 31794**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.703
3**

**Nonpriority creditor's name and mailing address**

**Shaon Scott**
**512 8th st E**
**512**
**tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703
4**

**Nonpriority creditor's name and mailing address**

**Shaqiel Gaddist**
**134 Raye rd**
**Ridgeville, SC 29472**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703
5**

**Nonpriority creditor's name and mailing address**

**Shaquana Heyward**
**108 haynesville road**
**11**
**Moncks corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703
6**

**Nonpriority creditor's name and mailing address**

**Shaquana Reams**
**811 w Mary st**
**E4**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703
7**

**Nonpriority creditor's name and mailing address**

**Shaquandra Mcintire**
**102 Chatham drive**
**Apt c**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703
8**

**Nonpriority creditor's name and mailing address**

**Shaquanna Gathers**
**311 Todder Trail**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703
9**

**Nonpriority creditor's name and mailing address**

**Shaquanna Johnson**
**23 E Davis Ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7040**

**Nonpriority creditor's name and mailing address**
**Shaquil Sanders**
**1045 Martin Luther king jr dr**
**Lot 28**
**Ashburn, GA 31714**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7041**

**Nonpriority creditor's name and mailing address**
**Shaquille Hicks**
**267 Sharp Street**
**Forsyth, GA 31029**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7042**

**Nonpriority creditor's name and mailing address**
**Shareeq Thomaa**
**1006 Oklahoma st**
**Bonifay, FL 32425**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7043**

**Nonpriority creditor's name and mailing address**
**Shareif Bacon**
**1312 us hwy 221 s**
**Naylor, GA 31641**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7044**

**Nonpriority creditor's name and mailing address**
**Sharhonda Dickerson**
**34 Elm Street lot 2**
**P.O Box 1456**
**Varnville, SC 29944**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7045**

**Nonpriority creditor's name and mailing address**
**Sharif Technologies**
**911 Main St Unit 1117**
**Kansas, MO 64105**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7046**

**Nonpriority creditor's name and mailing address**
**Sharla Barnard**
**13658 county road 403**
**Amazonia, MO 64421**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 1028 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7047**

**Nonpriority creditor's name and mailing address**

**Sharlotte  Anderson**
**2101 Southwest Potomac Drive**
**Apt 3**
**Topeka, KS 66611**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7048**

**Nonpriority creditor's name and mailing address**

**Sharmaine west**
**458 Oakridge Church Rd**
**LOT7**
**tifton, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7049**

**Nonpriority creditor's name and mailing address**

**Sharneen Nelson-Dixon**
**217 Mattie Lane**
**MONCKS CORNER, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7050**

**Nonpriority creditor's name and mailing address**

**Sharod Mabry**
**180 regency park drive**
**McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7051**

**Nonpriority creditor's name and mailing address**

**Sharod Young**
**A Allway St**
**10**
**Charleston, SC 29403**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7052**

**Nonpriority creditor's name and mailing address**

**Sharon Cooper**
**1023 e beetree**
**Nashville, GA 31639**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7053**

**Nonpriority creditor's name and mailing address**

**Sharon Dykes**
**137 rolling hills fourth st**
**Calhoun ga, GA 30701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**                                      Case number (if known) _____
        Name

---

**3.7054**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Sharon Rodger**
**186 Dewitt Rd**
**Bonneau, SC 29431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7055**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Sharon Swinney**
**1319 Taylor Town Rd.**
**Ranger, GA 30734**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7056**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Sharon Tillery**
**22 East Peeler Ave**
**Peeler Ave**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7057**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Sharp Improvements LLC**
**107 Vine Street Suite A**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7058**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Sharria Byrd**
**12255 Blue star highway**
**Quincy, FL 32352**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7059**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Shasta Albright**
**611 Farror st**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7060**

**Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

**Shatanna Faust**
**313 Sierra ct**
**McDonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|--------|-----------------|------------------------|--|
| | Name | | |

---

**3.706 1**

**Nonpriority creditor's name and mailing address**
**ShaTara Wilson**
**815 6th street NW**
**A**
**Moultrie, GA 31768**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

**$0.00**

---

**3.706 2**

**Nonpriority creditor's name and mailing address**
**Shatika Simmons**
**402 Colleton Loop**
**Walterboro, SC 29488**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

**$0.00**

---

**3.706 3**

**Nonpriority creditor's name and mailing address**
**Shauntae Williams**
**55 W Shadburn Ave**
**Buford, GA 30518**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

**$0.00**

---

**3.706 4**

**Nonpriority creditor's name and mailing address**
**Shauntravia Talton**
**1436 Watson Blvd, 82**
**82**
**Warner robins, GA 31093**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

**$0.00**

---

**3.706 5**

**Nonpriority creditor's name and mailing address**
**Shavaisiya Marlowe**
**90 Hardaway Hwy**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

**$0.00**

---

**3.706 6**

**Nonpriority creditor's name and mailing address**
**Shaveka Crawford**
**1201 6th Ave Nw**
**A**
**Town, GA 31768**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

**$0.00**

---

**3.706 7**

**Nonpriority creditor's name and mailing address**
**Shavon Shorter**
**120 Lake Drive**
**Warner Robins, GA 31088**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**        Case number (if known) _____
    Name

---

**3.706 8**

**Nonpriority creditor's name and mailing address**
**Shavonti Davis**
**632 Parkside Place Drive**
**McDonough, GA 30253**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.706 9**

**Nonpriority creditor's name and mailing address**
**Shawn Allen**
**Spring street**
**9**
**Royston, GA 30662**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.707 0**

**Nonpriority creditor's name and mailing address**
**Shawn Boyd**
**215 East 8t Ct**
**TRENTON, MO 64683**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.707 1**

**Nonpriority creditor's name and mailing address**
**Shawn Chadwell**
**290 New Hope Road**
**Ellijay, GA 30540**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.707 2**

**Nonpriority creditor's name and mailing address**
**Shawn Durham**
**1019 15th Ave N**
**Greatfalls, MT 59401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.707 3**

**Nonpriority creditor's name and mailing address**
**Shawn Glass**
**200 McCrary Rd**
**Fortson, GA 31808**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.707 4**

**Nonpriority creditor's name and mailing address**
**Shawn Glass**
**200 McCrary Rd**
**Fortson, GA 31808**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

Debtor   **ARC Burger, LLC**                                   Case number (if known) _____
         Name

---

| 3.707 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Shawn Johnson**
**7146 savannah hwy lot 14**
**Ravenel, SC 29470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Shawn Kelly**
**205 Farror St**
**1006**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Shawn Keys**
**222 SW Mcclendon Dr.**
**Lees Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Shawn Kyle**
**323 West ronseie Street**
**St Joseph, MO 64501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Shawn Marshall**
**4991 hwy 77**
**Cabin 1**
**Graceville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Shawn Patterson**
**5705 Reinhardt college parkway**
**Waleska, GA 30183**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Shawn Raps**
**409 W Pearson St**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.708
2**

**Nonpriority creditor's name and mailing address**

**Shawn Williams**
**1704 Swanbrook drive**
**Fayetteville, GA 30215**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.708
3**

**Nonpriority creditor's name and mailing address**

**Shawna Fix**
**12605 East 37 Street North**
**Apt B**
**Sugar Creek, MO 64050**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.708
4**

**Nonpriority creditor's name and mailing address**

**Shawna Mccurdy**
**741 SW College Ave**
**Topeka, KS 66606**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.708
5**

**Nonpriority creditor's name and mailing address**

**Shawna Scott**
**1097 Main St**
**Noma, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.708
6**

**Nonpriority creditor's name and mailing address**

**Shawna Smith**
**1001 S 27th St**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.708
7**

**Nonpriority creditor's name and mailing address**

**Shawndrecia Lowe**
**115 Tinker Blvd**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.708
8**

**Nonpriority creditor's name and mailing address**

**Shawnee County Treasurer**
**200 SE 7th St**
**Room 101**
**Topeka, KS 66603**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7089**

**Nonpriority creditor's name and mailing address**

**Shawnee County Treasurer**
**200 SE 7th St.**
**Topeka, KS 66603**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7090**

**Nonpriority creditor's name and mailing address**

**Shawnee Stanley**
**20 Southwinds Circle**
**6**
**Washington, MO 63090**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7091**

**Nonpriority creditor's name and mailing address**

**Shawneequa Petersen**
**6 Freedom Rd**
**Gillette, WY 82716**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7092**

**Nonpriority creditor's name and mailing address**

**Shawnta Milligan**
**3108 Accabee rd**
**North Charleston, SC 29405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7093**

**Nonpriority creditor's name and mailing address**

**shay Smalls**
**357 dingle ln**
**Saint Stephen, SC 29479**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7094**

**Nonpriority creditor's name and mailing address**

**Shayla Richardson**
**907 West Bay Street**
**Quitman, GA 31643**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7095**

**Nonpriority creditor's name and mailing address**

**Shayna childers**
**600 S garner lake Rd**
**lot 108**
**Gillette, WY 82718**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
_____ Case number (if known) _____
Name

| 3.709 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shayna Johner**
**39 logger rd**
**Gillette, WY 82716**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.709 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Shayne Ezell**
**7429 Blue Star**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.709 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Shayne Martinez**
**3132 Woodhaven Road**
**Coolidge, GA 31738**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.709 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Shcovie Gardner**
**130 Morningside Ln**
**Saint George, SC 29477**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.710 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Sheba Young**
**1300 e 83st**
**2**
**Kansas City, MO 64131**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.710 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Shedrick Harris**
**673 England Chapel rd**
**40**
**Jenkingburg, GA 30234**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.710 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Sheena Bussey**
**322 B st.**
**Thomaston, GA 30286**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.710
3**

**Nonpriority creditor's name and mailing address**

**Sheena Hunlen
20 Overlook Ln
Hawkinsville, GA 31036**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.710
4**

**Nonpriority creditor's name and mailing address**

**Sheena Perrin
6000 mabaline rd
Apt 64b
Hanahan, SC 29410**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.710
5**

**Nonpriority creditor's name and mailing address**

**Sheena Thomas
4893 White Ash Cove
Stone Mountain, GA 30083**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.710
6**

**Nonpriority creditor's name and mailing address**

**Sheila Biggs
82 Westbrook Road
Bremen, GA 30110**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.710
7**

**Nonpriority creditor's name and mailing address**

**Sheila Brandon
807 S Fry Street
Apt Z91
Valdosta, GA 31601**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.710
8**

**Nonpriority creditor's name and mailing address**

**Sheila Cantrell
1495 Harold Pritchett Rd
Ellijay, GA 30540**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.710
9**

**Nonpriority creditor's name and mailing address**

**sheila greeney
406 E Florence St
Houston, MO 65483**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7110**

**Nonpriority creditor's name and mailing address**

**Sheila Mendez**
**221WOODBINE AV NW**
**Cumming, GA 30165**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7111**

**Nonpriority creditor's name and mailing address**

**Sheila Mendez**
**221 woodbine ave nw Rome**
**City, GA 30165**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7112**

**Nonpriority creditor's name and mailing address**

**Sheila Osterhoudt**
**1016 Elon**
**7**
**Gillette, NE 82716**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7113**

**Nonpriority creditor's name and mailing address**

**Sheila Skarin**
**3419A s 198th**
**Goodson, MO 65653**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7114**

**Nonpriority creditor's name and mailing address**

**Sheilah Snipes**
**601 Spillers Street**
**B**
**Fort Valley, GA 31030**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7115**

**Nonpriority creditor's name and mailing address**

**Shelbee Gifford**
**1508 S Western**
**Mexico, MO 65265**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7116**

**Nonpriority creditor's name and mailing address**

**Shelbi Hamilton**
**620 S Missouri**
**Mexico, MO 65265**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7117**

**Nonpriority creditor's name and mailing address**

**Shelby Hinderks**
**1724 NW 10th Street**
**Blue Springs, MO 65014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7118**

**Nonpriority creditor's name and mailing address**

**Shelby Rhodes**
**104 Smyrna Church Rd lot 39**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7119**

**Nonpriority creditor's name and mailing address**

**Shelby Robbins**
**11 Henwood Drive**
**Townsend, MT 59644**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7120**

**Nonpriority creditor's name and mailing address**

**Shelby Watkins**
**310 Richardson Street**
**310**
**Barnesville, GA 30204**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7121**

**Nonpriority creditor's name and mailing address**

**Sheldon Elsperman**
**337 Watson Rd**
**A**
**Sullivan, MO 63080**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7122**

**Nonpriority creditor's name and mailing address**

**Shellie Helms**
**423 South Line St**
**Samson, AL 36477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7123**

**Nonpriority creditor's name and mailing address**

**Shellie Trantham**
**1113 new lacy st**
**C**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
_____
Name

Case number (if known) _____

---

**3.712
4**

**Nonpriority creditor's name and mailing address**

**Shelly Harnden**
**2625 SW State Route U #26**
**St.Joseph, MO 64504**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.712
5**

**Nonpriority creditor's name and mailing address**

**Shelly Wommack**
**140 Crescent Drive**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.712
6**

**Nonpriority creditor's name and mailing address**

**ShelVonta Beard**
**2366 Robin Hood Rd**
**Macon, GA 31206**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.712
7**

**Nonpriority creditor's name and mailing address**

**Shelyce Bodley**
**318 Columbia dr**
**1003**
**carrollton, GA 30117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.712
8**

**Nonpriority creditor's name and mailing address**

**Shemar Legree**
**7648 Stonehaven Dr**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.712
9**

**Nonpriority creditor's name and mailing address**

**Shemar Sanders**
**82 crystal brook**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.713
0**

**Nonpriority creditor's name and mailing address**

**Shemekia Howard**
**240 Donna Ln**
**Thomasville, GA 31757**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.713 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Shenaria Antonio**<br>**109 lochaven dr**<br>**207**<br>**CHARLESTON, SC 29414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.713 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Shenay Abrahams**<br>**1813 Iola Drive**<br>**Valdosta, GA 31602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.713 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Shenitria Kitchens**<br>**606 E Church St**<br>**Sandersville, GA 31082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.713 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Shereda Carter**<br>**253 wa sapp**<br>**Hawkinsville, GA 31036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.713 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Sheridan Fee**<br>**621 s 36th st**<br>**Billings, MT 59101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.713 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **sherlin Torres**<br>**1980 Timberland Dr**<br>**Cumming, GA 30040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.713 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Sherohnda Jones**<br>**7796 Newbury Dr**<br>**Jonesboro, GA 30236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.713 8**

**Nonpriority creditor's name and mailing address**

**Sherrie Kimbrell**
**9 4th Ave nw**
**Apt d**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.713 9**

**Nonpriority creditor's name and mailing address**

**Sherry Ann Johnson**
**106 Park Place**
**Barnesville, GA 30204**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.714 0**

**Nonpriority creditor's name and mailing address**

**Sherry Holland**
**193 Lindas Way**
**Royston, GA 30662**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.714 1**

**Nonpriority creditor's name and mailing address**

**Sherry Joiner**
**135B Kathryn rd**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.714 2**

**Nonpriority creditor's name and mailing address**

**Sherry Paulson**
**225 Nancy lane**
**Apt 221**
**Cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.714 3**

**Nonpriority creditor's name and mailing address**

**Sherry Williams**
**4650 Rolling Pine Dr. Apt. D40**
**Lake Park, GA 31636**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.714 4**

**Nonpriority creditor's name and mailing address**

**Sherry Williams**
**4650 Rolling Pine Drive**
**Apt. D40**
**Lake Park, GA 31636**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor     **ARC Burger, LLC**                                             Case number (if known)  _____
           Name

---

| 3.714 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sherry Wright**
**607 N Hamil Street**
**Bonifay, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.714 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shertrailer Brantley**
**235 Union Hill Drive Apt 15 B**
**15 B**
**Forsyth, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.714 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sherwin Marshall**
**308 West Pettis Street**
**1417**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.714 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shevaughn Davis**
**406 lainer mill circle dr**
**406**
**Oakwood, GA 30566**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.714 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sheynee Shuler**
**610 East 7th St**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.715 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shikeria Williams**
**8899 Raven Drive**
**Jonesboro, GA 30238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.715 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shiketa Jackson**
**4086 Gillette Lane**
**Marianna, FL 32448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **ARC Burger, LLC**
_____   Case number (if known) _____
Name

---

**3.715**
**2**

**Nonpriority creditor's name and mailing address**

**Shilo Perlich**
**9568bellshwy**
**Ruffin, SC 29475**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.715**
**3**

**Nonpriority creditor's name and mailing address**

**ShiMeia Little**
**280 oak street**
**Harrison, GA 31035**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.715**
**4**

**Nonpriority creditor's name and mailing address**

**shirley bright**
**3715 Crescent Way**
**Ladson, SC 29456**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.715**
**5**

**Nonpriority creditor's name and mailing address**

**Shirley Jones**
**550 150th Steeet**
**Olathe, KS 64131**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.715**
**6**

**Nonpriority creditor's name and mailing address**

**Shirley Minney**
**314 west whitley**
**Mexico, MO 65265**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.715**
**7**

**Nonpriority creditor's name and mailing address**

**Shirley Straka**
**3220 Hwy 96**
**Fort Valley, GA 31030**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.715**
**8**

**Nonpriority creditor's name and mailing address**

**Shirley Straka**
**3220 Hwy 96**
**Fort Valley, GA 31030**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor     **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.7159**

**Nonpriority creditor's name and mailing address**

**Shon Yonts**
**8209 Orient Dr**
**Kansas, KS 66112**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.7160**

**Nonpriority creditor's name and mailing address**

**Shonta Key**
**308 Tanya Place**
**107**
**Warner Robin's, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.7161**

**Nonpriority creditor's name and mailing address**

**SHOTCRETE MONTANA LLC**
**2323 Minnesota Ave**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.7162**

**Nonpriority creditor's name and mailing address**

**Shundria Cook**
**205 N ventura ave**
**apt 8**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.7163**

**Nonpriority creditor's name and mailing address**

**Shuntaisa Hurst**
**9132 griffin ln**
**Covington, GA 30014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.7164**

**Nonpriority creditor's name and mailing address**

**Shuntavious Owens**
**9442 Cypress Ln**
**Jonesboro, GA 30238**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.7165**

**Nonpriority creditor's name and mailing address**

**Shyanne Loyd**
**123 Martin st**
**Geneva, AL 36340**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

**3.7166**

**Nonpriority creditor's name and mailing address**

**Shyjalik Barnard**
**417 Satsuma Rd**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7167**

**Nonpriority creditor's name and mailing address**

**Shylexia Peeler**
**780 Knight Rd**
**Tennille, GA 31089**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7168**

**Nonpriority creditor's name and mailing address**

**Shytavia Jenkins**
**2717 waterside oaks dr**
**2717**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7169**

**Nonpriority creditor's name and mailing address**

**Siaviaion Johnson**
**1925 bacons bridge rd**
**Lot 226**
**Summerville   29485**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7170**

**Nonpriority creditor's name and mailing address**

**Sidney Tolbert**
**108 avalon ct**
**warner robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7171**

**Nonpriority creditor's name and mailing address**

**Siegfried Advisory LLC**
**1201 N. Market Street, Suite 700**
**Wilmington, DE 19801**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7172**

**Nonpriority creditor's name and mailing address**

**Sierra Hubler**
**5853 Candletree Drive**
**Apt 11**
**Topeka, KS 66614**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**        Case number (if known) _____
    Name

---

**3.717 3**

**Nonpriority creditor's name and mailing address**

**Sierra Johnson**
**529 Bellview cir**
**Moncks corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717 4**

**Nonpriority creditor's name and mailing address**

**Sierra Stokeling**
**160 Patterson Way**
**Covington, GA 30016**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717 5**

**Nonpriority creditor's name and mailing address**

**Sierra Williams**
**1700 Charlton st**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717 6**

**Nonpriority creditor's name and mailing address**

**Sign Boss LLC**
**5250 Lundock Court**
**Gillette, WY 82718**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717 7**

**Nonpriority creditor's name and mailing address**

**Sign Dimensions LLC**
**Bryan C. Zang**
**11820 County Rd 3080**
**Rolla, MO 65401**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717 8**

**Nonpriority creditor's name and mailing address**

**Sign Products Inc**
**1425 Monad Rd**
**Billings, MT 59101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717 9**

**Nonpriority creditor's name and mailing address**

**Signarma-Summerville**
**Vista Sings, Inc**
**1731 N Main St Unit G**
**Summerville, SC 29486**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.718 0**

**Nonpriority creditor's name and mailing address**

**Signature Mechanical Services LLC**
**Nicholas Wayne Booker**
**916 Dorton Lane**
**Liberty, MO 64068**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.718 1**

**Nonpriority creditor's name and mailing address**

**Silas Bell**
**3184 Rockmart Rd SE Silver Creek Ga 3017**
**Rome, GA 30173**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.718 2**

**Nonpriority creditor's name and mailing address**

**Simon Roofing**
**and Sheet Metal Corp**
**70 Karago Ave**
**Youngstown, OH 44512**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.718 3**

**Nonpriority creditor's name and mailing address**

**Simon Roofing SR Products**
**Simon Surfaces**
**70 Karago Avenue**
**Youngstown, OH 44512-5949**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.718 4**

**Nonpriority creditor's name and mailing address**

**SIMON Thomas**
**205 Culpepper st**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.718 5**

**Nonpriority creditor's name and mailing address**

**Simuel Campbell**
**628 Christina Place**
**McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.718 6**

**Nonpriority creditor's name and mailing address**

**Sincere Mains**
**17 Lewis st**
**McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.718
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Sincere Mazyck**
**1807 winyah street**                                           ☐ Contingent
**Georgetown, SC 29440**                                         ☐ Unliquidated
                                                                 ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.718
8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Sinya Arnold**
**467 N Bluff,Rd**                                               ☐ Contingent
**467**                                                          ☐ Unliquidated
**Athens, GA 30607**                                            ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.718
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Siobhan Lyles**
**2215 Hayne street**                                            ☐ Contingent
**North Charleston, SC 29406**                                   ☐ Unliquidated
                                                                 ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.719
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Sirvince Lewis**
**102 Watson Lane**                                              ☐ Contingent
**Chattahoochee, FL 32324**                                      ☐ Unliquidated
                                                                 ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.719
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Siti Patokah**
**1101 Babcock Blvd**                                            ☐ Contingent
**Billings, MT 59105**                                           ☐ Unliquidated
                                                                 ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.719
2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Skeltons Key and Lock**
**Bradley Skelton**                                              ☐ Contingent
**432 South Jefferson Ave, Suite A**                             ☐ Unliquidated
**Lebanon, MO 65536**                                            ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.719
3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**sky white**
**5101 business 50 west**                                        ☐ Contingent
**30**                                                           ☐ Unliquidated
**Jefferson city, MO 65109**                                     ☐ Disputed

**Date(s) debt was incurred** __                                 **Basis for the claim:** __

**Last 4 digits of account number** __                           Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 1049 of 1218

Debtor   **ARC Burger, LLC**                                        Case number (if known) _____
Name

| 3.719 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**skyelynn bird**
**1001 so 27th street**
**Greatfalls, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Skyeterria Donley**
**5490 college dr**
**21**
**Graceville, FL 32440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**skylar Beason**
**1656 Virginia Avenue**
**Atlanta, GA 30337**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Skylar Grubb**
**11204 Applewood Dr**
**Kansas City, MO 64134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Skylar Jilek**
**5600 Hannum Rd**
**11**
**GILLETTE, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Skylar Schrage**
**7000 Spring Park Dr**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.720 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Skyler Anderson**
**216 1/2 s. 29th st.**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.720
1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Skyler Dunn**<br>**992 Chestnut Street**<br>**Bourbon, MO 65441** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.720
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Skyler Griffin**<br>**990 Franklin Pkwy**<br>**Franklin, GA 30217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.720
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Skyler Koehn**<br>**407 Colorado Ave**<br>**Kc, MO 64123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.720
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Skyler Mayse**<br>**1201 South Blvd**<br>**Chipley, FL 32428** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.720
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Skyler Smith**<br>**1982 Jackson Ave**<br>**Sneads, FL 32460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.720
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **skyler webster**<br>**310 W ewing st**<br>**24**<br>**samson, AL 36477** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.720
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Slattery Enterprises Inc**<br>**PO Box 4368**<br>**Gillette, WY 82721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.720 8**

**Nonpriority creditor's name and mailing address**
**Sloane Howard**
**630 Maplewood Dr**
**Bonaire, GA 31005**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.720 9**

**Nonpriority creditor's name and mailing address**
**Smart Care Equipment Solutions**
**EEC Acquisition LLC**
**370 Wabash St N Ste 1700**
**Saint Paul, MN 55102**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721 0**

**Nonpriority creditor's name and mailing address**
**Smith Electric & Design LLC**
**415 East 9th Street**
**Trenton, MO 64683**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721 1**

**Nonpriority creditor's name and mailing address**
**Smith Heating & Cooling**
**Brendlinger Enterprises Inc**
**819 N Morley**
**Moberly, MO 65270**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721 2**

**Nonpriority creditor's name and mailing address**
**Snake n Rooter**
**Barefoot Inc**
**3370 NE Ralph Powell Road**
**Lees Summit, MO 64064**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721 3**

**Nonpriority creditor's name and mailing address**
**Snider Construction LLC**
**Cole Childress**
**P.O. Box 1253**
**Lebanon, MO 65536**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.721 4**

**Nonpriority creditor's name and mailing address**
**Sniyha Perry**
**1511 Myrtle Street**
**Unit B**
**Valdosta, GA 31601**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

**3.721 5**

**Nonpriority creditor's name and mailing address**
**Sobeyda Montenegroo**

**Jefferson city, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721 6**

**Nonpriority creditor's name and mailing address**
**Socoyia Adams**
**540 27th St Se**
**Apt 7**
**Moultrie, GA 31768**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721 7**

**Nonpriority creditor's name and mailing address**
**Sofia-Marie Potter**
**S 206 Brooks Ave.**
**203**
**Gillette, WY 82716**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721 8**

**Nonpriority creditor's name and mailing address**
**Soleise Rivera-Cotto**
**4317 Deer Run Ct**
**Topeka, KS 66610**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721 9**

**Nonpriority creditor's name and mailing address**
**Solomon Robinson**
**6987 State Highway AA**
**Moberly, MO 65270**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722 0**

**Nonpriority creditor's name and mailing address**
**Somer Reynolds**
**2513 Dogwood Ave**
**#66**
**Gillette, WY 82716**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722 1**

**Nonpriority creditor's name and mailing address**
**Sondra Lewis**
**104 Langley Dr**
**Apt A**
**Summerville, SC 29485**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**
          Name                                             Case number (if known)   _____

---

**3.722
2**

**Nonpriority creditor's name and mailing address**

**Sonia Valdiviezo**
**161 Groomsville Rd**
**Moncks Corner, SC 29461**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.722
3**

**Nonpriority creditor's name and mailing address**

**Sonya Dean**
**265 Jones Farm Rd**
**Franklin, GA 30217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.722
4**

**Nonpriority creditor's name and mailing address**

**Sonya Griffin**
**3209 N. 68th st**
**Kansas City, KS 66109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.722
5**

**Nonpriority creditor's name and mailing address**

**Sonya Walker**
**334 Homer rd**
**Commerce, GA 30529**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.722
6**

**Nonpriority creditor's name and mailing address**

**Sophanny Seng**
**739 Auburn Ridge Way**
**Riverdale, GA 30296**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.722
7**

**Nonpriority creditor's name and mailing address**

**Sophia Chapman**
**2570 Horsley Mill Rd**
**Carrollton, GA 30116**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.722
8**

**Nonpriority creditor's name and mailing address**

**Sophia Cook**
**205 North Ventura Ave**
**#8**
**Jefferson City, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.7229**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Sophia Potter**<br>**4806 Rainbow Dr**<br>**Jefferson city, MO 65109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7230**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Sophie Robinson**<br>**141 Cunningham Rd**<br>**Cuba, MO 65453** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7231**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,610.00** |
|---|---|---|
| **SOS MAINTENANCE**<br>**PO Box 370601**<br>**Brooklyn, NY 11237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7232**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$96.00** |
|---|---|---|
| **Sound Solutions Inc**<br>**1408 North Jefferson Street**<br>**Mexico, MO 65265** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7233**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **South Strand Contractors**<br>**139 Garnette Dr**<br>**Andrews, SC 29510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7234**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,728.50** |
|---|---|---|
| **Southeastern Protection Services, Inc**<br>**PO Box 1077**<br>**Ball Ground, GA 30107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7235**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Southern Plumbing & Drain Services LLC**<br>**100 Paper Mill Rd**<br>**Lawrenceville, GA 30046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.7236**

**Nonpriority creditor's name and mailing address**
**Southern Quality Propane Inc**
**P.O. Box 7237**
**Thomasville, GA 31758**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,425.47**

---

**3.7237**

**Nonpriority creditor's name and mailing address**
**Sovereign Service**
**14751 Green Lawn Road**
**Hughesville, MO 65334**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7238**

**Nonpriority creditor's name and mailing address**
**Space Exploration Technologies Corp**
**1 Rocket Road**
**Hawthorne, CA 90250**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7239**

**Nonpriority creditor's name and mailing address**
**Spalding County Environmental Health Dep**
**P.O. Box 904**
**1007 Memorial Dr.**
**Griffin, GA 30224**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7240**

**Nonpriority creditor's name and mailing address**
**Spalding County Tax Commissioner**
**PO Box 509**
**Griffin, GA 30224-0014**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7241**

**Nonpriority creditor's name and mailing address**
**Spalding County Tax Commissioner**
**411 E. Solomon St.**
**Griffin, GA 30223**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7242**

**Nonpriority creditor's name and mailing address**
**sparkle thornton**
**300 burnside**
**washington, MO 63090**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.724 3**

**Nonpriority creditor's name and mailing address**

**Sparkling Clean Maintenance**
**PO BOX 2138**
**Conway, SC 29528**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$104.00**

---

**3.724 4**

**Nonpriority creditor's name and mailing address**

**Spartan Gunn**
**1662 B orange hill rd**
**Chipley, FL 32428**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.724 5**

**Nonpriority creditor's name and mailing address**

**Spectrum**
**PO BOX 94188**
**Palatine, IL 60094-4188**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$84.98**

---

**3.724 6**

**Nonpriority creditor's name and mailing address**

**Speedway Storage**
**2215 County Road 269**
**Columbia, MO 65202**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.724 7**

**Nonpriority creditor's name and mailing address**

**Spencer Mannix**
**1625 Leslie Avenue**
**Helena, MT 59601**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.724 8**

**Nonpriority creditor's name and mailing address**

**SPIRE**
**Drawer 2**
**St. Louis, MO 63171-0002**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$15,176.21**

---

**3.724 9**

**Nonpriority creditor's name and mailing address**

**Spirit Master Funding X, LLC**
**2727 N. Harwood St. Ste. 300**
**Dallas, TX 75201**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$145,898.94**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.725 0**

**Nonpriority creditor's name and mailing address**
**Spirryt Caldwell**
**21 n bolivar st**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.725 1**

**Nonpriority creditor's name and mailing address**
**Spot Coolers A Division**
**of Carrier Corp.**
**29749 Network Place**
**Chicago, IL 60673-1297**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.725 2**

**Nonpriority creditor's name and mailing address**
**Spotless Promise Maids**
**3783 Carolyn Farm Rd.**
**Douglasville, GA 30135**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.725 3**

**Nonpriority creditor's name and mailing address**
**Spyder Baker**
**720 24th street west**
**Billings, MT 59102**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.725 4**

**Nonpriority creditor's name and mailing address**
**SSI Services**
**921 US Route 301**
**Tampa, FL 33619**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.725 5**

**Nonpriority creditor's name and mailing address**
**St. George Water Dept**
**PO Box 205**
**305 Ridge St**
**Saint George, SC 29477**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.725 6**

**Nonpriority creditor's name and mailing address**
**Stacee Blackshear**
**735 North Houston Road**
**B4**
**Warner Robins, GA 31093**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                                    Case number (if known) _____
Name

---

**3.725 7**

**Nonpriority creditor's name and mailing address**

**Stacey Breakey**
**446 piney spur**
**Ellijay, GA 30540**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.725 8**

**Nonpriority creditor's name and mailing address**

**Stacey McCoy**
**728 36th Av NE**
**Great Falls, MT 59404**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.725 9**

**Nonpriority creditor's name and mailing address**

**Stacey Smith**
**1538 grifffin circle**
**Westville fl, FL 32464**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.726 0**

**Nonpriority creditor's name and mailing address**

**Stacey Tyner**
**500 5th st**
**Chipley, FL 32428**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.726 1**

**Nonpriority creditor's name and mailing address**

**Stacie Ashworth**
**3440 battlefield parkway nw**
**Resaca, GA 30735**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.726 2**

**Nonpriority creditor's name and mailing address**

**Stacie Dufour**
**18304 East 7th St North**
**Independence, MO 64056**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.726 3**

**Nonpriority creditor's name and mailing address**

**Stacy Aouadhi**
**1208 E. 80th St.**
**1208 E 80TH ST**
**KANSAS CITY, MO 64131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor     **ARC Burger, LLC**                                    Case number (if known)    _____
           Name

| 3.726 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stacy Green**
**1907 Success street**
**Apt. C**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.726 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stacy KleppEgge**
**103 Colony Dr**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.726 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stacy Lyons**
**737 Juliette Rd**
**Apt C6**
**Forsyth, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.726 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stacy Washburn**
**203 1/2 East Main Street**
**10**
**Laurel, MT 59044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.726 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stana Brock**
**1155 mill st se**
**Apt J1**
**Gainesville, GA 30501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.726 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stanila Samples**
**Hoover, Alabama, United States**
**Trailer**
**Hoover, AL 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.727 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stanley Brown**
**407 w Mary street**
**44**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.727
1**

**Nonpriority creditor's name and mailing address**

**Stanley Reese**
**101 Bridgetown Rd Apt.14.D**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727
2**

**Nonpriority creditor's name and mailing address**

**Stantasia Samples**
**367 Sittion rd Nw**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727
3**

**Nonpriority creditor's name and mailing address**

**Star Price**
**10822 Wheeler Trce**
**Hampton, GA 30228**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727
4**

**Nonpriority creditor's name and mailing address**

**Starr Electrical Contractors LLC**
**539 Barlett St**
**Macon, GA 31204**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,787.50**

---

**3.727
5**

**Nonpriority creditor's name and mailing address**

**State of Missouri**
**Department of Public Safety**
**Division of Fire Safety**
**Jefferson City, MO 65101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727
6**

**Nonpriority creditor's name and mailing address**

**State of Missouri**
**P.O. Box 778**
**Jefferson City, MO 65102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727
7**

**Nonpriority creditor's name and mailing address**

**Steady Flo Plumbing and Septic**
**1390 Highway 341 South**
**Barnesville, GA 30204**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.7278**

**Nonpriority creditor's name and mailing address**

**Steel Nelson**
**10600 reno lane**
**Shepherd, MT 59079**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7279**

**Nonpriority creditor's name and mailing address**

**Steniah Grant**
**2748 Holly Springs Rd**
**Bowman, GA 30624**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7280**

**Nonpriority creditor's name and mailing address**

**Stephania BILLINGTON**
**P. O BOX 339**
**TY TY, GA 31795**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7281**

**Nonpriority creditor's name and mailing address**

**Stephanie  N Mcdowell**
**1310 Crossing Place**
**Griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7282**

**Nonpriority creditor's name and mailing address**

**Stephanie Bartlett**
**11316 e 15 St South**
**Unit B**
**INDEPENDENCE, MO 64052**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7283**

**Nonpriority creditor's name and mailing address**

**Stephanie Gray**
**184 Dunson Shoals Road**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7284**

**Nonpriority creditor's name and mailing address**

**Stephanie Gunnells**
**112 Woodstork Drive**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.728 5**

**Nonpriority creditor's name and mailing address**

**Stephanie Horton**
**285 akin rd**
**Carrollton, GA 30117**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.728 6**

**Nonpriority creditor's name and mailing address**

**Stephanie Huerta morales**
**709 sw ward**
**APT A**
**Lees Summit, MO 64081**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.728 7**

**Nonpriority creditor's name and mailing address**

**Stephanie Mcmicheal**
**58 Strickland loop**
**Forsyth, GA 31029**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.728 8**

**Nonpriority creditor's name and mailing address**

**Stephanie Mendenhall**
**756 Laretto Ridge Dr**
**Labadie, MO 63055**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.728 9**

**Nonpriority creditor's name and mailing address**

**Stephanie Morris**
**508 Morehead**
**Moberly, MO 65270**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.729 0**

**Nonpriority creditor's name and mailing address**

**Stephanie Redington**
**118 W. Church St.**
**Bowman, GA 30624**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.729 1**

**Nonpriority creditor's name and mailing address**

**Stephanie Roberts**
**1310 wabash ave**
**kansas city, MO 64127**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.729
2**

**Nonpriority creditor's name and mailing address**

**Stephanie Shaw**
**1256 Hall Station Road**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.729
3**

**Nonpriority creditor's name and mailing address**

**Stephanie Spitzmiller**
**7193 hwy kk**
**Cuba, MO 65453**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.729
4**

**Nonpriority creditor's name and mailing address**

**Stephanie Watson**
**131 Louis Park Drive**
**ELLIJAY, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.729
5**

**Nonpriority creditor's name and mailing address**

**Stephen Blunt**
**281 n Jackson streat**
**7**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.729
6**

**Nonpriority creditor's name and mailing address**

**Stephen Carleton**
**101 Bridgetown Road, #9B**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.729
7**

**Nonpriority creditor's name and mailing address**

**Stephen Keim**
**5816 Ernest Ave**
**Los Angeles, CA 90034**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.729
8**

**Nonpriority creditor's name and mailing address**

**Stephen Kinney**
**1917 14th ave so**
**15**
**Greatfalls, MT 59405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7299**

**Nonpriority creditor's name and mailing address**

**Stephen Kluck**
**213 W South side blvd**
**Independence, MS 64055**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7300**

**Nonpriority creditor's name and mailing address**

**Stephen Nida**
**301 Christee court**
**North Charleston, SC 29418**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7301**

**Nonpriority creditor's name and mailing address**

**Stephen Smith**
**147 bear lake drive**
**Warner robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7302**

**Nonpriority creditor's name and mailing address**

**Stephen Washington**
**120 Groves St**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7303**

**Nonpriority creditor's name and mailing address**

**Stephen Wilkey**
**124 S Pear St**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7304**

**Nonpriority creditor's name and mailing address**

**Stephon Manigault**
**103 School St**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7305**

**Nonpriority creditor's name and mailing address**

**Stephon Phillips**
**3813 Candlelight Dr**
**A**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7306**

**Nonpriority creditor's name and mailing address**

**Stephon Shelman**
**602 Laramie St**
**#22**
**Gillette, WY 82716**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7307**

**Nonpriority creditor's name and mailing address**

**Stephon Thompson**
**4090 Roswell rd**
**Atlanta, GA 30342**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7308**

**Nonpriority creditor's name and mailing address**

**Steptoe & Johnson PLLC**
**P.O. Box 247**
**Bridgeport, WV 26330-0247**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7309**

**Nonpriority creditor's name and mailing address**

**Sterling Dennard**
**259 Howard st nw**
**Pelham, GA 31779**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7310**

**Nonpriority creditor's name and mailing address**

**Steve Brooks**
**138 falcon Crest trail**
**138 falcon Crest**
**Jonesboro, GA 30238**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7311**

**Nonpriority creditor's name and mailing address**

**Steve Fortune**
**5720 foster mills road**
**Cave spring, GA 30124**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7312**

**Nonpriority creditor's name and mailing address**

**Steve Gardner**
**150 balsam st.**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.7313**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Steve McIlveen** | ☐ Contingent |
| **5410 N Summit st unit 4108** | ☐ Unliquidated |
| **Kansas City, MO 64118** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.7314**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Steven Allen Robinson** | ☐ Contingent |
| **2654 Wood Gate Way** | ☐ Unliquidated |
| **Snellville, GA 30078** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.7315**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Steven Burrage** | ☐ Contingent |
| **35 regeneration way** | ☐ Unliquidated |
| **Talking rock, GA 30175** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.7316**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Steven Chavarria** | ☐ Contingent |
| **8603 buckingham Ln** | ☐ Unliquidated |
| **7** | ☐ Disputed |
| **KANSAS CITY, KS 64138** | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.7317**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Steven Croya** | ☐ Contingent |
| **240 north avenue** | ☐ Unliquidated |
| **Athens, GA 30601** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.7318**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Steven Forsyth** | ☐ Contingent |
| **1373 pleasant valley road se** | ☐ Unliquidated |
| **Silver Creek, GA 30161** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.7319**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| **Steven Foster** | ☐ Contingent |
| **10326 Hillcrest Rd** | ☐ Unliquidated |
| **apt 24** | ☐ Disputed |
| **Kansas City, MO 64134** | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.732 0**

**Nonpriority creditor's name and mailing address**

**Steven Hartman**
**205 N Woodland st**
**Geneva, AL 36340**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.732 1**

**Nonpriority creditor's name and mailing address**

**Steven Johnson**
**509 West Main Street**
**Forsyth, GA 31029**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.732 2**

**Nonpriority creditor's name and mailing address**

**Steven Johnson**
**252 Michelle Dr, Lot 13B**
**Byron, GA 31008**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.732 3**

**Nonpriority creditor's name and mailing address**

**Steven King**
**1220 Norma Drive**
**Buffalo, WY 82834**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.732 4**

**Nonpriority creditor's name and mailing address**

**Steven Lee**
**465 Red Bud Rd NE**
**13**
**Calhoun, GA 30701**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.732 5**

**Nonpriority creditor's name and mailing address**

**Steven McIlveen**
**5410 N Summit St**
**Unit 4108**
**Kansas City, MO 64118**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.732 6**

**Nonpriority creditor's name and mailing address**

**Steven Mckelvey**
**583 Doyle Morgan Rd**
**Samson, AL 36477**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                   Case number (if known) _____
         Name

---

3.732
7

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven Milender**
**100 central Avenue**                                        ☐ Contingent
**104**                                                       ☐ Unliquidated
**Great Falls, MT 59401**                                     ☐ Disputed

**Date(s) debt was incurred** _                              **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.732
8

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven Penn Jr**
**807 south fry street**                                      ☐ Contingent
**93**                                                        ☐ Unliquidated
**valdosta, GA 31601**                                        ☐ Disputed

**Date(s) debt was incurred** _                              **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.732
9

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven Rickerd**
**120 Brook street**                                          ☐ Contingent
**19**                                                        ☐ Unliquidated
**Licking, MO 65542**                                         ☐ Disputed

**Date(s) debt was incurred** _                              **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.733
0

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven riles**
**4950 ballantine dr**                                        ☐ Contingent
**summerville, SC 29485**                                     ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** _                              **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.733
1

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven Rollett**
**2326 S.19th St**                                            ☐ Contingent
**Saint Joseph, MO 64503**                                    ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** _                              **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.733
2

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven Stone**
**109 plain street**                                          ☐ Contingent
**Summerville, SC 29483**                                     ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** _                              **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.733
3

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven Thompson**
**503 E. Rogers Street**                                      ☐ Contingent
**Valdosta, GA 31601**                                        ☐ Unliquidated
                                                             ☐ Disputed

**Date(s) debt was incurred** _                              **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 1069 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.733 4**

**Nonpriority creditor's name and mailing address**

**Steven Willis**
**4123 Pebble Creek LN**
**8B**
**Oakwood, GA 30566**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.733 5**

**Nonpriority creditor's name and mailing address**

**Steven Wright**
**508 woodward Blvd**
**Summervile, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.733 6**

**Nonpriority creditor's name and mailing address**

**Stevens Excavating & Plumbing LLC**
**Daniel Stevens**
**1501 Day St**
**Trenton, MO 64683**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.733 7**

**Nonpriority creditor's name and mailing address**

**Stitchin' Upholstery**
**Zachary Farrel**
**101 Maty St**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,207.17**

---

**3.733 8**

**Nonpriority creditor's name and mailing address**

**Stoltman Consulting LLC**
**8818 193rd St W**
**Lakeville, MN 55044**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.733 9**

**Nonpriority creditor's name and mailing address**

**Stormie Wicker**
**1550 Lonnie Road**
**Chipley, FL 32428**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.734 0**

**Nonpriority creditor's name and mailing address**

**Stormy McBride**
**228 triune ave**
**228**
**Thomaston, GA 30286**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor     **ARC Burger, LLC**                                          Case number (if known) _____
            Name

| 3.734 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Strategic Service LLC**
**1607 Commerce Ave**
**St. Joseph, MO 64505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Streamline Facilities Solutions, LLLC**
**28 Windmill Road**
**Ellington, CT 06029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stylasia Liferidge**
**523 orangburg rd**
**Apt F 11**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stylin Clay**
**225 holiday dr**
**306**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sue Price**
**113 north ventura avenue**
**b**
**jefferson city, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sueann Johnson**
**601 7th Ave North**
**Great Falls, MT 59401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Suiat Said**
**2028 Hidden Meadow Ln**
**Stone Mountain, GA 30088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 1071 of 1218

Debtor   **ARC Burger, LLC**                                          Case number (if known) _____
_____
          Name

---

3.7348

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Sultaana Hale**
**126 Trentwood Pl Nw**                                             ☐ Contingent
**Rome, GA 30165**                                                  ☐ Unliquidated
                                                                    ☐ Disputed

**Date(s) debt was incurred** __
                                                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7349

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Sumantha Hill**
**50E 100N**                                                        ☐ Contingent
**Hurricane, UT 84737**                                             ☐ Unliquidated
                                                                    ☐ Disputed

**Date(s) debt was incurred** __
                                                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7350

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**SummDawg Portables LLC**
**255 Collins Industrial Blvd**                                     ☐ Contingent
**Athens, GA 30677**                                                ☐ Unliquidated
                                                                    ☐ Disputed

**Date(s) debt was incurred** __
                                                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7351

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Summer Ceradsky**
**1812 Hillcrest**                                                  ☐ Contingent
**Trenton, MO 64683**                                               ☐ Unliquidated
                                                                    ☐ Disputed

**Date(s) debt was incurred** __
                                                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7352

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Summer Stiles**
**105 N Chestnut St**                                               ☐ Contingent
**Galt, MO 64641**                                                  ☐ Unliquidated
                                                                    ☐ Disputed

**Date(s) debt was incurred** __
                                                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7353

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$1,128.93**

**Summerville CPW**
**PO BOX 63070**                                                    ☐ Contingent
**Charlotte, NC 28263-3070**                                        ☐ Unliquidated
                                                                    ☐ Disputed

**Date(s) debt was incurred** __
                                                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7354

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Summit Electrical Solutions LLC**
**518 N. HWY 14-16**                                                ☐ Contingent
**GILLETTE, WY 82716**                                              ☐ Unliquidated
                                                                    ☐ Disputed

**Date(s) debt was incurred** __
                                                                    **Basis for the claim:** __
**Last 4 digits of account number** __
                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 Page 1072 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.735 5**

**Nonpriority creditor's name and mailing address**

**Summit Fire Protection Co.**
**575 Minnehaha Ave W**
**Saint Paul, MN 55103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.735 6**

**Nonpriority creditor's name and mailing address**

**Summit Natural Gas Of Missouri Inc**
**PO BOX 77207**
**Minneapolis, MN 55480-7200**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,788.54**

---

**3.735 7**

**Nonpriority creditor's name and mailing address**

**Summit Restaurant Holdings**
**600 NW Mock Ave., Suite B**
**Blue Springs, MO 64014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,931.38**

---

**3.735 8**

**Nonpriority creditor's name and mailing address**

**Superior Blacktop Services**
**694 Greyback Rd.**
**Summerville, SC 29483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.735 9**

**Nonpriority creditor's name and mailing address**

**Superorder**
**Cookdash Inc**
**2261 Market Street #4011**
**San Francisco, CA 94114**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736 0**

**Nonpriority creditor's name and mailing address**

**Supreme Mechanical Solutions**
**Po Box 24113**
**Overland Park, KS 66283**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736 1**

**Nonpriority creditor's name and mailing address**

**Susan Hall**
**6390 tails creek rd**
**Ellijay, GA 30540**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.736
2**

**Nonpriority creditor's name and mailing address**

**Susan Peno**
**223 woodland cr nw apt.39**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736
3**

**Nonpriority creditor's name and mailing address**

**Susan Quarles**
**1386 US 41 N**
**Apt A4**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736
4**

**Nonpriority creditor's name and mailing address**

**Susana Gonzales**
**1211 Sw 5th St**
**1**
**Topeka, KS 66606**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736
5**

**Nonpriority creditor's name and mailing address**

**Susann Reed**
**2514 State Hwy 73**
**Tunas, MO 65764**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736
6**

**Nonpriority creditor's name and mailing address**

**Suzann Price**
**8609 East 84th Ter**
**Raytown, MO 64138**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736
7**

**Nonpriority creditor's name and mailing address**

**Suzanne Willson**
**112 ford court**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736
8**

**Nonpriority creditor's name and mailing address**

**SVC ABS, LLC**
**c/o the RMR Group LLC**
**P.O. Box 713163**
**Chicago, IL 60677-0363**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$358,235.31**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.7369**

**Nonpriority creditor's name and mailing address**
**Swenson Advisors, LLP**
**25220 Hancock Ave.**
**Suite 240**
**Murrieta, CA 92562**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7370**

**Nonpriority creditor's name and mailing address**
**Swift Brothers Plumbing**
**Heating & Air LLC**
**1582 Williams Dr., #300**
**Marietta, GA 30066**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$52,138.74**

---

**3.7371**

**Nonpriority creditor's name and mailing address**
**Swinger Sanitation**
**PO BOX 10**
**Cuba, MO 65453-0010**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$630.00**

---

**3.7372**

**Nonpriority creditor's name and mailing address**
**Sydney Goodman**
**6610 Highway 63**
**Houston, MO 65483**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7373**

**Nonpriority creditor's name and mailing address**
**Sydney Mercer**
**5 S Neosho**
**Emporia, KS 66801**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7374**

**Nonpriority creditor's name and mailing address**
**Sykara Spruell**
**228 Morrow Rd**
**Forest Park, GA 30297**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7375**

**Nonpriority creditor's name and mailing address**
**Sylena Gathers**
**5477 torgerson Avenue**
**3203**
**North Charleston, SC 29406**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.737 6**

**Nonpriority creditor's name and mailing address**

**Sylvia Ruiz**
**571 S Desmet**
**Buffalo, WY 82834**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.737 7**

**Nonpriority creditor's name and mailing address**

**Sylvilla Seabrook**
**14 Emma Rose NE Ct**
**Ludowici, GA 31316**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.737 8**

**Nonpriority creditor's name and mailing address**

**symariea bethea**
**525 gahagan rd**
**summerville, SC 29485**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.737 9**

**Nonpriority creditor's name and mailing address**

**Symmetry Energy Solutions, LLC**
**Chase Box**
**PO Box 301149**
**Dallas, TX 75303-1149**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,186.76**

---

**3.738 0**

**Nonpriority creditor's name and mailing address**

**Syncere Durham**
**232 Bayboro Cir**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738 1**

**Nonpriority creditor's name and mailing address**

**Synnovia Melvin**
**3604 Amanda Ct**
**Powder Springs, GA 30127**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738 2**

**Nonpriority creditor's name and mailing address**

**Synovia Givens**
**2720 Tyndall Dr**
**Valdosta, GA 31602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.738 3**

**Nonpriority creditor's name and mailing address**
**Syrmauryeon Ewing**
**8721 w 106th terrace**
**21-03**
**Overland park, KS 66212**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.738 4**

**Nonpriority creditor's name and mailing address**
**Tabatha Alvarado**
**711 6th St Nw**
**D**
**Moultrie, GA 31768**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.738 5**

**Nonpriority creditor's name and mailing address**
**Tabatha Barronton**
**6563 Jacksonville Rd**
**Buchanan, GA 30113**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.738 6**

**Nonpriority creditor's name and mailing address**
**Tabiath Pickens**
**175 riverview dr NE**
**Resaca, GA 30735**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.738 7**

**Nonpriority creditor's name and mailing address**
**Tabitha Burgess**
**288 Franklin road**
**City, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.738 8**

**Nonpriority creditor's name and mailing address**
**Tabitha Millsap**
**115b maple dr**
**Buchanan, GA 30113**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.738 9**

**Nonpriority creditor's name and mailing address**
**Tabitha Murphy**
**204 white st**
**Hogansville, GA 30230**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| **3.7390** | |

**Nonpriority creditor's name and mailing address**

**Tabitha Pencile**
**410 stokes rd**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.7391** | |

**Nonpriority creditor's name and mailing address**

**Tabitha Williams**
**3 E 9th St. SW**
**Rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.7392** | |

**Nonpriority creditor's name and mailing address**

**Tabra Allen**
**2807 south washington ave**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.7393** | |

**Nonpriority creditor's name and mailing address**

**Taddius Jones jr**
**265 eugene dr**
**monroe, GA 30656**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.7394** | |

**Nonpriority creditor's name and mailing address**

**Tafarrian Bailey**
**511 1ave Nw**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.7395** | |

**Nonpriority creditor's name and mailing address**

**Taffany Mccray**
**3115 Hill Ave**
**Lot#22**
**Tiftion, GA 31794**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.7396** | |

**Nonpriority creditor's name and mailing address**

**Tah Griffith**
**509 gadsden loop**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor      **ARC Burger, LLC**                                    Case number (if known)  _____
            Name

---

**3.7397**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tahira Brunson**
**640 Rainey Dr**
**Ladson, SC 29456**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7398**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tahirah Johnson**
**619 NE 6th St**
**Apt A**
**Blue Springs, MO 64014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7399**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Taira Conrad-Williams**
**3350 Peachtree Industrial Blvd Unit 180**
**Unit 180**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7400**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**TAja Swint**
**30 sargent circle**
**franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7401**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tajaya jalloh**
**4939 sw 19 st**
**topeka, KS 66604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7402**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tajeonia Duffie**
**1316 gates circle**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7403**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tajuana Harrison**
**742 Cartwright dr**
**charleston, SC 29414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7404**

**Nonpriority creditor's name and mailing address**

**Takeila Davis**
**1907 Houston Ave**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7405**

**Nonpriority creditor's name and mailing address**

**Takoby Howard**
**287 GOLDEN OCALA BLVD**
**Macon, GA 31216**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7406**

**Nonpriority creditor's name and mailing address**

**Tal Wolstein**
**Great Falls, MT, USA**
**Great Falls, MT 59405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7407**

**Nonpriority creditor's name and mailing address**

**Talandus Williams**
**433 north oak rd**
**chattahoochee, FL 32324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7408**

**Nonpriority creditor's name and mailing address**

**Talia Nelson**
**9528 Drury Ave**
**308**
**KANSAS CITY, MO 64137**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7409**

**Nonpriority creditor's name and mailing address**

**taliah hayes**
**335 San Vito Way**
**Cartersville, GA 30120**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7410**

**Nonpriority creditor's name and mailing address**

**Taliaya Phillips**
**227 brumbelow rd apt A8**
**1212 stewart st apt 5E**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | **ARC Burger, LLC** |
| | Name |

Case number (if known) _____

---

**3.741**
**1**

**Nonpriority creditor's name and mailing address**

**Talisa Sears**
**2113 Westfield dr**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.741**
**2**

**Nonpriority creditor's name and mailing address**

**Talitha Butler-West**
**8087 Kylie Ct**
**Riverdale, GA 30274**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.741**
**3**

**Nonpriority creditor's name and mailing address**

**Talon Trebilcock**
**34603 East 272nd Street**
**Garden City, MO 64747**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.741**
**4**

**Nonpriority creditor's name and mailing address**

**Tamara Austin**
**133 Willoughby Homes**
**Commerce, GA 30529**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.741**
**5**

**Nonpriority creditor's name and mailing address**

**Tamara David**
**319 Merrimack Blvd**
**3207**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.741**
**6**

**Nonpriority creditor's name and mailing address**

**Tamara Loudermilk**
**1362 we king rd**
**Commerce, GA 30530**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.741**
**7**

**Nonpriority creditor's name and mailing address**

**Tamara Stamey**
**3650 Tabiano Rd**
**Gillette, WY 82716**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7418**

**Nonpriority creditor's name and mailing address**

**tamarion Mosley**
**2910 Buford Drive**
**1006**
**Buford, GA 30519**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7419**

**Nonpriority creditor's name and mailing address**

**Tamaul Weaver**
**2900 n oakridge cir**
**Lot 56**
**Charleston, SC 29406**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7420**

**Nonpriority creditor's name and mailing address**

**Tamaureana Ross**
**2616 se Minnesota Ave**
**Topeka, KS 66605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7421**

**Nonpriority creditor's name and mailing address**

**Tameka Royal**
**4995 AppianWay Lot10**
**North Charleston, SC 29420**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7422**

**Nonpriority creditor's name and mailing address**

**Tamerra Gatlin**
**111 highland park dr**
**111**
**Athens, GA 30606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7423**

**Nonpriority creditor's name and mailing address**

**Tamesha Johnson**
**28 Princeton Place Dr**
**Adairsville, GA 30103**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7424**

**Nonpriority creditor's name and mailing address**

**Tameshia Moultrie**
**8750 Fairwind drive**
**4H**
**N. Charleston, SC 29406**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

| 3.742 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Tamika Hartage** | ☐ Contingent | |
| **300 Green St** | ☐ Unliquidated | |
| **Fort Valley, GA 31030** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.742 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Tamirah Wilkerson** | ☐ Contingent | |
| **543 27th St. SE** | ☐ Unliquidated | |
| **7** | ☐ Disputed | |
| **Moultrie, GA 31788** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.742 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **TaMiya Washington** | ☐ Contingent | |
| **13 Brannan St** | ☐ Unliquidated | |
| **Apt A4** | ☐ Disputed | |
| **McDonough, GA 30253** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.742 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Tammy Davidson** | ☐ Contingent | |
| **83 Fleetwood dr** | ☐ Unliquidated | |
| **Ellijay, GA 30540** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.742 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Tammy Gonsalves** | ☐ Contingent | |
| **209 Woodland Circle** | ☐ Unliquidated | |
| **Apt 31** | ☐ Disputed | |
| **Calhoun, GA 30701** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.743 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Tammy Howard** | ☐ Contingent | |
| **670 Highway 29 north** | ☐ Unliquidated | |
| **Danielsville, GA 30633** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.743 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Tammy Jackson** | ☐ Contingent | |
| **835 Johnson Road apt 19** | ☐ Unliquidated | |
| **Warner Robins, GA 31093** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.743 2**

**Nonpriority creditor's name and mailing address**

**Tammy Jilks**
**hog mountain road**
**2363**
**Jackson, GA 30549**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 3**

**Nonpriority creditor's name and mailing address**

**Tammy Johns**
**406 Shankle Road**
**Commerce, GA 30529**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 4**

**Nonpriority creditor's name and mailing address**

**Tammy Knight**
**117 Maple Dr**
**A**
**Buchanan, GA 30113**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 5**

**Nonpriority creditor's name and mailing address**

**Tammy Mester**
**1519 Smith Road**
**Quitman, GA 31643**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 6**

**Nonpriority creditor's name and mailing address**

**Tammy Monroe**
**41 Old School rd**
**A**
**Rome, GA 30165**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 7**

**Nonpriority creditor's name and mailing address**

**Tammy Morgan**
**1616 s brown ave**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 8**

**Nonpriority creditor's name and mailing address**

**Tammy Parks**
**1410 Pullman lane**
**Greensboro, GA 30642**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 1084 of 1218

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

3.7439

**Nonpriority creditor's name and mailing address**           **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Tammy Pasley**
**PO Box 1157**
**Resaca, GA 30735**                                           ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __
**Last 4 digits of account number** __
                                                               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7440

**Nonpriority creditor's name and mailing address**           **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Tammy Segar-Brabham**
**319 Bishopville Rd**
**St George, SC 29477**                                        ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __
**Last 4 digits of account number** __
                                                               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7441

**Nonpriority creditor's name and mailing address**           **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Tammy Wicker**
**180 Lawrence Dr**
**Summerville, SC 29483**                                      ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __
**Last 4 digits of account number** __
                                                               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7442

**Nonpriority creditor's name and mailing address**           **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Tamya Hunter**
**3209 n 68th street**
**Kansas City Kansas, KS 66109**                               ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __
**Last 4 digits of account number** __
                                                               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7443

**Nonpriority creditor's name and mailing address**           **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Tamyia Profit**
**320 Carl Vinson Parkway**
**apt 228**
**Warner Robins, GA 31088**                                    ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __
**Last 4 digits of account number** __
                                                               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7444

**Nonpriority creditor's name and mailing address**           **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Tana  Rogers**
**11985 RED Ivy Ln**
**Fayetteville, GA 30215**                                     ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __
**Last 4 digits of account number** __
                                                               Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7445

**Nonpriority creditor's name and mailing address**           **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**TaNasia Holmes**
**1091 Santee River Rd**
**Jamestown, SC 29453**                                        ☐ Contingent
                                                               ☐ Unliquidated
                                                               ☐ Disputed

**Date(s) debt was incurred** __                               **Basis for the claim:** __
**Last 4 digits of account number** __
                                                               Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7446**

**Nonpriority creditor's name and mailing address**

**Tanaya Hodge**
**5000 harbour lake drive**
**B-17**
**Goose creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7447**

**Nonpriority creditor's name and mailing address**

**Tandra Anderson**
**95 Bridle Path Lane**
**Covington, GA 30016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7448**

**Nonpriority creditor's name and mailing address**

**tanek burt**
**714 Promenade st**
**MOBERLY, MO 65270**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7449**

**Nonpriority creditor's name and mailing address**

**Tanekia Quainton**
**617 Maplewood drive**
**Bonaire, GA 31005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7450**

**Nonpriority creditor's name and mailing address**

**Tanekiyae Carroll**
**406 n Morris St**
**Geneva, AL 36340**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7451**

**Nonpriority creditor's name and mailing address**

**Tangela Hart**
**530 Gray Road**
**624**
**Perry, GA 31069**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7452**

**Nonpriority creditor's name and mailing address**

**Tangela Thompson**
**311 south Virginia avenue**
**506**
**Tifton, GA 31794**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

**3.745 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Taniah Thrash**
**35 shadow lane**
**Carrollton, GA 30117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.745 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Taniesha Brown**
**300 s Jeffries blvd**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.745 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Tanija Lowe**
**113 Poole st**
**Byron, GA 31008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.745 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Tanika Hightower**
**1201 12th st sw**
**Moultrie, GA 31768**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.745 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Tanisha Jones**
**26 EAST MARTIN LUTHER KING JR AVE**
**LAKELAND, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.745 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Tanisha Rogers**
**1070 S Main Street Ne**
**Apt 1a**
**Conyers, GA 30012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.745 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Tanishia Brady**
**928 1/2 howard**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7460**

**Nonpriority creditor's name and mailing address**
**Taniyah Bryan**
**64 w Howell**
**Lakeland, GA 31635**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7461**

**Nonpriority creditor's name and mailing address**
**TaNiyah Ladson**
**202 Pickens St**
**Lincolnville, SC 29485**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7462**

**Nonpriority creditor's name and mailing address**
**Taniyah Sutton**
**1010 e cranford ave**
**Valdosta, GA 31602**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7463**

**Nonpriority creditor's name and mailing address**
**Tanjanae Matthews**
**2006 Jacksonville Road**
**North Charleston, SC 29405**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7464**

**Nonpriority creditor's name and mailing address**
**Tanner Grajeda**
**4969 Douglas Ferry rd**
**Carryville, FL 32427**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7465**

**Nonpriority creditor's name and mailing address**
**Tanner Lulay**
**105 cross street**
**Bremen, GA 30110**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7466**

**Nonpriority creditor's name and mailing address**
**Tanya Brown**
**210 Surrey Drive**
**Warner Robins, GA 31093**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.7467**

**Nonpriority creditor's name and mailing address**
**Tanya Craig**
**803 Lewis Ave.**
**#4**
**Billings, MT 59101**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7468**

**Nonpriority creditor's name and mailing address**
**Tanya Ludwig**
**378 Jefferson st**
**Billings, MT 59101**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7469**

**Nonpriority creditor's name and mailing address**
**Tanya McHatton**
**2019 5th Avenue North**
**Great Falls, MT 59401**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7470**

**Nonpriority creditor's name and mailing address**
**TaNya Wallace**
**115 7th Ave SW**
**Moultrie, GA 31768**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7471**

**Nonpriority creditor's name and mailing address**
**Taquan Knotts**
**227 buggy trl**
**huger, SC 29450**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7472**

**Nonpriority creditor's name and mailing address**
**Taquavian Lamar**
**150 East Gate Circle**
**Norman Park, GA 31771**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7473**

**Nonpriority creditor's name and mailing address**
**TaQuez Bryant**
**130 Morningside Lane**
**Saint George, SC 29477**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.7474**

**Nonpriority creditor's name and mailing address**

**Taquoya Rogers**
**344 pleasure lake Ln**
**Ocilla, GA 31774**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7475**

**Nonpriority creditor's name and mailing address**

**Taquoya Rogers**
**344 pleasure lake lane**
**Ocillla, GA 31774**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7476**

**Nonpriority creditor's name and mailing address**

**Tara Davis**
**530 E 4th St**
**Sedalia, MO 65301**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7477**

**Nonpriority creditor's name and mailing address**

**Tara Gravitt**
**809 Holly Street West 38i**
**Hampton, SC 29924**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7478**

**Nonpriority creditor's name and mailing address**

**Tara Merrill**
**715 3rd Avenue Northwest**
**103**
**Great Falls, MT 59404**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7479**

**Nonpriority creditor's name and mailing address**

**Tara Page**
**102 South 10th Street**
**Lakeland, GA 31635**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7480**

**Nonpriority creditor's name and mailing address**

**Tara Sewell**
**561 Jordan Hill Rd**
**Griffin, GA 30223**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
_____    Case number (if known) _____
Name

| 3.748 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tara Staples**
**59 , Markel Street**
**Hawkinsville, GA 31036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

| 3.748 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tara White**
**95 field street**
**Gower, MO 64454**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

| 3.748 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Taraja Buck**
**918 Collins ave**
**Lot22**
**Warner Robins, GA 31093**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

| 3.748 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tarneisha White**
**4967 highway 125 N**
**Chula, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

| 3.748 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tarreon McAlister**
**1405 N Aztec Ave**
**Independence, MO 64056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

| 3.748 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tarsia White**
**602 North Bethel St**
**Thomaston, GA 30286**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

| 3.748 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tarvis Rakestraw**
**541 scrooch ct**
**Winder, GA 30680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7488**

**Nonpriority creditor's name and mailing address**

**Taryn Castaldi**
**139 Stephanie Circle**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7489**

**Nonpriority creditor's name and mailing address**

**Tasha Watts**
**1607 palm ct**
**B**
**Great Falls, MT 59405**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7490**

**Nonpriority creditor's name and mailing address**

**TaShan Upshaw**
**623 SW SUMMIT AVE**
**4**
**Topeka, KS 66606**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7491**

**Nonpriority creditor's name and mailing address**

**Tashana White**
**134 Meeks st**
**Griffin, GA 30223**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7492**

**Nonpriority creditor's name and mailing address**

**Tashawn Turner**
**1111 st marys blvd**
**apt A**
**Jefferson City, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7493**

**Nonpriority creditor's name and mailing address**

**Tashay Walker**
**5309 Deer Valley Dr**
**C**
**Jefferson City, MO 65109**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7494**

**Nonpriority creditor's name and mailing address**

**Tashayla Royals**
**4 E Howell Dr**
**6**
**Lakeland, GA 31635**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                      Case number (if known) _____
         Name

---

**3.7495**

**Nonpriority creditor's name and mailing address**

**Tashina Trammell**
**964 s summit dr lot 6**
**Holts Summit, MO 65043**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7496**

**Nonpriority creditor's name and mailing address**

**Tashombania Briscoe**
**309 Matthews rd**
**Tennille, GA 31082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7497**

**Nonpriority creditor's name and mailing address**

**Tashyla Bailey-Middleton**
**201 Hawk Ln**
**Walterboro, SC 29488**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7498**

**Nonpriority creditor's name and mailing address**

**Tatanisha Thomas**
**1294 morris ave**
**Chipley, FL 32428**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7499**

**Nonpriority creditor's name and mailing address**

**Tatiana Brown**
**1893 whitehall forest court**
**atlanta, GA 30316**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7500**

**Nonpriority creditor's name and mailing address**

**Tatiana Grenald**
**6572 chason woods ct**
**Jonesboro, GA 30238**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7501**

**Nonpriority creditor's name and mailing address**

**Tatiana Jennette**
**1720 Farm Springs rd**
**1720**
**Summerville, SC 29483**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                         Case number (if known) _____
         Name

---

| 3.750 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tatiana valeria Acevedo lopez**
**1011 E 134th st**
**1011**
**Misuri, KS 64030**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.750 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tatianna Brown**
**249 Emerald St**
**Walterboro, SC 29488**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.750 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tatiyana Render**
**4 Oak St**
**Newnan, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.750 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tatyana Nesmith**
**26 bouldercrest lane apt 1A 30316**
**1A**
**Dekalb, GA 30316**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.750 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taurean Cousin**
**1529 N 75th Dr**
**Kansas City, KS 66112**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.750 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taurus Sommerville**
**6642 piazza dr**
**Jonesboro, GA 30328**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.750 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tavares Green**
**2628 Madden Drive**
**North Charleston, SC 29405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page 1094 of 1218

Debtor    **ARC Burger, LLC**                                        Case number (if known) _____
    Name

---

**3.7509**

**Nonpriority creditor's name and mailing address**

**Tavares Ladelle Green**
**2628 Madden Drive**
**North Charleston, SC 29405**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7510**

**Nonpriority creditor's name and mailing address**

**Tavarus Ball**
**2680 whites mill ct**
**Decatur, GA 30034**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7511**

**Nonpriority creditor's name and mailing address**

**Taven Young**
**84 Jayhawker street**
**Gillette, WY 82718**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7512**

**Nonpriority creditor's name and mailing address**

**Tavia Wiggins**
**1735 Ashley Hall Rd**
**354**
**Charleston, SC 29407**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7513**

**Nonpriority creditor's name and mailing address**

**Tawanda Bradley**
**1100 Old Statesville Rd**
**G1**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7514**

**Nonpriority creditor's name and mailing address**

**Tawanda Paden**
**p.o box 293**
**Quincy, FL 32353**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7515**

**Nonpriority creditor's name and mailing address**

**Tawanna Bell**
**215 Sherwood Loop**
**Mcdonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

| | |
|---|---|
| **3.7516** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Tawanna Stewart Barros**
**65 harris st**
**mcdonough, GA 30253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.7517** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$6,985.81**

**Tax Credit Co. LLC**
**PO Box 841971**
**Los Angeles, CA 90084-1971**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __**Payroll**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.7518** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Tayden Carr**
**517 tall oaks west**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.7519** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Tayden Escoz**
**707 Klondike Dr**
**Buffalo, WY 82834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.7520** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Tayler Kueffler**
**Minnesota Avenue**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.7521** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Taylor Bailey**
**107 terrier drive**
**Calhoun, GA 30701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.7522** | |

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Taylor Bryan**
**840 Chestnut Hill St**
**Chipley   32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __        **Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.752
3**

**Nonpriority creditor's name and mailing address**

**Taylor Caito
102 cedar street
A
Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.752
4**

**Nonpriority creditor's name and mailing address**

**Taylor Clay
776 maloy road
Williamson, GA 30292**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.752
5**

**Nonpriority creditor's name and mailing address**

**Taylor Farrell
415 W Mill St
Lot 6
Houston, MO 65483**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.752
6**

**Nonpriority creditor's name and mailing address**

**Taylor Freezer Sales of GA
247 Castleberry Industrial Dr.
Cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.752
7**

**Nonpriority creditor's name and mailing address**

**Taylor Huckeba
288 teepee trail
Whitesburg, GA 30185**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.752
8**

**Nonpriority creditor's name and mailing address**

**Taylor Mowing Service, LLC
Daniel L Taylor
1615 West St
Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

**3.752
9**

**Nonpriority creditor's name and mailing address**

**Taylor Pressure Washing
357 Adcock Road
Newnan, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **ARC Burger, LLC**
Name                                          Case number (if known)

---

| 3.7530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Taylor Schmied**
**703 North Ash Street**
**Buffalo, MO 65622**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Taylor Willis**
**1726 SE Timbercreek Ct**
**Blue springs, MO 64014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Taylor Wilmer**
**1321 7th street south**
**3-41**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Taylor Winston**
**417 E 14th St**
**424**
**Rome, GA 30161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**TaylorAnn Lingo**
**3921 S little sand mountain rd**
**Armuchee, GA 30105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tayshuna Jackson**
**150 Gw carver dr**
**17**
**Monroe, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tayveon Roe**
**500 SW White Ridge Dr**
**Lees Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ARC Burger, LLC**                          Case number (if known) _____
Name

---

| 3.7537 | | | |

**Nonpriority creditor's name and mailing address**

**TC Glass Distributor Inc**
**1300 River Drive N.**
**Great Falls, MT 59401**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.7538 |

**Nonpriority creditor's name and mailing address**

**TCB-Westfield LLC**
**P.O. BOX 209368**
**Austin, TX 78720-9368**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.7539 |

**Nonpriority creditor's name and mailing address**

**Te'Yanna Mitchell**
**8998 Gardener Dr**
**Jonesboro, GA 30238**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.7540 |

**Nonpriority creditor's name and mailing address**

**Team Conti LLC**
**Continuous Flow**
**424 S. Arbor Shores**
**Newnan, GA 30265**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.7541 |

**Nonpriority creditor's name and mailing address**

**Tearra Frazier**
**3055 Rampart Road**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.7542 |

**Nonpriority creditor's name and mailing address**

**Tearria Richardson**
**7th ave saw**
**16B**
**Moultrie, GA 31701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.7543 |

**Nonpriority creditor's name and mailing address**

**Tecgraphics Inc**
**101 Technology Park Lane**
**Fuquay Varina, NC 27526**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 1099 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.754 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.75 |
|---|---|---|---|

**Tech 24**
**80 International Drive**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**tee Wright**
**50 South 10th Street**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Teeasia Boykin**
**114 Thurman st**
**Carrollton, GA 30117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Teena Harley**
**276 Upper Riverdale Rd**
**20A**
**Jonesboro, GA 30236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tehya Osage**
**2230 Prairie st.**
**Apt. 3B**
**Emporia, KS 66801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Teira Fields**
**700 central ave**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Teiveion Bell**
**2770 EB Hamilton Dr**
**402**
**Tifton, GA 31793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ARC Burger, LLC**                                    Case number (if known) _____
        Name

---

**3.755
1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tekaila Williams**
**2008 messaine st**
**St Joseph, MO 64507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tekeshia Ware**
**214 Laurel Trce**
**Carrollton, GA 30116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Tekisha Steele**
**105 Taconic Court**
**Bonaire, GA 31005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Telaysia Jackson**
**910 northside dr**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Telia Jenkins**
**58 Miller Rd**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Telly Moorer**
**912 Lovvorn Rd, #533**
**Carrollton, GA 30117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Temika Williams**
**411 Marshall Street**
**Jefferson City, MO 65101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **ARC Burger, LLC**                                          Case number (if known) _____
              Name

---

3.755 8

**Nonpriority creditor's name and mailing address**

**Temp Rite, Inc.**
**PO Box 35367**
**Panama City, FL 32412**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.755 9

**Nonpriority creditor's name and mailing address**

**Temp-Con Inc**
**10601 W. 79th Street**
**Shawnee, KS 66214**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$5,039.57**

---

3.756 0

**Nonpriority creditor's name and mailing address**

**Tenea Jones**
**1696 Wood Stork Dr**
**Hampton, GA 30228**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.756 1

**Nonpriority creditor's name and mailing address**

**Tenesha Grant**
**4644 candle wyck way**
**Buford, GA 30518**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.756 2

**Nonpriority creditor's name and mailing address**

**Teodolinda Cartagena**
**7804 East 87th Street**
**Raytown, MO 64138**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.756 3

**Nonpriority creditor's name and mailing address**

**Teonee Lary**
**1229 Jeanna St**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.756 4

**Nonpriority creditor's name and mailing address**

**TeQuala Williams**
**6000 Mabeline Road**
**41C**
**Hanahan, SC 29410**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.756 5**

**Nonpriority creditor's name and mailing address**

**TERELL CHISOLM**
**116 Pawley Dr.**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.756 6**

**Nonpriority creditor's name and mailing address**

**Terenae Heyward**
**20 Hallie drive**
**Andrews, SC 29510**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.756 7**

**Nonpriority creditor's name and mailing address**

**Terence Rouse**
**122 Ellis Dr.**
**Fort Valley, GA 31030**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.756 8**

**Nonpriority creditor's name and mailing address**

**Teresa Brown**
**807 S Fry St**
**511**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.756 9**

**Nonpriority creditor's name and mailing address**

**Teresa Cason**
**1013 New Lacy Street**
**6**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.757 0**

**Nonpriority creditor's name and mailing address**

**Teresa Chavez**
**6105 East 148 Terrace**
**Grandview, MO 64030**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.757 1**

**Nonpriority creditor's name and mailing address**

**Teresa Davenport**
**105 Cross St**
**Bremen, GA 30110**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.757 2**

**Nonpriority creditor's name and mailing address**
**Teresa Drayton**
**11 lottie lane**
**Greenpond, SC 29446**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757 3**

**Nonpriority creditor's name and mailing address**
**Teresa Durley**
**237 craig rd ne**
**Ranger, GA 30734**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757 4**

**Nonpriority creditor's name and mailing address**
**Teresa Garrett**
**406 Shankle road**
**Commerce, GA 30529**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757 5**

**Nonpriority creditor's name and mailing address**
**Teresa Guevara Serrano**
**1911 se Massachusetts Ave**
**Topeka, KS 66607**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757 6**

**Nonpriority creditor's name and mailing address**
**Teresa Luncsford**
**141 Orchard Street**
**Raymondville, MO 65555**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757 7**

**Nonpriority creditor's name and mailing address**
**Teresa Miller**
**831 Brentwood Ave**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757 8**

**Nonpriority creditor's name and mailing address**
**Teresa Munoz**
**909 N 9th street**
**Kansas, KS 66101**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | **ARC Burger, LLC** |
| | Name |

Case number (if known) _____

---

**3.7579**

**Nonpriority creditor's name and mailing address**

**Teresa Watson**
**300 Wynn Pl**
**A-102**
**WARNER ROBINS, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7580**

**Nonpriority creditor's name and mailing address**

**Teri Swank**
**951 GA Hwy 42 N**
**room 166**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7581**

**Nonpriority creditor's name and mailing address**

**Terion lamonte**
**3945 Fox Hunt Ln SW Atlanta**
**Atlanta, GA 30344**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7582**

**Nonpriority creditor's name and mailing address**

**Terra Rasico**
**2105 Silva Ln**
**Apt 24**
**Moberly, MO 65270**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7583**

**Nonpriority creditor's name and mailing address**

**Terran Mascarenas**
**1625 SW 37th ter apt 420**
**420**
**Topeka, KS 66609**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7584**

**Nonpriority creditor's name and mailing address**

**Terrance Grimmage**
**50 Jessica Dr**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7585**

**Nonpriority creditor's name and mailing address**

**Terrance Killebrew**
**105 smokemount dr**
**Fayetteville, GA 30214**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                              Case number (if known) _____
          Name

---

3.7586

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Terrance Tise**
**7965 Highway 90 #A**
**Sneads, FL 32460**                                         ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred __**
**Last 4 digits of account number __**                       **Basis for the claim: __**

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7587

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Terrance Watkins**
**115 Holly Ave**
**Fayetteville, GA 30215**                                   ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred __**
**Last 4 digits of account number __**                       **Basis for the claim: __**

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7588

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Terre Few**
**595 Yatesville Rd**
**Barnesville, GA 30204**                                    ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred __**
**Last 4 digits of account number __**                       **Basis for the claim: __**

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7589

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Terrel Solomon**
**2033 Bayswater Rd**
**Macon, GA 31211**                                          ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred __**
**Last 4 digits of account number __**                       **Basis for the claim: __**

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7590

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Terrell Crawford**
**1909**
**North Charleston, SC 29405**                               ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred __**
**Last 4 digits of account number __**                       **Basis for the claim: __**

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7591

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Terrell Haynes**
**416 joy dr**
**Moncks Corner, SC 29461**                                  ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred __**
**Last 4 digits of account number __**                       **Basis for the claim: __**

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7592

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Terrell Jackson**
**219 Maypop Drive**
**Goose Creek, SC 29445**                                    ☐ Contingent
                                                             ☐ Unliquidated
                                                             ☐ Disputed
**Date(s) debt was incurred __**
**Last 4 digits of account number __**                       **Basis for the claim: __**

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.759<br>3**

**Nonpriority creditor's name and mailing address**

**Terrell Robinson Hickson**
**1032 limerick dr**
**Monck corner, SC 29461**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759<br>4**

**Nonpriority creditor's name and mailing address**

**Terrell Tyrues**
**206 Highland Dr**
**Hartford, AL 36344**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759<br>5**

**Nonpriority creditor's name and mailing address**

**Terrell Watson**
**26 Peartree Ln.**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759<br>6**

**Nonpriority creditor's name and mailing address**

**Terri Cook**
**2726 POND TOWN RD**
**Brunson, SC 29911**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759<br>7**

**Nonpriority creditor's name and mailing address**

**Terri Fulford**
**4671 hall rd**
**THOMASVILLE, GA 31757**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759<br>8**

**Nonpriority creditor's name and mailing address**

**Terri Hutto**
**128 Doyle Rd. S.E.**
**Lindale, GA 30147**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759<br>9**

**Nonpriority creditor's name and mailing address**

**Terrina Nicholaou**
**401 Blackpoint Street**
**Summerville, SC 29486**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7600**

**Nonpriority creditor's name and mailing address**

**Terron Mcclary**
**415 S Park Ave, Lot#25**
**Andrews, SC 29510**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7601**

**Nonpriority creditor's name and mailing address**

**Terry Bowman**
**15320 hwy 64 lot 16**
**Lebanon, MO 65536**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7602**

**Nonpriority creditor's name and mailing address**

**Terry Hobbs**
**717 S.Prairie**
**8**
**Liberty, MO 64068**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7603**

**Nonpriority creditor's name and mailing address**

**Terry Lane**
**409 sw mission rd**
**Lees summit, MO 64063**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7604**

**Nonpriority creditor's name and mailing address**

**Terry Ogletree**
**P.o.box 519 362 brook wood drive**
**Forsyth, GA 31029**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7605**

**Nonpriority creditor's name and mailing address**

**Terry Oliver**
**12561 lakeside pkwy**
**Fayetteville, GA 30215**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7606**

**Nonpriority creditor's name and mailing address**

**Terry Williams**
**115 Family Lane**
**Moncks Corner, SC 29461**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

| 3.760 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tesla Hall**
**215 N Rodney St.**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tess Hicks**
**3307 Upper River Rd**
**Great Falls, MT 59405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tessa Davis**
**2450 Dst**
**2450**
**Macon, GA 31206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tessa Tillmann**
**1803 West Main street**
**Jefferson City, MO 65109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tetise Snelling**
**5 wheat st rear**
**Newnan, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Teton Magpie**
**2602 Phyllis ln**
**2**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tevin Stevens**
**215 Bells Way**
**Moncks Corner, SC 29461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7614**

**Nonpriority creditor's name and mailing address**

**Texas County Collector**
**210 N Grand Ave. Ste. 101**
**Houston, MO 65483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7615**

**Nonpriority creditor's name and mailing address**

**Texas County Collector**
**210 N Grand Ave. Ste. 101**
**Houston, MO 65483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7616**

**Nonpriority creditor's name and mailing address**

**Texas County Collector**
**210 N. Grand Ave., #101**
**Houston, MO 65483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7617**

**Nonpriority creditor's name and mailing address**

**Teyantay Mitchell**
**8998 Gardener Dr**
**Jonesboro, GA 30238**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7618**

**Nonpriority creditor's name and mailing address**

**Thaddeus R Jackson**
**1813 Hallmark Drive**
**Griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7619**

**Nonpriority creditor's name and mailing address**

**Thaddeus Wathen**
**1832 sw Burnett rd**
**Topeka, KS 66604**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7620**

**Nonpriority creditor's name and mailing address**

**The Bypass Trust**
**5 Rue Cannes**
**Newport Beach, CA 92660**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$27,500.01**

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**3.762**
**1**

**Nonpriority creditor's name and mailing address**

**The Colony Investment Company**
**1631 W. Beverly Blvd.**
**Los Angeles, CA 90026**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$22,127.49**

---

**3.762**
**2**

**Nonpriority creditor's name and mailing address**

**The Flying Locksmiths**
**859 Willard Street**
**Quincy, MA 02169**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,161.12**

---

**3.762**
**3**

**Nonpriority creditor's name and mailing address**

**The Hartford or Hartford Financial Servi**
**Hartford Fire Insurance Company**
**One Hartford Plaza**
**Hartford, CT 06155**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.762**
**4**

**Nonpriority creditor's name and mailing address**

**The Hiller Companies LLC**
**3751 Joy Springs Drive**
**Mobile, AL 36693**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.762**
**5**

**Nonpriority creditor's name and mailing address**

**The Jensen Group, Inc D.B.A**
**Southside Air-Conditioning & Refrigerati**
**1552 Clark Lane**
**Chipley, FL 32428**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.762**
**6**

**Nonpriority creditor's name and mailing address**

**The Kay Y. Horita Trust**
**1531 Samedra St.**
**Sunnyvale, CA 94087**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.762**
**7**

**Nonpriority creditor's name and mailing address**

**The LAKPR Group Inc.**
**1717 Pennsylvania Avenue, NW, Suite 1025**
**Washington, DC 20006**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Case 26-55202-bem   Doc 2   Filed 04/20/26   Entered 04/20/26 09:23:08   Desc Main
Document       Page 1137 of 1287

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.762 8**

**Nonpriority creditor's name and mailing address**

**The Loomis Company**
**850 N Park Rd**
**Wyomissing, PA 19610**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,612.71**

---

**3.762 9**

**Nonpriority creditor's name and mailing address**

**The Seals**
**301 McCullough Drive, Suite 400**
**Charlotte, NC 28262**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.763 0**

**Nonpriority creditor's name and mailing address**

**The Waldlnger Corporation**
**6200 Scout Trail**
**Des Mines, IA 50321**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,655.40**

---

**3.763 1**

**Nonpriority creditor's name and mailing address**

**The Wasserstrom Company**
**PO Box 933469**
**Cleveland, OH 44193**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$23,435.38**

---

**3.763 2**

**Nonpriority creditor's name and mailing address**

**Themaniam Jammison**
**2164 Bouldercrest Road SE**
**Atlanta, GA 30316**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.763 3**

**Nonpriority creditor's name and mailing address**

**theresa baxter**
**1395 warren ave**
**chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.763 4**

**Nonpriority creditor's name and mailing address**

**Theresa Milender**
**100 central avenue**
**104**
**Great Falls, MT 59401**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 1112 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.763 5**

**Nonpriority creditor's name and mailing address**

**Theron Prichard**
**80 Sierra drive**
**Gillette, WY 82716**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.763 6**

**Nonpriority creditor's name and mailing address**

**Think-Cell Software GMBH**
**Leipziger Strasse 51**
**10117 Berlin, Germany**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$645.60**

---

**3.763 7**

**Nonpriority creditor's name and mailing address**

**Thomaj Johnson**
**725 Hot Springs Trail**
**McDonough, GA 30252**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.763 8**

**Nonpriority creditor's name and mailing address**

**Thomas Blakeney**
**115 sora Ln**
**N/a**
**Goose creek, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.763 9**

**Nonpriority creditor's name and mailing address**

**Thomas Blunt**
**P.O.Box 302**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.764 0**

**Nonpriority creditor's name and mailing address**

**Thomas County Health Department**
**PO Box 148**
**Thomasville, GA 31799**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.764 1**

**Nonpriority creditor's name and mailing address**

**Thomas County Tax Commissioner**
**P.O. Box 2175**
**Thomasville, GA 31799**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.764
2**

**Nonpriority creditor's name and mailing address**

**Thomas Denmark
337 Dorchester Manor Blvd
B
North Charleston, SC 29420**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.764
3**

**Nonpriority creditor's name and mailing address**

**Thomas Haraughty
704 north  oak
#2
Buffalo, MO 65622**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.764
4**

**Nonpriority creditor's name and mailing address**

**Thomas Jones
2145 candler road
Decatur, GA 30032**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.764
5**

**Nonpriority creditor's name and mailing address**

**Thomas Layson
1871 5 Notch Road,
Franklin, GA 30217**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.764
6**

**Nonpriority creditor's name and mailing address**

**Thomas Lebouef
493 ganer rd
Samson, AL 36477**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.764
7**

**Nonpriority creditor's name and mailing address**

**Thomas McCallister
5064 Smokey Rd
Graceville, FL 32440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.764
8**

**Nonpriority creditor's name and mailing address**

**Thomas Pressley
38 benbow ln
Lane, SC 29564**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                     Case number (if known)  _____
          Name

---

| 3.764 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Weaver**
**216 Cottonwood Ln**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.765 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Willett**
**1304 east grand ave**
**Cuba, MO 65453**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.765 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thompson Gas**
**PO BOX 986511**
**Boston, MA 02298-6511**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$5,731.82**

---

| 3.765 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Three Borthers Plumbing & Heating Inc**
**3 Virgina Rd**
**Clancy, MT 59634**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.765 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**tianna hurtt**
**1465 shackelford rd**
**chipley, FL 32428**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.765 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiara Dobson**
**3021 Brooks Trl**
**Monroe, GA 30656**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.765 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tiara Hall**
**1536 Ivy lane**
**Sneads, FL 32460**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **ARC Burger, LLC**                                    Case number (if known)  _____
Name

---

| 3.765 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tiare Oneal**
**1389 Carmichael dr**
**Chipley, FL 32428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tiarra Sears**
**1 Oconee PL**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**tiarrica everett**
**602 Grady Street**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tiasia Miller**
**1536 ivy Lm**
**129**
**Sneads, FL 32460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tiauna Bennett**
**4139 Martin**
**Tifton, GA 31794**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tierra Benton**
**1925 Bacons Bridge Rd**
**Lot 144**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tierra Sampson**
**1933 Myers rd**
**Orangeburg, SC 29116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.766 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Tiffany Alexander** | ☐ Contingent | |
| **1208 sw 19th street** | ☐ Unliquidated | |
| **Blue Springs, MO 64015** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.766 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Tiffany Almond** | ☐ Contingent | |
| **86 Martin Luther king Jr drive** | ☐ Unliquidated | |
| **Jefferson Ga, GA 30549** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.766 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Tiffany Daniel** | ☐ Contingent | |
| **300 Avenue F** | ☐ Unliquidated | |
| **G2** | ☐ Disputed | |
| **Thomaston, GA 30286** | | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.766 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Tiffany Day** | ☐ Contingent | |
| **415 northside drive E7** | ☐ Unliquidated | |
| **Valdosta, GA 31602** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.766 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Tiffany Dennis** | ☐ Contingent | |
| **340 Cherokee Drive** | ☐ Unliquidated | |
| **Moultrie, GA 31750** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.766 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Tiffany Fambro** | ☐ Contingent | |
| **219 East Central Avenue** | ☐ Unliquidated | |
| **Griffin, GA 30223** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.766 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Tiffany Forman** | ☐ Contingent | |
| **5445 Brown St. apartment 901** | ☐ Unliquidated | |
| **Graceville, FL 32440** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.7670**

**Nonpriority creditor's name and mailing address**

**Tiffany Grimmage**
**1908 hawkins st**
**Georgetown, SC 29440**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7671**

**Nonpriority creditor's name and mailing address**

**Tiffany Hall**
**1661 Lawton Ave**
**Macon, GA 31204**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7672**

**Nonpriority creditor's name and mailing address**

**Tiffany Johnson**
**225 e river Rd apt 3a**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7673**

**Nonpriority creditor's name and mailing address**

**Tiffany Kiser**
**381 Riverbend Rd**
**Plainville, GA 30733**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7674**

**Nonpriority creditor's name and mailing address**

**Tiffany McCullers**
**4953 Vienna church**
**Valdosta, GA 31605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7675**

**Nonpriority creditor's name and mailing address**

**Tiffany Reavis**
**1191 Fifth Ave**
**Chipley, FL 32428**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7676**

**Nonpriority creditor's name and mailing address**

**Tiffany Roberts**
**1605 N Ponca Drive**
**Indepence, MO 64058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.767 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Tiffany Sharpe**
**135 Brookhaven Rd**
**Summerville, SC 29486**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.767 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Tiffany Smith**
**1604 Deer Run**
**Tifton, GA 31793**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.767 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Tiffany Taylor**
**600 Gregory Street**
**Chattahoochee, FL 32324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.768 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Tiffany Teasdale**
**936 N LASSETTER CIR**
**VILLA RICA, GA 30180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.768 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Tiffany Williams**
**112 Maple Drive**
**House**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.768 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Tiffany Wilson**
**295 north Victoria court**
**Ellenwood, GA 30294**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.768 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Tiffany Zwetow**
**410 Magnolia St**
**Cuba, MO 65453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7684**

**Nonpriority creditor's name and mailing address**

**TIFT COUNTY HEALTH DEPT.**
**Environmental Services Section**
**P.O. Box 715**
**Tifton, GA 31793**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7685**

**Nonpriority creditor's name and mailing address**

**Tift County Tax Commissioner**
**P.O. Box 930**
**Tifton, GA 31793**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7686**

**Nonpriority creditor's name and mailing address**

**Tift County Tax Commissioner**
**225 N. Tift Ave., Room 106**
**PO Box 930**
**Tifton, GA 31793**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7687**

**Nonpriority creditor's name and mailing address**

**Tifton Green**
**1415 hwy 85 n ste 310 -101**
**101**
**Fayetteville, GA 30214**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7688**

**Nonpriority creditor's name and mailing address**

**Tihandra Gardner**
**2236 Savannah highway**
**229**
**Charleston, SC 29414**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7689**

**Nonpriority creditor's name and mailing address**

**Tileana Tiller**
**407 Maple Way**
**D**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7690**

**Nonpriority creditor's name and mailing address**

**Timeia Wicker**
**100 hidden harbor dr**
**G8**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.769
1**

**Nonpriority creditor's name and mailing address**

**Timeika Ivey**
**533 27th Street SE**
**Apt 3**
**Moultrie, GA 31788**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.769
2**

**Nonpriority creditor's name and mailing address**

**Timere Siplen**
**939 Lakes blvd apt D3**
**Ga, GA 31636**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.769
3**

**Nonpriority creditor's name and mailing address**

**Timesha Askins**
**807 S FRY ST**
**APT 511**
**VALDOSTA, GA 31601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.769
4**

**Nonpriority creditor's name and mailing address**

**Timmie Ford**
**2102 Front Street**
**GEORGETOWN, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.769
5**

**Nonpriority creditor's name and mailing address**

**Timmy Stover**
**5 Whippoorwill ln**
**Lebanon, MO 65536**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.769
6**

**Nonpriority creditor's name and mailing address**

**Timothy Bradley**
**109 green loop NW**
**Adairsville, GA 30103**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.769
7**

**Nonpriority creditor's name and mailing address**

**Timothy Byars**
**11 Moore springs rd**
**Kingston, GA 30145**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7698**

**Nonpriority creditor's name and mailing address**

**Timothy Cannon**
**104 6th St.**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7699**

**Nonpriority creditor's name and mailing address**

**Timothy Ford**
**2310 Prince St**
**M**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7700**

**Nonpriority creditor's name and mailing address**

**Timothy Foster**
**410 Vienna Circle**
**Fortvalley, GA 31030**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7701**

**Nonpriority creditor's name and mailing address**

**Timothy Jackson**
**1957 Sylvester highway lot 29**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7702**

**Nonpriority creditor's name and mailing address**

**Timothy Massey**
**1207 mosstree rd**
**5**
**North Charleston, SC 29405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7703**

**Nonpriority creditor's name and mailing address**

**Timothy Montgomery**
**307n.6th st**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7704**

**Nonpriority creditor's name and mailing address**

**Timothy Nix**
**838 evergreen**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
_____        Case number (if known) _____
    Name

---

3.770
5

**Nonpriority creditor's name and mailing address**

**Timothy Paxton**
**711 s new york**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.770
6

**Nonpriority creditor's name and mailing address**

**Timothy Ploss**
**24 South Ewing St**
**C24**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.770
7

**Nonpriority creditor's name and mailing address**

**timothy sims**
**58 Gentry Ct**
**Cedartown, GA 30125**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.770
8

**Nonpriority creditor's name and mailing address**

**Timothy Skipper**
**3815 highway 34**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.770
9

**Nonpriority creditor's name and mailing address**

**Timothy True**
**1122 north clark**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.771
0

**Nonpriority creditor's name and mailing address**

**Timya Daniel**
**105 Greenview Dr**
**McDonough, GA 30253**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.771
1

**Nonpriority creditor's name and mailing address**

**Tina Fambro**
**2158 Carver Road**
**Griffin, GA 30224**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.771 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tina James**
**10905 E. 19th Street South**
**Apt #D**
**Independence, MO 64052**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.771 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tina Jordan**
**801 clark street**
**lot31**
**Emporia, KS 66801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.771 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TINA MCCOY**
**808 East Church Street**
**Room 116**
**Monroe, GA 30655**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.771 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tiquila Banks**
**2205 harvest grove ln**
**Conyers, GA 30013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.771 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tisha Atkins**
**544 w Seminole st**
**Boston, GA 31626**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.771 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Titan Glass LLC**
**1132 25th Ave Ne, Unit 1**
**Black Eagle, MT 59414**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.771 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Titus Reece**
**55 Old Hwy 41**
**55**
**Adairsville, GA, GA 30103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7719**

**Nonpriority creditor's name and mailing address**

**Titus SINGLETON**
**1113 E Broadway Blvd**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7720**

**Nonpriority creditor's name and mailing address**

**Tivena Turner**
**4626 Russwood avenue**
**Stone Mountain, GA 30083**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7721**

**Nonpriority creditor's name and mailing address**

**Tiyhonna Harney**
**33 thomie ave**
**cottageville, SC 29435**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7722**

**Nonpriority creditor's name and mailing address**

**Tiyonna Arthur**
**392 Linwood drive**
**Building 5 apt 6**
**Gainesville, GA 30501**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7723**

**Nonpriority creditor's name and mailing address**

**Tiyonna Blackwell**
**7108 Durden circle**
**Covington, GA 30014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7724**

**Nonpriority creditor's name and mailing address**

**Tk&K Unlimited, Inc.**
**8014 Cumming Hwy Suite 403-332**
**Canton, GA 30115**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7725**

**Nonpriority creditor's name and mailing address**

**TKeira Nelson**
**410 palm street**
**georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**
_____  Case number (if known) _____
Name

---

3.772 6 | **Nonpriority creditor's name and mailing address**

**TMC Maintenance Company, Inc.**
**2668 Brickton North Drive**
**Buford, GA 30518**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.772 7 | **Nonpriority creditor's name and mailing address**

**Tnya King**
**2415 seth place**
**A7**
**Town, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.772 8 | **Nonpriority creditor's name and mailing address**

**Tobias Gonzales**
**233 Cave spring st**
**rome, GA 30161**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.772 9 | **Nonpriority creditor's name and mailing address**

**Toby Pasman**
**3687 Viking Drive**
**Chipley, FL 32428**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.773 0 | **Nonpriority creditor's name and mailing address**

**Tod Johnson**
**1132 Overlook Dr**
**1132**
**Flowery branch, GA 30542**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.773 1 | **Nonpriority creditor's name and mailing address**

**Today Rhymes**
**3025 West Marshall St**
**Meigs, GA 31765**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.773 2 | **Nonpriority creditor's name and mailing address**

**Todd Batts**
**6904 Florida st**
**Grand Ridge, FL 32442**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 1126 of 1218

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

| 3.773 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Todd Hunt**
**4406 tar heels way**
**5**
**Billings, MT 59106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.773 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Todd Willoughby**
**6711 State avenue**
**Kansas City, KS 66102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.773 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Toddale Britt**
**1312 w Breckenridge**
**3**
**Mexico, MO 65265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.773 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tomecca Thomas**
**3815 Bonanza Drive**
**Macon, GA 31216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.773 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tommie Ramey**
**702 longville street**
**Ga, GA 30655**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.773 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tommy Beaver**
**4035 Indiana Avenue**
**Kansas City, MO 64130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.773 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$300.00** |

**Tommy Heaton**
**P.O. Box 717**
**Acworth, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:**  **Repairs & Maintenance**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7740**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Tommy Jackson**<br>**5988 nw 27th way**<br>**Jennings, FL 32053** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7741**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Tommy Redmond**<br>**21 W Franklin Ave**<br>**B4**<br>**Lakeland, GA 31635** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7742**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Tonesha Fuller**<br>**245 Mitton Road**<br>**Moncks Corner, SC 29461** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7743**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Toni Geathers**<br>**47 Hinds St**<br>**47**<br>**Georgetown, SC 29440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7744**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Toni Hearst**<br>**2729 kristen ct**<br>**conyers, GA 30012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7745**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Toni Old Chief**<br>**720 5th St W**<br>**#7**<br>**Hardin, MT 59034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7746**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Toni Piscatella**<br>**1145 Mandella Rd**<br>**Bonneau, SC 29431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.774 7 | **Nonpriority creditor's name and mailing address**<br>**Toni Tyson**<br>**1604 sunrise ave**<br>**Moultrie, GA, GA 31768** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.774 8 | **Nonpriority creditor's name and mailing address**<br>**Tonia Page**<br>**910 christian Rd lot7**<br>**julliet, GA 31046** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.774 9 | **Nonpriority creditor's name and mailing address**<br>**Tonja Davenport**<br>**416 Hay Drive**<br>**Morganton, GA 30560** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.775 0 | **Nonpriority creditor's name and mailing address**<br>**Tony Garrett**<br>**6119 Corona Ave**<br>**Kansas City, KS 66102** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.775 1 | **Nonpriority creditor's name and mailing address**<br>**Tony Parrish**<br>**920 Ne Michael Drive**<br>**Lees Summit, MO 64086** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.775 2 | **Nonpriority creditor's name and mailing address**<br>**Tony Parrish**<br>**920 Ne Michael Drive**<br>**Lees Summit, MO 64086** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.775 3 | **Nonpriority creditor's name and mailing address**<br>**Tony Reeves**<br>**74 W HOWELL DR**<br>**LAKELAND, GA 31635** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.775
4**

**Nonpriority creditor's name and mailing address**

**Tony Roberts**
**309 Reynolds St NE**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.775
5**

**Nonpriority creditor's name and mailing address**

**Tony Ross**
**35 regeneration way**
**Talking rock, GA 30175**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.775
6**

**Nonpriority creditor's name and mailing address**

**Tony West**
**1805 JOSLYN ST**
**Trlr 66**
**HELENA, MT 59601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.775
7**

**Nonpriority creditor's name and mailing address**

**Tony White**
**1700 s.murray ave.**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.775
8**

**Nonpriority creditor's name and mailing address**

**Tony Wiley**
**1 Bosquet ct**
**I-6**
**Summerville, SC 29485**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.775
9**

**Nonpriority creditor's name and mailing address**

**Tony Wilson**
**74 North Trotters Way**
**Jefferson, GA 30549**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.776
0**

**Nonpriority creditor's name and mailing address**

**Tonya Cooper**
**550 W Stanfill St A28**
**Hahira, GA 31632**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.776 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Tonya Dean** <br> **8345 willows terrace** <br> **Riverdale, GA 30274** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.776 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Tonya Ferguson** <br> **1085 w.l. Williams rd** <br> **Commerce, GA 30530** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.776 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Tonya Mccloud** <br> **48 Apple Dr** <br> **Lakeland, GA 31635** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.776 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Tonya Sayler** <br> **301 E Hwy B** <br> **Raymondville, MO 65555** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.776 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,240.52 |
|---|---|---|
| **Top Choice Plumbing** <br> **1928 E. Montague Ave** <br> **North Charleston, SC 29405** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.776 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Top Locksmith LLC** <br> **165 Palmer Oaks Ln** <br> **Marietta, GA 30068** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.776 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,791.26 |
|---|---|---|
| **Topeka Landscape Inc** <br> **3220 SW Auburn Rd.** <br> **Topeka, KS 66614** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.7768**

**Nonpriority creditor's name and mailing address**
**TopLine Lawncare and Landscaping**
**Griffin Thomas**
**2490 Tyus Carrollton Rd**
**Carrollton, GA 30117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,793.48**

---

**3.7769**

**Nonpriority creditor's name and mailing address**
**Topreka Williams**
**15 McDonald ct se**
**Moultrie, GA 31788**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7770**

**Nonpriority creditor's name and mailing address**
**Tori Daniels**
**133 Denham Rd.**
**Norman Park, GA 31771**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7771**

**Nonpriority creditor's name and mailing address**
**Tori Williams**
**2414 Bemiss road**
**Apt B**
**Valdosta, GA 31602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7772**

**Nonpriority creditor's name and mailing address**
**Torkiya Brown**
**50 Saylors Street**
**Royston, GA 30662**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7773**

**Nonpriority creditor's name and mailing address**
**Torrance Morrison Jr**
**406 Broad St**
**Valdosta, GA 31601**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7774**

**Nonpriority creditor's name and mailing address**
**Torricus Ford**
**26 Bouldercrest Ln**
**41 A**
**Atlanta, GA 30316**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.7775**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Torrie Wilson** | ☐ Contingent | |
| **71 Point place Dr** | ☐ Unliquidated | |
| **CARTERSVILLE, GA 30120** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.7776**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Tory Gordon** | ☐ Contingent | |
| **276 upper Riverdale rd** | ☐ Unliquidated | |
| **3e** | ☐ Disputed | |
| **Jonesboro, GA 30236** | | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.7777**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Tosha Perez** | ☐ Contingent | |
| **8715 E. 7th St** | ☐ Unliquidated | |
| **Kansas City, MO 64125** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.7778**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Towanda Harris** | ☐ Contingent | |
| **900 Crest village circle** | ☐ Unliquidated | |
| **1107** | ☐ Disputed | |
| **Flowery Branch, GA 30542** | | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.7779**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Tracey Ruffin** | ☐ Contingent | |
| **120 brook Valley way** | ☐ Unliquidated | |
| **Fayetteville, GA 30214** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.7780**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Traci Stewart** | ☐ Contingent | |
| **705 3rd Street SE** | ☐ Unliquidated | |
| **Moultrie, GA 31768** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.7781**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Tracy Delgado** | ☐ Contingent | |
| **514 Warren St** | ☐ Unliquidated | |
| **Walterboro, SC 29488** | ☐ Disputed | |
| **Date(s) debt was incurred __** | **Basis for the claim:** __ | |
| **Last 4 digits of account number __** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.778
2**

**Nonpriority creditor's name and mailing address**

**Tracy Folkerts**
**3629 Poly Dr**
**Billings, MT 59102**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.778
3**

**Nonpriority creditor's name and mailing address**

**Tracy Lumpkin**
**2265 US Hwy 41 NE**
**Calhoun, GA 30701**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.778
4**

**Nonpriority creditor's name and mailing address**

**Tracy Thompson**
**718 Southwest Tyler Street**
**Topeka, KS 66603**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.778
5**

**Nonpriority creditor's name and mailing address**

**tracy wilson**
**276 N. Jackson Ave**
**lebanon, MO 65536**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.778
6**

**Nonpriority creditor's name and mailing address**

**Tracy Zeininger**
**707 West Altamaha Street**
**Apt 1**
**Fitzgerald, GA 31750**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.778
7**

**Nonpriority creditor's name and mailing address**

**Tradecraft Electric**
**2213 W. 22nd Ave.**
**Emporia, KS 66801**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.778
8**

**Nonpriority creditor's name and mailing address**

**Traeshawn Richardson**
**10506 Richmond Ave**
**Kansas City, MO 64134**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7789**

**Nonpriority creditor's name and mailing address**

**Trakina Watts**
**205B Tanglewood Drive**
**Monroe, GA 30656**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7790**

**Nonpriority creditor's name and mailing address**

**Tramaine Clarke**
**4995 Appian way lot5**
**North Charleston, SC 29420**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7791**

**Nonpriority creditor's name and mailing address**

**Traneice Coleman**
**3115 hill avenue lot 24**
**24**
**Tift, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7792**

**Nonpriority creditor's name and mailing address**

**Tranisha Hart**
**120 e 13th street**
**16**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7793**

**Nonpriority creditor's name and mailing address**

**Traulsen**
**4401 blue mound road**
**Fort worth, TX 76106**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7794**

**Nonpriority creditor's name and mailing address**

**Travas Watson**
**95 Mount pleasant**
**Yemassee, SC 29445**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7795**

**Nonpriority creditor's name and mailing address**

**Travesont Mole**
**114 Suzanne Street**
**Hampton, SC 29924**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|--------|------------------|------------------------|---|
| | Name | | |

**3.7796**

**Nonpriority creditor's name and mailing address**

**Traviellis Jackson**
**1910 youmans street**
**Tifton, GA 31794**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7797**

**Nonpriority creditor's name and mailing address**

**Travis Abernathy**
**5273 Glenn Rd**
**franklin, GA 30217**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7798**

**Nonpriority creditor's name and mailing address**

**Travis Bradford**
**35 Westgate park dr**
**Newnan, GA 30263**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7799**

**Nonpriority creditor's name and mailing address**

**Travis Carter**
**3922 Karaline Cir**
**Valdosta, GA 31605**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7800**

**Nonpriority creditor's name and mailing address**

**Travis Garrison**
**721 E 6th Street**
**SEDALIA, MO 65301**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7801**

**Nonpriority creditor's name and mailing address**

**Travis Houk**
**10021 highway 65**
**Mercer, MO 64661**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7802**

**Nonpriority creditor's name and mailing address**

**Travis Long**
**16 Quantico RD**
**Mexico, MO 65265**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known)  _____
_____
Name

| 3.780 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Travis Miles**
**327 Hannah St**
**Boston, GA 31626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Travis Phelps**
**1 Oconee Place**
**Valdosta, GA 31602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Travis Pyzer**
**340 bales ave**
**Kansas City, MO 64124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Travis Smith**
**108 Chalfont Cir**
**Carrollton, GA 30117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Travis Washington**
**737 Juliette Rd**
**F1**
**Forsyth, GA 31029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Travon Warrior**
**1602 Victory St**
**Apt B**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Travun Garrett**
**1424 Cowan Rd**
**Griffin, GA 30223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **ARC Burger, LLC**                                            Case number (if known) _____
          Name

---

| 3.781 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tre Yancey** | ☐ Contingent | |
| **419 S Williams** | ☐ Unliquidated | |
| **A** | ☐ Disputed | |
| **Moberly, MO 65279** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.781 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Treamika Lackey** | ☐ Contingent | |
| **1126 springer lane** | ☐ Unliquidated | |
| **A** | ☐ Disputed | |
| **Monroe, GA 30655** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.781 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Treasure State Electric** | ☐ Contingent | |
| **3307 Grand Avenue** | ☐ Unliquidated | |
| **Billings, MT 59102** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.781 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Treasure State Hood Cleaning** | ☐ Contingent | |
| **1006 12th Street NW** | ☐ Unliquidated | |
| **Great Falls, MT 59404** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.781 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tremaya mcclorin** | ☐ Contingent | |
| **22E Martin Luther king jr Blvd** | ☐ Unliquidated | |
| **Chattahoochee, FL 32324** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.781 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Tremell Bowens** | ☐ Contingent | |
| **2001 stokes avenue** | ☐ Unliquidated | |
| **504** | ☐ Disputed | |
| **North Charleston, SC 29406** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.781 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Trena Buck** | ☐ Contingent | |
| **508 Edison St** | ☐ Unliquidated | |
| **Bonifay, FL 32425** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **ARC Burger, LLC**                                         Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.7817** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Treniyah Pitts**
**63 Pate St**
**Hawkinsville, GA 31036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.7818** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Trent Copley**
**326 Covert Lane**
**Billings, MT 59105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.7819** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Trent Knowles**
**1015 West 3rd Street**
**C**
**Washington, MO 63090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.7820** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Trenton Lofton**
**262 Taylor street**
**Lebanon, MO 65536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.7821** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$10,657.70** |

**Trenton Municipal Utilities**
**1100 Main St**
**Trenton, MO 64683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.7822** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Trenton Sifuentes**
**2210 9th Ave n**
**1/2**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.7823** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Trenton Walton**
**114 w broadway blvd**
**Sedalia, MO 65301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 1139 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.782 4**

**Nonpriority creditor's name and mailing address**

**Trenton Wilson**
**303 declue rd**
**Cuba mo, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.782 5**

**Nonpriority creditor's name and mailing address**

**Tressie fullmore**
**1505 East Park Avenue**
**L2**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.782 6**

**Nonpriority creditor's name and mailing address**

**Trevagne McCluskey**
**8052 louis drive**
**locust grove, GA 30248**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.782 7**

**Nonpriority creditor's name and mailing address**

**Trevel Cartwright**
**1602 amber chase dr**
**McDonough, GA 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.782 8**

**Nonpriority creditor's name and mailing address**

**Treveon Milan**
**4604 Cypress Landing way**
**4604**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.782 9**

**Nonpriority creditor's name and mailing address**

**Trevez McDaniel**
**mcnally**
**sadalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.783 0**

**Nonpriority creditor's name and mailing address**

**Trevian Daniels**
**6 Lavista Cir**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
_____ Case number (if known) _____
Name

| 3.783 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Trevon Bryant**
**3265 Ruby Lane**
**BONIFAY, FL 32425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Trevon Johnson**
**5350 15TH ST**
**MALONE, FL 32445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Trevor Kelley**
**2645 NAPLES LN**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Trevor Myers**
**East 3rd street**
**Room126**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Trevor Wiseman**
**1112 Leslie Ave**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Trey Brock**
**2901 Franklin Parkway**
**Franklin, GA 30217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**trey riley**
**200 B street**
**belton, MO 64012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7838**

**Nonpriority creditor's name and mailing address**

**Treymon Newton**
**100 Heaton Rd**
**Covington, GA 30016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7839**

**Nonpriority creditor's name and mailing address**

**Treyveone Tinsley**
**95 sagebrush trl**
**Covington, GA 30014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7840**

**Nonpriority creditor's name and mailing address**

**Tri County Disposal**
**3630 York Rd**
**Helena, MT 59602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$535.62**

---

**3.7841**

**Nonpriority creditor's name and mailing address**

**TRI COUNTY MECHANICAL & ELEC**
**PO Box 5928**
**Helena, MT 59604**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7842**

**Nonpriority creditor's name and mailing address**

**Trica Herron**
**264 S Kelley st**
**Tallapoosa, GA 30176**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7843**

**Nonpriority creditor's name and mailing address**

**Trience Frederick**
**12 forest hill circle**
**Hawkinsville, GA 31036**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7844**

**Nonpriority creditor's name and mailing address**

**Trimerius Barton**
**77 green and gold blvd**
**77**
**Rome, GA 30161**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.7845**

**Nonpriority creditor's name and mailing address**

**Trinity Burch**
**74 old federal lane**
**Talking rock, GA 30175**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7846**

**Nonpriority creditor's name and mailing address**

**Trinity Guest**
**657 Alcova dr**
**Social Circle, GA 30025**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7847**

**Nonpriority creditor's name and mailing address**

**Trinity Lewis**
**2910 county line road**
**Saint Joseph, MO 64506**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7848**

**Nonpriority creditor's name and mailing address**

**trinity louis**
**4071 monarch dr**
**mcdonough, GA 30253**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7849**

**Nonpriority creditor's name and mailing address**

**Trinity Partion**
**1386 US hw 41 north apt b8**
**Calhoun, GA 30701**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7850**

**Nonpriority creditor's name and mailing address**

**Trinity Sinkfield**
**142 poplar pointe dr**
**Carrollton, GA 30116**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7851**

**Nonpriority creditor's name and mailing address**

**Trinity Taylor**
**505 West Monroe Ave**
**Ashburn, GA 31714**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.785 2**

**Nonpriority creditor's name and mailing address**

**Trisha Brown**
**1209 East 11th Street**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.785 3**

**Nonpriority creditor's name and mailing address**

**Tristan Brock**
**8122 Victoria ln**
**Sneads, FL 32460**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.785 4**

**Nonpriority creditor's name and mailing address**

**Tristan Hunt**
**10, Ridge Row**
**6**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.785 5**

**Nonpriority creditor's name and mailing address**

**Tristan Kitt**
**119 Kitt rd**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.785 6**

**Nonpriority creditor's name and mailing address**

**Tristan Lowery**
**20 clover street sw**
**Lot 8**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.785 7**

**Nonpriority creditor's name and mailing address**

**Tristan Mason**
**2685 Muir lane**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.785 8**

**Nonpriority creditor's name and mailing address**

**Tristen Grant**
**37750 Schoolcraft Rd**
**Livonia, MI 48150**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7859**

**Nonpriority creditor's name and mailing address**

**Tristen Manuel**
**1578 patterson rd lot 20**
**Griffin ga, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7860**

**Nonpriority creditor's name and mailing address**

**Tristin Hobbs**
**630 Elmwood ave**
**Kansas City, MO 64124**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7861**

**Nonpriority creditor's name and mailing address**

**Troy Monroe**
**128 Woodward rd**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7862**

**Nonpriority creditor's name and mailing address**

**Troy Spurlock**
**1915 N. Lamborn**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7863**

**Nonpriority creditor's name and mailing address**

**Troya Jones**
**377 throughbred trail**
**monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7864**

**Nonpriority creditor's name and mailing address**

**Troya Jones**
**60 Maynard street**
**17**
**Winder, GA 30680**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7865**

**Nonpriority creditor's name and mailing address**

**Trynitee Stewart**
**733 south Cherokee st**
**Boston, GA 31626**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7866**

**Nonpriority creditor's name and mailing address**

**Tshelcy Orelien**
**1304 Foothills Parkway**
**1304**
**Gainsville, GA 30501**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7867**

**Nonpriority creditor's name and mailing address**

**Tuaswala Dixon**
**424 Ashland parks**
**Rome, GA 30161**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7868**

**Nonpriority creditor's name and mailing address**

**Tucker Biro**
**1544 Mountain Shadow Trail**
**Stone Mountain, GA 30087**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7869**

**Nonpriority creditor's name and mailing address**

**Tucker Ratterree**
**4677 beacon ridge ln**
**Oakwood, GA 30506**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7870**

**Nonpriority creditor's name and mailing address**

**TUE Vo Nguyen**
**110 WILDWOOD DRIVE**
**CUMMING, GA 30040**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7871**

**Nonpriority creditor's name and mailing address**

**Turbo Technicians, LLC**
**16506 Westgrove Dr**
**Addison, TX 75001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7872**

**Nonpriority creditor's name and mailing address**

**Turner Deaton**
**1427 Jefferson Dr**
**Monroe, GA 30656**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.787 3**

**Nonpriority creditor's name and mailing address**

**TWC Services Inc**
**PO Box 14496**
**Des Moines, IA 50306**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$38,115.44**

---

**3.787 4**

**Nonpriority creditor's name and mailing address**

**Twinette Leggett**
**61 East darsey avenue**
**LAKELAND, GA 31635**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.787 5**

**Nonpriority creditor's name and mailing address**

**Twonyala Dawson**
**2 Frank St**
**Newnan, GA 30263**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.787 6**

**Nonpriority creditor's name and mailing address**

**Ty Merritt**
**2814 Sacramento Street**
**Saint Joseph, MO 64507**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.787 7**

**Nonpriority creditor's name and mailing address**

**Tyana Durand**
**116 w. Royal palm ave.**
**Defuniak Springs, FL 32433**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.787 8**

**Nonpriority creditor's name and mailing address**

**Tyania Frazier**
**2236 Savannah Hwy**
**114**
**Charleston, SC 29414**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.787 9**

**Nonpriority creditor's name and mailing address**

**Tyaria Thomas**
**332 orchard lane**
**332**
**Warner robins, GA 31093**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.788 0**

**Nonpriority creditor's name and mailing address**

**Tyasia Fripp**
**559 Orangeburg Road**
**D6**
**Summerville, SC 29483**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.788 1**

**Nonpriority creditor's name and mailing address**

**Tyberius Mcnear**
**1312 US HWY 221 SOUTH**
**NAYLOR, GA 31641**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.788 2**

**Nonpriority creditor's name and mailing address**

**Tydesha Gilyard**
**378hollyhock rd**
**Branchville, SC 29432**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.788 3**

**Nonpriority creditor's name and mailing address**

**Tydon Huckaby**
**825 S Broad St Sw**
**Rome, GA 30161**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.788 4**

**Nonpriority creditor's name and mailing address**

**Tyeisha Johnson**
**704 W Gordon st**
**Valdosta, GA 31601**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.788 5**

**Nonpriority creditor's name and mailing address**

**Tyesha Williams**
**319 walbash**
**5**
**Kansas City, MO 64124**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.788 6**

**Nonpriority creditor's name and mailing address**

**Tyeshia Milton**
**720 Timmons Dr**
**Apt1**
**Tifton, GA 31794**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.7887**

**Nonpriority creditor's name and mailing address**

**TyJae Rivers**
**1050 Cane Gully Rd**
**Moncks Corner, SC 29461**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7888**

**Nonpriority creditor's name and mailing address**

**Tykeisha Ingram**
**48 W Howell Dr**
**Lakeland, GA 31635**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7889**

**Nonpriority creditor's name and mailing address**

**Tykerious Morgan**
**801 Jefferson St**
**Cedartown, GA 30125**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7890**

**Nonpriority creditor's name and mailing address**

**Tykevian King**
**99 Tifton Eldorado rd**
**Apt 10F**
**Tifton, GA 31794**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7891**

**Nonpriority creditor's name and mailing address**

**Tykwon Carpenter**
**11416 kilpatrick ln**
**Hampton, GA 30228**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7892**

**Nonpriority creditor's name and mailing address**

**Tyler Allen**
**511 main st**
**19**
**Trenton, MO 64683**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7893**

**Nonpriority creditor's name and mailing address**

**Tyler Anderson**
**1108 Austin**
**Black, AL 36314**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7894**

**Nonpriority creditor's name and mailing address**

**Tyler Anderson**
**1462 second Texas road**
**St George, SC 29477**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7895**

**Nonpriority creditor's name and mailing address**

**Tyler Atkins**
**990 franklin pkwy**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7896**

**Nonpriority creditor's name and mailing address**

**Tyler Barrett**
**1501 sw 22nd st**
**Blue springs, MO 64015**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7897**

**Nonpriority creditor's name and mailing address**

**Tyler Black**
**77 WillMays rd**
**Pineview, GA 31071**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7898**

**Nonpriority creditor's name and mailing address**

**Tyler Black Spotted Horse**
**1003 church Ave**
**Apt L**
**Gillette, WY 82716**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7899**

**Nonpriority creditor's name and mailing address**

**Tyler Bridgford**
**921 Dorcas**
**Mexico, MO 65265**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7900**

**Nonpriority creditor's name and mailing address**

**Tyler Dover**
**5827 Conner road**
**Flowery Branch, GA 30542**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.790**
**1**

**Nonpriority creditor's name and mailing address**

**Tyler Fogle**
**332 Huff Rd**
**St.George, SC 29477**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.790**
**2**

**Nonpriority creditor's name and mailing address**

**Tyler Forehand**
**1229 Underwood Rd**
**Graceville, FL 32440**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.790**
**3**

**Nonpriority creditor's name and mailing address**

**Tyler Gray**
**901 n school st**
**Auburn, KS 66402**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.790**
**4**

**Nonpriority creditor's name and mailing address**

**Tyler Hobbs**
**717 South Prairie Street**
**B**
**Liberty, MO 64068**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.790**
**5**

**Nonpriority creditor's name and mailing address**

**Tyler Howell owens**
**1410 N Waukesha Street**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.790**
**6**

**Nonpriority creditor's name and mailing address**

**Tyler Jones**
**739 Shamrock Pl**
**Washington, MO 63090**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.790**
**7**

**Nonpriority creditor's name and mailing address**

**Tyler Manywhitehorses**
**4101 central ave**
**11**
**Greatfalls, MT 59405**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.7908**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tyler McClendon**<br>**9007 Cat Tail Pond Rd**<br>**Summerville, SC 29485** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.7909**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tyler Muckenfuss**<br>**293 Dover Bluff Ln**<br>**Walterboro, SC 29488** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.7910**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tyler Mullins**<br>**3460 Forest Valley Way**<br>**Cumming, GA 30041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.7911**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tyler Rogers**<br>**905 se 12th terr.**<br>**Lees Summit, MO 64081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.7912**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tyler Roman**<br>**1606 sw clay street**<br>**Topeka, KS 66604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.7913**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tyler Rouse**<br>**804 Cornwall Drive**<br>**Kathleen, GA 31047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.7914**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tyler Smith**<br>**1375 13th Avenue SW**<br>**1**<br>**Great Falls, MT 59404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7915**

**Nonpriority creditor's name and mailing address**

**Tyler Whaley**
**108 Whitley ONeil road**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7916**

**Nonpriority creditor's name and mailing address**

**Tyler Whitworth**
**21 pear tree pn**
**21**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7917**

**Nonpriority creditor's name and mailing address**

**Tyler Williams**
**108 Brantwood Ave**
**Centerville, GA 31028**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7918**

**Nonpriority creditor's name and mailing address**

**Tyler Williams**
**117 Gordon st**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7919**

**Nonpriority creditor's name and mailing address**

**Tyler Winterrowd**
**1025 7th Ave NW**
**Great Falls, MT 59404**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7920**

**Nonpriority creditor's name and mailing address**

**Tyler's Lock & Key Service, Inc**
**821 Jefferson St.**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7921**

**Nonpriority creditor's name and mailing address**

**Tylor Countryman**
**1602 Hudson ST**
**4**
**Helena, MT 59601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.792
2**

**Nonpriority creditor's name and mailing address**

**Tylor Keeton**
**532 North 3rd Street**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.792
3**

**Nonpriority creditor's name and mailing address**

**Tymiere Evans**
**613 Moreland Ave**
**Macon, GA 31206**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.792
4**

**Nonpriority creditor's name and mailing address**

**Tymirah Dennis**
**358 Eastman Hwy**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.792
5**

**Nonpriority creditor's name and mailing address**

**Tynan McClure**
**2104 Alderson ave**
**apt B**
**Billings, MT 59102**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.792
6**

**Nonpriority creditor's name and mailing address**

**Tyneisha Williams**
**2528 b front st**
**Georgetown, SC 29440**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.792
7**

**Nonpriority creditor's name and mailing address**

**Tyquan Mcneil**
**294 bayboro circle**
**Goose creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.792
8**

**Nonpriority creditor's name and mailing address**

**Tyra Boyd**
**11516 Ga Highway 100**
**Franklin, GA 30217**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7929**

**Nonpriority creditor's name and mailing address**

**Tyra Hewlett**
**811 woodlawn park**
**mcdonough, GA 30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7930**

**Nonpriority creditor's name and mailing address**

**Tyre-Zykire Mckinney**
**2324 Dorminey St**
**Tifton, GA 31794**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7931**

**Nonpriority creditor's name and mailing address**

**TYREE THOMAS**
**3734 crabapple hollow rd**
**Nicholson, GA 30565**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7932**

**Nonpriority creditor's name and mailing address**

**Tyrek Godwin**
**4301 Pearl St**
**Marianna, FL 32448**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7933**

**Nonpriority creditor's name and mailing address**

**Tyreke Brown**
**340 Holiday Drive**
**221**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7934**

**Nonpriority creditor's name and mailing address**

**Tyrell Staten**
**1629 Elmwood Ave**
**Kansas City, MO 64127**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7935**

**Nonpriority creditor's name and mailing address**

**Tyrell Wedgeworth**
**309 perkins**
**Rome, GA 30161**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7936**

**Nonpriority creditor's name and mailing address**

**Tyrese Harris**
**721 Houston valley rd**
**Tunnel hill, GA 30755**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7937**

**Nonpriority creditor's name and mailing address**

**Tyrese Stewart**
**123 Thurman Ave**
**207**
**Griffin, GA 30223**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7938**

**Nonpriority creditor's name and mailing address**

**TyResha Gilyard**
**378 hollyhock rd**
**Branchville, SC 29432**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7939**

**Nonpriority creditor's name and mailing address**

**Tyresha King**
**508 5th st sw**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7940**

**Nonpriority creditor's name and mailing address**

**Tyrie Poinsette**
**221 Matti Lane**
**Moncks corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7941**

**Nonpriority creditor's name and mailing address**

**Tyrinn Smalls**
**2453 Hanna Lake Rd**
**Lot 25**
**Johnsonville, SC 29555**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7942**

**Nonpriority creditor's name and mailing address**

**Tyriq Quainton**
**617 Maplewood Dr**
**Bonaire, GA 31005**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.794**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- |

**Tyrome Sharpe**
**1389 Carmichael dr**
**1389**
**Chipley, FL 32428**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.794**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- |

**Tyrone Crawford**
**509 east highway 90**
**Bonifay, FL 32425**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.794**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- |

**Tyrone Mingo II**
**24 Madison St.**
**Chattahoochee, FL 32324**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.794**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- |

**Tyrone Nemoren**
**200 Holiday Dr room 110**
**Summerville, SC 29483**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.794**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- |

**Tyrone Robinson**
**117 Emma Meredith Circle**
**Summerville, SC 29486**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.794**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- |

**Tyrone Sanders**
**125 opal Court**
**Fayetteville, GA 30215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.794**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- |

**Tyrone Strickland Jr**
**27 Westwillow Lane**
**Rome, GA 30161**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|--------|---------------------|------------------------|---|
| | Name | | |

---

**3.7950**

**Nonpriority creditor's name and mailing address**

**Tyrone Wright**
**16 Wrightsville Lane**
**Hawkinsville, GA 31036**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7951**

**Nonpriority creditor's name and mailing address**

**Tyson McFadden**
**2453 Hanna Lake Rd. Lot 24**
**Johnsonville, SC 29555**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7952**

**Nonpriority creditor's name and mailing address**

**Tyson Morrison**
**3036 Marion ripely road**
**Dry branch, GA 31020**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7953**

**Nonpriority creditor's name and mailing address**

**Tyzhane Johnson**
**107 Bended Oak Ln**
**Stockton, GA 31649**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7954**

**Nonpriority creditor's name and mailing address**

**Tzyaun James**
**9227 Southern Oak LN**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7955**

**Nonpriority creditor's name and mailing address**

**U. Robert Weymar and Morleen L. Weymar**
**891 South Walnut Street**
**Unit #262**
**Anaheim, CA 92802**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7956**

**Nonpriority creditor's name and mailing address**

**Ubuntu Chattahoochee, LLC**
**3235 Show Jumper Lane**
**Reno, NV 89521**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,113.75**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7957**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Unified Government Treasury**<br>**P.O. Box 175013**<br>**Kansas City, KS 66101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7958**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Unified Government Treasury**<br>**710 N 7th St.**<br>**Suite 240**<br>**Kansas City, KS 66101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7959**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|
| **Unifour Fire & Safety LLC**<br>**PO Box 9489**<br>**Hickory, NC 28603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7960**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Unique Frazier**<br>**112 jean well dr**<br>**Goose creek, SC 29445** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7961**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,744.29 |
|---|---|---|
| **United Community Bank**<br>**200 E. Camperdown Way**<br>**Greenville, SC 29601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7962**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,073.59 |
|---|---|---|
| **United Healthcare Ins. Company**<br>**Attn: Corporate Tax**<br>**1 Health Drive**<br>**Eden Prairie, MN 55344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:**  **Insurance** | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.7963**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **United Installers LLC**<br>**351 Thornton Road**<br>**Lithia Springs, GA 30122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7964**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **United Plumbing** | ☐ Contingent |
| **1825 N Fremont Ave** | ☐ Unliquidated |
| **Springfield, MO 65803** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.7965**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Unlimited Service Group** | ☐ Contingent |
| **1200 Greenbriar Dr** | ☐ Unliquidated |
| **Addison, IL 60101** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**$3,632.16**

---

**3.7966**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Unlockit, Inc** | ☐ Contingent |
| **4630 Woodstock Road** | ☐ Unliquidated |
| **Roswell, GA 30075** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**$2,258.76**

---

**3.7967**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Upside Services Inc** | ☐ Contingent |
| **1701 Rhode Island Ave NM** | ☐ Unliquidated |
| **Washington, DC 20036** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**$73,203.24**

---

**3.7968**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Upson County Environmental Health** | ☐ Contingent |
| **305 S Hightower St.** | ☐ Unliquidated |
| **Suite 110 D** | ☐ Disputed |
| **Thomaston, GA 30286** | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.7969**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Upson County Tax Commissioner** | ☐ Contingent |
| **116 W. Main St.** | ☐ Unliquidated |
| **Courthouse Annex, 1st Fl.** | ☐ Disputed |
| **Thomaston, GA 30286** | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.7970**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Upson CountyTax Commissioner** | ☐ Contingent |
| **P.O. Box 409** | ☐ Unliquidated |
| **Thomaston, GA 30286-0006** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

Debtor    **ARC Burger, LLC**                                     Case number (if known) _____
Name

---

| 3.797 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Urbandale Mowing**
**Payton Wetmore**
**918 E Urbandale Dr. Apartment 4**
**Moberly, MO 65270**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Urielee Simpson**
**396 Green Fern Dr**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**US Door Service LLC**
**4046 Sharpsburg McCollum Rd**
**Newnan, GA 30265**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**US Water Heating Solutions LLC**
**810 S Arthur**
**Arlington Heights, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$498.00** |
|---|---|---|---|

**USA Glass LLC**
**4154 Winters Chapel RD**
**Doraville, GA 30360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,113.76** |
|---|---|---|---|

**Vaco**
**Highspring LLC**
**5501 Virginia Way Suite 120**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Valdarius Cooper**
**1489 main st**
**Comer, GA 30629**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7978**

**Nonpriority creditor's name and mailing address**

**Valdosta Lawn Care LLC**
**4055 Stewart Cir**
**Valdosta, GA 31602**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$1,510.00**

---

**3.7979**

**Nonpriority creditor's name and mailing address**

**Valencia Morales**
**1301 north viking drive**
**independence, MO 64056**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7980**

**Nonpriority creditor's name and mailing address**

**Valeria Hadaway**
**70 marble dr**
**Oxford, GA 30054**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7981**

**Nonpriority creditor's name and mailing address**

**Valerie Blake**
**300 burnside street**
**Washington, MO 63090**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7982**

**Nonpriority creditor's name and mailing address**

**Valerie Burnham**
**8626 Salamander Dr**
**Charleston, SC 29445**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7983**

**Nonpriority creditor's name and mailing address**

**Valerie Durham**
**108 Frances Drive**
**B2**
**Byron, GA 31008**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7984**

**Nonpriority creditor's name and mailing address**

**Valerie Potter**
**4806 Rainbow Drive**
**Jefferson City, MO 65109**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.798 5**

**Nonpriority creditor's name and mailing address**

**Valerie Sears**
**207 West 9th Street**
**SALISBURY, MO 65281**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.798 6**

**Nonpriority creditor's name and mailing address**

**Valisah Baker**
**2 Frank Street**
**Newnan, GA 30263**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.798 7**

**Nonpriority creditor's name and mailing address**

**Van Clifford Cabais**
**17 West Howell Drive**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.798 8**

**Nonpriority creditor's name and mailing address**

**Vance Clausen**
**831 gibbon st. unit 3**
**Helena, MT 59601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.798 9**

**Nonpriority creditor's name and mailing address**

**Vandell Love**
**1391 Foxhall ln se**
**Atlanta, GA 30316**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.799 0**

**Nonpriority creditor's name and mailing address**

**Vandy McBride**
**729 8th Street Southeast**
**Colquitt County**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.799 1**

**Nonpriority creditor's name and mailing address**

**vanesa grubbs**
**4577 candlestick lane**
**oakwood, GA 30566**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                   Case number (if known) _____
         Name

---

**3.799
2**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Vanessa Animas**
**1916 Sam Rittenberg Blvd**
**304**
**Charleston, SC 29407**                ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No   ☐ Yes

---

**3.799
3**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Vanessa Kemper**
**567 Dover chapel rd**
**Ellijay, GA 30540**                   ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No   ☐ Yes

---

**3.799
4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**vanessa mitts**
**202 smith alley street**
**tennille, GA 31089**                  ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No   ☐ Yes

---

**3.799
5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Vanessa Vega**
**806 B Oakland Ave**
**B**
**Rome, GA 30165**                      ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No   ☐ Yes

---

**3.799
6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Vangelis Ventura**
**203 S Lacy Rd**
**Independence, MO 64050**              ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No   ☐ Yes

---

**3.799
7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Vangelis Ventura**
**203 Lacy rd**
**Independence, MO 64050**              ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No   ☐ Yes

---

**3.799
8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Varnyea Macon**
**420 kitfield rd**
**420**
**Moncks Corner, SC 29461**             ☐ Contingent
                                        ☐ Unliquidated
                                        ☐ Disputed

**Date(s) debt was incurred** __         **Basis for the claim:** __

**Last 4 digits of account number** __   Is the claim subject to offset? ■ No   ☐ Yes

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            **Page 1164 of 1218**

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.7999**

**Nonpriority creditor's name and mailing address**

**VASHTI ROBINSON**
**1307 S WASHINGTON ST**
**QUITMAN, GA 31643**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8000**

**Nonpriority creditor's name and mailing address**

**Vaughn Frye-Johnson**
**104 Bellview Homes**
**Commerce, GA 30529**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8001**

**Nonpriority creditor's name and mailing address**

**Vaughn'S Lawns, Inc.**
**PO BOX 793**
**Belton, MO 64012**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$5,543.00**

---

**3.8002**

**Nonpriority creditor's name and mailing address**

**VBonnie Watson**
**143 forest hills circle southwest**
**Calhoun, GA 30701**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8003**

**Nonpriority creditor's name and mailing address**

**Veante Crump**
**103 cook pl**
**8**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8004**

**Nonpriority creditor's name and mailing address**

**Veda Frazier**
**800 Wilson Ave**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8005**

**Nonpriority creditor's name and mailing address**

**Veida Diaz**
**517 sw western st**
**Apt B**
**Topeka, KS 66606**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8006**

**Nonpriority creditor's name and mailing address**

**Velia Jimenez**
**2744 SW Villa West**
**151**
**Topeka   66614**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.8007**

**Nonpriority creditor's name and mailing address**

**Vera Jakes**
**2012 johnsville rd**
**Smoaks, SC 29481**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.8008**

**Nonpriority creditor's name and mailing address**

**Verneka Timmons**
**622 E 2nd avenue**
**Tennnille, GA 31089**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.8009**

**Nonpriority creditor's name and mailing address**

**Vernell Cabine jr**
**812 SW MILL ST**
**Lee's summit, MO 64081**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.8010**

**Nonpriority creditor's name and mailing address**

**Vernice Moore**
**2156 county road 667**
**Ranburne, AL 36273**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.8011**

**Nonpriority creditor's name and mailing address**

**Vernon Warren**
**130 Melrose Creek Drive**
**Stockbridge, GA 30281**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

**3.8012**

**Nonpriority creditor's name and mailing address**

**Veronica Chapman**
**503 Tyus Street**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.801 3**

**Nonpriority creditor's name and mailing address**

**Veronica Chavarra**
**810 Wildwood Dr**
**106**
**Jefferson City, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.801 4**

**Nonpriority creditor's name and mailing address**

**Veronica Hernandez Perez**
**518 SW 7th st**
**Topeka, KS 66603**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.801 5**

**Nonpriority creditor's name and mailing address**

**Veronica Mize**
**260 Rainey Rd**
**Temple, GA 30179**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.801 6**

**Nonpriority creditor's name and mailing address**

**Veronica Perry**
**1212 myrtle st apt d8**
**Hartsville, SC 29550**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.801 7**

**Nonpriority creditor's name and mailing address**

**Veronica Williams**
**505 Pendleton dr**
**Moncks corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.801 8**

**Nonpriority creditor's name and mailing address**

**Veshun Robinson**
**32e Murrell Ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.801 9**

**Nonpriority creditor's name and mailing address**

**Vestis Group, INC. (f/k/a Aramark Unifor**
**22512 Network Place**
**Chicago, IL 60673-1225**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$31,478.42**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8020**

**Nonpriority creditor's name and mailing address**

**Vickie Smith**
**5010 Ga Hwy 100**
**TALLAPOOSA, GA 30110**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8021**

**Nonpriority creditor's name and mailing address**

**VICKY KAUSHAL**
**5101 W 107TH PL APT 338**
**APT 338**
**Leawood, KS 66211**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8022**

**Nonpriority creditor's name and mailing address**

**Victor Brooks**
**1017 Ringo Street**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8023**

**Nonpriority creditor's name and mailing address**

**Victor Hemphill Jr**
**5400 Smalley Ave**
**Kansas city, MO 64129**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8024**

**Nonpriority creditor's name and mailing address**

**Victor Mack**
**208 Mickler Dr**
**Ladson, SC 29456**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8025**

**Nonpriority creditor's name and mailing address**

**Victor Regalado**
**3119 SE Mareta cir**
**Topeka, KS 66605**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8026**

**Nonpriority creditor's name and mailing address**

**Victoria Black**
**19960 Shipp Dr**
**Licking, MO 65542**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**
Name                                                    Case number (if known) _____

| | | |
|---|---|---|
| 3.8027 | | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Victoria Boylen**
**112 Dodgen Rd**
**Hampton, GA 30228**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

3.8028

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Victoria bryant**
**1205 green st**
**Apt 9**
**Warner Robins, GA 31093**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

3.8029

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Victoria Clack**
**103 Rock Forge Court**
**Jefferson, GA 30549**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

3.8030

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Victoria Coleman**
**1304 lantern road**
**Summerville, SC 29486**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

3.8031

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Victoria DiSalvo**
**243, Oak**
**Rush Hill, MO 65280**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

3.8032

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Victoria Lang**
**128 oak valley dr.**
**Macon, GA 31217**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

3.8033

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Victoria Marlowe**
**116 Washington apt 123**
**Chattahoochee, FL 32324**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  □ Yes

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.803 4**

**Nonpriority creditor's name and mailing address**

**Victoria Miles**
**1349 Jackson Ave**
**Pobox 61**
**Chipley, FL 32428**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.803 5**

**Nonpriority creditor's name and mailing address**

**Victoria Mitchem**
**224n 23rd street**
**1**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.803 6**

**Nonpriority creditor's name and mailing address**

**Victoria Perez martinez**
**2312 schott rd lot 4**
**Jefferson city mo, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.803 7**

**Nonpriority creditor's name and mailing address**

**Victoria Reynaga-Dominguez**
**439 Northwest the Drive**
**Topeka, KS 66606**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.803 8**

**Nonpriority creditor's name and mailing address**

**Victoria Russell**
**4915 BAPTIST HILL ROAD**
**Hollywood, SC 29449**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.803 9**

**Nonpriority creditor's name and mailing address**

**Victoria Strohm**
**106 W 14th street**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.804 0**

**Nonpriority creditor's name and mailing address**

**Victoria Tucker**
**3018 Schroer Drive**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

| 3.804 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Victoria Washington** | ☐ Contingent | |
| **1162 Imperial Drive** | ☐ Unliquidated | |
| **Saint Stephen, SC 29479** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.804 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Victoria Wolford** | ☐ Contingent | |
| **701-A Queen St** | ☐ Unliquidated | |
| **Georgetown, SC 29440** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.804 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Victorya satterwhite** | ☐ Contingent | |
| **95 old moores mill rd** | ☐ Unliquidated | |
| **Bremen, GA 30110** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.804 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Vidal Barnett** | ☐ Contingent | |
| **9500 Drury Ave** | ☐ Unliquidated | |
| **302** | ☐ Disputed | |
| **Kansas City, MO 64137** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.804 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Viktor Caballeros** | ☐ Contingent | |
| **3310** | ☐ Unliquidated | |
| **Tuscany Ridge** | ☐ Disputed | |
| **Columbia, MO 65202** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.804 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Vince Anderson** | ☐ Contingent | |
| **3040 Floyd Ave** | ☐ Unliquidated | |
| **Saint Joseph, MO 64506** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.804 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Vincent Becker** | ☐ Contingent | |
| **2601 4th Ave** | ☐ Unliquidated | |
| **217** | ☐ Disputed | |
| **Billings, MT 59101** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8048**

**Nonpriority creditor's name and mailing address**

**Vincent Britsch**
**1929 Vaughn Road**
**Great Falls, MT 59404**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8049**

**Nonpriority creditor's name and mailing address**

**Vincent Church**
**2615 springhill road**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8050**

**Nonpriority creditor's name and mailing address**

**Vincent Collins**
**3079 Schroer Drive**
**Valdosta, GA 31602**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8051**

**Nonpriority creditor's name and mailing address**

**Vincent Tyler**
**2404 SW Paris Dr**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8052**

**Nonpriority creditor's name and mailing address**

**Vinson Plumbing and Electric**
**634 S Shady Ln**
**Dothan, AL 36301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8053**

**Nonpriority creditor's name and mailing address**

**Viola Rutledge**
**204 East Filmore Ave**
**Geneva, AL 36340**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8054**

**Nonpriority creditor's name and mailing address**

**Virginia Knight**
**117 Maple Dr**
**#A**
**Buchanan, GA 30113**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.8055**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Virginia Rogina**
**2601 4th Avenue North**          ☐ Contingent
**Rm# 107**                        ☐ Unliquidated
**Billings, MT 59101**             ☐ Disputed

Date(s) debt was incurred __       **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset? ■ No ☐ Yes

---

**3.8056**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Vista Signs Inc**
**Signarama-Summerville**          ☐ Contingent
**1731 N Main St Unit G**          ☐ Unliquidated
**Summerville, SC 29486**          ☐ Disputed

Date(s) debt was incurred __       **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset? ■ No ☐ Yes

---

**3.8057**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Vivian Cone**
**602 , Highway 273**              ☐ Contingent
**Chipley, FL 32428**              ☐ Unliquidated
                                   ☐ Disputed

Date(s) debt was incurred __       **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset? ■ No ☐ Yes

---

**3.8058**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Vivian Jenkins**
**2605 love ave**                  ☐ Contingent
**Q2**                             ☐ Unliquidated
**Tifton, GA 31794**               ☐ Disputed

Date(s) debt was incurred __       **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset? ■ No ☐ Yes

---

**3.8059**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.40**

**Vixxo Corporation**
**7000 E. Shea Blvd**              ☐ Contingent
**Scottsdale, AZ 85254**           ☐ Unliquidated
                                   ☐ Disputed

Date(s) debt was incurred __       **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset? ■ No ☐ Yes

---

**3.8060**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Volodymyr Vyshnevskyi**
**5010 W Broad Street**            ☐ Contingent
**3404**                           ☐ Unliquidated
**Sugar hill, GA 30518**           ☐ Disputed

Date(s) debt was incurred __       **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset? ■ No ☐ Yes

---

**3.8061**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**VonDrelle Brown**
**1026 wheel house lane apt F**    ☐ Contingent
**Monroe, GA 30655**               ☐ Unliquidated
                                   ☐ Disputed

Date(s) debt was incurred __       **Basis for the claim:** __

Last 4 digits of account number __   Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 1173 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.806
2**

**Nonpriority creditor's name and mailing address**

**W. Dale Summerford, Tax Collector**
**P.O. Box 817**
**Quincy, FL 32353-0817**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.806
3**

**Nonpriority creditor's name and mailing address**

**Wade Carrollton**
**166 Sherwood circle**
**Danielsville, GA 30633**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.806
4**

**Nonpriority creditor's name and mailing address**

**Wade Kye II**
**16 Ventura**
**Olathe, KS 66061**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.806
5**

**Nonpriority creditor's name and mailing address**

**Wade Laney**
**35 regeneration way**
**Jasper, GA 30175**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.806
6**

**Nonpriority creditor's name and mailing address**

**Wailani Opunui**
**1109 3rd street**
**Boonville, MO 65233**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.806
7**

**Nonpriority creditor's name and mailing address**

**Walter amaral**
**1425 joslyn st**
**Helena, MT 59601**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.806
8**

**Nonpriority creditor's name and mailing address**

**Walter Buckman**
**243 Mulling Road**
**Vidalia, GA 30474**

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Debtor** **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.8069**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Walter Estrada**
**4505 Waterloo Dr**
**4505**
**Columbia, MO 65202**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8070**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**WALTON CO. TAX COMM.**
**303 S. Hammond Drive. Suite 100**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8071**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$200.00** |

**Walton County Health Department**
**1110 East Spring Street, Suite 200**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8072**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Walton County Tax Comm**
**303 S. Hammond Dr.**
**Suite 100**
**Monroe, GA 30655**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8073**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$4,182.59** |

**WALTON EMC**
**PO BOX 1347**
**Monroe, GA 30655-1347**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8074**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Wanda Pope**
**52 S Oak St**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8075**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**WandaBethay  Bethay**
**4268 Cader Valley Ct**
**Conley, GA 30288**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.807 6 | **Nonpriority creditor's name and mailing address**<br>**Waneka Mckinney**<br>**1315 River Street**<br>**B21**<br>**Valdosta, GA 31601**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.807 7 | **Nonpriority creditor's name and mailing address**<br>**Wanika Joseph**<br>**821 vallotton drive**<br>**valdosta, GA 31601**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.807 8 | **Nonpriority creditor's name and mailing address**<br>**Warren Service Industry LLC**<br>**21896 Little LN**<br>**Waynesville, MO 65583**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$18,248.64** |

| 3.807 9 | **Nonpriority creditor's name and mailing address**<br>**Warrior Lawn & Landscape**<br>**PO Box 227**<br>**Smithville, MO 64089**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.808 0 | **Nonpriority creditor's name and mailing address**<br>**Washington Co Tax Collector**<br>**1331 S. Blvd.**<br>**Chipley, FL 32428**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.808 1 | **Nonpriority creditor's name and mailing address**<br>**Washington County Collector**<br>**PO Box 469**<br>**Sandersville, GA 31082**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.808 2 | **Nonpriority creditor's name and mailing address**<br>**Washington County Health Department**<br>**201 Morningside Drive**<br>**Sandersville, GA 31082**<br><br>**Date(s) debt was incurred** __<br><br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.808 3**

**Nonpriority creditor's name and mailing address**

**Washington County Tax Commissioner**
**Jeannette W. Anderson**
**P.O. Box 469**
**Sandersville, GA 31082**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.808 4**

**Nonpriority creditor's name and mailing address**

**Waste Connections Of Missouri**
**196 NW Industrial Court**
**Bridgeton, MO 63044-1276**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.808 5**

**Nonpriority creditor's name and mailing address**

**Waste Pro - North Ga Hauling**
**PO Box 947871**
**Atlanta, GA 30394-7871**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.808 6**

**Nonpriority creditor's name and mailing address**

**Water District No.1 Of Johnson County**
**P.O. BOX 219432**
**Kansas City, MO 64121-9432**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$149.06**

---

**3.808 7**

**Nonpriority creditor's name and mailing address**

**Waylon Langevin**
**825 N main, D**
**Buffalo Wyoming, WY 82834**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.808 8**

**Nonpriority creditor's name and mailing address**

**Waylon Pearson**
**1625 ASPEN ST**
**526**
**HELENA, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.808 9**

**Nonpriority creditor's name and mailing address**

**Wayne Archambault**
**1207 east 18th street**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8090**

**Nonpriority creditor's name and mailing address**

**Wayne Everett**
**205 Oakview Trc**
**Fayetteville, GA 30215**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8091**

**Nonpriority creditor's name and mailing address**

**Wayne Staymate**
**4756 Housers Mill Rd**
**Byron, GA 31008**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8092**

**Nonpriority creditor's name and mailing address**

**WC Farmer**
**1917 e 71st terrace**
**Kansas City, MO 64132**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8093**

**Nonpriority creditor's name and mailing address**

**Weaver Plumbing**
**2227 Boone Ford Rd**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8094**

**Nonpriority creditor's name and mailing address**

**Webstaurantstore**
**40 citation lane**
**Lititz, PA 17543**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,597.53**

---

**3.8095**

**Nonpriority creditor's name and mailing address**

**Wellnitz Tree Care, Inc**
**2330 SE Lakewood Blvd**
**Topeka, KS 66605**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$97.50**

---

**3.8096**

**Nonpriority creditor's name and mailing address**

**Wendie Griffin**
**2135 Goat Hill Rd**
**Samson, AL 36477**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.8097**

**Nonpriority creditor's name and mailing address**

**Wendy Hagan**
**2120 Miller Lane**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8098**

**Nonpriority creditor's name and mailing address**

**Wesley Haynie**
**8610 Thompson ave**
**kansas city, MO 64125**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8099**

**Nonpriority creditor's name and mailing address**

**Wesley Mitchell**
**756 Anderson Drive**
**Jonesboro, GA 30236**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8100**

**Nonpriority creditor's name and mailing address**

**Wesley Porsha**
**3818 SE Truman Ave**
**Topeka, KS 66609**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8101**

**Nonpriority creditor's name and mailing address**

**Wesley Rabun**
**28 Boulder dr**
**Carrollton, GA 30117**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8102**

**Nonpriority creditor's name and mailing address**

**Wesley Spooner**
**107 Diggins LN**
**Summerville, SC 29483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8103**

**Nonpriority creditor's name and mailing address**

**Wesley stover**
**217 E 2nd St**
**B**
**Sedalia, MO 65301**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**                                           Case number (if known) _____
Name

---

**3.8104**

**Nonpriority creditor's name and mailing address**

**Wesley Terry**
**570 kingston ln nw**
**Conyers, GA 30012**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8105**

**Nonpriority creditor's name and mailing address**

**West Florida Electric Cooperativ E**
**PO BOX 127**
**Graceville, FL 32440-0127**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$709.48**

---

**3.8106**

**Nonpriority creditor's name and mailing address**

**West Plumbing Inc**
**104 Constitution Dr Ste A**
**Warner Robins, GA 31088**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.8107**

**Nonpriority creditor's name and mailing address**

**Weston Carter**
**5 Pledger Dr SW**
**Cavesprings, GA 30124**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8108**

**Nonpriority creditor's name and mailing address**

**WEX BANK**
**P.O. BOX 4337**
**CAROL STREAM, IL 60197-4337**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8109**

**Nonpriority creditor's name and mailing address**

**Whaley Foodservice LLC**
**PO BOX 615**
**137 Cedar Rd**
**Lexington, SC 29071**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8110**

**Nonpriority creditor's name and mailing address**

**whitley Houston**
**39 east jackson ave**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.811**
**1**

**Nonpriority creditor's name and mailing address**
**Whitney Manigult**
**36 Ivory ct**
**Walterboro, SC 29488**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.811**
**2**

**Nonpriority creditor's name and mailing address**
**Whitney Waters**
**114 Poole street**
**Byron, GA 31008**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.811**
**3**

**Nonpriority creditor's name and mailing address**
**Whitney Whitehead**
**2333 millerfield rd**
**Macon, GA 31217**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.811**
**4**

**Nonpriority creditor's name and mailing address**
**Whitney Wilson**
**138 Preston st.**
**Ehrhardt, SC 29081**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.811**
**5**

**Nonpriority creditor's name and mailing address**
**Whitni Johnson**
**2553 Lilac Drive**
**Morrow, GA 30260**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.811**
**6**

**Nonpriority creditor's name and mailing address**
**Whitted Concrete and Excavation**
**Trevor Whitted**
**2472 E 485th Rd**
**Halfway, MO 65663**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.811**
**7**

**Nonpriority creditor's name and mailing address**
**Who You Gonna Call Of Middle Ga. Llc**
**3220 Ga Hwy 96**
**Fort Valley, GA 31030**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$9,582.38**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8118**

**Nonpriority creditor's name and mailing address**

**Whuinderson Febre**
**1818 n 76th Dr**
**4**
**Kansas city, KS 66112**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8119**

**Nonpriority creditor's name and mailing address**

**wiiliam Gay**
**108A fulghum drive**
**108A**
**Wrightsville, GA 31096**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8120**

**Nonpriority creditor's name and mailing address**

**will Blair**
**409 conyers st**
**havanna, FL 32333**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8121**

**Nonpriority creditor's name and mailing address**

**Will Gould**
**1727 REDWOOD DR**
**Apt A**
**WEBB CITY, MO 64870**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8122**

**Nonpriority creditor's name and mailing address**

**Will Morrissey**
**151, Chance Dr**
**Calhoun, GA 30701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8123**

**Nonpriority creditor's name and mailing address**

**Willard Daly**
**1356 Copperhead Rd**
**Cordesville, SC 29434**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8124**

**Nonpriority creditor's name and mailing address**

**William Blanchard**
**179 Castleman Road**
**Carrollton, GA 30116**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F       Schedule E/F: Creditors Who Have Unsecured Claims       Page 1182 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8125**

**Nonpriority creditor's name and mailing address**

**William boswell**
**641baughmtrd**
**sugarvalley, GA 30746**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8126**

**Nonpriority creditor's name and mailing address**

**William Croney**
**8695 Peacock Ln**
**Bucyrus, MO 65444**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8127**

**Nonpriority creditor's name and mailing address**

**William Curry**
**806 la shay lane,**
**Geneva, AL 36340**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8128**

**Nonpriority creditor's name and mailing address**

**William Davis**
**406 Patton Street**
**Moberly, MO 65270**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8129**

**Nonpriority creditor's name and mailing address**

**William Diestelkamp**
**4315 Green Briar Court**
**Washington, MO 63090**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8130**

**Nonpriority creditor's name and mailing address**

**William Gregory**
**1900 Hazelwood Dr.**
**N3**
**Charleston, SC 29407**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8131**

**Nonpriority creditor's name and mailing address**

**William Hester**
**160 Centennial dr**
**Room 245**
**Carrollton, GA 30116**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.813 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **William Holmes** | ☐ Contingent | |
| | **901 Post Oak Way** | ☐ Unliquidated | |
| | **Warner Robins, GA 31088** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.813 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **William Hopper** | ☐ Contingent | |
| | **16412 Rebecca Lane** | ☐ Unliquidated | |
| | **Belton, MO 64012** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.813 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **William Hopper** | ☐ Contingent | |
| | **16412 Rebecca Lane** | ☐ Unliquidated | |
| | **Belton, MO 64012** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.813 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **William Horsley** | ☐ Contingent | |
| | **361 Lovvorn rd #207** | ☐ Unliquidated | |
| | **207** | ☐ Disputed | |
| | **Carrollton, GA 30117** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.813 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **William Howard** | ☐ Contingent | |
| | **9936 Harrison st** | ☐ Unliquidated | |
| | **Kansas city, MO 64131** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.813 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **William Jackson** | ☐ Contingent | |
| | **1119 bentwood dr** | ☐ Unliquidated | |
| | **Warner Robins, GA 31088** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.813 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **William James** | ☐ Contingent | |
| | **3012 4th AVE. S.** | ☐ Unliquidated | |
| | **Great falls, MT 59405** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 1184 of 1218

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.8139**

**Nonpriority creditor's name and mailing address**

**William Lunsford**
**2041 old trolley rd**
**102**
**Summerville, SC 29485**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8140**

**Nonpriority creditor's name and mailing address**

**William McCoy**
**223 Candlewood Rd**
**Buffalo, MO 65622**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8141**

**Nonpriority creditor's name and mailing address**

**William Morales-Alcantara**
**101 Bridgetown Rd**
**7F**
**Goose Creek, SC 29445**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8142**

**Nonpriority creditor's name and mailing address**

**William Nunez**
**225 E River Rd**
**#12-B**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8143**

**Nonpriority creditor's name and mailing address**

**William Owen**
**PO Box 292  548 Georgia 98  E**
**Danielsville, GA 30633**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8144**

**Nonpriority creditor's name and mailing address**

**William Owens**
**1726 McDougald St**
**Geneva, AL 36340**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8145**

**Nonpriority creditor's name and mailing address**

**William P. Arnold, Jr.**
**5665 Harbor Pointe**
**Oakwood, GA 30566**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$29,495.34**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

| 3.8146 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Patton**
**6114 SW 27th St**
**6**
**Topeka, KS 66614**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.8147 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Peace**
**197 brown cir resaca ga**
**Reseca, GA 30735**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.8148 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Pearson**
**61 s eighth st**
**Lakeland, GA 31635**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.8149 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Rodriguez**
**2720 lake commons ct**
**2720**
**Snellville, GA 30078**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.8150 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Saye**
**1545 north expressway**
**PO BOX 310**
**Griffin, GA 30223**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.8151 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Turner**
**210 Pegasus Trace**
**Newnan, GA 30263**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.8152 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Waits**
**641 old pleasant hill road**
**Waco, GA 30182**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

---

**3.815 3**

**Nonpriority creditor's name and mailing address**

**William Welcome**
**2226  Central Ave W #11**
**Great Falls, MT 59404**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.815 4**

**Nonpriority creditor's name and mailing address**

**William Woods**
**547 Garden Ave**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.815 5**

**Nonpriority creditor's name and mailing address**

**Willie  R Jackson**
**855 Lincoln Dr**
**Chattahoochee, FL 32324**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.815 6**

**Nonpriority creditor's name and mailing address**

**Willie Bodiford Jr**
**270 Oak Meadows place**
**Covington, GA 30016**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.815 7**

**Nonpriority creditor's name and mailing address**

**Willie Jones**
**214 Blount Street**
**Forsyth, GA 31029**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.815 8**

**Nonpriority creditor's name and mailing address**

**Willie Palmer**
**534 Horsley Mill Rd**
**Carrollton, GA 30116**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.815 9**

**Nonpriority creditor's name and mailing address**

**Willie Smith**
**2 midland park ln**
**Newnan, GA 30263**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.816 0**

**Nonpriority creditor's name and mailing address**

**Willie Thomas**
**260 N Lee St**
**Forsyth, GA 31029**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.816 1**

**Nonpriority creditor's name and mailing address**

**willie thomas**
**119 north jones st p.o.box 282**
**119**
**Doerun, GA 31744**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.816 2**

**Nonpriority creditor's name and mailing address**

**Willie Thomas**
**307 W College St**
**Valdosta, GA 31602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.816 3**

**Nonpriority creditor's name and mailing address**

**willie wilson**
**1180 6th St sw**
**moultrie, GA 31768**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.816 4**

**Nonpriority creditor's name and mailing address**

**wilnia king**
**402 Ward st**
**Warner Robins, GA 31093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.816 5**

**Nonpriority creditor's name and mailing address**

**Wilson Eboigbe**
**4050 Flakes Mill Rd**
**Decatur, GA 30034**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.816 6**

**Nonpriority creditor's name and mailing address**

**Wilson Garciaguirre**
**272 Riverview Dr Ne**
**Resaca, GA 30735**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8167**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Wilver Sandoval** | ☐ Contingent | |
| **335 Weaver St** | ☐ Unliquidated | |
| **Emporia, KS 66801** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.8168**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $511.94 |
|---|---|---|
| **WinCo Foods, LLC** | ☐ Contingent | |
| **Property Accounting** | ☐ Unliquidated | |
| **650 N. Armstrong Place** | ☐ Disputed | |
| **Boise, ID 83704** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.8169**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Windell Vance** | ☐ Contingent | |
| **598 Edgewater Dr.** | ☐ Unliquidated | |
| **Byron, GA 31008** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.8170**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Window Wiz LLC** | ☐ Contingent | |
| **807 South Independence Street** | ☐ Unliquidated | |
| **Harrisonville, MO 64701** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.8171**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163.63 |
|---|---|---|
| **Windstream** | ☐ Contingent | |
| **PO BOX 9001908** | ☐ Unliquidated | |
| **Louisville, KY 40290** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.8172**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,699.00 |
|---|---|---|
| **Windy Ridge Services LLC** | ☐ Contingent | |
| **PO Box 2** | ☐ Unliquidated | |
| **Buffalo, WY 92834** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

**3.8173**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Wini Gordillo** | ☐ Contingent | |
| **2131 Sw High Ave** | ☐ Unliquidated | |
| **G** | ☐ Disputed | |
| **Topeka, KS 66611** | | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.817 4**

**Nonpriority creditor's name and mailing address**

**Winter Dowe**
**1733 Franklin ave**
**Waycross, GA 31503**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.817 5**

**Nonpriority creditor's name and mailing address**

**Winterrow Snow Removal LLC**
**101 Gibson Flats Road**
**Great Falls, MT 59405**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.817 6**

**Nonpriority creditor's name and mailing address**

**Wizard Window Cleaning**
**Robert Mcclure**
**6006 Peery Ave**
**Kansas, MO 64126**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,340.00**

---

**3.817 7**

**Nonpriority creditor's name and mailing address**

**Wkc Pavement Maintenance LLC**
**3404 S Marshall Ct**
**Independence, MO 64055**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.817 8**

**Nonpriority creditor's name and mailing address**

**WM Corporate Services, INC.**
**PO BOX 4648**
**Carol Stream, IL 60197-4648**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$487.37**

---

**3.817 9**

**Nonpriority creditor's name and mailing address**

**WorldWash LLC**
**5601 Vista Way**
**Casper, WY 82601**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.818 0**

**Nonpriority creditor's name and mailing address**

**Worley'S Plumbing & Drain Cleaning**
**1709 Hwy. 173**
**Graceville, FL 32440**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$350.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.818 1**

**Nonpriority creditor's name and mailing address**

**Wright Brothers Inc**
**3335 N Expressway**
**Griffin, GA 30223**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818 2**

**Nonpriority creditor's name and mailing address**

**WY Department of Agriculture**
**CO: Vanessa Gall**
**63 N. Burritt Ave. #101B**
**Buffalo, WY 82834**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818 3**

**Nonpriority creditor's name and mailing address**

**Wyatt Hamilton**
**1810 Merril St**
**Trenton, MO 64683**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818 4**

**Nonpriority creditor's name and mailing address**

**Wyatt Phenicie**
**2404 Dilmore Rd**
**Cottondale, FL 32431**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818 5**

**Nonpriority creditor's name and mailing address**

**Wyatt Reed**
**17957 highway 34 east**
**Franklin, GA 30217**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818 6**

**Nonpriority creditor's name and mailing address**

**Wyoming Asphalt Repair**
**2 Cottonwood Dr**
**Sheridan, WY 82801-9749**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818 7**

**Nonpriority creditor's name and mailing address**

**Wyoming Department of Agriculture**
**2219 Carey Ave**
**Cheyenne, WY 82002**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.8188**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                   **$0.00**

**Wyoming Department of Revenue**
**Excise Tax Division**                   ☐ Contingent
**122 W. 25th Street, Suite E301**       ☐ Unliquidated
**Cheyenne, WY 82002**                   ☐ Disputed

Date(s) debt was incurred _              **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8189**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                   **$0.00**

**Wyoming Workers' Compensation**
**PO Box 2006**                          ☐ Contingent
**CHEYENNE, WY 82003-7000**              ☐ Unliquidated
                                         ☐ Disputed

Date(s) debt was incurred _              **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8190**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                   **$0.00**

**Wyshieka Lewis**
**269 Whistle Way**                      ☐ Contingent
**Locust, GA 30248**                     ☐ Unliquidated
                                         ☐ Disputed

Date(s) debt was incurred _              **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8191**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                   **$0.00**

**Xaviell Adams**
**507 1st ave**                          ☐ Contingent
**Moultrie, GA 31768**                   ☐ Unliquidated
                                         ☐ Disputed

Date(s) debt was incurred _              **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8192**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                   **$0.00**

**Xavier Boyd**
**720 Timmons Dr**                       ☐ Contingent
**33**                                   ☐ Unliquidated
**Tifton, GA 31794**                     ☐ Disputed

Date(s) debt was incurred _              **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8193**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                   **$0.00**

**Xavier Bush**
**1960 Candace Ln**                      ☐ Contingent
**Atlanta, GA 30316**                    ☐ Unliquidated
                                         ☐ Disputed

Date(s) debt was incurred _              **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8194**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                   **$0.00**

**Xavier Drayton**
**3208 Long pond Ln**                    ☐ Contingent
**3208**                                 ☐ Unliquidated
**Goose creek, SC 29486**                ☐ Disputed

Date(s) debt was incurred _              **Basis for the claim:** _

Last 4 digits of account number _        Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **ARC Burger, LLC**
Name

Case number (if known) _____

---

3.8195

**Nonpriority creditor's name and mailing address**

**Xavier Gore**
**1205 south sam houston blvd**
**Houston, MO 65483**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.8196

**Nonpriority creditor's name and mailing address**

**Xavier Harvey**
**3011 Adventure Way**
**Ladson, SC 29456**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.8197

**Nonpriority creditor's name and mailing address**

**Xavier Jackson**
**6148 Agnes ave**
**Kansas City, MO 64130**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.8198

**Nonpriority creditor's name and mailing address**

**Xavier Lappat**
**495 otter drive**
**Syracuse, MO 65354**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.8199

**Nonpriority creditor's name and mailing address**

**Xavier Perkins**
**125 E Fambrough St Monroe**
**APT B**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.8200

**Nonpriority creditor's name and mailing address**

**Xavier Waters**
**2400 Waterside Oaks Dr SW**
**Apt 2718**
**Gainesville, GA 30504**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

3.8201

**Nonpriority creditor's name and mailing address**

**Xaviera Kaebel-Burgett**
**727 Clover Ct**
**Washington, MO 63090**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

---

**3.820 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Xavior Wallace**
**200 pleasant view**
**15**
**Washington, MO 63090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.820 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**XB Franchise Solutions**
**702 E. Osborn Road**
**Suite 100**
**Phoenix, AZ 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.820 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$387,895.00** |

**Xenial, Inc.**
**PO BOX 930157**
**Atlanta, GA 31193-0157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.820 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Xochiquetzal Cantu Flores**
**12326 Third St**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.820 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,095.93** |

**XTIUM, Inc**
**One Penn Plaza, Suite 3308**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __IT__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.820 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Xtreme Clean LLC**
**1144 Horn Street**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.820 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Xzavion Wesley**
**350 Dingle Ln**
**Saint Stephen, SC 29479**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ARC Burger, LLC**
Name

Case number (if known)

---

3.8209

**Nonpriority creditor's name and mailing address**

**Xzavyon Bennett**
**1000 Etiwan Dr**
**2308**
**Goose Creek, SC 29445**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.8210

**Nonpriority creditor's name and mailing address**

**Yadira Alvarez**
**5985 SW 22nd Park**
**21**
**Topeka, KS 66614**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.8211

**Nonpriority creditor's name and mailing address**

**Yafa Mosley**
**5216 Collier court**
**A**
**Jefferson city, MO 65109**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.8212

**Nonpriority creditor's name and mailing address**

**yahir Sanchez**
**523 Jerusalem church rd**
**Moultrie, GA 31788**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.8213

**Nonpriority creditor's name and mailing address**

**Yakameion Sims**
**17127 E Fifth St N**
**Independence, MO 64056**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.8214

**Nonpriority creditor's name and mailing address**

**Yalanda Haynes**
**1547 Riverwalk Trail**
**C**
**Atlanta, GA 30349**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.8215

**Nonpriority creditor's name and mailing address**

**Yalanda Williams**
**471 Gainesville Hwy**
**1**
**Winder, GA 30680**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor  **ARC Burger, LLC**                                    Case number (if known) _____
         Name

---

3.8216

**Nonpriority creditor's name and mailing address**

**Yanil Rivera**
**908 SW Kingscross Rd**
**Blue Springs, MO 64014**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.8217

**Nonpriority creditor's name and mailing address**

**Yarianne Hodelin**
**621 BENNINGTON AVE**
**KANSAS CITY, MO 64125**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.8218

**Nonpriority creditor's name and mailing address**

**Yarithza Vasquez Segura**
**9512 drury**
**201**
**Kansas, MO 64137**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.8219

**Nonpriority creditor's name and mailing address**

**Yashema Blackwell**
**131 spring street**
**E3**
**Royston, GA 30662**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.8220

**Nonpriority creditor's name and mailing address**

**Yasmin Prater**
**117 Gordon St**
**Warner Robins, GA 31093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.8221

**Nonpriority creditor's name and mailing address**

**Yasmine Cameron**
**628 Fremont Ave**
**Kansas City, MO 64125**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

3.8222

**Nonpriority creditor's name and mailing address**

**Yasmine Ellison**
**206 northlake dr**
**2008**
**Warner Robins, GA 31093**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.822 3**

**Nonpriority creditor's name and mailing address**

**Yasmine foster**
**1100 old statenville road**
**f6**
**valdosta, GA 31601**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.822 4**

**Nonpriority creditor's name and mailing address**

**Yasmine Ragin**
**115 oak grove road**
**115**
**Warner Robins, GA 31088**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.822 5**

**Nonpriority creditor's name and mailing address**

**Yasmine Smith**
**103 Brandywine Ct**
**Warner Robins, GA 31088**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.822 6**

**Nonpriority creditor's name and mailing address**

**Yasmine Torres**
**2506 1st ave south**
**Great Falls, MT 59401**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.822 7**

**Nonpriority creditor's name and mailing address**

**Yazmani Cruz**
**439 N Bellaire Ave**
**Kansas City, MO 64123**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.822 8**

**Nonpriority creditor's name and mailing address**

**Yazmin Moorcroft**
**10 elmora ave**
**Goose creek, SC 29445**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.822 9**

**Nonpriority creditor's name and mailing address**

**Yazmine Crews**
**759 Evans street**
**Chattahoochee, FL 32324**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

| 3.823 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yellowstone County Treasurer**
**PO Box 35010,**
**Billings, MT 59107-5010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yellowstone County Treasurer**
**2825 3rd Ave. N, #113**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yellowstone Electric Co**
**1919 4th Avenue North**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yenifer Fuentes**
**138 riverview Dr ne**
**Resaca, GA 30735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yesenia Martinez Ortega**
**1941 SW regency pkwy dr**
**#b**
**Topeka, KS 66604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yesenia Perez**
**214 S State St**
**Emporia, KS 66801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Yeyny Maryalhet Hernandez**
**5703 E 96th pl**
**208**
**Kansas city, MO 64137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.823 7**

**Nonpriority creditor's name and mailing address**
**Yhoainny Rojas Urdaneta**
**5701 E 96 Th place 103**
**103**
**Kansas city, MO 64137**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.823 8**

**Nonpriority creditor's name and mailing address**
**yikerhia Jones**
**807 Park Ave N**
**tifton, GA 31794**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.823 9**

**Nonpriority creditor's name and mailing address**
**YM Holdings, LLC**
**3451 Main St. Ste. 109**
**Chula Vista, CA 91911**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Rent**

Is the claim subject to offset? ☒ No ☐ Yes

**$11,151.34**

---

**3.824 0**

**Nonpriority creditor's name and mailing address**
**Ynobe Favors**
**2591 Whites Mill RD**
**521**
**Decatur, GA 30034**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.824 1**

**Nonpriority creditor's name and mailing address**
**Yolanda Nicholson**
**33 Heard st**
**Rome, GA 30161**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.824 2**

**Nonpriority creditor's name and mailing address**
**Yolanda Prioleau**
**9128 Penny Creek Road**
**ADAMS RUN, SC 29426**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.824 3**

**Nonpriority creditor's name and mailing address**
**Yolanda Stubbs**
**135 Orchard Pass**
**WARNER ROBINS, GA 31088**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.824 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Yorel Webb** | ☐ Contingent | |
| **388 Westside Dr** | ☐ Unliquidated | |
| **Jonesboro, GA 30238** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.824 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **yoselin garcia** | ☐ Contingent | |
| **150 Wood Ave** | ☐ Unliquidated | |
| **Pavo, GA 31778** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.824 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Youal Lemons** | ☐ Contingent | |
| **726 scenic circle drive** | ☐ Unliquidated | |
| **Bonifay, FL 32425** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.824 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Young Hoins Service Group, LLC** | ☐ Contingent | |
| **326 Choctaw St** | ☐ Unliquidated | |
| **Leavenworth, KS 66048** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.824 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Yovana Fernandez** | ☐ Contingent | |
| **1803 n 77th st** | ☐ Unliquidated | |
| **Kansas City, KS 66112** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.824 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Yovani Lucas-Domingo** | ☐ Contingent | |
| **43 old tails creek** | ☐ Unliquidated | |
| **Ellijay, GA 30540** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.825 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Yrel Gillard** | ☐ Contingent | |
| **246 urbano lane** | ☐ Unliquidated | |
| **Goose creek, SC 29445** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Debtor** **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.825 1**

**Nonpriority creditor's name and mailing address**

**Yuanya Sweet**
**216 Skyline Dr**
**Fayetteville, GA 30214**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.825 2**

**Nonpriority creditor's name and mailing address**

**Yuliana Sanchez**
**3082 glen Wallace dr**
**Cumming, GA 30040**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.825 3**

**Nonpriority creditor's name and mailing address**

**Yvette Bingham**
**86 Westcliff Circle**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.825 4**

**Nonpriority creditor's name and mailing address**

**Yvette Campos**
**2126 sportsman rd**
**trenton, MO 64683**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.825 5**

**Nonpriority creditor's name and mailing address**

**Yvette Farrar**
**600 North Ash Street**
**Buffalo, MO 65622**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.825 6**

**Nonpriority creditor's name and mailing address**

**Yvonne Brown**
**472 B big bear blvd**
**Norman park, GA 31771**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.825 7**

**Nonpriority creditor's name and mailing address**

**Yvonne Noble**
**42 E Bostick Avenue**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| **3.825 8** | |

**Nonpriority creditor's name and mailing address**

**Yvonne Noble**
**42 E Bostick Avenue**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.825 9** | |

**Nonpriority creditor's name and mailing address**

**Yvonnice Smith**
**607A Temple Rd**
**Ladson, SC 29456**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.826 0** | |

**Nonpriority creditor's name and mailing address**

**Z Camel**
**240 Flint River Rd**
**Apt K5**
**Jonesboro, GA 30238**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.826 1** | |

**Nonpriority creditor's name and mailing address**

**Z3 GWS Environmental**
**5600 Lakeview Road**
**Charlotte, NC 28269**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.826 2** | |

**Nonpriority creditor's name and mailing address**

**Z3 GWS Environmental**
**5600 LAkeview Road**
**Charlotte, NC 28269**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.826 3** | |

**Nonpriority creditor's name and mailing address**

**Zabulon Sims**
**812 Richmond St**
**1**
**Tallahassee, FL 32304**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.826 4** | |

**Nonpriority creditor's name and mailing address**

**Zaccai Byron**
**133 Beth Dr**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.826 5**

**Nonpriority creditor's name and mailing address**

**Zach Eason**
**404 power plant rd**
**Hogansville, GA 30230**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826 6**

**Nonpriority creditor's name and mailing address**

**Zach Wooton**
**324 E Dryden St**
**Odessa, MO 64076**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826 7**

**Nonpriority creditor's name and mailing address**

**Zachariah Abrams**
**4901 S Valley View Road**
**78**
**Blue Springs, MO 64015**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826 8**

**Nonpriority creditor's name and mailing address**

**Zachariah Daniels**
**1253 8th Ave NW**
**Great Falls, MT 59404**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826 9**

**Nonpriority creditor's name and mailing address**

**Zachary Agney**
**305 E Washington St**
**Cuba, MO 65453**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.827 0**

**Nonpriority creditor's name and mailing address**

**Zachary Arnold**
**20280 MO-22**
**mexico, MO 65265**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.827 1**

**Nonpriority creditor's name and mailing address**

**Zachary Branch**
**1503 N Clark St**
**Mexico, MO 65265**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.827
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Zachary Johnson**<br>**3217 11th ave S.**<br>**14**<br>**Great Falls, MT 59405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.827
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Zachary Jones**<br>**71 bisson woods rd**<br>**Lexington, GA 30648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.827
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Zachary Loveday**<br>**922 east 3rd Street**<br>**132**<br>**Gillette, WY 82716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.827
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Zachary Meyrand**<br>**207 Olive St**<br>**Windsor, MO 65360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.827
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Zachary Morris**<br>**2504 Tinsley lane**<br>**Bonifay, FL 32425** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.827
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Zachary Patterson**<br>**34 Chastain rd**<br>**Cherry log, GA 30522** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.827
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Zachary Phillips**<br>**104 W Cedar St**<br>**Houston, MO 65483** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **ARC Burger, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.8279** | |

**Nonpriority creditor's name and mailing address**

zachary Pulley
1319 taylor town road
ranger, GA 30734

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.8280** | |

**Nonpriority creditor's name and mailing address**

Zachary Robitsch
643 east 9th st
Sedalia, MO 65301

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.8281** | |

**Nonpriority creditor's name and mailing address**

Zachary Semler
188 Victory Road
Franklin, GA 30217

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.8282** | |

**Nonpriority creditor's name and mailing address**

Zachary Smith
4240 Arbor Chase Rd
Gainesville, GA 30507

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.8283** | |

**Nonpriority creditor's name and mailing address**

Zachary Suits
1204 s broad st
Commerce, GA 30529

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.8284** | |

**Nonpriority creditor's name and mailing address**

Zachary Woodard
2041 S Swope Drive
Independence, MO 64057

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.8285** | |

**Nonpriority creditor's name and mailing address**

Zacheriah Webb
8404 Frolona rd.
Franklin, GA 30217

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
| | Name | | |

**3.828 6**

**Nonpriority creditor's name and mailing address**

**Zachery Clack**
**103 rock forge ct**
**Jefferson, GA 30549**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.828 7**

**Nonpriority creditor's name and mailing address**

**Zachery Smith**
**320 se 2nd street ter**
**Blue springs, MO 64014**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.828 8**

**Nonpriority creditor's name and mailing address**

**Zackariah Ryles**
**315 9th St Sw**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.828 9**

**Nonpriority creditor's name and mailing address**

**Zackary Luna**
**3926 Pickett**
**Trailer #7**
**St.joseph, MO 64503**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.829 0**

**Nonpriority creditor's name and mailing address**

**Zackary Vessell**
**2674 Sunlake Rd**
**Bonifay, FL 32425**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.829 1**

**Nonpriority creditor's name and mailing address**

**Zackary Windham**
**206 s Bay Street**
**Samson, AL 36477**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.829 2**

**Nonpriority creditor's name and mailing address**

**Zahara Herbert**
**8703 Goswell Dr**
**Jonesboro, GA 30238**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.829 3**

**Nonpriority creditor's name and mailing address**

**Zahriana Gethers**
**5545 Ritter RD**
**Waltaboro SC, SC 29488**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 4**

**Nonpriority creditor's name and mailing address**

**Zaiden Selby**
**776 Maloy Road**
**Williamson, GA 30292**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 5**

**Nonpriority creditor's name and mailing address**

**Zaira Florez**
**442 N. Main Street**
**Buffalo, WY 82834**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 6**

**Nonpriority creditor's name and mailing address**

**Zaishun Ramsey**
**1360 Otila Drive**
**4A3**
**Gainesville, GA 30504**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 7**

**Nonpriority creditor's name and mailing address**

**Zak Black**
**1018 N 25th st**
**2**
**Billings, MT 59101**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 8**

**Nonpriority creditor's name and mailing address**

**Zakaira Achugo**
**14602 E 40th St S**
**Independence, MO 64055**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 9**

**Nonpriority creditor's name and mailing address**

**Zakyla Turner**
**1205 green street**
**9**
**Warner Robins, GA 31093**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **ARC Burger, LLC**
Name

Case number (if known) _____

---

**3.830 0**

**Nonpriority creditor's name and mailing address**

**Zamarion Harrison**
**3109s veterans pkwy**
**E14**
**Moultrie, GA 31788**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.830 1**

**Nonpriority creditor's name and mailing address**

**Zamarion Norton**
**901 e Moore**
**Valdosta, GA 31602**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.830 2**

**Nonpriority creditor's name and mailing address**

**Zamarreya Pettiford**
**443 Robin Lane**
**McDonough, GA 30253**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.830 3**

**Nonpriority creditor's name and mailing address**

**Zamier Johnson**
**74 briarwood briar circle**
**Summerville, GA 30747**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.830 4**

**Nonpriority creditor's name and mailing address**

**Zander Biondo**
**12518 E 40th Street**
**Apt #D**
**Independence, MO 64055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.830 5**

**Nonpriority creditor's name and mailing address**

**Zane Mcalister**
**1010 N Farview Dr**
**Independence, MO 64056**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.830 6**

**Nonpriority creditor's name and mailing address**

**Zaniya Britt**
**121 Neals Lane**
**Saint George, SC 29477**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8307**

**Nonpriority creditor's name and mailing address**

**Zanya Washington**
**3355 lincolndale court**
**Ellenwood, GA 30294**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8308**

**Nonpriority creditor's name and mailing address**

**Zaquori Paulhill**
**707 alder st**
**707**
**Tifton, GA 31794**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8309**

**Nonpriority creditor's name and mailing address**

**Zara Johnson**
**514 S Irwin Ave**
**Ocilla, GA 31774**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8310**

**Nonpriority creditor's name and mailing address**

**ZaRaiya Morgane**
**5867 Christopher Ln**
**Lithonia, GA 30058**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8311**

**Nonpriority creditor's name and mailing address**

**Zari Donatto**
**1710 New Orleans way**
**McDonough, GA 30252**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8312**

**Nonpriority creditor's name and mailing address**

**Zaria Bigby**
**1945 Willa dr**
**Decatur, GA 30032**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8313**

**Nonpriority creditor's name and mailing address**

**Zarria Bruton**
**1162 Imperial Drive**
**Saint Stephen, SC 29479**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F

Official Form 206 E/F       Schedule E/F: Creditors Who Have Unsecured Claims       Page 1209 of 1218

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.831 4**

**Nonpriority creditor's name and mailing address**

**Zavion Delgado-Montgomery**
**5201 sw 31st st**
**Topeka, KS 66614**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.831 5**

**Nonpriority creditor's name and mailing address**

**Zay Boyd**
**119 Langley drive**
**D**
**Summerville, SC 29485**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.831 6**

**Nonpriority creditor's name and mailing address**

**Zaylen Washington**
**300 Virginia Dr**
**Warner Robins, GA 31093**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.831 7**

**Nonpriority creditor's name and mailing address**

**Zeda Sims-Payne**
**208 Dogwood Street, #20**
**Saint Joseph, MO 64505**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.831 8**

**Nonpriority creditor's name and mailing address**

**Zeferina Gutierrez**
**306 N. Clinton**
**Olathe, KS 66061**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.831 9**

**Nonpriority creditor's name and mailing address**

**Zemory Boone**
**402 Colbert-Danielsville Rd**
**Danielsville, GA 30633**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.832 0**

**Nonpriority creditor's name and mailing address**

**Zenwork Tax1099**
**1 East Center Street #250**
**Fayetteville, AR 72701**

**Date(s) debt was incurred __**
**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.832
1**

**Nonpriority creditor's name and mailing address**

**Zeona Alston**
**209 Cottonwood Ln**
**Lot 3**
**Moncks Corner, SC 29461**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.832
2**

**Nonpriority creditor's name and mailing address**

**Zesy Salazar**
**138 riverview Dr NE**
**Casa**
**Resaca, GA 30735**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.832
3**

**Nonpriority creditor's name and mailing address**

**Zhaevion Sparrow**
**406 Victoria Place**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.832
4**

**Nonpriority creditor's name and mailing address**

**Zhania Frederick**
**1847 Addidas Street**
**Eutawville, SC 29048**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.832
5**

**Nonpriority creditor's name and mailing address**

**Zhikerria Brown**
**4 Pine Valley Circle**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.832
6**

**Nonpriority creditor's name and mailing address**

**Ziah Prendergast**
**6089 mincey rd**
**Stone Mountain, GA 30087**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.832
7**

**Nonpriority creditor's name and mailing address**

**Ziglin Signs Inc**
**540 Vossbrink Drive**
**Washington, MO 63090**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.832 8**

**Nonpriority creditor's name and mailing address**

**Zimora james**
**471 Parkside Way**
**McDonough   30253**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.832 9**

**Nonpriority creditor's name and mailing address**

**Zion El**
**107 Ravenwood Way**
**Warner Robins, GA 31028**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.833 0**

**Nonpriority creditor's name and mailing address**

**Zion Walden**
**217 Simeon street**
**Thomasville, GA 31792**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.833 1**

**Nonpriority creditor's name and mailing address**

**Zion Washington**
**283 Galway Lane**
**Hampton, GA 30228**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.833 2**

**Nonpriority creditor's name and mailing address**

**Ziyawnna Roundtree**
**408 Martin Avenue**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.833 3**

**Nonpriority creditor's name and mailing address**

**Zmauria Willis**
**109 hidden creek cir**
**warner Robins, GA 31088**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.833 4**

**Nonpriority creditor's name and mailing address**

**Zniya Spear**
**315 15th St SE,**
**E8**
**Moultrie, GA 31768**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **ARC Burger, LLC**
Name
Case number (if known)

| | |
|---|---|
| **3.833 5** | |

**Nonpriority creditor's name and mailing address**
**Zoe Green**
**2601 4th Ave N**
**219**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.833 6** | |

**Nonpriority creditor's name and mailing address**
**Zoe Thompson**
**626 East Summit**
**Rm# 15**
**Mexico, MO 65265**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.833 7** | |

**Nonpriority creditor's name and mailing address**
**Zoey Butcher**
**General delivery Helena MT**
**Helena, MT 59601**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.833 8** | |

**Nonpriority creditor's name and mailing address**
**Zoie Reed**
**2514 State Highway 73**
**Tunas, MO 65764**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.833 9** | |

**Nonpriority creditor's name and mailing address**
**Zombie  Hengsteler**
**2210 9th Ave North**
**Billings, MT 59101**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.834 0** | |

**Nonpriority creditor's name and mailing address**
**Zoreah Gurdon**
**2391 Ciji Circle**
**Snellville, GA 30039**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.834 1** | |

**Nonpriority creditor's name and mailing address**
**Zorian Reeves**
**312 Lincoln Dr**
**Tennille, GA 31089**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor    **ARC Burger, LLC**                                    Case number (if known) _____
          Name

---

| 3.834 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Zshakira Davis** | ☐ Contingent | |
| **2918 walker view ct** | ☐ Unliquidated | |
| **Atlanta, GA 30316** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.834 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **ZTERS INC** | ☐ Contingent | |
| **13727 Office Park Dr** | ☐ Unliquidated | |
| **Houston, TX 77070** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.834 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Zurianna Caldwell** | ☐ Contingent | |
| **2015 8th ave n** | ☐ Unliquidated | |
| **Great Falls, MT 59401** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.834 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Zyauna Johnson** | ☐ Contingent | |
| **1111 Meade st** | ☐ Unliquidated | |
| **Moncks Corner, SC 29461** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.834 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Zydasia Everett** | ☐ Contingent | |
| **119 Old Mission Way** | ☐ Unliquidated | |
| **Warner Robins, GA 31088** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.834 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Zyeron Miller** | ☐ Contingent | |
| **928 W Popular St** | ☐ Unliquidated | |
| **Griffin, GA 30223** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.834 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Zyha Fredericks** | ☐ Contingent | |
| **416 beauregard rd** | ☐ Unliquidated | |
| **summerville, SC 29486** | ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.834 9**

**Nonpriority creditor's name and mailing address**

**Zykenzie Calhoun**
**129 south 9th street**
**Lakeland, GA 31635**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.835 0**

**Nonpriority creditor's name and mailing address**

**Zykeria Jones**
**733 A lacy street**
**733**
**Monroe, GA 30655**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.835 1**

**Nonpriority creditor's name and mailing address**

**Zykerrian Thornton**
**807 south fry street**
**243**
**Valdosta, GA 31601**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.835 2**

**Nonpriority creditor's name and mailing address**

**Zykia Stevenson**
**402 E Second St**
**Adel, GA 31620**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.835 3**

**Nonpriority creditor's name and mailing address**

**Zykieria Tauaese**
**9387 Crest Knoll Ct**
**Jonesboro, GA 30238**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.835 4**

**Nonpriority creditor's name and mailing address**

**ZyKoria Guster**
**1215 Old Bonifay Road**
**Chipley, FL 32428**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.835 5**

**Nonpriority creditor's name and mailing address**

**Zymariah Felder**
**315 Sarah Drive**
**Warner Robins, GA 31093**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor      **ARC Burger, LLC**                                      Case number (if known) _____
_____Name_____

| 3.835 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Zymeka Lawrence**
**17 Gordon Street, #B**
**Hawkinsville, GA 31036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Zyne Clark**
**12177 Dickson Rd**
**Hampton, GA 30228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Zynorian Martin**
**560 Cool Springs Road**
**Moultrie, GA 31776**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Zyon Bowman**
**210 Blanchard St**
**Walterboro, SC 29488**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Zyrania Johnson**
**146 South Oak St**
**Lakeland, GA 31635**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Zyrayah Brown**
**356 Flyway Rd**
**Goose Creek, SC 29445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | ARC Burger, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | FL Commission on Human Rights<br>4075 Esplanade Way<br>Tallahassee, FL 32399 | Line **3.5725**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Harlan D. Kahn<br>Much Shelist, P.C.<br>191 N. Wacker Dr., #1700<br>Chicago, IL 60606 | Line **3.988**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Heartland Payment Systems Inc.<br>90 Nassau St.<br>Princeton, NJ 08542 | Line **3.3235**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Kansas Department of Revenue<br>Sales and Use Tax<br>PO Box 3506<br>Topeka, KS 66625-3506 | Line **2.47**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Kansas Department of Revenue<br>Corporate Tax<br>PO Box 750260<br>Topeka, KS 66699-0260 | Line **2.47**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Mahoney Environmental<br>712 Essington Rd.<br>Joliet, IL 60435 | Line **3.5328**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | MO Commission on Human Rights<br>421 E. Dunklin St.<br>Jefferson City, MO 65101 | Line **3.6607**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Montana Department of Labor<br>& Industry -<br>PO Box 201503<br>Helena, MT 59620 | Line **2.61**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | Nickolas C. Templin<br>Schmitt Templin, LLC<br>2600 Grand Blvd., #380<br>Kansas City, MO 64108 | Line **3.6607**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | US EEOC<br>7391 Hodgson Memorial Dr.<br>Savannah, GA 31406 | Line **3.5140**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | US EEOC<br>7391 Hodgson Memorial Dr.<br>Savannah, GA 31406 | Line **3.8050**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Xenial, Inc.<br>1684 S. Broad St., #300<br>Lansdale, PA 19446 | Line **3.8204**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | Zarco Einhorn Salkowski, P.A.<br>2 S. Biscayne Blvd.<br>Miami, FL 33131 | Line **3.206**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **ARC Burger, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,006,430.80 |
| **5b. Total claims from Part 2** | 5b. **+** | $ 15,353,512.40 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 16,359,943.20 |

**Fill in this information to identify the case:**

Debtor name    **ARC Burger, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest  **Wyoming Choice Gas Program Supplier Delegation Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Archer Energy, LLC**<br>**9777 Fairway Drive**<br>**Powell, OH 43065** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest  **Master Services Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ascend Technologies, LLC**<br>**200 W. Adams Street, #1600**<br>**Chicago, IL 60606** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest  **Management Liability Policy**<br><br>State the term remaining<br><br>List the contract number of any government contract | **AXIS Insurance**<br>**10000 Avalon Blvd.**<br>**Suite 200**<br>**Alpharetta, GA 30009** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest  **Administrative Service Agreement (Paylocity)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Benefit Admin. Technologies**<br>**dba BeneFLEX HR Resources**<br>**10805 Sunset Office Dr., #401**<br>**Saint Louis, MO 63127** |

| Debtor 1 | **ARC Burger, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Store No. 1505953 - 242 GA Hwy 49N, Byron, GA 31008** | |
|---|---|---|---|
| | State the term remaining | **End Date: 12/24/2033** | **BHD Properties, LLC 34 Bent Tree Lane Hilton Head Island, SC 29926** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Processing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Bighorn Restaurants, LLC 7490 Clubhouse Rd., 2nd FL Boulder, CO 80301** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Biz ReTek Inc David A. Treger 1289 Church Ct. Aurora, IL 60502** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Energy Management Outsourcing Contract** | |
|---|---|---|---|
| | State the term remaining | | **Budderfly SPV I, LLC 2 Trap Falls Rd. Suite 310 Shelton, CT 06484** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Price Assurance Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Chilton Oil Company 801 S. MacArthur Salem, MO 65560** |
| | List the contract number of any government contract | | |

Debtor 1  **ARC Burger, LLC**                                          Case number (*if known*) _____
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest — **National Rental Agreement** | **Cintas Corporation** **6800 Cintas Blvd.** **Cincinnati, OH 45262** |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Store No. 1505983 -4538 Oakwood Rd., Oakwood, GA 30566** | **CIRE Property Management** **P.O. Box 11248** **Santa Rosa, CA 95406** |
| State the term remaining — **End Date: 12/24/2033** | |
| List the contract number of any government contract | |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Star University License Agreement** | **CKE Restaurants, Inc.** **Attn: Star University** **6700 Tower Circle, #1000** **Franklin, TN 37067** |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Amended and Restated Franchisee Participation Agreement; Amended and Restated Beverage Marketing Agreement** | **Coca-Cola North America** **Attn: Chief Customer Office** **One Coca-Cola Plaza** **Atlanta, GA 30301** |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Supersuite Services Agrement** | **Cookdash Inc. dba Superorder** **2261 Market St.** **San Francisco, CA 94114** |
| State the term remaining | |
| List the contract number of any government contract | |

| Debtor 1 | **ARC Burger, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Supply Agreement**<br><br><br><br>**Crown Bakeries, LLC**<br>**P.O. Box 532297**<br>**Atlanta, GA 30353** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Side a Dic**<br><br><br><br>**Crum & Forster**<br>**101 Hudson Street, 32nd Fl**<br>**Jersey City, NJ 07302** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Franchisee User Agreement**<br><br><br><br>**CrunchTime Information System Inc.**<br>**120 Causeway Str., Ste. 306**<br>**Boston, MA 02114** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Store No. 1506262 -5373 E. Bannister Rd., Kansas City, MO 64137**<br><br>**End Date: 7/19/2036**<br><br>**D & N Land Company LLC**<br>**PO Box 8**<br>**Osage Beach, MO 65065** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Spent Cooking Oil Removal**<br><br><br><br>**Darling Int'l Inc.**<br>**Griffin Industries**<br>**915 N. 5th St.**<br>**Collinsville, OK 74021** |

Debtor 1  **ARC Burger, LLC**                                         Case number (*if known*) _____
_____
First Name      Middle Name        Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Store No. 1500074 -2424 SW 6th St., Topeka, KS 66606**

**End Date: 6/20/2038**

**Dashew Fountains Properties, LLC
c/o NAC Las Vegas, LLC
9079 W Post Rd #120
Las Vegas, NV 89148**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Store No. 1501175 -3911 N. Belt Hwy., Saint Joseph, MO 64506**

**End Date: 6/30/2030**

**David Dang & Kyle Dang
126 Laura St.
San Francisco, CA 94112**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Store No. 1502993 -12901 N. Ashley St., Valdosta, GA 31602**

**Dee H. Food System, Inc
5782 Long Pond Rd.
Lake Park, GA 31636**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Corporate Dining Restaurant Agreement**

**Unsigned**

**DINOVA, Inc.
Attn: Alison Quinn, CEO
6455 E. Johns Crossing, #220
Duluth, GA 30097**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Master Subscription Agreement**

**DTiQ Technologies, Inc.
111 Speen St., #550
Framingham, MA 01701**

---

Debtor 1   **ARC Burger, LLC**                                                                Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Service Agreement; Amendment to Master Warewash Program Agreement; QSR Managed Water Filtration Program Agreement**<br><br>State the term remaining **Expired 1/31/2020**<br><br>List the contract number of any government contract | **Ecolab Inc**<br>**Maarten Potjer, SVP & GM**<br>**370 Wabasha Street**<br>**Saint Paul, MN 55102** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Store No. 1503133 -1301 Maple Ave., Geneva, AL 36340**<br><br>State the term remaining **1st Renewal Option End: 12/30/2030**<br><br>List the contract number of any government contract | **Edith Mae Gales IRR Trust**<br>**22 Weathersfield Bow Dr.**<br>**Essex Junction, VT 05452** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Store No. 1504027, 1300 S. Jefferson Ave., Lebanon, MO 65536**<br><br>State the term remaining **1st Renewal Option End: 4/24/2027**<br><br>List the contract number of any government contract | **Ehrhardt Family, LLLP**<br>**2 Melgrove, Suite 200**<br>**Hannibal, MO 63401** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Master Services Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ernst & Young**<br>**55 Ivan Allen Jr. Blvd.**<br>**Suite 1000**<br>**Atlanta, GA 30308** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Experian Employer Services Standard Terms and Conditions and Work Opportunity Tax Credit Services Schedule**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Experian Employer Services**<br>**Attn: General Counsel, Law Dpt**<br>**475 Anton Blvd.**<br>**Costa Mesa, CA 92626** |

Debtor 1  **ARC Burger, LLC** _____     Case number (*if known*) _____
          First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest — **Florida Public Utilities Propane Supply Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Florida Public Utiltites**<br>**Po Box 829981**<br>**Philadelphia, PA 19182-9981** |
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Internet services - business plus high capacity data plan**<br><br>State the term remaining<br><br>List the contract number of any government contract | **For2Fi, Inc.**<br>**PO Box 79428**<br>**North Dartmouth, MA 02747** |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Supply Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Franz Family Bakery**<br>**PO Box 742654**<br>**Los Angeles, CA 90074-2654** |
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest — **Used Fryer Oil Recycling Service Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Full Circle Biofuels**<br>**P.O. Box 1440**<br>**Belgrade, MT 59714** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Transfer & Assumption Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Fusion Connect**<br>**320 Interstate N. Pkwy SE**<br>**Suite 300**<br>**Atlanta, GA 30339** |

| Debtor 1 | **ARC Burger, LLC** | | | Case number *(if known)* | |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Natural Gas Supply Agreement**

State the term remaining — **End Dae: 6/30/2026**

List the contract number of any government contract

**Gas South**
**3625 Cumberland Blvd.**
**#1500**
**Atlanta, GA 30339**

**2.36.** State what the contract or lease is for and the nature of the debtor's interest — **Georgia Logo Sign Program**

State the term remaining

List the contract number of any government contract

**Georgia Logos**
**6597 Peachtree Industrial Blvd**
**Suite A**
**Norcross, GA 30092**

**2.37.** State what the contract or lease is for and the nature of the debtor's interest — **Master Services Agreement**

State the term remaining

List the contract number of any government contract

**Global HR Research, LLC**
**Attn: Legal**
**9530 Marketplace Rd., #301**
**Fort Myers, FL 33912**

**2.38.** State what the contract or lease is for and the nature of the debtor's interest — **Landscaping Maintenance**

State the term remaining

List the contract number of any government contract

**Green Acres Landscaping**
**Attn: Karen Moore**
**PO Box 774**
**Saint George, SC 29477**

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Grubhub Franchisor Agreement; Grubhub Franchisee Participation Agreement**

State the term remaining

List the contract number of any government contract

**Grubhub Holdings Inc.**
**Attn: Legal Dept.**
**111 W. Washington St., #2100**
**Chicago, IL 60602**

Debtor 1   **ARC Burger, LLC**
_____          Case number *(if known)* _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Store No. 1501039 - 5201 Ashley Phosphate Rd., North Charleston, SC 29418**<br>**2nd Renewal Option End: 1/31/2025** | **Hardee's Restaurants, LLC**<br>**6700 Tower Circle, #1000**<br>**Attn: Lease Administration**<br>**Franklin, TN 37067** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Store No. 1500228 -503 N. Jefferies Blvd., Walterboro, SC 29488**<br><br>**End Date: 4/29/2027** | **Hardee's Restaurants, LLC**<br>**6700 Tower Circle, #1000**<br>**Attn: Lease Administration**<br>**Franklin, TN 37067** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Store No. 1500244 - 228 E 5th St., Washington, MO 63090**<br><br>**End Date: 5/17/2029** | **Hardee's Restaurants, LLC**<br>**6700 Tower Circle, #1000**<br>**Attn: Lease Administration**<br>**Franklin, TN 37067** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Store No.1500361 -1005 Elm St West, Hampton, SC 29924**<br><br>**End Date: 9/30/2032** | **Hardee's Restaurants, LLC**<br>**6700 Tower Circle, #1000**<br>**Attn: Lease Administration**<br>**Franklin, TN 37067** |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Store No. 1500365 - 422 N Highway 52, Moncks Corner, SC 29461**<br><br>**End Date: 10/27/2034** | **Hardee's Restaurants, LLC**<br>**6700 Tower Circle, #1000**<br>**Attn: Lease Administration**<br>**Franklin, TN 37067** |

Debtor 1   **ARC Burger, LLC**

First Name        Middle Name        Last Name

Case number *(if known)*



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Store No. 1500796 - 515 S. Alabama Ave., Bremen, GA 30110 | |
|---|---|---|---|
| | State the term remaining | End Date: 2nd Option term - 1/31/2030 | **Hardee's Restaurants, LLC 6700 Tower Circle, #1000 Attn: Lease Administration Franklin, TN 37067** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Store No. 1500798 -1208 Industrial Blvd., East Ellijay, GA 30540 | |
|---|---|---|---|
| | State the term remaining | End Date: 9/30/2020 | **Hardee's Restaurants, LLC 6700 Tower Circle, #1000 Attn: Lease Administration Franklin, TN 37067** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Store No. 1500802 - 101 Princeton Blvd., Adairsville, GA 30103 | |
|---|---|---|---|
| | State the term remaining | End Date: 11/30/2021 | **Hardee's Restaurants, LLC 6700 Tower Circle, #1000 Attn: Lease Administration Franklin, TN 37067** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Store No. 1500817 -1402 N. Main St., Summerville, SC 29483 | |
|---|---|---|---|
| | State the term remaining | End Date: 10/31/2027 | **Hardee's Restaurants, LLC 6700 Tower Circle, #1000 Attn: Lease Administration Franklin, TN 37067** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Store No. 1500837 -1375 S. Park St., Carrollton, GA 30117 | |
|---|---|---|---|
| | State the term remaining | 2nd Renewal Option End: 12/31/2027 | **Hardee's Restaurants, LLC 6700 Tower Circle, #1000 Attn: Lease Administration Franklin, TN 37067** |
| | List the contract number of any government contract | | |

Debtor 1  **ARC Burger, LLC**         Case number *(if known)* _____

First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.50.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Store No. 1500896 -2100 SW Wanamaker Rd., Topeka, KS 66614**

**2nd Renewal Option End: 1/31/2029**

Hardee's Restaurants, LLC
6700 Tower Circle, #1000
Attn: Lease Administration
Franklin, TN 37067

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Store No. 1500904 -2284 US 41 Highway NE, Calhoun, GA 30701**

**End Date: 10/27/2034**

Hardee's Restaurants, LLC
6700 Tower Circle, #1000
Attn: Lease Administration
Franklin, TN 37067

**2.52.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Store No. 1500963 -2109 Savannah Highway, Charleston, SC 29414**

**1st Renewal Option End: 5/28/2029**

Hardee's Restaurants, LLC
6700 Tower Circle, #1000
Attn: Lease Administration
Franklin, TN 37067

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Store No. 1501896 -8770 US Highway 27, Franklin, GA 30217**

**End Date: 10/27/2034**

Hardee's Restaurants, LLC
6700 Tower Circle, #1000
Attn: Lease Administration
Franklin, TN 37067

**2.54.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Store No. 1501913, 702 N. Franklin St., Cuba, MO 65453**

Hardee's Restaurants, LLC
6700 Tower Circle, #1000
Attn: Lease Administration
Franklin, TN 37067

| Debtor 1 | ARC Burger, LLC | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.55.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Store No. 1501985 -2829 Watson Blvd., Warner Robins, GA 31093** | **Hardee's Restaurants, LLC 6700 Tower Circle, #1000 Attn: Lease Administration Franklin, TN 37067** |
| **2.56.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Store No. 1506039 -1204 Turner McCall, Rome, GA 30161**<br><br>**End Date 12/31/2024** | **Hardee's Restaurants, LLC 6700 Tower Circle, #1000 Attn: Lease Administration Franklin, TN 37067** |
| **2.57.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Talent Technology Subscription Agreement** | **HARRI LLC PO BOX 24620 New York, NY 10087-4620** |
| **2.58.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Merchant Processing Agreement between Heartland Payment Systems and Lund Brown Group** | **Heartland Payment Systems LLC Attn: Customer Care One Heartland Way Jeffersonville, IN 47130** |
| **2.59.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Human Resources Talent Acquisition Management Services Retainer Agreement** | **HR Resource Team LLC Kimberly Ervin 3013 S Wolf Rd - STE 196 Westchester, IL 60154** |

| Debtor 1 | ARC Burger, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | Store No. 1505722 -1575 Hwy 20 West, McDonough, GA 30253 | |
|---|---|---|---|
| | State the term remaining | End Date: 7/24/2033 | HREP MCDONOUGH LLC 43 Woodstock St. Roswell, GA 30075 |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement | |
|---|---|---|---|
| | State the term remaining | | Hughes Network Systems, LLC Attn: General Counsel 11717 Exploration Lane Germantown, MD 20876 |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | Store No. 1505846 -3112 US Highway 278 W, Covington, GA 30014 | |
|---|---|---|---|
| | State the term remaining | End Date: 11/30/2026 | Jerry A. Bouchillon and Kathryn Bouchillon 8424 Fairway Dr. Covington, GA 30014 |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | Billboard Advertising Cost-Sharing Agreement | |
|---|---|---|---|
| | State the term remaining | | Love's Travel Stops & Country Stores, Inc. 10601 N. Pennsylvania Oklahoma City, OK 73120 |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | Store No. 1503940 - 320 Euclid Ave., Helena, MT 59601 | |
|---|---|---|---|
| | State the term remaining | | Lundy Center, Inc 1205 S Higgings Missoula, MO 59801 |
| | List the contract number of any government contract | | |

Debtor 1   **ARC Burger, LLC**                                    Case number (*if known*) _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.65.** State what the contract or lease is for and the nature of the debtor's interest — **UCO Customer Agreement; Customer Service Agreement; Grease Trap Service Agreement; Customer Service Trap Agreement; Exclusive Used Cooking Oil Management Agreement for Direct Connection Use Option** | |
| State the term remaining | **Mahoney Environmental (ME) Mary Taylor, National Acct Mgr 712 Essington Rd Joliet, IL 60435** |
| List the contract number of any government contract | |
| **2.66.** State what the contract or lease is for and the nature of the debtor's interest — **Supply Agreement** | |
| State the term remaining | **McLane Foodservice, Inc. Attn: Philip Chaney 2085 Midway Rd. Carrollton, TX 75006** |
| List the contract number of any government contract | |
| **2.67.** State what the contract or lease is for and the nature of the debtor's interest — **Application Services Agreement** | |
| State the term remaining | **Mirus Information Technology Services, Inc. 820 Gessner Rd., #1600 Houston, TX 77024** |
| List the contract number of any government contract | |
| **2.68.** State what the contract or lease is for and the nature of the debtor's interest — **Participation Agreement** | |
| State the term remaining | **Missouri Logos 4742-A Country Club Dr. Jefferson City, MO 65109** |
| List the contract number of any government contract | |

| Debtor 1 | **ARC Burger, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.69.**

| State what the contract or lease is for and the nature of the debtor's interest | **Store No.1503883 - 2404 Central Ave., Billings, MT 59102** | |
|---|---|---|
| State the term remaining | **4th Renewal Option End: 12/31/2026** | **MODAKCO, LLC P.O. Box 640 Rapid City, SD 57709** |
| List the contract number of any government contract | | |

**2.70.**

| State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|
| State the term remaining | | **Netspend Holdings, Inc. Attn: Corporte Secretary 1 TSYS Way Columbus, GA 31901** |
| List the contract number of any government contract | | |

**2.71.**

| State what the contract or lease is for and the nature of the debtor's interest | **NuCO2 Beverage Gas Equipment/Product Supply Agreement** | |
|---|---|---|
| State the term remaining | | **NuCO2 LLC Attn: Corporate Secretary 2800 SE Market Place Stuart, FL 34997** |
| List the contract number of any government contract | | |

**2.72.**

| State what the contract or lease is for and the nature of the debtor's interest | **Landscaping Maintenance** | |
|---|---|---|
| State the term remaining | | **Paulk Landscaping 1000 Coley Station Rd. Cochran, GA 31014** |
| List the contract number of any government contract | | |

**2.73.**

| State what the contract or lease is for and the nature of the debtor's interest | **Store No.1506246 - 99 Sandy Run Rd., Bonaire, GA 31005** | |
|---|---|---|
| State the term remaining | **End Date: 11/30/2036** | **PK&P Investment Co. 9190 W. Olympic Blvd. Beverly Hills, CA 90212** |
| List the contract number of any government contract | | |

Debtor 1  **ARC Burger, LLC**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.74.** State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

**Master Services Agreement**

PlayNetwork, Inc.
8727 148th Avenue NE
Redmond, WA 98052

---

**2.75.** State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

**Administrative Services Agreement**

Puzzle Solutions, LLC
Attn: Jonathan Boehmer-VP
4030 Boy Scout Blvd.,# 325
Tampa, FL 33607

---

**2.76.** State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

**Solid Waste Consulting Agreement**

RB Perry, LLC
Attn: John E. Heins
P.O. Box 2669
Nashville, TN 37216

---

**2.77.** State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

**Service Agreement**

Republic Services
National Accounts LLC
18500 N Allied Way
Phoenix, AZ 85054

---

**2.78.** State what the contract or lease is for and the nature of the debtor's interest

  State the term remaining

  List the contract number of any government contract

**Master Services Agreement**

Resource Point of Sales LLC
1765 N Elston Ave
Chicago, IL 60642

---

| Debtor 1 | **ARC Burger, LLC** | | | Case number *(if known)* | |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Business Manager & Revenue Recapture Services** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Restaurant Technology Solutions, LLC - Otter** |
| | List the contract number of any government contract | | **777 S. Figueroa St., #4100 Los Angeles, CA 90017** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **12 Month Service Contract renews from year to year** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Royal Landscaping & Lawncare Attn: Tara Prescott** |
| | List the contract number of any government contract | | **2621 Ga. Highway 20 NE Conyers, GA 30012** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **SmartLynX-Kitchen Efficiency Module software** | |
| --- | --- | --- | --- |
| | State the term remaining | | **SabreTooth Technologies, LLC Attn: Les Krolls-CEO** |
| | List the contract number of any government contract | | **7031 Albert Pick Rd., Ste 100 Greensboro, NC 27409** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Store No. 1500431 -17701 E Hwy 24, Independence, MO 64056 End Date: 12/31/2033** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Spirit Master Funding X, LLC** |
| | List the contract number of any government contract | | **2727 N. Harwood St. Ste. 300 Dallas, TX 75201** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Store No. 1500434 -6323 Independence Ave, Kansas City, MO 64125 End Date: 12/31/2033** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Spirit Master Funding X, LLC** |
| | List the contract number of any government contract | | **2727 N. Harwood St. Ste. 300 Dallas, TX 75201** |

Debtor 1  **ARC Burger, LLC**                                               Case number *(if known)* _____

  First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.84.** State what the contract or lease is for and the nature of the debtor's interest

**Store No. 1500544 -8021 State Ave., Kansas City, KS 66112**

State the term remaining   **End Date: 12/31/2033**

List the contract number of any government contract

**Spirit Master Funding X, LLC
2727 N. Harwood St. Ste. 300
Dallas, TX 75201**

**2.85.** State what the contract or lease is for and the nature of the debtor's interest

**Store No. 1500549 -1849 E. 9th St., Trenton, MO 64683**

State the term remaining   **End Date: 12/31/2033**

List the contract number of any government contract

**Spirit Master Funding X, LLC
2727 N. Harwood St. Ste. 300
Dallas, TX 75201**

**2.86.** State what the contract or lease is for and the nature of the debtor's interest

**Store No. 1500157 -1126 E. 12th St., Emporia, KS 66801**

State the term remaining   **End Date: 12/31/2033**

List the contract number of any government contract

**Spirit Master Funding X, LLC
2727 N. Harwood St. Ste. 300
Dallas, TX 75201**

**2.87.** State what the contract or lease is for and the nature of the debtor's interest

**Store No. 1500683 -1100 SW 3rd St, Lees Summit, MO 64081**

State the term remaining   **End 12/31/2033**

List the contract number of any government contract

**Spirit Master Funding X, LLC
2727 N. Harwood St. Ste. 300
Dallas, TX 75201**

**2.88.** State what the contract or lease is for and the nature of the debtor's interest

**Fixed Asset Services**

State the term remaining

List the contract number of any government contract

**Stoltman Consulting LLC
8818 193rd St W
Lakeville, MN 55044**

| Debtor 1 | **ARC Burger, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.89.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Merchant Processing Agreement** | **Summit Restaurant Dev., LLC**<br>**7490 Clubhouse Rd, 2nd FL**<br>**Boulder, CO 80301** |
| **2.90.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Store No. 1500491 -1619 North Expressway, Griffin, GA 30223**<br>**End Date: 12/31/2033** | **SVC ABS, LLC**<br>**c/o the RMR Group LLC**<br>**P.O. Box 713163**<br>**Chicago, IL 60677-0363** |
| **2.91.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Store No. 1500507 - 44 Homer Rd, Commerce, GA 30529**<br>**End Date: 12/31/2033** | **SVC ABS, LLC**<br>**c/o the RMR Group LLC**<br>**P.O. Box 713163**<br>**Chicago, IL 60677-0363** |
| **2.92.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Store No. 1500630 - 260 N. Lee St., Forsyth, GA 31029**<br>**End Date: 12/31/2033** | **SVC ABS, LLC**<br>**c/o the RMR Group LLC**<br>**P.O. Box 713163**<br>**Chicago, IL 60677-0363** |
| **2.93.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Store No. 1500302 -341 Broad St., Hawkinsville, GA31036**<br>**End Date: 12/31/2033** | **SVC ABS, LLC**<br>**c/o the RMR Group LLC**<br>**P.O. Box 713163**<br>**Chicago, IL 60677-0363** |

| Debtor 1 | ARC Burger, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | Store No. 1500346 -2516 Bouldercrest Dr., Atlanta, GA 30316 | |
|---|---|---|---|
| | State the term remaining | End Date: 12/31/2033 | SVC ABS, LLC c/o the RMR Group LLC P.O. Box 713163 Chicago, IL 60677-0363 |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | Store No. 1500368 -315 S. Broad St., Monroe, GA 30655 | |
|---|---|---|---|
| | State the term remaining | End Date: 12/31/2033 | SVC ABS, LLC c/o the RMR Group LLC P.O. Box 713163 Chicago, IL 60677-0363 |
| | List the contract number of any government contract | | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | Store No. 1500839 -125 W. Maple St., Cumming, GA30040 | |
|---|---|---|---|
| | State the term remaining | End Date: 12/31/2033 | SVC ABS, LLC c/o the RMR Group LLC P.O. Box 713163 Chicago, IL 60677-0363 |
| | List the contract number of any government contract | | |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | Store No. 1501018 -182 Keys Ferry St., McDonough, GA 30253 | |
|---|---|---|---|
| | State the term remaining | End Date: 12/31/2033 | SVC ABS, LLC c/o the RMR Group LLC P.O. Box 713163 Chicago, IL 60677-0363 |
| | List the contract number of any government contract | | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | Store No. 1502604 -1729 1st Ave SE, Moultrie, GA 31768 | |
|---|---|---|---|
| | State the term remaining | End Date: 12/31/2033 | SVC ABS, LLC c/o the RMR Group LLC P.O. Box 713163 Chicago, IL 60677-0363 |
| | List the contract number of any government contract | | |

Debtor 1  **ARC Burger, LLC**                                          Case number *(if known)* _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.99.** State what the contract or lease is for and the nature of the debtor's interest — **Store No. 1503792 -1440 Rimington Ave., Thomasville, GA 31792** | |
| State the term remaining — **End Date 12/31/2033** | **SVC ABS, LLC c/o the RMR Group LLC P.O. Box 713163 Chicago, IL 60677-0363** |
| List the contract number of any government contract | |
| **2.100.** State what the contract or lease is for and the nature of the debtor's interest — **Store No. 1503959 -5425 Cotton St., Graceville, FL 32440** | |
| State the term remaining — **End Date: 12/31/2033** | **SVC ABS, LLC c/o the RMR Group LLC P.O. Box 713163 Chicago, IL 60677-0363** |
| List the contract number of any government contract | |
| **2.101.** State what the contract or lease is for and the nature of the debtor's interest — **Statement on Standards for Consulting Services No. 1** | |
| State the term remaining | **Swenson Advisors, LLP 25220 Hancock Ave. Suite 240 Murrieta, CA 92562** |
| List the contract number of any government contract | |
| **2.102.** State what the contract or lease is for and the nature of the debtor's interest — **Subterranean Termite Plan** | |
| State the term remaining | **Terminx 5192 Southridge Pkwy, #111 Atlanta, GA 30349** |
| List the contract number of any government contract | |
| **2.103.** State what the contract or lease is for and the nature of the debtor's interest — **Store No. 1506255 - 910 SW Missouri Route 7, Blue Springs, MO 64014** | |
| State the term remaining — **End Date: 12/3/2035** | **The Bypass Trust 5 Rue Cannes Newport Beach, CA 92660** |
| List the contract number of any government contract | |

| Debtor 1 | **ARC Burger, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.104.** State what the contract or lease is for and the nature of the debtor's interest — **Base Contract** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Tiger, Inc.** <br> **Attn: Anthony Cianflone** <br> **4770 Baseline Rd., #390** <br> **Boulder, CO 80303** |
| **2.105.** State what the contract or lease is for and the nature of the debtor's interest — **Store No. 1502608 - 651 W. Washington St., Chattahoochee, FL 32324 End Date: 1/13/2026** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Ubuntu Chattahoochee, LLC** <br> **3235 Show Jumper Lane** <br> **Reno, NV 89521** |
| **2.106.** State what the contract or lease is for and the nature of the debtor's interest — **IT Support Services (Remote/On-site); Virsage Software and Infrastructure Agreement; Information Technology Support Agreement; Professional Services Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Virsage Solutions, Inc.** <br> **2569 Park Lane, #100** <br> **Lafayette, CO 80026** |
| **2.107.** State what the contract or lease is for and the nature of the debtor's interest — **Gas contract** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Vista Energy** <br> **4306 Yoakum Blvd., #600** <br> **Houston, TX 77006** |
| **2.108.** State what the contract or lease is for and the nature of the debtor's interest — **IHFA Joinder Agreement for Franchisees and Supply Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Wasserstrom Holdings, Inc.** <br> **and Subsidiaries** <br> **4500 E. Broad Street** <br> **Columbus, OH 43213** |

Debtor 1  **ARC Burger, LLC**                                          Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.109.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Store No.1505995- 318 S. Virginia Ave., Tifton, GA 31794**<br><br>**End Date: 12/31/2053**<br><br>**William P. Arnold, Jr.**<br>**5665 Harbor Pointe**<br>**Oakwood, GA 30566** |
| **2.110.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Client Service Agreement**<br><br>**XB Franchise Solutions**<br>**Attn: Marcus DiFiore**<br>**702 E. Osborn Rd., Suite 100**<br>**Phoenix, AZ 85014** |
| **2.111.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Order/Sales Agreement**<br><br>**Xenial, Inc.**<br>**PO BOX 930157**<br>**Atlanta, GA 31193-0157** |
| **2.112.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Software-as-a-Service Agreement**<br><br>**Xpient, LLC**<br>**3420 Torington Way, #400**<br>**Charlotte, NC 28277** |
| **2.113.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **IT Managed Services - Statement of Work**<br><br>**XTIUM, Inc**<br>**4025 Tampa Rd.**<br>**Oldsmar, FL 34677** |

Debtor 1   **ARC Burger, LLC**                                      Case number (*if known*) _____
                First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.114.   State what the contract or lease is for and the nature of the debtor's interest

**Store No. 1500699 - 815 S. Parker St., Olathe, KS 66061**

State the term remaining   **End Date: 7/30/2030**

**YM Holdings, LLC
3451 Main St. Ste. 109
Chula Vista, CA 91911**

List the contract number of any government contract   _____

**Fill in this information to identify the case:**

Debtor name    **ARC Burger, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Anand Gowda** | **12760 High Bluff Dr., #310**<br>**San Diego, CA 92130**<br>**Guaranty Agreement as of 8/14/2023** | **United Community Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name    **ARC Burger, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/20/2026          x _____

Signature of individual signing on behalf of debtor

Signed by:
*Ryan Pitt*
485EBEE7A9E346D...

**Ryan Pitt**
Printed name

**Vice President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **ARC Burger, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| **Part 1:** | **Income** |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **12/30/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:** From **12/31/2024** to **12/29/2025** | ☑ Operating a business<br>☐ Other _____ | $92,183,022.93 |
| **For year before that:** From **12/26/2023** to **12/30/2024** | ☑ Operating a business<br>☐ Other _____ | $95,572,908.50 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | ARC Burger, LLC | | Case number *(if known)* | |

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Michael Paine**<br>**5 East Road**<br>**Broad Brook, CT 06016**<br>**Former CEO** | **4/8/2025-12/21/2025** | **$312,575.43** | **Salary and Partial sign-on bonus payment that was deferred from beginning of the year.  This was owed on April 6, 2025.** |
| 4.2. | **Nicholas Rhodes**<br>**1224 Newbridge Trace NE**<br>**Atlanta, GA 30319**<br>**VP of Finance** | **October 2025** | **$10,000.00** | **1x retention bonus.** |
| 4.3. | **Stephen Keim**<br>**5816 Ernest Ave**<br>**Los Angeles, CA 90034**<br>**Former Interim CFO** | **4/15/2025 - 11/4/2025** | **$112,502.34** | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **United Community Bank**<br>**200 E. Camperdown Way**<br>**Greenville, SC 29601** | **UCC foreclosure sale of equipment - Walterboro - 503 N. Jefferies Blvd., Walterboro, SC.  Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank**<br>**200 E. Camperdown Way**<br>**Greenville, SC 29601** | **UCC foreclosure sale of equipment - Summerville 3 - 1401 N. Main Street, Summerville, SC -  Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank**<br>**200 E. Camperdown Way**<br>**Greenville, SC 29601** | **UCC foreclosure sale of equipment. St. George - 6002 W. Jim Bilton Blvd., St. George, SC. Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank**<br>**200 E. Camperdown Way**<br>**Greenville, SC 29601** | **UCC foreclosure sale of equipment. Summerville 2 - 10005 E. Dorchester Rd., Summerville, SC. Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank**<br>**200 E. Camperdown Way**<br>**Greenville, SC 29601** | **UCC foreclosure sale of equipment. Charleston 14 - 2109 Savannah Hwy, Charleston, SC. Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   **ARC Burger, LLC**                                                  Case number *(if known)* _____

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Moncks Corner - 422 N. Hwy 52, Moncks Corner, SC. Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Goose Creek 1 - 201 N. Goose Creek Blvd., Goose Creek, SC. Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Hampton - 1005 Elm Street West, Hampton, SC. Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Thomaston - 624 North Church St., Thomaston, GA. Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Newnan 3 - 231 Temple Ave., Newnan, GA - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Bremen - 515 Alabama Ave S, Bremen, GA - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Ellijay - 1208 Industrial Blvd., East Ellijay, GA - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Adairsville, 101 Princeton Blvd., Adairsville, GA - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Carrollton 2 - 1375 S. Park St., Carrollton, GA - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**              page **3**

Debtor   **ARC Burger, LLC**                                                  Case number *(if known)*

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Danielsville - 350 General Daniel Ave N., Danielsville, GA - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Rome 3 - 1204 Turner McCall Blvd., Rome, GA - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Six Mile - 3110 Cedartown Hwy SW, Rome, GA - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Franklin - 2154 Franklin Parkway, Franklin, GA - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Jefferson City #2 - 2601 Country Club Rd., Jefferson City, MO - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Mexico #2 - 707 W. Jackson St., Mexico, MO - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Washington - 228 W. Fifth St., Washington, MO - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Cuba - 702 N. Franklin Street, Cuba, MO - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. Resaca - 2284 US 41 Hwy NW, Calhoun, GA - Outcome: UCB Credit Bid (~$30K per location; 23 locations; ~$690K total); No Third Party Bidders.** | **1/30/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. 242 Hwy 49, Byron, GA 31008 - Outcome: UCB Credit Bid (~$30K per location; 6 locations; ~$180K total); No Third Party Bidders.** | **4/6/2026** | **$30,000.00** |

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **4**

Debtor   **ARC Burger, LLC**                                      Case number *(if known)* _____

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. 308 Hwy 24 E, Moberly, Missouri 65370 - Outcome: UCB Credit Bid (~$30K per location; 6 locations; ~$180K total); No Third Party Bidders.** | **4/6/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. 1311 Church Street, Georgetown, SC 29440 - Outcome: UCB Credit Bid (~$30K per location; 6 locations; ~$180K total); No Third Party Bidders.** | **4/6/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. 2100 SW Wanamaker Rd., Topeka, KS 66614 - Outcome: UCB Credit Bid (~$30K per location; 6 locations; ~$180K total); No Third Party Bidders.** | **4/6/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. 715 E. Broadway Blvd., Sedalia, MO 65301 - Outcome: UCB Credit Bid (~$30K per location; 6 locations; ~$180K total); No Third Party Bidders.** | **4/6/2026** | **$30,000.00** |
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **UCC foreclosure sale of equipment. 1031 Franklin Springs St., Royston, GA 30662 - Outcome: UCB Credit Bid (~$30K per location; 6 locations; ~$180K total); No Third Party Bidders.** | **4/6/2026** | **$30,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **United Community Bank 200 E. Camperdown Way Greenville, SC 29601** | **Provided notice of setoff - Term Loan: $11,232,128.69 and Revolver: $1,600,000** <br> Last 4 digits of account number: __**6095**__ | **1/8/2026** | **$12,832,128.69** |

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **SEE ATTACHED SCHEDULE** | | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Debtor   **ARC Burger, LLC**                                     Case number *(if known)*

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Hardee's Restaurants, LLC 6700 Tower Circle, #1000 Attn: Lease Administration Franklin, TN 37067** | **Store No. 1500518 - 5259 Highway 78, Stone Mountain, GA 30087 - Assignment and Second Amendment to Lease. Landlord: 6534-40 Miami Ave., LLC, 5576 Bridgetown Rd., Cincinnati, OH 45248** | **Unknown** |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Hardee's Restaurants, LLC 6700 Tower Circle, #1000 Attn: Lease Administration Franklin, TN 37067** | **Store No. 1501672 - 1311 Church St., Georgetown, SC 29440. Landlord: 1311 Church Street LLC, 90 Linden Rd., Pinehurst, NC 28574 - Attn: Elizabeth P. McClintic and Katharine Pate** | **Unknown** |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Hardee's Restaurants, LLC 6700 Tower Circle, #1000 Attn: Lease Administration Franklin, TN 37067** | **Store No. 1506220 - Sandersville - 195 Walmart Circle, Sandersville, GA 30182. Landlord: 669 Bloomfield Avenue, LLC, 74 Asbury Rd., Hackettstown, NJ 07840 - Attn: Michael Iannaccone** | **Unknown** |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Hardee's Restaurants, LLC 6700 Tower Circle, #1000 Attn: Lease Administration Franklin, TN 37067** | **Store No. 1503278 - Moberly - 308 Highway 24 East, Moberly MO.  Landlord: Ehrhardt Famil, LLLP, #2 Melgrove Lane, Hannibal, MO 63401 - attn: Scott Ehrhardt and Spike Ehrhardt** | **Unknown** |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

Debtor   **ARC Burger, LLC**                                           Case number *(if known)*

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Hardee's Restaurants, LLC 6700 Tower Circle, #1000 Attn: Lease Administration Franklin, TN 37067** | **Store No. 1506244 Royston - 1031 Franklin Springs Street, Royston, GA. Landlord: El Camino Village, Inc., c/o Portfolio Realty Management, Inc., 4020 Moorpark Ave., Suite 218, San Jose, CA 95117** | **Unknown** |

| | Case title | Court name and address |
|---|---|---|
| | Case number | |
| | Date of order or assignment | |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Hardee's Restaurants, LLC 6700 Tower Circle, #1000 Attn: Lease Administration Franklin, TN 37067** | **Store No. 1503532 - 1212 Main Street, Chipley, FL** | **Unknown** |

| | Case title | Court name and address |
|---|---|---|
| | Case number | |
| | Date of order or assignment | |

---

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **INVESTIGATING** | | | **Unknown** |

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☑ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **7**

Debtor   **ARC Burger, LLC**                                                    Case number *(if known)* _____

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **ARC Intermediate, Inc.**<br>**4944 Lower Roswell Rd., #17**<br>**Marietta, GA 30068** | **Upstream Distribution** | **5/16/2025** | **$30,000.00** |
| | **Relationship to debtor**<br>**Direct Parent Company of ARC Burger, LLC** | | | |
| 13.2. | **ARC Intermediate, Inc.**<br>**4944 Lower Roswell Rd., #17**<br>**Marietta, GA 30068** | **Upstream Distribution** | **3/25/2025** | **$51,000.00** |
| | **Relationship to debtor**<br>**Direct Parent Company of ARC Burger, LLC** | | | |
| 13.3. | **ARC Intermediate, Inc.**<br>**4944 Lower Roswell Rd., #17**<br>**Marietta, GA 30068** | **Upstream Distribution** | **10/7/2024** | **$90,000.00** |
| | **Relationship to debtor**<br>**Direct Parent Company of ARC Burger, LLC** | | | |
| 13.4. | **ARC Intermediate, Inc.**<br>**4944 Lower Roswell Rd., #17**<br>**Marietta, GA 30068** | **Upstream Distribution** | **09/30/2024** | **$150,500.00** |
| | **Relationship to debtor**<br>**Direct Parent Company of ARC Burger, LLC** | | | |
| 13.5. | **ARC Intermediate, Inc.**<br>**4944 Lower Roswell Rd., #17**<br>**Marietta, GA 30068** | **Upstream Distribution** | **7/3/2024** | **$122,500.00** |
| | **Relationship to debtor**<br>**Direct Parent Company of ARC Burger, LLC** | | | |

Debtor   **ARC Burger, LLC**  Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.6. | **ARC Intermediate, Inc.** **4944 Lower Roswell Rd., #17** **Marietta, GA 30068** | **Upstream Distribution** | **7/2/2024** | **$74,198.03** |
| | **Relationship to debtor** **Direct Parent Company of ARC Burger, LLC** | | | |
| 13.7. | **ARC Intermediate, Inc.** **4944 Lower Roswell Rd., #17** **Marietta, GA 30068** | **Upstream Distribution** | **6/4/2024** | **$175,000.00** |
| | **Relationship to debtor** **Direct Parent Company of ARC Burger, LLC** | | | |
| 13.8. | **ARC Intermediate, Inc.** **4944 Lower Roswell Rd., #17** **Marietta, GA 30068** | **Upstream Distribution** | **5/8/2024** | **$49,000.00** |
| | **Relationship to debtor** **Direct Parent Company of ARC Burger, LLC** | | | |
| 13.9. | **ARC Intermediate, Inc.** **4944 Lower Roswell Rd., #17** **Marietta, GA 30068** | **Upstream Distribution** | **4/23/2024** | **$213,000.00** |
| | **Relationship to debtor** **Direct Parent Company of ARC Burger, LLC** | | | |

**Part 7:   Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

| Debtor | **ARC Burger, LLC** | Case number *(if known)* |
|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **SEE ATTACHED SOFA ITEM #18** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | **Unknown** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **FOUR LOCATIONS** | **ATLANTA, KANSAS CITY, MISSOURI AND MONTANA** | **Unknown** | ☑ No<br>☐ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

| Debtor | ARC Burger, LLC | Case number *(if known)* |
|---|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ☑ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ☑ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **XB Franchise Solutions**<br>**702 E. Osborn Road**<br>**Suite 100**<br>**Phoenix, AZ 85014** | **07/13/2023 -**<br>**01/01/2026** |
| 26a.2. | **Stephen Keim**<br>**12 Coral Blue**<br>**Ladera Ranch, CA 92694** | **10/14/2024 to**<br>**7/28/2025** |

Debtor   __ARC Burger, LLC__                              Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.3.   **Jennifer Ratliff**<br>**5874 Musket Ln**<br>**Stone Mountain, GA 30087** | **10/76/2025 -**<br>**12/31/2025** |
| 26a.4.   **Bradley Belevender**<br>**3106 Lassiter Rd**<br>**Marietta, GA 30062** | **9/11/2023 -**<br>**10/18/2024** |
| 26a.5.   **Robert Desena**<br>**1680 Archmont Circle**<br>**Dacula, GA 30019** | **12/11/2023 -**<br>**10/10/2025** |
| 26a.6.   **Jay Gardner**<br>**4414 Dunmore Road**<br>**Marietta, GA 30068** | **9/18/2023 - 9/13/2024** |
| 26a.7.   **Nicholas Rhodes**<br>**1224 Newbridge Trace NE**<br>**Atlanta, GA 30319** | **09/01/2024 -**<br>**12/23/2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Ernst & Young**<br>**55 Ivan Allen Jr. Blvd.**<br>**Suite 1000**<br>**Atlanta, GA 30308** | **8/14/2023 to current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **High Bluff Capital Partners**<br>**12760 High Bluff Drive**<br>**Suite 310**<br>**San Diego, CA 92130** | |
| 26c.2.   **XB Franchise Solutions**<br>**702 E. Osborn Road**<br>**Suite 100**<br>**Phoenix, AZ 85014** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **United Community Bank**<br>**200 E. Camperdown Way**<br>**Greenville, SC 29601** |
| 26d.2.   **CKE Restaurants, Inc.**<br>**6700 Tower Circle, #1000**<br>**Franklin, TN 37067** |

Debtor   **ARC Burger, LLC**                                          Case number *(if known)* _____

---

**Name and address**

26d.3.   **McLane Foodservice, Inc.**
**2085 Midway Rd.**
**Carrollton, TX 75006**

---

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | N/A | 12/1/25 and 12/22/25 | 12/1/25 - $753,683.63; 12/22/25 - $0.00 Costs |

**Name and address of the person who has possession of inventory records**

**XB Franchise Solutions**
**702 E. Osborn Road**
**Suite 100**
**Phoenix, AZ 85014**

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bill Mitchell | 12760 High Bluff Drive #310 San Diego, CA 92130 | Director | 2.0% |
| Anand Gowda | 12760 High Bluff Drive #310 San Diego, CA 92130 | Director; Chairman; Controlling Shareholder | 56.3% |
| Coady Smith | 12760 High Bluff Drive #310 San Diego, CA 92130 | Director; VP and Treasurer | 14.8% |
| Cary Devore | 12760 High Bluff Drive #310 San Diego, CA 92130 | Director | 7.9% |
| Ryan Pitt | 12760 High Bluff Drive #310 San Diego, CA 92130 | Director;  Vice President | 5.3% |
| Julie Bayani | 12760 High Bluff Drive #310 San Diego, CA 92130 | Assistant Secretary | 0.5% |

---

Debtor   **ARC Burger, LLC**                                          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **ARC Intermediate, Inc.** | **4944 Lower Roswell Road Suite 17 Marietta, GA 30068** | **Sole Member** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Stephen Keim** | **5816 Ernest Ave Los Angeles, CA 90034** | **Interim CFO** | **10/14/2024 - 07/28/2025** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Michael Paine** | **5 East Road Broad Brook, CT 06016** | **CEO** | **1/6/2025 - 12/24/2025** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jim Summers** | **6069 Lucaya Way Naples, FL 34113** | **Executive Chairman; Chairman** | **9/11/2023 to 3/25/2025** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael Paine 5 East Road Broad Brook, CT 06016** | **$312,575.43** | **4/8/2025-12/21/2025** | **Salary and Bonus** |
| | Relationship to debtor **Former CEO** | | | |
| 30.2. | **Stephen Keim 5816 Ernest Ave Los Angeles, CA 90034** | **$112,502.34** | **4/15/2025 - 11/4/2025** | **Salary** |
| | Relationship to debtor **Former Interim CFO** | | | |
| 30.3. | **Nicholas Rhodes 1224 Newbridge Trace NE Atlanta, GA 30319** | **$10,000.00** | **October 2025** | **1x retention bonus.** |
| | Relationship to debtor **VP of Finance** | | | |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **14**

**Fill in this information to identify the case:**

Debtor name   **ARC Burger, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/20/2026

Signed by: *Ryan Pitt*
185FBEE7A9E346D...

**Ryan Pitt**

Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor   **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

7. Legal actions, administrative proceedings, court actions, executions, attachents or governmental audits

| Case Title/Case Number | Nature of Case | Status of Case | Agency/Notice Parties |
|---|---|---|---|
| Demand Letter on behalf of Alejandro Arechabala | Notice Received Date: 8/20/2025. Demand letter alleges fraud, wrongful termination, disability discrimination, and equity misrepresentation related to employment and $300K investment. Claims include misleading recruitment, hostile work conditions, unpaid compensation, and termination to avoid vesting. Seeks $3M in damages and threatens litigation, including punitive damages and attorneys' fees if unresolved. | N/A | Zarco Einhorn Salkowski, P.A. 2 S. Biscayne Blvd. Miami, FL 33131 |
| Robert Macklin v.ARC Burger, LLC d/b/a Hardee's, EEOC Charge 28E-2025-00326 | Notice Received Date: 2/4/2025. Alleged - Discrimination and wrongful termination. | On 9/23/2025 - Notice of No Cause Determination issued - Pending petition for relief -  Expiration date: 12/22/2025.  On 12/18/2025 Macklin filed a civil matter with Jackson County Court, Independce MO. | MO Commissionon Human Reights 421 E. Dunklin St. Jefferson City, MO 65101 Nickolas C. Templin (Atty) Schmitt Templin, LLC 2600 Grand Blvd., #380 Kansas City, MO 64108 |
| Robert S. Macklin v. ARC Burger, LLC d/b/a Hardee's, Civil Case No. 2516-CV4155 | On 12/18/2025 Macklin filed a civil matter pending in the Circuit Court of Jackson County, Missouri at Independence. | Ongoing | Nickolas C. Templin (Atty) Schmitt Templin, LLC 2600 Grand Blvd., #380 Kansas City, MO 64108 |
| Vincent Collins v. ARC Burger, LLC d/b/a Hardee's,  EEOC Charge No. 415-2025-01840 | Notice Received Date: 7/22/2025 - Charge of Discrimination with the EEOC alleging harassment, hostile work environment, and retaliation based on sexual orientation and gender. | On 3/11/2026 - Notice of No Cause Determination issued - Pending petition for relief -  Expiration date: 06/09/2026. | US EEOC 7391 Hodgson Memorial Drive Savannah, GA 31406 |
| Michael Greene v. ARC Burger, LLC d/b/a Hardee's, EEOC Charge No. 15D-2025-01531 | Notice Received Date: 9/28/2025. Complaint of Discrimination with the Florida Commission on Human Relations alleging discrimination and retaliation based on age and sex under the ADEA, Title VII, FCRA. | On 3/11/2026 - Notice of No Cause Determination issued - Pending petition for relief -  Expiration date: 04/30/2026. | FL Commission on Human Rights 4075 Esplanade Way Tallahassee, FL 32399 |
| Lewanda Williams v. ARC Burger, LLC d/b/a Hardee's, EEOC Charge No.: 415-2025-01702 | Notice Received Date: 11/22/2025.  Alleged - Wrongful Termination. | No action required, at this time. | US EEOC 7391 Hodgson Memorial Drive Savannah, GA 31406 |

| Case Title/Case Number | Nature of Case | Status of Case | Agency/Notice Parties |
|---|---|---|---|
| Robert Smith v. ARC Burger, LLC, Case No. 2026INV00502 | Notice Date: 3/11/2026. Wage Claim | Ongoing | Montana Department of Labor & Industry Employment Standards Division PO Box 201503 Helena, MT 59620-1503 |
| Hardee's Restaurants LLC v. ARC Burger, LLC and Anand U. Gowda, Case No: 3:25-mc-09999 pending in the U.S. District Court, Middle District of Tenessee, Nashville Division | Breach of Contract | Ongoing | John F. Verhey DLA Piper LLP 444 W. Lake Street, Suite 900 Chicago, IL 60606<br><br>Madeline A. Cordray DLA Piper LLP 2525 E. Camelback Rd., #1000 Phoenix, AZ 85016<br><br>Robb S. Harvey Charley Williamson Holland & Knight LLP 511 Union Street, Suite 2700 Nashville, TN 37219 |
| UCC Article 9 Foreclosure Public Sale of Collateral by United Community Bank on April 10, 2026 | The Collateral which included all personal property, including inventory, furniture, fixtures, equipment, and other tangible personal property at the following locations:<br>•2424 SW 6th Ave, Topeka, Kansas 66606<br>•5259 Hwy-78, Stone Mountain, Georgia 30087<br>•2829 Watson Blvd, Warner Robins, Georgia 31093<br>•2516 Bouldercrest Road, Atlanta, Georgia 30316<br>•1619 N Expressway, Griffrn, Georgia 3 0223<br>•44 Homer Road, Commerce, Georgia 30529<br>•125 W Maple St., Cumming, Georgia 30040<br>•182 Keys Ferry St., McDonough, Georgia 30253<br>•341 Broad St., Hawkinsville, Georgia 31036<br>•260 N Lee St., Forsyth, Georgia 31029<br>•1729 1st Ave SE, Moultrie, Georgia 31768<br>•1640 Remington Ave., Thomasville, Georgia 31792<br>•5425 Cotton St., Graceville, Florida 32440 | | |

US_ACTIVE\132757187\V-2

**SOFA Item #18 - Closed Financial Accounts**

| Institution Name | Account Name | Address | L4 Digits | Account Type | Closure Date | Ending Balance |
|---|---|---|---|---|---|---|
| Bank of America | BOA 6255-1119 | Bank of America, N.A., P.O. Box 25118, Tampa, FL 33622-5118 | 1119 | Checking | 1/29/2026 | $0.00 |
| Bank of America | BOA 2993-0479 | Bank of America, N.A., P.O. Box 25118, Tampa, FL 33622-5118 | 0479 | Checking | 1/29/2026 | $0.00 |
| Bank of America | BOA 403-3176 | Bank of America, N.A., P.O. Box 25118, Tampa, FL 33622-5118 | 3176 | Checking | 1/29/2026 | $0.00 |
| Bank of America | BOA 6246-8076 | Bank of America, N.A., P.O. Box 25118, Tampa, FL 33622-5118 | 8076 | Checking | 1/29/2026 | $0.00 |
| US Bank | USB 3388 | US Bank, P.O. box 1800, Saint Paul, MN, 55101-0800 | 3388 | Checking | 1/29/2026 | $0.00 |
| US Bank | USB 3313 | US Bank, P.O. box 1800, Saint Paul, MN, 55101-0800 | 3313 | Checking | 1/29/2026 | $0.00 |
| US Bank | USB 3271 | US Bank, P.O. box 1800, Saint Paul, MN, 55101-0800 | 3271 | Checking | 1/29/2026 | $0.00 |
| US Bank | USB 3255 | US Bank, P.O. box 1800, Saint Paul, MN, 55101-0800 | 3255 | Checking | 1/29/2026 | $0.00 |
| US Bank | USB 3289 | US Bank, P.O. box 1800, Saint Paul, MN, 55101-0800 | 3289 | Checking | 1/29/2026 | $0.00 |
| US Bank | USB 3248 | US Bank, P.O. box 1800, Saint Paul, MN, 55101-0800 | 3248 | Checking | 1/29/2026 | $0.00 |
| Peoples South Bank | Peoples South - PS | 8146 Hwy 90, Sneads, FL 32460 | 6456 | Checking | 1/30/2026 | $0.00 |
| Planeters First Bank | Planeters - PLF | 105 Commerce St, P.O. Box 1407, Hawkinsville, GA 31036 | 2302 | Checking | 1/9/2026 | $0.00 |
| South State | South State 4998 - SOS | South State, P.O. Box 9602, Winter Haven, FL 33883 | 4998 | Checking | 1/28/2026 | $0.00 |
| South State | South State 7233 - SOS | South State, P.O. Box 9602, Winter Haven, FL 33883 | 7233 | Checking | 1/28/2026 | $0.00 |
| West Central Georgia Bank | West Central | 617 North Church Street, Thomaston, GA 30286 | 4660 | Checking | 12/31/2025 | $0.00 |
| The Bank of Houston | Houston - BH | 404 South Grand AVE, Houston, MO 65483-0560 | 0878 | Checking | 3/9/2026 | $0.00 |
| Security Bank of Kansas City | Security Bank 7311 - SBK | Security Bank of Kansas City, P.O. Box 171297, Kansas City, KS 66117 | 7311 | Checking | 1/15/2026 | $0.00 |
| Security Bank of Kansas City | Security Bank 8827 - SBK | Security Bank of Kansas City, P.O. Box 171297, Kansas City, KS 66117 | 8827 | Checking | 1/14/2026 | $0.00 |
| First Citizens Bank | First Citizens - FCB | Central Bank Operations - DAC02, P.O. Box 27131, Raleigh, NC 27611-7131 | 3551 | Checking | 1/29/2026 | $0.00 |
| Sunmark Bank | SunMark | 202 W White Rd, Byron, GA 00003-1008 | 8692 | Checking | 1/7/2026 | $0.00 |
| TC Federal Bank | TC | 2915-501 Kerry Frost Pkwy. Tallahassee, FL 32309 | 7225 | Checking | 1/7/2026 | $0.00 |
| First National Community Bank | FNC | First National Community Bank, P.O. Box 889, Chatsworth, GA 30705 | 7459 | Checking | 1/12/2026 | $0.00 |
| Bank Plus | Bank Plus | 385A Highland Colony Pkwy, Ridgeland, MS 39157 | 6760 | Checking | 1/28/2026 | $0.00 |
| US Bank | USB 8795 | US Bank, P.O. box 1800, Saint Paul, MN, 55101-0800 | 8795 | Checking | 1/29/2026 | $0.00 |
| First Interstate Bank | 1irst Interstate | First Interstate Bank, P.O. Box 241826, Omaha, NE 68124 | 4442 | Checking | 1/21/2026 | $0.00 |
| United Bank | UB | United Bank, Operationgs Center, P.O. Box 160, Barnesville, GA 30204 | 2736 | Checking | 1/2/2026 | $0.00 |
| Peoples bank of Graceville | Peoples B Graceville - PBG | P.O. Box 596, 5306 Brown Street, Graceville, FL 32440 | 8682 | Checking | 1/2/2026 | $0.00 |
| Commerce Bank | Commerce 5234 | 17601 E US 24 Hwy, IH-1, Independence, MO 64056 | 5234 | Checking | 1/2/2026 | $0.00 |
| Commerce Bank | Commerce 8640 | 17601 E US 24 Hwy, IH-1, Independence, MO 64056 | 8640 | Checking | 1/2/2026 | $0.00 |
| UMB Bank | UMB | UMB Bank, Mailstop 1170103D, P.O. Box 419226, Kansas City, MO 64141-6226 | 8963 | Checking | 1/29/2026 | $0.00 |
| Bank OZK | OZK 3314 | Bank OZK, P.O. Box 196, Ozark, AR 72949 | 3314 | Checking | 1/2/2026 | $0.00 |
| Bank OZK | OZK 0026 | Bank OZK, P.O. Box 196, Ozark, AR 72949 | 0026 | Checking | 1/2/2026 | $0.00 |
| Colony Bank | COL 5796 | Colony Bank, P.O. Box 687, Fitzgerald, GA 31750 | 5796 | Checking | 1/16/2026 | $0.00 |
| Colony Bank | COL 6627 | Colony Bank, P.O. Box 687, Fitzgerald, GA 31750 | 6627 | Checking | 1/16/2026 | $0.00 |
| Palmetto State Bank | Palmetto | 601 1st St West, Hampton, SC 29924 | 8721 | Checking | 1/7/2026 | $0.00 |