B2030 (Form 2030) (12/25)

## United States Bankruptcy Court
### Northern District of Georgia

In re  **ARC Burger, LLC**

Debtor(s)

Case No.  **26-55202-BEM**

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept    $    **See Addendum**

   Prior to the filing of this statement I have received    $    **0.00**

   Balance Due    $    **81,876.50**

2.  The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify):    **Individuals Affiliated with the Board of ARC Burger, LLC**

3.  The source of compensation to be paid to me is:

   ☐ Debtor     ☑ Other (specify):    **Individuals Affiliated with the Board of ARC Burger, LLC**

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 1, 2026**
*Date*

**/s/ Robert M. Martin**
**Robert M. Martin**
*Signature of Attorney*
**Dentons US LLP**
**303 Peachtree Street, NE**
**Suite 5300**
**Atlanta, GA 30308**
**404-527-8478**
**matt.martin@dentons.com**
*Name of law firm*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Arc Burger, LLC,<br><br>          Debtor. | Chapter 7<br><br>Case No. 26-55202-BEM |

**ADDENDUM TO DENTONS DISCLOSURE OF**
**COMPENSATION OF ATTORNEY FOR DEBTOR**

Dentons has done work for ARC Burger, LLC (the "Debtor") since its formation.

The fees and costs through the petition date for services in contemplated of or in connection with this bankruptcy case total $81,876.50.  There are other fees and costs unrelated to preparing this bankruptcy case related to ARC Burger as well.

The Debtor's secured lender United Community Bank first froze and then in January 2026 setoff all of the funds held in the Debtor's account at the bank.   Therefore, the Debtor did not have funds to pay for the Chapter 7 preparation work in April 2026.

Individuals Affiliated with the Board of ARC Burger, LLC intend to pay Dentons fees related to the Chapter 7 preparation work and any ongoing work in connection with the Chapter 7 case.  There is no preset budget or cap for those fees with ARC Burger Board.  Dentons does not intend to file a proof of claim against the Debtor for those fees.

US_ACTIVE\137493703\V-2